# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 12-CIV-8812　　　　　　　　　　　　　　　Date Filed: 12/4/2012

Plaintiff:
**LEENA VARUGHESE, MD**

vs.

Defendant:
**MOUNT SINAI MEDICAL CENTER, ET AL**

For:
Ronald Wronko
RONALD J. WRONKO, ESQ.

,

Received by GUARANTEED SUBPOENA** on the 12th day of December, 2012 at 10:57 am to be served on **CARLOS CORDON-CARDO M.D., C/O MOUNT SINAI MEDICAL CENTER, ONE GUSTAVE L. LEVY PLACE, NEW YORK, New York County, NY 10029.**

I, Wladimir Chassedin, being duly sworn, depose and say that on the **17th day of December, 2012 at 4:43 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **LINDA RODRIGUEZ** as **RECEPTIONIST-SECURITY OFFICE**, who verbally declared he/she is duly authorized to accept such service on behalf of **CARLOS CORDON-CARDO**, at the alternate address of: **1685 MADISON AVENUE, NEW YORK, New York County, NY 10029**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
12/17/2012  4:38 pm   Served at alternate address of: 1685 Madison Avenue, NY NY 10029

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Brown, Height: 5'6", Weight: 155, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

State: New York
County: Kings

Subscribed and Sworn to before me on the 18th day of December, 2012 by the affiant who is personally known to me (or has satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained..

NOTARY PUBLIC

TATIANA N. PURI
Notary Public, State of New York
NO. 01PU6288383
Qualified in Queens County
Commission Expires September 04, 2016

_CL. 12/18/12_
Wladimir Chassedin
1358745

**GUARANTEED SUBPOENA\*\***
2009 Morris Avenue
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: BNP-2012003536
Ref: 20121211124011
Service Fee: _____

©1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m


