

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: SUMMONS AND COMPLAINT, CIVIL COVER SHEET
EFFECTED (1) BY ME: John Lepore
TITLE: PROCESS SERVER                         DATE: 1-7-13 @ 7:55 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

PATRICK LENTO, M.D.

Place where served:

7 Whittier Street Hartsdale, NY 10530

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Mrs. Lento

Relationship to defendant: Co Resident

Description of person accepting service:

SEX: F  AGE: 37  HEIGHT: 5'8  WEIGHT: 140  SKIN: WH  HAIR: BR  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1/8/2013            John Lepore  L.S.
                           SIGNATURE OF John Lepore
                           GUARANTEED SUBPOENA SERVICE, INC.
                           2009 MORRIS AVENUE
                           UNION, NJ 07083

ATTORNEY:  RONALD J. WRONKO, ESQ.
PLAINTIFF: LEENA VARUGHESE, M.D
DEFENDANT: MOUNT SINAI MEDICAL CENTER, ET AL
VENUE:     DISTRICT
DOCKET:    12 CIV 8812

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure