EDWARDS WILDMAN PALMER LLP
Rory J. McEvoy
Rachel B. Jacobson
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@edwardswildman.com
rjacobson@edwardswildman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEENA VARUGHESE, M.D.,

    Plaintiff,

- against -

MOUNT SINAI MEDICAL CENTER, PATRICK LENTO, M.D., CARLOS CORDON-CARDO, M.D., ADOLFO FIRPO, M.D., IRA J. BLEIWEISS, M.D. and ABC Corp. 1-10, and JOHN DOES 1-10,

    Defendants.

12 Civ. 8812 (CM)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK )

Jean W. McLoughlin, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 7th day of February 2013, she caused a true and correct copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, RULE 7.1 DISCLOSURE and NOTICE OF MOTION with declaration and exhibits annexed thereto to be served upon:

    Ronald J. Wronko, Esq.
    Ronald J. Wronko, LLC
    Attorneys for Plaintiff
    134 Columbia Turnpike
    Florham Park, New Jersey 07932
    973.360.1001

by depositing a true copy of said documents enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service, first class mail, within the State of New York and by filing same on the United States District Court, Southern District of New York's electronic court filing system.

                                                    _____
                                                      Jean W. McLoughlin

Sworn to before me this
7th day of February 2013

_____
Notary Public

                    RACHEL JACOBSON
              Notary Public, State of New York
                    No. 02JA6209209
               Qualified in New York County
            Commission Expires July 20, 2013