Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
134 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 360-1001
Attorneys for plaintiff
Leena Varughese, M.D.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEENA VARUGHESE, M.D., | Civil Action No. 12 cv 8812 (CM/JCF) |
| Plaintiff, | ECF CASE |
| v. | CIVIL ACTION |
| MOUNT SINAI MEDICAL CENTER, PATRICK LENTO, M.D., CARLOS CORDON-CARDO, M.D., ADOLFO FIRPO, M.D., IRA J. BLEIWEISS, M.D. and ABC Corp. 1-10, and JOHN DOES 1-10, Defendants. | **Certification of Service** |

I, RONALD J. WRONKO, ESQ., an attorney at law of the State of New York and State of New Jersey and of full age duly certify as follows:

1. I am an attorney at law of the State of New Jersey and the State of New York and counsel for plaintiff Leena Varughese, M.D.. I make this declaration based on my personal knowledge.

2. I caused a true and correct copy of the foregoing Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Cross-Motion for Leave

to File a First Amended Complaint, Notice of Cross-Motion, Proposed form of Order and Declaration of Ronald J. Wronko with exhibits annexed hereto to be served upon Rory J. McEvoy, Edwards Wildman Palmer, LLP, 750 Lexington Avenue, New York, New York 10022 by depositing a true copy of said papers in a UPS overnight mail package drop box and by filing same on the United States District Court, Southern District of New York's electronic court filing system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Ronald J. Wronko, Esq.

Dated: February 21, 2013