# EDWARDS WILDMAN



RECEIVED
APR 9 – 2013
CHAMBERS OF
COLLEEN McMAHON

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

April 9, 2013

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
Room 1350
New York, New York 10007

> 4/9/2013
> If any discovery disputes arise, you will get your order of reference.

Re:   Varughese v. Mount Sinai Medical Center, et al.
      Case No.: 12 Civ. 8812 (CM)

**MEMO ENDORSED**

Dear Judge McMahon:

On behalf of our clients, The Mount Sinai Hospital (named herein as "Mount Sinai Medical Center"), Patrick Lento, M.D., Carlos Cordon-Cardo, M.D., Adolfo Firpo, M.D., and Ira J. Bleiweiss, M.D. (collectively "Defendants"), I write to inform the Court that during a recent telephone conference with Magistrate Judge Francis's chambers, I was informed that the case had not been referred to him to address and resolve any discovery issues. At the initial pretrial conference, the Court indicated that any discovery disputes should be addressed to Judge Francis. While there are no such disputes at this time, I request that the Court refer the case to Judge Francis in case any discovery-related issues arise.

Respectfully submitted,

Rory J. McEvoy

cc: Ronald J. Wronko, Esq. (by e-mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
4/10/13

BOSTON · CHICAGO · FT LAUDERDALE · HARTFORD · HONG KONG · LONDON · LOS ANGELES · MADISON NJ
NEW YORK · ORANGE COUNTY · PROVIDENCE · STAMFORD · TOKYO · WASHINGTON DC · WEST PALM BEACH