UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

M.D. Leena Varughese,

                Plaintiff(s),              12   Civ.  8812  (CM) (JCF)

                                                              ORDER OF REFERENCE
         -against-                                        TO A MAGISTRATE JUDGE

Mount Sinai Medical Center, et al.,
                Defendant(s).
------------------------------------------------------------X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling,       \_\_\_\_\_ Consent under 28 U.S.C.
        discovery, non-dispositive pretrial motions,          §636(c) for all purposes
        and settlement                                         (including trial)

  ✓   Specific Non-Dispositive Motion/Dispute:*    \_\_\_\_\_ Consent under 28 U.S.C.
        **Discovery Disputes**                              §636(c) for limited purpose
                                                      (e.g., dispositive motion,
                                                      preliminary injunction)

                                                      Purpose:_____

     If referral is for discovery disputes when      \_\_\_\_\_ Habeas Corpus
     the District Judge is unavailable, the time
     period of the referral:_____           \_\_\_\_\_ Social Security

\_\_\_\_\_ Settlement*                                         \_\_\_\_\_ Dispositive Motion (i.e., motion
                                                      requiring a Report and
\_\_\_\_\_ Inquest After Default/Damages Hearing       Recommendation

                                                      Particular Motion:_____

                                                      All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 5/15/13
       New York, New York

                                                     SO ORDERED:

                                                     Hon. Colleen McMahon
                                                     United States District Judge