**LAW OFFICES OF**
**RONALD J. WRONKO, LLC**
*134 COLUMBIA TURNPIKE*
*FLORHAM PARK, NJ 07932*
(973) 360-1001
FAX (973) 360-1881

Ronald J. Wronko •O

ron@ronwronkolaw.com
www.ronwronkolaw.com

305 Madison Avenue,
Suite 449
New York, New York
10165
(212) 886-9057
(212) 957-1912

Member of New Jersey Bar •
Member of New York Bar O

Reply to New Jersey

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/13

RECEIVED JUN 28 2013 CHAMBERS OF COLLEEN McMAHON

June 28, 2013

**VIA FACSIMILE**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten note:] Plaintiff's expert report is timely. Defendants' deadline for their expert report is extended to August 26, 2013*

Re: **Leena Varughese, M.D. v. Mount Sinai Medical Center, et al.**
**Civil Action No. 12 Civ. 8812 (CM)**

Dear Judge McMahon:

*[Signature] Colleen McMahon 6/28/13*

I represent Leena Varughese, M.D., in the above-referenced matter. The parties submitted correspondence to Judge Francis relating to issues with the Scheduling Order. Judge Francis advised that he has no authority to change Your Honor's Scheduling Order. Accordingly, I hereby submit for the Court's consideration the letters previously submitted to Judge Francis.

**MEMO ENDORSED**

In substance, the Court endorsed a letter dated April 8, 2013, which permitted the parties to postpone the deadlines for plaintiff's deposition and plaintiff's expert reports pending completion of mediation. The mediator in this matter continued to work on this matter through the week of May 17, 2013. As is explained in the enclosed correspondence, three (3) days of plaintiff's deposition has been completed to date. Defendants seek two (2) additional days. The parties have jointly requested that a new date be set by which plaintiff's deposition be completed.

Plaintiff produced her affirmative expert report close to within thirty (30) days following the week of May 17, 2013. As detailed in the correspondence, defendants have raised a timeliness issue, which plaintiff vigorously disputes. Regardless, defendants have

Hon. Colleen McMahon, U.S.D.J.
June 28, 2013

requested that they have until August 26, 2013, to serve a responsive expert report. Plaintiff consents to this modified date.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

Ronald J. Wronko

Encl.
cc:   Rory J. McEvoy, Esq. (via facsimile)