```
UNITED STATES DISTRICT COURT              (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
LEENA VARUGHESE, M.D.,                : 12 Civ. 8812 (CM) (JCF)
                                      :
              Plaintiff,              :    O R D E R
                                      :
      - against -                     :
                                      :
MOUNT SINAI MEDICAL CENTER, PATRICK   :
LENTO, M.D., CARLOS CORDON-CARDO,     :
M.D.,IRA J. BLEIWEISS, M.D., ABC      :
CORP. 1-10, and JOHN DOES 1-10,       :
                                      :
              Defendants.             :
- - - - - - - - - - - - - - - - - - -:
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/13

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Counsel having submitted letters concerning disputes over the proposed psychiatric examination of plaintiff, it is hereby ORDERED that plaintiff appear for the first session of her examination on July 29, 2013, at 9:30 a.m. and for the second session on August 1, 2013. The letter of defendants' counsel dated July 24, 2013 (the "July 24 Letter"), sets forth the methodology that will be followed. The requests of plaintiff to limit the time of the examination to two hours, to limit the scope to plaintiff's claimed emotional injury in this action, to require disclosure now of the psychiatrist's curriculum vitae, to require disclosure of the psychiatrist's report within one week of the examination, and to allow the plaintiff to be accompanied at the examination by a registered nurse are all denied for the reasons set forth in the

1

July 24 Letter.

                        SO ORDERED.

                        JAMES C. FRANCIS IV
                        UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       July 24, 2013

Copies mailed this date:

Ronald J. Wronko, Jr., Esq.
Law Offices of Ronald J. Wronko, LLC
134 Columbia Turnpike
Florham Park, NJ 07932

Rory J. McEvoy, Esq.
Julie L. Sauer, Esq.
Edwin Larkin, Esq.
Edwards Wildman Palmer LLP
750 Lexington Ave.
New York, NY 10022