# EDWARDS WILDMAN

MEMO ENDORSED

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

July 25, 2013

**VIA FACSIMILE**

The Honorable James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/13
```

Re: Varughese v. Mount Sinai Medical Center, et al.
    12 Civ. 8812 (CM) (JCF)

Dear Judge Francis:

On behalf of our clients, Mount Sinai Medical Center ("Mount Sinai" or the "Hospital") and the individual defendants (collectively "Defendants"), I write to seek clarification of the Court's Order, dated July 24, 2013. The Court's Order does not address the following two issues (i) the time Plaintiff is required to appear for the second session of her psychiatric examination on August 1, 2013 and (ii) Plaintiff's request to document the examination by audio recording. Accordingly, Defendants respectfully request that the Court enter a revised Order that directs Plaintiff to appear on August 1, 2013 at 9:30 am and denies Plaintiff's request to record the examination for the reasons set forth in my letter, dated July 24, 2013.

Respectfully submitted,

Rory J. McEvoy

cc: Ronald J. Wronko, Esq. (via facsimile)
    Attorney for Plaintiff

7/26/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

BOSTON • CHICAGO • HARTFORD • HONG KONG • LONDON • LOS ANGELES • MADISON NJ • MIAMI
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH