**LAW OFFICES OF**
**RONALD J. WRONKO, LLC**
*134 COLUMBIA TURNPIKE*
*FLORHAM PARK, NJ 07932*
(973) 360-1001
FAX (973) 360-1881

Ronald J. Wronko •O

305 Madison Avenue,
Suite 449
New York, New York
10165
(212) 886-9057
(212) 957-1912

Member of New Jersey Bar •
Member of New York Bar O

Reply to New Jersey

ron@ronwronkolaw.com
www.ronwronkolaw.com

August 22, 2013

VIA FACSIMILE

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

*The Court will conference this matter on September 13, 2013 at 12:15 p.m. Counsel is to make sure Dr. Varughese is present at the conference.*

/s/ Colleen McMahon

Re: Leena Varughese, M.D. v. Mount Sinai Medical Center, et al.
Civil Action No. 12 Civ. 8812 (CM)

Dear Judge McMahon:

I represent Leena Varughese, M.D., in the above-referenced matter. I write to request permission to file application under <u>seal</u> to be relieved as counsel in the above-referenced matter. Without divulging any privileged communications, there has been a break-down in the attorney-client relationship. Accordingly, I believe it necessary to file this application.

While my application will be pending, I will continue to move this matter forward through fact discovery. However, it is anticipated that regardless of the outcome of my motion to be relieved, the fact discovery deadline will need to be extended to complete defense depositions in this matter. If my application is granted, plaintiff will also likely require additional time to find substitute counsel and for such counsel to move forward with the case. While discovery deadlines in the schedule were postponed on account of mediation in this matter, there has been no corresponding extension of the fact discovery cut-off. Accordingly, as part of my application, I intend to also request an extension of the fact discovery cut-off if I cannot extend such dates on consent upon conference with Mr. McEvoy.

Hon. Colleen McMahon, U.S.D.J.
August 22, 2013

    I thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  Ronald T. Wronko

cc:    Leena Varughese, M.D.
       Rory McEvoy, Esq.

# The Law Offices Of
## Ronald J. Wronko, LLC
134 Columbia Turnpike, Florham Park, New Jersey 07932
Tel: 973-360-1001; Fax: 973-360-1881

### FAX COVER SHEET

Date:     August 22, 2013

To:       Hon. Colleen McMahon, U.S.D.J.    (212) 805-6326
          Rory J. McEvoy, Esq..             (212) 308-4844

Sender:   Ronald J. Wronko, Esq.

No. of Pages (inc. cover): 3

Comments:

### Confidentiality Notice

The documents included in this fax message are intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone to arrange for the return of the documents to us.