UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LEENA VARUGHESE, M.D.,

    Plaintiff,

  -against-                                12 Civ. 8812 (CM)(JCF)

MOUNT SINAI MEDICAL CENTER et al.,

    Defendants.

------------------------------------------------------------x

DECISION AND ORDER ON MOTION TO BE RELIEVED

McMahon, J.:

    Plaintiff's counsel's motion to be relieved is denied.

    An opinion addressed to counsel and plaintiff has been filed under seal and will be sent to plaintiff and Mr. Wronko.

Dated: September 19, 2013

                                                         U.S.D.J.

BY ECF TO ALL COUNSEL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/13