UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

M.D. Leena Varughese,

               Plaintiff(s),                 12   Civ.  8812  (CM) (JCF)


                                  ORDER OF REFERENCE
       -against-                     TO A MAGISTRATE JUDGE

Mount Sinai Medical Center, et al.,
               Defendant(s).
_____X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate
Judge for the following purpose(s):

| | |
|---|---|
| _____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | _____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ Specific Non-Dispositive Motion/Dispute:* Discovery | _____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ Habeas Corpus |
| | ____ Social Security |
| ___ Settlement* | _____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| _____ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated:  9/26/13
       New York, New York

                                  SO ORDERED:

                                  Hon. Colleen McMahon
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY
9/26/13