Ronald J. Wronko •O

# LAW OFFICES OF
# RONALD J. WRONKO, LLC

*134 COLUMBIA TURNPIKE*
*FLORHAM PARK, NJ 07932*
(973) 360-1001
FAX (973) 360-1881

305 Madison Avenue,
Suite 449
New York, New York
10165
(212) 886-9057
(212) 957-1912

Member of New Jersey Bar •
Member of New York Bar O

**Reply to New Jersey**

ron@ronwronkolaw.com
www.ronwronkolaw.com

October 4, 2013

**VIA ECF**

Hon. James C. Francis, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    Leena Varughese, M.D. v. Mount Sinai Medical Center, et al.
             Civil Action No. 12 Civ. 8812 (CM)

Dear Judge Francis:

      I represent Leena Varughese, M.D., in the above-referenced matter. Pursuant to the request of Your Honor's Law Clerk, I hereby electronically file a letter motion for extension of the fact discovery deadline. Previously, by letter dated September 25, 2013, plaintiff requested by letter to the Honorable Colleen McMahon, U.S.D.J., that the fact discovery deadline be extended by four (4) months. See Ex. A. Defendants opposed the length of the extension arguing that two (2) months was appropriate. See Ex. B. Plaintiff responded to defendants' opposition by letter dated September 26, 2013. See Ex. C.

      On September 27, 2013, under ECF docket entry 53, Judge McMahon referred the issue to Your Honor for resolution. We hereby submit the issue to you by letter motion. We thank the Court for its consideration of this matter.

Respectfully submitted,

Ronald J. Wronko

cc:    Rory J. McEvoy, Esq. (via ecf)