

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

November 15, 2013

**VIA ECF**

The Honorable James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Varughese v. Mount Sinai Medical Center, et al.
              Docket No.: 12 Civ. 8812 (CM) (JCF)

Dear Judge Francis:

On behalf of our clients, The Mount Sinai Hospital and the individual defendants ("Defendants"), I write to request until Thursday, November 21, 2013, to file reply papers to Plaintiff's opposition to Defendants' motion to quash and for a protective order, and to file papers in response to Plaintiff's motion to extend the discovery cutoff. Next week, on Monday, November 18, Tuesday, November 19, and Wednesday, November 20, four depositions in this case are scheduled to be taken by Plaintiff. The need to prepare for those depositions, and defend them, prevents me from being able to file papers until next Thursday. I appreciate the Court's consideration.

Respectfully submitted,

Rory J. McEvoy

cc:    Ronald J. Wronko, Esq. (via ECF)
        Attorney for Plaintiff

BOSTON • CHICAGO • HARTFORD • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MIAMI • MORRISTOWN
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH