# EXHIBIT A

| | |
|---|---|
| From: | Cordon-cardo, Carlos [carlos.cordon-cardo@mssm.edu] |
| Sent: | Friday, May 06, 2011 6:42 PM |
| To: | Lento, Patrick; Castaldi, Andrew (MSSM) |
| Subject: | RE: Appoinment |

Thank you, Pat. I agree with you, and we need to be cautious regarding how we move forward. Let's discuss prior to the meeting with her!

Carlos Cordon-Cardo, M.D., Ph.D.
Professor and Chairman,
Department of Pathology,
Professor, Department of Genetics and Genomic Sciences, The Mount Sinai School of Medicine.
Professor and Director,
Department of Pathology,
The Mount Sinai Hospital.
Phone: 212-241-8014
Fax: 212-426-5129
E-mail: carlos.cordon-cardo@mssm.edu

Office Address:
Annenberg 15th Floor, Office 15-62
1468 Madison Avenue
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1194 New York, New York 10029-6574

--------------------------------------------------------------
IMPORTANT WARNING: This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the intended recipient, please immediately notify us by return email, and delete this message from your computer.
--------------------------------------------------------------


-----Original Message-----
From: Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
Sent: Thursday, May 05, 2011 4:17 PM
To: Cordon-cardo, Carlos; Castaldi, Andrew
Subject: RE: Appoinment

This is ugly. She seems to be trying to use the fact that you guys are "new" as a way of getting around the disciplinary issues.

Caryn Tiger from HR has been investigating her gender bias claim (which she only recently made after many months of the department, GME office and HR dealing with this).

Her claim of seeing residents drinking seems like an attempt to distract us from her own issues.

1

CONFIDENTIAL                                                                                                               D_ESI026142

I am not sure I understand her claim of my unfair treatment of her since her academic advisement was determined not by myself in isolation but by many involved in the investigation of her claims, including Melissa Pessin, the GME office, and hospital legal. HR and Physician Wellness (Dr. Figur) have also been significantly involved.

From my perspective, Leena seems to turn against anyone who has agreed with her version of events and she seems to now want to escalate things from a gender bias standpoint to try to strong-arm her way through this.

Pat


-----Original Message-----
From: Cordon-cardo, Carlos [mailto:carlos.cordon-cardo@mssm.edu]
Sent: Thursday, May 05, 2011 3:51 PM
To: Castaldi, Andrew (MSSM); Lento, Patrick
Subject: FW: Appoinment

Several emails today in a space of few hours!

Carlos Cordon-Cardo, M.D., Ph.D.
Professor and Chairman,
Department of Pathology,
Professor, Department of Genetics and Genomic Sciences, The Mount Sinai School of Medicine.
Professor and Director,
Department of Pathology,
The Mount Sinai Hospital.
Phone: 212-241-8014
Fax: 212-426-5129
E-mail: carlos.cordon-cardo@mssm.edu

Office Address:
Annenberg 15th Floor, Office 15-62
1468 Madison Avenue
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1194 New York, New York 10029-6574

--------------------------------------------------------------
IMPORTANT WARNING:  This email (and any attachments) is only intended for the use of the person or entity to which it is addressed, and may contain information that is privileged and confidential.  You, the recipient, are obligated to maintain it in a safe, secure and confidential manner.  Unauthorized redisclosure or failure to maintain confidentiality may subject you to federal and state penalties. If you are not the intended recipient, please immediately notify us by return email, and delete this message from your computer.
--------------------------------------------------------------


-----Original Message-----
From: leena varughese [mailto:leena.varughese@mssm.edu]
Sent: Thursday, May 05, 2011 12:40 PM
To: Cordon-cardo, Carlos; Castaldi, Andrew
Subject: Appoinment

Dr. Cordon-Cardo:

2

I can meet this Monday. Please arrange for a time that is convenient for you. I would like to speak to you about the disciplinary actions that have been taken since my initial complaint regarding harassment because of gender by Samuel McCash. I feel that his actions towards me were based on gender bias. It has become apparent to me that the actions taken thus far have been in retaliation to my complaints of harassment and request for mediation. Additionally, I had concerns regarding alcohol use by Samuel McCash and Adrienne Jordan while involved with patient care related duties on several evenings including November 23rd. This is outside of the drinking during "dementia rounds", which had never been an issue. Additionally, the evaluations that I had written about the surgical pathology rotations have went missing from the system. I spoke to New Innovations and they could not identify them. However, the GME office had assured me that they have copies and will be used as a cri tical evaluation tool. Finally, Dr. Lento had e-mailed me saying that the period of Academic Advisement had ended and I would like it to end, not contingent on a new reflection, as the old reflection is an account of what had happened and this fact was discussed with Dr. Stimmel. I also have several concerns regarding Dr. Lento's unfair treatment of me. I want all disciplinary actions taken against me to be terminated. I believe that with you as the Chairman and based on what you had specifically said to me on Tuesday, and the fact that Samuel McCash will be graduating in 2 months time, there are no more conflicts of interest between your goals and mine. I feel that we can work together and with you as the Chairman of the Department, you are in the position to end this retaliation that had taken place before you started your tenure. I thank you for your time.

Dr. Varughese

CONFIDENTIAL

D_ESI026144