# EXHIBIT B

```
                                                        Page 1
 1
 2     UNITED STATES DISTRICT COURT
 3     SOUTHERN DISTRICT OF NEW YORK
 4     Civil Action No. 12 cv 8812 (CM/JCF)
 5     ------------------------------------------x
 6     LEENA VARUGHESE, M.D.,
 7                         Plaintiff,
 8              - against -
 9     MOUNT SINAI MEDICAL CENTER, PATRICK LENTO,
10     M.D., CARLOS CORDON-CARDO, M.D., ADOLFO
11     FIRPO, M.D., IRA J. BLEIWEISS, M.D. and
12     ABC Corp. 1-10, and JOHN DOES 1-10,
13                         Defendants.
14     ------------------------------------------x
15                         October 25, 2013
                           10:00 a.m.
16
17
18          Deposition of PATRICK LENTO, M.D.,
19     taken by the Plaintiff, held at the office
20     of Ronald J. Wronko, LLC, 315 Madison
21     Avenue, New York, New York, before Joseph
22     Ravenell, a Court Reporter and Notary
23     Public of the State of New York.
24
25     Job No. NJ1755404
```

Page 197

1         PATRICK LENTO, M.D.
2    letter that "We will meet again in three
3    months to review your progress."
4         Q.    Prior to meeting with
5    Dr. Varughese to review her progress, had
6    you been apprised of the fact that
7    Dr. Varughese had made an allegation to
8    human resources that she was the victim of
9    gender discrimination?
10        A.    Not at that point, no.
11        Q.    At what point did you become
12   aware of that?
13        A.    I think it was maybe in April or
14   May.
15        Q.    How did you become aware of it?
16        A.    I don't recall who informed me.
17        Q.    Do you know whether Caryn
18   Tiger-Paillex informed you?
19        A.    I don't remember who informed
20   me.
21        Q.    Did you receive notification at
22   the same time that she had alleged that
23   she was being retaliated against?
24        A.    Did I receive a notification?
25        Q.    Did you become aware of the fact

Page 211

1           PATRICK LENTO, M.D.
2 just by engaging in questions.
3     Q.    But after the pleasantries,
4 isn't it fair to say that you immediately
5 began engaging in questions?
6     A.    Right. So the purpose of the
7 meeting was to follow up, as was outlined
8 in the academic advisement. Based on, as
9 I mentioned, the academic advisement, we
10 discussed it.
11     Q.    Was it really a discussion or
12 you asking her questions and trying to pin
13 her down to establish that she had not
14 done what you wanted with regard to the
15 self-reflection and had not read the book?
16         MR. McEVOY: Objection to the
17 form. You can answer.
18     A.    I had indicated to Dr. Varughese
19 that I didn't think the academic
20 advisement had met the criteria that we
21 had outlined and discussed regarding
22 academic advisement.
23     Q.    Had you thought that it was
24 unprofessional for Dr. Varughese to have
25 made allegations that she was the victim

```
                                              Page 212
 1              PATRICK LENTO, M.D.
 2   of gender discrimination?
 3        A.    Inappropriate?  No.
 4        Q.    Unprofessional?
 5        A.    Why would that be unprofessional?
 6              MR. McEVOY:  No, you are being
 7   asked the question.
 8        A.    No.
 9        Q.    Following the meeting, were you
10   made aware by Dr. Cordon-Cardo that
11   Dr. Varughese had reiterated her complaint
12   that she was the victim of gender
13   discrimination and retaliation?
14        A.    I don't recall that.
15        Q.    When you first became aware that
16   Dr. Varughese had made the allegation of
17   gender discrimination, did you do anything
18   to institute an investigation into that
19   particular allegation or to follow up with
20   anyone?
21        A.    That would not have been my
22   responsibility.
23        Q.    Why wouldn't it have been your
24   responsibility upon learning that, to
25   ensure that Mount Sinai's anti-discrimination
```