# EXHIBIT C

| | |
|---|---|
| From: | Patel, Shema |
| Sent: | Monday, August 15, 2011 4:28 PM |
| To: | Firpo, Adolfo |
| Subject: | Re: Dr. Leena Varughese - PGY-4, major behavioral issues, recommendations for dismissal from Program |

Let me know if you need a witness, I can come

## REDACTED FOR PRIVILEGE

1

CONFIDENTIAL

D_ESI025943

REDACTED FOR PRIVILEGE

2

CONFIDENTIAL

D_ESI025944

REDACTED FOR PRIVILEGE

3

CONFIDENTIAL

D_ESI025945

REDACTED FOR PRIVILEGE

4

CONFIDENTIAL

D_ESI025946

REDACTED FOR PRIVILEGE

5

CONFIDENTIAL

D_ESI025947

# REDACTED FOR PRIVILEGE

6

CONFIDENTIAL

D_ESI025948

# REDACTED FOR PRIVILEGE

7

CONFIDENTIAL

D_ESI025949

REDACTED FOR PRIVILEGE

8

CONFIDENTIAL

D_ESI025950