# EXHIBIT D

From:           Lento, Patrick
Sent:           Thursday, August 11, 2011 10:22 AM
To:            Firpo, Adolfo (MSSM)
Cc:            Najfeld, Vesna (MSSM); Cordon-cardo, Carlos (MSSM); Jordan, Adrienne; Barnett, Scott
               (MSSM); Johnson, Paul F (MSSM-Imail); Patel, Shema (MSSM)
Subject:      RE: Dr. Leena Varughese's performance in her current rotation

No precedent...
Pat

-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Thursday, August 11, 2011 10:12 AM
To: Lento, Patrick
Cc: Najfeld, Vesna (MSSM); Cordon-cardo, Carlos (MSSM); Jordan, Adrienne; Barnett, Scott
(MSSM); Johnson, Paul F (MSSM-Imail); Patel, Shema (MSSM)
Subject: Dr. Leena Varughese's performance in her current rotation
Importance: High

Dr. Lento:

Dr. Najfeld has kept me informed of recurrent problems with Dr. Varughese's performance since
her rotation started last week. She now feels very strongly that Dr. Varughese will be unable
to achieve basic competencies in Tumor cytogenetics expected of a PGY 4 pathology resident.
She has met personally with Dr. Varughese and made her aware of her problematic behavior and
deficient level of medical knowledge in the particular are of tumor cytogenetics.

What is the program's policy regarding unsatisfactory performance of a rotation? Is  there
any precedent of similar behavior by a resident here at MD? Have a resident ever been
dismissed for poor performance and failure to fulfill expectations of the program or meet the
minimum performance standards?

Dr. Firpo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:  .
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

1

CONFIDENTIAL

D_ESI026191

-----Original Message-----
From: Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
Sent: Thursday, August 11, 2011 10:00 AM
To: Firpo, Adolfo
Cc: Cordon-cardo, Carlos; Jordan, Adrienne (MSH)
Subject: FW: 8/11/11

Dr. Najfeld has been trying her best with Leena on the Cytogenetics rotation yet there
continues to be issues with Leena. After having problems regarding the performance of her
duties as well as a presentation Leena was supposed to give this week, Dr. Najfeld emailed
her this morning to review what was expected of her today. Leena's response was to call out
sick (see below).

Pat

-----Original Message-----
From: Najfeld, Vesna [mailto:vesna.najfeld@mssm.edu]
Sent: Thursday, August 11, 2011 9:06 AM
To: Lento, Patrick
Subject: FW: 8/11/11


Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu

-----Original Message-----
From: leena varughese [mailto:leena.varughese@mssm.edu]
Sent: Thursday, August 11, 2011 8:12 AM
To: Najfeld, Vesna; Firpo, Adolfo; Carter, Allene (MSH); Scalise, Angela
Subject: 8/11/11

I am not feeling well so I am taking a sick day today.

Dr. Varughese

2

CONFIDENTIAL

D_ESI026192