Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
134 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 360-1001
Attorneys for plaintiff
Leena Varughese, M.D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEENA VARUGHESE, M.D., | Civil Action No. 12 cv 8812 (CM/JCF) |
| Plaintiff, | ECF CASE |
| v. | CIVIL ACTION |
| MOUNT SINAI MEDICAL CENTER, PATRICK LENTO, M.D., CARLOS CORDON-CARDO, M.D., ADOLFO FIRPO, M.D., IRA J. BLEIWEISS, M.D. and ABC Corp. 1-10, and JOHN DOES 1-10, Defendants. | **NOTICE OF MOTION TO COMPEL IN CAMERA REVIEW AND PRODUCTION OF DOCUMENTS WITHHELD BY DEFENDANTS AS PRIVILEGED** |

TO:   Rory J. McEvoy, Esq.
      Edwards Wildman Palmer LLP
      750 Lexington Avenue
      New York, New York 10022

COUNSEL:

PLEASE TAKE NOTICE that upon the annexed Declaration of Ronald J. Wronko, Esq., sworn to on January 6, 2014 and the exhibit thereto; the accompanying memorandum of law; and all prior proceedings had herein, Plaintiff Leena Varughese

will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an order compelling <u>in camera</u> inspection and production of documents withheld by defendants based on privilege.

PLEASE TAKE FURTHER NOTICE THAT the plaintiff requests oral argument if the motion is opposed.

Dated:  January 6, 2014
         Florham Park, New Jersey

                                    Respectfully Submitted,

                                    RONALD J. WRONKO, LLC
                                    Attorneys for plaintiff

                                    By: _____
                                        Ronald J. Wronko
                                        Attorney for Plaintiff
                                        134 Columbia Turnpike
                                        Florham Park, NJ 07932
                                        (973) 360-1001
                                        ron@ronwronkolaw.com