# EXHIBIT A

Leena Varughese v. Mount Sinai Medical Center, et al. 12 Civ. 8812 (CM) (JCF)
Defendants' Privilege Log
November 22, 2013

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ESI.Priv. 00001 | 4/28/2011 | Arthur Figur | Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Patrick Lento | Scott Barnett, Paul Johnson | Email | Email to legal counsel for legal advice regarding Academic Advisement | | Attorney-Client Privilege |
| 2 | ESI.Priv. 00002-ESI.Priv. 00003 | 4/28/2011 | Arthur Figur | Scott Barnett, Patrick Lento, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Paul Johnson | | Email | Email to legal counsel for legal advice regarding Mount Sinai disciplinary procedure | | Attorney-Client Privilege |
| 3 | ESI.Priv. 00004-ESI.Priv. 00005 | 4/28/2011 | Arthur Figur | Scott Barnett, Patrick Lento, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Paul Johnson | | Email | Email to legal counsel for legal advice regarding Mount Sinai disciplinary procedure | | Attorney-Client Privilege |

1

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ESI.Priv. 00006 | 4/28/2011 | Arthur Figur | Marina Lowy (Senior Associate General Counsel), Patrick Lento, Caryn Tiger-Paillex | Scott Barnett, Paul Johnson | Email | Email to legal counsel seeking legal advice regarding a resident issue | | Attorney-Client Privilege |
| 5 | ESI.Priv. 00007– ESI.Priv. 00008 | 5/9/2011 | Basil Odintsov | Scott Barnett, Andrew Castaldi, Marina Lowy (Senior Associate General Counsel), Paul Johnson, Arthur Figur | Patrick Lento, Carlos Cordon-Cardo | Email | Email to legal counsel seeking legal advice regarding a resident issue | | Attorney-Client Privilege |
| 6 | ESI.Priv. 00009– ESI.Priv. 00010 | 5/9/2011 | Basil Odintsov | Scott Barnett, Andrew Castaldi, Marina Lowy (Senior Associate General Counsel), Paul Johnson, Arthur Figur | Patrick Lento, Carlos Cordon-Cardo | Email | Email to legal counsel seeking legal advice regarding a resident issue | | Attorney-Client Privilege |

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 7 | ESI.Priv. 00011-ESI.Priv. 00012 | 5/9/2011 | Andrew Castaldi | Basil Odintsov, Scott Barnett, Marina Lowy (Senior Associate General Counsel), Paul Johnson, Arthur Figur | Patrick Lento, Carlos Cordon-Cardo | Email | Email to legal counsel seeking legal advice regarding a resident issue | | Attorney-Client Privilege |
| 8 | ESI.Priv. 00013-ESI.Priv. 00014 | 5/25/2011 | Carlos Cordon-Cardo | Scott Barnett, Patrick Lento, Paul Johnson, Marina Lowy (Senior Associate General Counsel) | Andrew Castaldi, Arthur Figur, Patrick Lento | Email | Email to legal counsel seeking legal advice regarding Academic Advisement | | Attorney-Client Privilege |
| 9 | ESI.Priv. 00015-ESI.Priv. 00018 | 5/25/2011 | Marina Lowy (Senior Associate General Counsel) | Scott Barnett, Carlos Cordon-Cardo | Patrick Lento, Paul Johnson, Andrew Castaldi, Arthur Figur, Phillip Williams, Caryn Tiger- | Email | Email from legal counsel providing legal advice regarding Academic Advisement | | Attorney-Client Privilege |

3

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Paillex | | | | · |
| 10 | ESI.Priv. 00019-ESI.Priv. 00022 | 5/25/2011 | Andrew Castaldi | Marina Lowy (Senior Associate General Counsel), Scott Barnett, Carlos Cordon-Cardo, Basil Odintsov | Patrick Lento, Paul Johnson, Arthur Figur, Phillip Williams, Caryn Tiger-Paillex | Email | Email to legal counsel seeking legal advice regarding Academic Advisement | | Attorney-Client Privilege |
| 11 | ESI.Priv. 00023-ESI.Priv. 00027 | 5/27/2011 | Basil Odintsov | Andrew Castaldi, Marina Lowy (Senior Associate General Counsel), Scott Barnett, Carlos Cordon-Cardo | Patrick Lento, Paul Johnson, Arthur Figur, Phillip Williams, Caryn Tiger-Paillex | Email | Email to legal counsel seeking legal advice regarding Academic Advisement | | Attorney-Client Privilege |
| 12 | ESI.Priv. 00028-ESI.Priv. 00032 | 5/27/2011 | Marina Lowy (Senior Associate General Counsel) | Basil Odintsov, Andrew Castaldi, Scott Barnett, Carlos Cordon-Cardo | Patrick Lento, Paul Johnson, Arthur Figur, Phillip Williams, Caryn Tiger-Paillex | Email | Email from legal counsel regarding legal advice on Academic Advisement | | Attorney-Client Privilege |
| 13 | ESI.Priv. | 6/23/2011 | Patrick Lento | Scott Barnett, | Scott Barnett, | Email | Email seeking | D ESI | Attorney-Client |

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
|  | 00033-ESI Priv. 00034 |  |  | Allene Carter | Paul Johnson, Caryn Tiger-Paillex, Marina Lowy (Senior Associate General Counsel) |  | legal advice on Mount Sinai policy | 025934 – D_ESI 025937 | Privilege |
| 14 | ESI Priv. 00035 | 6/23/2011 | Patrick Lento | Scott Barnett, Allene Carter | Scott Barnett, Paul Johnson, Caryn Tiger-Paillex, Marina Lowy (Senior Associate General Counsel) | Email | Email seeking legal advice on Mount Sinai policy | D_ESI 025938-D_ESI 025940 | Attorney-Client Privilege |
| 15 | ESI Priv. 00036-ESI Priv. 00037 | 7/1/2011 | Paul Johnson | Scott Barnett | Caryn Tiger-Paillex, Marina Lowy (Senior Associate General Counsel), Scott Barnett | Email | Email seeking legal advice regarding draft of warning letter for Plaintiff |  | Attorney-Client Privilege |
| 16 | ESI Priv. 00038 | 7/5/2011 | Paul Johnson | Carlos Cordon-Cardo, Patrick Lento, Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Scott Barnett | Email | Email seeking legal advice regarding draft of warning letter for Plaintiff |  | Attorney-Client Privilege |

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barnett | | | | |
| 17 | ESI.Priv. 00039-ESI.Priv. 00041 | 7/1/2011 | Caryn Tiger-Paillex (for Patrick Lento) | Leena Varughese | | Letter (draft) | Draft of final warning letter attached to email submitted for review by and advice from legal counsel | | Work Product |
| 18 | ESI.Priv. 00042 | 7/6/2011 | Patrick Lento | Carlos Cordon-Cardo, Patrick Lento, Paul Johnson, Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Scott Barnett | Email | Email seeking legal advice regarding a draft of the warning letter for Plaintiff | | Attorney-Client Privilege |
| 19 | ESI.Priv. 00043 | 7/6/2011 | Patrick Lento | Paul Johnson, Carlos Cordon-Cardo, Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Scott Barnett | Email | Email seeking legal advice regarding a draft of the warning letter for Plaintiff | | Attorney-Client Privilege |

6

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 20 | ESI.Priv. 00044-ESI.Priv. 00046 | 7/1/2011 | Caryn Tiger-Paillex (for Patrick Lento) | Leena Varughese | | Letter (draft) | Draft of final warning letter submitted for review by and advice from legal counsel | | Work Product |
| 21 | ESI.Priv. 00047 | 7/6/2011 | Paul Johnson | Patrick Lento | Carlos Cordon-Cardo, Adolfo Firpo, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Pailex, Scott Barnett | Email | Email seeking legal advice regarding a draft of the warning letter for Plaintiff | | Attorney-Client Privilege |
| 22 | ESI.Priv. 00048-ESI.Priv. 00050 | 7/1/2011 | Caryn Tiger-Paillex (for Patrick Lento) | Leena Varughese | | Letter (draft) | Draft of final warning letter submitted for review by and advice from legal counsel | | Work Product |
| 23 | ESI.Priv. 00051-ESI.Priv. 00052 | 7/28/2011 | Patrick Lento | Adrienne Jordan, Marina Lowy (Senior Associate General Counsel), Scott Barnett, Paul Johnson, | | Email | Email to legal counsel seeking legal advice regarding residency program | | Attorney-Client Privilege |

7

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Elizabeth Morency, Adolfo Firpo | | | | | |
| 24 | ESI.Priv. 00053- ESI.Priv. 00054 | 7/8/2011 | Scott Barnett | Patrick Lento, Adrienne Jordan, Marina Lowy (Senior Associate General Counsel), Paul Johnson, Elizabeth Morency, Adolfo Firpo | | Email | Email to legal counsel seeking legal advice regarding residency program | | Attorney-Client Privilege |
| 25 | ESI.Priv. 00055- ESI.Priv. 00056 | 7/14/2011 | Marina Lowy (Senior Associate General Counsel) | Carlos Cordon-Cardo | Adolfo Firpo, Scott Barnett, Patrick Lento, Paul Johnson, Caryn Tiger-Paillex | Email | Email from legal counsel providing legal advice regarding response to Plaintiff's retention of attorney | | Attorney-Client Privilege |
| 26 | ESI.Priv. 00057- ESI.Priv. 00059 | 7/14/2011 | Paul Johnson | Marina Lowy (Senior Associate General | | Email | Email to legal counsel seeking legal advice regarding final | | Attorney-Client Privilege |

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (if Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 27 | ESLPriv. 00060-ESLPriv. 00062 | 7/15/2011 | Marina Lowy (Senior Associate General Counsel) | Scott Barnett, Paul Johnson, Caryn Tiger-Paillex | Scott Barnett, Adolfo Firpo | Email | warning Email from legal counsel providing legal advice regarding the appeal process | | Attorney-Client Privilege |
| 28 | ESLPriv. 00063-ESLPriv. 00064 | 8/1/2011 | Paul Johnson | Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Scott Barnett, Adolfo Firpo, Carlos Cordon-Cardo, Patrick Lento, Shema Patel | Email | Email seeking legal advice regarding final warning appeal process | | Attorney-Client Privilege |
| 29 | ESLPriv. 00065-ESLPriv. 00069 | 8/11/2011 | Scott Barnett | Adolfo Firpo, Scott Barnett, Paul Johnson | Patrick Lento, Vesna Najfeld, Carlos Cordon-Cardo, Adrienne Jordan, Shema Patel, Marina Lowy (Senior Associate General | Email | Email seeking legal advice regarding disciplinary action | | Attorney-Client Privilege |

9

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (if Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Counsel], Caryn Tiger-Paillex | | | | |
| 30 | ESI.Priv.00070-ESI.Priv.00074 | 8/11/2011 | Adrienne Jordan | Adolfo Firpo, Scott Barnett, Paul Johnson, Elizabeth Morency | Patrick Lento, Vesna Najfeld, Carlos Cordon-Cardo, Shema Patel, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex | Email | Email seeking legal advice regarding disciplinary action | | Attorney-Client Privilege |
| 31 | ESI.Priv.00075-ESI.Priv.00082 | 8/15/2011 | Scott Barnett | Marina Lowy (Senior Associate General Counsel) | Scott Barnett, Adolfo Firpo, Paul Johnson, Shema Patel, Caryn Tiger-Paillex, Patrick Lento | Email | Email to legal counsel discussing legal advice regarding meeting procedure | | Attorney-Client Privilege |
| 32 | ESI.Priv.00083-ESI.Priv.00090 | 8/15/2011 | Adolfo Firpo | Scott Barnett, Marina Lowy (Senior Associate General Counsel) | Paul Johnson, Shema Patel, Caryn Tiger-Paillex, Patrick Lento | Email | Email to legal counsel discussing legal advice regarding a meeting with Plaintiff | D_ESI 025943-D_ESI 025950 | Attorney-Client Privilege |
| 33 | ESI.Priv.00091- | 8/15/2011 | Scott Barnett | Adolfo Firpo | Marina Lowy (Senior | Email | Email discussing legal advice | | Attorney-Client Privilege |

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (if Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | ESI.Priv. 00100 | | | | Associate General Counsel), Paul Johnson, Shema Patel, Caryn Tiger-Paillex, Patrick Lento | | regarding a meeting with Plaintiff | | Attorney-Client Privilege |
| 34 | ESI.Priv. 00101 | 8/21/2011 | Paul Johnson | Marina Lowy (Senior Associate General Counsel), Scott Barnett, Caryn Tiger-Paillex | | Email | Email to legal counsel seeking legal advice regarding confidentiality | | |
| 35 | ESI.Priv. 00102-ESI.Priv. 00106 | 9/7/2011 | Paul Johnson | Adolfo Firpo | Scott Barnett, Carlos Cordon-Cardo, Shema Patel, Marina Lowy (Senior Associate | Email | Email seeking legal advice regarding Mount Sinai policies | | Attorney-Client Privilege |

11

| No. | Bates No. | Date | Author | Address(es) | Copied | Document | Subject | Bates Number (if Produced in Part) | Basis for withholding |
|-----|-----------|------|--------|-------------|--------|----------|---------|-----------------------------------|----------------------|
| | | | | | General Counsel), Caryn Tiger-Paillex | | | | |
| 36 | ESI.Priv. 00107-ESI.Priv. 00111 | 9/7/2011 | Paul Johnson | Adolfo Firpo | Scott Barnett, Carlos Cordon-Cardo, Shema Patel, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex | Email | Email seeking legal advice regarding Mount Sinai policies | | Attorney-Client Privilege |
| 37 | ESI.Priv. 00112-ESI.Priv. 00118 | 9/14/2011 | Adolfo Firpo | Scott Barnett, Paul Johnson, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex | Patrick Lento, Carlos Cordon-Cardo | Email | Email to legal counsel seeking legal advice regarding resident concerns | D_ESI 025951-D_ESI 025957 | Attorney-Client Privilege |
| 38 | ESI.Priv. 00119-ESI.Priv. 00125 | 9/14/2011 | Adolfo Firpo | Scott Barnett, Paul Johnson, Marina Lowy (Senior | Patrick Lento, Carlos Cordon-Cardo | Email | Email to legal counsel seeking legal advice regarding | D_ESI 025958-D_ESI 025964 | Attorney-Client Privilege |

12

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Associate General Counsel), Caryn Tiger-Paillex | | | resident concerns | | |
| 39 | ESI.Priv. 00126- ESI.Priv. 00131 | 9/14/2011 | Caryn Tiger-Paillex | Adolfo Firpo, Scott Barnett, Paul Johnson, Marina Lowy (Senior Associate General Counsel) | Patrick Lento, Carlos Cordon-Cardo | Email | Email to legal counsel seeking legal advice regarding resident concerns | | Attorney-Client Privilege |
| 40 | ESI.Priv. 00132- ESI.Priv. 00138 | 9/14/2011 | Patrick Lento | Adolfo Firpo, Caryn Tiger-Paillex, Scott Barnett, Paul Johnson, Marina Lowy (Senior Associate General Counsel), Bruce Petersen | Carlos Cordon-Cardo, Shema Patel | Email | Email to legal counsel seeking legal advice regarding resident concerns and conference credit | | Attorney-Client Privilege |
| 41 | ESI.Priv. 00139- | 9/14/2011 | Adrienne Jordan | Adolfo Firpo | Scott Barnett, Paul Johnson, | Email | Email seeking legal advice | | Attorney-Client Privilege |

13

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (if Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | ESI.Priv. 00147 | | | | Shema Patel, Carlos Cordon-Cardo, Patrick Lento, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex | | about resident concerns | | |
| 42 | ESI.Priv. 00148-ESI.Priv. 00151 | 9/15/2011 | Caryn Tiger-Paillex | Marina Lowy (Senior Associate General Counsel), Paul Johnson, Scott Barnett | Adolfo Firpo, Shema Patel, Scott Barnett, Patrick Lento, Carlos Cordon-Cardo, Bruce Petersen | Email | Email to legal counsel seeking legal advice regarding FMLA procedure | | Attorney-Client Privilege |
| 43 | ESI.Priv. 00152-ESI.Priv. 00157 | 9/19/2011 | Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Scott Barnett, Paul Johnson, Caryn Tiger-Paillex | Shema Patel, Patrick Lento, Bruce Petersen | Email | Email to legal counsel requesting legal advice regarding FMLA procedure | | Attorney-Client Privilege |

14

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 44 | ESI.Priv. 00158-ESI.Priv. 00163 | 9/19/2011 | Patrick Lento | Adolfo Firpo, Scott Barnett, Paul Johnson, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex | Shema Patel, Bruce Petersen | Email | Email to legal counsel seeking legal advice regarding FMLA procedure | | Attorney-Client Privilege |
| 45 | ESI.Priv. 00164-ESI.Priv. 00169 | 9/19/2011 | Marina Lowy (Senior Associate General Counsel) | Adolfo Firpo, Scott Barnett, Paul Johnson, Caryn Tiger-Paillex | Shema Patel, Patrick Lento, Bruce Petersen | Email | Email from legal counsel providing legal advice regarding FMLA procedure | | Attorney-Client Privilege |
| 46 | ESI.Priv. 00170-ESI.Priv. 00175 | 9/19/2011 | Marina Lowy (Senior Associate General Counsel) | Adolfo Firpo, Scott Barnett, Paul Johnson, Caryn Tiger-Paillex | Shema Patel, Patrick Lento, Bruce Petersen | Email | Email from legal counsel providing legal advice regarding Plaintiff's FMLA request | | Attorney-Client Privilege |
| 47 | ESI.Priv. 00176-ESI.Priv. 00178 | 9/19/2011 | Paul Johnson | Caryn Tiger-Paillex | Marina Lowy (Senior Associate General Counsel), Scott Barnett, Daniel Hughes, Shema Patel | Email | Email seeking legal advice regarding FMLA procedure | D_ESI 025965-D_ESI 025967 | Attorney-Client Privilege |

15

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 48 | ESI.Priv.00179-ESI.Priv.00185 | 9/19/2011 | Caryn Tiger-Paillex | Marina Lowy (Senior Associate General Counsel), Adolfo Firpo, Scott Barnett, Paul Johnson | Shema Patel, Patrick Lento, Bruce Petersen | Email | Email to legal counsel seeking legal advice regarding FMLA procedure | | Attorney-Client Privilege |
| 49 | ESI.Priv.00186-ESI.Priv.00192 | 9/20/2011 | Scott Barnett | Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Paul Johnson, Patrick Lento, Shema Patel, Caryn Tiger-Paillex | Email | Email seeking legal advice regarding FMLA procedure | | Attorney-Client Privilege |
| 50 | ESI.Priv.00193-ESI.Priv.00197 | 9/20/2011 | Adolfo Firpo | Paul Johnson | Marina Lowy (Senior Associate General Counsel), Patrick Lento, Shema Patel, Scott Barnett, Caryn Tiger-Paillex | Email | Email seeking legal advice regarding FMLA request | | Attorney-Client Privilege |

16

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 51 | ESI.Priv. 00198-ESI.Priv. 00205 | 9/20/2011 | Adolfo Firpo | Scott Barnett | Marina Lowy (Senior Associate General Counsel), Paul Johnson, Patrick Lento, Shema Patel, Caryn Tiger-Paillex | Email | Email seeking legal advice regarding FMLA requests | | Attorney-Client Privilege |
| 52 | ESI.Priv. 00206-ESI.Priv. 00210 | 9/20/2011 | Shema Patel | Paul Johnson, Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Patrick Lento, Scott Barnett, Caryn Tiger-Paillex | Email | Email seeking legal advice regarding resident action | | Attorney-Client Privilege |
| 53 | ESI.Priv. 00211-ESI.Priv. 00215 | 9/20/2011 | Adolfo Firpo | Patrick Lento, Shema Patel, Paul Johnson | Marina Lowy (Senior Associate General Counsel), Scott Barnett, Caryn Tiger-Paillex | Email | Email seeking legal advice regarding termination | | Attorney-Client Privilege |

17

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (if Produced in Part) | Basis for withholding |
|-----|-----------|------|--------|-----------|--------|----------|---------|-----------------------------------|----------------------|
| | | | | | | | | | |
| 54 | ESI Priv. 00216- Priv. 00221 | 9/20/2011 | Paul Johnson | Adolfo Firpo | Patrick Lento, Shema Patel, Marina Lowy (Senior Associate General Counsel), Scott Barnett, Caryn Tiger- Paillex | Email | Email seeking legal advice regarding termination | | Attorney-Client Privilege |
| 55 | ESI Priv. 00222 | 9/20/2011 | Paul Johnson | Marina Lowy (Senior Associate General Counsel), Amelie Trahant (Associate General Counsel), Caryn Tiger-Paillex, Scott Barnett, Carlos Cordon-Cardo, Adolfo Firpo, Patrick Lento, Shema | | Email | Email to legal counsel seeking legal advice regarding a draft of the summary suspension and termination letter | | Attorney-Client Privilege |

18

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Patel, Daniel Hughes | | | | | |
| 56 | ESI.Priv. 00223-ESI.Priv. 00228 | 9/21/2011 | Paul Johnson (for Carlos Cordon-Cardo) | Leena Varughese | | Letter (Draft) | Draft of summary suspension and termination letter sent to legal counsel for legal advice | | Work Product |
| 57 | ESI.Priv. 00229 | 9/20/2011 | Paul Johnson | Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex, Scott Barnett, Daniel Hughes, Amelie Trahant (Associate General Counsel) | | Email | Email to legal counsel seeking legal advice regarding witnesses for upcoming meeting | | Attorney-Client Privilege |

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|-----|-----------|------|--------|-----------|--------|----------|---------|-----------------------------------|----------------------|
| | | | | | | | | | |
| 58 | ESI Priv. 00230 | 9/20/2011 | Scott Barnett | Paul Johnson, Marina Lowy (Senior Associate General Counsel), Amelie Trahant (Associate General Counsel), Caryn Tiger-Paillex, Carlos Cordon-Cardo, Adolfo Firpo, Patrick Leato, Shema Patel, Daniel Hughes | | Email | Email to legal counsel seeking legal advice regarding a draft of summary suspension and termination letter | | Attorney-Client Privilege |

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 59 | ESI Priv. 00231 | 9/20/2011 | Patrick Lento | Paul Johnson, Marina Lowry (Senior Associate General Counsel), Amelie Trabant (Associate General Counsel), Caryn Tiger-Paillex, Scott Barnett, Carlos Cordon-Cardo, Adolfo Firpo, Shema Patel, Daniel Hughes | | Email | Email to legal counsel seeking legal advice regarding a draft of summary suspension and termination letter | | Attorney-Client Privilege |
| 60 | ESI Priv. | 9/21/2011 | Paul Johnson | Leena | | Letter | Draft of | | Work Product |

21

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
|  | 00232-ESLPriv.00237 |  | (For Carlos Cordon-Cardo) | Varughese |  | (draft) | summary suspension and termination letter sent to legal counsel for legal advice attached to previous email |  |  |
| 61 | ESLPriv.00238-ESLPriv.00239 | 9/20/2011 | Marina Lowy (Senior Associate General Counsel) | Patrick Lento, Paul Johnson, Amelie Trahant (Associate General Counsel), Scott Barnett, Carlos Cordon-Cardo, Adolfo Firpo, Shema Patel |  | Email | Email from legal counsel providing legal advice and suggestions regarding a draft of the summary suspension and termination letter |  | Attorney-Client Privilege |
| 62 | ESLPriv.00240-ESLPriv.00245 | 9/21/2011 | Paul Johnson (for Carlos Cordon-Cardo) | Leena Varughese |  | Letter (draft) | Draft of summary suspension and termination letter sent by legal counsel attached |  | Work Product |

22

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 63 | ESI Priv. 00246-ESI Priv. 00247 | 9/21/2011 | Adolfo Firpo | Marina Lowy (Senior Associate General Counsel), Patrick Lento, Paul Johnson, Amelie Trahant (Associate General Counsel), Scott Barnett, Carlos Cordon-Cardo, Shema Patel | | Email | to previous email Email to legal counsel seeking legal advice regarding termination letter | | Attorney-Client Privilege |
| 64 | ESI Priv. 00248 | 9/21/2011 | Caryn Tiger-Paillex | Paul Johnson, Marina Lowy (Senior Associate General Counsel), Amelie Trahant (Associate General Counsel), Scott Barnett, Carlos Cordon-Cardo, Adolfo Firpo, Patrick Lento, | | Email | Email to legal counsel seeking legal advice regarding a draft of the summary suspension and termination letter | | Attorney-Client Privilege |

23

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 65 | ESI.Priv. 00249-ESI.Priv. 00254 | 9/21/2011 | Paul Johnson (for Carlos Cordon-Cardo) | Shema Patel, Daniel Hughes Leena Varughese | | Letter (draft) | Draft of summary suspension and termination letter sent to legal counsel for legal advice attached to previous email | | Work Product |
| 66 | ESI.Priv. 00255 | 9/21/2011 | Shema Patel | Paul Johnson, Scott Barnett, Marina Lowry (Senior Associate General Counsel), Caryn Tiger-Paillex, Carlos Cordon-Cardo, Adolfo Firpo | | Email | Email to legal counsel requesting legal advice on an additional termination document | | Attorney-Client Privilege |
| 67 | ESI.Priv. | 8/17/2011 | Scott Barnett | Adolfo Firpo, | Patrick Lento, | Email | Email seeking | | Attorney-Client |

24

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| | 00256-ESI.Priv.00258 | | | Paul Johnson | Carlos Cordon-Cardo, Scott Barnett, Shema Patel, Marina Lowy (Senior Associate General Counsel), Caryn Tiger-Paillex | | legal advice regarding Academic Advisement | | Privilege |
| 68 | ESI.Priv. 00259 | 9/14/2011 | Adolfo Firpo | Patrick Lento | | Email | Email discussing legal advice from legal counsel regarding resident concerns | | Attorney-Client Privilege |
| 69 | ESI.Priv. 00260-ESI.Priv. 00262 | | Adolfo Firpo | | | Document | Draft of proposed conference credit suggestions attached to email discussing legal advice from legal counsel regarding resident concerns | | Work Product |

25

| No. | Bates No. | Date | Author | Address(s) | Copied | Document | Subject | Bates Number (If Produced in Part) | Basis for withholding |
|---|---|---|---|---|---|---|---|---|---|
| 70 | ESI.Priv. 00263 | 7/12/2011 | Patrick Lento | Carlos Cordon-Cardo, Adolfo Firpo | | Email | Email discussing legal advice regarding final warning | D_ESI 025942 | Attorney-Client Privilege |

26