|  |  |  |
|---|---|---|
| Ronald J. Wronko •❍ | **LAW OFFICES OF**<br>**RONALD J. WRONKO, LLC**<br>*134 COLUMBIA TURNPIKE*<br>*FLORHAM PARK, NJ 07932*<br>(973) 360-1001<br>FAX (973) 360-1881 | 315 Madison Avenue,<br>Suite 901<br>New York, New York<br>10165<br>(212) 886-9057<br>(212) 957-1912<br><br>Member of New Jersey Bar •<br>Member of New York Bar ❍<br><br>**Reply to New Jersey** |

ron@ronwronkolaw.com
www.ronwronkolaw.com

January 9, 2014
**VIA ECF FILING**

Hon. James C. Francis, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:    Leena Varughese, M.D. v. Mount Sinai Medical Center, et al.
                Civil Action No. 12 Civ. 8812 (CM)

Dear Judge Francis:

      I represent Leena Varughese, M.D., in the above-referenced matter. I write to supplement my submission in support of a request to extend the discovery cut-off.

      The deposition of Adrienne Jordan, M.D., was scheduled for tomorrow. Unfortunately, as reflected on the attached doctor's note and positive influenza test, I have the flu and have a 102 degree fever today. Dr. Jordan, who has retained her own counsel to defend the deposition, advised that it will be approximately 30 days before the deposition can be rescheduled because of her trial schedule. For the foregoing reasons, I respectfully request that the Court grant the request to extend the discovery cut-off.

      We thank the Court for its consideration of this matter.

                                                             Respectfully submitted,

                                                            /s/*Ronald J. Wronko*
                                                            Ronald J. Wronko

Encl.
cc:     Rory McEvoy, Esq. (via ecf filing)