# Doctors Express®
## Urgent Care When You Need It

| | |
|---|---|
| 128 Columbia Turnpike Ste 101<br>Florham Park, NJ  07932-2283 | Phone 973-377-9366<br>Fax 973-377-9329 |

Date: 01/09/14

RONALD WRONKO JR  (DOB: 04/09/72)

Was seen today at Doctors Express and may:

___X__   Return to Work/School :  Monday, Jan. 13th

_____   Return to Work/School with the following restrictions:

_____   May not return to Work/School:

Any questions, please call.

*[signature]*
_____
PROVIDER SIGNATURE
Beatrice Monroe, MD