# SOFIA INFLUENZA A & B TEST RESULTS

QUIDEL Corp.
DOC EXP FP
SN: 00013329

**Patient Results**

**Sofia FluAB_R4**

Patient ID: 123456
Date: 01/09/2014
Time: 03:21PM
User Name: Supervisor
Order #:

WALK AWAY Mode

Flu A:      positive
Flu B:      negative
Control:    valid

Cassette Lot#: 218773
Cassette Ser#: 577542