

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
fax +1 212 308 4844
rmcevoy@edwardswildman.com

January 10, 2014

**VIA ECF**

The Honorable James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Varughese v. Mount Sinai Medical Center, et al.
           Docket No.: 12 Civ. 8812 (CM) (JCF)

Dear Judge Francis:

On behalf of our clients, Mount Sinai Medical Center and the Individual Defendants ("Defendants"), I write to supplement my letter to the Court, dated January 9, 2014, regarding Plaintiff's request, among other things, for an extension of the discovery cutoff. In light of Mr. Wronko's illness, and because the depositions of Dr. Jordan and Dr. Morency were scheduled to be taken before the discovery deadline of January 15, 2014, Defendants have no objection to a thirty-day extension of the discovery cutoff solely for the purpose of taking those depositions. As set forth in my January 9 letter, Defendants continue to oppose Plaintiff's request for an extension of the deadline in all other respects.

Respectfully submitted,

Rory J. McEvoy

cc:    Ronald J. Wronko, Esq. (via ECF)

BOSTON • CHICAGO • HARTFORD • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MIAMI • MORRISTOWN
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH