```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
LEENA VARUGHESE, M.D.,                  : 12 Civ. 8812 (CM) (JCF)
                                        :
              Plaintiff,                :       O R D E R
                                        :
      - against -                       :
                                        :
MOUNT SINAI MEDICAL CENTER, PATRICK     :
LENTO, M.D., CARLOS CORDON-CARDO,       :
M.D., IRA J. BLEIWEISS, M.D., ABC       :
CORP. 1-10, and JOHN DOES 1-10,         :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```



Counsel having raised various discovery disputes by letter (See Docket nos. 96, 100, 101, 102, 103, and 104), it is hereby ORDERED as follows:

1. The discovery deadline is extended to February 15, 2014, solely for purposes of taking the depositions of Dr. Jordan, Dr. Morency, and two witnesses from the Robert Wood Johnson Medical School.

2. With respect to the Requests for Admissions propounded by plaintiff: (a) defendants have responded adequately to Requests nos. 54-58; (b) defendants shall provide a substantive response to Request no. 60; and (c) defendants' objection to Request no. 70 is sustained.

3. Plaintiff's application to release to the Office of

Professional Medical Conduct (the "OPMC") documents deemed confidential by defendants in this litigation is denied without prejudice. I am skeptical that the OPMC would consider the documents in question relevant to its proceedings, but if it requests the disclosure of the documents, I will reconsider the issue.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       January 14, 2014

Copies mailed this date:

Ronald J. Wronko, Jr., Esq.
Law Offices of Ronald J. Wronko, LLC
134 Columbia Turnpike
Florham Park, NJ 07932

Rory J. McEvoy, Esq.
Julie L. Sauer, Esq.
Edwin Larkin, Esq.
Edwards Wildman Palmer LLP
750 Lexington Ave.
New York, NY 10022