UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LEENA VARUGHESE, M.D.,

       Plaintiff,

   -against-                                    12 Civ. 8812 (CM) (JCF)

MOUNT SINAI MEDICAL CENTER et al.,

       Defendants.
---------------------------------------------------------------x

## ORDER

McMahon, J.:

    The Court today received an emergency phone call from Dr. Varughese requesting an adjournment of her February 14, 2014 deadline to file a response to her attorney's pending motion to be relieved as counsel. In light of the impending weather event in the New York area, an adjournment is granted until 5:00 PM on February 18, 2014.

Dated: February 12, 2014

                                                          U.S.D.J.

VIA ECF TO ALL COUNSEL