UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2014

_Leena Varghese_

_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s))

-against-

_Mt. Sinai Medical Center et al_

_____
(In the space above enter the full name(s) of the defendants(s)/respondent(s))

NOTICE OF PRO SE APPEARANCE

_12_ Civ. _8812_ ( _CM_ )( _JCF_ )

Please take notice that I, _Leena Varghese_ , Plaintiff / Defendant
**(Circle One)**

in this action, hereby appear *Pro Se* and that all future correspondence and papers in connection

with this action are to be directed to me at the address indicated below.

_Varghese, Leena_
Name (Last, First, MI)

_531 Olive Ter_   _Union_   _NJ_   _07083_
Address        City      State    Zip Code

_908 265 7536_      _leena@gmail.com_
Telephone Number            E-mail Address

_2/18/2014_       _Leena V.G._
Date             Signature