Ronald J. Wronko •○

**LAW OFFICES OF**
**RONALD J. WRONKO, LLC**
*134 COLUMBIA TURNPIKE*
*FLORHAM PARK, NJ 07932*
(973) 360-1001
FAX (973) 360-1881

315 Madison Avenue,
Suite 901
New York, New York
10165
(212) 886-9057
(212) 957-1912

Member of New Jersey Bar •
Member of New York Bar ○

**Reply to New Jersey**

ron@ronwronkolaw.com
www.ronwronkolaw.com

February 20, 2014

**VIA ECF FILING**

Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **Leena Varughese, M.D. v. Mount Sinai Medical Center, et al.**
              **Civil Action No. 12 Civ. 8812 (CM)**

Dear Judge McMahon:

      My motion to be relieved as counsel is presently pending. On Wednesday, February 19, 2014, Dr. Varughese entered an appearance pro se. Only today, Dr. Varughese served a submission on the motion to be relieved. In light of Dr. Varughese's pro se appearance, it is unclear whether it resolves the pending motion.

      If the Court is going to hold a hearing on the motion, I request opportunity to submit a reply by next Tuesday, February 25, 2014.

      I thank the Court for its consideration of this request.

Respectfully submitted,

Ronald J. Wronko

cc:    Leena Varughese, M.D. (via e-mail pdf)
        Rory J. McEvoy, Esq. (via ecf)