```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
LEENA VARUGHESE, M.D.,                  : 12 Civ. 8812 (CM) (JCF)
                                        :
              Plaintiff,                :    MEMORANDUM
                                        :    AND   ORDER
      - against -                       :
                                        :
MOUNT SINAI MEDICAL CENTER, PATRICK     :
LENTO, M.D., CARLOS CORDON-CARDO,       :
M.D., and IRA J. BLEIWEISS, M.D.,       :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/14

In a motion filed in January 2014, plaintiff Leena Varughese, M.D., contended that certain documents withheld by the defendants (collectively, "Mt. Sinai") are not protected by the attorney-client privilege and sought to compel their submission for *in camera* review. I granted the motion (Memorandum and Order dated Jan. 31, 2014, at 5-6) and later ordered the defendants to provide the documents for my review notwithstanding a blanket deadline extension that had been imposed when Dr. Varughese's former attorney was relieved as counsel (Order dated Feb. 21, 2014; Order dated April 10, 2014). I have now reviewed the documents, which are identified by their entry number on the defendants' privilege log, and rule as follows:

> Nos. 13 and 14 -- Privileged. These documents are duplicates of one another and the redacted portions are clearly privileged because they ask for information to enable in-house counsel to render legal advice.
>
> No. 41 -- Privileged. This redacted portions of this e-mail chain seek legal advice regarding laws on workplace safety and provide information that would enable in-house counsel to render such advice.

1

No. 49 -- Privileged.  The redacted portions of the e-mail chain comprise communications providing, seeking, or responding to legal advice.

No. 50 -- Privileged.  The redacted portions of this document comprise three of the privileged e-mails from entry No. 49.

No. 51 -- Privileged.  The redacted portions of this e-mail chain are duplicates of the redacted portions of entry No. 49.

No. 52 -- Privileged.  The redacted portions of this document comprise three of the privileged e-mails from entry No. 49.

No. 53 -- Partially privileged.  The portions of this e-mail chain that duplicate three privileged e-mails from entry No. 49 are properly redacted.  The remaining e-mails do not primarily seek legal advice, but deal with conventional business concerns.

No. 54 -- Partially privileged.  The redacted portions of this e-mail chain duplicate the redacted portions of entry no. 53, and my ruling is, therefore, the same.

No. 68 -- Privileged.  This e-mail describes a question seeking legal advice.

No. 69 -- Privileged.  This is an attachment to the e-mail in entry No. 68, and was prepared for review by in-house counsel.

Within three days of the date of this order, the defendants shall produce to the plaintiff new, properly redacted versions of the documents that I have determined include redactions of non-privileged material.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         April 16, 2014


Copies mailed this date:

Leena Varughese, M.D.
531 Olive Terrace
Union, NJ 07083

Rory J. McEvoy, Esq.
Julie L. Sauer, Esq.
Edwin Larkin, Esq.
Edwards Wildman Palmer, LLP
750 Lexington Ave.
New York, NY 10022