Leena Varughese, M.D.<br>
904 River Rd<br>
Piscataway, NJ 08854<br>
Email: leenav@gmail.com<br>
Ph: 908-2657536

Magistrate James Francis IV
United States Courthouse
Southern District Of New York
500 Pearl St.
New York, New York 10007

April 17, 2014

Re: <u>12-Civ-8812  Varughese, L. v. Mt. Sinai Medical Center et al.</u>

Dear Magistrate Francis:

I am the plaintiff in the above listed civil action.  I am writing to request a motion for leave to file a partial motion for reconsideration of the April 10, 2014 order and file an amended complaint.  As per local civil rule 6.3:

> Unless otherwise provided by the Court or by statute or rule (such as Fed. R. Civ. P. 50, 52, and 59), a notice of motion for reconsideration or reargument of a court order determining a motion shall be served within fourteen (14) days after the entry of the Court's determination of the original motion, or in the case of a court order resulting in a judgment, within fourteen (14) days after the entry of the judgment. There shall be served with the notice of motion a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court has overlooked.

I request a leave of 10 days after April 25, 2014 to file the motion for reconsideration.

I request an additional 20 days from April 25, 2014 to file an amended complaint to correct particular pleadings and mistakes made by Mr. Wronko, former legal counsel in his filings on my behalf.

Sincerely,

*[signature: Leena Varughese]*

Leena Varughese, M.D.