Leena Varughese, M.D.
904 River Rd
Piscataway, NJ 08854

Magistrate James Francis IV
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007

April 17, 2014

Re: 12-Civ-8812  Varughese, L. v. Mt. Sinai Medical Center et al.

Dear Magistrate Francis:

I am writing to inquire whether or not the defendants should produce documents identified during deposition of Elizabeth Morency and possibly, from Adrienne Jordan's upcoming deposition?  Please clarify this issue given Your Honor's April 10, 2014 decision.

Sincerely,

*Leena Varughese*

Leena Varughese, M.D.