

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
*fax* +1 212 308 4844
rmcevoy@edwardswildman.com

April 29, 2014

**VIA ECF**

The Honorable James C. Francis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Varughese v. Mount Sinai Medical Center, et al.
             Docket No.: 12 Civ. 8812 (CM) (JCF)

Dear Judge Francis:

On behalf of our clients, Mount Sinai Medical Center and the individual defendants ("Defendants"), I write to inform the Court that, during the deposition of Dr. Adrienne Jordan, Plaintiff failed to provide Defendants with a number of exhibits and request that the Court direct Plaintiff to produce copies of all documents marked as exhibits at the deposition to counsel for Defendants by a date determined by the Court. In addition, Defendants request that the Court order that if Plaintiff fails to produce copies of the above-referenced documents by this date that she be precluded from using any of these documents for any purpose during this litigation.

Respectfully submitted,

*Rory McEvoy /jw*

Rory J. McEvoy

cc:    Leena Varughese, M.D. (via ECF)
       Plaintiff