# Exhibit 1

From: leena varughese
[mailto:leena.varughese@mssm.edu] Sent:
Monday, August 08, 2011 4:18 PM
To: Najfeld, Vesna
Subject: Presentation

Dr. Najfeld,

I am including the CML presentation for CP case conference. It is pretty much complete but I will have to polish it up a bit before tomorrow morning. Please let me know if you want me to change anything in any major way. Thank you.

Dr. Varughese

PLF EXHIBIT NO 28 DEFT
FOR ID 6-11-13 TRN

D00882