Exhibit 8

Faculty Evaluation of Pathology Â Resident/Fellow



| | | | |
|---|---|---|---|
| Evaluator: | Petersen, Bruce E | Subject: | Varughese, Leena |
| Status: | Faculty | Status: | R3 |
| Rotation: | Path-MS-HP | Rotation: | Path-MS-HP |
| Employer: | Mount Sinai Medical Center | Employer: | Mount Sinai Medical Center |
| Credentials: | MD | Credentials: | MD |
| Program: | Mount Sinai - Pathology | Program: | Mount Sinai - Pathology |

Evaluation Dates: 1/17/2011 to 2/13/2011

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

*PATIENT CARE*
1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.   Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| Unsatisfactory | | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

*MEDICAL KNOWLEDGE*
2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.   Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| Unsatisfactory | | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*
3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.   Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| Unsatisfactory | | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

*COMMUNICATION*
4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.   Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| Unsatisfactory | | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

*PROFESSIONALISM*
5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.   Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| Unsatisfactory | | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

*SYSTEM-BASED PRACTICE*
6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care   Able to access resources; effectively uses systematic approaches to improve care

| Unsatisfactory | | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

*COMPETENCY*
7)

| Unsatisfactory | | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |

Overall Comments:
Generally well-prepared and attentive. Reviewed cases carefully and showed genuine interest in the subject matter.

Evaluation Submitted on 2/21/2011 12:32:00 PM EST.



MOUNT SINAI
SCHOOL OF
MEDICINE

### Mount Sinai School of Medicine – Department of Pathology

## SEMI-ANNUAL RESIDENT PERFORMANCE EVALUATION

**Date:**    February 7, 2011

**Resident:**    Leena Varughese, M.D.
AP/CP, PGY3

**Mentor:**    Bruce Petersen M.D.

**Evaluator:**    Bruce Petersen, M.D.

**General comments:**

Leena is a 3rd year resident in Pathology (PGY3). She is finishing her 3rd year of training in Anatomic and Clinical Pathology and is expected to graduate in June 2012. She began her residency training here at Mount Sinai in 2008.

**Assessment summary: (include comment(s) on competency areas assessed)**

The assessments ranged widely, from unsatisfactory to superior. She had several poor evaluations, mostly dating from April of 2010; areas of concern mentioned in these evaluations included problems with organization, following up on cases, and gaps in knowledge. It is noted that the evaluations have overall shown a trend towards improvement since last spring.

**Areas for improvement:**

We discussed the above concerns, as well as the importance of making time for self-study, and of always maintaining professionalism.

**Goals and future directions:**

Leena stated that she is intending to take the AP/CP boards next year, and I impressed upon her that she should now begin studying for them in a regular and concerted manner, both in order to pass the examinations and to improve her diagnostic skills. She does not have specific plans for after residency, but expressed some interest in soft tissue pathology and possibly doing a fellowship in that area. I emphasized the importance, at this stage in her training, for her to find a specific career trajectory, and to begin exploring the opportunities for fellowships as quickly as possible. I also told her that even if she later changes her mind, having a specific career trajectory in mind would help her to stay focused throughout the remainder of her residency training.

P. Benton, MD   2/8/11

Faculty Evaluation of Pathology Â Resident/Fellow



| | |
|---|---|
| Evaluator: Garcia, Roberto | Subject: Varughese, Leena |
| Status: Faculty | Status: R3 |
| Rotation: PathSurgNA-MS-S | Rotation: PathSurgNA-MS-S |
| Employer: | Employer: Mount Sinai Medical Center |
| Credentials: MD | Credentials: MD |
| Program: Mount Sinai - Pathology | Program: Mount Sinai - Pathology |

Evaluation Dates: 11/22/2010 to 12/19/2010

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.       Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.       Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.       Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.       Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.       Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve care; does not nse systematic approach to improve care       Able to access resources; effectively uses systematic approaches to improve care

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |

*COMPETENCY*

7)

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |

Overall Comments:
Dr. Varughese needs to work on her diagnostic skills and the organizational aspect of her work.

Evaluation Submitted on 12/17/2010 10:20:50 AM EST.



Faculty Evaluation of Pathology Â Resident/Fellow

| | | | |
|---|---|---|---|
| Evaluator: | ScordiBello, Irini A | Subject: | Varughese, Leena |
| Status: | Faculty | Status: | R3 |
| Rotation: | Path-MS-A | Rotation: | Path-MS-A |
| Employer: | Mount Sinai Medical Center | Employer: | Mount Sinai Medical Center |
| Credentials: | MD, PhD | Credentials: | MD |
| Program: | Mount Sinai - Pathology | Program: | Mount Sinai - Pathology |

Evaluation Dates: 12/20/2010 to 12/31/2010

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.    Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.    Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.    Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.    Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.    Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care    Able to access resources; effectively uses systematic approaches to improve care

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

*COMPETENCY*

7)

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |

Overall Comments:
Leena has improved since her last time on the autopsy service. Her knowledge base and histologic evaluations are very good but this time around i have found her more pleasant to work with, more responsible and more responsive to advice. She has also been more

timely with her reports.
Evaluation Submitted on 2/4/2011 10:27:44 PM EST.



Faculty Evaluation of Pathology Â Resident/Fellow

| | | | |
|---|---|---|---|
| Evaluator: | ScordiBello, Irini A | Subject: | Varughese, Leena |
| Status: | Faculty | Status: | R3 |
| Rotation: | Path-MS-A | Rotation: | Path-MS-A |
| Employer: | Mount Sinai Medical Center | Employer: | Mount Sinai Medical Center |
| Credentials: | MD, PhD | Credentials: | MD |
| Program: | Mount Sinai - Pathology | Program: | Mount Sinai - Pathology |

Evaluation Dates: 9/27/2010 to 10/24/2010

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.        Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | Marginal | Satisfactory | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.        Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | Marginal | Satisfactory | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.        Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | Marginal | Satisfactory | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.        Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | Marginal | Satisfactory | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.        Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | Marginal | Satisfactory | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ |

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care        Able to access resources; effectively uses systematic approaches to improve care

| | Unsatisfactory | | Marginal | Satisfactory | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ |

*COMPETENCY*

7)

| | Unsatisfactory | | Marginal | Satisfactory | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ | ◌ |

Overall Comments:
Evaluation Submitted on 2/4/2011 10:50:34 PM EST.

Faculty Evaluation of Pathology Â Resident/Fellow

| | | | |
|---|---|---|---|
| Evaluator: | Beasley, MaryBeth | Subject: | Varughese, Leena |
| Status: | Faculty | Status: | R3 |
| Rotation: | PathSurgNA-MS-S | Rotation: | PathSurgNA-MS-S |
| Employer: | | Employer: | Mount Sinai Medical Center |
| Credentials: | MD | Credentials: | MD |
| Program: | Mount Sinai - Pathology | Program: | Mount Sinai - Pathology |

Evaluation Dates: 11/22/2010 to 12/19/2010

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.     Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ | ○ | ○ |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.     Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ | ○ |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.     Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ | ○ |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.     Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ | ○ |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.     Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ⦿ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care     Able to access resources; effectively uses systematic approaches to improve care

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ | ○ | ○ |

*COMPETENCY*

7)

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ | ○ | ○ |

Overall Comments:

Leena did much better handling the pulmonary cases this time on surgicals and seems to be getting a handle on staying organized and the importance of timliness in getting cases turned around. She still needs to improve her overall knowledge base a good deal to be up to an appropriate level for her year, and still seems to be easily overwhelmed. Overall an improvement this rotation, however.

Evaluation Submitted on 12/27/2010 12:11:26 PM EST.

Faculty Evaluation of Pathology Â Resident/Fellow

| | | | |
|---|---|---|---|
| Evaluator: | Jaffer, Shabnam | Subject: | Varughese, Leena |
| Status: | Faculty | Status: | R3 |
| Rotation: | PathSurgNA-MS-S | Rotation: | PathSurgNA-MS-S |
| Employer: | Mount Sinai Medical Center | Employer: | Mount Sinai Medical Center |
| Credentials: | N/A | Credentials: | MD |
| Program: | Mount Sinai - Pathology-Surgical (NonA) | Program: | Mount Sinai - Pathology |

Evaluation Dates: 11/22/2010 to 12/19/2010

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as pssoible as possible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.     Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | | ● | ○ | ○ | ○ | ○ | | ○ |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.     Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | | ● | ○ | | | ○ | | ○ |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize infonnation technology.     Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | | ● | | | | ○ | | ○ |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.     Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | | ● | ○ | ○ | ○ | ○ | | ○ |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.     Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | | ● | ○ | ○ | ○ | ○ | | ○ |

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care     Able to access resources; effectively uses systematic approaches to improve care

| | Unsatisfactory | | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | | ● | ○ | ○ | ○ | ○ | | ○ |

*COMPETENCY*

7)

| | Unsatisfactory | | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | | ● | ○ | ○ | ○ | ○ | | ○ |

(20 of 29)

P237

Subject:                    Emailing: New Innovations RMS Evaluations (2)

---

Faculty Evaluation of Pathology A Resident/Fellow *Leena Varughese*
Evaluator:                                      *Yue Hua Zhang, MD, PhD.*
Status:
Rotation:                    *From Aug. 15 ~ Aug. 26*
Employer:                   *JJP VAMC  Dept. of pathology*
Credentials:
Program:

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

---

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) | ( ) |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) | ( ) |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.

Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| | | | | | | | (8) | | |

1

( )        ( )        ( )    ( )        ( )      ( )  ( ) ⊠  ( )        ( )

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve
   care; does not use systematic approach to improve
   care                                                    Able to access resources; effectively uses systemat
                                                           approaches to improve care

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | | ⊠ |

*COMPETENCY*

7)

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| ( ) | ( ) | ( ) | ( ) | ( ) | ⊠ | ( ) | ( ) | ( ) | | ( ) |

Overall Comments:
*I only had few chances to work with Dr. Varughese*
*during these times, she worked hard to improve herself;*

Remaining Characters: 5000

<u>Return to Questionnaire</u>

New Innovations, Inc. Â©1995-2011

2

*Evaluation*

*From Dr. Leung*
*On Resident Lena Varughese*

Subject:          Emailing: New Innovations RMS Evaluations (2)

---

### Faculty Evaluation of Pathology Â Resident/Fellow

Evaluator:    Subject:
Status:
Rotation:
Employer:
Credentials:
Program:

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

---

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.

Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|

1

( )      ( )      ( )   ( )      ( )      ( ) ( ) (X)   ( )      ( )

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve
care; does not use systematic approach to improve
care

Able to access resources; effectively uses systematic
approaches to improve care

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) |

*COMPETENCY*

7)

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ( ) | ( ) | ( ) | ( ) | ( ) | (X) | ( ) | ( ) | ( ) | ( ) |

Overall Comments:

Remaining Characters: 5000

Return to Questionnaire

New Innovations, Inc. Â©1995-2011

Lena improved considerably over her "two-week" rotation
with us at the VA Bronx Med. Center. She seems to
do well under direct supervision. She is an average
4th year Pathology Resident; she needs fellowship
training in the areas of Pathology that she intends to
practice in.

She has had some minor issues with
punctuality.

[signature] 9/12/11

2

Subject:        Emailing: New Innovations RMS Evaluations (2)

Faculty Evaluation of Pathology Â Resident/Fellow

~~Evaluator:~~ Subject: Leena Varughese
Status:
Rotation: Evaluator: Paul Endres, MD
Employer: Rotation: VA-Surgpath
Credentials:
Program:

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

*PATIENT CARE*
1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.
Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

Unsatisfactory 1 2 3 Marginal 4 Satisfactory 5  (6) 7 8 Superior 9  N/A
( ) ( ) ( ) ( ) ( ) (X) ( ) ( ) ( ) ( )

*MEDICAL KNOWLEDGE*
2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.
Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

Unsatisfactory 1 2 3 Marginal 4 Satisfactory 5  6 (7) 8 Superior 9  N/A
( ) ( ) ( ) ( ) ( ) (X) ( ) ( ) ( )

*PRACTICE-BASED LEARNING AND IMPROVEMENT*
3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.
Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

Unsatisfactory 1 2 3 Marginal 4 Satisfactory 5  (6) 7 8 Superior 9  N/A
( ) ( ) ( ) ( ) ( ) (X) ( ) ( ) ( )

*COMMUNICATION*
4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.
Establishes effective relations with clinical colleagues, staff; Provides education to peers.

Unsatisfactory 1 2 3 Marginal 4 Satisfactory 5  (6) 7 8 Superior 9  N/A
( ) ( ) ( ) ( ) ( ) (X) ( ) ( ) ( )

*PROFESSIONALISM*
5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.
Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

Unsatisfactory 1 2 3 Marginal 4 Satisfactory 5  6 (7) 8 Superior 9  N/A
1 (X)

( )       ( )       ( )       ( )       ( )       ( ) ( ) ( )       ( )              ( )

SYSTEM-BASED PRACTICE

6) Unable to access resources; resists efforts to improve     Able to access resources; effectively uses systematic
   care; does not use systematic approach to improve          approaches to improve care
   care

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | 6 | ⊗ | ( ) | ( ) | ( ) |

COMPETENCY

7)

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| ( ) | ( ) | ( ) | ( ) | ( ) | ⊗ | ( ) | ( ) | ( ) | ( ) |

Overall Comments:

During her rotation at the VA, I worked with

Remaining Characters: 5000

Return to Questionnaire

New Innovations, Inc. Â©1995-2011

Dr. Varughese for a total of (3) three days. These
days were Monday 8/22/11, Wednesday 8/24/11, and
Friday 8/26/11. During these (3) three days her
overall performance was above average. She did
not arrive late or leave early during these
(3) three days. When prompted she did demonstrate
above average medical knowledge and competency.
Her previewing of cases was at times incomplete and
therefore this would be an area that needs
improvement.

Paul Endrey, MD
9/12/11

2

P205

Faculty Evaluation of Pathology Ā Resident/Fellow

| Evaluator: | Lemp, Azra | Subject: | Varughese, Leena |
|---|---|---|---|
| Status: | Faculty | Status: | R4 |
| Rotation: | Path-MS-Bx-S | | |
| Employer: | | Employer: | Mount Sinai Medical Center |
| Credentials: | MD | Credentials: | MD |
| Program: | Mount Sinai - Pathology | Program: | Mount Sinai - Pathology |

Evaluation Dates: 7/1/2011 to 7/17/2011

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, please provide specific comments and recommendations at the end of the form. Be as specific as possible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

---

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | (•) | C | C |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | (•) | C | C |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | (•) | C | C |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | (•) | C | C |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.

Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | (•) | C | C |

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care

Able to access resources; effectively uses systematic approaches to improve care

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | (•) | C | C |

*COMPETENCY*

7)

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | C | (•) | C | C |

Overall Comments:

P206

On this two week rotation, Leena has shown a marked improvement in her professional demeanour. She has reviewed her slides regularly, remained punctual and was competent.

Azra Lemp (Evaluator Signature) signed and submitted this document on 8/19/2011 11:32:23 AM ☑

Evaluation Submitted on 8/19/2011 11:32:23 AM EST.



Faculty Evaluation of Pathology Â Resident/Fellow

Evaluator: Endres, Paul James        Subject: Varughese, Leena
Status:       Faculty                        Status:   R4
Rotation: Path-MS-Bx-S
Employer:   Bronx VA                    Employer:   Mount Sinai Medical Center
Credentials: MD                          Credentials: MD
Program:                                   Program:    Mount Sinai - Pathology
Evaluation Dates: 7/1/2011 to 7/28/2011

In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated a 4 or less, please provide specific comments and recommendations at the end of the form. Be as specific as possible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.

---

*PATIENT CARE*

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | (•) | C | C | C | C |

*MEDICAL KNOWLEDGE*

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | (•) | C | C | C |

*PRACTICE-BASED LEARNING AND IMPROVEMENT*

3) Fails to perform self-evaluation; lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | (•) | C | C | C | C |

*COMMUNICATION*

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | (•) | C | C | C | C |

*PROFESSIONALISM*

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.

Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | (•) | C | C | C | C |

*SYSTEM-BASED PRACTICE*

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care

Able to access resources; effectively uses systematic approaches to improve care

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | (•) | C | C | C |

*COMPETENCY*

7)

| 1 | Unsatisfactory 2 | 3 | Marginal 4 | Satisfactory 5 | 6 | 7 | 8 | Superior 9 | N/A |
|---|---|---|---|---|---|---|---|---|---|
| C | C | C | C | C | C | (•) | C | C | C |

Overall Comments:

Paul Endres (Evaluator Signature) signed and submitted this document on 8/1/2011 8:37:27 AM ☑

(43 of 62)

P208

Faculty Evaluation of Pathology Resident/Fellow



**Leena Varughese, MD**
R3
Mount Sinai Medical Center
Mount Sinai – Pathology
**PathSurgNA–MS–S**
11/22/2010 to 12/19/2010

| Evaluator |
| --- |
| **MaryBeth Beasley, MD**
Faculty
Mount Sinai – Pathology |

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

PATIENT CARE

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

    Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | Marginal | **Satisfactory** | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 ○ | 2 ○ | 3 ○ | 4 ○ | 5 ◉ | 6 7 8 ○○○ | | 9 ○ | ○ |

MEDICAL KNOWLEDGE

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

    Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 ○ | 2 ○ | 3 ○ | 4 ○ | 5 ○ | 6 7 8 ◉○○ | | 9 ○ | ○ |

PRACTICE-BASED LEARNING AND IMPROVEMENT

3) Fails to perform self–evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

    Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 ○ | 2 ○ | 3 ○ | 4 ○ | 5 ○ | 6 7 8 ◉○○ | | 9 ○ | ○ |

COMMUNICATION

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

    Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 ○ | 2 ○ | 3 ○ | 4 ○ | 5 ○ | 6 7 8 ◉○○ | | 9 ○ | ○ |

PROFESSIONALISM

5) Lacks respect, compassion, integrity; disregards self–assessment; fails to acknowledge errors; not responsible.

    Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | Marginal | **Satisfactory** | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 | 8 | 9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | | ◉ | ○ | ○ | ○ | ○ | | ○ |

## SYSTEM-BASED PRACTICE

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care      Able to access resources; effectively uses systematic approaches to improve care

| | Unsatisfactory | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | ◉ | ○ | ○ | ○ | ○ | | ○ |

## COMPETENCY

7)

| | Unsatisfactory | | Marginal | | Satisfactory | | | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | | 5 | 6 | 7 | 8 | 9 | | |
| ○ | ○ | ○ | ○ | | ◉ | ○ | ○ | ○ | ○ | | ○ |

Overall Comments:
Leena did much better handling the pulmonary cases this time on surgicals and seems to be getting a handle on staying organized and the importance of timliness in getting cases turned around. She still needs to improve her overall knowledge base a good deal to be up to an appropriate level for her year, and still seems to be easily overwhelmed. Overall an improvement this rotation, however.

Evaluation Submitted on 12/27/2010 12:11:26 PM EST.

D00741

Faculty Evaluation of Pathology Resident/Fellow



Leena Varughese, MD
R3
Mount Sinai Medical Center
Mount Sinai – Pathology
**PathSurgNA–MS–S**
11/22/2010 to 12/19/2010

| Evaluator |
| --- |
| **Steven Dikman** |
| Faculty |
| Mount Sinai Medical Center |
| Mount Sinai – Pathology–Surgical |
| (NonA) |

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, please provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

**PATIENT CARE**

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O O O | ✓ | | O |

**MEDICAL KNOWLEDGE**

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O O O | ✓ | | O |

**PRACTICE-BASED LEARNING AND IMPROVEMENT**

3) Fails to perform self–evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology,

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O O O | ✓ | | O |

**COMMUNICATION**

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O O ✓ | O | | O |

**PROFESSIONALISM**

D00718

5) Lacks respect, compassion, integrity; disregards    Always demonstrates respect, compassion,
   self–assessment; fails to acknowledge errors; not    integrity; willing to acknowledge errors.
   responsible.

| Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○○◉ | ○ | ○ |

SYSTEM-BASED PRACTICE

6) Unable to access resources; resists efforts to     Able to access resources; effectively uses
   improve care; does not use systematic approach to    systematic approaches to improve care
   improve care

| Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○○◉ | ○ | ○ |

COMPETENCY

7)

| Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○○◉ | ○ | ○ |

Overall Comments:
Definite improvement.

                    Evaluation Submitted on 12/20/2010 9:39:20 AM EST.

D00719

Faculty Evaluation of Pathology Resident/Fellow



**Leena Varughese, MD**
R3
Mount Sinai Medical Center
Mount Sinai – Pathology
Path–MS–A
12/20/2010 to 12/31/2010

| Evaluator |
| --- |
| **Irini A ScordiBello, MD, PhD** |
| Faculty |
| Mount Sinai Medical Center |
| Mount Sinai – Pathology |

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

### PATIENT CARE

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| Unsatisfactory | | Marginal | | Satisfactory | Superior | | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | O | O | ⬤ | O | O |

### MEDICAL KNOWLEDGE

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| Unsatisfactory | | Marginal | | Satisfactory | Superior | | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | O | O | ⬤ | O | O |

### PRACTICE-BASED LEARNING AND IMPROVEMENT

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| Unsatisfactory | | Marginal | | Satisfactory | Superior | | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | ⬤ | O | O | O | O |

### COMMUNICATION

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| Unsatisfactory | | Marginal | | Satisfactory | Superior | | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | ⬤ | O | O | O | O |

### PROFESSIONALISM

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.

Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| Unsatisfactory | Marginal | Satisfactory | Superior | N/A |
|---|---|---|---|---|

D00776

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|
| O | O | O | O | O | O | O | ⊘ | O | O |

**SYSTEM-BASED PRACTICE**

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care — Able to access resources; effectively uses systematic approaches to improve care

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | O | ⊘ | O | O | O |

**COMPETENCY**

7)

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | O | ⊘ | O | O | O |

> **Overall Comments:**
> Leena has improved since her last time on the autopsy service. Her knowledge base and histologic evaluations are very good but this time around i have found her more pleasant to work with, more responsible and more responsive to advice. She has also been more timely with her reports.
>
> Evaluation Submitted on 2/4/2011 10:27:44 PM EST.

D00777

Faculty Evaluation of Pathology Resident/Fellow



**Leena Varughese, MD**
R3
. Mount Sinai Medical Center
Mount Sinai – Pathology
**Path-MS-A**
12/20/2010 to 12/31/2010

| Evaluator |
|---|
| **Patrick Lento** |
| Faculty |
| Mount Sinai Medical Center |
| Mount Sinai – Pathology |

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

**PATIENT CARE**

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.　　Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | O | ⊘ O O | O | O |

**MEDICAL KNOWLEDGE**

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.　　Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | O | O ⊘ O | O | O |

**PRACTICE-BASED LEARNING AND IMPROVEMENT**

3) Fails to perform self–evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.　　Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | ⊘ | O O O | O | O |

**COMMUNICATION**

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to· peers.　　Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | ⊘ | O O O | O | O |

**PROFESSIONALISM**

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.　　Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| Unsatisfactory | Marginal | Satisfactory | Superior | N/A |
|---|---|---|---|---|

| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
|---|---|---|---|---|-------|---|---|
| O | O | O | O | ☑ | O O O | O | O |

**SYSTEM-BASED PRACTICE**

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care     Able to access resources; effectively uses systematic approaches to improve care

| Unsatisfactory | Marginal | Satisfactory | | Superior | N/A |
|----------------|----------|--------------|---|----------|-----|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | ☑ | O O O | O | O |

**COMPETENCY**

7)

| Unsatisfactory | Marginal | Satisfactory | | Superior | N/A |
|----------------|----------|--------------|---|----------|-----|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | ☑ | O O O | O | O |

Overall Comments:
Leena appears to have a very good fund of knowledge and her autopsy reports have shown significant improvement. Most importantly, perhaps, is that Leena has shown attempts to improve her overall attitude and professional demeanor during this time period on the autopsy service. Dr. Lento

Evaluation Submitted on 2/4/2011 12:54:22 PM EST.

Faculty Evaluation of Pathology Resident/Fellow



**Leena Varughese, MD**
· R3
Mount Sinai Medical Center
Mount Sinai – Pathology
**Path–MS–HP**
1/17/2011 to 2/13/2011

Evaluator

**Bruce E Petersen, MD**
Faculty
Mount Sinai Medical Center
Mount Sinai – Pathology

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

**PATIENT CARE**

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| ○ | ○ | ○ | ○ | ○ | ○ ✓ ○ | ○ | | ○ |

**MEDICAL KNOWLEDGE**

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| ○ | ○ | ○ | ○ | ○ | ○ ✓ ○ | ○ | | ○ |

**PRACTICE-BASED LEARNING AND IMPROVEMENT**

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| ○ | ○ | ○ | ○ | ○ | ○ ✓ ○ | ○ | | ○ |

**COMMUNICATION**

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| Unsatisfactory | | Marginal | | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| ○ | ○ | ○ | ○ | ○ | ○ ✓ ○ | ○ | | ○ |

**PROFESSIONALISM**

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.

Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| Unsatisfactory | Marginal | Satisfactory | Superior | N/A |
|---|---|---|---|---|

D00768

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|
| O | O | O | O | O | O | ⊘ | O | O | O |

**SYSTEM-BASED PRACTICE**

6) Unable to access resources; resists efforts to    Able to access resources; effectively uses
improve care; does not use systematic approach to systematic approaches to improve care
improve care

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | O | ⊘ | O | O | O |

**COMPETENCY**

7)

| | Unsatisfactory | | Marginal | Satisfactory | | | | Superior | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| O | O | O | O | O | O | ⊘ | O | O | O |

Overall Comments:
Generally well-prepared and attentive. Reviewed cases carefully and showed genuine interest in the subject matter.

Evaluation Submitted on 2/21/2011 12:32:00 PM EST.

D00769

Faculty Evaluation of Pathology Resident/Fellow



**Leena Varughese, MD**
R3
Mount Sinai Medical Center
Mount Sinai – Pathology
**PathNeur-MS-NP**
3/14/2011 to 3/31/2011

| Evaluator |
| --- |
| **Mary Fowkes** |
| Faculty |
| Mount Sinai Medical Center |
| Mount Sinai – Pathology |
| Neuropathology |

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

### PATIENT CARE

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

   Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

   | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
   |---|---|---|---|---|---|---|---|
   | 1 | 2 | 3  4 | 5 | 6  7  8 | 9 | | |
   | O | O | O  O | ☑ | O  O  O | O | | O |

### MEDICAL KNOWLEDGE

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

   Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

   | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
   |---|---|---|---|---|---|---|---|
   | 1 | 2 | 3  4 | 5 | 6  7  8 | 9 | | |
   | O | O | O  O | ☑ | O  O  O | O | | O |

### PRACTICE-BASED LEARNING AND IMPROVEMENT

3) Fails to perform self–evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

   Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

   | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
   |---|---|---|---|---|---|---|---|
   | 1 | 2 | 3  4 | 5 | 6  7  8 | 9 | | |
   | O | O | O  O | ☑ | O  O  O | O | | O |

### COMMUNICATION

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

   Establishes effective relations with clinical colleagues, staff; Provides education to peers.

   | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
   |---|---|---|---|---|---|---|---|
   | 1 | 2 | 3  4 | 5 | 6  7  8 | 9 | | |
   | O | O | O  ☑ | O | O  O  O | O | | O |

### PROFESSIONALISM

D00752

5) Lacks respect, compassion, integrity; disregards    Always demonstrates respect, compassion,
self-assessment; fails to acknowledge errors; not  integrity; willing to acknowledge errors.
responsible.

|  | Unsatisfactory |  | Marginal | Satisfactory |  |  |  | Superior |  | N/A |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| O | O | O | O | O | O | ✓ | O | O | | O |

SYSTEM-BASED PRACTICE

6) Unable to access resources; resists efforts to      Able to access resources; effectively uses
improve care; does not use systematic approach to systematic approaches to improve care
improve care

|  | Unsatisfactory |  | Marginal | Satisfactory |  |  |  | Superior |  | N/A |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| O | O | O | ✓ | O | O | O | O | O | | O |

COMPETENCY

7)

|  | Unsatisfactory |  | Marginal | Satisfactory |  |  |  | Superior |  | N/A |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
| O | O | O | O | ✓ | O | O | O | O | | O |

Overall Comments:
Evaluation Submitted on 4/18/2011 9:17:18 AM EST.

Faculty Evaluation of Pathology Resident/Fellow



Leena Varughese, MD
R3
Mount Sinai Medical Center
Mount Sinai – Pathology
**PathNeur–MS–NP**
4/1/2011 to 4/10/2011

| Evaluator |
| --- |
| **Mary Fowkes** |
| Faculty |
| Mount Sinai Medical Center |
| Mount Sinai – Pathology |
| Neuropathology |

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

PATIENT CARE

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.

Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | ⊘ | O O O | O | O |

MEDICAL KNOWLEDGE

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.

Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | ⊘ | O O O | O | O |

PRACTICE-BASED LEARNING AND IMPROVEMENT

3) Fails to perform self–evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.

Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | O | ⊘ | O O O | O | O |

COMMUNICATION

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.

Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | |
| O | O | O | ⊘ | O | O O O | O | O |

PROFESSIONALISM

D00754

5) Lacks respect, compassion, integrity; disregards self–assessment; fails to acknowledge errors; not responsible.    Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 ○ | 2 ○ | 3 ○ | 4 ○ | 5 ○ | 6 ○ 7 ⊘ 8 ○ | 9 ○ | | ○ |

**SYSTEM-BASED PRACTICE**

6) Unable to access resources; resists efforts to improve care; does not use systematic approach to improve care    Able to access resources; effectively uses systematic approaches to improve care

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 ○ | 2 ○ | 3 ○ | 4 ⊘ | 5 ○ | 6 ○ 7 ○ 8 ○ | 9 ○ | | ○ |

**COMPETENCY**

7)

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
|---|---|---|---|---|---|---|---|---|
| 1 ○ | 2 ○ | 3 ○ | 4 ⊘ | 5 ○ | 6 ○ 7 ○ 8 ○ | 9 ○ | | ○ |

Overall Comments:
Leena was sick for a portion of the rotation and doing dermatopathology while on neuropathology rotation, so her exposure was limited.

Evaluation Submitted on 4/18/2011 9:18:44 AM EST.

D00755

Faculty Evaluation of Pathology  Resident/Fellow



**Leena Varughese, MD**
R3
Mount Sinai Medical Center
Mount Sinai – Pathology
**Path-MS-Bx-S**
6/6/2011 to 6/30/2011

| Evaluator |
| --- |
| **Azra Lemp, MD** |
| Faculty |
| Mount Sinai – Pathology |

*In evaluating the resident's performance, use as your standard the level of knowledge, skills, and attitudes expected from the clearly satisfactory resident at this stage of training. For any component that needs attention or is rated at a 4 or less, plwase provide specific comments and recommendations at the end of the form. Be as specific as psooible, including reports of critical incidents and/or outstanding performance. Global adjectives or remarks, such as "good resident," do not provide meaningful feedback to the resident.*

### PATIENT CARE

1) Incomplete, inaccurate gross and microscopic descriptions; fails to analyze clinical data.    Complete, accurate gross and microscopic descriptions, always analyzes clinical data.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O ⊘ O | O | | O |

### MEDICAL KNOWLEDGE

2) Limited knowledge of basic and clinical sciences; minimal interest in learning; limited understanding.    Exceptional knowledge of basic and clinical sciences; comprehensive understanding.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O ⊘ O | O | | O |

### PRACTICE-BASED LEARNING AND IMPROVEMENT

3) Fails to perform self-evaluation; Lacks insight, initiative; resists or ignores feedback; fails to utilize information technology.    Constantly evaluates own performance; incorporates feedback; effectively utilizes information technology.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O ⊘ O | O | | O |

### COMMUNICATION

4) Fails to establish effective relations with clinical colleagues, staff; does not provide education to peers.    Establishes effective relations with clinical colleagues, staff; Provides education to peers.

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | N/A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 | 3 | 4 | 5 | 6 7 8 | 9 | | |
| O | O | O | O | O | O O ⊘ | O | | O |

### PROFESSIONALISM

5) Lacks respect, compassion, integrity; disregards self-assessment; fails to acknowledge errors; not responsible.    Always demonstrates respect, compassion, integrity; willing to acknowledge errors.

| | Unsatisfactory | . | Marginal | Satisfactory | | Superior | | N/A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

D00722

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | N/A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ | ○ | ○ | | | ○ |

**SYSTEM-BASED PRACTICE**

6)  Unable to access resources; resists efforts to       Able to access resources; effectively uses
improve care; does not use systematic approach to   systematic approaches to improve care
improve care

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

**COMPETENCY**

7)

| | Unsatisfactory | | Marginal | Satisfactory | | Superior | | | N/A |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
| ○ | ○ | ○ | ○ | ○ | ○ | ⊘ | ○ | ○ | ○ |

Overall Comments:
Leena has peformed satisfactorily under close supervision. She has previewed slides for the most part
during the period I signed surgicals.

Evaluation Submitted on 6/29/2011 9:23:19 AM EST.

D00723