The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu

---

**From:** Firpo, Adolfo
**Sent:** Thursday, August 04, 2011 12:03 PM
**To:** Najfeld, Vesna
**Cc:** Varughese, Leena (MSSM-Imail); Johnson, Paul F (GME) (MSSM-Imail); Barnett, Scott; Patel, Shema; Lento, Patrick (MSH)
**Subject:** Dr. Varughese's supervision 8/1 - 8/12

Dear Dr. Najfeld:

As part of the GME residency accreditation requirements supervising attendings must meet with rotating residents to formally discuss the goals and objectives of the rotation in the connect of their specific training level and experience. I have included the description of the **Tumor Cytogenetics Rotation** as it appears in the revised pathology residency program description. You may alter it any way you want to make this experience most meaningful to Dr. Varughese.

Please meet with Dr. Varughese at your mutual earliest convenience to go over this document and your expectations for her performance while in your section. I suggest that you print two copies of the document, review it together, date and sign it. Give her one copy and you keep one for your record.

I am certain that Dr. Varughese's time under your supervision will provide her with a rich and highly valuable educational experience in pathology.

With appreciation for your commitment the program and support,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu

*Office Address:*
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

*Mailing address:*
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

2

CONFIDENTIAL

D_ESI003501

| | |
|---|---|
| **From:** | Firpo, Adolfo |
| **Sent:** | Tuesday, August 09, 2011 1:19 PM |
| **To:** | Najfeld, Vesna; Lento, Patrick (MSH) |
| **Cc:** | Barnett, Scott; Johnson, Paul F (GME) (MSSM-Imail) (paul.f.johnson@mssm.edu) |
| **Subject:** | Dr. Varughese's current rotation |

I believe so. Please monitor her performance through the rest of the rotation and document as much as possible the progress toward the objectives you reviewed with her at the beginning of the rotation and to which she committed when you signed the document.

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----
From: Najfeld, Vesna
Sent: Tuesday, August 09, 2011 12:56 PM
To: Lento, Patrick (MSH)
Cc: Firpo, Adolfo
Subject: FW: Presentation

FYI, there some really serious issue withy with this resident.



Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250

1

CONFIDENTIAL

D_ESI003496

New York, New York 10029-6574


Mailing address:

One Gustave L. Levy Place, Box 1612

ATTN: Dr. Firpo

New York, New York 10029-6574


From: Najfeld, Vesna
Sent: Friday, August 05, 2011 10:12 AM
To: Firpo, Adolfo
Subject: Re: Frozen sections this AM


She was given a case for Tuesday morning presentation and was suppose to work today on this presentation. I am working from home today


From: Firpo, Adolfo
Sent: Friday, August 05, 2011 10:01 AM
To: Lento, Patrick (MSH)
Cc: Najfeld, Vesna
Subject: Frozen sections this AM


Pat,


Just walked by the frozen sectioning room and found Dr. Grunes processing specimens. Do you know what happened with Dr. Varughese's emergency coverage? I am aware that she is on a 2 weeks rotation through tumor cytogenetics with Dr. Vesna Najfeld. Dr. Najfeld was very concerned over the scheduling of such a short rotation because that would seriously compromise her benefit of her experience in the laboratory.


Adolfo


Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

CONFIDENTIAL

D_ESI003347

From:           Paul Johnson [Paul.F.Johnson@mssm.edu]
Sent:           Tuesday, August 09, 2011 10:55 AM
To:             Firpo, Adolfo
Cc:             Barnett, Scott; Carter, Allene (MSH); Lento, Patrick (MSH); Patel, Shema
Subject:        Re: Dr. Varughese - Questionable accademic performance in current rotation


It should be discussed at your biweekly meeting, though.


On Aug 9, 2011, at 10:08 AM, Firpo, Adolfo wrote:

> Will do. Thanks.
>
> Adolfo Firpo, M.D.,M.P.A.,FCAP
> Professor and Director
> Pathology Educational Activities
> Department of Pathology,
> The Mount Sinai School of Medicine.
> The Mount Sinai Hospital
> Phone: 212-659-8214
> Fax: 212-348-7556
> E-mail: adolfo.firpo@mssm.edu
>
>
> Office Address:
> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
> 1425 Madison Avenue and E98th Street
> New York, New York 10029-6574
>
> Mailing address:
> One Gustave L. Levy Place, Box 1612
> ATTN: Dr. Firpo
> New York, New York 10029-6574
>
> -----Original Message-----
> From: Barnett, Scott
> Sent: Tuesday, August 09, 2011 9:53 AM
> To: Firpo, Adolfo; Carter, Allene (MSH)
> Cc: Johnson, Paul F (GME) (MSSM-Imail); Lento, Patrick (MSH); Patel,
> Shema; Barnett, Scott
> Subject: Re: Dr. Varughese - Questionable accademic performance in
> current rotation
>
> I think you should wait until the end of the rotation to determine how
> well she did and not base it on a single email - the presentation
> seems to be taking place next week and Leena has time to turn it
> around
>
> Scott
> _____
> Scott H. Barnett, M.D.
> Associate Dean for GME
> President, Faculty Council
> Mount Sinai School of Medicine

1



CONFIDENTIAL

D_ESI003608

```
> (P) 212-241-6694
> (f) 212-426-7748
>
>
>
>
> On 8/9/11 7:26 AM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:
>
>> Is there a policy to intervene when residents assigned to a rotation
>> fall short to the expectations of their supervisors? Are there
>> documented precedents of such actions in our department? If no, how
>> should we proceed with this issue. Dr. varughese is currently
>> undgoing disciplinary action as counceling sessions on
>> professionalism over the next three months. This seems to fit right
>> in and I could incorporate this event as an example of demands of professionalism on
pathologist in training.
>> Ideas? Comments?
>>
>> Adolfo Firpo, M.D.,M.P.A.,FCAP
>> Professor and Director
>> Pathology Educational Activities
>> Department of Pathology,
>> The Mount Sinai School of Medicine.
>> The Mount Sinai Hospital
>> Phone: 212-659-8214
>> Fax: 212-348-7556
>> E-mail: adolfo.firpo@mssm.edu
>>
>>
>> Office Address:
>> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>> 1425 Madison Avenue and E98th Street
>> New York, New York 10029-6574
>>
>> Mailing address:
>> One Gustave L. Levy Place, Box 1612
>> ATTN: Dr. Firpo
>> New York, New York 10029-6574
>>
>>
>> -----Original Message-----
>> From: Najfeld, Vesna
>> Sent: Monday, August 08, 2011 5:42 PM
>> To: Varughese, Leena (MSSM-Imail)
>> Cc: Lento, Patrick (MSH); Firpo, Adolfo
>> Subject: RE: Presentation
>>
>> Leena,
>>
>> The presentation I received at 4pm today by e mail is not really
>> ready for tomorrow .
>>
>> You were suppose to take the pts images on Friday from my staff and
>> you had the whole day today and never came to take the images.
>> The reason we present cases is for educational purpose and the pt's
>> images are presented as a part of this learning experience.
>>
```

2

>> If I was not here at 3 pm when you stopped by, you should have write
>> me a note and I would have called you the moment I came in.
>> Meanwhile I left since 4 .18.pm  a number of e mails and messages
>> only to find out that you left at 5pm  and would not return to Sinai
>> to work with me on this presentation. I was willing to work with you
>> until 6pm
>>
>> I think a lot more work needs to go into this presentation and lets
>> try for the next week.
>>
>> Thanks
>>
>> Vesna
>>
>>
>>
>>
>>
>> Vesna Najfeld, Ph.D.
>> Professor of Pathology and Medicine
>> Director
>> Tumor Cytogenetics and Oncology -
>> Molecular  and Cellular Tumor Markers The Mount Sinai Medical Center
>> 1428 Madison Avenue
>> Box 1079, Atran 250
>> New York, NY, 10029
>> Tel 212. 241. 8801
>> Fax: 212. 426. 2427
>> e-mail: vesna.najfeld@mssm.edu
>>
>>
>> -----Original Message-----
>> From: leena varughese [mailto:leena.varughese@mssm.edu]
>> Sent: Monday, August 08, 2011 4:18 PM
>> To: Najfeld, Vesna
>> Subject: Presentation
>>
>> Dr. Najfeld,
>>
>> I am including the CML presentation for CP case conference. It is
>> pretty much complete but I will have to polish it up a bit before
>> tomorrow morning. Please let me know if you want me to change
>> anything in any major way. Thank you.
>>
>> Dr. Varughese
>

3

D_ESI003610

**From:**       Najfeld, Vesna
**Sent:**       Tuesday, August 09, 2011 1:35 PM
**To:**         Barnett, Scott; Firpo, Adolfo; Lento, Patrick (MSH)
**Cc:**         Johnson, Paul F (GME) (MSSM-Imail)
**Subject:**    RE: Dr. Varughese's current rotation

We just did it

Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu

EXHIBIT
Johnson 9
11/3/13  PS

-----Original Message-----
From: Barnett, Scott
Sent: Tuesday, August 09, 2011 1:23 PM
To: Firpo, Adolfo; Najfeld, Vesna; Lento, Patrick (MSH)
Cc: Barnett, Scott; Johnson, Paul F (GME) (MSSM-Imail)
Subject: Re: Dr. Varughese's current rotation

Dr. Najfeld - you should meet with Dr. Firpo before the end of the rotation if you have
serious concerns that you feel you cannot address on your own

Scott

Scott H. Barnett, M.D.
Associate Dean for GME
President, Faculty Council
Mount Sinai School of Medicine
(P) 212-241-6694
(f) 212-426-7748


On 8/9/11 1:18 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:

>I believe so. Please monitor her performance through the rest of the
>rotation and document as much as possible the progress toward the
>objectives you reviewed with her at the beginning of the rotation and
>to which she committed when you signed the document.
>
>Adolfo Firpo, M.D.,M.P.A.,FCAP
>Professor and Director
>Pathology Educational Activities

1

CONFIDENTIAL

D_ESI003558

| | |
|---|---|
| From: | Carter, Allene [Allene.Carter@mountsinai.org] |
| Sent: | Tuesday, August 09, 2011 2:44 PM |
| To: | Firpo, Adolfo |
| Subject: | RE: Dr. Varughese - Questionable accademic performance in current rotation |

There should be a policy, but what can I say" Dr. Firpo, sometimes a supervisor will push a person to fall short of expectations. There have been times when residents did not want to go to CytoGenetic.(between you and I). Then there were residents (only 1) who wish to take months of Cytogenetics.

Cytogenetics always seems to be the least rotated department.??

Allene


-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Tuesday, August 09, 2011 2:35 PM
To: Carter, Allene
Subject: RE: Dr. Varughese - Questionable accademic performance in current rotation


Dear Allene:

I understand. I just wanted to make you aware of the problem. Dean Barnett and I are already discussing possible actions.

Thank you,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574



1

CONFIDENTIAL

D_ESI003546

-----Original Message-----
From: Carter, Allene [mailto:Allene.Carter@mountsinai.org]
Sent: Tuesday, August 09, 2011 2:30 PM
To: Firpo, Adolfo
Subject: RE: Dr. Varughese - Questionable accademic performance in
current rotation


 I have no authority to discipline nor write up residents.  One time I
would and was told it's the  responsibility of Program Director by
Dean's office.

Allene

-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Tuesday, August 09, 2011 7:27 AM
To: Carter, Allene
Cc: Johnson, Paul F (MSSM-Imail); Lento, Patrick; Patel, Shema (MSSM);
Barnett, Scott (MSSM)
Subject: Dr. Varughese - Questionable accademic performance in current
rotation


Is there a policy to intervene when residents assigned to a rotation
fall short to the expectations of their supervisors? Are there
documented precedents of such actions in our department? If no, how
should we proceed with this issue. Dr. varughese is currently undgoing
disciplinary action as counceling sessions on professionalism over the
next three months. This seems to fit right in and I could incorporate
this event as an example of demands of professionalism on pathologist in
training. Ideas? Comments?

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----

2

CONFIDENTIAL

D_ESI003547

From: Najfeld, Vesna
Sent: Monday, August 08, 2011 5:42 PM
To: Varughese, Leena (MSSM-Imail)
Cc: Lento, Patrick (MSH); Firpo, Adolfo
Subject: RE: Presentation

Leena,

The presentation I received at 4pm today by e mail is not really ready
for tomorrow .

You were suppose to take the pts images on Friday from my staff and you
had the whole day today and never came to take the images.
The reason we present cases is for educational purpose and the pt's
images are presented as a part of this learning experience.

If I was not here at 3 pm when you stopped by, you should have write me
a note and I would have called you the moment I came in.  Meanwhile I
left since 4 .18.pm  a number of e mails and messages only to find out
that you left at 5pm  and would not return to Sinai to work with me on
this presentation. I was willing to work with you until 6pm

I think a lot more work needs to go into this presentation and lets try
for the next week.

Thanks

Vesna




Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu


-----Original Message-----
From: leena varughese [mailto:leena.varughese@mssm.edu]
Sent: Monday, August 08, 2011 4:18 PM
To: Najfeld, Vesna
Subject: Presentation

Dr. Najfeld,

I am including the CML presentation for CP case conference. It is pretty
much complete but I will have to polish it up a bit before tomorrow

3

CONFIDENTIAL

D_ESI003548

morning. Please let me know if you want me to change anything in any
major way. Thank you.

Dr. Varughese

CONFIDENTIAL                                                    D_ESI003549

| | |
|---|---|
| **From:** | Paul Johnson [Paul.F.Johnson@mssm.edu] |
| **Sent:** | Thursday, August 04, 2011 12:06 PM |
| **To:** | Firpo, Adolfo |
| **Subject:** | Re: Dr. Varughese's supervision 8/1 - 8/12 |

So glad you're doing this!

On Aug 4, 2011, at 12:03 PM, Firpo, Adolfo wrote:

Dear Dr. Najfeld:

As part of the GME residency accreditation requirements supervising attendings must meet with rotating residents to formally discuss the goals and objectives of the rotation in the connect of their specific training level and experience. I have included the description of the **Tumor Cytogenetics Rotation** as it appears in the revised pathology residency program description. You may alter it any way you want to make this experience most meaningful to Dr. Varughese.

Please meet with Dr. Varughese at your mutual earliest convenience to go over this document and your expectations for her performance while in your section. I suggest that you print two copies of the document, review it together, date and sign it. Give her one copy and you keep one for your record.

I am certain that Dr. Varughese's time under your supervision will provide her with a rich and highly valuable educational experience in pathology.

With appreciation for your commitment the program and support,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu

*Office Address:*
Icahn Medical Institute 8ᵗʰ Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 1C029-6574

*Mailing address:*
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 1C029-6574

<tumor cytogenetics_Najfeld.pdf>



1

CONFIDENTIAL

| | |
|---|---|
| **From:** | Najfeld, Vesna |
| **Sent:** | Thursday, August 04, 2011 4:21 PM |
| **To:** | Firpo, Adolfo |
| **Subject:** | RE: Dr. Varughese's supervision 8/1 - 8/12 |

You all realize that Leena is only here for 2 weeks!
What can she do in 2 weeks? This is scheduling issue

**Vesna Najfeld, Ph.D.**
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu



---

**From:** Firpo, Adolfo
**Sent:** Thursday, August 04, 2011 12:03 PM
**To:** Najfeld, Vesna
**Cc:** Varughese, Leena (MSSM-Imail); Johnson, Paul F (GME) (MSSM-Imail); Barnett, Scott; Patel, Shema; Lento, Patrick (MSH)
**Subject:** Dr. Varughese's supervision 8/1 - 8/12

Dear Dr. Najfeld:

As part of the GME residency accreditation requirements supervising attendings must meet with rotating residents to formally discuss the goals and objectives of the rotation in the connect of their specific training level and experience. I have included the description of the **Tumor Cytogenetics Rotation** as it appears in the revised pathology residency program description. You may alter it any way you want to make this experience most meaningful to Dr. Varughese.

Please meet with Dr. Varughese at your mutual earliest convenience to go over this document and your expectations for her performance while in your section. I suggest that you print two copies of the document, review it together, date and sign it. Give her one copy and you keep one for your record.

I am certain that Dr. Varughese's time under your supervision will provide her with a rich and highly valuable educational experience in pathology.

With appreciation for your commitment the program and support,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities

1

CONFIDENTIAL

D_ESI003213

Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

CONFIDENTIAL

D_ESI003214

| From: | Firpo, Adolfo |
|---|---|
| Sent: | Thursday, August 04, 2011 12:26 PM |
| To: | Najfeld, Vesna |
| Subject: | RE: Dr. Varughese's supervision 8/1 - 8/12 |

Dear Vesna,

Thank you!

Adolfo



Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu

*Office Address:*
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

*Mailing address:*
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

---

**From:** Najfeld, Vesna
**Sent:** Thursday, August 04, 2011 12:24 PM
**To:** Firpo, Adolfo
**Cc:** Varughese, Leena (MSSM-Imail); Johnson, Paul F (GME) (MSSM-Imail); Barnett, Scott; Patel, Shema; Lento, Patrick (MSH)
**Subject:** RE: Dr. Varughese's supervision 8/1 - 8/12

Of course I will. She started this week when we have an equipment upgrade  and training and it is a very difficult week for all of us.


We have given her to read and  told her  about the case presentation for the next week.


Thanks
Vesna
**Vesna Najfeld, Ph.D.**
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers

1

CONFIDENTIAL.

The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu

---

**From:** Firpo, Adolfo
**Sent:** Thursday, August 04, 2011 12:03 PM
**To:** Najfeld, Vesna
**Cc:** Varughese, Leena (MSSM-Imail); Johnson, Paul F (GME) (MSSM-Imail); Barnett, Scott; Patel, Shema; Lento, Patrick (MSH)
**Subject:** Dr. Varughese's supervision 8/1 - 8/12

Dear Dr. Najfeld:

As part of the GME residency accreditation requirements supervising attendings must meet with rotating residents to formally discuss the goals and objectives of the rotation in the connect of their specific training level and experience. I have included the description of the **Tumor Cytogenetics Rotation** as it appears in the revised pathology residency program description. You may alter it any way you want to make this experience most meaningful to Dr. Varughese.

Please meet with Dr. Varughese at your mutual earliest convenience to go over this document and your expectations for her performance while in your section. I suggest that you print two copies of the document, review it together, date and sign it. Give her one copy and you keep one for your record.

I am certain that Dr. Varughese's time under your supervision will provide her with a rich and highly valuable educational experience in pathology.

With appreciation for your commitment the program and support,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu

*Office Address:*
Icahn Medical Institute 8th Floor, Office B-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

*Mailing address:*
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

2

CONFIDENTIAL

D_ESI003501

**From:**     Firpo, Adolfo
**Sent:**     Monday, August 08, 2011 10:09 AM
**To:**       Jordan, Adrienne (MSH)
**Subject:**  RE: Frozen sections this AM

Dr. Jordan:

Thanks for the FU. I understand. Just wanted ot share with you Dr. Najfeld's e-mail.

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----
From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
Sent: Monday, August 08, 2011 10:06 AM
To: Firpo, Adolfo; Najfeld, Vesna
Cc: Morency, Elizabeth (MSSM-Imail); Lento, Patrick (MSH)
Subject: RE: Frozen sections this AM

Dr. Firpo,

Leena stated that due to an injury of her arm she was unable to cover frozen sections on
Friday afternoon. As was the recommendation by Dr. Lento, I told Leena that she had to
submit either a doctors note or a personal letter outlining her injuries to you by Friday
afternoon or Monday afternoon at the absolute latest. I explained to her that this letter
was required because her injury indicated a need to violate department policy (ie. the
coverage policy) and thus documentation was required. Have you at this point received such a
letter from her?

As for her two week rotation in cytogenetics, this was necessary because Leena had already
had two weeks of cytogenetics in her second year of training. This two week rotation was
merely to serve as the second half of her prior rotation so that she could receive the entire
one month education within cytogenetics.

1

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

---

From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Mon 8/8/2011 9:54 AM
To: Najfeld, Vesna (MSSM)
Cc: Jordan, Adrienne; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
Subject: RE: Frozen sections this AM


Dear Vesna,


Thank you.


Adolfo


Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

The Mount Sinai School of Medicine.

The Mount Sinai Hospital

Phone: 212-659-8214

Fax: 212-348-7556

E-mail: adolfo.firpo@mssm.edu



Office Address:

Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612

1425 Madison Avenue and E98th Street

2

CONFIDENTIAL

New York, New York 10029-6574


Mailing address:

One Gustave L. Levy Place, Box 1612

ATTN: Dr. Firpo

New York, New York 10029-6574


From: Najfeld, Vesna
Sent: Friday, August 05, 2011 10:12 AM
To: Firpo, Adolfo
Subject: Re: Frozen sections this AM


She was given a case for Tuesday morning presentation and was suppose to work today on this presentation. I am working from home today

From: Firpo, Adolfo
Sent: Friday, August 05, 2011 10:01 AM
To: Lento, Patrick (MSH)
Cc: Najfeld, Vesna
Subject: Frozen sections this AM

Pat,


Just walked by the frozen sectioning room and found Dr. Grunes processing specimens. Do you know what happened with Dr. Varughese's emergency coverage? I am aware that she is on a 2 weeks rotation through tumor cytogenetics with Dr. Vesna Najfeld. Dr. Najfeld was very concerned over the scheduling of such a short rotation because that would seriously compromise her benefit of her experience in the laboratory.


Adolfo


Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

3

                                                 D_ESI003347

The Mount Sinai School of Medicine.

The Mount Sinai Hospital

Phone: 212-659-8214

Fax: 212-348-7556

E-mail: adolfo.firpo@mssm.edu


Office Address:

Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612

1425 Madison Avenue and E98th Street

New York, New York 10029-6574


Mailing address:

One Gustave L. Levy Place, Box 1612

ATTN: Dr. Firpo

New York, New York 10029-6574

4

CONFIDENTIAL

D_ESI003348

**From:** Firpo, Adolfo
**Sent:** Tuesday, August 09, 2011 1:19 PM
**To:** Najfeld, Vesna; Lento, Patrick (MSH)
**Cc:** Barnett, Scott; Johnson, Paul F (GME) (MSSM-Imail) (paul.f.johnson@mssm.edu)
**Subject:** Dr. Varughese's current rotation

I believe so. Please monitor her performance through the rest of the rotation and document as
much as possible the progress toward the objectives you reviewed with her at the beginning of
the rotation and to which she committed when you signed the document.

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----
From: Najfeld, Vesna
Sent: Tuesday, August 09, 2011 12:56 PM
To: Lento, Patrick (MSH)
Cc: Firpo, Adolfo
Subject: FW: Presentation

FYI, there some really serious issue withy with this resident.




Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250

D_ESI003496

New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu

-----Original Message-----
From: Najfeld, Vesna
Sent: Tuesday, August 09, 2011 12:45 PM
To: Varughese, Leena (MSSM-Imail)
Subject: RE: Presentation

Leena,

Please make sure I see your presentation tomorrow on Wed.
You are suppose to spend next 3 days doing karyotyping in my lab all day. This is currently
your primary rotation .

As a result of you not sending e mail to other faculty (despite the fact that I alerted you
at 6.30 am) that you are cancelling presentation, other faculty came. Since you knew
yesterday, it would have been so much more respectful to alert people of the cancellation of
your presentation.
Its important that you take your responsibilities seriously.
Please alert the Faculty, and Chief residents as well as the educational director today of
your upcoming presentation next week. This way, the faculty can plan their week.

Thank you
Vesna


Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu

-----Original Message-----
From: leena varughese [mailto:leena.varughese@mssm.edu]
Sent: Tuesday, August 09, 2011 8:29 AM
To: Najfeld, Vesna
Subject: Re: Presentation

I won't be doing the Cytogenetics presentation until next week.

----- Original Message -----
From: "Najfeld, Vesna" <vesna.najfeld@mssm.edu>
Date: Tuesday, August 9, 2011 6:21 am
Subject: Re: Presentation

2

                                                                    D_ESI003497

To: "Varughese, Leena (MSSM-Imail)" <leena.varughese@mssm.edu>
Cc: "Lento, Patrick (MSH)" <patrick.lento@mountsinai.org>, "Firpo, Adolfo"
<adolfo.firpo@exchange.mssm.edu>

> Please send an e mail that the conference wil not be held
>
> ----- Original Message -----
> From: Najfeld, Vesna
> Sent: Monday, August 08, 2011 05:42 PM
> To: Varughese, Leena (MSSM-Imail)
> Cc: Lento, Patrick (patrick.lento@mountsinai.org)
> <Patrick.Lento@mountsinai.org>; Firpo, Adolfo
> Subject: RE: Presentation
>
> Leena,
>
> The presentation I received at 4pm today by e mail is not really ready
> for tomorrow .
>
> You were suppose to take the pts images on Friday from my staff and
> you had the whole day today and never came to take the images.
> The reason we present cases is for educational purpose and the pt's
> images are presented as a part of this learning experience.
>
> If I was not here at 3 pm when you stopped by, you should have write
> me  a note and I would have called you the moment I came in.
> Meanwhile I left since 4 .18.pm  a number of e mails and messages only
> to find out that you left at 5pm  and would not return to Sinai to
> work with me on this presentation. I was willing to work with you
> until 6pm
>
> I think a lot more work needs to go into this presentation and lets
> try for the next week.
>
> Thanks
>
> Vesna
>
>
>
>
>
> Vesna Najfeld, Ph.D.
> Professor of Pathology and Medicine
> Director
> Tumor Cytogenetics and Oncology -
> Molecular  and Cellular Tumor Markers The Mount Sinai Medical Center
> 1428 Madison Avenue
> Box 1079, Atran 250
> New York, NY, 10029
> Tel 212. 241. 8801
> Fax: 212. 426. 2427
> e-mail: vesna.najfeld@mssm.edu
>
>
> -----Original Message-----
> From: leena varughese [mailto:leena.varughese@mssm.edu]

3

D_ESI003498

> Sent: Monday, August 08, 2011 4:18 PM
> To: Najfeld, Vesna
> Subject: Presentation
>
> Dr. Najfeld,
>
> I am including the CML presentation for CP case conference. It is
> pretty much complete but I will have to polish it up a bit before
> tomorrow morning. Please let me know if you want me to change anything
> in any major way. Thank you.
>
> Dr. Varughese
>

CONFIDENTIAL

D_ESI003499

**From:** Najfeld, Vesna
**Sent:** Tuesday, August 09, 2011 1:35 PM
**To:** Barnett, Scott; Firpo, Adolfo; Lento, Patrick (MSH)
**Cc:** Johnson, Paul F (GME) (MSSM-Imail)
**Subject:** RE: Dr. Varughese's current rotation

We just did it

Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology –
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu



-----Original Message-----
From: Barnett, Scott
Sent: Tuesday, August 09, 2011 1:23 PM
To: Firpo, Adolfo; Najfeld, Vesna; Lento, Patrick (MSH)
Cc: Barnett, Scott; Johnson, Paul F (GME) (MSSM-Imail)
Subject: Re: Dr. Varughese's current rotation

Dr. Najfeld - you should meet with Dr. Firpo before the end of the rotation if you have
serious concerns that you feel you cannot address on your own

Scott

Scott H. Barnett, M.D.
Associate Dean for GME
President, Faculty Council
Mount Sinai School of Medicine
(P) 212-241-6694
(f) 212-426-7748


On 8/9/11 1:18 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:

>I believe so. Please monitor her performance through the rest of the
>rotation and document as much as possible the progress toward the
>objectives you reviewed with her at the beginning of the rotation and
>to which she committed when you signed the document.
>
>Adolfo Firpo, M.D.,M.P.A.,FCAP
>Professor and Director
>Pathology Educational Activities

1

CONFIDENTIAL

D_ESI003558

From:        Carter, Allene [Allene.Carter@mountsinai.org]
Sent:        Tuesday, August 09, 2011 2:44 PM
To:          Firpo, Adolfo
Subject:     RE: Dr. Varughese - Questionable accademic performance in current rotation

There should be a policy, but what can I say"  Dr. Firpo, sometimes a supervisor will push a
person to fall short of expectations.  There have been times when residents did not want to
go to CytoGenetic.(between you and I). Then there were residents (only 1) who wish to take
months of Cytogenetics.

Cytogenetics always seems to be the least rotated department.??

Allene


-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Tuesday, August 09, 2011 2:35 PM
To: Carter, Allene
Subject: RE: Dr. Varughese - Questionable accademic performance in current rotation


Dear Allene:

I understand. I just wanted to make you aware of the problem. Dean
Barnett and I are already discussing possible actions.

Thank you,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574



1

CONFIDENTIAL

-----Original Message-----
From: Carter, Allene [mailto:Allene.Carter@mountsinai.org]
Sent: Tuesday, August 09, 2011 2:30 PM
To: Firpo, Adolfo
Subject: RE: Dr. Varughese - Questionable accademic performance in
current rotation


 I have no authority to discipline nor write up residents.  One time I
would and was told it's the  responsibility of Program Director by
Dean's office.

Allene

-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Tuesday, August 09, 2011 7:27 AM
To: Carter, Allene
Cc: Johnson, Paul F (MSSM-Imail); Lento, Patrick; Patel, Shema (MSSM);
Barnett, Scott (MSSM)
Subject: Dr. Varughese - Questionable accademic performance in current
rotation


Is there a policy to intervene when residents assigned to a rotation
fall short to the expectations of their supervisors? Are there
documented precedents of such actions in our department? If no, how
should we proceed with this issue. Dr. varughese is currently undgoing
disciplinary action as counceling sessions on professionalism over the
next three months. This seems to fit right in and I could incorporate
this event as an example of demands of professionalism on pathologist in
training. Ideas? Comments?

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----

2

CONFIDENTIAL

D_ESI003547

From: Najfeld, Vesna
Sent: Monday, August 08, 2011 5:42 PM
To: Varughese, Leena (MSSM-Imail)
Cc: Lento, Patrick (MSH); Firpo, Adolfo
Subject: RE: Presentation

Leena,

The presentation I received at 4pm today by e mail is not really ready
for tomorrow .

You were suppose to take the pts images on Friday from my staff and you
had the whole day today and never came to take the images.
The reason we present cases is for educational purpose and the pt's
images are presented as a part of this learning experience.

If I was not here at 3 pm when you stopped by, you should have write me
a note and I would have called you the moment I came in.  Meanwhile I
left since 4 .18.pm  a number of e mails and messages only to find out
that you left at 5pm  and would not return to Sinai to work with me on
this presentation. I was willing to work with you until 6pm

I think a lot more work needs to go into this presentation and lets try
for the next week.

Thanks

Vesna




Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu


-----Original Message-----
From: leena varughese [mailto:leena.varughese@mssm.edu]
Sent: Monday, August 08, 2011 4:18 PM
To: Najfeld, Vesna
Subject: Presentation

Dr. Najfeld,

I am including the CML presentation for CP case conference. It is pretty
much complete but I will have to polish it up a bit before tomorrow

CONFIDENTIAL                                              D_ESI003548

morning. Please let me know if you want me to change anything in any
major way. Thank you.

Dr. Varughese

CONFIDENTIAL

D_ESI003549

Exhibit 205

| From: | Jordan, Adrienne [adrienne.jordan@mountsinai.org] |
|---|---|
| Sent: | Thursday, August 11, 2011 12:08 PM |
| To: | Firpo, Adolfo; Barnett, Scott; Johnson, Paul F (GME) (MSSM-Imail); Morency, Elizabeth (MSH) |
| Cc: | Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Patel, Shema; Lowy, Marina (MSH); Tiger-Paillex, Caryn |
| Subject: | RE: Dr. Leena Varughese's performance in her current rotation |

I would also like to comment on this amazing effort Dr. Firpo has put into training Leena.
Since the moment of his arrival Dr. Firpo has taken Leena under his wing to guide her and
help her development, growth, and education.  No resident could ask for better one on one
counseling and training.  I am deeply saddened to hear that Leena did not take advantage of
this amazing opportunity.  If there is anything Elizabeth or I can do to help in whatever
process will be taking place, please let us know.  Thank you all for your time and effort in
this matter.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339


-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Thu 8/11/2011 10:28 AM
To: Barnett, Scott (MSSM); Johnson, Paul F (MSSM-Imail)
Cc: Lento, Patrick; Najfeld, Vesna (MSSM); Cordon-cardo, Carlos (MSSM); Jordan, Adrienne;
Patel, Shema (MSSM); Lowy, Marina; Tiger-Paillex, Caryn (MSSM)
Subject: RE: Dr. Leena Varughese's performance in her current rotation

Dr. Barnett:

I will wait for Dr. Najfeld's formal assessment of her performance and proceed as you
recommend. I am very disappointed after I went out of my way to respond to all the concerns
Dr. Varughese brought to my attention during our first advisement session.

Thanks,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu

ESI.PRIV.00070

Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----
From: Barnett, Scott
Sent: Thursday, August 11, 2011 10:23 AM
To: Firpo, Adolfo; Johnson, Paul F (GME) (MSSM-Imail)
Cc: Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Jordan, Adrienne (MSH);
Barnett, Scott; Patel, Shema; Lowy, Marina (MSH); Tiger-Paillex, Caryn
Subject: Re: Dr. Leena Varughese's performance in her current rotation

The usual protocol would be to not give credit for the rotation and make the person repeat it
- this could be part of an academic advisement

This case is clearly much more complicated since she has been on advisement before and
received a final warning for professionalism issues
- we will need to meet once we have the evaluation to determine how to proceed


Scott

Scott H. Barnett, M.D.
Associate Professor of Medical Education and PediatricsAssociate Dean for GME President,
Faculty Council Mount Sinai School of Medicine
(P) 212-241-6694
(f) 212-426-7748




On 8/11/11 10:18 AM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu>
wrote:

>Hello Paul,
>
>I believe she would be happy to do so.
>
>Thanks,
>Adolfo
>
>Adolfo Firpo, M.D.,M.P.A.,FCAP
>Professor and Director
>Pathology Educational Activities
>Department of Pathology,
>The Mount Sinai School of Medicine.
>The Mount Sinai Hospital
>Phone: 212-659-8214

                                2

CONFIDENTIAL                                        D03161

>Fax: 212-348-7556
>E-mail: adolfo.firpo@mssm.edu
>
>
>Office Address:
>Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>1425 Madison Avenue and E98th Street
>New York, New York 10029-6574
>
>Mailing address:
>One Gustave L. Levy Place, Box 1612
>ATTN: Dr. Firpo
>New York, New York 10029-6574
>
>-----Original Message-----
>From: Paul Johnson [mailto:Paul.F.Johnson@mssm.edu]
>Sent: Thursday, August 11, 2011 10:16 AM
>To: Firpo, Adolfo
>Cc: Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Jordan,
>Adrienne (MSH); Barnett, Scott; Patel, Shema; Lowy, Marina (MSH);
>Tiger-Paillex, Caryn
>Subject: Re: Dr. Leena Varughese's performance in her current rotation
>Importance: High
>
>Hi Adolfo,
>
>Could Dr. Najfeld provide a written summary of the issues with Dr.
>Varughese's performance on this rotation?
>
>Thanks,
>Paul
>
>On Aug 11, 2011, at 10:12 AM, Firpo, Adolfo wrote:
>
>> Dr. Lento:
>>
>> Dr. Najfeld has kept me informed of recurrent problems with Dr.
>>Varughese's performance since her rotation started last week. She now
>>feels very strongly that Dr. Varughese will be unable to achieve basic
>>competencies in Tumor cytogenetics expected of a PGY 4 pathology
>>resident. She has met personally with Dr. Varughese and made her aware
>>of her problematic behavior and deficient level of medical knowledge
>>in the particular are of tumor cytogenetics.
>>
>> What is the program's policy regarding unsatisfactory performance of
>>a rotation? Is there any precedent of similar behavior by a resident
>>here at MD? Have a resident ever been dismissed for poor performance
>>and failure to fulfill expectations of the program or meet the minimum
>>performance standards?
>>
>> Dr. Firpo
>>
>> Adolfo Firpo, M.D.,M.P.A.,FCAP
>> Professor and Director
>> Pathology Educational Activities
>> Department of Pathology,
>> The Mount Sinai School of Medicine.

3

ESI.PRIV.00072

CONFIDENTIAL                                    D03162

>> The Mount Sinai Hospital
>> Phone: 212-659-8214
>> Fax: 212-348-7556
>> E-mail: adolfo.firpo@mssm.edu
>>
>>
>> Office Address:
>> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>> 1425 Madison Avenue and E98th Street
>> New York, New York 10029-6574
>>
>> Mailing address:
>> One Gustave L. Levy Place, Box 1612
>> ATTN: Dr. Firpo
>> New York, New York 10029-6574
>>
>> -----Original Message-----
>> From: Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
>> Sent: Thursday, August 11, 2011 10:00 AM
>> To: Firpo, Adolfo
>> Cc: Cordon-cardo, Carlos; Jordan, Adrienne (MSH)
>> Subject: FW: 8/11/11
>>
>> Dr. Najfeld has been trying her best with Leena on the Cytogenetics
>>rotation yet there continues to be issues with Leena. After having
>>problems regarding the performance of her duties as well as a
>>presentation Leena was supposed to give this week, Dr. Najfeld emailed
>>her this morning to review what was expected of her today. Leena's
>>response was to call out sick (see below).
>>
>> Pat
>>
>> -----Original Message-----
>> From: Najfeld, Vesna [mailto:vesna.najfeld@mssm.edu]
>> Sent: Thursday, August 11, 2011 9:06 AM
>> To: Lento, Patrick
>> Subject: FW: 8/11/11
>>
>>
>>
>> Vesna Najfeld, Ph.D.
>> Professor of Pathology and Medicine
>> Director
>> Tumor Cytogenetics and Oncology -
>> Molecular  and Cellular Tumor Markers The Mount Sinai Medical Center
>> 1428 Madison Avenue
>> Box 1079, Atran 250
>> New York, NY, 10029
>> Tel 212. 241. 8801
>> Fax: 212. 426. 2427
>> e-mail: vesna.najfeld@mssm.edu
>>
>> -----Original Message-----
>> From: leena varughese [mailto:leena.varughese@mssm.edu]
>> Sent: Thursday, August 11, 2011 8:12 AM
>> To: Najfeld, Vesna; Firpo, Adolfo; Carter, Allene (MSH); Scalise,
>> Angela

4

ESI.PRIV.00073

CONFIDENTIAL                                                                 D03163

```
>> Subject: 8/11/11
>>
>> I am not feeling well so I am taking a sick day today.
>>
>> Dr. Varughese
>>
>
```

5

ESI.PRIV.00074

CONFIDENTIAL                                                          D03164

From:            Barnett, Scott
Sent:            Thursday, August 11, 2011 10:34 AM
To:              Firpo, Adolfo; Barnett, Scott; Johnson, Paul F (GME) (MSSM-Imail)
Cc:              Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Jordan, Adrienne (MSH); Patel,
                 Sherna; Lowy, Marina (MSH); Tiger-Paillex, Caryn
Subject:         Re: Dr. Leena Varughese's performance in her current rotation

I am around until the 23rd and then away until after Labor Day Scott

Scott H. Barnett, M.D.
Associate Professor of Medical Education and PediatricsAssociate Dean for GME President,
Faculty Council Mount Sinai School of Medicine
(P) 212-241-6694
(f) 212-426-7748



On 8/11/11 10:28 AM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu>
wrote:

>Dr. Barnett:
>
>I will wait for Dr. Najfeld's formal assessment of her performance and
>proceed as you recommend. I am very disappointed after I went out of my
>way to respond to all the concerns Dr. Varughese brought to my
>attention during our first advisement session.
>
>Thanks,
>
>Adolfo
>
>Adolfo Firpo, M.D.,M.P.A.,FCAP
>Professor and Director
>Pathology Educational Activities
>Department of Pathology,
>The Mount Sinai School of Medicine.
>The Mount Sinai Hospital
>Phone: 212-659-8214
>Fax: 212-348-7556
>E-mail: adolfo.firpo@mssm.edu
>
>
>Office Address:
>Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>1425 Madison Avenue and E98th Street
>New York, New York 10029-6574
>
>Mailing address:
>One Gustave L. Levy Place, Box 1612
>ATTN: Dr. Firpo
>New York, New York 10029-6574
>

                                        1

ESI.PRIV.00065

>
>-----Original Message-----
>From: Barnett, Scott
>Sent: Thursday, August 11, 2011 10:23 AM
>To: Firpo, Adolfo; Johnson, Paul F (GME) (MSSM-Imail)
>Cc: Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Jordan,
>Adrienne (MSH); Barnett, Scott; Patel, Shema; Lowy, Marina (MSH);
>Tiger-Paillex, Caryn
>Subject: Re: Dr. Leena Varughese's performance in her current rotation
>
>The usual protocol would be to not give credit for the rotation and
>make the person repeat it - this could be part of an academic
>advisement
>
>This case is clearly much more complicated since she has been on
>advisement before and received a final warning for professionalism
>issues
>- we will need to meet once we have the evaluation to determine how to
>proceed
>
>
>Scott
>_____
>Scott H. Barnett, M.D.
>Associate Professor of Medical Education and PediatricsAssociate Dean
>for GME President, Faculty Council Mount Sinai School of Medicine
>(P) 212-241-6694
>(f) 212-426-7748
>
>
>
>
>
>On 8/11/11 10:18 AM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu>
>wrote:
>
>>Hello Paul,
>>
>>I believe she would be happy to do so.
>>
>>Thanks,
>>Adolfo
>>
>>Adolfo Firpo, M.D.,M.P.A.,FCAP
>>Professor and Director
>>Pathology Educational Activities
>>Department of Pathology,
>>The Mount Sinai School of Medicine.
>>The Mount Sinai Hospital
>>Phone: 212-559-8214
>>Fax: 212-348-7556
>>E-mail: adolfo.firpo@mssm.edu
>>
>>
>>Office Address:
>>Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>>1425 Madison Avenue and E98th Street

2

ESI.PRIV.00066

CONFIDENTIAL                                                    D03156

>>New York, New York 10029-6574
>>
>>Mailing address:
>>One Gustave L. Levy Place, Box 1612
>>ATTN: Dr. Firpo
>>New York, New York 10029-6574
>>
>>-----Original Message-----
>>From: Paul Johnson [mailto:Paul.F.Johnson@mssm.edu]
>>Sent: Thursday, August 11, 2011 10:16 AM
>>To: Firpo, Adolfo
>>Cc: Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos;
>>Jordan, Adrienne (MSH); Barnett, Scott; Patel, Shema; Lowy, Marina
>>(MSH); Tiger-Paillex, Caryn
>>Subject: Re: Dr. Leena Varughese's performance in her current rotation
>>Importance: High
>>
>>Hi Adolfo,
>>
>>Could Dr. Najfeld provide a written summary of the issues with Dr.
>>Varughese's performance on this rotation?
>>
>>Thanks,
>>Paul
>>
>>On Aug 11, 2011, at 10:12 AM, Firpo, Adolfo wrote:
>>
>>> Dr. Lento:
>>>
>>> Dr. Najfeld has kept me informed of recurrent problems with Dr.
>>>Varughese's performance since her rotation started last week. She now
>>>feels very strongly that Dr. Varughese will be unable to achieve
>>>basic competencies in Tumor cytogenetics expected of a PGY 4
>>>pathology resident. She has met personally with Dr. Varughese and
>>>made her aware of her problematic behavior and deficient level of
>>>medical knowledge in the particular are of tumor cytogenetics.
>>>
>>> What is the program's policy regarding unsatisfactory performance of
>>>a rotation? Is  there any precedent of similar behavior by a resident
>>>here at MD? Have a resident ever been dismissed for poor performance
>>>and failure to fulfill expectations of the program or meet the
>>>minimum performance standards?
>>>
>>> Dr. Firpo
>>>
>>> Adolfo Firpo, M.D.,M.P.A.,FCAP
>>> Professor and Director
>>> Pathology Educational Activities
>>> Department of Pathology,
>>> The Mount Sinai School of Medicine.
>>> The Mount Sinai Hospital
>>> Phone: 212-659-8214
>>> Fax: 212-348-7556
>>> E-mail: adolfo.firpo@mssm.edu
>>>
>>>
>>> Office Address:

3

ESI.PRIV.00067

CONFIDENTIAL                                                    D03157

>>> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>>> 1425 Madison Avenue and E98th Street New York, New York 10029-6574
>>>
>>> Mailing address:
>>> One Gustave L. Levy Place, Box 1612
>>> ATTN: Dr. Firpo
>>> New York, New York 10029-6574
>>>
>>> -----Original Message-----
>>> From: Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
>>> Sent: Thursday, August 11, 2011 10:00 AM
>>> To: Firpo, Adolfo
>>> Cc: Cordon-cardo, Carlos; Jordan, Adrienne (MSH)
>>> Subject: FW: 8/11/11
>>>
>>> Dr. Najfeld has been trying her best with Leena on the Cytogenetics
>>>rotation yet there continues to be issues with Leena. After having
>>>problems regarding the performance of her duties as well as a
>>>presentation Leena was supposed to give this week, Dr. Najfeld
>>>emailed her this morning to review what was expected of her today.
>>>Leena's response was to call out sick (see below).
>>>
>>> Pat
>>>
>>> -----Original Message-----
>>> From: Najfeld, Vesna [mailto:vesna.najfeld@mssm.edu]
>>> Sent: Thursday, August 11, 2011 9:06 AM
>>> To: Lento, Patrick
>>> Subject: FW: 8/11/11
>>>
>>>
>>>
>>> Vesna Najfeld, Ph.D.
>>> Professor of Pathology and Medicine
>>> Director
>>> Tumor Cytogenetics and Oncology -
>>> Molecular  and Cellular Tumor Markers The Mount Sinai Medical Center
>>> 1428 Madison Avenue
>>> Box 1079, Atran 250
>>> New York, NY, 10029
>>> Tel 212. 241. 8801
>>> Fax: 212. 426. 2427
>>> e-mail: vesna.najfeld@mssm.edu
>>>
>>> -----Original Message-----
>>> From: leena varughese [mailto:leena.varughese@mssm.edu]
>>> Sent: Thursday, August 11, 2011 8:12 AM
>>> To: Najfeld, Vesna; Firpo, Adolfo; Carter, Allene (MSH); Scalise,
>>> Angela
>>> Subject: 8/11/11
>>>
>>> I am not feeling well so I am taking a sick day today.
>>>
>>> Dr. Varughese
>>>
>>
>

4

ESI.PRIV.00068

CONFIDENTIAL                                    D03158

5

ESI.PRIV.00069

CONFIDENTIAL

D03159

| | |
|---|---|
| From: | Jordan, Adrienne [adrienne.jordan@mountsinai.org] |
| Sent: | Thursday, August 11, 2011 12:08 PM |
| To: | Firpo, Adolfo; Barnett, Scott; Johnson, Paul F (GME) (MSSM-Imail); Morency, Elizabeth (MSH)(MSSM-Imail) |
| Cc: | Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Patel, Shema; Lowy, Marina (MSH); Tiger-Paillex, Caryn |
| Subject: | RE: Dr. Leena Varughese's performance in her current rotation |

I would also like to comment on this amazing effort Dr. Firpo has put into training Leena. Since the moment of his arrival Dr. Firpo has taken Leena under his wing to guide her and help her development, growth, and education.  No resident could ask for better one on one counseling and training.  I am deeply saddened to hear that Leena did not take advantage of this amazing opportunity.  If there is anything Elizabeth or I can do to help in whatever process will be taking place, please let us know.  Thank you all for your time and effort in this matter.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339


-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Thu 8/11/2011 10:28 AM
To: Barnett, Scott (MSSM); Johnson, Paul F (MSSM-Imail)
Cc: Lento, Patrick; Najfeld, Vesna (MSSM); Cordon-cardo, Carlos (MSSM); Jordan, Adrienne; Patel, Shema (MSSM); Lowy, Marina; Tiger-Paillex, Caryn (MSSM)
Subject: RE: Dr. Leena Varughese's performance in her current rotation

Dr. Barnett:

I will wait for Dr. Najfeld's formal assessment of her performance and proceed as you recommend. I am very disappointed after I went out of my way to respond to all the concerns Dr. Varughese brought to my attention during our first advisement session.

Thanks,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu

ESI.PRIV.00070

CONFIDENTIAL                    D03160

Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

-----Original Message-----
From: Barnett, Scott
Sent: Thursday, August 11, 2011 10:23 AM
To: Firpo, Adolfo; Johnson, Paul F (GME) (MSSM-Imail)
Cc: Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Jordan, Adrienne (MSH);
Barnett, Scott; Patel, Shema; Lowy, Marina (MSH); Tiger-Paillex, Caryn
Subject: Re: Dr. Leena Varughese's performance in her current rotation

The usual protocol would be to not give credit for the rotation and make the person repeat it
- this could be part of an academic advisement

This case is clearly much more complicated since she has been on advisement before and
received a final warning for professionalism issues
- we will need to meet once we have the evaluation to determine how to proceed

Scott
_____
Scott H. Barnett, M.D.
Associate Professor of Medical Education and PediatricsAssociate Dean for GME President,
Faculty Council Mount Sinai School of Medicine
(P) 212-241-6694
(f) 212-426-7748



On 8/11/11 10:18 AM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu>
wrote:

>Hello Paul,
>
>I believe she would be happy to do so.
>
>Thanks,
>Adolfo
>
>Adolfo Firpo, M.D.,M.P.A.,FCAP
>Professor and Director
>Pathology Educational Activities
>Department of Pathology,
>The Mount Sinai School of Medicine.
>The Mount Sinai Hospital
>Phone: 212-659-8214

                                    2


ESI.PRIV.00071

CONFIDENTIAL                                              D03161

>Fax: 212-348-7556
>E-mail: adolfo.firpo@mssm.edu
>
>
>Office Address:
>Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>1425 Madison Avenue and E98th Street
>New York, New York 10029-6574
>
>Mailing address:
>One Gustave L. Levy Place, Box 1612
>ATTN: Dr. Firpo
>New York, New York 10029-6574
>
>-----Original Message-----
>From: Paul Johnson [mailto:Paul.F.Johnson@mssm.edu]
>Sent: Thursday, August 11, 2011 10:16 AM
>To: Firpo, Adolfo
>Cc: Lento, Patrick (MSH); Najfeld, Vesna; Cordon-cardo, Carlos; Jordan,
>Adrienne (MSH); Barnett, Scott; Patel, Shema; Lowy, Marina (MSH);
>Tiger-Paillex, Caryn
>Subject: Re: Dr. Leena Varughese's performance in her current rotation
>Importance: High
>
>Hi Adolfo,
>
>Could Dr. Najfeld provide a written summary of the issues with Dr.
>Varughese's performance on this rotation?
>
>Thanks,
>Paul
>
>On Aug 11, 2011, at 10:12 AM, Firpo, Adolfo wrote:
>
>> Dr. Lento:
>>
>> Dr. Najfeld has kept me informed of recurrent problems with Dr.
>>Varughese's performance since her rotation started last week. She now
>>feels very strongly that Dr. Varughese will be unable to achieve basic
>>competencies in Tumor cytogenetics expected of a PGY 4 pathology
>>resident. She has met personally with Dr. Varughese and made her aware
>>of her problematic behavior and deficient level of medical knowledge
>>in the particular are of tumor cytogenetics.
>>
>> What is the program's policy regarding unsatisfactory performance of
>>a rotation? Is there any precedent of similar behavior by a resident
>>here at MD? Have a resident ever been dismissed for poor performance
>>and failure to fulfill expectations of the program or meet the minimum
>>performance standards?
>>
>> Dr. Firpo
>>
>> Adolfo Firpo, M.D.,M.P.A.,FCAP
>> Professor and Director
>> Pathology Educational Activities
>> Department of Pathology,
>> The Mount Sinai School of Medicine.

3

ESI.PRIV.00072

```
>> The Mount Sinai Hospital
>> Phone: 212-659-8214
>> Fax: 212-348-7556
>> E-mail: adolfo.firpo@mssm.edu
>>
>>
>> Office Address:
>> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>> 1425 Madison Avenue and E98th Street
>> New York, New York 10029-6574
>>
>> Mailing address:
>> One Gustave L. Levy Place, Box 1612
>> ATTN: Dr. Firpo
>> New York, New York 10029-6574
>>
>> -----Original Message-----
>> From: Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
>> Sent: Thursday, August 11, 2011 10:00 AM
>> To: Firpo, Adolfo
>> Cc: Cordon-cardo, Carlos; Jordan, Adrienne (MSH)
>> Subject: FW: 8/11/11
>>
>> Dr. Najfeld has been trying her best with Leena on the Cytogenetics
>>rotation yet there continues to be issues with Leena. After having
>>problems regarding the performance of her duties as well as a
>>presentation Leena was supposed to give this week, Dr. Najfeld emailed
>>her this morning to review what was expected of her today. Leena's
>>response was to call out sick (see below).
>>
>> Pat
>>
>> -----Original Message-----
>> From: Najfeld, Vesna [mailto:vesna.najfeld@mssm.edu]
>> Sent: Thursday, August 11, 2011 9:06 AM
>> To: Lento, Patrick
>> Subject: FW: 8/11/11
>>
>>
>>
>> Vesna Najfeld, Ph.D.
>> Professor of Pathology and Medicine
>> Director
>> Tumor Cytogenetics and Oncology -
>> Molecular  and Cellular Tumor Markers The Mount Sinai Medical Center
>> 1428 Madison Avenue
>> Box 1079, Atran 250
>> New York, NY, 10029
>> Tel 212. 241. 8801
>> Fax: 212. 426. 2427
>> e-mail: vesna.najfeld@mssm.edu
>>
>> -----Original Message-----
>> From: leena varughese [mailto:leena.varughese@mssm.edu]
>> Sent: Thursday, August 11, 2011 8:12 AM
>> To: Najfeld, Vesna; Firpo, Adolfo; Carter, Allene (MSH); Scalise,
>> Angela
```

4

ESI.PRIV.00073

CONFIDENTIAL                                                        D03163

```
>> Subject: 8/11/11
>>
>> I am not feeling well so I am taking a sick day today.
>>
>> Dr. Varughese
>>
>
```

5

ESI.PRIV.00074

CONFIDENTIAL                                                                  D03164

Exhibit 206

| | |
|---|---|
| From: | Lento, Patrick |
| Sent: | Thursday, August 11, 2011 10:22 AM |
| To: | Firpo, Adolfo (MSSM) |
| Cc: | Najfeld, Vesna (MSSM); Cordon-cardo, Carlos (MSSM); Jordan, Adrienne; Barnett, Scott (MSSM); Johnson, Paul F (MSSM-Imail); Patel, Shema (MSSM) |
| Subject: | RE: Dr. Leena Varughese's performance in her current rotation |

No precedent...
Pat

-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Thursday, August 11, 2011 10:12 AM
To: Lento, Patrick
Cc: Najfeld, Vesna (MSSM); Cordon-cardo, Carlos (MSSM); Jordan, Adrienne; Barnett, Scott (MSSM); Johnson, Paul F (MSSM-Imail); Patel, Shema (MSSM)
Subject: Dr. Leena Varughese's performance in her current rotation
Importance: High

Dr. Lento:

Dr. Najfeld has kept me informed of recurrent problems with Dr. Varughese's performance since her rotation started last week. She now feels very strongly that Dr. Varughese will be unable to achieve basic competencies in Tumor cytogenetics expected of a PGY 4 pathology resident. She has met personally with Dr. Varughese and made her aware of her problematic behavior and deficient level of medical knowledge in the particular are of tumor cytogenetics.

What is the program's policy regarding unsatisfactory performance of a rotation? Is there any precedent of similar behavior by a resident here at MD? Have a resident ever been dismissed for poor performance and failure to fulfill expectations of the program or meet the minimum performance standards?

Dr. Firpo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

1

CONFIDENTIAL                                         D_ESI026191

-----Original Message-----
From: Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
Sent: Thursday, August 11, 2011 10:00 AM
To: Firpo, Adolfo
Cc: Cordon-cardo, Carlos; Jordan, Adrienne (MSH)
Subject: FW: 8/11/11

Dr. Najfeld has been trying her best with Leena on the Cytogenetics rotation yet there
continues to be issues with Leena. After having problems regarding the performance of her
duties as well as a presentation Leena was supposed to give this week, Dr. Najfeld emailed
her this morning to review what was expected of her today. Leena's response was to call out
sick (see below).

Pat

-----Original Message-----
From: Najfeld, Vesna [mailto:vesna.najfeld@mssm.edu]
Sent: Thursday, August 11, 2011 9:06 AM
To: Lento, Patrick
Subject: FW: 8/11/11


Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu

-----Original Message-----
From: leena varughese [mailto:leena.varughese@mssm.edu]
Sent: Thursday, August 11, 2011 8:12 AM
To: Najfeld, Vesna; Firpo, Adolfo; Carter, Allene (MSH); Scalise, Angela
Subject: 8/11/11

I am not feeling well so I am taking a sick day today.

Dr. Varughese

2

CONFIDENTIAL

D_ESI026192

Exhibit 207

From:           Firpo, Adolfo [adolfo.firpo@mssm.edu]
Sent:           Friday, August 12, 2011 7:56 AM
To:             Lento, Patrick; Jordan, Adrienne
Cc:             Morency, Elizabeth (MSSM-Imail); Cordon-cardo, Carlos (MSSM); Barnett, Scott (MSSM);
                Johnson, Paul F (MSSM-Imail)
Subject:        RE: Out sick


These are my thoughts on the situation,

Dr. Varughese was out sick yesterday and may be out again today, let's wait and see. Since this is Dr. Varughese's last
day of rotation through tumor cytogenetics she should report to her supervisor sometime today for a rotation exit
debrief. Dr. Najfeld should be notified of Dr. Varughese's duty reassignment for the day with an explanation justifying
the decision, as a matter of courtesy.

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


*Office Address:*
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

*Mailing address:*
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

-----------------------------------------------------------------------------
**From:** Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
**Sent:** Friday, August 12, 2011 7:47 AM
**To:** Jordan, Adrienne (MSH)
**Cc:** Morency, Elizabeth (MSSM-Imail); Firpo, Adolfo; Cordon-cardo, Carlos
**Subject:** RE: Out sick

If Leena is "first up" then she should be the one to cover. The system was created to be fair to all the residents and make
it easier for the chiefs to find coverage (and she didn't cover the last time). Leena's performance on the rotation has
nothing to do with covering someone who is out for a day.

It might be best at this point to also plan for coverage on Saturday regardless of whether Sarah is back or not and also do
the same for the remainder of the rotation. If Sarah returns, she can be on the autopsy service until we can figure out what
to do here.

Pat

            -----Original Message-----
            **From:** Jordan, Adrienne
            **Sent:** Thursday, August 11, 2011 11:12 PM
            **Cc:** Morency, Elizabeth (MSSM-Imail); Lento, Patrick; Firpo, Adolfo (MSSM)
            **Subject:** Re: Out sick

                                            1

CONFIDENTIAL                                                    D_ESI026199

Dear all,

This is what I was afraid of most. Now we have several issues:

1. Who covers tomorrow? Leena is still up next to cover, but it is her last day on cytogenetics. My fear is that if we pull her she will use that as an excuse for not performing well on her rotation. On the other hand, if we don't pull her all residents have to do in order to get out of covering is not perform well on their rotations. I fear that is a slippery slope.

2. What if Sarah isn't well enough to gross Saturday? I can not possibly get an email from her Friday night or Saturday morning and be expected to find coverage for a weekend.

3. Lastly, while it would be tough on our schedule to pull Sarah for an extended time, it would be easier to do that then to keep finding coverage. At your discretion, it might be best to sit down with her and discuss the possibility of taking a leave of absence. This is, of course, entirely up to you.

Please advise on the coverage issue. I am really at a lose here.

Adrienne

Sent from my iPhone

On Aug 11, 2011, at 10:30 PM, "Blowe, Sarah" <sarah.blowe@mountsinai.org> wrote:

> Dear All-
>
> I will be out sick again. I hope to be back Saturday. Please tell Diane that I will be out and all slides are on my desk.
>
> I apologize,
> Sarah
>
> -----Original Message-----
> From: Carter, Allene
> Sent: Thu 8/11/2011 4:07 PM
> To: Blowe, Sarah
> Cc: Morency, Elizabeth (MSSM-1mail); Lento, Patrick; Jordan, Adrienne
> Subject: Change in Schedule
>
> Sarah:
>
> Consideration of any in the schedule must come from the Chief Residents and requires the approval of the P.D.
> Dr. Moreney will return on Monday, discuss this with her first. Such request are highly unusual and only considered based on some personal or family emergency. Sarah , If they can make the necessary adjustments and coverage.

Allene Carter
Residency & Fellowship Program
Department of Pathology - Box 1194

2

CONFIDENTIAL

D_ESI026200

Mount Sinai School of Medicine
One Gustave L. Levy Place
New York, New York 10029
(212) 241-8014
(212) 426-5129 - Fax

3

CONFIDENTIAL

D_ESI026201

**Firpo, Adolfo**

| | |
|---|---|
| **From:** | Lento, Patrick <Patrick.Lento@mountsinai.org> |
| **Sent:** | Friday, August 12, 2011 12:26 PM |
| **To:** | Jordan, Adrienne (MSH) |
| **Cc:** | Firpo, Adolfo |
| **Subject:** | RE: Sarah Out Sick |

She said she would cover. I asked her to respond to your email so that you (as chief resident) could coordinate the rest of the day appropriately.

Pat Lento

-----Original Message-----
**From:** Jordan, Adrienne
**Sent:** Friday, August 12, 2011 12:18 PM
**To:** Lento, Patrick; Firpo, Adolfo (MSSM)
**Subject:** RE: Sarah Out Sick

I'm sorry, I am having difficulty interpreting that e-mail.  Does that mean she will cover?

```
Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339
```

**From:** Lento, Patrick
**Sent:** Fri 8/12/2011 12:05 PM
**To:** Firpo, Adolfo (MSSM)
**Cc:** Najfeld, Vesna (MSSM); Jordan, Adrienne
**Subject:** RE: Sarah Out Sick

She did not respond to my page so I called her directly in the cytogenetics lab to speak with her. She indicated to me that since she did "not" say that she wouldn't cover that, in essence, meant she would cover. I indicated that this was not an appropriate approach and I asked her to please respond to the chief resident's (Dr. Jordan) email about coverage for this afternoon.

Pat

**Patrick Lento, M.D.**
Associate Professor, Departments of Pathology,
Internal Medicine, Division of General Internal Medicine
and Medical Education
Residency Program Director, Pathology
Mount Sinai Medical Center and School of Medicine
Box 1194
One Gustave Levy Place
New York, NY 10029
Tel: 212-241-9157
Fax: 212-876-4036
email:patrick.lento@mountsinai.org



**This email and any attachments may contain confidential information which are intended for use solely by the addressee(s). If you are not the intended recipient of this email, please be aware that any dissemination, distribution, copying or other use of the email in whole or in part is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the original and all copies of the email, attachments and any printouts. Thank you.**

15

D02196

-----Original Message-----
**From:** Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
**Sent:** Friday, August 12, 2011 11:47 AM
**To:** Lento, Patrick
**Cc:** Najfeld, Vesna (MSSM); Jordan, Adrienne; Varughese, Leena (MSSM-Imail)
**Subject:** RE: Sarah Out Sick
**Importance:** High

Dr. Lento:

This is very disconcerting. Do you mean that a resident, in this case Dr. Varughese, has not responded to a page from you? The Residency Program Director?

Dr. Firpo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


*Office Address:*
Icahn Medical Institute B[th] Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

*Mailing address:*
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

---

**From:** Lento, Patrick [mailto:Patrick.Lento@mountsinai.org]
**Sent:** Friday, August 12, 2011 11:33 AM
**To:** Jordan, Adrienne (MSH); Varughese, Leena (MSSM-Imail); Firpo, Adolfo
**Subject:** RE: Sarah Out Sick

I spoke to Dr. Najfeld who said Leena is there and would be released at noon. I tried paging Leena to confirm with her that she was to help cover on surgicals today since Sarah was out sick but she has not returned my page yet.

Pat

-----Original Message-----
**From:** Jordan, Adrienne
**Sent:** Friday, August 12, 2011 10:31 AM
**To:** Varughese, Leena (MSSM-Imail); Grunes, Dianne; Lento, Patrick; Firpo, Adolfo (MSSM); Najfeld, Vesna (MSSM); Bleiweiss, Ira; Morency, Elizabeth (MSSM-Imail)
**Subject:** RE: Sarah Out Sick

Leena,

16

It is 10:30am.  Please verify that you are in reciept of this e-mail so that I know coverage is taken care of and I can focus on my own rotation as well as let the rest of the surgical team know.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

---

**From:** Jordan, Adrienne
**Sent:** Fri 8/12/2011 8:50 AM
**To:** Varughese, Leena (MSSM-Imail); Grunes, Dianne; Guarino, Robert; Lento, Patrick; Firpo, Adolfo (MSSM); Najfeld, Vesna (MSSM); Bleiweiss, Ira; Morency, Elizabeth (MSSM-Imail); Klapper, Jeremy; Rosario-quinones, Frances; Ko, Mabel (MSSM-Imail)
**Subject:** Sarah Out Sick

Leena,

Sarah is out sick today. According to the "Policy on Absence/Coverage" you are the next resident up to be pulled to cover. She is assigned to grossing today on the Surgical service. I understand that this is your last day of cytogenetics and you must do an exit interview with Dr. Najfeld. Fortunately, Sarah is on the G2 service which is very light grossing. I am also asking that Bob Guarino possibly help by grossing extra breast specimens if he is able. This should dramatically reduce the amount you have to gross and allow you to meet with Dr. Najfeld when she has time.

Dr. Najfeld,
I understand that pulling a resident from your rotation is not ideal because your rotation covers a large amount of material in a very short amount of time. Unfortunately we have a resident who has called out sick several days this month and because of that I have had to pull numerous residents for coverage. Please believe me when I say Dr. Lento, Dr. Firpo, and myself do not consider pulling the resident on your rotation unless we are in dire need, and unfortunately at this point we are. I am deeply sorry for this. Leena will be able to meet with you this morning, however, for her exit interview and any final teaching you may have planned with her.

To everyone else,
I spoke with Dianne this morning. Apparently Sarah still has a significant amount of cases to sign out from yesterday. Dianne is going to try and sign out as much as she can in between grossing today. The remainder she will have to give to either the attendings directly or to the team on sign out today. Because Dianne is trying to keep up with her own service as well as ensure that Sarah's cases get signed out in a timely fashion, I am also asking the resident on GI to help Dianne with some of her GI specimens should the need arise today. Hopefully if we can all work together as a team the work load will be evenly distributed. Thank you all.

Let me know if there are ANY problems

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

17

D02198

Exhibit 208



**From:** Barnett, Scott [mailto:scott.barnett@mssm.edu]
**Sent:** Monday, August 15, 2011 3:54 PM
**To:** Firpo, Adolfo (MSSM)
**Cc:** Johnson, Paul F (MSSM-Imail); Patel, Shema (MSSM); Lowy, Marina; Tiger-Paillex, Caryn; Lento, Patrick
**Subject:** Re: Dr. Leena Varughese - PGY-4, major behavioral issues, recommendations for dismissal from Program

I do not think so as a witness might inflame her more. Just present the information you have and see what happens.

Paul?

Scott

------------------------------
Scott H. Barnett, M.D.
Associate Dean for GME
President, Faculty Council
Mount Sinai School of Medicine
212-241-6694

On Aug 15, 2011, at 3:42 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:

> The critical events alluded to in Dr. Moresey's e-mail occurred after July 15th, 2011. They have been documented at the time of their occurrence by e-mail from the faculty or the affected person in each service at each time. Copies of the e-mails sent Dr. Varughese requesting her to respond or act are also a matter of record. Tomorrow will be the 2nd session with me in fulfillment of the current disciplinary action. But since our first meeting her behavior seems to have deteriorated severely. Judging by our first meeting during which I had to call Paul X 3 to bring her to agree to meet with me, I anticipate this session to be a very difficult one when I mention to her the unsatisfactory performance with Dr. Hajfeld and the multiple violations regarding established policy for expected professionalism by residents in the program.
>
>
> What would be the best strategy to structure my meeting with her tomorrow? It will be very difficult and she may get out of hand and leave my office in the middle of the discussion. Should I have a witness?

2

CONFIDENTIAL

Adolfo


Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

The Mount Sinai School of Medicine.

The Mount Sinai Hospital

Phone: 212-659-8214

Fax: 212-348-7556

E-mail: adolfo.firpo@mssm.edu


*Office Address:*

Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612

1425 Madison Avenue and E98th Street

New York, New York 10029-6574


*Mailing address:*

One Gustave L. Levy Place, Box 1612

ATTN: Dr. Firpo

New York, New York 10029-6574


**From:** Barnett, Scott
**Sent:** Monday, August 15, 2011 3:33 PM
**To:** Johnson, Paul F (GME) (MSSM-Imail)
**Cc:** Firpo, Adolfo; Patel, Shema; Lowy, Marina (MSH); Tiger-Paillex, Caryn; Lento, Patrick (MSH)
**Subject:** Re: Dr. Leena Varughese - PGY-4, major behavioral issues, recommendations for dismissal from Program

**CONFIDENTIAL**

PRIV.00091
D02833

I agree with Paul's suggestion regarding the meeting and that documentation is critical. Cannot GI forward on second hand information or hearsay

Scott

_____

Scott H. Barnett, M.D.

Associate Dean for GME

President, Faculty Council

Mount Sinai School of Medicine

212-241-6694

On Aug 15, 2011, at 1:33 PM, "Paul Johnson" <Paul.F.Johnson@mssm.edu> wrote:

> Hi Adolfo,
>
>
> What are the dates associated with the different events in Elizabeth's email? Have all of these things occurred since Leena was issued the written warning on July 15? We should focus on Leena's performance in the warning period.
>
>
> I would discourage a meeting between Leena and the chiefs. You should thank Elizabeth for providing the information and keep her posted on how you are handling the concerns she raised--but at this point it would be best if you, Pat, and/or Carlos meet with Leena to address problems.
>
>
> Thanks,
>
> Paul
>
>
>
> On Aug 15, 2011, at 1:23 PM, Firpo, Adolfo wrote:

4

CONFIDENTIAL

Scott and Paul:


I need your guidance and possibly the lawyers to proceed.


Adolfo


Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

The Mount Sinai School of Medicine.

The Mount Sinai Hospital

Phone: 212-659-8214

Fax: 212-348-7556

E-mail: adolfo.firpo@mssm.edu


*Office Address:*

Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612

1425 Madison Avenue and E98th Street

New York, New York 10029-6574


*Mailing address:*

One Gustave L. Levy Place, Box 1612

ATTN: Dr. Firpo

New York, New York 10029-6574

5

CONFIDENTIAL

REDACTED FOR PRIVILEGE

1

ESI.PRIV.00091

CONFIDENTIAL

D03165

REDACTED FOR PRIVILEGE

2

ESI.PRIV.00092

CONFIDENTIAL                                        D03166

# REDACTED FOR PRIVILEGE

**From:** Barnett, Scott [mailto:scott.barnett@mssm.edu]
**Sent:** Monday, August 15, 2011 3:54 PM
**To:** Firpo, Adolfo (MSSM)
**Cc:** Johnson, Paul F (MSSM-Imail); Patel, Shema (MSSM); Lowy, Marina; Tiger-Paillex, Caryn; Lento, Patrick
**Subject:** Re: Dr. Leena Varughese - PGY-4, major behavioral issues, recommendations for dismissal from Program

I do not think so as a witness might inflame her more. Just present the information you have and see what happens.


Paul?

Scott

―――――――――

Scott H. Barnett, M.D.

Associate Dean for GME

President, Faculty Council

Mount Sinai School of Medicine

212-241-6694


On Aug 15, 2011, at 3:42 PM, "Firpo, Adolfo"
<adolfo.firpo@exchange.mssm.edu> wrote:

> The critical events alluded to in Dr. Moresey's e-mail occurred after July
> 15th, 2011. They have been documented at the time of their occurrence

3

ESI.PRIV.00093

D03167

by e-mail from the faculty or the affected person in each service at each time. Copies of the e-mails sent Dr. Varughese requesting her to respond or act are also a matter of record.  Tomorrow will be the 2nd session with me in fulfillment of the current disciplinary action. But since our first meeting her behavior seems to have deteriorated severely. Judging by our first meeting during which I had to call Paul X 3 to bring her to agree to meet with me, I anticipate this session to be a very difficult one when I mention to her the unsatisfactory performance with Dr. Hajfeld and the multiple violations regarding established policy for expected professionalism by residents in the program.

What would be the best strategy to structure my meeting with her tomorrow? It will be very difficult and she may get out of hand and leave my office in the middle of the discussion. Should I have a witness?

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

The Mount Sinai School of Medicine.

The Mount Sinai Hospital

Phone: 212-659-8214

Fax: 212-348-7556

E-mail: adolfo.firpo@mssm.edu

*Office Address:*

Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612

1425 Madison Avenue and E98th Street

New York, New York 10029-6574

4

ESI.PRIV.00094

CONFIDENTIAL

D03168

*Mailing address:*

One Gustave L. Levy Place, Box 1612

ATTN: Dr. Firpo

New York, New York 10029-6574

**From:** Barnett, Scott
**Sent:** Monday, August 15, 2011 3:33 PM
**To:** Johnson, Paul F (GME) (MSSM-Imail)
**Cc:** Firpo, Adolfo; Patel, Shema; Lowy, Marina (MSH); Tiger-Paillex, Caryn; Lento, Patrick (MSH)
**Subject:** Re: Dr. Leena Varughese - PGY-4, major behavioral issues, recommendations for dismissal from Program

I agree with Paul's suggestion regarding the meeting and that documentation is critical. Cannot GI forward on second hand information or hearsay

Scott

Scott H. Barnett, M.D.

Associate Dean for GME

President, Faculty Council

Mount Sinai School of Medicine

212-241-6694

On Aug 15, 2011, at 1:33 PM, "Paul Johnson" <Paul.F.Johnson@mssm.edu> wrote:

Hi Adolfo,

What are the dates associated with the different events in Elizabeth's email? Have all of these things occurred since Leena was issued the written warning on July 15? We should focus on Leena's performance in the warning period.

5

ESI.PRIV.00095

I would discourage a meeting between Leena and the chiefs. You should thank Elizabeth for providing the information and keep her posted on how you are handling the concerns she raised--but at this point it would be best if you, Pat, and/or Carlos meet with Leena to address problems.

Thanks,

Paul

On Aug 15, 2011, at 1:23 PM, Firpo, Adolfo wrote:

Scott and Paul:

I need your guidance and possibly the lawyers to proceed.

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

The Mount Sinai School of Medicine.

The Mount Sinai Hospital

6

ESI.PRIV.00096

CONFIDENTIAL

D03170

Phone: 212-659-8214

Fax: 212-348-7556

E-mail: adolfo.firpo@mssm.edu

*Office Address:*

Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612

1425 Madison Avenue and E98th Street

New York, New York 10029-6574

*Mailing address:*

One Gustave L. Levy Place, Box 1612

ATTN: Dr. Firpo

New York, New York 10029-6574

**From:** Elizabeth Morency
[mailto:elizabeth.morency@gmail.com]
**Sent:** Monday, August 15, 2011 1:14 PM
**To:** Firpo, Adolfo; Lento, Patrick (MSH)
**Cc:** Jordan, Adrienne (MSH)
**Subject:** PGY-4 resident issue

Hi Dr. Firpo and Dr. Lento,

I am writing this email to you with a two-fold purpose, 1) documentation and 2) a request for guidance and suggestions on how best to move forward in an extremely difficult and sensitive situation. As you are both well aware, there have been numerous ongoing issues with Leena Varughese as far as attendance, completion of her expected resident duties as well as simply getting along with other residents and ancillary staff and willingness to help out as far as coverage and working together to help out when difficult situations arise.

7

ESI.PRIV.00097

CONFIDENTIAL

D03171

As you know she has repeatedly called out and has failed to abide by the established policy of notifying both chief residents, the program director, rotation supervisor and Allene Carter. She was issued a warning via email and asked to respond to acknowledge the warning which has failed to do which are her 1st and 2nd infractions (the first being a failure to properly notify everyone and the 2nd the failure to acknowledge the warning-just to be clear).

She was then asked to cover frozens, being the next resident in line for coverage based on the established policy and initially refused to do so, then when asked again (being that it was not really a request but rather a mandate) claimed she was unable due to due to an arm injury. When asked to submit the required doctor's note confirming this injury (again in following with department policy), she failed to do so and to my knowledge has still not done so. This is inexcusable and given her growing laundry list of infractions (this being technically her 3rd) and her probationary status all the more alarming.

Thirdly, it has come to our attention that she has not reached the expected minimum standards for completion of the tumor cytogenetics rotation under the direction of Dr. Najfeld. Again, I find this incredibly difficult to understand having successfully completed the rotation myself and I'm not sure how we should move forward from this point as far as the rotation is concerned. I think 1) it is important to understand from Dr. Najfeld's perspective why exactly she hasn't been able to achieve competency, is she simply not showing up or is she having difficulties grasping the material and 2) should she have to repeat the rotation (thus requiring yet another schedule change) or be simply dismissed from the program in light of all of her other issues.

Finally, Leena has a history of not responding to pages and emails, and from my understand there

8

ESI.PRIV.00098

CONFIDENTIAL                                    D03172

was a specific incident last week where she failed to respond to a number of pages and emails from Dr. Lento and this is not to be tolerated. I believe that once you tally all of her infractions it is extremely difficult to make a case for her remaining in the program but of course dismissal of a resident from the program goes beyond the scope of the chief resident's jurisdiction and is simply not a decision we have the authority to make( not that we would want to anyway). That said, her continued behavioral issues, reflect poorly on the department and to the other residents and she is setting an incredibly bad example for the junior residents.

At this point, I am unsure how to proceed, but I have had the chance to talk to Adrienne and we are willing to set aside time this week to meet with Leena and discuss all of the aforementioned issues and try to come to some sort of plan as to how we can effectively move forward. This is where you guys come in. Do you think it is a good idea for us to meet with her and try to get her to acknowledge all of the warnings she has received or are we already past that point? And if we were to meet with her would you like to be present or are there specific points you would like us to address with her. I personally have met with and spoken to Leena on an individual basis in the past and to say it has not gone well would be the understatement of the century. She is extremely defensive and largely not receptive to anything reasonable I have to say but I am willing to exhaust every avenue of communication before a final decision is made one way or the other.

I apologize for this long winded email I just wanted make sure I covered all my bases and conveyed every point I had to get across. Please let myself and Adrienne know what you think, like I said before this is a learning process and any advice, suggestions or guidance you would provide would be much appreciated. Thank you.

--

Elizabeth Morency, M.D.
Chief resident, PGY-4

9

ESI.PRIV.00099

D03173

Department of Pathology
The Mount Sinai Medical Center
New York, NY 10029
Pager: 917-641-1845

10

ESI.PRIV.00100

CONFIDENTIAL

D03174



Redacted for Privilege

Scott H. Barnett, M.D.
Associate Dean for GME
President, Faculty Council
Mount Sinai School of Medicine
212-241-6694

On Aug 15, 2011, at 3:42 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:

> The critical events alluded to in Dr. Moresey's e-mail occurred after July 15th, 2011. They have been
> documented at the time of their occurrence by e-mail from the faculty or the affected person in each
> service at each time. Copies of the e-mails sent Dr. Varughese requesting her to respond or act are also a
> matter of record. Tomorrow will be the 2nd session with me in fulfillment of the current disciplinary
> action. But since our first meeting her behavior seems to have deteriorated severely. Judging by our first
> meeting during which I had to call Paul X 3 to bring her to agree to meet with me, I anticipate this session
> to be a very difficult one when I mention to her the unsatisfactory performance with Dr. Hajfeld and the
> multiple violations regarding established policy for expected professionalism by residents in the program.
>
> What would be the best strategy to structure my meeting with her tomorrow? It will be very difficult and
> she may get out of hand and leave my office in the middle of the discussion. Should I have a witness?
>
> Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu

*Office Address:*
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

*Mailing address:*
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574

Redacted for Privilege

On Aug 15, 2011, at 1:33 PM, "Paul Johnson" <Paul.F.Johnson@mssm.edu> wrote:

Hi Adolfo,

What are the dates associated with the different events in Elizabeth's email? Have all of these things occurred since Leena was issued the written warning on July 15? We should focus on Leena's performance in the warning period.

I would discourage a meeting between Leena and the chiefs. You should thank Elizabeth for providing the information and keep her posted on how you are handling the concerns she raised—but at this point it would be best if you, Pat, and/or Carlos meet with Leena to address problems.

Thanks,
Paul

**From:**      Patel, Sheina
**Sent:**      Monday, August 15, 2011 4:28 PM
**To:**        Firpo, Adolfo
**Subject:**   Re: Dr. Leena Varughese - PGY-4,  major behavioral issues, recommendations for dismissal from Program

Let me know if you need a witness, I can come

# REDACTED FOR PRIVILEGE

1

CONFIDENTIAL

D_ESI025943

REDACTED FOR PRIVILEGE

2

CONFIDENTIAL

D_ESI025944

REDACTED FOR PRIVILEGE

3

CONFIDENTIAL

D_ESI025945

REDACTED FOR PRIVILEGE

4

CONFIDENTIAL                                                    D_ESI025946

REDACTED FOR PRIVILEGE

CONFIDENTIAL

D_ESI025947

REDACTED FOR PRIVILEGE

6

CONFIDENTIAL                                                          D_ESI025948

# REDACTED FOR PRIVILEGE

CONFIDENTIAL

D_ESI025949

REDACTED FOR PRIVILEGE

8

CONFIDENTIAL

D_ESI025950

Exhibit 209

| | |
|---|---|
| **From:** | Jordan, Adrienne [adrienne.jordan@mountsinai.org] |
| **Sent:** | Friday, August 19, 2011 7:39 PM |
| **To:** | Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick (MSH) |
| **Subject:** | Re: Meeting with the Chiefs this week |

What does that mean?

Adrienne

Sent from my iPhone

On Aug 19, 2011, at 7:20 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:

> We must follow due process!
>
> ----- Original Message -----
> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
> Sent: Friday, August 19, 2011 07:13 PM
> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
> (MSH)
> Subject: Re: Meeting with the Chiefs this week
>
> Dr. Firpo,
>
> I have spoken with Elizabeth And we both agree that Liz and I are clearly not on the same
page as you. We feel it's imperative that you, Liz, Dr. Lento, and I sit down for a meeting
as soon as I return to clarify things before things escalate any further then they already
have. Liz has agreed to come back from the ME office the afternoon of August 29 for this
important meeting. Please let me know what time you can meet. Thank you.
>
> Adrienne
>
> Sent from my iPhone
>
> On Aug 19, 2011, at 5:22 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:
>
>> Dr. Jordan:
>>
>> Sorry for the delay in responding. I spoke with Dr. Morency about this. If Dr. Varughese
requests to see you and clarify or explain things to you, by all means meet with her and
listen to what she has to say. I suggested to her to reach to you both as her immediate
supervisors and try to make amends over the past and try to forge a new basis for a healthy,
professional relationship among all of you. I also suggested to her to apologize for her
recent apparent misconduct and resistance to comply with your requests and efforts to hold
her accountable to the new policies. I made these suggestions to her trying to create an
opportunity for a new beginning.
>>
>> I will present her with the facts about her behavior over the last few weeks and give an
opportunity to explain the events from her perspective. I asked her to bring evidence to
support any claims that justified her actions or perceived offences. My intent is to
establish an objective framework for discussing her behavior and upon which to base further
actions.
>>

1

CONFIDENTIAL                    D_ESI025989

>> Please be models and exemplars of professionalism and temperance when you meet with her.
Do not be provoked or let your emotions get on the way. Do not give hard definitive answers
to any request that you may find objectionable. Simply describe the challenge it would pose
to grant it, but leave the door open for negotiation and reconsideration if things go really
well from now on.  She must feel treated with dignity and respect and that her concerns are
taken seriously and given serious consideration. If you have doubts or problems call me or e-
mail me. I plan to go to the VA next week to drop by and see how things are going there.
>>
>> You are both outstanding professionals and can handle this with poise
>> and decorum regardless how challenging it may become,
>>
>> With my highest regards,
>>
>> Dr. Firpo
>>
>> Adolfo Firpo, M.D.,M.P.A.,FCAP
>> Professor and Director
>> Pathology Educational Activities
>> Department of Pathology,
>> The Mount Sinai School of Medicine.
>> The Mount Sinai Hospital
>> Phone: 212-659-8214
>> Fax: 212-348-7556
>> E-mail: adolfo.firpo@mssm.edu
>>
>>
>> Office Address:
>> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>> 1425 Madison Avenue and E98th Street
>> New York, New York 10029-6574
>>
>> Mailing address:
>> One Gustave L. Levy Place, Box 1619
>> ATTN: Dr. Firpo
>> New York, New York 10029-6574
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
>> Sent: Friday, August 19, 2011 10:37 AM
>> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
>> (MSH)
>> Subject: FW: Meeting with the Chiefs this week
>> Importance: High
>>
>> Dr. Firpo,
>>
>> I never got a response back from you with respect to this e-mail below.
>>
>> Adrienne Jordan, M.D.
>> Pathology Resident, PGY3
>> The Mount Sinai Medical Center
>> Department of Pathology- Box 1194
>> One Gustave L. Levy Place

2

   D_ESI025990

```
>> New York, NY 10029
>> Cell: 330-327-7339
>>
>> _____
>>
>> From: Jordan, Adrienne
>> Sent: Thu 8/18/2011 12:02 PM
>> To: Lento, Patrick; Morency, Elizabeth (MSSM-Imail); Firpo, Adolfo
>> (MSSM)
>> Subject: FW: Meeting with the Chiefs this week
>>
>>
>> Dr. Firpo,
>>
>> Should we still meet with Leena?  It was my understanding from Liz that this may not be
necessary, but of course if you would like more documentation for your September meeting then
Liz and I would of course be happy to meet with her, at Mount Sinai of course, not at the VA
as she suggested.
>> Adrienne Jordan, M.D.
>> Pathology Resident, PGY3
>> The Mount Sinai Medical Center
>> Department of Pathology- Box 1194
>> One Gustave L. Levy Place
>> New York, NY 10029
>> Cell: 330-327-7339
>>
>> _____
>>
>> From: leena varughese [mailto:leena.varughese@mssm.edu]
>> Sent: Thu 8/18/2011 11:39 AM
>> To: Elizabeth Morency
>> Cc: Firpo, Adolfo (MSSM); Lento, Patrick; Jordan, Adrienne
>> Subject: Re: Meeting with the Chiefs this week
>>
>>
>>
>> Dear All,
>>
>> I am totally swamped this week and the next with very little spare time to meet with you
at Mount Sinai. Do you want to meet in two weeks or perhaps, come to the VA for a meeting? I
can definetly make some time in the afternoon here at the VA on a particular day if that's a
possibility you are willing to consider. Or of course, I can call around 4:30 pm and be on
the phone with you all. Let me know.
>>
>> Regards,
>>
>> Dr. Varughese
>>
>>
>> ----- Original Message -----
>> From: Elizabeth Morency <elizabeth.morency@gmail.com>
>> Date: Tuesday, August 16, 2011 10:55 am
>> Subject: Meeting with the Chiefs this week
>> To: "Leena.Varughese@mssm.edu" <leena.varughese@mssm.edu>
>> Cc: "Firpo, Adolfo (MSSM)" <adolfo.firpo@mssm.edu>, "Lento, Patrick"
>> <Patrick.Lento@mountsinai.org>, "Jordan, Adrienne"
>> <adrienne.jordan@mountsinai.org>
```

3

CONFIDENTIAL

D_ESI025991

```
>>
>>> Hi Leena,
>>>
>>>    I know you are away at the VA on surgicals for the next 2 weeks
>>> but I was hoping to set aside a time this week to sit down and talk
>>> to you about how your year has been going so far and try and
>>> reconcile some of the warnings that you have not yet acknowledged.
>>> Being that you are at the VA (and Adrienne is in another state), I
>>> know this may be difficult but I do think this is important to take
>>> care of as soon as possible. Do you think that you would be able to
>>> either head out to the VA late one morning or
>>> (preferably) leave the VA early and return to Sinai to participate
>>> in this meeting? Adrienne will be present via phone and has
>>> indicated that afternoons around 3-3:30 would work best for her so
>>> I'm aiming for somethingaround that time. Do you think that you
>>> could arrange to be back at Sinai around 3:30 pm tomorrow afternoon?
>>> If you could make that happen we would all really appreciate and I
>>> think it would be in your best interests. Let me know what you think
>>> and what you can work out and hopefully we can all sit down together sometime soon.
Thanks.
>>>
>>> --
>>> Elizabeth Morency, M.D.
>>> Chief resident, PGY-4
>>> Department of Pathology
>>> The Mount Sinai Medical Center
>>> New York, NY 10029
>>> Pager: 917-641-1845
>>>
>>
>>
>
```

4

CONFIDENTIAL

D_ESI025992

---

.

.

> ----- Original Message -----
> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
> Sent: Friday, August 19, 2011 07:39 PM
> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
> (MSH)
> Subject: Re: Meeting with the Chiefs this week
>
> What does that mean?
>
> Adrienne
>
> Sent from my iPhone
>
> On Aug 19, 2011, at 7:20 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:
>
>> We must follow due process!
>>
>> ----- Original Message -----
>> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
>> Sent: Friday, August 19, 2011 07:13 PM
>> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
>> (MSH)
>> Subject: Re: Meeting with the Chiefs this week
>>
>> Dr. Firpo,
>>
>> I have spoken with Elizabeth And we both agree that Liz and I are clearly not on the same
page as you. We feel it's imperative that you, Liz, Dr. Lento, and I sit down for a meeting
as soon as I return to clarify things before things escalate any further then they already
have. Liz has agreed to come back from the ME office the afternoon of August 29 for this
important meeting. Please let me know what time you can meet. Thank you.
>>
>> Adrienne
>>
>> Sent from my iPhone
>>
>> On Aug 19, 2011, at 5:22 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:
>>
>>> Dr. Jordan:
>>>
>>> Sorry for the delay in responding.  I spoke with Dr. Morency about this. If Dr. Varughese
requests to see you and clarify or explain things to you, by all means meet with her and
listen to what she has to say. I suggested to her to reach to you both as her immediate
supervisors and try to make amends over the past and try to forge a new basis for a healthy,
professional relationship among all of you. I also suggested to her to apologize for her
recent apparent misconduct and resistance to comply with your requests and efforts to hold
her accountable to the new policies. I made these suggestions to her trying to create an
opportunity for a new beginning.
>>>
>>> I will present her with the facts about her behavior over the last few weeks and give an
opportunity to  explain the events from her perspective. I asked her to bring evidence to
support any claims that justified her actions or perceived offences. My intent is to
establish an objective framework for discussing her behavior and upon which to base further
actions.
>>>
>>> Please be models and exemplars of professionalism and temperance when you meet with her.
Do not be provoked or let your emotions get on the way. Do not give hard definitive answers

2

D_ESI026022

to any request that you may find objectionable. Simply describe the challenge it would pose
to grant it, but leave the door open for negotiation and reconsideration if things go really
well from now on.  She must feel treated with dignity and respect and that her concerns are
taken seriously and given serious consideration. If you have doubts or problems call me or e-
mail me. I plan to go to the VA next week to drop by and see how things are going there.
>>>
>>> You are both outstanding professionals and can handle this with
>>> poise and decorum regardless how challenging it may become,
>>>
>>> With my highest regards,
>>>
>>> Dr. Firpo
>>>
>>> Adolfo Firpo, M.D.,M.P.A.,FCAP
>>> Professor and Director
>>> Pathology Educational Activities
>>> Department of Pathology,
>>> The Mount Sinai School of Medicine.
>>> The Mount Sinai Hospital
>>> Phone: 212-659-8214
>>> Fax: 212-348-7556
>>> E-mail: adolfo.firpo@mssm.edu
>>>
>>>
>>> Office Address:
>>> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>>> 1425 Madison Avenue and E98th Street New York, New York 10029-6574
>>>
>>> Mailing address:
>>> One Gustave L. Levy Place, Box 1619
>>> ATTN: Dr. Firpo
>>> New York, New York 10029-6574
>>>
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
>>> Sent: Friday, August 19, 2011 10:37 AM
>>> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
>>> (MSH)
>>> Subject: FW: Meeting with the Chiefs this week
>>> Importance: High
>>>
>>> Dr. Firpo,
>>>
>>> I never got a response back from you with respect to this e-mail below.
>>>
>>> Adrienne Jordan, M.D.
>>> Pathology Resident, PGY3
>>> The Mount Sinai Medical Center
>>> Department of Pathology- Box 1194
>>> One Gustave L. Levy Place
>>> New York, NY 10029
>>> Cell: 330-327-7339
>>>

3

CONFIDENTIAL

```
>>> _____
>>>
>>> From: Jordan, Adrienne
>>> Sent: Thu 8/18/2011 12:02 PM
>>> To: Lento, Patrick; Morency, Elizabeth (MSSM-Imail); Firpo, Adolfo
>>> (MSSM)
>>> Subject: FW: Meeting with the Chiefs this week
>>>
>>>
>>> Dr. Firpo,
>>>
>>> Should we still meet with Leena?  It was my understanding from Liz that this may not be
>>> necessary, but of course if you would like more documentation for your September meeting then
>>> Liz and I would of course be happy to meet with her, at Mount Sinai of course, not at the VA
>>> as she suggested.
>>> Adrienne Jordan, M.D.
>>> Pathology Resident, PGY3
>>> The Mount Sinai Medical Center
>>> Department of Pathology- Box 1194
>>> One Gustave L. Levy Place
>>> New York, NY 10029
>>> Cell: 330-327-7339
>>>
>>> _____
>>>
>>> From: leena varughese [mailto:leena.varughese@mssm.edu]
>>> Sent: Thu 8/18/2011 11:39 AM
>>> To: Elizabeth Morency
>>> Cc: Firpo, Adolfo (MSSM); Lento, Patrick; Jordan, Adrienne
>>> Subject: Re: Meeting with the Chiefs this week
>>>
>>>
>>>
>>> Dear All,
>>>
>>> I am totally swamped this week and the next with very little spare time to meet with you
>>> at Mount Sinai. Do you want to meet in two weeks or perhaps, come to the VA for a meeting? I
>>> can definitely make some time in the afternoon here at the VA on a particular day if that's a
>>> possibility you are willing to consider. Or of course, I can call around 4:30 pm and be on
>>> the phone with you all. Let me know.
>>>
>>> Regards,
>>>
>>> Dr. Varughese
>>>
>>>
>>> ----- Original Message -----
>>> From: Elizabeth Morency <elizabeth.morency@gmail.com>
>>> Date: Tuesday, August 16, 2011 10:55 am
>>> Subject: Meeting with the Chiefs this week
>>> To: "Leena.Varughese@mssm.edu" <leena.varughese@mssm.edu>
>>> Cc: "Firpo, Adolfo (MSSM)" <adolfo.firpo@mssm.edu>, "Lento, Patrick"
>>> <Patrick.Lento@mountsinai.org>, "Jordan, Adrienne"
>>> <adrienne.jordan@mountsinai.org>
>>>
>>>> Hi Leena,
>>>>
```

4

D_ESI026024

```
>>>>  I know you are away at the VA on surgicals for the next 2 weeks
>>>> but I was hoping to set aside a time this week to sit down and talk
>>>> to you about how your year has been going so far and try and
>>>> reconcile some of the warnings that you have not yet acknowledged.
>>>> Being that you are at the VA (and Adrienne is in another state), I
>>>> know this may be difficult but I do think this is important to take
>>>> care of as soon as possible. Do you think that you would be able to
>>>> either head out to the VA late one morning or
>>>> (preferably) leave the VA early and return to Sinai to participate
>>>> in this meeting? Adrienne will be present via phone and has
>>>> indicated that afternoons around 3-3:30 would work best for her so
>>>> I'm aiming for somethingaround that time. Do you think that you
>>>> could arrange to be back at Sinai around 3:30 pm tomorrow
>>>> afternoon? If you could make that happen we would all really
>>>> appreciate and I think it would be in your best interests. Let me
>>>> know what you think and what you can work out and hopefully we can all sit down together
sometime soon. Thanks.
>>>>
>>>> --
>>>> Elizabeth Morency, M.D.
>>>> Chief resident, PGY-4
>>>> Department of Pathology
>>>> The Mount Sinai Medical Center
>>>> New York, NY 10029
>>>> Pager: 917-641-1845
>>>>
>>>
>>>
>>
>
```

5

CONFIDENTIAL

D_ESI026025

| | |
|---|---|
| **From:** | Jordan, Adrienne [adrienne.jordan@mountsinai.org] |
| **Sent:** | Saturday, August 20, 2011 1:57 PM |
| **To:** | Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick (MSH) |
| **Subject:** | RE: Leena |
| **Attachments:** | Leena's Infractions.docx |

I apologize, I left off one of her most important infractions which occurred while she was on the GYN service.  I have attached an updated document.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339


-----Original Message-----
From: Jordan, Adrienne
Sent: Sat 8/20/2011 1:49 PM
To: Firpo, Adolfo (MSSM); Morency, Elizabeth (MSSM-Imail); Lento, Patrick
Subject: Leena

Dr. Firpo,

Elizabeth informed me this week that you were requesting documentation of all of Leena's recent infractions.  I have spent much of the morning going through all of my e-mails to her recently and I have attached a document which outlines dates and times of all of her recent infractions.  I have electronic communication to support each of the listed infractions. Hopefully this is the documentation you were looking for.  Please let me know if I can be of any more assistance.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

1

CONFIDENTIAL

May 24, 2011
- While on the GYN service, Dr. Varughese instigates a verbal altercation with a PA, Roma, regarding the grossing of an IUD (intrauterine device) specimen. After the altercation, Dr. Varughese informs Dr. Morency that she must leave the gross room because she is not feeling well and feels that the PA's are not helping her. Dr. Morency attempts to explain to Dr. Varughese that the PA's are not persecuting her, but are simply trying to help an overwhelmed surgical service and simply cannot help her at that time. Dr. Varughese dismisses this explanation and leaves the grossing room. The GYN fellow must come into the gross room to finish Dr. Varughese's work so that specimens are not delayed.

June 21, 2011
- Allene Carter e-mails Dr. Varughese to inform her that the audit of duty hours cannot be completed secondary to Dr. Varughese not logging her hours as required.

June 22, 2011
- Allene Carter e-mails Dr. Varughese and asks her to stop by the office to sign the reprimand for not acknowledging the resident meeting minutes.

July 11, 2011
- Dr. Lento e-mails Dr. Varughese that she has failed to sign the reprimand for not signing the "Acknowledgement of Resident Meeting Minutes" sheet. Dr. Varughese has until July 13, 2011 to sign the reprimand or the form would still be placed in her file.
- **To date, Dr. Varughese has not signed her written reprimand**.

Thursday August 4, 2011 5:05 pm
- Dr. Jordan informs Dr. Varughese that a resident will be out sick the next day and per the "Policy on Absence/Coverage" she will be pulled to cover the surgical service.
- Dr. Varughese e-mails Dr. Jordan at 9:23 pm and states that she is unable to cover surgicals the next day.

Friday August 5, 2011 9:20 am
- Dr. Jordan replies to Dr. Varughese that unless she has a compelling reason to not cover the surgical service, she must do so in accordance with department policy
- Dr. Varughese replies at 10:28 am that she has a wrist/arm injury that prevents her from covering the surgical service.
- Dr. Jordan e-mails Dr. Varughese to explain that a letter from a physician or a letter from herself stating how the injury affects her ability to cover the surgical service must be submitted by Monday August 8, 2011.
- **To date, Dr. Varughese has failed to submit such a letter**.

D_ESI003816

Thursday August 11, 2011
- Dr. Jordan e-mails Dr. Varughese to inform her that she is receiving a verbal warning for violating the "Policy on Absence/Coverage." That morning when she informed the department she was unable to come into work due to illness she failed to also notify the chief residents, as is required by the department policy. Dr. Jordan states Dr. Varughese must respond by August 12, 2011 to acknowledge receipt of her warning.
- Dr. Jordan e-mails Dr. Varughese that the deadline to respond to her warning has been extended to August 13, 2011 since Dr. Varughese is covering the surgical service and will be exceptionally busy that day.
- **To date, Dr. Varughese has failed to acknowledge her verbal warning**.

Friday August 12, 2011 8:50 am
- Dr. Jordan sends e-mail to Dr. Varughese informing her that a resident on the surgical pathology service has called out sick and per the "Policy on Absence/Coverage," Dr. Varughese would have to cover the surgical service.

Friday August 12, 2011 10:30 am
- Dr. Jordan sends e-mail to Dr. Varughese asking for her to kindly respond to the prior e-mail so that Dr. Jordan knows the surgical service is covered.

Friday August 12, 2011 11:33 am
- Dr. Lento attempts to contact Dr. Varughese regarding the need for her to cover surgicals for an absent resident. Dr. Varughese fails to respond to numerous pages by Dr. Lento. Dr. Lento calls Dr. Najfeld office (where Dr. Varughese is believed to be) and finally reaches Dr. Varughese. Dr. Lento informs Dr. Varughese of the need for her to cover surgicals and that she is to immediately contact the chief residents to acknowledge the fact that she received the e-mails from Dr. Jordan and will be covering surgicals that day.
- **Dr. Varughese never contacts either Dr. Jordan and/or Dr. Morency to confirm she would cover the surgical service**.

Monday August 15, 2011 12:38 pm
- Dr. Morency sends e-mail to Dr. Varughese reminding her that the deadline to submit a signed copy of the "acknowledgement of department policies" form is due by the end of the day.
- **To date, Dr. Varughese has failed to submit the signed form**

D_ESI003817

| | |
|---|---|
| **From:** | leena varughese [leena.varughese@mssm.edu] |
| **Sent:** | Friday, August 19, 2011 10:18 AM |
| **To:** | pathologyresidents@mssm.edu; Najfeld, Vesna; Firpo, Adolfo; Lento, Patrick (MSH) |
| **Subject:** | Tumor cytogenetics resource - I added this to my favorites link |

http://atlasgeneticsoncology.org/index.html

CONFIDENTIAL

D_ESI003601



| From: | Jordan, Adrienne [adrienne.jordan@mountsinai.org] |
|---|---|
| Sent: | Saturday, August 20, 2011 1:08 PM |
| To: | Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick (MSH); Cordon-cardo, Carlos |
| Subject: | RE: Meeting with the Chiefs this week |

I am not reacting any particular way. It is this misinterpretation of e-mails which lead me to suggest we have a sit down meeting. Would you kindly tell me what time on August 29 you can meet?

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339


-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Sat 8/20/2011 9:18 AM
To: Jordan, Adrienne
Cc: Patel, Shema (MSSM); Cordon-cardo, Carlos (MSSM); Lento, Patrick
Subject: Re: Meeting with the Chiefs this week

Dr. Jordan:
NO! I am not refusing to meet you to discuss whatever you need to discuss with me. Why are reacting like this?

Dr. Firpo

----- Original Message -----
From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
Sent: Friday, August 19, 2011 09:03 PM
To: Firpo, Adolfo; Lento, Patrick (MSH); Morency, Elizabeth (MSSM-Imail)
Subject: Re: Meeting with the Chiefs this week

Dr. Firpo,

That really has nothing to do with the fact that Elizabeth and I want to meet with you. Are you or are you not willing to meet to discuss several issues that have come up from your recent emails?

Adrienne

Sent from my iPhone

On Aug.19, 2011, at 8:04 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:

> There is a legal process that be followed. As it proceeds everything must run smoothly and objectively.
>

1

CONFIDENTIAL

D_ESI026021

> ----- Original Message -----
> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
> Sent: Friday, August 19, 2011 07:39 PM
> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
> (MSH)
> Subject: Re: Meeting with the Chiefs this week
>
> What does that mean?
>
> Adrienne
>
> Sent from my iPhone
>
> On Aug 19, 2011, at 7:20 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:
>
>> We must follow due process!
>>
>> ----- Original Message -----
>> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
>> Sent: Friday, August 19, 2011 07:13 PM
>> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
>> (MSH)
>> Subject: Re: Meeting with the Chiefs this week
>>
>> Dr. Firpo,
>>
>> I have spoken with Elizabeth And we both agree that Liz and I are clearly not on the same
page as you. We feel it's imperative that you, Liz, Dr. Lento, and I sit down for a meeting
as soon as I return to clarify things before things escalate any further then they already
have. Liz has agreed to come back from the ME office the afternoon of August 29 for this
important meeting. Please let me know what time you can meet. Thank you.
>>
>> Adrienne
>>
>> Sent from my iPhone
>>
>> On Aug 19, 2011, at 5:22 PM, "Firpo, Adolfo" <adolfo.firpo@exchange.mssm.edu> wrote:
>>
>>> Dr. Jordan:
>>>
>>> Sorry for the delay in responding.  I spoke with Dr. Morency about this. If Dr. Varughese
requests to see you and clarify or explain things to you, by all means meet with her and
listen to what she has to say. I suggested to her to reach to you both as her immediate
supervisors and try to make amends over the past and try to forge a new basis for a healthy,
professional relationship among all of you. I also suggested to her to apologize for her
recent apparent misconduct and resistance to comply with your requests and efforts to hold
her accountable to the new policies. I made these suggestions to her trying to create an
opportunity for a new beginning.
>>>
>>> I will present her with the facts about her behavior over the last few weeks and give an
opportunity to  explain the events from her perspective. I asked her to bring evidence to
support any claims that justified her actions or perceived offences. My intent is to
establish an objective framework for discussing her behavior and upon which to base further
actions.
>>>
>>> Please be models and exemplars of professionalism and temperance when you meet with her.
Do not be provoked or let your emotions get on the way. Do not give hard definitive answers

2

D_ESI026022

to any request that you may find objectionable. Simply describe the challenge it would pose
to grant it, but leave the door open for negotiation and reconsideration if things go really
well from now on.  She must feel treated with dignity and respect and that her concerns are
taken seriously and given serious consideration. If you have doubts or problems call me or e-
mail me. I plan to go to the VA next week to drop by and see how things are going there.
>>>
>>> You are both outstanding professionals and can handle this with
>>> poise and decorum regardless how challenging it may become,
>>>
>>> With my highest regards,
>>>
>>> Dr. Firpo
>>>
>>> Adolfo Firpo, M.D.,M.P.A.,FCAP
>>> Professor and Director
>>> Pathology Educational Activities
>>> Department of Pathology,
>>> The Mount Sinai School of Medicine.
>>> The Mount Sinai Hospital
>>> Phone: 212-659-8214
>>> Fax: 212-348-7556
>>> E-mail: adolfo.firpo@mssm.edu
>>>
>>>
>>> Office Address:
>>> Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
>>> 1425 Madison Avenue and E98th Street New York, New York 10029-6574
>>>
>>> Mailing address:
>>> One Gustave L. Levy Place, Box 1619
>>> ATTN: Dr. Firpo
>>> New York, New York 10029-6574
>>>
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
>>> Sent: Friday, August 19, 2011 10:37 AM
>>> To: Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick
>>> (MSH)
>>> Subject: FW: Meeting with the Chiefs this week
>>> Importance: High
>>>
>>> Dr. Firpo,
>>>
>>> I never got a response back from you with respect to this e-mail below.
>>>
>>> Adrienne Jordan, M.D.
>>> Pathology Resident, PGY3
>>> The Mount Sinai Medical Center
>>> Department of Pathology- Box 1194
>>> One Gustave L. Levy Place
>>> New York, NY 10029
>>> Cell: 330-327-7339
>>>

3

CONFIDENTIAL

```
>>> _____
>>>
>>> From: Jordan, Adrienne
>>> Sent: Thu 8/18/2011 12:02 PM
>>> To: Lento, Patrick; Morency, Elizabeth (MSSM-Imail); Firpo, Adolfo
>>> (MSSM)
>>> Subject: FW: Meeting with the Chiefs this week
>>>
>>>
>>> Dr. Firpo,
>>>
>>> Should we still meet with Leena?  It was my understanding from Liz that this may not be
necessary, but of course if you would like more documentation for your September meeting then
Liz and I would of course be happy to meet with her, at Mount Sinai of course, not at the VA
as she suggested.
>>> Adrienne Jordan, M.D.
>>> Pathology Resident, PGY3
>>> The Mount Sinai Medical Center
>>> Department of Pathology- Box 1194
>>> One Gustave L. Levy Place
>>> New York, NY 10029
>>> Cell: 330-327-7339
>>>
>>> _____
>>>
>>> From: leena varughese [mailto:leena.varughese@mssm.edu]
>>> Sent: Thu 8/18/2011 11:39 AM
>>> To: Elizabeth Morency
>>> Cc: Firpo, Adolfo (MSSM); Lento, Patrick; Jordan, Adrienne
>>> Subject: Re: Meeting with the Chiefs this week
>>>
>>>
>>>
>>> Dear All,
>>>
>>> I am totally swamped this week and the next with very little spare time to meet with you
at Mount Sinai. Do you want to meet in two weeks or perhaps, come to the VA for a meeting? I
can definetly make some time in the afternoon here at the VA on a particular day if that's a
possibility you are willing to consider. Or of course, I can call around 4:30 pm and be on
the phone with you all. Let me know.
>>>
>>> Regards,
>>>
>>> Dr. Varughese
>>>
>>>
>>> ----- Original Message -----
>>> From: Elizabeth Morency <elizabeth.morency@gmail.com>
>>> Date: Tuesday, August 16, 2011 10:55 am
>>> Subject: Meeting with the Chiefs this week
>>> To: "Leena.Varughese@mssm.edu" <leena.varughese@mssm.edu>
>>> Cc: "Firpo, Adolfo (MSSM)" <adolfo.firpo@mssm.edu>, "Lento, Patrick"
>>> <Patrick.Lento@mountsinai.org>, "Jordan, Adrienne"
>>> <adrienne.jordan@mountsinai.org>
>>>
>>>> Hi Leena,
>>>>
```

4

CONFIDENTIAL

D_ESI026024

>>>>  I know you are away at the VA on surgicals for the next 2 weeks
>>>> but I was hoping to set aside a time this week to sit down and talk
>>>> to you about how your year has been going so far and try and
>>>> reconcile some of the warnings that you have not yet acknowledged.
>>>> Being that you are at the VA (and Adrienne is in another state), I
>>>> know this may be difficult but I do think this is important to take
>>>> care of as soon as possible. Do you think that you would be able to
>>>> either head out to the VA late one morning or
>>>> (preferably) leave the VA early and return to Sinai to participate
>>>> in this meeting? Adrienne will be present via phone and has
>>>> indicated that afternoons around 3-3:30 would work best for her so
>>>> I'm aiming for somethingaround that time. Do you think that you
>>>> could arrange to be back at Sinai around 3:30 pm tomorrow
>>>> afternoon? If you could make that happen we would all really
>>>> appreciate and I think it would be in your best interests. Let me
>>>> know what you think and what you can work out and hopefully we can all sit down together
sometime soon. Thanks.
>>>>
>>>> --
>>>> Elizabeth Morency, M.D.
>>>> Chief resident, PGY-4
>>>> Department of Pathology
>>>> The Mount Sinai Medical Center
>>>> New York, NY 10029
>>>> Pager: 917-641-1845
>>>>
>>>
>>>
>>
>

5

CONFIDENTIAL

D_ESI026025

Exhibit 210

| | |
|---|---|
| From: | Carter, Allene [Allene.Carter@mountsinai.org] |
| Sent: | Tuesday, August 09, 2011 2:44 PM |
| To: | Firpo, Adolfo |
| Subject: | RE: Dr. Varughese - Questionable accademic performance in current rotation |

There should be a policy, but what can I say" Dr. Firpo, sometimes a supervisor will push a person to fall short of expectations. There have been times when residents did not want to go to CytoGenetic.(between you and I). Then there were residents (only 1) who wish to take months of Cytogenetics.

Cytogenetics always seems to be the least rotated department.??

Allene


-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Tuesday, August 09, 2011 2:35 PM
To: Carter, Allene
Subject: RE: Dr. Varughese - Questionable accademic performance in current rotation


Dear Allene:

I understand. I just wanted to make you aware of the problem. Dean Barnett and I are already discussing possible actions.

Thank you,

Adolfo

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574



1

CONFIDENTIAL

D_ESI003546

-----Original Message-----
From: Carter, Allene [mailto:Allene.Carter@mountsinai.org]
Sent: Tuesday, August 09, 2011 2:30 PM
To: Firpo, Adolfo
Subject: RE: Dr. Varughese - Questionable accademic performance in
current rotation


 I have no authority to discipline nor write up residents.  One time I
would and was told it's the  responsibility of Program Director by
Dean's office.

Allene

-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Tuesday, August 09, 2011 7:27 AM
To: Carter, Allene
Cc: Johnson, Paul F (MSSM-Imail); Lento, Patrick; Patel, Shema (MSSM);
Barnett, Scott (MSSM)
Subject: Dr. Varughese - Questionable accademic performance in current
rotation


Is there a policy to intervene when residents assigned to a rotation
fall short to the expectations of their supervisors? Are there
documented precedents of such actions in our department? If no, how
should we proceed with this issue. Dr. varughese is currently undgoing
disciplinary action as counceling sessions on professionalism over the
next three months. This seems to fit right in and I could incorporate
this event as an example of demands of professionalism on pathologist in
training. Ideas? Comments?

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----

2

CONFIDENTIAL

D_ESI003547

From: Najfeld, Vesna
Sent: Monday, August 08, 2011 5:42 PM
To: Varughese, Leena (MSSM-Imail)
Cc: Lento, Patrick (MSH); Firpo, Adolfo
Subject: RE: Presentation

Leena,

The presentation I received at 4pm today by e mail is not really ready
for tomorrow .

You were suppose to take the pts images on Friday from my staff and you
had the whole day today and never came to take the images.
The reason we present cases is for educational purpose and the pt's
images are presented as a part of this learning experience.

If I was not here at 3 pm when you stopped by, you should have write me
a note and I would have called you the moment I came in.  Meanwhile I
left since 4 .18.pm  a number of e mails and messages only to find out
that you left at 5pm  and would not return to Sinai to work with me on
this presentation. I was willing to work with you until 6pm

I think a lot more work needs to go into this presentation and lets try
for the next week.

Thanks

Vesna




Vesna Najfeld, Ph.D.
Professor of Pathology and Medicine
Director
Tumor Cytogenetics and Oncology -
Molecular  and Cellular Tumor Markers
The Mount Sinai Medical Center
1428 Madison Avenue
Box 1079, Atran 250
New York, NY, 10029
Tel 212. 241. 8801
Fax: 212. 426. 2427
e-mail: vesna.najfeld@mssm.edu


-----Original Message-----
From: leena varughese [mailto:leena.varughese@mssm.edu]
Sent: Monday, August 08, 2011 4:18 PM
To: Najfeld, Vesna
Subject: Presentation

Dr. Najfeld,

I am including the CML presentation for CP case conference. It is pretty
much complete but I will have to polish it up a bit before tomorrow

3

CONFIDENTIAL

D_ESI003548

morning. Please let me know if you want me to change anything in any major way. Thank you.

Dr. Varughese

4

CONFIDENTIAL

D_ESI003549

Exhibit 211

From Paul Johnson <Paul.F.Johnson@mssm.edu>
Sent Tuesday, August 16, 2011 7:28 pm
To Leena Varughese <leena.varughese@mssm.edu>
Cc "Barnett, Scott" <scott.barnett@mssm.edu> , Barry Stimmel <barry.stimmel@mssm.edu>
Subject Re: Warning

Hi Leena,

I will respond to your concerns in order:

Dr. Lento is the Program Director and Dr. Firpo is the Director of Educational Activities. Both have responsibilities in overseeing residency education.

Residents have access to resident meeting minutes and new policies and procedures on the "G" drive in the "Chief Residents" folder. If there is a particular policy you are looking for, we can work with the department to see if such a policy exists, and if so, to make sure it is available on this shared drive.

The program has a right to request proof of an illness if it prevented you from taking a call assignment.

Dr. Firpo and Dr. Lento have been carefully monitoring all residents' CP experience and are taking pains to ensure that everyone receives the necessary 18 months. Any concerns about meeting this requirement or any others should first be brought to the program leadership for resolution. If the program has not addressed your concerns, you can always bring them to Scott, Dr. Stimmel, or me, and we will work with you and the program to find the best way forward.

Paul

On Aug 16, 2011, at 1:54 PM, leena varughese wrote:

To whom it may concern in the GME consortium:
<BR>I am e-mailing regarding the statement made in this email referring "both program directors (Dr. Lento and Dr. Firpo)". It is clearly stated in the ACGME guidelines that there should only be one program program director. <BR>
<BR>Also, I and many of the residents in the program are concerned regarding a policy for instituting new policies in addition to those already existing within the hospital and the department. How can I access the department policy? There has to be some accessibility to department policy to the residents. <BR><BR>Also, to what extend can the Chief Resident demand explanation of injury for issues such as inability to cover for another resident due to injury even though I was able to report to work on a CP rotation? <BR><BR>Historically, the CP component has always been protected from having to cover for AP aspect in the past. Additionally, this is standard practice in AP/CP training programs to protect the CP time. I am especially concerned because I
am not even technically meeting the minimum CP training time which is the 18 months. <BR><BR>Thank you for your time.<BR><BR>Regards,<BR>Dr. Varughese<BR>

From: "Jordan, Adrienne" <adrienne.jordan@mountsinai.org>
Date: August 11, 2011 2:55:00 PM EDT
To: "Morency, Elizabeth (MSSM-lmail)" <elizabeth.morency@mssm.edu>, "Varughese, Leena (MSSM-lmail)"
<leena.varughese@mssm.edu>, "Lento, Patrick" <Patrick.Lento@mountsinai.org>, "Firpo, Adolfo (MSSM)"
<adolfo.firpo@exchange.mssm.edu>
Subject: Warning

As you are aware, department policy (Policy for Absence/Coverage) requires you to email both chief residents, both program directors (Dr. Lento and Dr. Firpo), Allene Carter, and the director of the rotation you are on all in the same email when you are calling out sick. This policy was covered at the last resident meeting on July 28, 2011 as well as reiterated in the weekly memo sent on Monday August 8, 2011. Today when calling out sick you failed to email Dr. Lento and both chief residents. As this is a violation of department policy, I am required to take the first step in the "Policy for Corrective Action" which is a verbal warning. Please consider this your first warning. If you fail to comply with any of the department policies in the future, you risk further disciplinary action. I again encourage you to review the department policies which I also placed in your mailbox several weeks ago. I have included a few, although not all, of the department policies covered in that packet for your convenience . Even though this is just a verbal warning, you are required to reply to this email to acknowledge receipt of your warning no later than 5:00 pm tomorrow August 12, 2011. Thank you.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center

Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339
<POLICY FOR ABSENCE 2011.docx><Policy for Corrective Action.doc><Policy for Morning Conference Attendance.doc><Policy on Transitions of Care.doc>

Exhibit 212

Transcript of Conversations

(August 17, 2011)

PARTICIPANTS:

Leena Varughese

Adolfo Firpo-Betancourt

Transcriber, Colette Meheski
**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, NJ 08619**
            **(609)586-2311**
**FAX NO.  (609)587-3599**
**E-mail:  jjcourt@jjcourt.com**
**Website:  www.jjcourt.com**

Audio Recorded

Colloquy                                    2

```
 1              MS. VARUGHESE:  Hi.  Good morning.
 2              MR. FIRPO-BETANCOURT:  I'm going to need to
 3    get that out of the way.
 4              UNIDENTIFIED SPEAKER:  Yeah.
 5              MR. FIRPO-BETANCOURT:  So that will be my
 6    first strike.  We're talking about some of your --
 7              MS. VARUGHESE:  I'm sorry.
 8              MR. FIRPO-BETANCOURT:  -- issues.
 9              MS. VARUGHESE:  My phone just stopped but I
10    have no reception (indiscernible).  So I was just
11    trying to call you right because I was already here.
12              MR. FIRPO-BETANCOURT:  Oh, okay.
13              MS. VARUGHESE:  I just got out of the train
14    and I was just going to call, but --
15              MR. FIRPO-BETANCOURT:  How was your time
16    since our last meeting two weeks ago?
17              MS. VARUGHESE:  Fine, but I actually had a
18    little -- a few concerns because Dr. Najfeld only
19    received the tumor cytogenetics course requirement or
20    what not and that's for like one month.
21              MR. FIRPO-BETANCOURT:  Okay.
22              MS. VARUGHESE:  And I was only there for like
23    two weeks and I --
24              MR. FIRPO-BETANCOURT:  This time?
25              MS. VARUGHESE:  This time.
```

Colloquy                                    3

```
 1              MR. FIRPO-BETANCOURT:  But you had been two
 2    weeks before?
 3              MS. VARUGHESE:  Yeah, I was there before, but
 4    that like so -- you know, like a year and -- well, like
 5    a half a year ago or something like that and, you know,
 6    it's a very interrupted rotation because of that.
 7              And the other thing is that, you know, there
 8    were some requests for me to like, you know, cover for
 9    another resident and that kind of got out of hand in
10    terms of like how it was handled by all the parties
11    involved because one time I couldn't cover because I
12    had injured my arm and I had e-mailed her
13    right away.  When I received the e-mail said, you know,
14    I couldn't cover, I'm sorry.  But, you know, Adrienne
15    took that as being sort of a negative thing and she
16    started saying, you know, you better cover, you know,
17    how can you, you need to get a doctor's note and so on
18    and so forth --
19              MR. FIRPO-BETANCOURT:  Okay.
20              MS. VARUGHESE:  -- which is completely
21    unreasonable because I injured my arm, but I still came
22    into work.  It was just that I couldn't perform the
23    frozen sections.  You know, I mean, it seems kind of
24    unreasonable to like go to that extent to force someone
25    to do something, you know, if they cannot do it
```

Colloquy                                    4

1      physically.
2                 MR. FIRPO-BETANCOURT:  Okay.  Will let's make
3      a list of things that you feel you (indiscernible).
4                 MS. VARUGHESE:  I feel like that's just very
5      unprofessional and very confrontational.
6                 MR. FIRPO-BETANCOURT:  So, do I.  So the
7      first thing is your tumor cytogenetics rotation with
8      Dr. Najfeld.  How was that?  You were scheduled for two
9      weeks.  I know your concern that the previous
10     experience was two weeks, but far removed.
11                MS. VARUGHESE:  It was far removed, and I
12     actually had very minimal interaction with Dr. Najfeld
13     at that point because she was working on a grant, and I
14     actually didn't like work directly with her, nor do any
15     karyotypes at that point.  I just basically worked with
16     Angela, who doesn't even remember that I was there
17     because I guess it was a while ago or something.  And I
18     basically talked to her every morning and she gave me
19     like an hour introduction or lecture.
20                MR. FIRPO-BETANCOURT:  So you worked at that
21     time with Cooper Marley (phonetic), the technician?
22                MS. VARUGHESE:  There was a technician, but
23     she's no longer there actually, the technician I worked
24     with, and I worked with Issa (phonetic) as well.
25                MR. FIRPO-BETANCOURT:  Issa.


Colloquy                                    5

1                 MS. VARUGHESE:  They -- he was there before,
2      too.  Everybody else there seems to be pretty new.
3                 MR. FIRPO-BETANCOURT:  Okay.
4                 MS. VARUGHESE:  So I am not really familiar,
5      you know, with them.  I was only familiar with two of
6      the techs there and I worked with one and then, you
7      know, it was two weeks.  It was too short at that point
8      again to like really get into the material, and so I
9      just did what, you know, I could in terms of following
10     procedures and working with Dr. Najfeld.  So this time
11     I actually did work with Dr. Najfeld.
12                MR. FIRPO-BETANCOURT:  (Inaudible).
13                MS. VARUGHESE:  Right.
14                MR. FIRPO-BETANCOURT:  Yeah.  How was that
15     experience in itself?
16                MS. VARUGHESE:  Actually it was initially
17     very abrupt because the thing is like I -- she only got
18     that I guess requirement list like three days in or
19     four days in.
20                MR. FIRPO-BETANCOURT:  She wrote that.
21                MS. VARUGHESE:  Oh, she wrote it?
22                MR. FIRPO-BETANCOURT:  Yes.
23                MS. VARUGHESE:  Okay.  Well, I wasn't aware
24     of that particular document.  I just thought that -- I
25     mean, she had it, but I -- she didn't give to me until

Colloquy                                    6

1    like, you know, Thursday.  Then she took off Friday or
2    she was working, but she wasn't there.
3              MR. FIRPO-BETANCOURT:  Well, you see the --
4    I'm told that the usual procedure is that the manual,
5    the curriculum is in the G drive and that during
6    orientation all the residents are told that at the
7    beginning of their rotation they're supposed to go over
8    the curriculum and check it out.
9              Now, the system e-mails you a reminder from
10   New Innovations, listen, you're starting in two or
11   three days, this is list of responsibilities, review,
12   verify that you have received it and seen it.  And the
13   idea for that is that you know what you're supposed to
14   be doing, who is going to be the supervisor, make sure
15   you meet with them and clarify things and the
16   expectations in case there is anything special.
17             I mean, most cases should be routine just so
18   that things prepared well in advance, and then you both
19   start from a new point of reference, you know, what
20   we're going to do, how we're going to do it, how much
21   time we have.
22             Because I wasn't too comfortable with that,
23   I'm not sure how much of the system is in place and all
24   that, I requested -- I gave a request when I arrived on
25   July 1st that whoever is going to start a rotation meet

Colloquy                                    7

1    with the person in charge.  I've been sending the pages
2    from the curriculum to them to remind them, this is
3    what you agreed to provide as an experience, sit with
4    the resident coming in, make sure you both understand
5    what the requirements and the expectations are, so
6    there's no confusions during the time, sign it both, so
7    you both agree that this is on this date what you have
8    agreed to do and let's take it from there.
9              I'm also asking them at the end of the period
10   to sit again and go over the things, did you get to do
11   everything you wanted to do, did you -- was there any
12   major problem, a machine broke, a technician was away,
13   anything happen.  And if we need to then provide you
14   with another structured experience through the rotation
15   until you would feel satisfied with the requirements
16   and you're prepared.  That is to -- when you finish
17   every rotation you should be competent in those basic
18   stuff which you know for sure are going to be in the
19   board, but are also essential for you to be able to
20   practice general pathology.
21             MS. VARUGHESE:  Yeah.  No, I completely
22   understand.  And usually the attendings go over the
23   particular, you know, expectations for any rotations at
24   the beginning, not like, you know, several days in.  I
25   mean, that was Thursday when I went over with her and

Colloquy                                        8

1    she at that point was like, oh I want you to present
2    this case as well for next Tuesday, which is also very
3    short notice because, you know, I need time to prepare
4    all the material and get everything together.  I had
5    the case pretty much prepared, but, you know, it's just
6    -- like I didn't actually meet with her and have this
7    discussion about what's expected of me until
8    Thursday.
9            Monday I spoke to her and she wanted me to
10   read Molecular Cytogenetics, the book, Dr. Zhang -- you
11   know, Dr. Zhang's book, and she has a chapter in there.
12   So I actually ended up reading that book and like going
13   over some of the lab protocols really briefly just to
14   get myself familiar with like just, you know, what's
15   done in the lab and how they approach their issues and
16   problems and, you know, what the standard protocol is.
17           And I spent just a lot of time with the techs
18   and going over, you know, their sample set up and, you
19   know, slide making and dropping, things like that.  So
20   that's what I did the first three days, and then the
21   fourth day I basically --
22           MR. FIRPO-BETANCOURT:  So Thursday and Friday
23   of that first week those are the two only two effective
24   days that you were there?  What did you do before --
25           MS. VARUGHESE:  Well, Thursday --

Colloquy                                        9

1            MR. FIRPO-BETANCOURT:  -- Monday --
2            MS. VARUGHESE:  -- Thursday --
3            MR. FIRPO-BETANCOURT:  -- Tuesday, Wednesday?
4            MS. VARUGHESE:  Well, Monday, Tuesday,
5    Wednesday I just basically went over the text and they
6    e-mailed me telling me like what they were doing.  So
7    basically the techs were told like they're supposed to
8    work with me, and the techs would e-mail me and tell
9    me, like, you know, this is what we're doing today,
10   this is what we expect.  They would keep me posted as
11   to what's --
12           MR. FIRPO-BETANCOURT:  Do you have copies of
13   those e-mails?
14           MS. VARUGHESE:  Yes.
15           MR. FIRPO-BETANCOURT:  Can you print them for
16   me?
17           MS. VARUGHESE:  Yeah.  And then they said,
18   okay, you know, well, we're not doing anything today,
19   don't worry about it, like don't come in or we're too
20   swamped, you know, and I totally understand that
21   because they're, you know, actually providing patient
22   care and like, you know, patients rely on these.  So if
23   the techs feel a little bit overwhelmed then I'm just
24   like, okay, I'm willing to work with you, just I'll
25   just do something that I can do.

Colloquy                              10

1       MR. FIRPO-BETANCOURT:  Yeah, but that is
2  unacceptable.  You're --
3       MS. VARUGHESE:  No, I understand that.
4       MR. FIRPO-BETANCOURT:  -- in for a failure.
5  You're a physician in training, you have to learn this.
6  If there's a shortage of techs we have to get more
7  techs or we have to do something to complete the
8  requirement.  Remember, the Accreditation Council is
9  very strict.
10       MS. VARUGHESE:  No, I understand.  So anyway
11  that's basically what happened the first three days and
12  I -- then the fourth day I talked to Dr. Najfeld and
13  she went over the requirement.  She said, you know,
14  this is what, you know, is expected of the residents,
15  but she didn't really give me a, you know, plan to like
16  really, you know, be able to like meet every single
17  requirement.  She was pointing out in the, you know,
18  the rotation I guess description, or whatever it is,
19  and so I basically still had to work with --
20       MR. FIRPO-BETANCOURT:  Let me see what it is
21  that she sent me because I saw that.  I sent it to her
22  and it said it was quite specific.  Since you're going
23  to be doing so many days, you're going to observe so
24  many FISH, you're going to do so many, blah, blah,
25  blah, and all those things.  You just go through the

Colloquy                              11

1  banks and find what the schedule is and you do them.
2       I sent today areas in which you were going to
3  be evaluated, patient care, the ones we discussed,
4  medical knowledge, practice based learning and
5  improvement, professional communication skills,
6  professional services and (indiscernible) those are the
7  required.
8       Okay.  This is what you should have read with
9  her.  Residents are evaluated and supervised at faculty
10  level to a director.  The rotation is structured in a
11  way that the resident receives appropriate graduate and
12  progressive instruction.  Whether he or she completes
13  the rotation over time or in shorter period in
14  different laboratories in different institutions.
15       Overview.  The general is to familiarize you
16  with the other residents of cytogenetic and fluorescent
17  in situ hybridization methods, both techniques are used
18  for the detection of chromosomal and gene
19  rearrangements in tumor tissue.  The (indiscernible) on
20  objectives, how to perform a FISH.  Have you learned
21  that?  Did you go over that?
22       MS. VARUGHESE:  Well, I just went over what
23  the techniques that they utilize.  I mean, for me it's
24  really how to interpret the FISH that's really more
25  relevant.

```
 1              MR. FIRPO-BETANCOURT:  Well, that's the
 2    point.  The technology is advancing so rapidly that
 3    it's no longer enough to say -- to memorize what is
 4    this supposed to mean and when is it right and when is
 5    it wrong because it's no longer going to be right or
 6    wrong.
 7              You have to be able to say why is this result
 8    reliable, does this result fit with the clinical
 9    diagnosis under the differential, how would this result
10    influence or determine treatment, clinical management.
11    If none of those things or any of those things are
12    questionable then you have to help the clinician to
13    explore why this does not fit.
14              The only way to do that is if you understand
15    the basics of the technology, what are the methods
16    employed to generate the results, what are the
17    variables that influence the quality of that result,
18    what are the technical requirements of the people who
19    are dedicated to perform the test, and this is what the
20    pathologist does.  He is the executive.  He is
21    ultimately in charge.  You have to hire.  You have to
22    interview.  You have to select methods.  You have to --
23    I mean, the profession is changing and it's going to
24    change even more rapidly.
25              I mean, you know, blood bank that's every
```

```
 1    day.  The first thing in the morning you do is you have
 2    your morning rounds.  You see what's happing in the
 3    floor, how is the blood schedule, do we have enough
 4    blood in store, did we run short of anything, was there
 5    any kind of reaction -- drink your coffee -- and that's
 6    why the emphasis in the best programs is shifting to
 7    giving a solid grounding on the basic science of the
 8    methodology to the assays that you do.
 9              It used to be 15 year ago that you just went,
10    oh, these are the assays and this is the panel and
11    these are the ranges and this is how the ranges are
12    more or less set and these are different methodologies,
13    but very superficial.  Now we're going to the point of
14    genomics.  So -- and this department is going to be
15    like the one in the United States who is going to rule
16    that progressively over the next three to four years.
17    So that's important.
18              So you don't have to necessarily go, like,
19    I'm going to become an expert in the machine, but you
20    have to be able to see how does it work, what does a
21    technician do, how do you get that result.  When you
22    see this versus that what does that translate into
23    behind the molecular interactions, like you did with
24    the conference when you saw, well, there's green and
25    there's red and yellow because the two merged at one
```

Case 1:12-cv-08812-CM-JCF   Document 205-27   Filed 01/05/15   Page 116 of 183

Colloquy                                    14

```
1    focal since that explains the reorganization.  So
2    that's why.
3            So if any of those things were not -- I want
4    you over the next -- we're going to meet again in two
5    weeks because I have do a lot of paperwork to make sure
6    that we're in the right place and we're moving in the
7    right direction.  We have to meet six times.  You
8    requested at one point that we meet weekly instead and
9    I accelerate the pace.  I did not ignore that request.
10   I was trying to get together to, number one, make sure
11   the possibility of changing the schedule with Dr.
12   Harpaz.  I never got to that because it took a while
13   for Dr. Birge to answer.
14           By the time Dr. Birge answered saying, yes,
15   she is willing to accept you in dermapathology for the
16   rotation, despite of all these changes which are going
17   on, and a lot of other things started to emerge, and
18   I'm not clear yet exactly how it happened.  I'm hearing
19   you for the first time, and I need to clarify all that
20   before I -- I want to make sure that everything is
21   clear, that I understand one point of view so that we
22   can over it together and you then tell me what is your
23   point of view and then we'll decide how to proceed.
24           At this point I am going -- the problem is --
25   well, it's not a problem, the problem you're having or
```

Colloquy                                    15

```
1    the perception of your problem with the rest of the
2    group is that you are not willing to be a team player.
3    You've been asked many time or been told that you
4    received copy of the resident meeting minutes.  Did you
5    finally get them?
6            MS. VARUGHESE:  Yeah, I did.  I got back -- I
7    read it and I got back to --
8            MR. FIRPO-BETANCOURT:  Did you have any
9    objections or comments on this?
10           MS. VARUGHESE:  See, that's the problem I am
11   having because I don't know exactly what the medium is
12   to like raise a concern that a resident may have if
13   they're not at the meeting because that's not really
14   explained anywhere.
15           MR. FIRPO-BETANCOURT:  Yes, it is.  It's the
16   policy for review of resident fellow meetings, meeting
17   minutes.  The resident or fellow meetings are important
18   means of communicating important issues of policy
19   changes, as you saw by the agenda discussion, some of
20   which affect patient care amongst the residents and
21   fellows and provide a venue for discussion of new or
22   old issues.  The chief resident shall oversee the
23   meetings.  From time to time the program director or an
24   invited guest may attend.
25           While residents and fellows that are on site
```

Colloquy                          16

1    at Sinai are expected to attend the resident or fellow
2    meetings, following each resident and fellow meeting
3    the chief resident will e-mail the meeting minutes to
4    all residents and fellows.  So residents and fellows
5    are expected to review the meeting minutes including
6    those who were able to attend and those who were not
7    able to attend and acknowledge that they have been
8    read.
9            Once the minutes are e-mailed out the chief
10   residents will make available the meeting minutes
11   acknowledgment sheet; signing this document indicates
12   that one has received and reviewed the minutes from the
13   particular resident or fellow meeting and is therefore
14   aware of and responsible for the information contain
15   therein.  This document will be available for two
16   weeks.  Extensions can be made for any resident on
17   vacation or doing an away elective during the time
18   period allotted for acknowledgment.
19           Eight, reviewing the minutes and signing the
20   acknowledgment sheet is required.  Did you get the
21   acknowledgment sheet and did you sign it and return
22   it?
23           MS. VARUGHESE:  Yes.
24           MR. FIRPO-BETANCOURT:  You did.  This the
25   sheet.

Colloquy                          17

1            MS. VARUGHESE:  Oh, acknowledgment of
2    department policies?  Yeah, I returned that on the
3    15th.
4            MR. FIRPO-BETANCOURT:  On the 15th.  Okay.
5    The acknowledgment sheet from every meeting will be
6    kept on file and provided to the residency director.
7    Failure to acknowledge the document the chief resident
8    can refer to the program director.  Repeated non-
9    compliance with this policy may result in additional
10   consequences to be implemented at the discretion of the
11   program director.
12           For fellows, if an issue should arise about
13   these policies discussed at a resident or fellow
14   meeting the relevant acknowledgment sheet on file will
15   be provided to the appropriate party for which it's
16   meant.  Every one of these things respond to an
17   absolute, but it's called a must requirement with the
18   Accreditation Council.
19           MS. VARUGHESE:  See, here's the thing, I
20   don't understand like how these policies can be just
21   put into place.  I'm really concerned that it may not
22   be like completely --
23           MR. FIRPO-BETANCOURT:  They are.  This is the
24   problem.
25           MS. VARUGHESE:  I think you should make that

```
                          Colloquy                    18
1     clear to the residents that, you know, this is a legal
2     thing; this is excess of the contract that you already
3     signed that stipulates that, you know, you work for the
4     hospital and it has --
5               MR. FIRPO-BETANCOURT:  Right.
6               MS. VARUGHESE:  -- certain clauses in there;
7     this is in excess to the house staff manual; this is in
8     excess to the bylaws and regulations of the hospital;
9     this is in effect to the --
10              MR. FIRPO-BETANCOURT:  This all part of --
11    this is the problem.  You think that each of these sets
12    of rules are distinct.
13              MS. VARUGHESE: I don't think they're
14    distinct.  I think they, you know, form -- they provide
15    a guideline to -- for how to, like, you know, proceed
16    in a hospital and how to work in this particular
17    organization.  My concern is that, you know, if you're
18    adding to the rules --
19              MR. FIRPO-BETANCOURT:  We are not adding.  We
20    are not adding.  These are derivatives of the
21    regulatory requirements --
22              MS. VARUGHESE:  Derivatives like --
23              MR. FIRPO-BETANCOURT:  -- that is part --
24              MS. VARUGHESE:  I mean, for instance like a
25    warning --
```

```
                          Colloquy                    19
1               MR. FIRPO-BETANCOURT:  -- of the staff --
2               MS. VARUGHESE:  -- et cetera, et cetera.  I
3     mean, it's not even anywhere in the house staff manual.
4     It's not --
5               MR. FIRPO-BETANCOURT:  Yes, it is.  That what
6     I was just checking.
7               MS. VARUGHESE:  No, there is warning.  There
8     is academic advisement and disciplinary action.
9               MR. FIRPO-BETANCOURT:  Exactly.
10              MS. VARUGHESE:  But to interpret that as
11    being like, you know, I'm going to -- the chief
12    resident is going to do this, the chief resident -- it
13    doesn't say anything about the chief residents having
14    any --
15              MR. FIRPO-BETANCOURT:  It says --
16              MS. VARUGHESE:  -- particular --
17              MR. FIRPO-BETANCOURT:  -- or whomever is
18    designated.  I mean, the hierarchal arrangements of
19    programs -- this is like federal law, state law and
20    local law.
21              MS. VARUGHESE:  Well, I mean, you know,
22    that's not really clear when like a resident, you know,
23    starts in this program that, you know, they're --
24              MR. FIRPO-BETANCOURT:  But you've been here
25    for years.  You recently --
```

Colloquy                    20

1           MS. VARUGHESE:  Well, this all like pretty
2    much recent innovations of -- this hasn't been here for
3    like --
4           MR. FIRPO-BETANCOURT:  Well --
5           MS. VARUGHESE:  -- the past three years
6    really.
7           MR. FIRPO-BETANCOURT:  -- this is the
8    argument.  This is the argument.  The last
9    (indiscernible) --
10          MS. VARUGHESE:  I mean it's really
11   concerning.
12          MR. FIRPO-BETANCOURT:  -- found major
13   violations to the Accreditation Council requirements
14   for the residency.  There were 19 things that were
15   found wrong.  Of those 19 there were at least four that
16   had to do with the inability of the program to have in
17   place measures to control the behavior of the
18   residents, fellows and faculty.
19          Among the things that they were concerned
20   over faculty is that they were not providing sufficient
21   didactic experiences because in the resident survey,
22   the residents complained that there were not.  When the
23   school responded to that by saying and showing the
24   schedule of didactic exercises and all the other
25   things, which are ongoing and have been ongoing I

Colloquy                    21

1    understand for quite some time, they said, oh, okay, so
2    you have them and they're (indiscernible) schedule.  Do
3    you have attendance sheet?  Yes, and very few people
4    were coming.  So they said the problem is that many of
5    the residents, probably the ones who are complaining,
6    are not coming.
7           They ask, do you have in place a policy that
8    will penalize residents that fail to come to the
9    residents or that do not fit with the competence
10   requirements of the Accreditation Council?  Well, this
11   -- we use the staff manual as a guideline and it
12   provides certain constants.  We've never had really an
13   issue.  Okay.  You're at fault.  So they were at fault
14   for because the residents said they were not enough.
15   They answered that, but they were not able to show that
16   they were enforcing the attendance, and then they were
17   at fault because they didn't have this clear
18   disciplinary action.
19          I became aware of all this even before you
20   saw me, when I came to visit, and was looking through
21   this and I tell you, we have talk and you made me aware
22   that there was some problems.  So I started to ask
23   questions.  When they told me that, I said, we have to
24   develop clear pathologist-specific policies that
25   address these issues, which the board is blaming us for

```
1    and without which we're never going to overcome that.
2              MS. VARUGHESE:  I -- but I think what the
3    residents are really complaining about is not the
4    conferences per se.  The problem is like the
5    conferences are okay.  They're not great.  Some of the
6    attendings do give great conferences, but not every
7    attending does give these conferences.
8              MR. FIRPO-BETANCOURT:  Well, we're not
9    talking about conferences right now.  We're talking
10   about --
11             MS. VARUGHESE:  Didactics --
12             MR. FIRPO-BETANCOURT:  -- the issue -- the
13   policies are being introduced that address specifically
14   the environment of the pathology --
15             MS. VARUGHESE:  Yeah, but --
16             MR. FIRPO-BETANCOURT:  -- program.
17             MS. VARUGHESE:  -- just going to conferences
18   that residents have already felt like is not really
19   useful for them and forcing them to go to these is not
20   really going to solve the issue.  I mean, at the end of
21   the day --
22             MR. FIRPO-BETANCOURT:  But the only way we're
23   going to remedy that --
24             MS. VARUGHESE:  That just like --
25             MR. FIRPO-BETANCOURT:  -- is by getting
```

```
1    feedback from the residents that is honest about which
2    faculty are doing the right job, are covering the right
3    things.  The faculty is very responsive to that.
4              The number one concern in all the
5    evaluations, the anonymous evaluations, the number one
6    concern is that they're not getting feedback from the
7    residents about the quality of their teaching.
8              MS. VARUGHESE:  I don't think the faculty
9    really is interested in --
10             MR. FIRPO-BETANCOURT:  Oh, I just finished
11   reviewing all the data of the anonymous survey that we
12   collected for the annual review, which is what keeps me
13   very, very busy.  This is from the actual New
14   Innovations.  First issue, faculty received adequate
15   feedback about their teaching, the lowest score has
16   always been on that question.
17             MS. VARUGHESE:  Oh, okay.  Oh, that's too
18   bad.
19             MR. FIRPO-BETANCOURT:  Exactly.
20             MS. VARUGHESE:  Because that just means like
21   --
22             MR. FIRPO-BETANCOURT:  So I don't hear --
23             MS. VARUGHESE:  That just means like there
24   isn't enough like communication between -- obviously
25   this seems like a communication problem.
```

1    MR. FIRPO-BETANCOURT:  Yes, and the problem
2    -- my feeling was, number one, there is not enough
3    feedback that is quick enough for the faculty to know
4    what they just did wrong or right or how can they do
5    better.
6            So when I came in I started an assessment
7    form in which I required everybody who was there to
8    give me anonymously, they didn't have to sign, what PGY
9    level they were and a comment for an improvement or a
10   criticism about the lecture.  I will do that
11   immediately after the conference.  Within two hours
12   after the lecture I will deliver that by hand.
13   Summary, no names mentioned, I didn't care, but I
14   needed to know the comment was coming from what level
15   of training to put it in the context.  If it's in the
16   context of PGY1 and doesn't have enough experience and
17   we have enough then we have to add this and suggest
18   that, for example --
19           MS. VARUGHESE:  Okay.  Well, let me just tell
20   you, I went to a conference recently for like a week
21   and I learned so much.  It was like all AP, surgical
22   pathology and some molecular.  I mean, it's amazing
23   that how much you can learn --
24           MR. FIRPO-BETANCOURT:  Exactly.
25           MS. VARUGHESE:  -- and it's, you know, like

1    five days all concentrated.  It's -- I mean, it's a lot
2    of material that I'm sort of familiar with, but it's
3    never been like systematically or like, you know, sort
4    of categorized or categorically explained by like
5    people who know what they're talking about.  And, see,
6    I feel like, you know, there's -- you know, like maybe
7    didactics need to be like a bigger part of -- there's
8    -- I mean, it's a big program, but --
9            MR. FIRPO-BETANCOURT:  We are starting to do
10   that.  We just --
11           MS. VARUGHESE:  But like practically right
12   now.
13           MR. FIRPO-BETANCOURT:  I just arrived in July
14   1, followed by July 4th.  I started July 5th, and I
15   have to deal with all this paperwork right now.  But
16   just to give you an idea of how unreceptive you as
17   residents are, you know that residents within -- at
18   this meeting decided that the evaluation I was doing of
19   them was  unfair because it violated the anonymity and
20   I had to stop doing it and the faculty was very
21   heartbroken.
22           MS. VARUGHESE:  See, I think that's because
23   people --
24           MR. FIRPO-BETANCOURT:  This is the first time
25   we were getting any feedback and we were able to make

Colloquy                          26

1    the corrections.
2            MS. VARUGHESE:  See, that's just -- once
3    again, it's lack of communication, people are afraid
4    here.  I mean, I probably should say that, you know,
5    I'm pretty afraid, but I --
6            MR. FIRPO-BETANCOURT:  They're afraid of
7    what?
8            MS. VARUGHESE:  -- usually speak my mind.
9    That's just who I am and everyone knows that.  I don't
10   go around lying.  You know, there's -- okay, I have my
11   issues, but, you know, I am a certain type of person.
12   I've been to the internal mock review.  I was there.
13   I've written evaluations for which I was basically, you
14   know, confronted about following certain problems.  You
15   know, since then I've had like some severe issues.
16           I mean, in my evaluations on -- you know, I
17   mean, I'm really -- frankly, I'm very concerned.  If
18   that is like sort of the environment, the message
19   that's being sent and I'm being like, you know -- I
20   don't know.  Like, you're discussing all these issues
21   with me and I understand like where it's coming from.
22           MR. FIRPO-BETANCOURT:  I'm trying to explain
23   to you --
24           MS. VARUGHESE:  But it's just that like, you
25   know --

Colloquy                          27

1            MR. FIRPO-BETANCOURT:  -- what the basis of
2    the policies.  You raised an issue, which was very
3    critical and very legally binding.  Now, my specialty,
4    other than medicine and pathology, is health policy.
5            MS. VARUGHESE:  No, I --
6            MR. FIRPO-BETANCOURT:  I've come from
7    Washington.  I've been there 10 years.  I can tell you
8    exactly what the processes are for performance
9    evaluation from the state department to the commerce
10   department because I've been a consultant to them.
11           MS. VARUGHESE:  Yeah.
12           MR. FIRPO-BETANCOURT:  A policy is brought at
13   the level of the institution and provide the guidelines
14   upon which you can then build a more level of re-
15   assignment for management control.  When I came here we
16   didn't have specific pathology that were the basis for
17   some of the problems that you pointed out.
18           MS. VARUGHESE:  Yeah.
19           MR. FIRPO-BETANCOURT:  I requested that this
20   be developed.  They were ready when I arrived here, and
21   I said to the chief residents, no, you never implement
22   policy without the consensus of those who are going to
23   be affected by it.  So we went over them.  We went over
24   the language.  We compare it to the policies from other
25   universities and we talked to all the chief residents

Colloquy                          28

1   and all the program directors.  We compare our stuff.
2   We made sure it was specific to Mount Sinai and the
3   working environment.  We brought them to the meeting.
4   They were open for discussion.  Those who were present
5   unanimously agreed that this was the right language.
6   They all have agreed to do this; those who didn't was
7   followed according to parliamentary procedure.  We
8   communicated what happened, what were the options, dah,
9   dah, dah, dah.
10          You -- I've been getting all of these e-mails
11  referred from the chief residents and I talked to you,
12  you say, no.  They say, yes, that you have to do this.
13  You says, I don't have, I do question this.  Then I get
14  a call.  Dr. Lento is very upset because you are not
15  responding to his pages.  You have been --
16          MS. VARUGHESE:  I spoke to him like five
17  minutes later.  And he said, why are you -- aren't you
18  covering?  I said, yes, I'm covering.  I never sent the
19  e-mails that I'm not covering.  The language that was
20  -- the e-mail, the tone, the language that was sent to
21  me said that, Leena, you are covering for so and so
22  because they're out sick, dah, dah, dah.  I didn't e-
23  mail or -- ask him for somebody else to cover.  I --
24  you know, I was like, okay, you know, I'm covering.
25          MR. FIRPO-BETANCOURT:  He said --


Colloquy                          29

1           MS. VARUGHESE:  I'm not going to get into a
2   confrontation.  That's it.  Like, you know, I'm
3   supposedly up next.  I mean, there are all -- a lot of
4   residents on CP.  I mean, who's keeping track of all
5   those now?
6           MR. FIRPO-BETANCOURT:  But those changed.
7   That's a new policy.  That's the change.  It no longer
8   works the way it was before.  It's intended to be fair
9   to everybody.  Everybody comes.  Your name comes --
10          MS. VARUGHESE:  Fairness according to like
11  the one chief resident or two chief residents --
12          MR. FIRPO-BETANCOURT:  No, no, no.
13  Acccording to the policy that was presented to the
14  entire body and accepted unanimously.  That's the point
15  at which you raise the issue, I'm concerned that this
16  seems to be fair on these terms, but it's unfair on
17  these other terms and then you discuss it.
18          MS. VARUGHESE:  You know, I think it's great
19  that there is a policy to -- for residents who do call
20  out sick.  I mean, that happens.  Unfortunately -- and
21  I think it's great that you have a policy that covers
22  that.
23          MR. FIRPO-BETANCOURT:  The problem is, you
24  know, ultimately what the Accreditation Council is
25  concerned is patient care.  I'll give you the six

Colloquy                                30

1   domains in which everybody is evaluated and everybody
2   is required to be evaluated.  The first two have been
3   fairly strength in all programs.  The last four are the
4   major critical issues and everyone is approaching them
5   differently.  The Association of Pathology Program
6   Directors is working on that, but the two ultimate
7   things is that they all reflect on the quality of care
8   provided at the institution.
9            So if you're going to have a policy for
10  transition of care in pathology, which is what care
11  could you provide for a patient?  Well, we received the
12  sample of things from surgery.  We gross it.  We study
13  it.  We do the histology, all the necessary special
14  tests to give a diagnosis so that the clinicians can
15  decide final treatment.  That's our point of view and
16  participation in care.
17           So if you take care what are the impacting
18  elements in the work flow of providing that care
19  absenteeism influences, whether it's for illness or
20  whether it's because they have to do another chore or
21  whatever and request it and the chief residents -- I
22  mean, you have to have an agent.  I cannot be doing
23  everything or Dr. Lento can't be doing everything.  We
24  have to have agents in the hierarchy who gone through
25  the process, who understand the challenges, who

Colloquy                                31

1   understand the work flows and can interact efficiently
2   and quickly with everybody around them to make sure
3   these things get done.
4            We've been holding accountable the staff at
5   the surgical grossing room.  We've been -- and with
6   Mrs. Patel and Mrs. Mailly walk through the labs.  We
7   walked through the lab with Dr. Harpaz and Dr. Ira any
8   time of the day, any time of the morning to make sure
9   what's going on from frozens to -- and it's not that
10  we're looking for people to make mistakes.  We're just
11  making sure that what is supposed to be happening is
12  happening to preserve the quality of services and the
13  experience of the resident.  They were short a PA.
14  We're hiring a new PA.  They were short of equipment.
15  We updated the equipment.  All those things have been
16  taken care of.
17           And part of being a professional is being
18  able to be a team player and to accept guidance from
19  above.  If you have a problem with the way you are
20  addressed by a resident concerning something which is
21  clear that needs to be done you do it and you
22  communicate to me immediately.  Because what I'm
23  getting is all kinds of communications about your
24  behavior, which is considered unprofessional, and we're
25  supposed to be meeting to discuss professionalism and

Colloquy                                        32

1     to document your growth as a professional as we enter
2     and progress with your fourth year of your residency,
3     and the feedback I'm getting is very confusing.
4              Now, I don't want to make any judgment.  I'm
5     not here to make a final decision.  Okay.  I'm getting
6     to know you.  I'm trying to understand the situation.
7     There are constraints in our discussion.  I wanted to
8     make sure that the person who is able to make those
9     decisions and make resources available was with me
10    here.  This is Shema Patel.  She is at the Office of
11    the Vice President, plus she is now the administrator
12    for the pathology department.
13             We're going to be going construction and
14    going -- a million other things happening over the next
15    few months.  So anything that affects your performance
16    and that in your opinion is unfair, the only thing I
17    want to ask from you, do as part of the team, as a
18    resident, whatever you're asked, please.
19             If you think that the way that you're being
20    approached has been unprofessional or singles you out
21    in any adverse way you immediately let me know.  Send
22    me a copy of whatever you receive and say, Dr. Firpo, I
23    want to bring to your attention this and this and this,
24    I really feel that this is wrong for this reason, or
25    I've been asked to do this and this and this and I


Colloquy                                        33

1     question what is the basis for this to be done this
2     way, and I will give you whatever information it is.
3              The policies were reviewed.  I reviewed them
4     way before they were presented.  We edit them several
5     times to soften the language.  They are available in
6     the G drive.  The staff manual is available.  It's not
7     available in the G drive for pathology, but it's
8     available in the school.
9              Now, I am working actually with our own staff
10    manual for the department of pathology and the
11    residency program, but that is going to take a while
12    because I have to go over all the policies, which are
13    discussing the staff manual for the entire hospital,
14    and bring them to the level of generality that
15    translate into what residents and fellows and faculty
16    and staff are doing and that includes human resources
17    and all those things, and that's why also Mrs. Patel
18    helps me because I don't know what are the specific
19    administrative regulations in New York about who is
20    allowed to do what and what are the working
21    requirements.
22             So I wanted us to go over this issue because
23    it's very important for what we're trying to achieve.
24    You are, regardless of everything else and regardless
25    of the past, Dr. Varughese, you are a fourth year

Colloquy                                                          34

1   resident.  You're a senior resident.  I asked and we
2   agreed that we're going to forget the past and move
3   forward.  As we move forward I'm --
4              MS. VARUGHESE:  I know, but I'm on
5   disciplinary action because of what had happened.  I
6   wanted to come here to discuss professionalism in
7   pertaining to that particular issue.  I wanted to show
8   you the letter that they gave me.  I mean --
9              MR. FIRPO-BETANCOURT:  That who gave you?
10             MS. VARUGHESE:  Well, Dr. Cordon-Cardo.
11             MR. FIRPO-BETANCOURT:  Let me have it.
12             MS. VARUGHESE:  Biweekly meeting or what not
13  --
14             MR. FIRPO-BETANCOURT:  Okay.
15             MS. VARUGHESE:  -- that's what it said.  I
16  mean, I'm not clear like where like all of this is
17  coming from.  I wrote that reflection.  I, you know,
18  read the book.
19             MR. FIRPO-BETANCOURT:  Well, I did some
20  inquiring about what was said and let me tell you two
21  things which I got distinctly from Dr. Cardo and the
22  people who were at that meeting.  Number one, you
23  presented the reflection late.  That already is
24  unprofessional.  I mean, you're already given a
25  warning.  You already -- he had just arrived here and,


Colloquy                                                          35

1   two, you were disrespectful towards him in your first
2   meeting with your new chair.
3              MS. VARUGHESE:  But they -- it was three men
4   and they were confronting me and basically not letting
5   me basically explain my point of view.  There was an
6   overwhelmingly negative attitude.  The people didn't
7   seem well informed as to what had happened.
8              MR. FIRPO-BETANCOURT:  Okay.
9              MS. VARUGHESE:  Because there were several
10  issues where, you know, Mr. Castaldi, who is a former
11  administrator, was like --
12             MR. FIRPO-BETANCOURT:  Okay.
13             MS. VARUGHESE:  -- well, I thought this is
14  what happened.  Well, oh, that's all that happened.  He
15  was completely uninformed.  He didn't even know like
16  what had happened.  It seemed like he didn't really
17  read the reflection that I wrote the first time around.
18             MR. FIRPO-BETANCOURT:  Do you have a copy of
19  that reflection?
20             MS. VARUGHESE:  Yes.
21             MR. FIRPO-BETANCOURT:  Can I have it and read
22  it?
23             MS. VARUGHESE:  Sure.
24             MR. FIRPO-BETANCOURT:  All right.  Do these
25  -- for our next meeting I'll read them.

Colloquy                                    36

```
 1              MS. VARUGHESE:  Okay.  Then --
 2              MR. FIRPO-BETANCOURT:  What I have done and I
 3    was preparing for --
 4              MS. VARUGHESE:  Another thing is like I don't
 5    have access to my folder.  They won't let me -- allow
 6    me to look in my folder, which is basically -- even
 7    since last year.
 8              MR. FIRPO-BETANCOURT:  Which folder?
 9              MS. VARUGHESE:  My resident folder.
10              MR. FIRPO-BETANCOURT:  Why not?  Legally
11    you're entitled to do that.
12              MS. VARUGHESE:  I know, but like I've had
13    several times I was like, you know, I wanted to look at
14    my folder, just go over the material in there and even
15    --
16              MR. FIRPO-BETANCOURT:  Do you want me to have
17    it for you next meeting?
18              MS. VARUGHESE:  Yes.
19              MR. FIRPO-BETANCOURT:  I'll retrieve it from
20    Mrs. Carter and have it here for you and we can go over
21    it together.  See, I was also preparing for this course
22    in professionalism and how challenging it can be and I
23    had already made reprints of things that I wanted to
24    follow after this discussion.
25              MS. VARUGHESE:  Oh, good, because I had
```

Colloquy                                    37

```
 1    actually been through the CAP website as well.
 2              MR. FIRPO-BETANCOURT:  Yes.
 3              MS. VARUGHESE:  And they have a long -- like
 4    a hundred-page plus discussion on professionalism --
 5              MR. FIRPO-BETANCOURT:  Exactly.
 6              MS. VARUGHESE:  -- which is wonderful.
 7              MR. FIRPO-BETANCOURT:  Perfect.
 8              MS. VARUGHESE:  I mean, I think everyone
 9    should read that.  It's just -- it's probably just
10    about as good as it gets and it's very specialty
11    relevant.  I mean, that's as specialty relevant as you
12    can get for --
13              MR. FIRPO-BETANCOURT:  Okay.
14              MS. VARUGHESE:  -- you know, professionalism.
15              MR. FIRPO-BETANCOURT:  So send me the link so
16    I can download it and I can pass it onto the residents
17    and ask them -- book them as part of the curriculum.
18              MS. VARUGHESE:  Sure.
19              MR. FIRPO-BETANCOURT:  Okay.  Because that
20    would be a new contribution.  When you signed this you
21    acknowledged that you received the policy?
22              MS. VARUGHESE:  Yes, I signed that.
23              MR. FIRPO-BETANCOURT:  You signed that and
24    you saw --
25              MS. VARUGHESE:  On the 15th.
```

Colloquy                                    38

```
 1              MR. FIRPO-BETANCOURT:  On the 15th.
 2              MS. VARUGHESE:  Right.
 3              MR. FIRPO-BETANCOURT:  It's on record.  They
 4     have it.
 5              MS. VARUGHESE:  It's on record as --
 6              MR. FIRPO-BETANCOURT:  I'm not going to hear
 7     anything about this because, remember, the deadline was
 8     the 15th.  I decided upon myself, if you haven't done
 9     it, sign it now, so we get it out of the way and I will
10     have a copy and I will date it as of the 16th or the
11     15th --
12              MS. VARUGHESE:  Yes.
13              MR. FIRPO-BETANCOURT:  -- and remove that
14     burden.  And there was the policy for corrective
15     action, the policy for morning attendance, the
16     procedure for scheduled change, which you have to
17     disclose, because you want to change those two things,
18     the policy for absence service coverage.
19              MS. VARUGHESE:  Okay.
20              MR. FIRPO-BETANCOURT:  You are aware of these
21     now.
22              MS. VARUGHESE:  Yes, but doesn't -- like it
23     says here, Mount Sinai clinical -- Mount Sinai's
24     surgical autopsy -- Mount Sinai clinical pathology
25     rotations -- or Mount Sinai clinical pathology and then
```

Colloquy                                    39

```
 1     autopsy, but the problem is like clinical pathology has
 2     been protected time for residents in the past.  That's
 3     where -- from the rotations that from where like the
 4     residents cannot get pulled.
 5              MR. FIRPO-BETANCOURT:  But that -- I inquired
 6     about that with the CP faculty and with the AP faculty
 7     and what happened was that before --
 8              MS. VARUGHESE:  It's the beginning of the
 9     year.  It's the beginning of the year and there are
10     some residents --
11              MR. FIRPO-BETANCOURT:  They were taking --
12     traditionally taking -- the thought was let's do all
13     the AP up front so that then the third and fourth year
14     will be on the fourth.  Then something happened with
15     the new crew and they'd automatically take them off
16     without even discussing with the CP rotation because
17     they were not really formalized.  The CP complained and
18     the AC pointed that out that was unacceptable.  So it
19     was agreed, no.
20              Now, the only way to be fair because there's
21     only so many residents and we're in the transition,
22     still most of the -- doing the CP right now are third
23     and fourth years because you were from that original
24     crop.
25              MS. VARUGHESE:  I know.  This year like a lot
```

1   of the third years have a lot of CP months.  Last year
2   I only like one month or something.
3              MR. FIRPO-BETANCOURT:  Exactly.
4              MS. VARUGHESE:  And this year I have like,
5   what, eight months.  I mean, Englewood is being counted
6   as CP which -- you know, I gross there and I do a lot
7   of cytology.  It's minimum CP.  As an elective I don't
8   mind that it's considered one month of CP, but as a,
9   quote, unquote, traditional CP, it's not.
10             MR. FIRPO-BETANCOURT:  Yes, I have to go
11  there --
12             MS. VARUGHESE:  And then --
13             MR. FIRPO-BETANCOURT:  -- and make sure that
14  whatever part of your rotation there truly constitutes
15  CP.
16             MS. VARUGHESE:  Okay.
17             MR. FIRPO-BETANCOURT:  What area of CP have
18  you?  We have to go through the program.  I have to say
19  what are the areas of CP that you feel more comfortable
20  doing.
21             MS. VARUGHESE:  Well, honestly, like I have
22  very little months of hematology.  I have like, you
23  know, four weeks.  Whether or not it's, you know, I'm
24  in the laboratory, you know, looking at smears or, you
25  know, looking at (indiscernible), things like that,

1   it's not really enough time for me to like to go
2   through the, you know, hematology guidelines or the
3   requirements.
4              I already did two months of micro at the VA.
5   I mean, you know, I don't mind doing micro at the VA
6   again because it's -- you know, I can study and do
7   other things, but --
8              MR. FIRPO-BETANCOURT:  But you could do
9   hematology again while you are at Elmhurst.  Where are
10  you now?  Elmhurst?  What is the name of the hospital?
11             MS. VARUGHESE:  Right now?
12             MR. FIRPO-BETANCOURT:  Uh-huh.
13             MS. VARUGHESE:  I'm at the Bronx VA.
14             MR. FIRPO-BETANCOURT:  You're at the Bronx
15  VA.  So you can do some more micro.  Can you do heme?
16  Would you like to do heme there?
17             MS. VARUGHESE:  I can do hematology at the
18  Bronx VA?
19             MR. FIRPO-BETANCOURT:  Yeah.  Are you all
20  classified as doing both AP and CP rotation at the VA?
21             MS. VARUGHESE:  I'm doing the AP rotation at
22  the VA right now, which is a surgical pathology.
23             MR. FIRPO-BETANCOURT:  Right.  How is that?
24  Let's talk about what is supposed to be happening.  Are
25  you happy there?  Did you get an --

```
                            Colloquy                      42

 1              MS. VARUGHESE:  Yes.
 2              MR. FIRPO-BETANCOURT:  -- orientation to the
 3      rotation?
 4              MS. VARUGHESE:  Yes, they gave me orientation
 5      day one of the rotation --
 6              MR. FIRPO-BETANCOURT:  Okay.
 7              MS. VARUGHESE:  -- both times I was there.  I
 8      know like I'm going to get -- I mean, it's pretty
 9      organized.  I like it there because of that.
10              MR. FIRPO-BETANCOURT:  So you're happy with
11      that.  Should I try to negotiate that you get some time
12      of that time that you're going to be at the VA to also
13      do some CP?
14              MS. VARUGHESE:  Well, I'm there for two weeks
15      now then I'm coming back to hemepath here --
16              MR. FIRPO-BETANCOURT:  Oh, okay.
17              MS. VARUGHESE:  -- at Mount Sinai.  I'm
18      talking about later in the year.
19              MR. FIRPO-BETANCOURT:  Okay.
20              MS. VARUGHESE:  I have two months on
21      microbiology at the VA, of which two months I had
22      already done my first year.
23              MR. FIRPO-BETANCOURT:  Okay.  Let's go very
24      carefully over the -- we went over the number of months
25      and according to the block system you will fulfill all
```

```
                            Colloquy                      43

 1      the requirements.  The major problem that you're having
 2      is with the 24 autopsies.
 3              MS. VARUGHESE:  No, I have 32 autopsies, plus
 4      several autopsies at the VA that I have not counted
 5      yet, and there are also several autopsies at the
 6      Elmhurst I haven't counted.  So I presume once I count
 7      all those it's going to be at least 35, 36.
 8              MR. FIRPO-BETANCOURT:  Have you been entering
 9      that?
10              MS. VARUGHESE:  Yes, it's already in the
11      ACGME log system, and obviously like, if need be, I
12      have to go into getting a lot of information regarding
13      these autopsies.  I mean, I can simply just get the
14      PADs and have it all --
15              MR. FIRPO-BETANCOURT:  Because we spent a lot
16      of time making appointments at the Office of the
17      Medical Examiner, making sure that they can really
18      supervise you to make sure that you do fulfill the
19      requirements.
20              MS. VARUGHESE:  Yeah, that's --
21              MR. FIRPO-BETANCOURT:  They were going to
22      work with you directly.
23              MS. VARUGHESE:  -- my other concern because
24      like I said I want to like apply for the boards.
25              MR. FIRPO-BETANCOURT:  I know.
```

Colloquy                                    44

1   MS. VARUGHESE:  And I want to take it in May
2   and, you know, my medical examiner rotation is in
3   January.  The applications are due like January 15th or
4   something, which means like I can't basically meet the
5   requirement.  Like, I mean, maybe I should be at the ME
6   and like -- instead of the GI.
7   MR. FIRPO-BETANCOURT:  Okay.  No, that's a
8   problem.  I mean, you are -- you want to replace GI for
9   ME?
10   MS. VARUGHESE:  No.
11   MR. FIRPO-BETANCOURT:  Would you like to not
12   to do the GI, not do the derm, but do the ME?
13   MS. VARUGHESE:  No, I want to do derm, but I
14   want to maybe have a schedule so like I can do ME
15   earlier because, I mean, I need to --
16   MR. FIRPO-BETANCOURT:  Remember, we have one
17   resident --
18   MS. VARUGHESE:  At a time that --
19   MR. FIRPO-BETANCOURT:  -- probably that is
20   going to be in the hospital for an extended time.
21   MS. VARUGHESE:  What do you mean?
22   MR. FIRPO-BETANCOURT:  One of the first years
23   --
24   MS. VARUGHESE:  Oh.
25   MR. FIRPO-BETANCOURT:  -- is going to the

Colloquy                                    45

1   hospital.  I mean, she has been in the hospital already
2   twice.  She may have to go on extended -- and go on
3   extended leave.
4   MS. VARUGHESE:  Okay.
5   MR. FIRPO-BETANCOURT:  That's the other thing
6   we'll work with.  We have had several residents have
7   been having health problems and that's why the whole
8   thing falls apart.
9   MS. VARUGHESE:  Well, I'm happy to cover
10   whenever like, you know, there's --
11   MR. FIRPO-BETANCOURT:  So changing the
12   schedules --
13   MS. VARUGHESE:  It's not like --
14   MR. FIRPO-BETANCOURT:  That's the top
15   priority right now we changing the schedule is to
16   accommodate those two things.  Once that is done then
17   we're going to see what room is there to shift you
18   around.
19   MS. VARUGHESE:  I know, but I'm a fourth year
20   resident.  I have not had any elective time.  You know,
21   I'm not going away on any electives.  I'm doing like
22   extra months on micro.  I'm doing extra months at
23   Englewood.  You know, like it's not really an ideal
24   situation for me because, you know --
25   MR. FIRPO-BETANCOURT:  But you sat down with

Colloquy                        46

1     someone when your schedule was made --
2              MS. VARUGHESE:  Well, I e-mailed Dr. --
3              MR. FIRPO-BETANCOURT:  -- because Dr. Lento
4     told me --
5              MS. VARUGHESE:  I mean, I e-mailed Dr. Lento,
6     Adrienne and Liz regarding my concerns about the
7     schedule and what I would like.
8              MR. FIRPO-BETANCOURT:  When?
9              MS. VARUGHESE:  After the schedule was made.
10             MR. FIRPO-BETANCOURT:  Ah.
11             MS. VARUGHESE:  No, but before I also said --
12    I imagined they would be fair enough and I would have,
13    you know, comparable months of hematology or have
14    comparable months of clinical chem, et cetera, et
15    cetera, to a lot of the other residents who graduated
16    recently and the resident who are, you know, a year
17    below me and my peers, but that's not really the case.
18    Like I noticed that a lot of the -- you know, it's not
19    exactly on par with everybody else's training.
20             MR. FIRPO-BETANCOURT:  Well, that is a very
21    general statement.  I want more concrete things.  We --
22    that forces me to go back to address your concerns to
23    review this, the times and go on time and count and
24    that's already done for the implementation of the ACGME
25    in response to the citations.  I have to get all those

Colloquy                        47

1     legal papers, go back --
2              MS. VARUGHESE:  No, it's pretty simple.  I
3     mean, all you got to do is like change, you know --
4              MR. FIRPO-BETANCOURT:  No, no, it's very
5     simple to do the change that you want, but it's not
6     simple is to demonstrate that your claim that you're
7     being treated differently than the others --
8              MS. VARUGHESE:  Well, I mean, the residents
9     --
10             MR. FIRPO-BETANCOURT:  -- is real.
11             MS. VARUGHESE:  -- have a tally of like the
12    amount of rotations that they do.  So if you were to
13    compare my tally to my peers and then the class below
14    me or the class above me, I mean, that's like an easy
15    way to look at like exactly how many months of CP
16    rotations that I'm getting and what the break down of
17    the CP rotations that I'm getting.
18             MR. FIRPO-BETANCOURT:  But, remember, some
19    people have elective time and they choose to do more CP
20    than others.  The bottom line is would you be able to
21    fulfill the requirements for the board?  That's the one
22    thing that the program is legally responsible for.  If
23    our numbers add up to the 18 months required for you to
24    sit in the board we are covered.  Now, it's late in
25    your career as a PGA4 to start thinking about all these

Colloquy                                    48

1   other things.  You should have planned that way ahead.
2            MS. VARUGHESE:  I did.  I asked and requested
3   -- I mean, I can't do -- you know what mean, I can't do
4   anything --
5            MR. FIRPO-BETANCOURT:  I know.
6            MS. VARUGHESE:  -- beyond that.
7            MR. FIRPO-BETANCOURT:  We cannot do --
8            MS. VARUGHESE:  That's --
9            MR. FIRPO-BETANCOURT:  Okay.
10           MS. VARUGHESE:  That's the hierarchal order
11  of where I work.  So --
12           MR. FIRPO-BETANCOURT:  So let's make sure in
13  terms of professionalism is to be able to work as a
14  team, to be able to pitch in, systems, best practice.
15  So you did receive all these.  You signed the
16  department --
17           MS. VARUGHESE:  I signed it on the 15th.
18           MR. FIRPO-BETANCOURT:  -- sheet on time.  You
19  are familiar with the policies.  Read them, please.
20  Abide by them.  If you can't or anything happens or you
21  feel that the way you're being approached, even though
22  follows the policy, is unfair or discriminatory you
23  communicate to me and bring it to my attention and I
24  will follow it then.  But what's not acceptable as a
25  member of the team, as a senior resident is to just

Colloquy                                    49

1   say, no, or to refuse to abide by an action which
2   responds to the needs of the programs.
3            And we'll continue moving forward.  It's part
4   of professionalism.  It's part of the sixth dimension
5   of the assessment in which you're going to be looked
6   at.  Everybody, not you -- only you, everybody is being
7   looked at that way.  Okay.
8            Then the next -- over the next two weeks I'm
9   going to put together all the information of what
10  happened over these two weeks to have the record
11  completely cleared.  We've had this conversation about
12  the policies, so that's out of the way.  We're not
13  going to have any problems.
14           And from now on anything that you feels
15  affects you or is adversely affecting you as a resident
16  because of the behavior of others, whether they're in
17  the hierarchy or not, you're going to let me know
18  directly and I will deal with it from then on.  Don't
19  get into confrontations.
20           MS. VARUGHESE:  I haven't.
21           MR. FIRPO-BETANCOURT:  Okay.  Don't challenge
22  or whatever.  Just do -- this is what needs to be done.
23  This is what the policy says.  We'll do it because
24  everybody's doing it.  Everybody else is doing it.  You
25  should see Dr. Grunes work, how she's being --

1          MS. VARUGHESE:  Well, you should see how hard
2    I'm working.  I mean, you know, I have pressure from
3    cytogenetics to like fulfill certain requirements.  I
4    -- you know, I obviously want to do that and I want to
5    learn that, but then I'm being, you know, asked to do
6    other things, which is fine.
7          MR. FIRPO-BETANCOURT:  Well, this is why --
8          MS. VARUGHESE:  But --
9          MR. FIRPO-BETANCOURT:  -- I need to time
10   because Dr. Najfeld came here after your presentation
11   and we had a long discussion and she was very unhappy
12   with your performance.  And I told her, tell me
13   specifically how did not fulfill the requirement of
14   your rotation and she's going to put that in writing
15   and she's going to go through it and I want to have it
16   and we can discuss it and if necessary we're going to
17   meet with her.
18         MS. VARUGHESE:  Well, then maybe I should go
19   back to cytogenetics for a another two weeks or a
20   month.  I mean, I don't know.  That's probably the
21   right action to take then.
22         MR. FIRPO-BETANCOURT:  So you're working to
23   do some remedial work in cytogenetics?
24         MS. VARUGHESE:  Well, I could do that.  I
25   mean, it's not --

1          MR. FIRPO-BETANCOURT:  That's also CP, right?
2          MS. VARUGHESE:  Yes.
3          MR. FIRPO-BETANCOURT:  So I'll discuss that
4    with her when I -- to do some more work and we can find
5    that in the context of the --
6          MS. VARUGHESE:  Yeah, actually I had a really
7    interesting case several years ago that had some
8    interesting cytogenetic findings.  I mean, I'd be happy
9    to do a case report about that or something along those
10   lines --
11         MR. FIRPO-BETANCOURT:  Okay.  So --
12         MS. VARUGHESE:  -- if she wants me to do
13   that.  I mean --
14         MR. FIRPO-BETANCOURT:  So I'll suggest that
15   as a possibility too.  I just want to have all the
16   facts straight so that we can continue moving forward
17   in this thing and try to overcome some of these
18   problems, but I'm looking into everything.  I'm trying
19   to get everything organized.  I want to be fair, and
20   the one way to be fair is to be objective.
21         And I want you to think about that and to --
22   and abide by the agreement, but we agree this is your
23   last year, what you want do is finish with these as
24   softly and smoothly as possible.  Let's make sure we --
25   you meet all the requirements.

```
                                Colloquy                    52

 1              If you for any reason cannot meet the
 2     deadline and you have to apply late I will pay the
 3     additional money if it comes to that.  Okay.  And I
 4     give you my word in front of Mrs. Patel, who is our
 5     business -- who is our department administrator, but I
 6     need you to do your part.  You have to be the star
 7     resident --
 8              MS. VARUGHESE:  Oh, no.
 9              MR. FIRPO-BETANCOURT:  -- of the program.
10              MS. VARUGHESE:  I just want to do my job.
11     Here's the thing, so --
12              MR. FIRPO-BETANCOURT:  Yeah, that's what is
13     required to do your job.  Do it well with enthusiasm.
14              MS. VARUGHESE:  So can I switch into dermpath
15     or what's the --
16              MR. FIRPO-BETANCOURT:  We'll have to wait
17     until we decide what happens with these -- one resident
18     is going to --
19              MS. VARUGHESE:  And the other thing is I
20     actually already made plans to go to the Osler in
21     October, October 2nd to the 8th.  That's the last one
22     that's offered this year and I feel like that's going
23     to be the most useful for me as a fourth year.
24              MR. FIRPO-BETANCOURT:  October?
25              MS. VARUGHESE:  2nd.
```

```
                                Colloquy                    53

 1              MR. FIRPO-BETANCOURT:  That's the Florida
 2     one.
 3              MS. VARUGHESE:  The Florida one.  So --
 4              MR. FIRPO-BETANCOURT:  From two to when?
 5              MS. VARUGHESE:  I'm only going for the AP
 6     because I already said that I'm only taking the AP
 7     part.  So it's only like from Sunday to like Thursday.
 8              MR. FIRPO-BETANCOURT:  Remember that you have
 9     to submit the arrangements for coverage.
10              MS. VARUGHESE:  Well, I'm on GI, but I want
11     to switch to dermpath, so -- and I'm not on call during
12     that week.  So there shouldn't be any issues in terms
13     of coverage if I'm on dermpath.
14              MR. FIRPO-BETANCOURT:  Well, you are on GI
15     right now.  We have to --
16              MS. VARUGHESE:  Elective.  I'm on an
17     elective.  That's my elective month.  I mean, if I
18     don't want to do GI and I cannot do dermpath then I'm
19     going to do a CP elective.
20              MR. FIRPO-BETANCOURT:  Okay.
21              MS. VARUGHESE:  Which is, you know, I mean --
22              MR. FIRPO-BETANCOURT:  But then say you're
23     going to take the days out of that.
24              MS. VARUGHESE:  Yes.
25              MR. FIRPO-BETANCOURT:  It would be on that
```

Colloquy                                54

1   time.
2           MS. VARUGHESE:  Yes.
3           MR. FIRPO-BETANCOURT:  Okay.  So you will be
4   taking the Osler.  Remember to bring the paperwork and
5   all this stuff.
6           MS. VARUGHESE:  Yeah, I know it's being paid
7   for.  So in terms of -- I already booked the ticket and
8   I already booked the hotel.  I have to pay for the
9   course.  Is that something that the department pays for
10  or --
11          MR. FIRPO-BETANCOURT:  I wanted that to be
12  given to the third and fourth year.  We'll pay the
13  course, the travel and the hotel.
14          MS. VARUGHESE:  Okay.  Well, I mean, I have a
15  great deal on (indiscernible), and I'm only staying for
16  like, you know, five days, so.
17          MR. FIRPO-BETANCOURT:  Bring the paperwork,
18  the receipts or whatever it is so we can have it on
19  file, the Osler schedule.
20          MS. VARUGHESE:  Okay.
21          MR. FIRPO-BETANCOURT:  Make sure that you're
22  going to be covering and, you know, you can explain
23  that during this period of time I am on this rotation
24  and this is how I -- it's going to be handled.
25          MS. VARUGHESE:  Well, it's my elective month.


Colloquy                                55

1   So I think maybe, you know, if dermpath is not a
2   possibility for whatever reason then I'm going to
3   switch to CP because that's --
4           MR. FIRPO-BETANCOURT:  If we can.
5           MS. VARUGHESE:  But that's my elective.
6           MR. FIRPO-BETANCOURT:  I know it's elective,
7   but --
8           MS. VARUGHESE:  Like everybody else's
9   electives --
10          MR. FIRPO-BETANCOURT:  No, no, no.  Elective
11  means you're required to do A, B, C, D.
12          MS. VARUGHESE:  Yeah, but --
13          MR. FIRPO-BETANCOURT: You have x number of
14  extra months upon which then you can go and revisit
15  either another rotation in which you want to be
16  stronger or learn more or you -- something else which
17  is not part of the curriculum.  You can outside.  You
18  can stay within the institution.  Once you make the
19  decision this time, which is allocated to me, I'm going
20  to use it this way you are locked in the schedule
21  because any change affects everybody else.
22          So it's elective in terms that you chose what
23  you wanted to do during that block time.  It's no
24  longer elective for you to remove from it.  I have to
25  get authorization from Dr. Harpaz to be able to remove

Colloquy                    56

```
 1    you from the schedule, as I have to get authorization
 2    from Dr. Birge that she will be willing to fit you into
 3    her schedule at that time.  She has no problem
 4    accepting you.  I have to negotiation now how I am
 5    going to release you from there.  Okay.  So I have to
 6    make an appointment.  I have not been able to do that
 7    because I am --
 8              MS. VARUGHESE:  Okay.
 9              MR. FIRPO-BETANCOURT:  -- taking care of the
10    other fires.
11              MS. VARUGHESE:  Well, then it shouldn't be an
12    issue.  I don't foresee any issues with that, and I'm
13    going to go the Osler for that first.
14              MR. FIRPO-BETANCOURT:  That's what I have to
15    do right now.
16              MS. VARUGHESE:  Okay.
17              MR. FIRPO-BETANCOURT:  So at best we play
18    with it.  We still have September to deal with it and
19    the rest of August, and I should have this cleared by
20    the next time we meet.  So I'm working on that.  I
21    already met with Lento.  We went over your file.  We
22    went over your months, all the calculations.  The
23    question was whether you're going to have all the
24    requirements to apply for the -- register for the board
25    exam on time.
```

Colloquy                    57

```
 1              If -- we put several scenarios, if you don't
 2    meet the requirements because you have to have done and
 3    documented the autopsies, if you have not met the
 4    requirement how can we as soon as possible expedite to
 5    satisfy that to meet the 50.  And if as part of that
 6    you have to apply late and pay your fee I am telling
 7    you now that I will pay -- pick up that difference.
 8    Okay.
 9              But if you have added cases -- because the
10    last time we counted and according to his record you
11    had only -- you were missing 24 autopsies.  So we made
12    all the remediation plan based on finding 24 cases for
13    you to fulfill that requirement.
14              MS. VARUGHESE:  Well, I expect that I am
15    going to do at least 20 at the ME, which is like one a
16    day or two, you know --
17              MR. FIRPO-BETANCOURT:  Yeah.
18              MS. VARUGHESE:  -- and I'm going to assist
19    with the dissection and go to the conferences.  So that
20    shouldn't be a problem at all, and I actually do have,
21    you know, four -- you know, like six from Elmhurst and
22    I did two from the VA.
23              MR. FIRPO-BETANCOURT:  So make sure the log
24    is up to date so when he looks at it again within the
25    following week everything is in order.
```

Colloquy                                    58

1        All these issues, your performance in the
2   lab, your interaction with your residents, your
3   colleagues, the problems that arise are dimensions of
4   professional behavior, your professional behavior,
5   their professional behavior.  So although this doesn't
6   seem directly relevant to the discussion it is because
7   it's part of the actual experience that you're going
8   through at this point of your formation as a senior
9   resident.
10        So as you reflect again and see of all the
11  things that you pointed out here, which I'm going to
12  read about and we will discuss next time, which of
13  these experiences that has happened are reflected in
14  those ideas.
15        Remember, sometimes we are treated unfairly
16  or we feel being treated unfairly because we're all
17  human, and sometimes in the crisis I mean a resident
18  just abruptly requests something, but it's one of 10
19  major problems they were handling that day at that
20  moment at the same time and you have to put yourself in
21  that situation and go back, put aside your perception,
22  say, listen, yes, I don't like to be treated this way,
23  but maybe what else is going on and give them the
24  benefit of the doubt.  Sometimes you expect that from
25  yourself.

Colloquy                                    59

1        MS. VARUGHESE:  I have.
2        MR. FIRPO-BETANCOURT:  Okay.  All right.  I'm
3   just saying --
4        MS. VARUGHESE:  I can give you numerous
5   examples of how I've been very professional.  Out of
6   respect for the people and the seniors that I've worked
7   for I have not, you know, went to any great length
8   because I expect to be treated fairly.  I mean, that's
9   just who I am and that's the way I've always been.
10        So I mean, I can really, you know -- I mean,
11  I just want to work with you, go over, you know,
12  whatever professionalism that -- you know,
13  unprofessionalism or what you think I'm lacking in.
14  You know, I'm going to try my best to --
15        MR. FIRPO-BETANCOURT:  Exactly.
16        MS. VARUGHESE:  -- fulfill those criterias
17  and --
18        MR. FIRPO-BETANCOURT:  You should grow.  One
19  thing is temperance.  You have to think about the other
20  person, put the request in perspective, does it affect
21  others, does it affect patient care, does it affect
22  department function --
23        MS. VARUGHESE:  Oh, I have.
24        MR. FIRPO-BETANCOURT:  -- once it does you
25  do.

Colloquy                              60

1    MS. VARUGHESE:  I have.  I always do.  That's
2  the first and the most important thing for me
3  obviously, and I can give you numerous example of, you
4  know, how I have exemplified that.  So --
5    MR. FIRPO-BETANCOURT:  So break them down for
6  next time and we'll discuss them because I need to have
7  them -- I would like to add that to our file of
8  discussion because one of the expectations is that I
9  document your growth.  In other words, we began here
10  and the baseline that they're looking is you were
11  disrespectful to the new chairman, you had not done --
12  read the book properly, you're --
13    MS. VARUGHESE:  Oh, I have read the book.
14  I've actually marked this thing.  I went prepared to
15  have a discussion, but it just, you know, it never took
16  place.  So --
17    MR. FIRPO-BETANCOURT:  Okay.
18    MS. VARUGHESE:  And I also --
19    MR. FIRPO-BETANCOURT:  We'll work on that
20  too.
21    MS. VARUGHESE:  I also found additional
22  material on professionalism --
23    MR. FIRPO-BETANCOURT:  Fantastic.  Okay.
24    MS. VARUGHESE:  -- which is very relevant to
25  pathology actually --

Colloquy                              61

1    MR. FIRPO-BETANCOURT:  Fantastic.
2    MS. VARUGHESE:  -- and even more interesting
3  than --
4    MR. FIRPO-BETANCOURT:  So let's make --
5    MS. VARUGHESE:  -- this whatever --
6    MR. FIRPO-BETANCOURT:  -- the order this week
7  to prepare a module on professionalism and pathology.
8    MS. VARUGHESE:  Yeah, I mean, hopefully -- I
9  mean, is there any way we can just meet like every week
10  and --
11    MR. FIRPO-BETANCOURT:  Until I know what's
12  going to --
13    MS. VARUGHESE:  Because --
14    MR. FIRPO-BETANCOURT:  -- happen with the
15  schedule I cannot.  It's supposed to be over three
16  months.
17    MS. VARUGHESE:  Because the letter doesn't,
18  you know --
19    MR. FIRPO-BETANCOURT:  Well, let me clarify
20  that, let me ask --
21    MS. VARUGHESE:  It says biweekly and then
22  it's -- I mean, it's almost out of the left field in
23  the sense how it's written and who assigned it.  I am
24  -- it's just a very confusing letter as well.
25    MR. FIRPO-BETANCOURT:  Let me track it down

Colloquy                                62

1    and find out all the details.
2            MS. VARUGHESE:  And, two, you know, three
3    months is like the minimum requirement notice for a
4    resident if you're not interested in keeping the person
5    in the program and if that's the case, you know, I need
6    to know ASAP because I need to know how to proceed.
7            MR. FIRPO-BETANCOURT:  Okay.
8            MS. VARUGHESE:  So that's -- you know, that's
9    also another courtesy that's professional courtesy that
10   you expect --
11           MR. FIRPO-BETANCOURT:  Sure.
12           MS. VARUGHESE:  -- and you provide to
13   residents --
14           MR. FIRPO-BETANCOURT:  Sure.  I take all that
15   into consideration and I put it in my discussion for
16   the next date.  So who signed that letter that you're
17   talking about?  Is it --
18           MS. VARUGHESE:  Dr. Cordon-Cardo.
19           MR. FIRPO-BETANCOURT:  Dr. -- so let me make
20   an appointment.  Let's make sure we make an appointment
21   to talk to him about that letter specific and what the
22   intention -- the intent was and take it from there, but
23   we'll meet in two weeks.  The next time will be in two
24   weeks and then we'll decide what we're going to do.
25   Okay.  That will give me that time to get all the other


Colloquy                                63

1    things in order.  So today is the 17th.  So the 31st?
2            MS. VARUGHESE:  Yes, I'll be back here.
3            MR. FIRPO-BETANCOURT:  You'll be back here?
4            MS. VARUGHESE:  Yeah, I'll be back on
5    hemapathology.  So let's do -- do you want to do early
6    or -- I mean, it's going over the hour here.
7            MR. FIRPO-BETANCOURT:  Well, you're going to
8    be here anyway, so if it will be easier for you we can
9    meet actually the 30th -- no, the 30th is the day that
10   we're meeting with the -- the 28th at night they come
11   -- or we meet the 29th.  Oh, we can meet the 30th after
12   the CP conference.
13           MS. VARUGHESE:  Oh, it's such a busy day.
14   You know, there are two conferences and then I have to
15   get back to the floor and look at the slides, get all
16   everything organized.
17           MR. FIRPO-BETANCOURT:  I have to leave -- I
18   have to go to Washington on the 30th in the evening.
19           MS. VARUGHESE:  Okay.
20           MR. FIRPO-BETANCOURT:  What about the 29th in
21   the afternoon?
22           MS. VARUGHESE:  And you're leaving for the
23   week, is that it?  So --
24           MR. FIRPO-BETANCOURT:  Yeah, I have to go to
25   a meeting in Washington because I haven't moved.

```
                          Colloquy                    64

 1              MS. VARUGHESE:  Yeah, no, I understand.  Do
 2    you want to do the Friday on the 26th or even like in
 3    the following week afterwards?  Actually that's a bit
 4    early.  That's a bit early.
 5              MR. FIRPO-BETANCOURT:  So we can do it on the
 6    Tuesday the 6th --
 7              MS. VARUGHESE:  Okay.
 8              MR. FIRPO-BETANCOURT:  -- of September.
 9    Okay.
10              MS. VARUGHESE:  Do you prefer Tuesdays, is
11    that it?  Because -- just because it's --
12              MR. FIRPO-BETANCOURT:  No, I have no
13    particular reference.
14              MS. VARUGHESE:  -- I mean, just because it's
15    just like a really busy --
16              MR. FIRPO-BETANCOURT:  It was the convenience
17    that everybody is coming here and they wanted to.
18              MS. VARUGHESE:  No, it's not --
19              MR. FIRPO-BETANCOURT:  But what day is better
20    for you?
21              MS. VARUGHESE:  I'm in the institution so I
22    can just, you know, walk over.  It's not really -- I
23    mean, any day works for me really.
24              MR. FIRPO-BETANCOURT:  Monday the 5th is
25    labor day.
```

```
                          Colloquy                    65

 1              MS. VARUGHESE:  Right.
 2              MR. FIRPO-BETANCOURT:  Okay.  So do you
 3    prefer Mondays or do you prefer Wednesday?  I don't
 4    care.
 5              MS. VARUGHESE:  I mean, Wednesdays or Fridays
 6    would be the best day for me.
 7              MR. FIRPO-BETANCOURT:  So let's do it
 8    Wednesday.
 9              MS. VARUGHESE:  Okay.  Great.
10              MR. FIRPO-BETANCOURT:  So Wednesday the 7th.
11              MS. VARUGHESE:  Okay.
12              MR. FIRPO-BETANCOURT:  Okay.  And then we'll
13    meet at -- do you want to come at 7:30?  No, no,
14    because you have the conference at eight o'clock.
15              MS. VARUGHESE:  Eight o'clock.  So --
16              MR. FIRPO-BETANCOURT:  So seven.
17              MS. VARUGHESE:  Or do you want to do it at
18    nine?
19              MR. FIRPO-BETANCOURT:  Nine is fine with you
20    on Wednesday is fine.  Yeah, nine is better because
21    then I'll go to the conference, too.
22              MS. VARUGHESE:  Okay.
23              MR. FIRPO-BETANCOURT:  Okay.
24              MS. VARUGHESE:  Great.
25              MR. FIRPO-BETANCOURT:  Remember, do your job.
```

```
                          Colloquy                      66
 1      Do the --
 2              MS. VARUGHESE:  Be a team player.
 3              MR. FIRPO-BETANCOURT:  Yes, please.
 4              MS. VARUGHESE:  Exactly.
 5              MR. FIRPO-BETANCOURT:  Please.  All I want is
 6      to see you finish this year and move on.
 7              MS. VARUGHESE:  Oh, that's --
 8              MR. FIRPO-BETANCOURT:  Okay.
 9              MS. VARUGHESE:  -- what I would like.
10              MR. FIRPO-BETANCOURT:  Oh --
11              MS. VARUGHESE:  Okay.
12              MR. FIRPO-BETANCOURT:  -- by the way, I was
13      told that there is a special course in blood banking
14      with NY Blood bank system, did you look into it?
15              MS. VARUGHESE:  Yeah, and it's like a month
16      course.  I was actually just in that and --
17              MR. FIRPO-BETANCOURT:  Yeah, look into it and
18      get details.
19              MS. VARUGHESE:  Yeah, Dr. Wu (phonetic) and
20      some other -- some of the other attendings were telling
21      me about it.  So --
22              MR. FIRPO-BETANCOURT:  Okay.
23              MS. VARUGHESE:  I don't know when it's
24      offered and how I would -- I guess I would talk to them
25      about it.
```

```
                          Colloquy                      67
 1              MR. FIRPO-BETANCOURT:  Yeah, ask them about
 2      the details and --
 3              MS. VARUGHESE:  Okay.
 4              MR. FIRPO-BETANCOURT:  -- I'll support you.
 5              MS. VARUGHESE:  Okay.
 6              MR. FIRPO-BETANCOURT:  Okay.
 7              MS. VARUGHESE:  Okay.  Great.  Thanks.
 8              MR. FIRPO-BETANCOURT:  Good.  Take care.
 9                       * * * * *
10
11              C E R T I F I C A T I O N
12
13              I, COLETTE MEHESKI, the assigned transcriber,
14      do hereby certify the foregoing transcript of
15      proceedings on compact disk is prepared in full
16      compliance with the current Transcript Format for
17      Judicial Proceedings and is a true and accurate
18      compressed transcript of the proceedings as recorded,
19      and to the best of my ability.
20
21
22
23      /s/ Colette Meheski
24      COLETTE MEHESKI       AOC #628
25      J&J COURT TRANSCRIBERS, INC.  DATE: May 19, 2014
```

Firpo:         I'm going to need you to get that out of the way. That will be my first strike. We're talking about some of your [Inaudible 0:00:45].

Varughese:     I'm sorry ...

Firpo:         Issues.

Varughese:     My phone carrier had just changed. There was some reception problem because I was just trying to call you.

Firpo:         Oh, okay.

Varughese:     Just got out of the train.

Firpo:         How was your time since our last meeting two weeks ago?

Varughese:     Fine, but I actually had a little ... few concerns because Dr. Najfeld only received the tumor cytogenetics course requirements or what not and that's for like one month and I was only there for like two weeks.

Firpo:         this time, You have been two weeks there before?

Varughese:     Yeah, I was there before but that was like so ... you know, like a year and ... or like half a year ago or something like that and it was a very interrupted rotation because of that and the other thing is that there were some requests for me to cover for another resident and that kind of got out of hand in terms of how it was handled by all the parties involved because ... one time I couldn't cover because I had injured my arm and I had actually emailed her right away when I received the email saying I couldn't cover, I am sorry.

               Adrienne took that as being sort of a negative thing and she started saying, sort of you know, - You better cover. How can you? You need to get a doctor's note and fill in, and so forth, which was completely unreasonable because I injured my arm but I still came into work. It was just that I couldn't perform the frozen sections. I mean, it seems kind of unreasonable to like go to that extent to force someone to do something they cannot do it physically.

Firpo:         Let's make a list of things that you [Inaudible 0:02:38].

Varughese:     I feel like that was very unprofessional and very confrontational which was not good.

Firpo:         The first thing is tumor cytogenetics rotation with Dr. Najfeld. How was that? You were scheduled for two weeks. Now you are concerned that the previous experience was two weeks but far removed.

Varughese:     It was far removed and I actually had very minimal interaction with Dr. Najfeld at that point because she was working on a grant and I actually didn't like work directly with her, nor do any karyotypes at that point. I just basically worked with Angela who doesn't even remember that I was there because I guess it was a

while ago or something. I basically talked to her every morning and she gave me like an hour introduction or a lecture.

Firpo:        You worked at the time with Cooper Marley, the technician?

Varughese:   There was a technician but she's no longer there actually, the technician I worked with, and I worked with Issa as well.

Firpo:        Issa?

Varughese:   He was there before as well. Everybody else there seems to be pretty new so I am not really familiar with them. I was only familiar with two of the techs there and I worked with one, and then it was two weeks, it was too short of a time at that point again to really get into the material and so I just did what I could in terms of following procedures and working with Dr. Najfeld. This time I actually did work with Dr. Najfeld.

Firpo:        I didn't know. How was that experience in itself?

Varughese:   **Actually, it was initially very abrupt, because she only got that requirement list like three days in or four days in.**

Firpo:        She wrote that.

Varughese:   Oh, she wrote it?

Firpo:        Yes.

Varughese:   **Okay, well I wasn't aware of that particular document. I just thought that ... I mean she had it but she didn't give it to me till Thursday. Then she took off Friday or she was working but she wasn't there.**

Firpo:        You see the ... I'm told that the usual procedure is that the manual the curriculum is in the G drive and that during orientation all the residents are told that at the beginning of their orientation they're supposed to go over to the curriculum and check it out. Now the system emails you a reminder from new innovations; Listen, you're starting in two or three days. This is the responsibilities. Review, verify that you have received it and seen it. The idea for that is that you know what you're supposed to be doing, who is going to be the supervisor, make sure you meet with them and clarify things and their expectations in case there is anything special.

Most cases should be routine. Those are the things that we bear well in advance. Then you both start from a new point of reference. You know, what we're going to do, how we're going to do it, how much time we have. Because I wasn't too comfortable with that. I'm not sure how much of their system is in place and all that. I requested ... **I again requested when I arrived in July 1st that whoever is going to start a rotation meet with the person in charge.** I've been sending the pages from the curriculum to them to remind them this is what you agreed to provide us an experience. **Sit with the resident coming in,**

make sure you both understand what the requirements and the expectations are so there is no confusions during the time, sign it both so you both agree that this is on this date what you have agreed to do and let's take it from there.

I'm also asking them at the end of the period to sit again and go over their things. Did you get to do everything you wanted to do? Did you ... was there any major problem? The machine broke, the technician was away, anything happened, and if we need to then provide you with another structured experience through the rotation until you fulfill as [inaudible 0:07:09] their requirements and you're prepared. That is to ... when you finish every rotation you should be competent in those basic stuff which you know for sure are going to be in the board but they're also essential for you to be able to practice general pathology.

Varughese:    Yeah. No, I completely understand and usually the Attendings go over the particular expectations for a rotation in the beginning. **Not like several days in ... I mean it was Thursday when I went over with her and she at that point was like, "Oh, I want you to present this case as well for next Tuesday," which was also a very short notice because I need time to prepare all the material and get everything together.** I had the case pretty much prepared but it's just like I didn't actually meet with her and have this discussion about what's expected of me till Thursday.

Monday I spoke to her and she wanted me to read Molecular Cytogenetics the book. Dr. Zhang's book and she has a chapter in there, so I actually ended up reading that book and like going over some of the lab protocols really briefly just to get myself familiar with like just what's done in the lab and how they approach their issues and problems and what the standard protocol is and I spent just a lot of time with the text and going over their sample set up and slide making and dropping, things like that. That's what I did the first three days and then fourth day I ...

Firpo:        So Thursday and Friday of that first week? Those are the only two effective days that you were there. What did you do before Monday ... ?

Varughese:    Well, Thursday, Thursday ... well, Monday, Tuesday, Wednesday I was just basically went over the text and they emailed me telling me what they were doing. Basically the techs were told like they were supposed to work with me and the tech would email me and tell me, "You know, this is what we're doing today. This is what we expect." They would keep me posted as to what ...

Firpo:        Do you have copies of those emails?

Varughese:    Yes.

Firpo:        Could you print them for me?

Varughese:    Yes, and then they said, Okay, you know, we're not doing anything today. Don't

worry about it. Don't come in today or we are too swamped and I totally understand that because they are actually providing patient care and like patients rely on these results. **If the techs feel a little bit overwhelmed then I'm just like, Okay, I'm willing to work with you. I'll just do something that I can do.**

Firpo:       Yeah, but that just is unacceptable.

Varughese:   No, I understand that.

Firpo:       Your position in training you have to learn this. If there is a shortage of techs we have to do something or we have to do something to complete their requirement. Remember the accreditation council is very strict.

Varughese:   No, I understand. Anyway, that's basically what happened the first three days and I ... then the fourth day I talked to Dr. Najfeld and she went over the requirements and she said, this is what is expected of the residents, but she didn't really give me a plan to like really be able to like meet every single requirement. She goes pointing out in the rotation, I guess description, or whatever it is and so I basically still had to work with ... [Firpo interrupts me by looking at the computer screen and essentially talking to himself]

Firpo:       Oh this is what she sent me because I saw that ... I sent it to her and I said it was quite specific because you're going to be doing so many days, you're going to be doing so many FISH, blah blah blah, and also things you just go through the banks and find what the schedule is and you do them. I send the data.

            [1 minute pause, Firpo mumbles to himself]

            Areas in which you are going to be evaluated. Patient care [Inaudible 0:11:41] and improvement, professional communication skills, professional early services and [Inaudible 0:11:47] required.

            [1 minute pause, Firpo continues to read to himself]

            Ok. This is what you should have read and studied; [Inaudible 0:12:58] and supervising faculty [Inaudible 0:13:01] director. The rotation is structured in a way that meets requirements of appropriate graduate medical and progressive instruction, when he or she completes the rotation in time or in shorter periods in different laboratories in the institution. Overview: the general cytogenetic and fluorescence insitu hybridization methods both techniques are used for detection of chromosomal or gene rearrangements in tumor tissue. Goals and objectives: how to perform FISH? Have you learned that? Did you go over that?

Varughese:   I just went over what the techniques that they utilized. I mean, for me it's really how to interpret the FISH that is really more relevant.

Firpo:       Well, that's the point. The technology is advancing so rapidly that it's no longer enough to say ... to memorize what is this supposed to mean and when is it right or when is it wrong? Because it's no longer going to be right or wrong. You

have to be able to say why is this result reliable? Does this result fit with the clinical diagnosis under the differential? How is this resolve influence to determine treatment, clinical management? If none of those things or any of those things are questionable, then you have to help the clinician to explore why this fit. The only way to do that, if you understand the basics of the technology, what are the methods employed to generate the results? What are the variables that influence the quality of that result? What are the technical requirements of the people who are dedicated to perform the test?

**This is what the pathology talks. He is the executive. He is ultimately in charge.** You have to hire, you have to interview, you have to select methods, you have to … I mean, the profession is changing and it's going to change even more rapidly. I mean, blood bank that's every day. The first thing in the morning you do is you have your morning rounds, you see what's happening in the floor; how is the blood scheduled? Did we have enough blood in the store? Did we run short of anything? Was there any kind of reaction?

Drink your coffee!

That's why the emphasis in the best programs is shifting to giving a solid grounding of the basic science of the methodology to the assays that you took. It used to be, 15 years ago, that you just went out these are the assays and this is the panels and these are the ranges and this is how the ranges are more or less set, and these are the different methodologies these are very superficial.

Now we're getting to the point of genomics, so … and this department is going to be like the one in the United States who is going to rule that progressively over the next three to four years. That's important, so you don't have to necessarily go like I have to become an expert in the machine, but you have to be able to see how does it work? What does a technician do? How do you get that result? When you see this versus that [Inaudible 0:16:35] they need to be behind the molecular interactions.

**Like you used to do it with the conference when you saw where there is green and there is red and then there's yellow because the blue merge at one focal center, that explains the reorganization, so that's why … so, if any of those things were not … I want you over the next … we're going to meet again in two weeks because I have to do a lot of paperwork to make sure that we're in the right place and we're moving in the right direction. [illogical mumbling]**

**We have to meet six times. You requested at one point that we meet weekly instead and accelerate the pace.**

I did not ignore that request. I was trying to get together to number one, make sure the possibility of changing the schedule with the dermpath. I never got to that because it took a while for them to answer. Dr. Birge gave an answer saying yes, she is willing to accept you into dermatopathology for your rotation despite of all these changes which are going on, a lot of other things started to emerge.

I'm not clear yet exactly how it happened, but I'm hearing you for the first time and I want to make sure that everything is clear, that I understand one point of view so that we can go over it together.

**Can you then tell me what is your point of view and then we'll decide how to proceed? At this point I am going ... that the problem is ... it's not a problem. The problem you have or the perception of your problem with the rest of the group is that you are not willing to be a team player.** You've been asked many times or been told that you received copy of the resident meeting minutes. Did you finally get them?

Varughese:   Yeah, I did. I got back. I read it and I got back to Elizabeth.

Firpo:   Did you have any objections or comments on this?

Varughese:   See that's the problem I am having because I don't know exactly what the medium is to like raise a concern that a resident may have if they're not at the meetings because that's not really explained anywhere.

Firpo:   Yes it is. It's a policy for review of resident fellow meetings. Meeting minutes. The resident fellow meetings are an important means of communicating important issues of policy changes [inaudible 0:19:16] of this portion some of which affect patient care and observation of fellows and provide if any for discussion of new or old issues that your residents will all receive meetings from time to time. The program director or an invited guest may attend. Whereas residents fellows that are on site at [inaudible 0:19:31] are expected to attend the resident fellow meetings following interest in a fellow meeting that you can send us your emails and meetings within the school residence and fellows. All residents and fellows are expected to review the meeting minutes including those who were able to attend and those who were not able to attend and acknowledge that they have been read.

Once the minutes are emailed out, the chief residents will make available the meeting minutes acknowledgment sheet. Signing this document indicates that one has received and reviewed the minutes from the required resident fellow meeting and is therefore aware of and responsible for the information contained therein. This document will be available for two weeks. Extensions can be made for any resident on vacation or during an away elective during the time period allotted for acknowledgment. Eight, reviewing the minutes and signing the acknowledgment sheet is required. Did you get the acknowledgment sheet and did you sign it and return it?

Varughese:   Yes.

Firpo:   You did. Is this the sheet?

Varughese:   The acknowledgement of department policies. Yeah, I returned that on the 15th.

Firpo:   On the 15th, okay. The acknowledgment sheet from every meeting will be kept

on file and provided to the residency director. **Failure to acknowledge the document, the chief resident can refer to the program director. Repeated non-compliance to this policy may resort in additional consequences to be implemented at the discretion of the program director.**

For fellows if an issue should arise with policies contact resident or fellow meetings, the relevant acknowledgment sheet on file will be provided to the appropriate official then. Every one of these things respond to an absolute ... what is called a must requirement with the accreditation council.

Varughese:    See here's the thing; I don't understand like how these policies can be just put into place. I'm really concerned that it may not be like completely legal.

Firpo:    They are. Now this is the problem.

Varughese:    **I think you should make that clear to the residents that this is a legal thing and this in excess of the contract that you've already signed, that stipulates that you work with the hospital and it has certain clauses in there. This is in excess to the house staff manual, this is in excess to the by-laws and regulations of the hospital. This is in excess to the ...**

Firpo:    This is all part off. This is the problem. You think that each of these sets of rules are distinct.

Varughese:    I don't think they're distinct. I think they provide a guideline to ... for how to like proceed in a hospital and how to work in this particular organization. **My concern is that if you're adding to the rules ...**

Firpo:    We are not adding. We are not adding. These are derivatives of the regulatory requirements that is part of the staff ...

Varughese:    Derivatives ...the warning... etcetera etcetera. I mean it's not even anywhere in the whole staff manual. It's not ...

Firpo:    Yes it is in fact. That's what I was [Inaudible 0:22:25].

Varughese:    No, there is a warning. There is academic advisement and disciplinary action.

Firpo:    Exactly.

Varughese:    **But to interpret that as being the chief resident is going to do is the chief resident is, it doesn't say anything about the chief resident having any particular authority...**

Firpo:    It says whomever is designated. I mean the hierarchal arrangements of programs. This is like a federal law, a state law and local law.

Varughese:    **Well, I mean that's not really clear when a resident starts in this program that they are...**

Firpo:        But you have been here four years. You're raising this issue.

Varughese:    **But this is like all like pretty much recent innovations of ... this hasn't been here for like the past few years really.** I mean it's really concerning.

Firpo:        This is the argument. This is the argument. The Accreditation council found major violations to the accreditation council requirements for the residency. There were 19 things that were found wrong. Of those 19 there were at least four that have to do with the inability of the program to have in place measures to control the behavior of the residents, fellows, and faculty.

              Among the things that they were concerned over faculty is that they were not providing sufficient didactic experiences because in the resident survey, the residents complained that they were not. When the school responded to that by saying and showing the schedule of the didactic exercises and all the other things which are on-going and have been on-going I understand for quite some time, they said, "Oh, okay, so you have them and they're actually on schedule. Do you have attendance sheet?" Yes, and very few people were coming, **so they said the problem is that many of the residents**, probably the ones who were complaining are not coming.

              They asked, "Do you have in place a policy that will penalize residents that fail to come to the residents are that do not feel with the competence requirements of the accreditation council?"

              Well, this ... we use the staff manual as the guideline and it provides certain constants. We've never heard real edition ... "Okay, you're at fault."

              Suddenly we were at fault for ... because the residents said they were not enough. They answered that, but they were not able to show that they were reinforcing the attendance and then they were at fault because they didn't have this clear disciplinary action. I became AWARE of this even before. You made me aware of this when I came to visit and was looking for this and I thought we have to open ... you made me aware that there was no problems, so I started to ask questions. When they told me that, I said we have to develop clear pathology-specific policies that address these issues which the board is blaming us for and without ... which we're never going to overcome that.

Varughese:    I ... but I think what the residents are really complaining about is not the conferences per say. The problem is like the conferences are okay. They're not great. Some of the Attendings do give great conferences but not every attending does give these conferences.

Firpo:        We were not talking about conference right now. No. we were talking about the issue that policies are being introduced that address specifically the environment of the pathology program.

Varughese:    Yeah, but just going to conferences that residents have already felt like is not really useful for them and forcing them to go to these is not really going to solve

the issue.

Firpo: So the only way we're going to remedy that is by getting feedback from the residents that is honest about which faculty are doing the right job, are doing the right things ... the faculty is very responsive to that. The number one concern in all the evaluations, the anonymous evaluations and all, the number one concern is that they're not getting feedback from the residents over the quality of their teaching.

Oh, I just finished reviewing all the data of the anonymous survey that we collected for the annual review which is what keeps me very very busy. This is from the actual new innovations. First issue, faculty received adequate feedback about their teaching. The lowest score has always been on that question.

Varughese: It seems to me like there isn't enough communication between ... obviously this seems like a communication problem.

Firpo: Yes, and the problem ... my feeling was number one, there is only no feedback that is quick enough for the faculty to know what they just did wrong or right or how can do this better? When I came in I started an assessment form in which I required .... everybody was there to give me ... anonymously, they didn't have to sign, what PGY level they were and a comment for an improvement or a criticism about the lecture. I will do that immediately after the conference. Within two hours after the lecture, I will deliver that by hand. Somebody's ... names mentioned I didn't care, but I needed to know the comment was coming from what level of training to put it in the context. If you say PGY1 and doesn't have enough experience and we have enough, then we have to add this. I suggest that for example ...

Varughese: Okay, well let me just tell you. I went to a conference recently for like a week and I learned so much. It was like all AP, surgical pathology and some molecular ... I mean, it's amazing that how much you can learn ...

Firpo: Exactly.

Varughese: ... and it's like five days all concentrated. It's a lot of material that I'm sort of familiar with but it's never been like systematically or sort of categorized or categorically explained by like people who know what they're talking about and ... see I feel like there's ... maybe didactic need to be like a bigger part of ... there is ... I mean, it's a big program but ...

Firpo: We are starting to do that. I just arrived in July 1 followed by July 4th it started to do like ... July 5th and I have to deal with all this paperwork right now.

Just to give you an idea of how unreceptive you're ... you all residents are ... you know that residents within ... at this meeting decided that the evaluation that was doing of them was unfair because it violated their anonymity and they had to stop doing it and the faculty was very heart

**broken.** This is the first time we were getting any feedback and we were able to make the corrections.

Varughese:  See that's just... once again it's like communication problem, people are afraid here. I probably should say that I'm pretty afraid but I usually speak my mind. That's just the way I am and everyone knows that. I don't go around lying. There's ... okay, I have my issues but I am a certain type of person. I have been to the internal mock review. I was there.

I've written evaluations for which I was basically confronted about following certain problems. Since then I've had like some severe issues. I mean, in my evaluations I'm ... I mean I'm really ... frankly I'm very concerned. If that is like the sort of environment then I'm being like ... I don't know, like you're discussing all these issues with me and I understand where it's coming from.

Firpo:  I'm trying to explain to you ... What the basis of the policies. **You raised an issue which was very critical and very legally binding.** Now my specialty other than medicine and pathology is health policy.

**I came to Washington. I've been there 10 years.** I can tell you exactly what the processes are for performance evaluation from the state department to the commerce department because I've been a consultant with them.

If policy is brought at the level of the institution, I provide the guidelines upon which you can then build a more level of [inaudible 0:31:08] for management control. When I came here, we didn't have specific pathology that was ... the basis for some of the problems that you pointed out. I requested that this be developed.

**They were ready when I arrived here and I said to the chief residents,** "No, you never implement policy without the consensus of those who are going to be affected by it," so we went over them, we went over the language, we compared it to the policies from other universities, we talked to all the chief residents and all the program directors, we compared our stuff, we made sure it was specific to Mount Sinai and the working environment.

We brought them to the meeting. They were open for discussion. Those who were present unanimously agreed that this was the right language. **They all agreed to do this. Those who didn't was filed according to parliamentary procedure. We communicated what happened, what were the options.**

You ... at the beginning of all these emails referred from the chief resident, then they talk to you, you say no, they say yes, that you have to do this, I don't have to, I do question this, then I get a call Dr. Lento is very upset because you are not responding to his pages, you have been ...

Varughese:  I spoke to him like five minutes later and he said, "Why are you ... aren't you covering it?" I said, "Yes, I'm covering." I never send emails that I'm not covering. The language that was ... the email, the tone, the language that was

sent to me said that, 'Leena, you're covering for so and so because they're out sick, dadadadada.' I didn't email asking for somebody else to cover. I was like, 'Okay, I'm covering.'

I'm not going to get into a confrontation. That's it. Like I'm supposedly up next. I mean, there are a lot of other residents on CP, I mean, who's keeping track of all this?

Firpo:          **Those changed. That's the new policy. That's the change. It no longer works the way it was before. It's intended to be fair to everybody. Everybody comes, your name comes ...**

Varughese:   Fairness according to like the one chief resident?

Firpo:          No, no, no.

                No, no, no, no.

                **According to the policy that was presented to the entire body and accepted unanimously.** That's the point of which you raised the issue. I'm concerned that this seems to be fair on these terms but it's unfair on these other terms and then you discuss it.

Varughese:   You know, I think it's great that there is a policy to ... for residents who are out sick... that happens unfortunately and I think it's great that there is a policy that covers that.

Firpo:          The problem is, you know, ultimately what the accreditation council is concerned is patient care. **I'll give you the six domains in which everybody is evaluated and everybody is required to be evaluated.**

                The first two have been fairly strength in all programs. **The last four are the major critical issues and everyone is approaching them differently at the association of pathology program directors is waiting on that, but the whole ultimate thing is that they all reflect on the quality of care provided at the institution.**

                If you want to have a policy for transitional care in pathology which is what care could you provide to a patient. Well we seek the sample of what the interns are doing, we gross it, we study it, we do the histology, all the necessary special tests to give a diagnosis so that clinician can decide upon treatment.

                That's our point of view on participation and care, so if you take care what are the impacting elements in the work flow of providing that care; absenteeism influences, whether it's for illness or **whether it's because they have to do another chore or whatever** and request it.

                ... and the chief residents ... I mean, you have to have an agent. I cannot be doing everything or the Dr. Lento can't be doing everything. We have to have agents in the hierarchy who have gone through the process, who understand

the challenges, who understand the work flows and can interact efficiently and quickly with everybody around them to make sure these things get done. We've been holding accountable the staff at the surgical grossing room. We've been ... and with Mrs. Patel and Mrs. Mary walked through the labs.

We've walked through the lab with Dr. Harpaz and Dr. Ira, any time of the day, any time of the morning, to make sure what's going on frozens and it's not that we're looking for people to make mistakes. We're just making sure that what is supposed to be happening is happening to preserve the quality of services and the experience of the resident. [36:00]

They were short of PA, we're hiring a new PA. They were short of equipment, we obtained the equipment. All those things have been taken care of and part of being a professional is being able to be a team player and to accept guidance from above. **If you have a problem with the way you are addressed by a resident concerning something which is clear that needs to be done, you do it and you communicate to me immediately.**

That's it. **What I'm getting is all kinds of communications about your behavior which is considered unprofessional and we're supposed to be meeting to discuss professionalism and to document your growth as a professional as we enter and progress with your fourth year residency.** The feedback I am getting is very confusing. Now I don't want to make any judgment. I'm not here to make a final decision, okay. I'm getting to know you, I'm trying to understand the situation, there are constraints in our discussion.

**I wanted to make sure that the person is able to make those decisions or make resources available was with me here. This is Shema Patel. [37:20] She is at the office of the president plus she is right now the administrator for the pathology department.** We're going to be going on instruction and going, there are many things happening over the next few months.

**So, anything that affects your performance and that in your opinion is unfair, the only thing I'm going to ask from you do, as part of the team, as a resident, whatever you're asked, please. [37:45]**

If you think that the way that you're being approached has been unprofessional or singles you out in any adverse way, you immediately let me know. Send me a copy of whatever you received and say Dr. Firpo, I want to bring to your attention this and this and this and this is wrong or this please. Or I've been asked to do this and this and this and I question what is the basis for this to be done this way and I will give you whatever information you need. [38:25]

The policies were reviewed. I reviewed them way before they were presented. We edit them several times to soften the language, they are available in the G drive, the staff manual is available. It's not available in the G drive for pathology, but it's available in the school.

**Now I am working actually with our own staff manual for the department of**

pathology and the residency program but that is going to take a while because I have to go over all the policies which are discussing the staff manual for the entire hospital and bring them to the level of granularity that translates into what residents and fellows and faculty and staff are doing. That includes human resources and all those things. This is why also Mrs. Patel helps me because I don't know what are the specific administrative regulations in New York about who is allowed to do what and what are the people that are working with firms.

I wanted us to go over this issue because it's very important for what we're trying to achieve.

[39:35] You are, regardless of everything else and regardless of the facts, Dr. Varughese, you are a fourth year resident, a senior resident. I asked you and we agreed that we're going to forget the past and move forward. As we move forward, I'm looking ...

Varughese:   I know, but I'm on disciplinary action because of what had happened. I wanted to come here to discuss professionalism that is pertaining to that particular issue. I wanted to show you the letter that they've given me.

Firpo:   That who gave you?

Varughese:   Dr. Cordon-Cardo.

Firpo:   Let me have it.

Varughese:   Biweekly meeting or whatnot ... that's what it said. I'm not clear like where all of this is coming from. I wrote that reflection. I read the book.

Firpo:   I did some inquiring about what was that and let me tell you two things which I got distinctly from Dr. Cordo and the people who were at that meeting. Number one, you presented the reflection late. That already is unprofessional. I mean, you're already given a warning, you're already ... he had just arrived here and two you were disrespectful towards him in your first meeting with a new chair.

Varughese:   But it was three men and they were confronting me and basically not letting me basically explain my point of view. There was like overwhelmingly negative attitude. The people didn't seem well informed as to what had happened, so there were several issues where Mr. Castaldi was a former administrator was like, 'Well I thought this is what happened. Well, oh, that's not what happened?' He was completely uninformed. He didn't even know like what had happened. It seemed like he didn't really read the reflection that I wrote the first time around.

Firpo:   Do you have a copy of that reflection?

Varughese:   Yes.

Firpo:   If I may have it and read it. [long pause of about 1 minute 41:00]

Firpo: Do these ... for our next meeting, I'll read them. What I done and I was preparing for ...

Varughese: **Another thing is like I don't have access to my folder. They won't let me ... allow me to look in my folder which is basically ... even since last year.**

Firpo: **Which folder?**

Varughese: **My resident folder.**

Firpo: **Why not? Legally you're entitled to do that.**

Varughese: I know, but like I've had several times that I was like I wanted to look at my folder and just go over the material in there and even ...

Firpo: Do you want me to have it for you next meeting?

Varughese: Yeah.

Firpo: I'll retrieve it from Mrs. Carter and have it here for you and we can go over it together.See I was also preparing for this course in professionalism and how challenging it can be and I had already made blueprints of things that I wanted to follow after the discussion.

Varughese: Oh, good, because I had actually been through the CAP website as well and they have a long ... like a hundred page plus discussion on professionalism which is wonderful.

Firpo: Excellent. Perfect.

Varughese: I think everyone should read that. It's just ... it's probably just about as good as it gets and it's very specialty relevant. I mean that's as specialty relevant as it can get for just like professionalism.

Firpo: Send me the link so I can download it and I can pass it on to the residents and ask them who came as part of the curriculum.

Varughese: Sure.

Firpo: Okay, because that would be your contribution. When you signed this, you acknowledged that you received the policy.

Varughese: Yes, I signed that.

Firpo: You signed that and you saw ...

Varughese: On the 15th.

Firpo: On the 15th.

Varughese: Right.

P1295

Firpo:        It's on record. They have it.

Varughese:    It's on record as …

Firpo:        I don't want to hear anything about this because remember the deadline was the 15th. I decided to put myself … if you haven't done it, sign it now so we get it out of the way and I will have a copy and I will date it as of the 16th or the 15th and remove that burden and the procedure for corrective action, the policy from morning attendance, the procedure for scheduled change which you have to disclose because you want to change those two things. The policy for absence service coverage.

Varughese:    Okay.

Firpo:        You are aware of this now.

Varughese:    Yeah, but does it … like it says here Mount Sinai surgical autopsy [inaudible 0:44:22] clinical pathology rotation for my [inaudible 0:44:24] clinical technology and then autopsy, but the problem is clinical pathology has been protected time for residents in the past. That's where from the rotations that from where the residents cannot get pulled.

Firpo:        That … I inquired about that with the CP faculty and with the AP faculty and what happened was that before …

Varughese:    It's the beginning of the year but you know the year and …

Firpo:        They were taking … traditionally taking … the thought was let's do all the AP up front so then the third and fourth year will be on the fourth then so it actually happened with the new crew and they'd automatically take them off without even discussing with their CP rotation because of it was not really formalized. The CP complained and the AC pointed out that was unacceptable, so it was agreed, no. Now the only way to be fair because there's only so many residents and we're in the transition, still most of they … doing the CP right now are third and fourth years because they were from that original crop.

Varughese:    I know. This year like a lot of the third years have a lot of third years have a lot of CP. Last year it only had like one month or something.

Firpo:        Exactly.

Varughese:    This year I have like eight months and Englewood is being counted as CP month. [45:40] I gross there and I do a lot of cytology. It's minimum CP. As an elective, I don't mind if it's considered as one month of CP but as a traditional "CP", it's not.

Firpo:        Yes, I have to go to there and make sure that whatever part of your rotation there truly constitutes CP. What the area of CP subject? We have to go through the program. I have to say what are the CP that you're feeling uncomfortable truly.

Varughese:    Honestly, I have very little months of hematology. I have four weeks of
              hematology, whether or not I am in the laboratory looking at smears or … you
              know, the hematology guidelines or the requirements. I also did two months of
              micro at the VA. I don't mind doing micro at the VA again because I can study
              and do other things but …

Firpo:        If you could do hematology again while you are at Elmhurst. Where are you
              now? Elmhurst? What is the name of the hospital?

Varughese:    Right now? I'm at the Bronx VA.

Firpo:        You're at the Bronx VA, so you can do some more micro; can you do heme?
              Would you like to do hem there?

Varughese:    I can do hematology at the Bronx VA?

Firpo:        Yeah. Are you all classified as doing both AP and CP rotation at the VA?

Varughese:    I'm doing the AP rotation at the VA right now which is surgical pathology.

Firpo:        Right. How is that? Let's talk about what is supposed to be happening. Are you
              happy there? Did you get an orientation to the rotation?

Varughese:    Yes. Yes. They gave me an orientation day one of the rotation. The both times I
              was there I knew like I'm going to get … I mean, it's pretty organized. I like it
              there.

Firpo:        So you had to do that? Should I try to negotiate that you get some time of that
              time that you're going to be at the VA to also do some CP?

Varughese:    I'm there for two weeks now then I'm coming back to hemepath here at Mount
              Sinai. I'm talking about later in the year.

              I had two months of micro biology at the VA of which two months I had already
              done my first year.

Firpo:        Okay, let's go very carefully over the … we went over the number of months and
              according to the block system, you will fulfill all the requirements. **The major
              problem that you're having is with the 24 autopsies.**

Varughese:    **No.** I have 32 autopsies plus several autopsies at the the VA that I have not
              counted it and there are also several autopsies at the Elmhurst I haven't
              counted, so I presume once I count all those it's going to be at least 35 or
              thereabout.

Firpo:        Have you been entering that?

Varughese:    Yes. It's already in the ACGME system and obviously if need be I have to go into
              getting a lot of information regarding the autopsy. I mean, I can simply just get
              the PADs and have it all.

Firpo:      Because we spent a lot of time making appointments at the office of the medical
            examiner, making sure that they can really supervise you to make sure that you
            do fulfill the requirements that they are going to work with you directly.

Varughese:  **Yeah, that's what I was doing because like I said I want to apply for the
            board.**

Firpo:      I know.

Varughese:  **I want to take it [board exam] in May and my medical examiner rotation is
            in January.** The applications are due like January 15th or something, which
            means I can't basically meet the requirement. Maybe, I should be at the ME and
            like instead of the GI.

Firpo:      I know that's the problem. You are ... you want to replace GI for ME? Would you
            like to not do the GI, not do the derm, but do the ME?

Varughese:  No, I want to do derm, but I want to maybe have the schedule so I can do ME
            earlier.

Firpo:      **Remember, we have one resident ...probably that is going to be in the
            hospital for EXTENDED time.**

Varughese:  What do you mean?

Firpo:      **One of the first-years is going to the hospital. I mean, she has been to the
            hospital already twice so she may have to go and go on extended leave.**

            **That's the other thing we'll work with. We have several residents have
            been having health problems and that's why the whole thing falls apart.**

Varughese:  I'm happy to cover whenever there's ...

Firpo:      Changing schedules ... The top primary review with changing the schedule is to
            accommodate **those two friends.** Once that is done, then we're going to see
            what room is there to shift you around.

Varughese:  I know, but I'm a fourth year resident. I have not had any elective time. I'm not
            going away on any elective. I'm doing extra months of micro, I'm doing extra
            months of Englewood. It's not really an ideal situation for me because ...

Firpo:      But you sat down with someone when your schedule was made because Dr.
            Lento told me ...

Varughese:  I emailed Dr. Lento, Adrienne and Liz, regarding my concerns about schedule
            and what I would like ...

Firpo:      When?

Varughese:  After the schedule was made.

Firpo:      Ahl

Varughese:  [51:00] No, but before I also said ... **I imagined they would be fair enough and I would have comparable months of hematology.** I would have comparable months of clinical chem etcetera etcetera to a lot of other residents who graduated recently and the residents who are below me and my peers, but that's not really the case. I noticed that a lot of the ... you know, it's not exactly on par with everybody else's training.

Firpo:      That is a very general statement. I wanted concrete things. **That forces me to go back to address your concerns to review this ... the times and one time I count but that's also already done for the implementation of the ACGME, I mean, the sponsors and agents have to give all those legal papers, go back ...**

Varughese:  No, it's pretty simple. All you have to do is like change, you know ...

Firpo:      No, no. It's very simple to do the change that you want, but what's not simple is to demonstrate that your claim that you're being treated differently than the others is real.

Varughese:  Well, I mean the residents have a tally of the amount of rotations that they do so if you were to compare my tally to my peers and the class below me or the class above me, that's an easy way to look at exactly how many CP rotations that I'm getting and what is the break down of CP rotation that I'm getting [52:25].

Firpo:      **Remember some people have elective time and they choose to do more CP than others. The bottom line is would you be able to fulfill the requirement for the board? That's the one thing that the program is legally responsible for. If our numbers add up to the 18 months required for you to sit in the board, we are covered. Now it's late in your career as a PGA4 to start thinking about all these other things. You should have planned that way ahead.**

Varughese:  I did. I have asked and requested. I can't do anything beyond that.

Firpo:      I know. You cannot do ... okay.

Varughese:  That's a hierarchal order of where I work.

Firpo:      Let's make sure in terms of professionalism is to be able to work as a team, to be able to pitch in systems, best practice so, you did receive all these, you signed the paper, you're familiar with the policies, read them, please, abide by them. If you can't or anything happens or you feel that the way you're being approached even though follows the policy is unfair or discriminatory, you communicate to me and bring it to my attention and I will follow it then.

           **What's not acceptable as a member of the team, as a female resident is to just say no or to refuse to abide by an action with response to a need of the program. [54:00]**

We'll continue to move forward. It's part of professionalism.

It's part of the sixth dimension of the assessment in which you're going to be looked at. Everybody, not only you. Everybody is being looked at that way, okay. Then over the next two weeks I'm going to put together all the information of what happened over this two weeks to have the record completely cleared.

We've had this conversation about the policies so that's out of the way. You're not going to have any problems and from now on anything that you feels affects you or is adversely affecting you as a resident because of the behavior of others, whether they're in the hierarchy or not, you're going to let me know directly and I will deal with it from then on. Don't get into confrontations.

Varughese:   I haven't.

Firpo:       Okay. Don't challenge or whatever. Just do. This is what needs to be done, this is what the policy says, we'll do it, because everybody's doing it. Everybody else is doing it. You should see Dr. Grunes at work at how she's been.

Varughese:   You should see how hard I'm working. I have pressure from cytogenetics to fulfill certain requirements. I obviously want to do that and I want to learn that but then I'm being asked to do other things which is fine.

Firpo:       This is why I need to time because Najfeld came here after your presentation and we had a long discussion and she was very unhappy with your performance. I told her, tell me specifically how did she not fulfill the requirement of your rotation. She's going to put that in writing and she's going to go through it and I want to have it and we can discuss it, and if necessary, we're going to meet with her.

Varughese:   Maybe I should go back to cytogenetics for a few weeks or month. I don't know, but that's probably the right action to take then.

Firpo:       You're working to do some remedial work in cytogenetics?

Varughese:   I could do that.

Firpo:       That's also CP, right? Yes, so I'll discuss that with her when we meet and do some more work and we can find that in the context of [Inaudible 0:56:36].

Varughese:   Yeah, actually I had a really interesting case a couple of years ago that had some interesting cytogenetic findings. I'd be happy to do a case report about that or something along those line, if she wants to do that.

Firpo:       I'll suggest that as opposed to remedial work. Let's ... I just want to have all the facts straight so that we can continue moving forward in this thing and try to overcome some of these problems but I'm looking into everything, I'm trying to get everything organized, I want to be fair and the one way to be fair is to be objective and I want you to think about that and to ... and abide by that.

**Remember we agreed, this is your last year, you want to do this, finish with this as softly and smoothly as possible. Let's make sure you meet all the requirements.**

**If you for any reason cannot meet the deadline and you have to apply late, I will pay [loud banging on the table] the additional money if it comes to that, okay, and I give you my word in front of Mrs. Patel who is our department administrator, but I need you to do your part. You have to be the star resident.**

Varughese:   Oh, no, no. I just want to do my job.

Firpo:   **Those are the requirements for your job. You have to have enthusiasm.**

Varughese:   Can I switch into dermpath?

Firpo:   We'd have to wait until we decide what happens with this.

Varughese:   And the other thing is that I made plans to go to the Osler in October. October 2nd to the 8th. That's the last one that's offered this year and I feel like that's the useful for me as fourth year. [58:20]

Firpo:   October?

Varughese:   2nd.

Firpo:   That's the Florida one?

Varughese:   The Florida one.

Firpo:   From two to when?

Varughese:   I'm only going for the AP because I already said that I'm only taking the AP part, so it's only like from Sunday to Thursday.

Firpo:   Remember that you have to submit the arrangements for coverage.

Varughese:   I'm on GI, but I wanted to switch to dermpath. I'm not on call during that week so there shouldn't be any issues in terms of coverage ...

Firpo:   You are on GI right now.

Varughese:   Elective. I'm on an elective. That's my elective moth. If I don't want to do GI and I cannot do dermpath, then I'm going to do a CP elective.

Firpo:   Okay, then you are going to take the days out of that, it would be then. It would be on that time.

Varughese:   Yes.

Firpo:   Okay, so you will be taking the Osler. Remember to bring the paper work and all

this stuff.

Varughese:   Yeah, I know it's being paid for so in terms of, I already booked the tickets, and I already booked the hotel. I need to pay for the course. Is that something the department pays for, or?

Firpo:   I wanted that to be given to the third and fourth year. Who will pay the course, the travel and the hotel?

Varughese:   Okay, well I mean I have a really great deal entrance and I'm only staying for like five days though.

Firpo:   Bring the paper work, the receipts or whatever it is, so that we can have it on file but also the osler schedule.

Make sure that you're going to be covering any … you know you can explain. During this period of time, I am in this rotation and this is how I, it's going to be handled.

Varughese:   It's my elective month so I think I may be you know if dermpath is not a possibility for whatever reason then I'm going to switch to CP.

Firpo:   We can.

Varughese:   Like everybody else's elective.

Firpo:   I know we selected … no. Elective means you're required to do ABCD. You have x number of extra months of which then you can go revisit , either another rotation want to be stronger or learn more or you can do something else which is not part of the curriculum. You can go outside, you can stay within this institution. Once you make the decision, this time it is allocated to me, I'm going to use it this way, you are locked in the schedule because any change affects everybody else.

It's elective in terms of you chose what you wanted to do during that block time is no longer elective for you to remove from it. I have to get authorization from Dr. Harpaz to be able to remove you from the schedule as I have to get authorization from Dr. Birge that she will be willing to fit you into her schedule at the time. **She has no problem accepting you. I have to negotiate now how I am going to release you from there.** Okay, so I have to make an appointment. **I have not been able to do that because I am taking care of the other fires** [1:01:30].

Varughese:   Well, it shouldn't be an issue, I don't forsee any issues with that. And I'm going to go the Osler for that first?

Firpo:   That's what I've been, that's what I have been figuring out so it's at best we play with it as best [inaudible]  and we still have September to deal with it and the rest of August and I should have this cleared by the next time we meet. I'm working on that. I already met with Lento. We went over your file, we went over

your months, all the calculations. The question was whether you're going to have all the requirements to apply for the, register for the board exams on time.

If we booked several scenarios where you don't meet the requirements because you have to have done and documented the autopsies. If you have not met their requirements, how can we as soon as possible expedite to satisfy that to meet the fifty. [1:02:25]

**As part of that you have to apply late and pay your fee. I am telling you now that I will pay ... pick up that difference. Okay?**

But if you have added cases because the last time we counted and according to his record, you had only ... you were missing 24 autopsies, so we made all the remediation plans based on findings 24 cases for you to fulfill that duty.

Varughese:   I expect that I am going to do at least 20 at the ME which is at least one a day or two, and I'm going to assist with dissections and go to the conferences so that shouldn't be a problem at all and I actually do have four ... like six from Elmhurst and I think two from the VA.

Firpo:   Make sure the locus [Inaudible 1:03:19] of today, so when he looks at it again the following week everything is in order. All these issues, your performance in the lab, your interaction with the residents, your colleagues, the problems that arise are dimensions of professional behavior. Your professional behavior, their professional behavior, so although this doesn't seem very relevant to this question. It is because it's part of the actual experience that you're going through at this point of information as a senior resident. So, as you reflect again, I see of all the things that you pointed out here which I'm going to read about and we will discuss next time. Which of these experiences that has happened are reflected in those ideas?

Remember, sometimes we're treated unfairly or we feel being treated unfairly because we're all human and sometimes in the crises, I mean in the resident just abruptly request something but it's one of ten major problems that we're handling that day and that moment at the same time. You have to put yourself in that situation and go back, put aside your perceptions and you say, 'Yes, I don't like to be treated this way but maybe what else is going on?' and give them the benefit of the doubt. Sometimes you expect that from yourself.

Varughese:   I have. I can give you numerous examples of how I've been professional. Out of respect for the people and the seniors that I've worked for, I have not went into any great lengths because I expect to be treated fairly. I mean, that's just who I am and that's the way I've always been so I just want to work with you and go over whatever professional or unprofessionalism or what do you think I'm lacking in ... I'm going to try my best to fill those criteria.

Firpo:   You should grow. One thing is temperance. You have to think about the other person, put the request in perspective. Does it affect others? Does it affect patient care? Does it affect department function?

Varughese:   Oh, I have.

Firpo:   What with that you do?

Varughese:   I have. I always do. That's the first and the most important thing for me obviously. I can give you numerous examples of how I have exemplified that.

Firpo:   Don't you just break down for next time and we'll discuss them because I need to have them ... I would like to add to your file for your discussion because one of the expectations is that I document your growth. **We began here and the baseline that they're looking is you were disrespectful to the new chairman, you had not done ... read the book properly, your ...**

Varughese:   No, I have read the book. I actually went prepared to have a discussion but it never took place so ... and I also found that if ... I also found additional material on professionalism.

Firpo:   Fantastic, okay.

Varughese:   Which is very relevant to pathology actually and even very interesting.

Firpo:   Fantastic. So let's meet this week to prepare a module on professionalism and pathology.

Varughese:   Yeah, is there any way we can just meet like every week?

Because the letter doesn't ...

Firpo:   Until I know what's going to happen with the schedule I cannot. It's supposed to be over three months.

Let me clarify that. Let me ask ...

Varughese:   It says biweekly and then it's ... I mean, it's almost out of the left-field in the sense of how it's written and who signed it. I ... it's just a very confusing letter as well.

Firpo:   Let me track it down and find out what was the intent.

Varughese:   Two, three months is like the minimum requirement notice if you are not interested in keeping the person in the program and if that's the case, I need to know ASAP because I need to know how to proceed.

Firpo:   Okay.

Varughese:   That's also another courtesy, professional courtesy that you expect and you provide residents.

Firpo:   Sure. I take all that into consideration and I'll put it in my discussion for the next date. Who signed that letter that you're talking about?

Varughese:    Dr. Cordon-Cardo.

Firpo:    **Dr. Cardo, so let me make an appointment to make sure we we talk to him about that letter specific and what the intent was and take it from there. But we'll meet in two week. The next time we're going to meet and then we'll decide [Inaudible 1:08:28] I can even come to the Bronx-VA [Inaudible 1:08:38]. So today is the 17th, so the 31st?**

Varughese:    Yes, I'll be back here.

Firpo:    You'll be back here?

Varughese:    Oh, yeah. It's going over an hour here.

Firpo:    But you're going to be here anyway, so if it will be easier for you, we can meet actually the 30th. 30th is the day that we're leaving with the ... the 28th at night, they come ... or we meet on 29th? Oh, we can meet the 30th after the CP conference.

Varughese:    Oh, it's such a busy day. You know, two conferences and then ... I have to get back to the floor and look at the slides, get everything organized.

Firpo:    ... and I have to leave. I have to go to Washington on the 30th for a meeting.

Varughese:    Okay.

Firpo:    What about the 29th in the afternoon.

Varughese:    You're leaving for the week? Is that it? So ...

Firpo:    Yeah. I have to go to a meeting in Washington because I haven't moved.

Varughese:    Yeah. I know. I understand. Do you want to do the Friday on 26th or even like in the following week afterwards? Actually, that's a bit early. That's a bit early.

Firpo:    So we can do it on Tuesday the 6th? Okay, then, okay?

Varughese:    Okay? Do you prefer Tuesdays? Is that it?

Firpo:    **No, I have no particular reference. It was the convenience that everybody is coming here and they wanted to. But what day is better for you.**

Varughese:    I'm in the institution so I can just walk over. It's not really ... I mean, any day works for me ...

Firpo:    Monday the 5th is labor day, okay.

Varughese:    Right.

Firpo:    Do you prefer Mondays or do you prefers Wednesday? I don't care.

Varughese:   I mean Wednesdays or Fridays would be the best day for me.

Firpo:   Let's do it Wednesday.

Varughese:   Okay, great.

Firpo:   So Wednesday the 7th.

Varughese:   Okay.

Firpo:   Okay, and then we'll meet at ... do you want to come at 7:30? No, no, because you're at the conference at eight o' clock, so seven.

Varughese:   Or you want to do nine?

Firpo:   Nine is fine with you? I'll say it's nine. Yeah, nine if better because then I'll go to the conference too.

Varughese:   Okay.

Firpo:   Okay.

Varughese:   Great.

Firpo:   Remember, do your job. Please. Please. All I want is to see you finish this year and move on, okay.

Varughese:   That's what I would like.

Firpo:   Oh, by the way, I was told that there is a special course in blood banking and your bank... did you look into it?

Varughese:   Yeah, and it's a month course. I was actually interested in that and ...

Firpo:   Yeah, look into it and get the details.

Varughese:   Yeah, Dr. Wu and some of other Attendings were telling me about it, so ... I don't know when it's offered and how I would ... I guess I would talk to them about it.

Firpo:   Yeah, ask them all the details and I'll check for you. Okay?

Varughese:   Okay, great.

Firpo:   Good. Take care.

Exhibit 213



From: leena varughese <leena.varughese@mssm.edu>
To: "Firpo, Adolfo (MSSM)" <adolfo.firpo@mssm.edu>
Date: Wed, 17 Aug 2011 12:10:50 -0400
Subject: Professionalism

Dr. Firpo,

I found the AMA website offers a lot of information on professionalism. I would like to purchase the AMA, code of medical
ethics, whish is $45.00.
http://www.ama-assn.org/ama/pub/physician-resources/medical-ethics/code-medical-ethics/code-medical-ethics.page

Additionally, I would like to take a course in professionalism, do you think that would be a good idea? Thank you for your time.

Regards,
Dr. Varughese


-------- Forwarded message ---------
From: "Firpo, Adolfo" <adolfo.firpo@mssm.edu>
To: "Varughese, Leena (MSSM-Imail)" <leena.varughese@mssm.edu>
Date: Wed, 17 Aug 2011 17:19:34 +0000
Subject: RE: Professionalism

Dr. Varughese:

Thank you for the link and for bringing to my attention the AMA code of medical ethics. I will order 2 copies and have them
available in my office.
Do you know of any courses in professionalism offered in the area? Search and let me know.
I suggest you follow-up with your Chief Resident, Dr. Morency, and try to clarify the issues that took place this week and clear
the air about the policies and expectations of residents, fellows and faculty under the present administration. I would also suggest
you call Dr. Lento, and in a gesture of good faith and expression of true professionalism, apologize for the delays in responding
to his pages last week. Explain the circumstances and clear the air with him also. He is after all the Residency Program Director
and the person who knows the most of you trajectory in the program and the background of whatever happened in the past. Make
sure he knows about your concerns with the requirements for taking the boards. I sat with him and together with him reviewed
your file to make sure your time in rotations would satisfy the ABP requirements, both in AP and CP.

Above all you have to change and behave professionally toward everyone and in every circumstance. I am delighted you are
willing to out the past behind and move forward with a new attitude about the program and becoming team player. Please, be
calm, respectful and tolerant. If for some reason you feel treated unfairly, or unprofessionally by your peers ; do whatever is
requested of you and let me know what happened and the circumstances so I can confirm your impressions and intervene as
appropriate. Keep in mind is to demonstrate growth as a professional in all your dealings as a senior resident in our program.

Over the next two weeks I will document all the events that transpired these last two weeks to discuss them with you during our
next meeting of 7 September 2011 at 9AM.

With regard,

Dr. Firpo



Exhibit 214

| From: | Jordan, Adrienne [adrienne.jordan@mountsinai.org] |
|---|---|
| Sent: | Wednesday, August 24, 2011 4:55 PM |
| To: | Firpo, Adolfo; Morency, Elizabeth (MSSM-Imail); Lento, Patrick (MSH) |
| Subject: | RE: Dr. Varughese – Request for permission to alter scheduled elective rotation |

Importance:     High

Dr. Firpo,

Several factors must play into our decision to change the schedule:

1. The policy of asking the chief residents to change the yearly schedule is not a new policy. This policy has been in place for years. So Leena can not use lack of knowledge as an excuse for violating protocol. Since she has to date not followed protocol and asked us to change the schedule herself, we are dis-inclined to even consider her request.

2. Even if the policy for changing the yearly schedule were new, lack of knowledge of the new policies is not an acceptable excuse. The only reason she would be unfamiliar with the new policies is due to lack of professionalism with regards to reading the resident meeting minutes and again, we are disinclined to consider a request which was made incorrectly due to unprofessionalism.

However, out of respect for you and to follow due process, Liz and I did consider this request. We can not, however, grant the request.

First, we made it perfectly clear that schedule changes could only be made in situations of emergency. If we grant her request, we open Pandora's box for other residents to make similar requests.

Second, Leena explicitly asked for an elective GI when we took requests for the yearly schedule. It was through hard work and dedication to the schedule on the part of Liz and I that we were able to accommodate her request. I am loathed to now change the elective we worked so diligently to give her.

Third, in all of the months Leena has been on surgical pathology the IBD colons were done explicitly by the GI service. While this policy has now changed, Leena was never on surgicals after this so she has never seen an IBD colon. I think it would be tragic to her education for her not to experience this type of pathology while training at an institution that literally discovered Crohn's Disease.

Fourth, if we were to grant Leena's request we would have to pull another resident from their scheduled rotation to cover GI, a rotation which requires either a resident or fellow to cover. Essentially this would mean pulling a resident on CP to cover an AP service which I do not think is fair to that resident, especially given our difficulties in getting the 18 required months of CP.

Fifth, during the block we are referring to, there are already 2 pathology residents, in addition to dermatology residents, on dermatopathology. We feel that placing an additional resident on the service will overburden the service and dilute the educational value of all the residents.

I do want to make it clear that Liz and I are disappointed that we can not grant the requests of not only Leena, but of every resident in our program. It is because of the dedication to our residents that Liz and I took additional steps ourselves. First, I have contacted Dr.

1

D_ESI003706

Phelps.  He begins his sign outs at 6am and has stated that Leena is more then welcome to
attend sign out from 6-8am (prior to the start of her work day) with him to improve her
education.  This would allow her additional training in dermatopathology without altering the
schedule.  I have also taken the liberty of making a CD for her which has all of Dr. Elston's
dermatopathology lectures on it.  This covers all major (and most minor) areas within the
field and is an incredible resource.  I would also be willing to lend her my textbook by Dr.
Elston which he follows in his lectures.  I will give the CD to Leena when I return to New
York on Monday.

I feel that with all of the above provisions Leena should be able to obtain the appropriate
dermatopathology education.  I would just like to also say that Liz and I took an incredible
amount of time pouring over not only this years schedule, but also prior years and did our
own counts of CP months for each resident.  We made sure each resident had the correct number
of CP rotations in each area of CP in order to graduate.  I can provide you with the
spreadsheet of tally's if you would like.

In summary, the final decision to change the academic schedule is, obviously, yours.  However
from a chief resident stand point, Liz and I simply can not grant this request.  Please let
me know if you would like me to send this information to Leena as well.  As always, thank you
for your dedication to our education.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339


-----Original Message-----
From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Wed 8/24/2011 4:10 PM
To: Morency, Elizabeth (MSSM-Imail); Jordan, Adrienne
Cc: Patel, Shema (MSSM); Lento, Patrick; Varughese, Leena (MSSM-Imail)
Subject: Dr. Varughese - Request for permissoin to alter scheduled elective rotation

Dear Dr. Morency and Dr. Jordan:


Dr. Varughese has  requested directly to me that her elective rotation through GI Pathology--
scheduled for the period 9/26/2011 to 10/17/2011 -- be substituted for an elective through
Dermatopathology with Dr. Miriam Birgé. If it would be possible to drop Dr. Varughese's
already scheduled rotation (E-GI), Dr. Birgé would be willing to accept her as an elective
rotator through dermatopathology.


I explained to Dr. Varughese that despite Dr. Birgé's willingness to receive her at
dermatopathology, the switch in the rotation might not be possible because of the potential
impact of the change on the overall schedule. I also made her aware that final decisions to
the rotation schedule have been delegated to the Chief Residents but that I would intervene
on her behalf but would not impose such request. I reminded Dr. Varughese of the standing
policy regarding request for changes as follows:

CONFIDENTIAL                                                              D_ESI003707

PROCEDURE FOR SCHEDULE CHANGE

1) Make the change request to your chiefs.  The chiefs will then
decide if it can be allowed, and give you advice on how to approach
your request.

2) Get permission from your supervisors of both rotations that you are
changing (changing from and changing to).

3) Report back to your chiefs that you have your supervisors' consent,
as well as the consent of any other residents involved (a.k.a the
resident you are switching with or a resident that will cover your
original duties).

4) Fill out the Schedule Request Form and email it to the chiefs along with
any emails documenting consents from rotation attendings and residents
involved.

5) The chiefs will then pass on your request to the Residency
Director or Fellowship Director for final approval.

6) The residency director will then send the final email to Allene who will change
the block schedule in New Innovations and in the official department
schedule.

7) Allene will then email the chiefs the changes to be applied to the
schedule on the G drive and on New Innovations.

3

D_ESI003708

8) The new schedule will be emailed to you for verification

I am aware that Dr. Varughese did not consult this idea with you first as stated in the policy. Given the problems with ascertaining her receipt of the minutes of the resident's meeting during which the policies were discussed and approved by majority vote, and the problems over the first 2 weeks in August when you were trying to ascertain whether she had received the copies of minutes and policies that were left in her mail box, e-mailed to her and attempted to deliver to her by other means, she might not have become fully aware of the established procedure and that is why she did not meet that requirement.

I am asking that you please obviate that step and give serious and objective consideration to Dr. Varughese's request for dropping out of the E-GI already scheduled. If the change is not possible she will go through the elective rotation as presently scheduled. Even if it were possible, other issues out of you purview may influence my final decision to authorize her to execute that change. Dr. Varughese has expressed feelings of not being treated fairly in terms of the opportunities for elective rotations and in terms of her time in CP rotations. She has repeatedly said to me that her CP time has been significantly less that that of other residents. I assured her that I had met with Dr. Lento and had personally reviewed her entire program during the residency and was assured that she will meet the required time in rotation to be eligible for admission to the ABP certification exam.

I will appreciate you serious consideration to this request made on behalf of Dr. Varughese.

With appreciation for your excellent performance and commitment to the program, as always,

Dr. Firpo

Adolfo Firpo, M.D.,M.P.A.,FCAP

Professor and Director

Pathology Educational Activities

Department of Pathology,

The Mount Sinai School of Medicine.

The Mount Sinai Hospital

Phone: 212-659-8214

Fax: 212-348-7556

E-mail:   <mailto:adolfo.firpo@mssm.edu> adolfo.firpo@mssm.edu

4

D_ESI003709

Office Address:

Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612

1425 Madison Avenue and E98th Street

New York, New York 10029-6574


Mailing address:

One Gustave L. Levy Place, Box 1619

ATTN: Dr. Firpo

New York, New York 10029-6574

.5 .

CONFIDENTIAL

D_ESI003710

Exhibit 215

**From:**       Jordan, Adrienne [adrienne.jordan@mountsinai.org]
**Sent:**       Monday, August 22, 2011 11:53 AM
**To:**         Firpo, Adolfo
**Subject:**    Meeting

Dr. Firpo,

I spoke with Liz this morning and she filled me in on the content of your conversation.
Apparently there has just been a wide degree of misinterpretations.  So for my part to that,
I am truly sorry.  I will be much more cognizant of my e-mails in the future to prevent this
sort of dilemma.

I was also assured by Liz that the two of you resolved whatever concerns we had so a meeting
is not necessary.

I was also told that I may have inadvertently replied to an e-mail in which people were
inadvertently CC'd.  I have gone through all of my sent mail for the last few weeks and I can
not seem to locate an e-mail in which I did not know the recipients, but if I did in fact do
this I apologize.  Again, I will be much more careful with my e-mails in the future.

As for everything else, I want to assure you that I treat each resident with respect and
professionalism.  I also hold everyone to the same standard that I hold myself and if a
resident does not meet those expectations, I feel that they should be disciplined and
dismissed if improvement is not seen.  If we allow a low caliber resident to graduate from
our program it "cheapens" the success of completing the program for everyone else.  I just
want to assure that we only graduate the best residents because that is the reputation our
department deserves.  I do not have vendettas against anyone, no matter what actions they
have taken against me in the past.  I am able to work beyond past history and focus only on
the future and the well being of our program, which I assure you is always my top concern.

With warm regards,

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

1

CONFIDENTIAL                                                                    D_ESI004612

Exhibit 216

**From:**       Jordan, Adrienne [adrienne.jordan@mountsinai.org]
**Sent:**       Friday, August 05, 2011 12:22 PM
**To:**         Firpo, Adolfo
**Subject:**    RE: Frozens

No, she hasn't responded yet.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

---

From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Fri 8/5/2011 12:19 PM
To: Jordan, Adrienne
Subject: Re: Frozens


Have Alicia replied yet? She is in 8-40 conf room at Dr. Grace's review session.

----- Original Message -----
From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
Sent: Friday, August 05, 2011 11:55 AM
To: Martinez, Alicia (MSSM-Imail); Morency, Elizabeth (MSSM-Imail); Firpo, Adolfo; Lento,
Patrick (MSH); Grunes, Dianne (MSH)
Subject: Frozens

Alicia,

Sarah is out sick again today.  I had to pull two residents to cover her yesterday.  Working
my way down the list of residents to pull based on what rotation they are on given the
"coverage for sick/conference" policy discussed at the last resident meeting, you are the
next in line given the rotation you are on.  We need for you to cover frozen section this
afternoon from 1:30 on.  Please let me know ASAP that you received this e-mail.  Thank you in
advance for your understanding of the situation.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

CONFIDENTIAL

D_ESI005436

**From:**       Firpo, Adolfo [adolfo.firpo@mssm.edu]
**Sent:**       Friday, August 05, 2011 12:28 PM
**To:**         Jordan, Adrienne
**Subject:**    RE: Frozens

**Importance:**    High

I just walked in and told her that you were trying to reach her to inform her that she was
covering frozen sectioning this PM and to contact you ASAP. I mentioned that Dr. Bowen was in
the hospital but not to spread that info around.

Adolfo Firpo, M.D.,M.P.A.,FCAP
Professor and Director
Pathology Educational Activities
Department of Pathology,
The Mount Sinai School of Medicine.
The Mount Sinai Hospital
Phone: 212-659-8214
Fax: 212-348-7556
E-mail: adolfo.firpo@mssm.edu


Office Address:
Icahn Medical Institute 8th Floor, Office 8-40 , Box-1612
1425 Madison Avenue and E98th Street
New York, New York 10029-6574

Mailing address:
One Gustave L. Levy Place, Box 1612
ATTN: Dr. Firpo
New York, New York 10029-6574


-----Original Message-----
From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
Sent: Friday, August 05, 2011 12:22 PM
To: Firpo, Adolfo
Subject: RE: Frozens

No, she hasn't responded yet.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

_____

From: Firpo, Adolfo [mailto:adolfo.firpo@mssm.edu]
Sent: Fri 8/5/2011 12:19 PM
To: Jordan, Adrienne

1

CONFIDENTIAL                                                  D_ESI017647

Subject: Re: Frozens


Have Alicia replied yet? She is in 8-40 conf room at Dr. Grace's review session.

----- Original Message -----
From: Jordan, Adrienne [mailto:adrienne.jordan@mountsinai.org]
Sent: Friday, August 05, 2011 11:55 AM
To: Martinez, Alicia (MSSM-Imail); Morency, Elizabeth (MSSM-Imail); Firpo, Adolfo; Lento,
Patrick (MSH); Grunes, Dianne (MSH)
Subject: Frozens

Alicia,

Sarah is out sick again today.  I had to pull two residents to cover her yesterday.  Working
my way down the list of residents to pull based on what rotation they are on given the
"coverage for sick/conference" policy discussed at the last resident meeting, you are the
next in line given the rotation you are on.  We need for you to cover frozen section this
afternoon from 1:30 on.  Please let me know ASAP that you received this e-mail.  Thank you in
advance for your understanding of the situation.

Adrienne Jordan, M.D.
Pathology Resident, PGY3
The Mount Sinai Medical Center
Department of Pathology- Box 1194
One Gustave L. Levy Place
New York, NY 10029
Cell: 330-327-7339

2

CONFIDENTIAL                                                              D_ESI017648

Exhibit 217

| | |
|---|---|
| **From:** | Amanda Blouin [amanda.blouin@mssm.edu] |
| **Sent:** | Monday, August 08, 2011 8:40 AM |
| **To:** | Jordan, Adrienne |
| **Cc:** | Morency, Elizabeth (MSSM-Imail) |
| **Subject:** | Re: Coverage |

I am very disappointed to hear this, specifically because this is the second time in less
than six months that I am pulled from a CP rotation to cover the surgical service.

I noted that Dr. Shahaidi was not listed on the email recipient list.  Please inform her of
the schedule change.


Amanda Blouin, M.D., Ph.D.
Department of Pathology
The Mount Sinai Medical Center
New York, NY 10029
Pager: 917-457-5372 (#2304)



----- Original Message -----
From: "Jordan, Adrienne" <adrienne.jordan@mountsinai.org>
Date: Friday, August 5, 2011 2:27 pm
Subject: Coverage
To: "Lento, Patrick" <Patrick.Lento@mountsinai.org>, "Firpo, Adolfo (MSSM)"
<adolfo.firpo@exchange.mssm.edu>, "Bleiweiss, Ira" <Ira.Bleiweiss@mountsinai.org>, "Morency,
Elizabeth (MSSM-Imail)" <elizabeth.morency@mssm.edu>, "Blouin, Amanda (MSSM-Imail)"
<amanda.blouin@mssm.edu>, "Chepovetsky, Julie (MSSM-Imail)" <Julie.Chepovetsky@mssm.edu>

> Julie and Amanda,
>
> It is with true and honest deep regret that I have to write this e-
> mail.  First let me say what an amazing job you both did on surgicals
> last month.  I know it was an exceptionally busy month but you both
> handled it with grace and professionalism that was truly remarkable.
>
> As you might both be aware, one of our first year residents, Sarah,
> has been out sick the last two days.  Without going into specifics, at
> this point we are unsure when or if Sarah might return.  After
> spending much of the day on the phone with Dr.
> Bleiweiss, Firpo, and Lento, we have agreed that we need to anticipate
> for the worst which is that Sarah may not be back this month.  Since
> she is on surgicals, we can not pull a resident on a day to day basis
> to cover for her as this will lead to a huge confusion in the lab as
> well as numerous delays in cases.
> Therefore we are forced to pull residents to cover for the remainder
> of the month.  Since we are extremely limited in the number of
> residents we have available to pull, we are asking that Julie cover
> surgicals for next week (as well as gross her Saturday on August 13)
> and then Amanda cover surgicals the last two weeks of the block (as
> well as gross her Saturday on August 27).
> Believe me when I say we wish there was another way to do this, but
> there just isn't.  I can assure you that once we know when Sarah is

1

CONFIDENTIAL

D_ESI017999