UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VARUGHESE,

        Plaintiff,

    -against-                                   12 Civ. 8812 (CM)(JCF)

MOUNT SINAI MEDICAL CENTER, et al.,

        Defendants.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/15
```

### DIRECTIVE TO THE CLERK'S OFFICE

McMahon, J.:

    The court having denied the plaintiff's several requests for extensions of time by order dated January 5, 2015 (Docket # 203), the Clerk is directed to remove the following letter motions for extensions of time from the court's list of open motions: Docket # 196 and Docket # 199.

Dated: January 8, 2015

                                                  _____
                                                       U.S.D.J.

BY ECF TO COUNSEL
BY FIRST CLASS MAIL TO PLAINTIFF PRO SE

Copies mailed/faxed/handed to counsel on 1/8/15