EXHIBIT 1

| | |
|---|---|
| **From:** | Schiller, Alan |
| **Sent:** | Tuesday, June 21, 2011 8:47 AM |
| **To:** | roschiller@notes.cc.sunysb.edu |
| **Subject:** | RE: FW: Rob Schiller |

Dear Rob:
I would just call that person in the admissions office and tell her/him that Dr Klotman gave me the your name.

Love,
Dad

Alan Schiller, MD
Irene Heinz Given and John LaPorte Given
Professor and Chairman Emeritus of Pathology
Mount Sinai School of Medicine
One Gustave L Levy Place
Box 1194
New York, NY 10029
Tel: 212-241-8847, 212-241-8014
Fax: 212-426-5129
alan.schiller@mountsinai.org

**From:** roschiller@notes.cc.sunysb.edu [mailto:roschiller@notes.cc.sunysb.edu]
**Sent:** Tue 6/21/2011 8:02 AM
**To:** Schiller, Alan
**Subject:** Re: FW: Rob Schiller

Dad i need the name of the doc of whom i am sending an email to....the person Dr. Klotman gave you does not have a first name nor can i find this person at baylor college of medicine.  Thanks

rob

-----"Schiller, Alan" <alan.schiller@mssm.edu> wrote: -----

To: <robin.schiller@stonybrook.edu>
From: "Schiller, Alan" <alan.schiller@mssm.edu>
Date: 06/15/2011 02:27PM
Subject: FW: Rob Schiller


Alan Schiller, MD
Irene Heinz Given and John LaPorte Given
Professor and Chairman Emeritus of Pathology
Mount Sinai School of Medicine
One Gustave L Levy Place
Box 1194
New York, NY 10029
Tel: 212-241-8847, 212-241-8014
Fax: 212-426-5129
alan.schiller@mountsinai.org

1

CONFIDENTIAL

D_ESI013452

**From:** Klotman, Paul [mailto:Paul.Klotman@bcm.edu]
**Sent:** Wed 6/15/2011 11:21 AM
**To:** Schiller, Alan
**Subject:** RE: Rob Schiller

Doubt they would take an application without MCAT.  The head of admissions is florence@bcm.tmc.edu

**From:** Schiller, Alan [mailto:alan.schiller@mssm.edu]
**Sent:** Wednesday, June 15, 2011 6:41 AM
**To:** Klotman, Paul
**Subject:** Rob Schiller

Dear Paul:

Thank you for your response. I was wondering if the admission would accept Rob to some kind of advance standing without MCAT. Who do we call? – or can you make a call?

Many thanks! and love to Mary

Regards,

Alan

Alan Schiller, MD

Irene Heinz Given and John LaPorte Given

Professor and Chairman Emeritus of Pathology

Mount Sinai School of Medicine

One Gustave L Levy Place

Box 1194

New York, NY 10029

Tel: 212-241-8847, 212-241-8014

Fax: 212-426-5129

2

CONFIDENTIAL

D_ESI013453

alan.schiller@mountsinai.org

---

**From:** Klotman, Paul [mailto:Paul.Klotman@bcm.edu]
**Sent:** Tue 6/14/2011 8:52 AM
**To:** Schiller, Alan
**Subject:** Re: Rob Schiller

He should apply. I can send a supportive nite but the admission process is very isolated from me. Hope all is well.


Paul Klotman, MD

President & CEO

Baylor College of Medicine


On Jun 14, 2011, at 7:46 AM, "Schiller, Alan" <alan.schiller@mssm.edu> wrote:

Dear Paul:

Greetings from hot NYC. Perhaps you can help my son Rob, who graduated Brown and Tufts Dental School, and now wants to attend Med School. He is finishing a Dental Anesthesia residency at Stony Brook, the best such program in the nation. He wants now to do General Anesthesia and needs an MD degree. Any chance he can switch to Baylor, at any level, to get the MD? I can assure you he's very bright and one of the best anesthesia residents to have trained at Stony Brook. He can get rec's that say so. I can arrange to have his C-V sent to you for your review. He has never taken the MCAT.




Best regards,


Alan


Alan Schiller, MD

Irene Heinz Given and John LaPorte Given

Professor and Chairman Emeritus of Pathology

Mount Sinai School of Medicine

One Gustave L Levy Place

3

CONFIDENTIAL

D_ESI013454

Box 1194

New York, NY 10029

Tel: 212-241-8847, 212-241-8014

Fax: 212-426-5129

alan.schiller@mountsinai.org

CONFIDENTIAL

D_ESI013455

| | |
|---|---|
| **From:** | Pessin-Minsley, Melissa |
| **Sent:** | Tuesday, March 15, 2011 11:48 AM |
| **To:** | Lento, Patrick |
| **Subject:** | RE: Match |

Thanks Pat. He will let me know and you will see if he puts his application in. He is yet another person who just never considered Pathology as a career – the medical schools do a terrible job promoting pathology and I think many actually dissuade students from going into the field.

Melissa Pessin, MD PhD
Medical Director, Center for Clinical Laboratories
Associate Professor & Interim Chair, Pathology
Mount Sinai Medical Center

**From:** Lento, Patrick
**Sent:** Tuesday, March 15, 2011 11:37 AM
**To:** Pessin-Minsley, Melissa
**Subject:** Match

Just got an email from NRMP that we filled 6 of 8 positions. The 2 extra we added on this year apparently went unfilled. Scramble will start at 12 noon. Let me know if your cousin if definitely interested in switching to pathology. I will look up to see if his scramble application is in ERAS after it opens at 12 noon today.
Pat

**Patrick Lento, M.D.**
Associate Professor, Departments of Pathology,
Internal Medicine, Division of General Internal Medicine
and Medical Education
Residency Program Director, Pathology
Mount Sinai Medical Center and School of Medicine
Box 1194
One Gustave Levy Place
New York, NY 10029
Tel: 212-241-9157
Fax: 212-876-4036
email:patrick.lento@mountsinai.org

**This email and any attachments may contain confidential information which are intended for use solely by the addressee(s). If you are not the intended recipient of this email, please be aware that any dissemination, distribution, copying or other use of the email in whole or in part is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the original and all copies of the email, attachments and any printouts. Thank you.**

CONFIDENTIAL

D_ESI012620