# In The Matter Of:

*APPEAL HEARING of DR. LEENA VARUGHESE,*

_____

## *MEETING*
*November 14, 2011*

_____

## *RAYVID REPORTING SERVICE, INC.*
### *225 Varick Street - 10th Floor*
### *New York, NY 10014*
*PH: 212-267-3877 / FAX: 212-692-9171*

**MEETING - Vol. 1**

APPEAL HEARING of DR. LEENA VARUGHESE


TO THE MEDICAL HOUSE STAFF


AFFAIRS COMMITTEE


MOUNT SINAI HOSPITAL


6:00 p.m.


November 14, 2011

Page 2

```
 1            LEENA VARUGHESE
 2
 3  PANEL:
 4
        DR. STEVEN WEINFELD, Chair
 5      DR. GILA LEITER
        DR. MICHAEL MARIN
 6      DR. HAROLD BRONHEIM
        DR. MARISSA RAYMOND-FLESCH
 7      DR. MELISSA ROCCO
 8  FOR THE PANEL:
 9
10      MICHAEL G. MacDONALD, ESQ.
11      Mount Sinai General Counsel
12
13  FOR THE DEPARTMENT:
14
15      DR. CARLOS CORDONE-CARDO
16      DR. ADOLFO FIRPA
17
18      RORY McEVOY, ESQ.
19      Edwards Wildman Palmer LLP
20      750 Lexington Avenue
21      New York, NY 10022
22
23  FOR THE APPELLANT:
24      DR. LEENA VARUGHESE, Pro Se
25      DR. RAJIT MALLIH
```

Page 3

```
 1            LEENA VARUGHESE
 2
 3       P R O C E E D I N G S
 4
 5      DR. WEINFELD:  I would like to
 6  call the proceedings to order.
 7      This is the appeal of Dr. Leena
 8  Varughese of the decision dated September
 9  21, 2011 of Dr. Cardone-Corda and
10  Dr. Firpa to suspend and terminate
11  Dr. Varughese from the pathology residency
12  program of the Mount Sinai School of
13  Medicine.
14      Dr. Varghese's appeal was perfected
15  in her letter dated September 28, 2011 to
16  Dr. Michael Harris, President of the
17  Medical Board, which was received on
18  September 30, 2011.
19      My name is Steven Weinfeld, I'm
20  serving as the Chairman of the House Staff
21  Affairs Committee that has been convened
22  to consider and decide Dr. Varghese's
23  appeal.
24      I would like to introduce the other
25  members of the Committee, Dr. Gila Leiter,
```

Page 4

```
 1            LEENA VARUGHESE
 2  Department of Obstetrics Gynecology and
 3  Reproductive Science.
 4      Dr. Michael Marin, Professor and
 5  Chairman Department of Surgery.
 6      Dr. Harold Bronheim, Clinical
 7  Professor of Psychiatry and Clinical
 8  Professor of Medicine.
 9      Dr. Marissa Raymond-Flesch, PGY 4
10  department of medicine in pediatrics and
11  Dr. Melissa Rocco, Chief Resident,
12  department of anesthesiology.
13      Also present are Michael Macdonald,
14  General Counsel School of Medicine,
15  serving as counsel to the committee, Ms.
16  Karen Jones, also of the general counsel's
17  office, who is also assisting Mr. McDonald
18  and the committee.
19      Dr. Carlos Cordone-Cardo and
20  Dr. Adolfo Firpa, Mr. Rory McEvoy of the
21  law firm of Edwards, Wilman & Palmer, who
22  is assisting of the Department of
23  Pathology in it's presentation.
24      Ms. Marina Lowy, of the general
25  counsel's offices, also assisting the
```

Page 5

```
 1            LEENA VARUGHESE
 2  Department of Pathology, Dr. Leena
 3  Varughese and Dr. Rajit Mallih.
 4      DR. MALLIH:  I am Dr. Leena
 5  Varghese's friend, I am a practicing
 6  pathologist also.
 7      DR. WEINFELD:  Dr. Varughese, are
 8  you going to have counsel with you today
 9  or no?
10      DR. VARUGHESE:  No.
11      DR. WEINFELD:  So, just for the
12  record, that Dr. Varughese is entitled
13  to have an attorney present, has chosen
14  not to appear with counsel today.
15      Procedures that will govern this
16  appeal are set forth in the house staff
17  manual and include the following, Drs.
18  Cordone-Carda and Dr. Firpa may present
19  relative evidence and witnesses in
20  presenting the department's position.
21      They may question Dr. Varughese and
22  her witnesses.
23      Similarly, Dr. Varughese may
24  present relevant evidence and witnesses on
25  her behalf, and may question Drs.
```

Rayvid Reporting Service
(212) 267-3877

LEENA VARUGHESE

1
2  Cordone-Cardo and Firpa and the witnesses
3  who supported the Department of
4  Pathology's decision.
5       B, it the scope of the hearing will
6  be limited to determine whether there is
7  sufficient evidence to determine that the
8  adverse action taken by the Department of
9  Pathology was not arbitrary and
10 capricious.
11      All testimony at the hearing will
12 be under oath, and a transcript of the
13 hearing is being made.
14      The Rules of Evidence do not apply
15 and the decision of the Committee will be
16 based on a preponderance of the evidence.
17      I would like to stress this is a
18 peer review proceeding and members of the
19 Committee may take an active role in
20 questioning the witnesses.
21      In that connection the role of
22 attorneys is limited to providing advice
23 and counsel to Dr. Varughese and the
24 department as the case may be and
25 addressing the members of the Committee.

LEENA VARUGHESE

1
2       The role of the representatives may
3  not include the presentation of evidence
4  or the examination or cross-examination of
5  witnesses.
6       The committee may in its discretion
7  further define, expand or limit the role
8  of any representatives as we go along.
9       In addition, the committee may make
10 such additional rules as it deems
11 necessary to assure a prompt, fair and
12 expeditious handling of this appeal.
13      Members of the Committee have
14 reviewed the September 21, 2011
15 termination letter from Drs. Cordone-Cardo
16 and Firpa to Dr. Varughese.
17      Before we turn to Drs.
18 Cordone-Carda and Firpa for their
19 presentation, then to Dr. Varughese for
20 her presentation, I would like to ask Dr.
21 Varughese and the Department whether there
22 are any preliminary matters they would
23 like to raise before we proceed further.
24      Dr. Varughese?
25      DR. VARUGHESE:  No.

LEENA VARUGHESE

1
2       DR. WEINFELD:  And.
3       MR. McEVOY:  Yes.
4       DR. VARUGHESE:  Actually, I do
5  now.
6       DR. WEINFELD:  Yes.
7       DR. VARUGHESE:  So is
8  Dr. Cordone-Cardo and Dr. Firpa
9  intending to defend themselves, or is
10 the lawyer speaking for them?
11      DR. WEINFELD:  The Department
12 will be making a presentation, but
13 the -- as I just said, the lawyers are
14 not presenting evidence, so they will
15 provide advice to the members of the
16 Department.
17      MR. McEVOY:  The only thing I was
18 going to say was that I would ask the
19 committee to accept as an Exhibit the
20 section of the house staff manual
21 dealing with disciplinary action, which
22 I don't think should be any problem with
23 because I understand that Dr. Varughese
24 has submitted that as one of her
25 proposed exhibits, and secondly, that

LEENA VARUGHESE

1
2  the committee take into evidence Dr.
3  Varughese' residence contract for the
4  PGY 4 year.
5       DR. WEINFELD:  Is that something
6  we don't have copies of currently?
7       MR. MacDONALD:  Well, I think --
8  actually I think on the house staff
9  manual we can almost take that by
10 judicial notice.
11      If you want to mark it as a
12 Committee Exhibit 1 and Committee Exhibit
13 2, why don't we do that, and do we need to
14 do that physically to do that?
15      MR. MacDONALD:  I think those
16 documents -- why don't we do that; let's
17 be sure that we mark the excerpt or
18 maybe the entire house staff manual, the
19 excerpt and the disciplinary proceedings
20 as Committee Exhibit 1 and the house
21 staff contract as Committee Exhibit 2.
22      DR. WEINFELD:  So we will get
23 those marked into evidence.
24      I would like to start by asking
25 Drs. Cordone-Cardo and Dr. Firpa to make

3 (Pages 6 to 9)

Page 10

LEENA VARUGHESE

1        LEENA VARUGHESE
2  their presentations on behalf of the
3  Department of Pathology.
4        DR. CARDONE-CORDO:  Dr. Firpa
5  will make the presentation.
6        DR. WEINFELD:  Are we going to
7  swear him in?
8        MR. MacDONALD:  I think what we
9  should do is to swear Dr. Varughese, Dr.
10  Cordone-Cardo and Dr. Firpa all at the
11  same time so we don't have to interrupt
12  the flow of the proceedings.
13        Would you do that, Mr. Reporter.
14
15  A L E E N A      V A R U G H E S E,   A D O
16  L F O    F I R P O   and   C A R L O
17  S  C O R D O N E - C A R D O,   were
18  called as witnesses, having been duly
19  sworn by the Notary Public, were examined
20  and testified as follows:
21
22        DR. WEINFELD:  So all three are
23  sworn now, good.  So the Department will
24  proceed.
25        DR. FIRPA:  Mr. Chairman, ladies

Page 11

LEENA VARUGHESE

1        LEENA VARUGHESE
2  and gentlemen, members of the Committee,
3  good evening.
4        My name is Adolfo Firpa
5  Bettencourt, I am the Director of
6  Pathology Educational Activities as of the
7  1st of July of 2011.
8        When I joined Mount Sinai my
9  primary duty is to oversee accredited
10  pathology training programs, both
11  residency and fellowships, and together
12  with Dr. Pat Lento, the Pathology
13  Residency Program Director, to assess,
14  monitor and guide compliance with all
15  ACGME accreditational requirements as
16  specified in the Residency Review
17  Committee for Pathology guidelines.
18        And the directives of the Mount
19  Sinai's institutional GME office and other
20  institutional policies.
21        At this hearing we will demonstrate
22  unequivically that the decision to
23  summarily suspend and terminate Dr.
24  Varughese from the pathology residency
25  program was not arbitrary, nor capricious,

Page 12

LEENA VARUGHESE

1        LEENA VARUGHESE
2  but a carefully weighed and deliberated
3  decision.
4        The decision made after major and
5  repeated efforts to address her concerns
6  about being able to satisfy all her
7  residency requirements to qualify for the
8  Board examination in 2012 and in response
9  to her persistent accusations of unfair
10  treatment by everyone whenever she was
11  expected to be accountable for her conduct
12  and decisions.
13        Despite all efforts, she was
14  insubordinate toward her chief residents,
15  the program director, and unprofessional
16  in her dealings with others and towards
17  her responsibilities to the faculty and
18  the staff.
19        She lacked insight about her
20  problematic behavior, how damaging they
21  were to others and how disruptive it was
22  to the program operations.
23        Repeatedly she demonstrated her
24  lack of integrity toward her professional
25  responsibilities and poor sense of moral

Page 13

LEENA VARUGHESE

1        LEENA VARUGHESE
2  judgment.
3        The documentation we provided and
4  the testimony of the witnesses will
5  demonstrate to you that Dr. Varughese was
6  unable to make any progress to grow into a
7  responsible medical professional as
8  expected of any accredited training
9  program.
10        The decision to terminate her from
11  residency was nothing more than the
12  ultimate result of her poor performance,
13  misconduct, insubordination, lack of
14  professionalism and integrity.
15        The decision to terminate Dr.
16  Varughese is authorized by the house staff
17  manual section on disciplinary action that
18  provides that the Department Chair may
19  terminate for cause a house officer who
20  fails to demonstrate an acceptable level
21  of professional competence, clinical
22  judgment in the treatment of patients, or
23  professionalism or who engages in any
24  activities that are a threat to the
25  welfare or safety of patients, employees,

4 (Pages 10 to 13)

LEENA VARUGHESE

1
2  other physicians, or the hospital itself.
3        Dr. Varughese also violated her
4  residence contract which requires her to
5  comply faithfully with and be subject to
6  the policies, rules and regulations of the
7  hospital.
8        The decision to summarily suspend
9  Dr. Varughese was based on the judgment of
10  the Chair of the Department, the GME
11  office and me that her continued presence
12  at the hospital would pose a risk to Mount
13  Sinai and it's patients.
14        The events documented in the
15  materials we provided to you and the
16  experiences that the witness will describe
17  will demonstrate Dr. Varughese' poor
18  performance, persistent misconduct and a
19  pattern of escalating insubordination.
20        Lack of professionalism and her
21  lack of personal and professional
22  integrity which rapidly deteriorated
23  between July 15th to the middle of
24  September when this difficult, but
25  unavoidable and necessary decision was

LEENA VARUGHESE

1
2  made.
3        She was summarily terminated in
4  fairness to other residents, faculty and
5  staff, in an attempt to restore a sense of
6  normal to the complex environment in which
7  educational activities take place in
8  pathology and for the very safety of the
9  operations of the Department as they
10  relate to patient services.
11        On September 15th, Dr. Varughese
12  told me that she could not perform her
13  work, was unable to concentrate, felt
14  overwhelmed and was gradually losing
15  control and needed to take a leave of
16  absence.
17        Out of concern for her well-being
18  as well as the hospital and it's patients,
19  I instructed residents and supervisors to
20  excuse her from her regular
21  responsibilities and consulted with her
22  rotation supervisor to arrange for a light
23  work schedule for the day.
24        We were so concerned by her
25  appearance that day that we concluded that

LEENA VARUGHESE

1
2  she may represent a threat to self and to
3  others and decided to keep her under
4  minimal stressful conditions within the
5  hospital for the rest of the day to be
6  able to observe her until we make
7  arrangement to have her seen by hospital
8  wellness or student health wellness.
9        DR. BRONHEIM:  Can you describe
10  her appearance that day?
11        DR. FIRPA:  Yes.
12        Earlier in the morning I received
13  an e-mail from the Chief Residents that
14  they were concerned about her behavior
15  that morning, she had come in late, showed
16  a blank affect, she was practically
17  unresponsive and just sitting there.
18        The perception of the residents was
19  that she may be undergoing a major crisis
20  and that she may -- they were afraid that
21  this could precipitate some type of
22  radical behavior.
23        Having been notified of that and
24  being familiar with the policies of safety
25  in the workplace, I immediately

LEENA VARUGHESE

1
2  communicated with the Human Resources
3  Department, the office of GME, the
4  Department Chair and others, about the
5  situation.
6        Called and requested somebody to
7  come and assess the situation until I was
8  able to arrive.
9        Upon my arrival I found her
10  literally quiet, sitting at her desk,
11  looking at some slides.
12        I asked her to talk to her in
13  private.  We proceeded to the student
14  lounge and I asked her bluntly what's
15  wrong?
16        She first said nothing.  Finally I
17  insisted that I know something is wrong,
18  please tell me, I know you now, what seems
19  to be the problem?
20        And then she relayed I cannot take
21  it anymore, I feel very bad, I am unable
22  to work, I cannot concentrate, I have not
23  prepared a presentation that I have been
24  asked to prepare many times, not because I
25  really don't want to, but because I feel

5  (Pages 14 to 17)

Page 18

LEENA VARUGHESE

1
2 unable to concentrate and do any work.
3       And I really feel overwhelmed and I
4 think I need to take a leave of absence,
5 go away for a while.
6       Even during her narration, she
7 exhibited behavior which made me suspect
8 that this may be an organic episode, for
9 moments she'll stop her narrative, she'll
10 flicker her eyes, as if having a petit mal
11 seizure then will continue and captured
12 her train of thought.
13       I was really, really very
14 concerned.
15       I instructed her to calm down,
16 don't be stressed, I'll make arrangements
17 for you to be excused for all duties of
18 the day.
19       I talked to the Chief Residents and
20 instructed them not to bother her, and
21 excuse her from all the activity.
22       I went and found her rotation
23 supervisor, Dr. Peterson, discussed my
24 impressions, he shared with me that he had
25 been observing some deterioration also,

Page 19

LEENA VARUGHESE

1
2 but didn't feel that it had been so
3 serious, but it was not a surprise.
4       So we agreed to put a very light
5 workload for the day, so that she'll be
6 able to remain under observation.
7       With that, and I then proceeded to
8 find out what was the necessary steps to
9 take to arrange for a leave of absence,
10 what are the requirements, what were the
11 procedures, and that I left leaving her
12 behind under those instructions.
13       Out of concern for Dr. Varughese as
14 well as the hospital, I instructed the
15 residents and supervisor to excuse her
16 from regular responsibilities and
17 consulted with her rotation supervisor I
18 just described.
19       Despite my explicit instructions --
20 the following morning I formally advised
21 her not to report back to work until she
22 has secured a doctor's note and had
23 completed the required application for her
24 leave of absence as she was instructed by
25 Ms. Patel on the 15th at noon in the early

Page 20

LEENA VARUGHESE

1
2 afternoon after the initial incident in
3 the morning.
4       Despite my explicit instructions of
5 not to come to work, she continued to come
6 and meet with her rotation supervisor in
7 private without any other work
8 responsibilities.
9       Her lack of insight about her
10 unstable conduct, her apparent lack of
11 understanding of the potential risks she
12 posed to others after having acknowledged
13 her inability to concentrate and being
14 unable to perform at a minimal level of
15 competence are the factors that we
16 considered to represent a risk to other
17 persons in the work environment and
18 ultimately to the safety of patients and
19 the quality of services provided by our
20 Department.
21       These were the the ultimate reasons
22 that led to her summary suspension on
23 September 21, 2011.
24       The Pathology Department at Mount
25 Sinai, as you may well know, is the

Page 21

LEENA VARUGHESE

1
2 largest in any single comparable academic
3 institution in New York City.
4       The surgical pathology case volume
5 is over 150,000 specimens per year, and
6 our clinical laboratory service processing
7 is comparable to a commercial laboratory
8 in volume and complexity.
9       Educational pathology programs
10 include the residency and specialty
11 fellowships in cytology, gastrointestinal
12 pathology, gynecologic pathology, liver
13 pathology, molecular genetics, surgical
14 pathology, as well as elective rotations
15 to visiting students and pathology
16 rotations, to residents in other specialty
17 training programs here at Mount Sinai.
18       The Mount Sinai pathology residency
19 offers three options, clinical pathology
20 only program for three years or the
21 combined anatomic clinical pathology
22 program over four years.
23       Most of our residents choose the
24 combined program, as did Dr. Varughese.
25       The program proceeds in a series of

6 (Pages 18 to 21)

Page 22

LEENA VARUGHESE

1
2    sequential rotations for periods of time
3    proscribed by the ACGME which provide the
4    ability to sit for the Board specialty
5    examination.
6        The rotations provide educational
7    experiences for the resident to acquire
8    knowledge and skills necessary to grow
9    professionally into a competent,
10   independent general pathologist in
11   practice.
12       The combined program requires a
13   minimum of 18 months rotations in each of
14   the AP and CP components, the AP component
15   requires a total of 11 months of autopsy
16   pathology and at least 12 months of
17   surgical pathology, training experience.
18       Autopsy education requires each
19   resident to perform and report at least on
20   50 autopsies.
21       To participate in gross organ
22   reviews, an informal autopsy presentation
23   by other members of the Department, the
24   program includes time exposures to
25   forensic, pediatric, perinatal and similar

Page 23

LEENA VARUGHESE

1
2    autopsy, the scheduled rotations fulfill
3    all the rotation requirements of the
4    ACGME.
5        The clinical pathology component at
6    Mount Sinai includes all the required
7    instructional experiences for
8    accreditation by the ACGME in all the
9    areas, microbiology, immunopathology,
10   blood bank and transfusion medicine,
11   chemical pathology, cytogenetics,
12   hematology, coagulation, toxicology,
13   medical microoscopy, molecular biology,
14   techniques and other advanced diagnostic
15   techniques as they become available.
16       Rotating residents are assigned
17   specific tasks in areas of responsibility
18   compatible with the level of training and
19   the most strict level of competency in
20   performing of the duties.
21       The ACGME also requires programs to
22   establish didactic component of core
23   competencies and educational experiences
24   and an accredited program must maintain
25   records and have in place mechanisms for

Page 24

LEENA VARUGHESE

1
2    disciplinary actions for nonattendance to
3    this core educational activities.
4        Residents are evaluated according
5    to the six ACGME core competencies which
6    are patient care, medical knowledge,
7    practice based learning and improvement,
8    interpersonal and communication skills,
9    professionalism and system based practice.
10       In each of those domains,
11   particularly, in practice based learning
12   and improvement and interpersonal
13   communications skills and professionalism,
14   Dr. Varughese' performance demonstrated
15   consistently lack of growth and
16   development in acquiring the necessary
17   skills to perform at a level of competence
18   consistent not even with a level of a PGY
19   3.
20       Residents evaluations are provided
21   by faculty at the end of each rotation,
22   using electronic program called New
23   Innovations, which is available to all
24   residency programs in the institution.
25       The evaluations are reviewed by the

Page 25

LEENA VARUGHESE

1
2    residents with their faculty advisor and
3    program director semi-annually.
4        In addition, residents are
5    evaluated in 360 degree fashion by
6    technical ancillary staff and surgical
7    pathology technical staff, including
8    physician assistants throughout the year.
9        Dr. Varughese was a senior PGY 4
10   resident in the combined APC pathology
11   program.  She graduated from UMDMJ New
12   Jersey Medical School in May 2008 and was
13   admitted and started residency with us in
14   July 1 of 2008.
15       Her initial performance in the
16   program was shaky, as evidenced by her
17   evaluations, but gradually improved
18   sufficiently to a mostly satisfactory
19   level and she was promoted through her
20   third year in the program.
21       While a PGY 3 in December 2010 Dr.
22   Varughese was placed on academic
23   advisement.
24       Dr. Varughese failed to comply with
25   the plan of actions in the academic

7 (Pages 22 to 25)

Page 26

LEENA VARUGHESE

1
2  advisement, and in July 2011 she was
3  issued a final warning by Dr. Carlos
4  Cordone-Cardo, recently appointed new
5  Chairman of the Department.
6       The warnings stemmed from her
7  failure to fulfill the requirements of the
8  academic advisement and her behaviors at
9  the follow-up meeting on May 24th with the
10 Chairman and the Department administrator.
11      These are included as Department
12 Exhibit 3 in the manual handed to you.
13      And the details set forth in the
14 final warning are in Exhibit 2 of the
15 exhibits.
16      MR. MacDONALD:  Excuse me, shall
17 we mark -- these are the exhibits of the
18 Department in this binder which have
19 been passed out to everybody.
20      Can we -- you are going to submit
21 all of these into the record?
22      MR. McEVOY:  Yes.
23      MR. MacDONALD:  So can we mark
24 these as you submit them as departments
25 Exhibits 1 through 17 for our record.

Page 27

LEENA VARUGHESE

1
2       These will be submitted to the
3  record as you make your presentation and
4  these will be called Department's Exhibits
5  1 through 17.
6       MR. McEVOY:  The only other thing
7  is that Exhibit 1 is the letter from
8  Drs. Cordone-Cardo and Dr. Firpa, the
9  suspense and termination letter which I
10 think you already made reference to
11 earlier, so that's Exhibit 1, so.
12      MR. MacDONALD:  Let's keep the
13 numerical order of the exhibits.
14      DR. FIRPA:  The final warning was
15 delivered to Dr. Varughese by Dr.
16 Cordone-Cardo on July 15, 2011.
17      Dr. Varughese' job performance
18 after the final warning did not improve or
19 did so marginally.
20      On our first meeting responding to
21 the final warning on August 2, 2011 I
22 emphasized to her that we should consider
23 this a new beginning.
24      She talked about all her fears and
25 concerns of not being able to satisfy

Page 28

LEENA VARUGHESE

1
2  requirements to sit for the pathology
3  Board exam in 2012.
4       And her desire to replace her
5  elective rotation through GI pathology
6  with one in dermatopathology.
7       I finally suggested we should
8  discuss the issues related to her final
9  warning, her problems with professionalism
10 and any other issues related to her
11 current situation.
12      Initially she bluntly refused to
13 discuss any of these issues.
14      She told me quite clearly and
15 explicitly that she could not discuss any
16 of these items because she was pursuing
17 legal action and that I had to talk with
18 her lawyer about any of them.
19      I had to call the GME office on
20 three occasions during the session
21 requesting advice, given her refusal to
22 talk, and finally gave her two options as
23 instructed by Mr. Paul Johnson.
24      One, either accept to discuss these
25 issues which are the underlying reason for

Page 29

LEENA VARUGHESE

1
2  the final warning, or two, refuse to do so
3  and incur another violation that will
4  require further disciplinary action,
5  including the possibility of her dismissal
6  from the program.
7       After a long pause she finally
8  accepted to talk and we agreed to meet
9  bi-weekly on Tuesday mornings at 9:00 over
10 three months for a total of seven 50
11 minute sessions about professionalism,
12 concepts, challenges and its demands on
13 medical professionals.
14      I explained to her that during the
15 first week of each rotation she would meet
16 with her rotation supervisor to review the
17 specific competence level objectives and
18 to make sure that she understood the
19 specific responsibilities assigned to her
20 during the rotation.
21      I also told her that at the end of
22 the rotation I will obtain feedback on her
23 performance.
24      Particularly on each level of the
25 competence areas, paying attention to

8 (Pages 26 to 29)

LEENA VARUGHESE

1
2  improvement in her professional behavior.
3      I made it clear that she should
4  become familiar with the six ACGME
5  competence based objectives and explained
6  to her that these would provide a neutral
7  ground to objectively discuss her growth
8  in each competence over the three months
9  of the final warning, and her upcoming
10  rotations.
11      Our shared goal was to put the past
12  behind, move forward beyond the three
13  months ahead so she could proceed to
14  complete her training.
15      I agreed to look into her program
16  of rotations to ascertain her status and
17  meeting requirements to make the Board's
18  exam in 2012 and to explore the
19  possibility of switching her elective GI
20  rotations for one in pathology.
21      At the end of the session I gave
22  her a printed copy of the ACGME
23  requirements for pathology residency
24  programs and asked her to review them,
25  paying particular attention to requirement

LEENA VARUGHESE

1
2  number 5 on professionalism.
3      My assignment to her was simple,
4  think about what it really means to be a
5  professional.
6      Over the following days and weeks
7  identify professional behaviors in your
8  working environment and observe examples
9  of behaviors that she'll consider
10  unprofessional.
11      The objective was to begin an open
12  discussion about professionalism and the
13  challenges it might pose to medical
14  professionals as they perform their
15  responsibilities.
16      She agreed to put the past behind
17  and move forward toward completion of her
18  residency program and the specialty Boards
19  in 2012.
20      Despite an apparent good start, her
21  inability to behave professionally and
22  responsibly started to surface during her
23  rotation through tumor cytogenetics and
24  Dr. Vesna Najfeld's laboratory.
25      I received calls and e-mails from

LEENA VARUGHESE

1
2  Dr. Najfeld's complaining about her lack
3  of interest in the work she was assigned
4  to do in the laboratory, her consistent
5  late arrivals to work, her early
6  departures, her inability to follow
7  instructions, her lack of insight and
8  understanding of the basic principles of
9  even preparing a case for presentation,
10  her absence from the lab, her
11  disrespectful attitude toward her and her
12  staff and many other troublesome behaviors
13  over this two week rotation and deficient
14  medical knowledge.
15      Worse and most disheartening to
16  everyone was her indifference to efforts
17  made by Dr. Najfeld herself and her staff
18  to help her recover from her dismal
19  performance to the point of even bluntly
20  refusing to return to the laboratory to
21  work with her and redo a poorly prepared
22  presentation that was scheduled for the
23  next day.
24      While still rotating through the
25  cytogenetics laboratory she started to

LEENA VARUGHESE

1
2  have problems, she continued to have
3  problems with the Chief Residents, being
4  insubordinate, questioning every action
5  and requesting -- and any requests to
6  comply with established procedures on
7  policies that were recently agreed upon
8  and implemented as required by the ACGME.
9      She refused to cover frozen section
10  service when a fellow resident called in
11  sick, then tried to avoid covering
12  surgical pathology service on another
13  occasion of the same resident's illness.
14      She ignored pages, e-mails and even
15  an on occasion offered explanations and
16  excuses for her failures to respond that
17  were interpreted as questionable reasoning
18  such as well, not to respond means that I
19  agree to cover.
20      Or not having -- I don't have to
21  respond to e-mails that just state facts
22  and don't ask questions.
23      As I promised her to do during the
24  initial meeting, I asked Dr. Lento to
25  ascertain that she'll be able to satisfy

Page 34

LEENA VARUGHESE

1
2  requirements to take the pathology Board
3  exam in 2012, as she wished.
4           We found that she had only
5  performed 24 of her required 50 autopsies
6  over three years of training.
7           Dr. Lento immediately contacted the
8  office of the Medical Examiner to arrange
9  that during her rotation there she'll be
10  able to participate in at least one
11  autopsy per day so that she could meet the
12  requirement.
13           We reviewed the total rotation
14  hours to the various clinical pathology
15  service she had completed and was on
16  schedule over the following months.
17           To our satisfaction we were
18  confident that she would be able to
19  fulfill the required 18 months in the
20  required areas specified by the ACGME
21  review and required to be eligible to sit
22  for the board exam.
23           I informed her of these efforts and
24  each time she complained of being treated
25  unfairly, insisting that other residents

Page 35

LEENA VARUGHESE

1
2  had more elective time, or more rotation
3  time in areas or another, that the
4  rotations she had received were not
5  providing enough experience for her to
6  feel competently prepared for making the
7  board exam.
8           Given the possibility that she may
9  not have completed all requirements by the
10  deadline to apply for the Board
11  examination, and anticipating that she may
12  have to pay a late application penalty
13  fee, I consulted with our Chairman, Dr.
14  Cordone-Cardo, and suggested to him to
15  help her by paying the penalty fee, and he
16  agreed to do so.
17           I personally contacted Dr. Miriam
18  Berchay and ascertained that if she would
19  be able to change the rotation schedule
20  and it will be possible and acceptable for
21  her to drop the GI elective she could
22  rotate through the dermatopathology
23  instead of GI.
24           I reminded her of the procedure and
25  personally requested that she be given

Page 36

LEENA VARUGHESE

1
2  special consideration which was granted,
3  but despite all efforts and consideration
4  it was finally decided that it was not
5  possible to allow her to drop the GI
6  elective, which was turned out to have
7  been requested by her at the time the
8  schedule was prepared.
9           Repeatedly she refused to accept
10  the denial to her request to drop the
11  elective in GI, violating the established
12  policy and protocol and creating problems
13  with attendings and residents, even making
14  claims of events and actions that could
15  not be substantiated, or even confirmed
16  but by the very same individuals that she
17  had indicated could witness and support
18  her statements.
19           Problems with her behavior
20  continued and even escalated, she was
21  unwilling to prepare and make a
22  presentation on the topic of her choice as
23  penalty for being absent for more than 20
24  percent of the required mandatory core
25  morning conferences over the preceding

Page 37

LEENA VARUGHESE

1
2  training block.
3           She questioned the validity of
4  having the requirement as part of our
5  departmental policy.
6           She misrepresented information and
7  regarding attendance to other educational
8  activities and conferences, both here and
9  at the VA.
10           She fought fought all the way and
11  by every means not to comply with this
12  minor task of a senior resident, twice she
13  called in sick when she had been scheduled
14  and finally made her presentation and
15  finally on another day just came in late,
16  sat through the presentation of a fellow
17  scheduled to speak before her, and as he
18  was finishing his presentation, just stood
19  up and walked out without a word.
20           On the 17th of August we had our
21  second meeting under the final warning,
22  Shema Patel, Department Administrator,
23  witnessed the meeting.
24           The meeting went surprisingly well
25  after all the events that transpired just

10 (Pages 34 to 37)

LEENA VARUGHESE

1
2  before, she had no objections to have Ms.
3  Patel present.
4       We discussed in detail the problems
5  with her performance as a resident and the
6  numerous e-mail exchanges related to
7  request to acknowledge minutes of the
8  residents meeting, the new policies and to
9  abide by the new policies questioning
10  authority and changes in the overall
11  operation of the residency with new
12  control that did not seem to make sense
13  and appeared unjustified.
14       I made it clear that the policies
15  were available on the G drive and
16  available for her review at any time.  She
17  said that she had already signed
18  acknowledged receipt of the minutes and
19  policies on the 15th as required by the
20  Chief Residents.
21       I explained to her that the
22  policies were to fulfill accreditational
23  requirements and standards.
24       We agreed that it would provide
25  objective documentation of any issues we

LEENA VARUGHESE

1
2  have discussed and she agreed to bring
3  documentation to support any explanations
4  she had given to explain the circumstances
5  of her conduct as described that morning.
6       She said that she was aware that
7  this disciplinary action may culminate in
8  some further action and that she would
9  appreciate knowing as soon as possible
10  what was being considered for her so that
11  she could act accordingly.
12       She also claimed that she was never
13  given a fair chance to resolve events that
14  led to her present disciplinary action and
15  that she had written the reflection and
16  had fulfilled all the requirements.
17       She claimed that Dr. Cardone-Cor
18  notifying her of the disciplinary action
19  at this time was confusing and she was not
20  clear what she was supposed to do or
21  accomplish.
22       I handed her a printed paper on
23  professionalism to discuss our next
24  session.
25       She mentioned having found an

LEENA VARUGHESE

1
2  excellent web reference at some website on
3  professionalism in pathology practice that
4  she felt everybody should read as part of
5  her training.
6       I asked her to e-mail the link and
7  that I will read it and consider placing
8  it in the program description.
9       Once again, swspite an apparent
10  improvement in her attitude at the meeting
11  on 8/17, and some positive and promising
12  interactiona with the Chief Residents on
13  the following days, problems resurfaced
14  once again over an apparen
15  miainterpretatio TAEUGS of a scheduled
16  call during the Memorial Day weekend which
17  when ultimately clarified, but led to the
18  resurgence of Dr. Varughese' determination
19  to drop out of the elective GI rotation
20  and replace it with one through the
21  dermatopathology.
22       Given her strong argument and
23  apparent genuine desire to get additional
24  exposure to dermatopathology, one of the
25  Chief Residents arranged for early morning

LEENA VARUGHESE

1
2  sign up of cases with Dr. Phelps, the
3  Director of the Dermatology Division who
4  is at work early and signs up cases
5  between 6:00 and 8:00 in the morning.
6       He agreed to offer her access to
7  this period to discuss cases with her.
8       She was also offered to have access
9  to additional private learning material
10  that this chief resident had obtained on
11  dermatopathology, given that is her
12  personal interest as a specialty.
13       In an effort to be helpful Dr.
14  Varughese was repeatedly informed that her
15  request for dropping GI elective had been
16  denied, that she was expected to report to
17  rotation as scheduled.
18       Nevertheless, on September 1st she
19  approached Dr. Harpaz directly and once
20  again began another cycle of discussions
21  and arguments about not doing the elective
22  GI rotation.
23       By now she claimed to have already
24  made her own arrangements to attend a
25  review conference on pathology in Florida,

11 (Pages 38 to 41)

Page 42

LEENA VARUGHESE

1
2  and just informed everyone that she'll not
3  be available to do the GI rotation and
4  she'll find someone to cover for her.
5      Period.
6      Her third and final warning meeting
7  had been scheduled for Wednesday, the 7th
8  September at 7:00 a.m. at her own request,
9  but she did not show up.
10     At around 11:45 that day she sent
11 an e-mail apologizing for missing the
12 appointment and claiming that she had
13 tried to call me several times, but the
14 call had not gone through and was
15 repeatedly dropped.
16     She requested to meet the following
17 week in the afternoon.
18     I replied to her and reminded her
19 that as part of starting a new rotation
20 through hemopathology she had to meet with
21 her supervisor and review the competence
22 based objectives as per the ACGME
23 requirements, and be clear about what she
24 was expected to do during her rotation.
25     I also told her that requests to

Page 43

LEENA VARUGHESE

1
2  drop out of the elective GI rotation was
3  officially denied, and any arguments
4  concerning this issue must be over.
5      She was expected to report to the
6  service as scheduled.
7      Later that afternoon she sent an
8  e-mail raising all kind of issues about
9  the unfairness of the final decision.
10     Around 2:30 p.m. she came into my
11 office and a very gradually escalating
12 tone and practically yelling at me towards
13 the end, claimed that she was once again
14 being treated unfairly and insisting that
15 I had committed to make it happen for her,
16 since I had mentioned that it may be
17 possible when we first talked about it as
18 a possibility.
19     I reminded her that at all times I
20 had made her fully aware that there was a
21 process to follow and that I would only
22 intervene on her behalf, the final
23 decision would have to depend on the
24 feasibility of others on the schedule,
25 finding a replacement for her during the

Page 44

LEENA VARUGHESE

1
2  rotation, having and obtaining the
3  agreement of both attendings.
4      At no time did I guarantee to her
5  that the change will proceed.
6      Much less, by my decision alone.
7      Eventually she brought the issue,
8  on September 15th emerged the need for the
9  leave of absence.
10     She was instructed to contact Dr.
11 Hughes of the wellness committee which she
12 has repeatedly failed to do, initially
13 claiming that her interaction in the past
14 with the wellness committee had been
15 unfruitful and really a waste of time.
16     Ms. Patel and Dr. Varughese --
17 later on as over the following days she
18 continued to report to work when she was
19 told not to, to process for her leave of
20 absence.
21     She was encountered by Ms. Patel in
22 the morning near the Starbucks buying
23 coffee and she reported that she was on
24 the way to work.
25     She was reminded that she was not

Page 45

LEENA VARUGHESE

1
2  supposed to come to work and was invited
3  to come over to Ms. Patel's office at the
4  President's chamber.
5      Ms. Patel then called the Office of
6  Human Resources for advisement how to
7  proceed, and me.
8      For a short time she stepped out of
9  the office, for 5 minutes, and on her
10 return found Dr. Varughese going over her
11 personal private confidential files in her
12 desk.
13     When addressed and asked what she
14 was doing, she initially denied that she
15 had been doing anything, eventually told
16 her to chill out, continued to dismiss as
17 a totally trivial event and eventually was
18 convinced to go and meet with the Human
19 Resources with representatives of the
20 Human Resources at the present time.
21     And Mr. Paul Jones, also from the
22 GME office.
23     Given a few -- these are just some
24 examples of her poor performance and mixed
25 conduct which the witnesses will relate in

12  (Pages 42 to 45)

LEENA VARUGHESE

1  LEENA VARUGHESE
2  more detail as we call upon them to
3  describe to you their experiences.
4        Dr. Varughese, I already said at
5  the beginning the conditions that led to
6  our termination -- to the termination
7  process.
8        It was not an easy decision, it was
9  over the concerns of the risks her
10 presence represented to patient's
11 well-being and the capacity of working
12 effectively.
13       On the 21st she showed up to work,
14 she sat at her desk, she refused to leave,
15 she had been scheduled for a meeting that
16 day in the afternoon to discuss the terms
17 of her future in the Department.
18       At that point when addressed by Ms.
19 Patel and myself, she said that she'll not
20 leave until she had something in writing
21 instructing her to leave the premises.
22       At that point we called upon the
23 Office of Human Resources, Dr. Hughes and
24 the office of the GME who convened
25 immediately and tried to make a decision

LEENA VARUGHESE

1  LEENA VARUGHESE
2  how to proceed.
3        After some deliberation over some
4  hours it was decided to proceed with her
5  summary termination, she was then invited
6  into Dr. Carlos Cordone-Cardo's office
7  where she was handed the letter of
8  termination and instructed to review the
9  final paragraph which specified her rights
10 under the law and the policies and
11 regulations of the hospital.
12       During the whole process she
13 insisted in having -- in arguing some of
14 the content, in bringing other information
15 that was irrelevant to the issue.
16       Repeatedly she has to be reminded
17 this is not an argument, this is not a
18 discussion, this is a final decision,
19 these are your rights, read them carefully
20 and you have a given amount of time to
21 request an appeal.
22       Those were the events that led to
23 the termination.
24       I shall conclude by saying that
25 after you will hear all the witnesses'

LEENA VARUGHESE

1  LEENA VARUGHESE
2  experience and review the documents that
3  we have provided for you, we are confident
4  that you will find that the decision to
5  terminate Dr. Varughese was, indeed, not
6  arbitrary or capricious in any way.
7        And that responded to the best
8  interests of the patients and the
9  hospital.
10       That's the end of my statement.
11       DR. WEINFELD:  So we are going to
12 call some witnesses?
13       MR. MacDONALD:  Well, I think Dr.
14 Varughese may have an opportunity to ask
15 questions and the Committee may also ask
16 questions directly to clarify anything
17 that Dr. Firpa may have said.
18       MR. McEVOY:  What I would ask in
19 addition to the committee asking Dr.
20 Firpa's statement as the opening
21 statement of the Department, that they
22 also accept his statement to the extent
23 it articulates his personal experiences
24 as his testimony so as the need to avoid
25 calling him again as a witness and then

LEENA VARUGHESE

1  LEENA VARUGHESE
2  Dr. Varughese, as Mr. MacDonald
3  suggests, if she wants to ask Dr. Firpa
4  questions about the things to which he
5  testified, then that would I think
6  expedite the proceeding.
7        DR. WEINFELD:  That sounds very
8  reasonable, as long as Dr. Firpa is
9  available for questioning.
10       MR. MacDONALD:  Dr. Varughese may
11 have questions herself to ask or the
12 committee may have questions, also.
13       DR. WEINFELD:  So we want to
14 allow for questions now or do we want to
15 have Dr. Varughese give her
16 presentation?
17       MR. MacDONALD:  I think what
18 should happen, Dr. Weinfeld, is the
19 Department should make it's full
20 presentation with its witnesses, but as
21 each witness testifies I think Dr.
22 Varughese should have the opportunity to
23 ask questions while the witnesses are
24 present.
25       DR. WEINFELD:  Do you want to go

13  (Pages 46 to 49)

Page 50

LEENA VARUGHESE

1
2  ahead and ask Dr. Dr. Firpa any
3  questions as theoretically the first
4  witness?
5          DR. VARUGHESE:  Sure, yeah, I
6  think I will.
7
8  CROSS-EXAMINATION BY DR. VARUGHESE:
9
10     **Q     So you said that on September 15**
11  **you thought my appearance and behavior was very**
12  **unusual or radical?  Like what do you mean by**
13  **that?**
14     A    It was very concerning in terms
15  of your mental status.
16     **Q     How so?**
17     A    Well, you exhibited total
18  flattened affect, very slow responses,
19  proceeded to give a very chaotic statement
20  about being unable to cope, being overwhelmed
21  by your work, not being able to concentrate as
22  the reasons for your persistent refusals to
23  prepare the presentation that you were required
24  to do.
25          During the presentation you even

Page 51

LEENA VARUGHESE

1
2  paused at one point, flickerred your eyes,
3  which were to me indicative or reminiscent of a
4  petit mal seizure, then recapture your line of
5  thinking and continued.
6     **Q     Okay, so when you were speaking**
7  **to me, wasn't Ms. Patel also there?**
8     A    No, the first session in the
9  morning when I first came we were alone, then I
10  returned with Ms. Patel.
11     **Q     You didn't initially arrive with**
12  **Ms. Patel, or it was within like half an hour**
13  **of these two incidents?**
14     A    I arrived early in the morning.
15  As soon as I was able to reach the place, I
16  found you in that condition.
17          I called you to a private
18  session in the lounge room, and after seeing
19  this situation I came out, we were alone, I
20  came back, I instructed the residents to excuse
21  you from all responsibilities that day, as I
22  had asked you if you wanted me to do, I also
23  went and talked to your supervisor,
24  Dr. Peterson, about your status and suggested
25  that if he -- if it would be possible to have a

Page 52

LEENA VARUGHESE

1
2  light work day so that you can remain in
3  premises until we find out how to proceed about
4  your consensual request to procure a leave of
5  absence.
6     **Q     Well, I think I did state to you**
7  **that I was fine and I wanted to be at work and**
8  **I was going to be able to cope with whatever it**
9  **was, but my specific concern was the rash of**
10  **e-mails that was being sent to me about**
11  **presentation, about acknowledgment of policies**
12  **which did not even go into effect until the**
13  **15th which was halfway through period 2.**
14     A    That's not a question, Dr.
15  Varughese.  What is it that you want me to
16  respond to?
17     **Q     I am just wondering why you're**
18  **falsifying what actually happened?**
19          **How are you so certain that's**
20  **what happened?**
21     A    Well, that's what happened, I
22  was there, there were witnesses all around us,
23  it took place over -- other than the few
24  minutes we had in private discussion,
25  everything else was witnessed before and

Page 53

LEENA VARUGHESE

1
2  afterwards, and when I returned with Ms. Patel
3  and the information to provide you the forms on
4  how to request the leave of absence that you
5  indicated, she was able to confirm the
6  condition in which you were in that day.
7          Again, in front of her in the
8  second session you reiterated your need to take
9  a leave of absence because you were unable to
10  cope.
11     **Q     I said -- I don't think that's**
12  **what I said.  I never said unable to cope, I**
13  **said that I would consider taking a leave of**
14  **absence if my physicians can approve it and**
15  **it's a foreseeable --**
16     A    That's not a question again, Dr.
17  Varughese.  What is it you want me to respond
18  to.
19     **Q     That's what I said to you.  So I**
20  **don't understand why you are misrepresenting**
21  **what had happened that morning?**
22     A    I am not misrepresenting
23  anything, I am just relating the summary of the
24  experience.
25     **Q     That's your impression.**

14  (Pages 50 to 53)

Page 54

```
 1              LEENA VARUGHESE
 2         DR. WEINFELD:  Is Ms. Patel being
 3    called as a witness?
 4         MR. McEVOY:  Yes.
 5         DR. WEINFELD:  She would be able
 6    to answer some of these questions as
 7    well.
 8    Q     Then you said -- what's your
 9    experience in clinical medicine, because you
10    said that I'm having a petit mal seizure?
11    A     Well, I went through medical
12    school.
13    Q     So you are not an expert, but
14    you made --
15    A     I did not claim, I said it was
16    an impression.
17    Q     All right, fine.
18    A     I did not make a diagnosis.
19    Q     That's fine, thank you.
20         You said Dr. Lento mentioned
21    that I had only performed 24 autopsies?
22    A     24 or 26, that was the total.
23    Q     I had corrected that, in fact I
24    had done 36 autopsies to completion and
25    assisted in, perhaps, at least 3 or 4?
```

Page 55

```
 1              LEENA VARUGHESE
 2    A     Again, that is not a question.
 3    What is your point?
 4    Q     My point is that that's not a
 5    fact.  That's once again I am being
 6    misrepresented as not having done the work that
 7    I did, but, in fact, I already did 36 autopsies
 8    satisfactorily and the Department is stating I
 9    had only done 24.
10    A     The requirement for you to be
11    able to sit at the Boards is 50 autopsies.  You
12    realize that you had not completed the 50, and
13    we made arrangements for you to complete
14    whatever number was necessary to fulfill that
15    requirement.
16    Q     In January?
17    A     When we count the 24 or 26 and
18    we brought that to you, you said well, I have
19    not kept up my log, and I have done many more
20    which are not yet entered into New Innovation,
21    the only source that we had to make the counts
22    is what you report.
23    Q     Well, actually I have a
24    completed log in ACGME which I would like to
25    submit at some point as part of my exhibit.
```

Page 56

```
 1              LEENA VARUGHESE
 2         In fact, there are 36 autopsies
 3    under the ACGME log and they can all be noted
 4    for and they are done to completion.
 5    A     So what's your question
 6    regarding that now?
 7    Q     My question is why were you led
 8    to believe that it was only 24 when I already
 9    informed you that I had also done 36?
10         DR. WEINFELD:  He already
11    answered that, but you can submit the 36
12    logs as a --
13         MR. MacDONALD:  Is the 36 log in
14    your --
15         DR. VARUGHESE:  It's not there.
16         MR. MacDONALD:  You can submit
17    that.
18         DR. VARUGHESE:  Great.
19    Q     Yes, you did say that you
20    consulted with Dr. Cordone-Cardo regarding
21    payment for possibly a penalty fee if I were to
22    take the anatomic pathology boards late.
23         When did you consult, after you
24    told me?
25    A     Once we verified that you were
```

Page 57

```
 1              LEENA VARUGHESE
 2    short of the 50 requirement that your rotation
 3    through the Medical Examiner's office would not
 4    occur until January.
 5    Q     Yes, because I'm scheduled late
 6    for the Medical Examiner rotation and, in fact,
 7    that I wanted to be --
 8    A     And what is the question?
 9    Q     So my request that I would
10    actually be scheduled earlier in the schedule,
11    because obviously my next year's schedule was a
12    concern that I brought to you when you first
13    came here, because I had noted that I am not
14    being trained given the rotations that I need
15    for adequate training in clinical pathology?
16    A     So what is your question again?
17    Q     My question was when did you
18    consult with Dr. Cordone-Cardo, what date and
19    when, what time?
20    A     It must have been on the -- I
21    don't remember exactly the date, but it was
22    shortly after we verified that you did not have
23    the 50 autopsies required for sitting in.
24    Q     Thank you.
25         And also when did I ask you for
```

15 (Pages 54 to 57)

**LEENA VARUGHESE**

1
2    the GI elective to be switched to the dermapath
3    elective?
4        A    On the very first time we met,
5    on August 2nd.
6        Q    On August 2nd, right?
7             So when did you ever return or
8    respond to me about that elective?
9        A    Yes.  That very same day I
10   called Dr. Rojet to check, as I discussed with
11   you, first the plan was I will verify if it
12   will be a space in dermapathology first, if
13   that was available, then we will have to see
14   what was the procedure, because you will have
15   then to be allowed to drop the GI elective to
16   replace it and and that there was a procedure
17   in place and a policy that you have to confirm
18   with.
19       Q    Okay, do you recall telling me
20   you needed to figure out what the politics is
21   in this place was before you can proceed?
22       A    Well, yes, I said that every
23   organization has its own system of policies,
24   rules and regulations which represent the
25   institutional politic environment.

LEENA VARUGHESE

1
2        And we had to beware of those
3    requirements before making any final decision.
4        Q    So, how do you suppose a
5    resident who is on disciplinary action and
6    feels that they are unfairly on disciplinary
7    action feels when a person who's supposed to
8    oversee their disciplinary action process says
9    that to them?
10            What do you think is the -- what
11   do you think the resident would feel?
12       A    I have no idea how they will
13   feel.  If you are intelligent you will
14   understand the meaning.
15       Q    Okay, I should make an
16   impression based on what you said, okay, good.
17       DR. WEINFELD:  Any other
18   questions for Dr. Firpa?
19       DR. VARUGHESE:  No.
20       DR. WEINFELD:  Do you want to go
21   ahead and call your witnesses.
22       MR. McEVOY:  I have a question,
23   normally the way --
24       DR. LEITER:  I have a question,
25   could you elaborate a little bit on Dr.

LEENA VARUGHESE

1
2    Varughese' performance in the first two
3    years?
4        I understand you weren't there, but
5    for at least the summary you had gotten?
6        DR. FIRPA:  I went through New
7    Innovation and I pulled out the summary
8    of her performance results and
9    repeatedly many of her rotations both in
10   surgical, primarily in surgical
11   pathology, she was in many components of
12   the ACGME rated as marginal and
13   gradually she progressed to acceptable,
14   so for a while for the first two years,
15   she was in many areas she was considered
16   marginal.
17       DR. LEITER:  Was there any
18   remedial work?
19       DR. FIRPA:  Well, there were
20   recommendations about how to improve and
21   she was monitored in subsequent
22   assessment of similar experiences and
23   she progressed a little bit, and those
24   observations were recorded in her
25   evaluations.

LEENA VARUGHESE

1
2        That's why she was allowed
3    eventually to proceed down the --
4        DR. LEITER:  Can I ask one more
5    question, just the other question was
6    was there a formal psychiatric
7    evaluation on the day that you felt that
8    perhaps there was some disorganized
9    behavior?
10       DR. FIRPA:  We requested it,
11   that's why we called student wellness
12   and Dr. Harpaz, but she refused under
13   any circumstances to see them or
14   follow-up.
15       She insisted that she had her own
16   private physician that she'll talk to and
17   everything referred to that.
18       DR. BRONHEIM:  Did you ever
19   receive a request from Dr. Varughese'
20   physicians for her to have a medical
21   leave of absence?
22       DR. FIRPA:  No.  She never
23   followed through, that's why we kept
24   waiting for and waiting for and she
25   never, and I kept telling her, you have

1          LEENA VARUGHESE
2   to have a formal request and a doctor's
3   note, either clearance to return or see
4   student wellness, you cannot return to
5   work.
6
7          DR. WEINFELD:  You wanted to say?
8          DR. ROCCO:  The written
9   evaluations that you discussed from New
10  Innovations, are they included in your
11  Exhibit?
12         DR. FIRPA:  No.
13         DR. ROCCO:  Why not?
14         DR. FIRPA:  They were preceded.
15         DR. ROCCO:  Why not?
16         DR. FIRPA:  No.
17         DR. ROCCO:  Why not?
18         DR. FIRPA:  Because they preceded
19  the issues that led to her dismissal
20  which were the events following her
21  final warning on July 15th, disciplinary
22  actionings had been taken before.
23         DR. WEINFELD:  Did you want to
24  add something?
25         MR. McEVOY:  Two things, I guess.

1          LEENA VARUGHESE
2   One is just because the question was
3   raised about timing, the position of the
4   Department is that everything that
5   happened before July 15th of 2011 which
6   is when Dr. Cordone-Cardo gave her the
7   final warning is largely irrelevant to
8   this proceeding.
9          We are not here to talk about why
10  she got a final warning, why she got an
11  academic advisement, what her ratings were
12  during the first two years.
13         Her final warning is her final
14  warning.  That's the record.
15         She did not appeal from it, so what
16  I think the committee is here to consider
17  is what happened after the final warning
18  until she was terminated that either did
19  or didn't sustain the decision to
20  terminate her, that's I think what is
21  appropriate for the committee to look at.
22         Secondly, which is just a
23  procedural point, is that normally in
24  these hearings in my experience after the
25  Department makes its opening presentation,

1          LEENA VARUGHESE
2   its opening statement, if you will, before
3   the witnesses are called, the resident, in
4   this case Dr. Varughese, is permitted the
5   opportunity to make an opening statement
6   before we actually call witnesses.
7          She can decline to do that,
8   obviously, but I think she gets that
9   opportunity.
10         MR. MacDONALD:  Well, that's
11  fine, but I understood that this was
12  also testimony.
13         MR. McEVOY:  It is.
14         MR. MacDONALD:  Is this an
15  opening statement plus testimony?
16         MR. McEVOY:  Yes.
17         MR. MacDONALD:  So you are asking
18  Dr. Varughese, which is appropriate, and
19  you can respond as you wish, Dr.
20  Varughese, as to whether you would like
21  to make an opening statement before we
22  proceed to the witnesses of the
23  Department.
24         Or you can wait until your
25  presentation, if you wish.

1          LEENA VARUGHESE
2          DR. VARUGHESE:  I would just like
3   to respond to the counsel for the
4   department.
5          MR. MacDONALD:  Okay.
6          DR. VARUGHESE:  It's just that
7   you are saying me being on disciplinary
8   action is irrelevant, but in fact
9   without that particular aspect this
10  whole situation would be arbitrary and
11  capricious, and I think we have all read
12  through the summary suspension letter
13  and we can review it again, it's not
14  enough to get anybody fired or suspended
15  or terminated.
16         MR. McEVOY:  That's a perfectly
17  legitimate position for Dr. Varughese to
18  take if she says what happened between
19  July 15th and September 21st is not
20  sufficient to warrant termination,
21  that's a legitimate position for her to
22  take.
23         MR. MacDONALD:  We understand
24  that and we understand that is going to
25  be your presentation, if you have

Page 66

LEENA VARUGHESE

1  anything to say now as a preliminary
2  statement you are free to do so, or we
3  can now proceed to the witnesses for the
4  department.
5      Shall we proceed in that way, Dr.
6  Varughese?
7      DR. VARUGHESE:  Okay.
8      MR. McEVOY:  I shall get the
9  first witness.
10     DR. WEINFELD:  I don't know if
11 you narrowed the list since Friday, but
12 you would know the answer, there are no
13 witnesses on both sides?
14     DR. VARUGHESE:  No.
15     DR. WEINFELD:  Of the 20
16 witnesses, are any of the witnesses the
17 same as the Department is calling?
18     DR. VARUGHESE:  Since the
19 Department is already calling certain
20 witnesses, I figured I will just
21 follow-up after.
22     DR. WEINFELD:  So is it --
23     DR. VARUGHESE:  I was planning on
24 cross-examining them, not necessarily

Page 67

LEENA VARUGHESE

1  call them as a witness.
2      DR. MARIN:  Are there 20
3  witnesses out there waiting?
4      DR. VARUGHESE:  I'm not sure if
5  they are all here.
6      MR. MacDONALD:  Where is our
7  witness sitting.
8      MR. MacDONALD:  Dr. Firpa, will
9  you be questioning the witness?
10     DR. FIRPA:  Yes, sir.
11     MR. MacDONALD:  Okay.
12
13 V E S N A    N A J F E L D,   called as a
14 witness, having been first duly affirmed
15 by the Notary Public, was examined and
16 testified as follows:
17
18     MR. McEVOY:  Can the witness be
19 given a set of the Department's
20 exhibits, because I think there are
21 certain exhibits in there that Dr. Firpa
22 is going to ask her to look at.
23     DR. WEINFELD:  Dr. Varughese, do
24 you have a copy of these?

Page 68

LEENA VARUGHESE

1      DR. VARUGHESE:  I do, actually.
2      DR. WEINFELD:  I want to make
3  sure you have access to what they are
4  looking at.
5
6  DIRECT EXAMINATION BY DR. FIRPA:
7
8      Q    Dr. Najfeld, good evening.
9      A    Good evening.
10     Q    Would you state your employment
11 here at Mount Sinai and your position?
12     A    I am a professor of pathology
13 and medicine and I am director of tumor
14 cytogenetics laboratory at the Mount Sinai
15 Hospital and professor in the Mount Sinai
16 School of Medicine.
17     Q    Thank you.
18     Would you describe for the
19 benefit of all of us in very general terms what
20 is tumor cytogenetics?
21     A    The tumor cytogenetics is a
22 study of chromosomes in cancer cells and it's
23 these days used for diagnostic as well as for
24 therapeutic purposes, particularly in patients

Page 69

LEENA VARUGHESE

1  with hematological malignancies, as well as
2  some solid tumors.
3      Q    Have you ever had Dr. Varughese'
4  rotate through your laboratory?
5      A    Yes.  Twice.
6      Q    When?
7      A    She rotated in August of this
8  year, the second rotation and apparently -- for
9  two weeks, and apparently the first rotation
10 was about two years before that, which we have
11 very little documentation about that, we have
12 very good documentation about August 2011.
13     Q    At the time of this rotation
14 when she began, were you aware of Dr.
15 Varughese' disciplinary history or of any
16 problems with her performance and conduct?
17     A    None whatsoever.
18     Q    Was there an incident regarding
19 Dr. Varughese' clinical case presentation on
20 August 9th, and if so, please correct the
21 incident?
22     A    She was asked, most of the
23 residents who rotate through the lab basically
24 get a case per week to present.

18  (Pages  66 to 69)

LEENA VARUGHESE

1    At the center for clinical
2  laboratories, clinical case presentations.
3        She was no exception to this
4  rule, she got the case I think within the first
5  day or two of the rotation.
6        She was asked to show me the
7  presentation by Friday, she took two days after
8  work to present -- to prepare for the case,
9  most of the residents basically do that in
10 their spare time in the evening.
11        On Friday before Tuesday
12 presentation she did come to consult me about
13 the presentation, I was not in the office for
14 that 5 minutes.
15        I was told that she came at 3:00
16 in the afternoon and so I was hoping she was
17 going to come back and she never did, so the
18 presentation was sent to me on Monday at 4:00
19 in the afternoon, she did not pick up the
20 images on Friday from the lab, and I said this
21 is the case I'm going to present tomorrow.
22        I looked at the case and I tried
23 to call her, indicating that the case was not
24 of sufficiently good quality.

LEENA VARUGHESE

1        I couldn't find Leena in the
2  residents' office, I couldn't -- she did not
3  respond to the page, I called Dr. Firpa, I said
4  I'm looking for Leena because I need to get in
5  touch with her.
6        So, he gave me another number
7  and I finally got to the residents' room and I
8  said can I leave a message for Leena to call me
9  back.
10        Which she did in about half an
11 hour, and I said Leena, this presentation is
12 not of sufficient quality to be presented
13 tomorrow.
14        Can you come and we can work on
15 it?
16        She says -- this is Monday at
17 about 4:15, 4:30, she says no, I'm out of Mount
18 Sinai.
19        I said that's fine, I'll be here
20 until 6:00, come over and we can work on it.
21        I cannot come back to Sinai.
22        So I said if you cannot, this is
23 not going to -- the presentation will not take
24 place tomorrow, which is fine, it can take

LEENA VARUGHESE

1    place the following week, as long as you make
2  sure that you tell everybody because people
3  come from various parts early in the morning
4  for the presentation.
5        There was no e-mail informing
6  the faculty of the center of clinical labs that
7  the presentation will not take place.
8        I e-mailed her on Tuesday at I
9  think 6:20 or 6:30, please make sure that it's
10 e-mailed to all the faculty so they don't have
11 to waste time.
12        I must have twice sent twice or
13 three times this e-mail, nothing happened.
14        And finally I got an e-mail at
15 10:00 only directed to me and saying there is
16 not going to be a presentation.
17        To me, who actually knew all
18 about it.
19        At 9:00 when the presentation
20 was taking place everybody was asking is there
21 a presentation today?
22        Leena was there and never
23 actually said I'm sorry, I was supposed to give
24 a talk, but I'm not ready today, we will do it

LEENA VARUGHESE

1    next week.
2        She sat there, never answering
3  to the director of the lab who sat there and
4  said I'm sorry, it's not going to take place.
5    **Q    May I call your attention to the**
6  **Exhibit 5.**
7    A    I don't know where I am supposed
8  to look here, actually.
9        MR. McEVOY:  Behind tab number 5.
10   **Q    There is tab number 5.**
11   A    Okay, got it.
12   **Q    Would you look through them and**
13 **tell us how that content relates to what you**
14 **just told us?**
15   A    This is fine.  It's now pages
16 and pages, yes.
17   **Q    Just tell us what it represents.**
18   A    So there is at page, I guess --
19 at some point my e-mail to her on Monday,
20 August 8th, do you want me to read this?
21   **Q    No, just give us in general**
22 **terms what those demonstrate?**
23   A    This e-mail says Leena, you were
24 supposed to take the patient's images on Friday

19 (Pages 70 to 73)

1                LEENA VARUGHESE
2  from my staff, you had a whole day today and
3  never came to take the images.
4            The reason we present the case
5  is for educational purposes and the patient's
6  images are presented as a part of this learning
7  experience.
8            This refers to the fact that she
9  did not take the images from these patients but
10 downloaded from somewhere, which is really not
11 the reason why we actually have case
12 conferences.
13           The case conferences refer and
14 the images are very specific for that patient.
15           If I was not here at 3:00 p.m.
16 when you stopped by, you should have written me
17 a note and I would have called you the moment I
18 came in.
19           Meanwhile, I left since 4:18
20 p.m. a number of e-mails and messages only to
21 find out that you left at 5 p.m. and would not
22 return to Sinai to work with me on this
23 presentation.
24           I was willing to work with you
25 until 6:00 p.m., I think a lot more work needs

1                LEENA VARUGHESE
2  to go into this presentation and let's try for
3  the next week.
4            Thanks, Vesna.
5       Q    Did you consider that the work
6  reflected in the presentation submitted to you
7  was compatible with her level of training?
8       A    No.  Fourth year resident.
9       Q    How would you assess --
10           DR. BRONHEIM:  Could you explain
11      your no?
12           THE WITNESS:  I think the fourth
13      year resident in pathology should not --
14      should know how to give a presentation.
15           To take patients out images, I
16      don't think this is a teaching for the
17      fourth year, this is maybe for the first
18      year resident.
19           DR. BRONHEIM:  I thought you were
20      referring to content?
21           THE WITNESS:  I actually at some
22      point asked Leena out of this context,
23      did anybody spend any time with her
24      teaching her how to present a case,
25      because I was so appalled by this

1                LEENA VARUGHESE
2  presentation.
3            DR. WEINFELD:  And what was her
4  response?
5            THE WITNESS:  I cannot remember
6  exactly, so I am not going to impose,
7  but I remember asking this question.
8            She may remember, I can't remember,
9  really.
10      Q    Was it related to her knowledge
11 about the field, pathology in general, the fact
12 that she had rotated through your lab before,
13 did her behavior and knowledge that she
14 exhibited in your rotation reflect any growth
15 or knowledge at all in the field?
16      A    I think somewhere here during
17 our little tutorial, we came upon the
18 definition of what should be a stat case for
19 this lab -- I'm sorry, what should be the stat
20 case for our lab.
21           And I said we don't have too
22 many stat cases that needs instant attention,
23 but one of the leukemia that it is APL, acute
24 promyelocytic leukemia.
25           So I asked Leena to tell me the

1                LEENA VARUGHESE
2  definition of APL.
3            Her response was I have done
4  hematopathology a few years ago.
5            So I said, that's fine, why
6  don't you look it up and let me know tomorrow.
7
8            I have never got an answer to
9  this very day what's the definition of APL.
10      Q    Overall, how would you rate Dr.
11 Varughese' attendance during her rotation at
12 your lab?
13      A    Well, I mentioned earlier two
14 days immediately was taken off from the
15 rotation to prepare the case.
16           I think this is in my view out
17 of two weeks unacceptable, one day she called
18 in sick, that's a third day, so it's two weeks,
19 it's like ten working days.
20           In the ten working days at least
21 six steps have to be done so somebody should
22 pass the rotation, so the last day of her
23 rotation was also the day when I was asked by
24 anatomic pathology people to spare her because
25 there was an emergency there in the afternoon.

Page 78

LEENA VARUGHESE

1
2      So in the morning was her
3  basically the last day there, so it was like
4  three and a half days of the ten days rotation
5  that she wasn't there.
6      I don't think she ever came at
7  9:00 in the morning to the lab, most of the
8  time it was 10:30, she was told one morning on
9  Wednesday to come at 1:00 because we have lab
10  meetings and my entire lab knows at 1:00
11  Wednesday is 1:00 sharp, she walked in at 1:30.
12      It's called poor attendance and
13  not on time.
14      Q    Now, you said on her last day of
15  **rotation there was an incident that she was**
16  **taken off the rotation during the afternoon.**
17      **Can you tell us more about what**
18  **you observed related to that?**
19      A    First of all, prior to her
20  coming to the lab there was -- I had a number
21  of e-mails from the chief resident and
22  everybody else, has Leena arrived to the lab
23  and I kept saying no, and it was nothing
24  unusual, she has never come before 10:30 in the
25  lab, to the lab.

Page 79

LEENA VARUGHESE

1
2      At 10:30 I think she walked in
3  and we told her, that although I understand
4  that she has to help in anatomic pathology in
5  the afternoon, she got to finish her few
6  karyotypes.
7      And I put her intensely to work
8  alone as well as with a supervisor onto work on
9  that.
10      At some point Dr. Pat Lento
11  called me and says is Leena in the lab?
12      I said yes.
13      Would you ask her to come on the
14  phone? I said I'm sorry, I'm not her
15  secretary.
16      If you need her, page her.
17      Which he proceeded to do and she
18  didn't answer the page because I was standing
19  next to her, I heard her page going and she did
20  not answer.
21      So then he called back and says
22  could you please get her?
23      So I said what can I do?  Of
24  course I will.
25      Okay, so her conversation with

Page 80

LEENA VARUGHESE

1
2  him in front of my entire lab staff was not
3  very nice.
4      And everybody in the lab was a
5  little bit basically made comments that this is
6  not how you talk to anybody, and that they had
7  no idea who Pat Leto is.
8      So they didn't know, you know,
9  what is his relationship to Leena, but they
10  realized that the type of conversation was
11  going on was not very respectful, that much I
12  can tell you.
13      And while the supervisor was
14  trying to squeeze any minute before noon, I
15  moved and went to my office, and she said I
16  don't know why I'm doing this, it's really a
17  waste of my time.
18      I am only five feet away, so I
19  heard all of that.
20      I decided not to intervene
21  because there was nothing more I can say.
22      In my view even if something --
23  we all learned a few things in life that we
24  thought maybe we didn't have to, but even if
25  something is a waste of time, you don't spell

Page 81

LEENA VARUGHESE

1
2  it out in front of the entire lab staff, it's a
3  bad morale for the lab.
4      Q    Let me call your attention to
5  **Exhibit 4.**
6      **He addresses the following**
7  **concern, what is your role evaluation of Dr.**
8  **Varughese' performance in your rotation**
9  **regarding professionalism.**
10      **What does the exhibit represent,**
11  **briefly?**
12      A    Well, the exhibit is basically
13  the summary of my thoughts about her.
14      And I'm just going to give one
15  example, sort of put our relationship
16  immediately wrong, so to speak wrong.
17      I actually spend time with the
18  residents, I give them tutorials, I really
19  dedicate myself to this education.
20      And I was giving Leena a
21  tutorial with a computer screen all with
22  chromosomes, genes and everything else.
23      And she is on a Blackberry and I
24  said put this Blackberry back, because this is
25  very disrespectful to me personally.

21  (Pages  78 to 81)

1                LEENA VARUGHESE
2          She put it back, 5 minutes later
3   she's on the Blackberry.
4          And I said Leena, put this
5   Blackberry, I don't want to see this.
6          This by the way happened almost
7   every day.
8          This I don't call -- it's a
9   personal insult to me and to everybody else who
10  takes the time and invests time to teach, so
11  this is called unprofessional.
12         I think coming late to the lab
13  is unprofessional.
14         Calling in sick when you're
15  supposedly presenting the case is
16  unprofessional.
17         Having total lack of enthusiasm
18  and ambition, fourth year resident should be
19  excited about the life ahead of it, and not to
20  be totally excited at anything and then when
21  you are asked go home and look what's APL, one
22  sentence definition, just come back to your
23  person who is teaching you and say I looked it
24  up, I know what it is, isn't that exciting?
25         There was nothing of that.

1                LEENA VARUGHESE
2          DR. FIRPA: Okay, I have no
3    further questions.
4          DR. WEINFELD: Dr. Varughese,
5    would you like to ask questions?
6
7    CROSS-EXAMINATION BY DR. VARUGHESE:
8
9          Q    So, how do you manage, how do
10   you keep track of the residents' time when the
11   residents' are in your lab, what do you do?
12   A    As I just mentioned, you realize
13   where I am sitting, so I can actually see
14   what's going on straight from the imaging lab
15   to the tissue culture lab, except for the fish
16   lab, so I actually can observe very much and
17   you were not necessarily on fish rotation this
18   time; correct?
19         Q    I was, actually.
20   A    For a few hours.
21         Q    For several days here and there.
22   A    But primarily karyotypes, that's
23   imaging lab sitting right in front of me, so I
24   can actually see what's going on.
25         Q    So, did you observe me there the

1                LEENA VARUGHESE
2    first day?
3    A    Yes.
4          Q    The second day?
5    A    No, because you took some days
6    off to prepare the case.
7          Q    No, I didn't.
8    A    Yes, you did.  You have asked
9    me, you have asked me to take the time off to
10   prepare the case.
11         Q    I have asked you if I could go
12   to the library and just work.
13   A    That's right, so you were not
14   there.
15         Q    Or I was at the residents' room?
16   A    I don't know where you were.
17   You were not where you are supposed to be, the
18   computer is there for the residents.
19         Q    Okay.
20         So, do you realize your staff
21   e-mails me every day and tells me what to do
22   for the rest of the day?
23   A    Um-hum.
24         Q    So, you do realize the staff
25   tells me when to come into the lab?

1                LEENA VARUGHESE
2    A    Um-hum.
3          Q    And what activities I'm supposed
4    to do each day?
5    A    Um-hum.
6          Q    Do you realize there were
7    certain days where your staff asked me not to
8    come into the lab?
9    A    No.
10         Q    Okay, there were, that's why I
11   was not there.
12   A    Okay.  Can we have documentation
13   for that?
14         Q    Yeah I have documentation of
15   that.
16         DR. MARIN:  Is it in this
17   exhibit?
18         DR. VARUGHESE:  Let me just see.
19         It's not, but I will add it to the
20   exhibit.
21         MR. McEVOY:  No, I object to
22   this.  Let me state this objection.
23         DR. VARUGHESE:  You are allowed
24   to ask --
25         MR. McEVOY:  I can object, Dr.

22  (Pages 82 to 85)

LEENA VARUGHESE

1  LEENA VARUGHESE
2  Varughese.  I have done a lot of these
3  in my time.
4       Here is my objection, the Committee
5  directed Dr. Varughese to provide a list
6  of her exhibits by the close of business
7  on Thursday or Friday.Dr. Varughese chose
8  to ignore that without any explanation,
9  without any requests for an extension.
10      She e-mailed the Committee 47
11  exhibits three hours before this hearing
12  was scheduled to start.Dr. Varughese has
13  had an enormous amount of time to prepare
14  her exhibits, she chose to ignore the
15  Committee's request.
16      Just when she felt like it, she
17  sent 47 exhibits.
18      And now, twice she has raised oh, I
19  have documentation that proves that what
20  she's known about from the termination
21  letter is the issues in this case and what
22  she says is oh, I'll give those to you
23  later, we will submit those later.
24      I don't think that's
25  appropriate.Dr. Varughese had plenty of

1  LEENA VARUGHESE
2  time to submit these exhibits, there is
3  nothing surprising about these exhibits,
4  and the Department objects to Dr.
5  Varughese sort of setting her own schedule
6  and her own time to submit exhibits.
7       And, quite frankly, it's
8  prejudicial to the Department to expect
9  them and us to review 47 exhibits in three
10  hours and be prepared to respond to them,
11  and now exhibits are just kind of coming
12  from well, I have them and I'll give them
13  to you some time, some way, in some
14  context; it's not appropriate.
15      DR. VARUGHESE:  Fine, that's
16  wonderful, but here is can I make a
17  point --
18      MR. McEVOY:  It's not wonderful,
19  it's correct.
20      DR. WEINFELD:  That's enough.
21      DR. VARUGHESE:  Okay, that's not
22  what I meant to say, the point is this
23  hearing is basically for my job, so if I
24  want to say there is evidence even
25  though I didn't put it in there, and

1  LEENA VARUGHESE
2  request that it be submitted at some
3  point, I don't think that's me asking
4  for too much.
5       Even though you correctly stated
6  that you didn't have time to review.
7       MR. McEVOY:  I have said what I
8  have to say.
9       DR. WEINFELD:  Okay
10      DR. VARUGHESE:  On another note,
11  I was also not informed this hearing --
12      DR. WEINFELD:  Wait one second,
13  we have a witness on the stand.  Let's
14  deal with the witness.
15      DR. VARUGHESE:  Sure.
16  Q      All right, so your staff is, in
17  fact, responsible for when I'm working with
18  them, and you know that?
19  A      What's the question?
20  Q      So that you know that your staff
21  is going to be --
22  A      I am well aware what my staff is
23  doing.  My staff is doing based on my
24  instructions.
25  Q      Good.

1  LEENA VARUGHESE
2  A      I am totally aware of that.
3  Q      So, there have been times where
4  they have asked me not to come in?
5  A      Correct, but they would ask you
6  to come in maybe a little bit later, or not.
7       When they told you the lab
8  meeting is at 1:00, the lab meeting is at 1:00,
9  you would come at 1:30, that's disrespect to
10  me.
11      Forget about the lab meeting and
12  anybody else.
13  Q      What date was that?
14  A      Wednesday.  Whatever date day it
15  was, June, I don't know.
16  Q      Okay, all right.
17      So you made a comment saying
18  that my presentation was not compatible with my
19  year of training?
20  A      Um-hum.
21  Q      And you said this because I used
22  cytogenetic images from the internet?
23  A      Correct.
24  Q      Is that correct?
25  A      And you were told to come on

23  (Pages 86 to 89)

Page 90

```
 1            LEENA VARUGHESE
 2   Friday to pick up the images from the lab.
 3       Q     I don't think so.
 4       A     Yes.
 5            DR. WEINFELD:  Is there a
 6   question?
 7       Q     I don't think that's true.
 8       A     It's all in the e-mail that I
 9   sent to you, and there is -- that document.
10       Q     So, the e-mail you sent to me?
11       A     That's very well documented.  So
12   what's the question, actually?
13       Q     So basically I came to your
14   office and I couldn't find you, I was informed
15   by your staff that you would not be there
16   for -- until 4:00 p.m. or later, I waited for
17   you until 4:00 or so, I didn't see you so I
18   assumed that I'll e-mail you documentation.
19       A     You e-mailed the documentation
20   on Monday, this is Friday.
21       Q     So I e-mailed you everything on
22   Friday?
23       A     No.
24       Q     Including my presentation?
25       A     No, on Monday.
```

Page 91

```
 1            LEENA VARUGHESE
 2       Q     I e-mailed you my presentation
 3   on Friday, right?
 4       A     No, on Monday.
 5       Q     Well, I would like to refer to
 6   Exhibit 24.
 7            MR. McEVOY:  I don't think that
 8   Dr. Najfeld has that.
 9            THE WITNESS:  I don't have this.
10            DR. WEINFELD:  We can get you a
11   copy.
12            MR. MacDONALD:  24.
13            DR. VARUGHESE:  Yes.
14            DR. WEINFELD:  What does that
15   have to do with the point we are
16   discussing?
17            DR. VARUGHESE:  So this is
18   basically --
19       Q     Anyway, I just want to point
20   out --
21            THE WITNESS:  I'm sorry?
22            DR. WEINFELD:  You brought up the
23   point, you e-mailed on Friday, does this
24   exhibit address that issue or not?
25            DR. VARUGHESE:  It sort of
```

Page 92

```
 1            LEENA VARUGHESE
 2   addresses the problems here.
 3            DR. WEINFELD:  No, no, that
 4   wasn't my question, my question --
 5            DR. MARIN:  Am I looking at the
 6   right thing?  I have a e-mail from Dr.
 7   Adolfo --
 8            DR. VARUGHESE:  Yes, that's it.
 9            DR. WEINFELD:  So the question
10   was you are disputing whether you sent
11   an e-mail Friday versus Monday, how does
12   this e-mail address that question?
13            DR. VARUGHESE:  I actually don't
14   have the Friday e-mail I sent to her.
15       A     I do.
16            DR. VARUGHESE:  Actually it's in
17   Exhibit --
18            DR. WEINFELD:  A different
19   exhibit?
20            DR. VARUGHESE:  It's the exhibit
21   that's part of the Department's list.
22            MR. MacDONALD:  Exhibit 5?
23            DR. VARUGHESE:  Exhibit 5.
24            DR. WEINFELD:  There is an e-mail
25   dated Monday, August 8th.
```

Page 93

```
 1            LEENA VARUGHESE
 2            MR. McEVOY:  I think Dr. Najfeld
 3   is confused.
 4            MR. McEVOY:  I am confused.
 5            THE WITNESS:  This is the e-mail
 6   I just read, actually.
 7            MR. McEVOY:  This is the exhibit.
 8            THE WITNESS:  Yes.
 9            THE WITNESS:  It's Monday, August
10   8 at 4:18 p.m.
11            DR. WEINFELD:  These are all
12   Monday August 8th.
13            DR. VARUGHESE:  So I sent the --
14   I apologize.
15            DR. WEINFELD:  Let's move on to
16   the next point.
17            DR. VARUGHESE:  It was sent on
18   Monday, not on Friday.
19            DR. WEINFELD:  That's what she
20   said.
21            THE WITNESS:  That's what I
22   basically said.
23       Q     You are correct, you are
24   correct, so the presentation was for the next
25   morning on Tuesday morning at 9:00 a.m.?
```

24  (Pages 90 to 93)

Page 94

LEENA VARUGHESE

1                **LEENA VARUGHESE**
2     A    That's exactly right.  You were
3 supposed to come on Friday.
4     **Q    No, you gave me the presentation**
5 **to do when, what day did you give me the**
6 **presentation?**
7     A    Monday or Tuesday of that week.
8     **Q    No.**
9     A    Where is the documentation?
10     **Q    Well, here is the thing, when**
11 **did you discuss the goals and objective of the**
12 **rotation with me?**
13     A    At the beginning of the week.
14     **Q    No.  So let's refer to Exhibit**
15 **24?**
16     DR. WEINFELD:  So what's the
17 question?
18     DR. VARUGHESE:  So this is Dr.
19 Firpa e-mailing Dr. Najfeld the details
20 of the cytogenetics rotations and what
21 she has to do with any resident that
22 happens to be on her -- on that
23 particular elective or that rotation.
24     DR. WEINFELD:  So what's the
25 question?

Page 95

1                LEENA VARUGHESE
2     **Q    Then Dr. Najfeld actually I**
3 **think she thinks that she discussed everything**
4 **with me in the beginning of the week, but in**
5 **fact she didn't, she actually only discussed**
6 **everything with me on maybe Friday, I think**
7 **Friday morning, late Thursday.**
8     DR. MARIN:  What does this have
9 to do with that?  I'm not understanding?
10     DR. VARUGHESE:  That Dr. Najfeld
11 was given the tumor cytogenetics
12 requirement rotation -- rotation
13 requirements on Thursday, she discussed
14 everything pertaining to the rotation
15 requirements with me on Thursday
16 afternoon and gave me the assignment to
17 present this case for Tuesday on
18 Thursday afternoon.
19     DR. WEINFELD:  Right, okay.
20     DR. VARUGHESE:  Which doesn't
21 really give me as much time as I need
22 to --
23     DR. WEINFELD:  So, how do you
24 explain, though, she was willing to stay
25 to help you and you didn't even respond?

Page 96

1                LEENA VARUGHESE
2     DR. VARUGHESE:  On Monday
3 afternoon, on Monday evening and I
4 wasn't sure if she was even returning
5 that evening because she wasn't in her
6 office when I got there.
7     THE WITNESS:  I'm sorry, I think
8 there is a lot of discrepancy in what
9 you are saying.
10     And I could probably document this
11 further.
12     It doesn't matter at this point, we
13 give the cases, you took the beginning of
14 the week off, you were not in the lab in
15 order to prepare the case we are talking
16 about it.
17     So, it cannot be the truth that I
18 gave you the case on Thursday.
19     I would not have given you a case
20 on Thursday and tell you come on Friday
21 because I have not done this ever to
22 anybody, and I would have not made you an
23 exception to the rule.
24     That's number one.
25     There is no way, I don't want to

Page 97

1                LEENA VARUGHESE
2 use the L word here, but this is
3 absolutely not reflecting the truth and
4 the way my lab functions.
5     And I can have the entire lab here
6 for that.
7     So, that's number one.
8     Number two, I am teaching you, if I
9 am willing as your senior to stay late in
10 order to make your presentation look good,
11 I can tell you that when I was a fellow I
12 would have never said this to my
13 professor.
14     Period.
15     Lack of respect and
16 professionalism.
17     DR. WEINFELD:  So any other
18 questions?
19     DR. VARUGHESE:  I just want to
20 note Dr. Najfeld did e-mail Dr. Firpa
21 back and she said she was very busy that
22 week and, you know, it has been very
23 difficult for us.
24     DR. WEINFELD:  Okay, noted.
25     DR. VARUGHESE:  And also on

25 (Pages 94 to 97)

LEENA VARUGHESE

1   LEENA VARUGHESE
2   Monday evening when I e-mailed the
3   presentation to her, but I did get her
4   messages, the e-mails and the phone
5   call, I'm not sure if she called me, but
6   it was already 5:30 or so and I was
7   already home because I had taken the
8   train home at that point, which may
9   explain why I didn't receive the page
10  from 5:00 to 5:30 or so, and it would be
11  impossible for me to have returned to
12  Mount Sinai at that point to review with
13  her in person, and I think I explained
14  that to her at that point and she
15  understood.
16      THE WITNESS:  No.
17      MR. McEVOY:  There is no
18  question.
19      DR. WEINFELD:  So, next question.
20  Q    Did you give me an exit
21  interview on Friday?
22  A    No.
23  Q    You didn't give me an exit
24  interview?
25  A    You were taken -- swept away, so

1   LEENA VARUGHESE
2   to speak because, you had to go back to the
3   anatomic pathology, we only managed to do five
4   karyotypes and I did not give it to you.
5       You are 100 percent right.
6       DR. BRONHEIM:  If you did give
7   her an exit interview, what would you
8   have told her?
9       THE WITNESS:  Had I had the
10  chance and if it wasn't -- I would have
11  really told her just about everything I
12  wrote here, I wouldn't change anything.
13      I must tell you I am at Sinai 30
14  years, this is probably from the
15  educational point of view one of the worst
16  experiences I ever had had.
17      I would have told her that she
18  failed.
19      Anybody who behaved that way, with
20  so little respect for knowledge and so
21  little respect for the time we all invest,
22  I would not pass her.
23      I also feel if you ask somebody to
24  go ahead and look overnight what the
25  definition of APL is, this is our stat

1   LEENA VARUGHESE
2   case, and for that person not to ever to
3   come back and tell you I know what it is,
4   I better learn this, it's a failure.
5       DR. VARUGHESE:  Okay, so my
6   impression was that you did give me an
7   exit interview on Friday because you
8   asked me several questions pertaining to
9   fish and different translocations
10  associated with different diseases and I
11  think I answered you pretty competently.
12      So my impression was that that was
13  the exit interview, and karyotyping these
14  10 karyotypes was also a part -- 5 to
15  determine that I can adequately karyotype,
16  not with expertise with someone who has
17  done cytogenetics for 30 or 40 years, no
18  one can do that, I mean I don't think
19  anybody can do that.
20      THE WITNESS:  That was not
21  expected.
22  Q    But I did manage to karyotype
23  adequately, no?
24      DR. MARIN:  That was a question.
25  She asked you if she did an adequate job

1   LEENA VARUGHESE
2   with the karyotype?
3   A    No, because she had a supervisor
4   sitting behind her and that's when she said I
5   don't know what I'm doing here, it's a waste of
6   my time.
7       DR. MARIN:  No is sufficient.
8       DR. WEINFELD:  Any other
9   questions for Dr. Najfeld?
10      DR. VARUGHESE:  No.
11      MR. MacDONALD:  Any further
12  questions.
13      DR. WEINFELD:  Any further
14  questions from the Department?
15      DR. FIRPA:  Yes, permission to
16  redirect.
17
18  REDIRECT EXAMINATION BY DR. FIRPA:
19
20  Q    May I bring your attention to
21  her Exhibit 24.
22  A    That's this.
23  Q    Second page.
24  A    Your response to me on Thursday
25  August 4th, would you please read the second

LEENA VARUGHESE

1
2  sentence in that e-mail?
3      A    Oh, thank you, the second
4  sentence says, "We have given her to read and
5  told her about the case presentation for the
6  next week."
7      So I told you this on August
8  4th.
9      DR. VARUGHESE:  So you told me at
10  least on August 4th?
11      THE WITNESS:  Okay, not on
12  Thursday, a week later.
13      DR. VARUGHESE:  But I don't think
14  you told me.
15      THE WITNESS:  You've got to be
16  truthful; it pays in life, trust me.
17      DR. VARUGHESE:  But you didn't
18  tell me on Tuesday.
19      THE WITNESS:  I am reading from
20  Exhibit --
21      DR. VARUGHESE:  24, you are
22  saying that you cannot --
23      THE WITNESS:  We have given her
24  to -- this is August 4th, Thursday.
25      DR. WEINFELD:  Thursday.

LEENA VARUGHESE

1
2      DR. MARIN:  This does not
3  identify the time that it was given.
4      THE WITNESS:  Okay, I'm so sorry.
5      DR. MARIN:  It validates at least
6  by Thursday it was done.
7      DR. VARUGHESE:  Or at least she
8  planned on telling me.
9      DR. BRONHEIM:  No, it says, "We
10  have given her."
11      DR. VARUGHESE:  "We have given
12  her to read and told her about the
13  presentation for the next week."
14      DR. MARIN:  But you are cc'd on
15  this e-mail, so you would have received
16  this then.
17      DR. VARUGHESE:  Yes.
18      DR. MARIN:  So.
19      DR. VARUGHESE:  My point is she
20  was saying she was very busy with
21  equipment upgrades and this is after Dr.
22  Firpa sent her this e-mail asking her to
23  discuss cytogenetic requirements with
24  me.
25      DR. WEINFELD:  I have a question,

LEENA VARUGHESE

1
2  do you deny saying that this rotation
3  was a waste of time?
4      DR. VARUGHESE:  Yes.
5      DR. WEINFELD:  Okay.
6      DR. VARUGHESE:  I didn't think
7  the rotation was a waste of time at all.
8      In fact, I offered to work further
9  with her in the future on another two
10  weeks if she felt that my competency level
11  on cytogenetics was not adequate and I
12  said this to Dr. Firpa after the
13  conference the following Tuesday morning.
14      I also offered to write a paper
15  because I had a very interesting case that
16  was in my first year on pediatric
17  pathology that I had this case where they
18  covered a novel translocation.
19      So I actually was interested in
20  that particular case and I was considering
21  writing it up, but I just didn't feel
22  comfortable after this approaching her
23  about it.
24      DR. WEINFELD:  Any other
25  questions for Dr. Najfeld, or can we

LEENA VARUGHESE

1
2  excuse the witness?
3      Thank you.
4      DR. BRONHEIM:  Thank you very
5  much for your time.
6      MR. MacDONALD:  Steve, maybe we
7  need to take a witness out of sequence,
8  Dr. Varughese, Scott Barnett whom you
9  have called as a witness has to leave by
10  8:00 or 8:15, maybe we should take him
11  out of sequence so that --
12      DR. WEINFELD:  He's being called
13  by the Pathology Department?
14      MR. MacDONALD:  By Dr. Varughese,
15  but --
16      DR. WEINFELD:  At this rate we
17  probably should, if that's okay.
18      MR. MacDONALD:  So is that okay
19  if we do that?
20      DR. FIRPA:  No objections.
21      MR. MacDONALD:  Okay.
22      I think we should try to
23  accommodate, obviously, as many of the
24  witnesses as possible given the schedule
25  and the time, et cetera.

Page 106

1           LEENA VARUGHESE
2      DR. VARUGHESE:  So I am a little
3   bit concerned now, it's 7:36, it's past
4   7:30 p.m., so --
5      DR. WEINFELD:  What's your
6   question.
7      DR. VARUGHESE:  How long do you
8   think this process will take, or do we
9   convene on another day if --
10      MR. MacDONALD:  Well, we should
11   go as far as we can go, and the
12   Department has several more witnesses.
13      DR. MARIN:  You have 20 witnesses
14   that you called in to hear that we
15   should really --
16      MR. MacDONALD:  You have 20, the
17   Department has -- we want to take Scott
18   Barnett out of sequence because he has
19   to leave at 8:15.
20      He is Dr. Varughese' witness and I
21   understand that you have no objection, so
22   we should bring him in here and let him
23   testify.
24      MR. McEVOY:  Just so the
25   Committee is aware, there is another

Page 107

1           LEENA VARUGHESE
2   witness here who is Dr. Varughese'
3   witness who I don't know what her
4   schedule is, but there are a whole bunch
5   of folks here who have other things to
6   do.
7      So I don't have an objection to
8   Dr. Barnett, but I do have an objection to
9   presenting this case out of sequence other
10   than for Dr. Barnett, and I'll be candid,
11   Karen Tiger is here as her witness.
12      If Ms. Tiger goes on at 1:00 this
13   morning, if she goes on at 1:00 this
14   morning there is no reason why the
15   witnesses for the Department should be any
16   more inconvenienced than the witnesses for
17   Dr. Varughese.
18      So I have no objection to
19   Dr. Barnett, but that's the only witness
20   that I don't have an objection to being
21   out of sequence.
22
23   S C O T T     B A R N E T T,  called as a
24   witness, having been first duly sworn by
25   witness was examined and testified as

Page 108

1           LEENA VARUGHESE
2   follows:
3
4      DR. WEINFELD:  This is Dr.
5   Varughese' witness, but obviously the
6   Department will have a chance to ask
7   questions as well.
8      Why don't we proceed.
9
10   DIRECT EXAMINATION BY DR. VARUGHESE:
11
12   Q      Thank you for appearing.
13       So my question, have I brought
14   concerns to you over the past year or so?
15      A    Yes.  I believe we met at least
16   twice.
17      DR. MARIN:  When were the dates
18   of those, is it over a year that's been
19   going on?
20      THE WITNESS:  I would have to
21   consult my calendar.  I could look it
22   up, but I don't have the dates in front
23   of me.
24      DR. LEITER:  Prior to August?
25      THE WITNESS:  Certainly if you

Page 109

1           LEENA VARUGHESE
2   wish to I could look it up.
3      DR. MARIN:  Yes.
4      DR. BRONHEIM:  Is there any time
5   after August?
6      THE WITNESS:  Same response, I
7   have to look it up.
8      DR. WEINFELD:  Dr. Varughese, do
9   you have any dates that would make it
10   easier?
11      DR. VARUGHESE:  Yes, September 11
12   we met at noon.
13      DR. WEINFELD:  September 11 of
14   this year.
15      DR. WEINFELD:  Scott, does that
16   click with your calendar?
17      THE WITNESS:  I have Monday, May
18   16th is the first time and I have
19   September 12th or September 11th was a
20   Sunday.
21      DR. WEINFELD:  Okay.
22      THE WITNESS:  Those are the two
23   dates.
24      DR. WEINFELD:  Go ahead.
25      DR. BRONHEIM:  Could you just

Rayvid Reporting Service
(212) 267-3877

Page 110

LEENA VARUGHESE

1
2   state for the record in what capacity?
3           THE WITNESS:  I am the Associate
4   Dean for Graduate Medical Education and
5   our office oversees the residency and
6   fellowships here and at our affiliated
7   institutions.
8       **Q     So, did I bring a concern to you**
9   **about my concern about being treated fairly**
10  **while I was on disciplinary action to you?**
11      A     You did.
12      **Q     Can I ask what you thought about**
13  **that?**
14          **Is that a question that I can**
15  **ask what you thought about?**
16      A     Well, if you ask me what I
17  thought about your coming to me, I'm certainly
18  happy to meet with all house officers and make
19  it very clear, orientation and Chief Residents
20  are told in every forum that I am among the
21  resources that are offered to house staff who
22  have concerns about their training, including,
23  among others, the institutional ombudsman, Dr.
24  Stimmel and Human Resources, but I'm certainly
25  always happy to meet with house staff.

Page 111

LEENA VARUGHESE

1
2       **Q     So I told you I was concerned**
3   **about Dr. Firpa not being able to oversee the**
4   **disciplinary action?**
5       A     I don't recall that, but, I do
6   remember you talking to me and having concerns
7   and I explained to you that my role in the
8   institution, as I understand it, is to make
9   sure that institutional and departmental
10  policies and procedures were being adhered to
11  and that I was not a judge or a jury, but my
12  job was to ensure that people were being
13  treated fairly and that I either at that first
14  meeting or second meeting, I do remember
15  stating that in my view that I did feel that
16  departmental policies and procedures were being
17  followed.
18      **Q     What's your opinion of the**
19  **Department of Pathology?**
20          DR. WEINFELD:  That's not
21      relevant, I'm going to direct him not to
22      answer that question.
23          What other questions do you have?
24          DR. VARUGHESE:  That's all.
25          DR. MARIN:  Thank you.

Page 112

LEENA VARUGHESE

1
2       DR. FIRPA:  No questions.
3       DR. WEINFELD:  Scott, thank you
4   very much.
5           THE WITNESS:  You are quite
6   welcome.
7           DR. WEINFELD:  Let's get back to
8   our regular scheduled witness schedule.
9           MR. MacDONALD:  Can we go off the
10  record.
11      (Discussion off the record.)
12
13  A D R I E N N E   C.   J O R D A N,   called
14      as a witness, having been first duly sworn
15      by the Notary Public, was examined and
16      testified as follows:
17
18  DIRECT EXAMINATION BY DR. FIRPA:
19
20      **Q     Would you please state your job**
21  **title?**
22      A     I am a postgraduate year 3
23  anatomic and clinical pathology resident, as
24  well as Chief Resident of the Department of
25  Pathology, one of the Chief Residents.

Page 113

LEENA VARUGHESE

1
2       **Q     And your formal employment is?**
3       A     Sorry?
4       **Q     And you are employed by?**
5       A     Mount Sinai Hospital.
6       **Q     What year of residency are you**
7   **in?**
8           DR. WEINFELD:  She already said
9       that.
10      **Q     Do you know Dr. Varughese?**
11      A     I do.
12      **Q     Would you describe your job**
13  **duties as part of the responsibility of Chief**
14  **Resident.**
15      A     I am charged with enforcing and
16  making sure that Department and hospital
17  policies, institutional policies are equally
18  distributed -- equally enforced amongst all the
19  residents, as well as ensuring appropriate
20  supervision of our junior residents, basically
21  arranging for coverage and that sort of thing
22  when a resident is absent, scheduling issues
23  and things of that nature.
24      **Q     How do you know Dr. Varughese?**
25      A     She was one of our postgraduate

29 (Pages 110 to 113)

LEENA VARUGHESE

1
2  year 4 residents in the pathology program.
3      Q    Did you have any problem over
4  coverage issues on August 5th?
5      A    I had a resident call out sick
6  on August 5th.  Unfortunately this resident had
7  been ill multiple times during her surgical
8  pathology month and so we have a policy in
9  place for residents who call out sick.
10          Basically it dictates an order
11 in which we pull residents to cover our other
12 services so that we have the same residents
13 aren't getting asked to cover over and over
14 again.
15          Because this resident had been
16 out so many times, I had now gotten down to the
17 rotation where Dr. Varughese had to cover for
18 the absent resident.
19     Q    Was Dr. Varughese aware of this
20 and of other departmental policies and if so,
21 how?
22     A    She was aware, we discussed the
23 new policies that were going into place for the
24 year at a resident meeting, which Dr. Varughese
25 was not able to make, she was on vacation, it

LEENA VARUGHESE

1
2  was an excused absence, but she did sign the
3  resident meeting minute acknowledgment sheet,
4  I'm sorry, I believe she did, I'm not 100
5  percent sure on that, but she did sign the
6  acknowledgment of Department policies
7  acknowledging she did receive them and she was
8  aware.
9      Q    Would you refer to Exhibit
10 number 17?  Department Exhibit 17.
11          Would you browse through the
12 content of the exhibit and describe in your own
13 words briefly what they represent?
14     A    The first page is Dr. Varughese'
15 acknowledgment of the Department policies,
16 there are six policies listed that she
17 acknowledged the procedure if she had to make a
18 schedule change, absent a coverage policy,
19 which was the one I just referenced, which
20 dictates the order in which we pull residents
21 whenever they are absent, morning conference
22 attendance policy, corrective action policy, as
23 well as reviewing the resident meeting minutes
24 and acknowledging them and transitions of care
25 and the pages that follow are those policies.

LEENA VARUGHESE

1
2      Q    Did you need Dr. Varughese to
3  cover the the frozen section room on August
4  5th?
5      A    I did.
6      Q    Why?
7      A    The residents, like I said, had
8  called out sick multiple times, I had rotated
9  through several other residents in order of the
10 policy and the next person to be pulled
11 according to the policy was Dr. Varughese.
12     Q    How did you tell Dr. Varughese
13 that she needed to cover the service?
14     A    I contacted her by e-mail -- I
15 contacted her by e-mail, I'm not entirely
16 positive if it was the night before or the
17 morning of.
18     Q    What was her response to that
19 e-mail?
20     A    She said that her initial
21 response was she could not cover.
22     Q    Did she cover frozen sections on
23 that day?
24     A    No, she did not.
25     Q    Why not?

LEENA VARUGHESE

1
2      A    In subsequent e-mails she told
3  me that she had an injury to her arm and that
4  she would not be able to perform those duties
5  due to her jury.
6      Q    Did she ever provide proof of
7  had her alleged injury?
8      A    No.
9      Q    Would you refer to Exhibit 6,
10 Department Exhibit 6, browse through them and
11 describe in your own words what they represent
12 or document?
13     A    That's my communication with Dr.
14 Varughese on -- starting on the Thursday August
15 4th, the night before I needed her to cover
16 asking her to cover, her subsequent e-mails
17 back describing her injury and how it limited
18 her ability to cover frozen sections for that
19 Friday afternoon, and then her subsequent
20 suggestions to me that in the past we had
21 had -- the Chief Residents just asked residents
22 to cover and didn't dictate it.
23         I explained to her in another
24 portion of the e-mail that we were no longer
25 were asking residents to cover because

Page 118

```
1              LEENA VARUGHESE
2  unfortunately the same residents would get
3  pulled over and over, only the residents who
4  would agree to cover.
5              The new policy made it easier
6  for the Chief Residents to find coverage so
7  that we didn't have to ask a whole bunch of
8  different people, it was already laid out who
9  would be pulled.
10      Q     Did you ever ask Dr. Varughese
11 to submit proof of her injury?
12      A     I did.
13      Q     Did she ever -- did you ever
14 find out why she was, in fact, injured or
15 submitted proof of that?
16      A     To the best of my knowledge she
17 never submitted proof and I am not aware what
18 the extent of her injury was.
19      Q     Did you need Dr. Varughese to
20 cover surgical pathology service on August
21 12th?
22      A     Yes.
23      Q     Why?
24      A     Again, I had a resident who
25 called out sick for that day and the service
```

Page 119

```
1              LEENA VARUGHESE
2  required coverage.
3      Q     Why was Dr. Varughese
4  specifically assigned to cover surgical on that
5  day?
6      A     Since I did -- I assigned
7  another resident rather than her to cover
8  frozen sections, the next person up in rotation
9  would logically be her, since she was passed
10 over due to her injury, the next time somebody
11 needed coverage she was the first go to person.
12      Q     Did you attempt to contact Dr.
13 Varughese to tell her that she needed to cover
14 surgical?
15      A     I did, I contacted her via
16 e-mail.
17      Q     Did Dr. Varughese respond to
18 your e-mails or page?
19      A     No.
20      Q     What did you do?
21      A     I contacted Dr. Lento via phone,
22 I was doing all of this remotely I was on an
23 away elective at the time, so I was contacting
24 him.
25              I contacted Dr. Lento via phone
```

Page 120

```
1              LEENA VARUGHESE
2  to see if he could possibly get ahold of Dr.
3  Varughese since I was very concerned about the
4  service being covered and making sure that the
5  specimens were processed.
6              I asked him to step in and see
7  if he could contact her to find out if she
8  would cover the service.
9      Q     What did he do?
10      A     To the best of my knowledge,
11 what I was told is he paged her.
12      Q     Did she cover surgicals that
13 day?
14      A     Yes.
15      Q     Did she ever respond to your
16 e-mails?
17      A     No.
18      Q     Refer to Exhibit 7 and 8.
19 Browse through them and describe briefly what
20 they represent.
21              DR. BRONHEIM:  Before we leave
22 Exhibit 7, I see that there is a message
23 from Dr. Adrienne to Dr. Morency.
24              You covered about 15 differen --
25 you cc'd about 15 different people.
```

Page 121

```
1              LEENA VARUGHESE
2              Would you explain why you made such
3  an extensive list?  I am on page -- sorry
4  Dr. Adrienne.
5              DR. WEINFELD:  Of that exhibit?
6              DR. BRONHEIM:  Yes.
7              THE WITNESS:  Yes, I can.
8  Dr. Morency was cc'd because she's my
9  co-Chief, Dr. Blau was the resident who
10 was sick, so she is on there so that she
11 knew who covered for her.
12              A lot of times the residents like
13 to say thank you for covering when I was
14 out, so she was cc'd on that, Dr. Firpa
15 and Dr. Lento because they are the program
16 directors respectively, Dr. Blejwas
17 because he is the head of anatomic
18 pathology, and since I was also commenting
19 on the biopsies being covered that day he
20 needed to be aware of the situation.
21              Dr. Grunis was Dr. Blau's surgical
22 partner, she needed to be aware of what
23 the coverage was because in the afternoon
24 whenever the -- I'm sorry, I'm going too
25 fast.
```

Page 122

```
 1            LEENA VARUGHESE
 2      The biopsy frozen resident does
 3  biopsies in the morning then -- they are
 4  partnered, does frozen in the afternoon
 5  then midday they switch, Dr. Grunis would
 6  be signing over the rest of the biopsies
 7  that hadn't gotten signed out to whoever
 8  her partner was for that day.
 9      Since Dr. Blau, her normal partner,
10  was out, I was asking Dr. Varughese to
11  step in, I wanted Dr. Grunis to be aware
12  of who she would be exchanging the
13  biopsies with.
14      So that's why she's on there.
15
16      DR. BRONHEIM:  So, would you say
17  that Dr. Varughese not agreeing or not
18  being available to cover created a great
19  deal of complicated rescheduling?
20      THE WITNESS:  It was complicated
21  to reschedule her, yes, but I did not
22  include these people on the subsequent
23  e-mails.
24      Once I sent out that general e-mail
25  these people were dropped to just a few
```

Page 123

```
 1            LEENA VARUGHESE
 2  people who were intricately involved.
 3      DR. BRONHEIM:  Okay.
 4      Q    Any comments on Exhibits 7 and
 5  8.
 6      Now is there a --
 7      A    Sorry, I am still reading 7 and
 8  8.
 9      Q    What is Department Exhibit 7
10  first?
11      A    Exhibit 7 is my e-mail to Dr.
12  Varughese and several other people asking her
13  to cover for an absent resident on surgical
14  service that day.
15      The other people included on the
16  e-mail are other people that asked to step in
17  and help in the gross room, so that way Dr.
18  Varughese wouldn't be overwhelmed with the
19  grossing responsibilities for that day and she
20  could at least somewhat participate in her
21  normally scheduled rotation.
22      Q    And would you turn over to
23  Department Exhibit 8?
24      A    The rest of Exhibit 7 is my
25  communications with Dr. Najfeld and Dr. Lento
```

Page 124

```
 1            LEENA VARUGHESE
 2  where I'm trying to follow up on the fact that
 3  Dr. Varughese hasn't yet responded to my e-mail
 4  for coverage.
 5      Like I said, I was off-site
 6  during this time, so I really needed to make
 7  sure that patients weren't being put at risk by
 8  their specimens not being processed.
 9      So I was contacting the program
10  director to make sure that she was covering and
11  then one of the e-mails is Dr. Lento's response
12  back to me saying she instructed Dr. Varughese
13  to contact me to let me know she would cover,
14  and she never did.
15      Q    What is Department number 8?
16      A    Exhibit 8 is my e-mail to Dr.
17  Najfeld where I'm asking if Leena had come in,
18  Dr. Varughese had come in for the day because I
19  was getting concerned for the service and I
20  also knew that Dr. Najfeld had an appointment
21  later in the morning, and needed to meet with
22  her earlier in the day, so I was concerned for
23  everybody's time.
24      Q    Now, is there a policy regarding
25  attendance to core conferences in the
```

Page 125

```
 1            LEENA VARUGHESE
 2  Department as part of the program?
 3      A    There is.
 4      Q    Would you explain it, please?
 5      A    May I refer to the exhibit real
 6  quick?
 7      Q    Sure.
 8      A    That was Exhibit Department 6,
 9  right?
10      MR. McEVOY:  The policy?
11      THE WITNESS:  Yes.
12      MR. McEVOY:  17.
13      A    Department Exhibit 17, so the
14  policy for morning conference attendance to
15  ensure that the residents receive a complete
16  academic curriculum during their program time
17  here, they are required to attend conference
18  per ACGME guidelines.
19      There is a sign-up sheet out in
20  the morning whenever there is conference at
21  8:00 a.m. and if they fail to -- while nobody
22  is perfect, we allow an 80 percent conference
23  rate, basically allowing the residents to miss
24  one conference a week to allow for things like
25  sleeping in, traffic, doctors appointments and
```

Rayvid Reporting Service
(212) 267-3877

LEENA VARUGHESE

1
2  so on.
3          If they fail to meet that 80
4  percent level there are penalties, if they fall
5  between the 60 and 80 percent averaged over the
6  four week block, then they have to prepare one
7  lecture.
8          DR. WEINFELD:  We can read this,
9      let's keep going.  It's not your fault
10     let's move along.
11         This is going to take forever,
12     let's move it.
13     Q     Did Dr. Varughese ever fail to
14  meet the 80 percent required?
15     A     Yes.
16     Q     What happened?
17     A     My co-Chief, Dr. Morency,
18  e-mailed her and explained to her, she had
19  fallen below the 80 percent conference
20  attendance for period 2 and that she would be
21  required to give a make-up lecture at a later
22  date, and I believe that e-mail also stated
23  which date Dr. Varughese was assigned.
24     Q     Did she ever respond to
25  Dr. Morency's e-mails?

LEENA VARUGHESE

1
2      A     Not at that time, later, about a
3  month later she did.
4          Whenever I followed up in
5  another e-mail asking what her topic was.
6      Q     Did Dr. Varughese fail to
7  respond to subsequent follow-up e-mails from
8  Dr. Morency and you?
9      A     I'm not sure what the time line
10  of her response was, she eventually did respond
11  with topics that she wished to present and as
12  Chief Residents Elizabeth and I discussed her
13  topics and we felt that they weren't to the
14  level of a PGY 4 resident, so we did not
15  approve the topics and made some alternate
16  suggestions for things that she could present.
17     Q     Do you recall ever her calling
18  in sick after being scheduled to present on
19  September 13 or 14?
20     A     Yes, September 13th was the
21  first date she was assigned to give her penalty
22  conference, she did call out sick that day.
23     Q     What happened then?
24     A     I rescheduled her for September
25  14th.

LEENA VARUGHESE

1
2      Q     And what happened then?
3      A     She came into morning
4  conference, as there was another resident
5  presenting that morning, she came in for
6  lecture at 8:00 a.m.
7          Lecture starts at 8:00 a.m., she
8  came in at 8:15 and sat down and when the first
9  resident completed their presentation at 8:30,
10  we were waiting for her to transition up to the
11  podium to give her presentation and she walked
12  out.
13     Q     Is there a policy in place
14  requiring proof of illness for failing to
15  fulfill tasks required as part of the job?
16     A     Yes.  Anything that requires a
17  violation in Department policy, for example,
18  not covering the service whenever it's your
19  turn in the rotation does require
20  documentation.
21     Q     Did she provide any proof of
22  illness on those days she failed to present?
23     A     No.
24     Q     Would you refer to Exhibits 9
25  and 10, Department Exhibits 9 and 10.  First

LEENA VARUGHESE

1
2  Department Exhibit 9, briefly describe what
3  they represent?
4      A     It's a series of e-mails, my
5  first e-mail being that is Dr. Varughese had to
6  acknowledge the resident meeting minutes for
7  the resident meeting that took place on August
8  26th, I send out the minutes within two weeks
9  after the meeting, then the residents have two
10  weeks to sign the acknowledgment sheet that
11  they approved the minutes meeting and they are
12  aware of that content.
13         We discuss serious material at
14  these meetings that we need the residents to be
15  aware of, so they must acknowledge it.
16         Then it's an e-mail from you
17  asking her to comply with the Chief Residents
18  according to ACGME guidelines and our
19  Department policies.
20         And then it's another e-mail
21  from me to Dr. Varughese asking her, thanking
22  her for her acknowledgment of the meeting
23  minutes, but also asking her for her topic of
24  the penalty conference which she was scheduled
25  for at that time to be on September 13th, which

1            LEENA VARUGHESE
2  was the day she called out sick.
3        Q      Go to Department Exhibit 10.
4        A      The first e-mail is the one that
5  was sent at the end of August from Dr. Morency
6  informing Dr. Varughese that she fell below the
7  80 percent level of conference attendance for
8  period 2, and will be required to give a
9  make-up conference on September 14th, but I
10  believe that was a mistake in the dating, I
11  believe Dr. Morency actually meant Wednesday
12  September 13th, but I would have to look at the
13  calendar, I'm sorry.
14            The next e-mail is from Dr.
15  Varughese on September 13th stating that she
16  was not required to be at all the conferences
17  because she spoke with Dr. Firpa and she was
18  attending other conferences which were of
19  educational value to her, and that she was
20  requesting a hospital-wide conference list for
21  all the available daily conferences in that she
22  would present the next day a hodgepodge of all
23  the cytology lectures that she missed.
24            Then Dr. Firpa responded that
25  she can attend as many other conferences as she

1            LEENA VARUGHESE
2  wants, but the 8:00 a.m. conferences are still
3  mandatory for all residents.
4            Then Dr. Varughese called out
5  sick for the following day that she was
6  supposed to present and that she's not
7  qualified to give any real core lecture because
8  she's only a resident.
9            And then -- I'm sorry, she's not
10  calling out sick at this point, I interpreted
11  her e-mail as calling out sick, she said she
12  wasn't feeling well and wouldn't be able to
13  present.
14            I then sent an e-mail to
15  everyone saying she was calling out sick, I
16  presumed when she said I don't feel well that's
17  what it meant, and she sends me a response back
18  basically stating that I wasn't available for
19  the residents in period 2, so I don't know who
20  was keeping track of attendance.
21            That I am making a hostile work
22  environment, that I am dictating who she can
23  and cannot talk to and that I should only -- I
24  should communicate with her through Dr. Firpa
25  in the future.

1            LEENA VARUGHESE
2            Then the last part of that
3  exhibit is my response back to her apologizing
4  that I thought she was calling out sick for the
5  next day and I would correct that, that all the
6  residents who needed me while I was on my away
7  elective were able to get in touch with me and
8  that I could provide her with documentation of
9  that.
10
11            DR. WEINFELD:  Why don't we ask a
12        question, this is reading through the
13        exhibits we all have.
14        Q      Did Dr. Varughese ever challenge
15  your authority as Chief Resident?
16        A      Yes.
17        Q      How?
18        A      Well, in that particular e-mail
19  she states that I was essentially not the Chief
20  Resident during period 2, when, in fact, I was,
21  I was just an off-site Chief Resident.
22        Q      Was this the only instance in
23  which she challenged your authority as Chief
24  Resident?
25        A      No.

1            LEENA VARUGHESE
2        Q      What did you do in each of those
3  instances?
4        A      I responded to her in my
5  capacity as Chief Resident and I made sure that
6  both Drs. Firpa and Dr. Lento and my co-Chief
7  Dr. Morency were aware of the issues.
8            DR. FIRPA:  I have no further
9        questions.
10            DR. WEINFELD:  Dr. Varughese.
11
12  CROSS-EXAMINATION BY DR. VARUGHESE:
13
14        Q      So, you were, in fact, not here
15  for the period 2?
16        A      I was not on-site, correct.
17        Q      So where were you?
18            Were you on an away elective?
19            DR. WEINFELD:  She said she was
20        away on an elective, so let's move on.
21        Q      Was your pager working the
22  entire time you were not here?
23        A      No, there were two weeks where
24  my short range pager -- I found out on my first
25  day of my rotation did not work, I sent out an

1              LEENA VARUGHESE
2  e-mail to all of the residents and the faculty
3  stating what my cell phone number was and where
4  they could reach me, and I made the Department
5  aware of it, and they sent me an overnight -- a
6  national-wide pager, but it took about a week
7  and a half to get to me, but through that time
8  I did send constant e-mails telling everybody
9  what my cell phone number was and that they
10 could reach me by phone.
11            Which several residents did do.
12      Q    So when was the policy
13 acknowledgment due, what date was it due?
14      A    I don't recall.
15      Q    When were we supposed to have
16 read everything, understood and submitted the
17 policy acknowledgment?
18      A    I don't recall.
19      Q    Well, okay, let's refer to
20 Exhibit 17 by the Department.
21            DR. WEINFELD:  Tell us what
22 policy you want us to refer to, please.
23            DR. VARUGHESE:  So Exhibit 17
24 Page 1, it shows the acknowledgment of
25 Department policies and I have signed it

1              LEENA VARUGHESE
2  and dated it as of 8/15/2011 that's when
3  it was due.
4         So, yes, when Dr. Jordan first
5  e-mailed me about covering I had, of
6  course, just been on vacation, came back,
7  I had responsibilities on other rotations,
8  I am managing all those.
9         No, I did not get to read through
10 approximately how many pages, 7 new pages
11 of Department policy at that point.
12         DR. WEINFELD:  Can I ask a
13 question, what's the policy on
14 acknowledgment of Department policy?
15         Is this something that residents
16 sign when they first -- when they are PGY
17 2, 1, this was signed three months ago, so
18 why was this signed three months ago and
19 not at the beginning of the residency?
20         DR. LEITER:  It's new policy.
21         DR. WEINFELD:  I'm not asking
22 you, I'm asking the Department.
23         DR. FIRPA:  There were policies
24 but they were not formalized policies in
25 place at the Department.

1              LEENA VARUGHESE
2         So as of July 1, one of the first
3  tasks were to formalize all this general
4  ideas into written documents.
5         It was scheduled then at a
6  residents and fellows meeting to present
7  them with the final draft as they were
8  consensuated among the established
9  policies in other comparable programs with
10 the United States.
11         DR. WEINFELD:  New policies in
12 the Department, is that it?
13         DR. FIRPA:  Many of them were
14 already in place, but this is the first
15 formal acknowledgment and incorporated
16 into the program description.
17         A meeting was held, the residents
18 voted, she was absent because she was on
19 vacation, but upon her return, the package
20 was in her mailbox and she was informed as
21 everybody was who was absent that this was
22 the consensus, and that they had to read
23 them and acknowledge receipt by signature.
24         The deadline for submitting the
25 signature was 8/15 and she waited until

1              LEENA VARUGHESE
2  the very last day to do that.
3         DR. WEINFELD:  Okay.
4         DR. BRONHEIM:  Dr. Varughese, you
5  are a PGY 4 resident, you have had Chief
6  Residents for many years, are you saying
7  that a Chief Resident tells you that you
8  have to be on call, that it's up to you
9  to decide whether or not it's
10 appropriate?
11         DR. VARUGHESE:  No, she had
12 e-mailed me the day before and she said
13 that, you know, one of the residents was
14 calling out sick and I needed to cover
15 for this resident for that morning.
16         I e-mailed her saying that I
17 couldn't because of my arm injury, and
18 because I knew I wouldn't be able to
19 because of my arm injuy I just wanted to
20 give her advance notice.
21         I didn't explain myself, I just
22 told her that I couldn't cover.
23         DR. WEINFELD:  When they asked
24 you for, well this is relevant to this,
25 when they asked for documentation of

LEENA VARUGHESE

1          LEENA VARUGHESE
2 that, how come you didn't provide that?
3      DR. VARUGHESE:  Well, because I
4 was actually at work on Friday, I had
5 the arm injury for several days, it
6 wasn't something that I just had, and it
7 was not something that I went to see a
8 doctor for.
9      It was, you know, so I don't have a
10 doctor's note for that, I actually came
11 into work despite all that.
12      DR. WEINFELD:  The question was
13 why didn't you provide documentation
14 knowing that that was what was required?
15      DR. VARUGHESE:  Well, I didn't
16 know I was required, actually, to
17 provide documentation.
18      THE WITNESS:  May I say
19 something?
20      DR. WEINFELD:  Sure.
21      THE WITNESS:  Actually I realize
22 that we are physicians and we don't
23 always seek a doctor's appointment
24 whenever we hurt ourselves, so actually
25 whenever I e-mailed Dr. Varughese to ask

1          LEENA VARUGHESE
2 her for proof of her illness one of my
3 options I even gave her was to just
4 write a letter herself stating what her
5 injuries were and to turn that in and I
6 would accept that as proof.
7      I trust her as a --
8      DR. VARUGHESE:  Well, okay.
9      DR. WEINFELD:  Were you finished?
10 Do you want to finish your thought?
11      THE WITNESS:  I was just going to
12 say I was going to accept that as
13 documentation of her injury, but to the
14 best of my knowledge she didn't turn
15 that in either.
16      So I wasn't requiring specifically
17 a physician's note.
18      DR. VARUGHESE:  I mean I want to
19 refer to the exhibit that relays all
20 these e-mails from I'm not sure which
21 one that was, was it 7 or 9?
22      DR. WEINFELD:  Which e-mail are
23 you referring to?
24      DR. VARUGHESE:  I think it was
25 Exhibit 7.

1          LEENA VARUGHESE
2      DR. BRONHEIM:  From the
3 Department?
4      DR. VARUGHESE:  From the
5 Department.
6      DR. WEINFELD:  What's your
7 question?
8      DR. VARUGHESE:  Department
9 Exhibit 8 -- not Exhibit 8.
10      Anyway, I do explain my injury to
11 some extent in an e-mail to Dr. Jordan on
12 August 5th when she asked me to cover.
13      So, in fact, I did explain to her
14 already, I mean beyond that, I --
15      DR. WEINFELD:  Tell us the e-mail
16 you are referring to that you explain
17 that.
18      DR. ROCCO:  Exhibit 6.
19      DR. MARIN:  Department Exhibit 6.
20      DR. ROCCO:  I think that's what
21 she's trying to find.
22      DR. WEINFELD:  Looks like second
23 page of Exhibit 6, middle of the page,
24 Department Exhibit 6..
25      DR. VARUGHESE:  So, here I just

1          LEENA VARUGHESE
2 say that I don't have -- if I didn't
3 have a wrist, hand injury I would be
4 happy to oblige.
5      DR. MARIN:  That doesn't
6 constitute an explanation.
7      What she's talking about is just
8 explaining what happened to your hand why
9 you were injured and what the nature of
10 the problem is.
11      DR. ROCCO:  Can you explain why a
12 wrist and hand injury would prohibit you
13 from taking part in this rotation or the
14 coverage for the day in frozen?
15      DR. VARUGHESE:  So frozen section
16 basically involves me cutting, making
17 slides to be read, so if -- and handling
18 specimens, I have to cut the specimens,
19 then processing specimens, and then
20 label and everything, so that requires
21 some dexterity, so I just didn't feel
22 that, you know, I could do that.
23      DR. MARIN:  Can you explain to us
24 what you -- it sounds like you were able
25 to go into work that day, what you were

36 (Pages 138 to 141)

LEENA VARUGHESE

1
2 able to do, what rotation you felt like
3 you were physically able to do.
4        DR. VARUGHESE:  In genetics it's
5 not a manually, it doesn't require
6 manual labor, so I did go to that
7 rotation.
8        DR. WEINFELD:  Okay, let's move
9 on.
10        Any other questions for Dr. Jordan?
11    **Q     So you said that I have not**
12 **responded to the e-mails from the Chief**
13 **Residents in the past.**
14    A    Yes.
15    **Q     But, in fact, I have and I**
16 **requested a meeting, I was at the VA for**
17 **several weeks, the first two weeks I was in**
18 **cytogenetics and the second two weeks of period**
19 **two I was at the VA, so there was a request for**
20 **a meeting and I suggested perhaps everyone can**
21 **come there because, you know, and have this**
22 **meeting and have Dr. Jordan on the phone, but**
23 **that was -- I never got a response to that.**
24        DR. WEINFELD:  So what you are
25        saying, how many residents were at the

LEENA VARUGHESE

1
2 VA, you?
3        DR. VARUGHESE:  It was me, yes.
4        DR. WEINFELD:  How many residents
5 were here?
6        DR. VARUGHESE:  There were --
7        DR. WEINFELD:  20?
8        DR. VARUGHESE:  I'm not sure.
9        DR. WEINFELD:  So 20 residents
10 should go to accommodate one resident.
11 That doesn't make sense.
12        DR. VARUGHESE:  Not 20 residents,
13 the Chief Resident, because they
14 wanted --
15        DR. WEINFELD:  Ask your question,
16 I'm sorry.
17        DR. VARUGHESE:  So I never got a
18 response to that.
19    A    I believe that you did,
20 actually, but Dr. Morency would have to speak
21 to that because she was the one who was
22 contacting you.
23        But to the best of my knowledge
24 from what I remember on my e-mails she did
25 respond to you and after that, but again, that

LEENA VARUGHESE

1
2 was not communication with me.
3    **Q     One more thing, why did you**
4 **state that I was not presenting?**
5        **I mean why did you state that I**
6 **would not come into work?**
7    A    I'm sorry.
8        DR. WEINFELD:  What date are you
9 talking about?
10        DR. VARUGHESE:  On Wednesday,
11 that would be the 13th.
12        DR. WEINFELD:  September 13th?
13        DR. VARUGHESE:  Yes.
14    A    Because your e-mail to me stated
15 that you weren't feeling well and couldn't
16 present the next day, and I assumed that meant
17 that you were calling out sick, which you, in
18 fact, did do.
19    **Q     Yes, because -- because of the**
20 **hostility that I am receiving every time there**
21 **is any issue that comes up.**
22        **What happens is Dr. Jordan sends**
23 **me these -- this particular e-mail where she is**
24 **asking telling me that I'm not going to be**
25 **coming into work, she addresses Dr. Carter, she**

LEENA VARUGHESE

1
2 **calls out sick for me on my behalf, how rude**
3 **and obnoxious is that?**
4        DR. WEINFELD:  Let's ask a
5 question.
6    **Q     Do you think you're warranted to**
7 **call out for me?**
8    A    Like I said --
9    **Q     To make a statement for me on my**
10 **behalf, as the Chief Resident?**
11    A    Like I said, I interpreted your
12 e-mail that you were calling out sick.
13        I did speak with somebody else
14 who was cc'd on that e-mail who also
15 interpreted that you were calling out sick, but
16 once you said that you didn't, my point one in
17 my ten point e-mail back to you was I
18 apologized for assuming you were calling out
19 sick.
20        That's the first thing I put in
21 that lengthy e-mail, so if that was my mistake,
22 I apologize, I assumed that's what you were
23 doing.
24    **Q     I feel like there have been a**
25 **lot of assumptions that you make for other**

37 (Pages 142 to 145)

**LEENA VARUGHESE**

1    **LEENA VARUGHESE**
2    **people when, in fact, it goes beyond your Chief**
3    **Resident responsibility.**
4         A    If you can provide me with
5    evidence of that, I would respond.
6         DR. MARIN:  Dr. Varughese, can I
7    ask you a question, if you did want to
8    call out sick, what would you do?
9         DR. VARUGHESE:  I would send an
10   e-mail out to the Chief Residents.
11        DR. LEITER:  So why didn't you
12   present?  I'm unclear.
13        DR. VARUGHESE:  I didn't present
14   because I wanted to do a presentation on
15   gross pathology and some other -- and
16   sections to submit and I think it's
17   really relevant and I thought I would do
18   that presentation and that would be
19   adequate.
20        DR. WEINFELD:  On your September
21   13th e-mail this is?
22        DR. VARUGHESE:  They wanted me to
23   do a different presentation.
24        DR. WEINFELD:  This says I don't
25   feel well, I won't be able to present

1         LEENA VARUGHESE
2    tomorrow.
3         What expectation would we have
4    other than you wouldn't be at work because
5    if you going to work but you wouldn't be
6    well enough to present, I don't really
7    understand that.
8         DR. VARUGHESE:  Well, actually I
9    wasn't feeling well that day and I
10   wanted to make a presentation that was
11   about gross pathology and submitting the
12   appropriate sections.
13        When that wasn't to be, I had to
14   make a new presentation which I couldn't
15   do and the topics they actually gave me
16   which is not -- I don't know if it's
17   listed in any of these exhibits, in fact
18   they are in excess of what was presented
19   and discussed that particular period.
20        DR. WEINFELD:  What other
21   conclusion would a person come to by you
22   saying I don't feel well, I won't be
23   able to present the lecture I'm supposed
24   to present?
25        DR. VARUGHESE:  A it's arbitrary

1         LEENA VARUGHESE
2    and capricious what they say to me on
3    any given day.
4         I do not know where I stand or what
5    I'm supposed to do and to what degree I
6    can do my job without having to deal with
7    this kind of issue on any given basis or
8    any given day.
9         DR. WEINFELD:  Okay, let's go for
10   another question, any other questions
11   you have for Dr. Jordan?
12   Q    Yes, I do.
13        So, I would like you to look at
14   Exhibit 34, my Exhibit 35.
15        DR. WEINFELD:  Of your exhibits?
16        DR. VARUGHESE:  Of my exhibits.
17        DR. WEINFELD:  What's your
18   question?  We are there.
19   Q    So, it says I have missed
20   certain presentations here and I would like you
21   to refer to Exhibit 44.
22        DR. WEINFELD:  Wait, we are on
23   35?
24        DR. VARUGHESE:  On Page 2?
25        THE WITNESS:  Sorry, which

1         LEENA VARUGHESE
2    exhibit are we on?
3         DR. WEINFELD:  The big book, 35
4    Page 2.
5    Q    Page 1 is basically me
6    responding to an e-mail from Dr. Jordan about
7    what the topic is going to be for the
8    presentation, because she was interested in
9    knowing, so I sent her e-mails just saying that
10   it's going to be what it's going to be.
11        Then on -- then following that
12   she said that's not an appropriate lecture
13   topic?
14        DR. WEINFELD:  Right.
15        DR. VARUGHESE:  And she lists
16   several appropriate lecture topics that
17   I can present from.
18        These include cytology.
19        DR. LEITER:  We can read it,
20   what's the question?
21   Q    So basically if you were to
22   refer to Exhibit 44 for a period and this is
23   all the different conferences that were
24   supposedly presented in period 2, you will note
25   that there is actually a -- she has placed a

1           **LEENA VARUGHESE**
2    lecture?
3           DR. BRONHEIM:  What page?
4           DR. VARUGHESE:  So there were
5    four cytology lectures that were given
6    that month, so one of the cytology
7    lectures, these are all Wednesday
8    mornings, so one of them included GYN,
9    reactive changes/infections.
10          DR. WEINFELD:  So what are you
11   saying, it's not clear?
12          DR. VARUGHESE:  Basically what
13   I'm saying is that she has arbitrarily
14   placed a lecture that wasn't presented
15   that month as something that I should
16   present for a follow-up -- for a
17   conference that I need to make up
18   because I didn't attend the required
19   conference.
20          DR. MARIN:  So I don't see what
21   was arbitrary.
22          I can understand you may not have
23   wanted to do the topic there and that's up
24   for discussion, but you haven't given us
25   any information that says it's an

1           LEENA VARUGHESE
2    arbitrary decision to ask you to present
3    on one topic versus the other, that seems
4    to be within the domain of a Chief
5    Resident.
6
7           DR. VARUGHESE:  So the normal --
8    she basically said normal -- okay, so I
9    understand, but this is according to the
10   departmental policy, it is stated that
11   when we do have to make up a conference
12   for missing these conferences that are
13   mandatory, you basically had to present
14   from one of those that you missed, not
15   necessarily something they decide on,
16   that's departmental policy, so I think
17   there is a lot of confusion regarding
18   this new policies that have been
19   instituted.
20          DR. LEITER:  Why didn't you just
21   choose a topic and e-mail?
22          DR. VARUGHESE:  I did choose a
23   topic and present, but they said it
24   wasn't appropriate.
25          DR. BRONHEIM:  They are also

1           LEENA VARUGHESE
2    saying I'm sorry that you have to create
3    another presentation, but this is why
4    Dr. Morency and I asked you several
5    weeks ago for your topic.
6           Why didn't you provide your topic
7    at least a week in advance?
8           That's in your 35, Page 2.
9           DR. VARUGHESE:  Yes, I understand
10   what you are saying, so here is the --
11   so for period 2 there were two Chief
12   Residents we have on, so one Chief
13   resident wasn't there for two weeks the
14   first two weeks.
15          That's when I was on cytogenetics,
16   then for the following two weeks that
17   other Chief Resident was on-site and this
18   Chief Resident was away for the entire
19   month.
20          I did attend a lot of these
21   conferences.
22          DR. WEINFELD:  You attended
23   conferences that you were marked absent
24   for, is that what you are saying?
25          DR. VARUGHESE:  I have a

1           LEENA VARUGHESE
2    suspicion that may be true, because I
3    actually was -- I did go to these
4    conferences and I also had a discussion
5    with Dr. Firpa regarding me attending
6    conferences that are educational to me
7    when I was at a different institution,
8    and he said it was okay, I had to make a
9    note of that, I am actually going to
10   these conferences and that would be
11   adequate or appropriate.
12          DR. WEINFELD:  Okay, so let's ask
13   a question then.
14          DR. MARIN:  Are there any other
15   questions for this witness?
16          THE WITNESS:  I'm sorry I am
17   bouncing around.
18          DR. MARIN:  This is for you, is
19   there anything else you would like to
20   ask her?
21          DR. VARUGHESE:  I want to make
22   myself clear.
23          DR. MARIN:  It's questions for
24   the witness.
25          DR. VARUGHESE:  No.

39 (Pages 150 to 153)

LEENA VARUGHESE

1 I just want to make the last
2 statement clear, I did attend a lot of the
3 conferences I'm not sure if the attendance
4 list was done appropriately.
5 DR. LEITER: Isn't there
6 documentation?
7 THE WITNESS: Yes, there is, the
8 attendance sheet was every day that
9 there was no chief on-site and we know
10 this because everybody else signed in.
11 It's common knowledge in our
12 Department and our residency program that
13 there is a sign in sheet out there every
14 morning you have to sign in to get credit
15 for the conference.
16 DR. WEINFELD: Is there a reason
17 why you wouldn't sign a sheet?
18 DR. VARUGHESE: If I didn't see
19 the sign in sheet immediately.
20 DR. LEITER: You knew there were
21 penalties if you didn't sign in.
22 DR. VARUGHESE: The policy only
23 went into effect as the 15th.
24 DR. WEINFELD: Everyone signed

LEENA VARUGHESE

1 the sign in sheet but you didn't?
2 DR. VARUGHESE: Two weeks, August
3 29th, on the first day of period 3 they
4 want to tell me that I have to present.
5 DR. WEINFELD: Any other
6 questions for this witness?
7 DR. VARUGHESE: It seems --
8 DR. WEINFELD: The witness is
9 excused, thank you.
10 MR. MacDONALD: Can we go off the
11 record.
12 (Discussion off the record.)
13
14 ELIZABETH   M O R E N C Y,   called
15 as a witness, having been first duly sworn
16 by the Notary Public, was examined and
17 testified as follows:
18
19 DR. WEINFELD: Can we go back on
20 the record.
21
22 DIRECT EXAMINATION BY DR. FIRPA:
23
24 Q    Dr. Morency, who is your

LEENA VARUGHESE

1 employer?
2 A    Mount Sinai Medical Center.
3 Q    What is your title?
4 A    Fourth year resident, Chief
5 Resident.
6 Q    What are your job duties?
7 A    As a resident or as a Chief
8 Resident.
9 Q    As a Chief Resident.
10 A    As a Chief Resident to organize
11 the schedules, to help orient new and incoming
12 residents, to serve as a liaison between
13 administration faculty and staff and residents,
14 that's basically it.
15 Q    Was there ever a time when Dr.
16 Varughese failed to meet the 80 percent
17 requirements of attendance to core conferences?
18 A    Yes.
19 Q    Do you recall what that was?
20 A    Period 2.
21 Q    Do you remember what happened?
22 A    Yes, I sent an e-mail out Monday
23 August 29 informing her of that fact we
24 scheduled her for a date to give a make up

LEENA VARUGHESE

1 presentation per our conference attendance
2 policy, and she initially failed to respond,
3 she subsequently did acknowledge the fact that
4 she was scheduled to present on that date, and
5 then called out sick, so then we reschedule her
6 for the next day.
7 So the initial date was the 14th
8 she called out sick, so we scheduled her for
9 the 15th, she called out sick again.
10 So then, she did show up that
11 Thursday, whatever that Thursday was, came in
12 but then left without making a presentation so
13 she never ended up making a question.
14 DR. MARIN: Is this common to
15 call out sick that frequently in
16 pathology residency, is this different,
17 is that an acceptable event?
18 THE WITNESS: Given the
19 circumstances she was supposed to make a
20 presentation, I just think its kind of
21 strange.
22 DR. MARIN: People call out sick
23 frequently as residents?
24 THE WITNESS: Sure, not -- it

LEENA VARUGHESE

1
2  depends, if you are sick you call out,
3  it's variable.
4      DR. MARIN:  Thank you.
5      **Q      Did she ever provide, did you**
6  **ever ask her for proof of illness since her**
7  **absences precluded her from fulfilling a task?**
8      A      No, because the policy is you
9  have to miss three consecutive days and she
10 only missed two, so I didn't ask her.
11     **Q      Would you look at Exhibit 10 in**
12 **that book, Department's Exhibit 10, and briefly**
13 **describe what they represent?**
14     A      So this is just a series of
15 e-mails back and forth initially starting
16 explaining when she needs to come in and give
17 her make up presentation, then she responded
18 that she was going to be out sick, so then we
19 wanted to reschedule her, but then she started
20 to question as to why she had to give the
21 presentation?
22     Were there other residents
23 required to give presentations?
24     Why on that particular Wednesday
25 she was scheduled, because we normally have our

LEENA VARUGHESE

1
2  weekly cytology lectures, so it was just kind
3  of a back and forth, back and forth trying to
4  establish a date when she was going to come.
5      DR. WEINFELD:  Can I interrupt a
6      second, is there some new information we
7      are going to get from this witness?
8      DR. FIRPA:  This is it, this is
9      the end for our questioning.
10     DR. WEINFELD:  Great.
11     DR. VARUGHESE:  I have a few
12     questions.
13
14 CROSS-EXAMINATION BY DR. VARUGHESE:
15
16     **Q      There was a fellow scheduled to**
17 **present on Thursday?**
18     A      Yeah, for a 30 minute period so
19 there are two 30 minute spots on Thursday
20 available.
21     **Q      Who were the two fellows**
22 **supposed to present on Thursday?**
23     A      It was just one, Dr. Klapper.
24     **Q      Well, as of that week when we**
25 **were sent out the weekly conference list, the**

LEENA VARUGHESE

1
2  **fellow was on the list, right, as scheduled to**
3  **present on Thursday?**
4      DR. WEINFELD:  Were you supposed
5      to present that day, Dr. Varughese?
6      DR. VARUGHESE:  No, not on
7      Thursday.  I was supposed to present on
8      Wednesday.
9      DR. WEINFELD:  The day you walked
10     out and left, can you explain that?
11     DR. VARUGHESE:  Do you -- I was
12     asking a question, can we --
13     DR. WEINFELD:  I know, but I am
14     trying to get to the root of the
15     question here.
16     You can ask your question in a
17     second, but do you have an explanation for
18     leaving a conference that you were
19     supposed to present at without
20     explanation?
21     DR. VARUGHESE:  Well, I never
22     agreed to present on Thursday, September
23     14th.
24     DR. WEINFELD:  So you are saying
25     you weren't supposed to present that

LEENA VARUGHESE

1
2  day?
3      DR. VARUGHESE:  I never agreed to
4      it.
5      DR. WEINFELD:  I don't know what
6      that means.
7      DR. LEITER:  Were you prepared to
8      present?
9      DR. VARUGHESE:  No, I was sent an
10     e-mail very late on September 13th, was
11     it, saying I have to present because
12     somebody canceled.
13     THE WITNESS:  No, that's not how
14     it worked.
15     DR. MARIN:  Were you prepared to
16     present on the 13th, the day you were
17     originally scheduled?
18     DR. VARUGHESE:  I was able to
19     present what I was prepared to present
20     on the 13th, but not the lecture topics
21     that was mentioned in Dr. Jordan's
22     e-mail that we had heard before.
23     They didn't want me to present that
24     and I wasn't about to make up a new
25     presentation as I was taking a sick day

LEENA VARUGHESE

1
2  and I wasn't going to work.
3       If I were at work I would have
4  worked on both Tuesday and Wednesday.
5       DR. WEINFELD:  Ask your question,
6  I'm sorry.
7  Q    So Thursday there were two
8  fellows who were --
9  A    One fellow.
10  Q    One fellow, but as of the week,
11  beginning of the week the two fellows were both
12  on the list as being able to present that week?
13  A    One fellow, Dr. Klapper only.
14  Q    Well, there was a different
15  fellow when you sent out the conference list.
16       DR. MARIN:  She already told you
17  there was one fellow scheduled.
18       She answered your question, you
19  can't keep asking her the same question.
20       DR. VARUGHESE:  Here is the
21  thing, I want you to look at Exhibit --
22  so I want you to look at Exhibit --
23  that's Exhibit 45 in my exhibits.
24       DR. WEINFELD:  This is Dr.
25  Varughese' Exhibit 45.

LEENA VARUGHESE

1
2  Q    So here is a list of presenters
3  for the year that's listed here from the
4  Department of Pathology.
5       So if you look at the date that
6  I was supposed to present which was 9 -- well
7  newly assigned to present I believe it is
8  9/15/11, this is Akozi and Klapper.
9  A    Yes.
10  Q    So when did they cancel, when
11  did doctor?
12  A    Dr. Akozi I honestly don't know
13  but we knew as of Wednesday when we sent you
14  the e-mail you were to present Thursday it was
15  only going to be one fellow presenting that
16  day.
17  Q    Okay, well actually I had also
18  gotten an e-mail that earlier that week saying
19  the people presenting on Thursday was
20  Dr. Guarino, I believe and Dr. Klapper was it?
21  A    I don't remember the exact.
22       DR. WEINFELD:  Do you have a copy
23  of that e-mail?
24       DR. VARUGHESE:  I do not have it
25  in that particular exhibit list, I would

LEENA VARUGHESE

1
2  like to add it at a later date.
3       DR. WEINFELD:  So 47 exhibits, we
4  don't have that.
5       DR. VARUGHESE:  Here is a list
6  that says who is supposed to present as
7  of Wednesday, one person is not
8  presenting and up until then there were
9  two people presenting that date the
10  person canceled last minute and I
11  believe that was Dr. Guarino who
12  canceled the presentation that he was
13  supposed to make at the last minute.
14       And I was told I can present
15  because he canceled and this is on
16  Wednesday.
17       And that's my sick day.
18  Q    So, anyway my other question for
19  you is that you were on vacation for the first
20  two weeks, right?
21  A    Of when?
22  Q    Of period 2.
23  A    Yes.
24  Q    So, basically you were on
25  vacation and Dr. Jordan was not here for period

LEENA VARUGHESE

1
2  2?
3  A    Yes.
4  Q    And her e-mail, I'm sorry, her
5  pager was not working?
6  A    She had a national pager.
7  Q    Right, eventually.
8       So, basically we had no Chief
9  Residents on-site for --
10  A    Two weeks, she wasn't on-site
11  but she was the covering resident we had
12  Jonathan Chow in charge of conference
13  attendance making sure that he kept track of
14  the sheet so everything was covered.
15  Q    Okay, great.
16       So, what are the other Chief
17  Resident responsibilities that you spoke of
18  earlier?
19       DR. WEINFELD:  Why don't we
20  specifically ask what you're going to
21  ask, we covered this.
22  Q    Basically does Chief Resident
23  have supervisory roles?
24  A    In a broad overarching sense,
25  yes.

LEENA VARUGHESE

1
2     Q     But not in the sense that if a
3  resident is sick or not able to perform their
4  duty they are going to cover or help them, or
5  any given day?
6     A     They either help to organize
7  coverage or they cover if they can't find
8  people and I have covered people who called out
9  sick, if necessary.
10    Q     Let's say for the first two
11 weeks there are residents, it's the first year
12 residents are on service, who is helping them
13 manage?
14    A     The other senior residents.
15    Q     Not a Chief Resident?
16    A     No, because no one is there.
17         DR. LEITER:  What's the point of
18    the question?
19         DR. VARUGHESE:  I am just saying
20    they say that they are delegating
21    responsibilities and acting in
22    supervisory positions over the
23    residents, but then here we are, there
24    is nobody present.
25         DR. ROCCO:  What does that have

LEENA VARUGHESE

1
2  to do with you?
3         DR. VARUGHESE:  It just has to do
4    with the fact that we don't have a
5    resident who should be supervising or
6    on-site, acknowledgment of the policies
7    were not due until the 15th and here we
8    have somebody who is e-mailing saying
9    that these are the new policies, I
10   cannot even speak to her, she's not
11   there, her pager is not working.
12        I don't know, it just seems just
13   to --
14        DR. BRONHEIM:  Can we safe this
15   for your own presentation, because it's
16   not really a question,.
17        DR. WEINFELD:  You will have a
18   chance to make whatever comments you
19   want to make about anything so we can
20   get through the witnesses and then go
21   forward.
22    Q     So one final question, I mean
23 this is just going to go back to the fellow who
24 was to present on the 15th who didn't present
25 on the 15th.

LEENA VARUGHESE

1
2     So you don't know when he
3  decided that he couldn't present on the 15th?
4     A     I don't.
5     Q     Do you know if he was at the
6  conference that day?
7     A     No, I was at the Dean's office.
8  I wasn't there.
9         DR. VARUGHESE:  Thank you.
10        DR. WEINFELD:  Any further
11   questions?
12        Thank you.
13
14 P A T      L E N T O,     called as a witness,
15        having been first duly sworn by the Notary
16        Public, was examined and testified as
17        follows:
18
19 DIRECT EXAMINATION BY DR. FIRPA:
20
21    Q     Dr. Lento, would you state your
22 employer?
23    A     Mount Sinai Medical Center.
24    Q     And your title?
25    A     Excuse me?

LEENA VARUGHESE

1
2     Q     Your job title?
3     A     I am currently residency program
4  director, autopsy director and cardiovascular
5  pathologist.
6     Q     What are your job duties as
7  program director of pathology residency?
8     A     Oversee the program with regard
9  to the education of residents in all four years
10 of the pathology program.
11    Q     For how long and have you known
12 Dr. Varughese?
13    A     Since she was a PGY 1 resident.
14    Q     Could you describe to us your
15 relationship with her?
16    A     Well, she's a resident in the
17 program, so I have had the opportunity to deal
18 with her directly with regard to patient
19 specimens, autopsies, surgical specimens, and
20 in addition as program director with regard to
21 more recently disciplinary actions, et cetera.
22    Q     What is the nature of her
23 response to you, to your pages, to calls and to
24 efforts to contact and requesting actions
25 related to her performance?

43 (Pages 166 to 169)

**LEENA VARUGHESE**

1
2     A     Well, one of the difficulties
3  that I have had with Leena is she virtually
4  never responded to my pages and infrequently
5  responded to my e-mails.
6           DR. BRONHEIM:  Over what period
7     of time?
8           THE WITNESS:  In general, I would
9     say that one of the problems that I have
10    had with, personally with Leena is that
11    she hasn't responded to pages over a
12    number of years.
13          DR. MARIN:  This is not a new
14    problem it's something that's been
15    present for --
16          THE WITNESS:  No, it's not a new
17    problem at all.
18    **Q     Have in any way, shape or form**
19 **this affected her capacity to perform in**
20 **regards to the other residents and her duties**
21 **as part of the rotations to which she is**
22 **assigned?**
23    A     In terms of anything
24 specifically?
25    **Q     Yes.**

**LEENA VARUGHESE**

1
2     A     With regard to her pages.
3     **Q     Your inability to establish**
4  **contact with her, has it affected in any way**
5  **the quality of the service and the performance**
6  **of the other resident's service?**
7     A     I understand.
8           Well, in particular with regard
9  to an incident with regard to coverage when we
10 had the resident who was out, I tried to reach
11 Leena by paging her and was unsuccessful, but
12 this occurred after others had truly tried to
13 reach her for this same coverage issue.
14    **Q     Could you refer to the issue of**
15 **coverage requested of her on August 12th?**
16    A     Is that the incident on a
17 Friday?
18    **Q     The one regarding coverage for**
19 **the surgical pathology service due to the**
20 **illness of one of the residents.**
21    A     If I remember correctly this was
22 while Leena was on cytogenetics?
23    **Q     Correct.**
24    A     Leena was expected to cover the
25 surgical pathology based on the policy that the

LEENA VARUGHESE

1
2  Department had developed.
3           She was first in line from that
4  standpoint and the Chief Residents were unable
5  to reach her.
6           They let me know they were not
7  able to reach her, so I did try to reach out to
8  her myself.
9           I believe initially I tried to
10 send her an e-mail, but she did not respond, I
11 did try to Page her, but I did not receive a
12 response.
13          Subsequently I contacted her
14 directly at the rotation that she was on which
15 was the cytogenetics rotation, and I don't
16 believe she responded to my initial page, so I
17 spoke directly to the site director Dr. Najfeld
18 and let her know I needed to speak directly to
19 Leena.
20          And at that point I was able to
21 speak to Leena, she put her on the phone, I
22 explained to Leena the situation about the need
23 for her to cover.
24          She was resistent at first, I
25 explained to her that this was her job, her

LEENA VARUGHESE

1
2  duty, she was required to do it based on our
3  policy.
4           It was a fair policy and that
5  she then would need to cover the service that
6  day.
7           I think this was in the morning
8  probably around 10:00 or so, she did tell me at
9  that time that she would cover.
10          I indicated to her that she
11 needed to let the Chief Residents know that she
12 was going to be covering, that they were
13 overseeing the process and that I was only
14 serving, essentially, as an intermediary to get
15 this actually covered.
16          And I left it at that.
17          She did cover, she did go to
18 cover, I think it was frozen sections actually
19 that afternoon, but she did not contact the
20 Chief Residents and let them know that she
21 would be doing it.
22    **Q     Okay.**
23          **What was your involvement in her**
24 **persistent request to change her electives in**
25 **gastrointestinal pathology and switch to dermal**

**LEENA VARUGHESE**

1   pathology?
2   A    So that was in regard to this
3   year's schedule.
4   Q    Yes, sir.
5   A    Leena had been assigned to GI in
6   I believe it's October, and she had requested a
7   change, this was a rotation actually that she
8   had originally requested, so we offered to the
9   residents certain opportunities, I will call
10  them electives, this was one that Leena had
11  opted to choose on her own.
12          These selections are made to the
13  Chief Residents in advance of the schedule
14  being made, the schedule is then made and
15  residents have an opportunity in advance of the
16  schedule to come out to potentially make
17  alteration or question certain things, et
18  cetera.
19          That wasn't done initially, it
20  was only subsequent to the schedule coming out,
21  at which point the residents, including Leena,
22  were aware that we were not going to make
23  schedule changes unless there was a very
24  significant reason to do so.

LEENA VARUGHESE

1   Q    Would you explain the
2   circumstances under which a resident is allowed
3   to change an elective?
4   A    Well, I guess if there is a
5   death in the family or an illness, if there is
6   extenuating circumstances that might require a
7   resident to have a schedule change.
8   Q    How frequently are requests to
9   change electives made by a resident honored?
10  A    I don't have a statistic on how
11  frequently they are.
12  Q    In your opinion.
13  A    Infrequently.
14  Q    Why are they he so infrequent?
15  A    Well, because any one particular
16  person's schedule can affect other people's
17  schedules.
18          So, it has, in a sense, a ripple
19  effect on things that can happen throughout the
20  scheduling.
21          You can't simply take one
22  resident off a particular rotation without
23  having someone fill in that particular
24  rotation.

LEENA VARUGHESE

1   Q    Did Dr. Varughese provide a
2   reason for her insistence to be allowed to
3   proceed with this change?
4   A    I believe she was interested in
5   switching with dermopath, I don't recall a
6   specific reason why she wanted to switch to
7   dermopath.
8   Q    Was her request granted,
9   discussed, approved?
10  A    It was denied.
11  Q    Why was it denied?
12  A    Because I didn't think that she
13  had an appropriate rationale for why she wanted
14  to change the rotation.
15  Q    Did you at any time communicate
16  with Dr. Norman Harpaz regarding her direct
17  request to change her elective after being told
18  it had been denied?
19  A    I don't remember speaking with
20  Norm directly after that.
21  Q    Had you had any communications
22  with him over this issue, e-mails or whatever?
23  A    I don't recall.
24  Q    Who is Dr. Harpaz?

**LEENA VARUGHESE**

1   A    He's the director of
2   gastrointestinal pathology.
3   Q    Would you refer to Exhibit 13 in
4   the small book, Department's Exhibit 13.
5          Would you briefly summarize what
6   they represent?
7   A    I'm looking at an e-mail that I
8   sent to Norm about the switch.
9          And at this bottom e-mail I
10  indicated that Leena had made a request, she
11  had not done GI in the past, but had already
12  done dermopath and in addition the Chief
13  Residents had spoken with Dr. Phelps who was
14  the director of dermatopathology.
15          He was gracious enough to
16  indicate that Leena was welcome to join him in
17  the sign-out early before the GI rotation, so
18  if she was interested in gaining additional
19  dermatopathology exposure she could do so
20  before the start of the GI rotation.
21  Q    Would you refer to the first
22  e-mail on that page, please?
23  A    The top e-mail?
24  Q    Yes -- the bottom.

LEENA VARUGHESE

1  **LEENA VARUGHESE**
2      A     The one that starts Dear Chiefs?
3      **Q     Yes.**
4      A     So this is an e-mail from Norman
5  Harpaz.
6          DR. WEINFELD:  What's the
7      question?
8      **Q     Does that refresh your memory**
9  **about this incident when she approached him**
10 **directly and led him to request to notify**
11 **everybody else about the procedure and**
12 **instructed her to proceed as she had been**
13 **repeatedly indicated to do?**
14     A     Right.  Well, apparently that's
15 obviously the e-mails, I don't recall directly
16 without the information in front of me.
17     **Q     Are you aware of the issues**
18 **related to her failure to meet the required 80**
19 **percent attendance to the core conferences?**
20     A     Yes, Leena and occasional other
21 residents have failed to meet the 80 percent
22 attendance requirement.
23         As a result, Leena was asked to
24 provide an educational lecture that would cover
25 some of the material that was missed during her

1          LEENA VARUGHESE
2  absences.
3          Based on the policy that we had
4  designed we had tried to set something up so
5  that even if the resident had been absent they
6  would still be able to make up the material
7  from an educational standpoint.
8      **Q     Were you aware of the events**
9  **that took place on September 15 during the**
10 **weekly residents pathology conference when she**
11 **was supposed to present after being absent for**
12 **two days because of illness?**
13     A     Is September 15th a Thursday?
14     **Q     Yes.**
15     A     So, Leena had been asked to
16 provide an educational lecture, again, to make
17 up for some of the material she had missed
18 during her absences.
19         I believe that the Thursday in
20 question that you raise was an alternate day.
21         Originally Leena was asked to
22 provide the lecture on another day, and I
23 believe that she did not present on the initial
24 date.
25         The subsequent date was the

1          LEENA VARUGHESE
2  Thursday morning conference.
3          Our Thursday morning conferences
4  essentially are grand rounds, residents present
5  every week or every other week various cases,
6  et cetera, so it was the perfect venue for
7  Leena to do something like provide this
8  educational conference.
9          On the particular day Leena was
10 well aware that she was expected to give a
11 conference on that day, I was present and Leena
12 came in about 15 or 20 minutes late while the
13 first person was giving their presentation.
14         She sat down right in front of
15 me, she didn't acknowledge anybody, she didn't
16 say hello.
17         She sat there for about 10
18 minutes and as the presenter was finishing up,
19 Leena just got up and left.
20         I was personally surprised
21 because I was under the expectation that she
22 was going to be giving a lecture but she
23 didn't.
24         I didn't know why she decided to
25 just leave.

1          LEENA VARUGHESE
2      **Q     Did you receive an e-mail from**
3  **Dr. Ara Blejwas regarding her conduct at that**
4  **conference?**
5      A     I may have.
6          I know we certainly talked about
7  it.
8      **Q     Would you refer to Exhibit 12,**
9  **Department's Exhibit 12.**
10     A     So he basically summarized the
11 situation, I think as I have already explained.
12     **Q     So would you say it was fair**
13 **that she must have been aware that she was**
14 **expected to present on that morning since so**
15 **many of you expected her presentation to take**
16 **place?**
17     A     Oh, I think there was no
18 question that she was aware.
19     **Q     Did you have any e-mail**
20 **communications with me regarding her conduct at**
21 **this conference?**
22     A     I don't recall, I may have.
23     **Q     Would you refer to Department**
24 **Exhibit 11.**
25     A     So, again, my e-mail basically

1           LEENA VARUGHESE
2 summarized what I've already described.
3       Q     Did you meet with Dr. Varughese
4 regarding the other residents' concern about
5 her conduct and behavior at any time?
6       A     During the academic year?
7       Q     In this last weeks leading to
8 September 15th.
9       A     No, I did not.
10           DR. FIRPA:  No further questions.
11           DR. WEINFELD:  Dr. Varughese.
12
13 CROSS-EXAMINATION BY DR. VARUGHESE:
14
15       Q     So, was there a fellow who was
16 supposed to present on Thursday morning?
17           Who were the fellows, who were
18 the two people that were supposed to present
19 that morning?
20       A     Oh, I don't recall, it's not
21 always two people, necessarily, sometimes it's
22 just one person, and I believe I could be
23 mistaken that there was an open slot, in other
24 words there was one person scheduled for that
25 day, and you were provided the second slot in

1           LEENA VARUGHESE
2 order to provide your educational lecture.
3       Q     So, you have said that I have
4 not responded to your pages.  Can you give me
5 an example, I mean you say that I didn't
6 respond to your pages when you wanted me to
7 cover on August 12th.
8       A     Right, yes; that's true, Leena.
9       Q     But is it possible that I didn't
10 get the page that day.
11           I mean I don't think I got that
12 page.
13       A     I find it hard to believe that
14 you wouldn't have received my pages.  You
15 haven't responded to other pages that I have
16 sent out to you in the past.
17           And you've taken the opportunity
18 not to respond to e-mails that I have sent out
19 to you.
20           Not all the time, but it's a
21 pattern, as far as I'm concerned.
22       Q     Well, how about this, how about
23 like we have been on call on weekends, on
24 autopsy call, I've never been on surgical
25 pathology call with you, but have I -- I have

1           LEENA VARUGHESE
2 always followed up with you regarding any
3 autopsy case, any given issues that come up,
4 have I not?
5       A     Well, if you are talking about
6 call in particular, in general the contact
7 would have been initiated by you contacting me
8 about a case on the weekend, which is a little
9 bit different than me trying to reach out to
10 you.
11       Q     Well, there are actually
12 instances where you have actually reached out
13 to me before.
14           DR. WEINFELD:  Is there a
15 question you want to ask him?
16       Q     I am saying there at least has
17 been one or several instances where you reached
18 out to me on a case that may or may not come in
19 because you are the director of autopsies here.
20       A     Um-hum.
21       Q     And I have responded to you
22 immediately, have I not?
23       A     I didn't say that you never
24 responded to my pages, but you have a habit of
25 not responding.

1           LEENA VARUGHESE
2       Q     I believe that's not true.
3           DR. BRONHEIM:  Maybe I can help.
4       Q     That's a misstatement that you
5 are making.
6           DR. BRONHEIM:  Maybe I can help.
7 Outside of call, what percent of e-mails
8 and pages do you think Dr. Varughese has
9 not responded to, rough estimate?
10           THE WITNESS:  Over the entire
11 residency?
12           DR. BRONHEIM:  Yeah.
13           THE WITNESS:  That's kind of a
14 hard one to estimate.
15           DR. MARIN:  Take the past year.
16           THE WITNESS:  Well, the past year
17 is potentially problematic, but I would
18 say that Leena has taken the opportunity
19 not just to not answer my pages, I can't
20 remember a single page of mine that
21 Leena has answered this year.
22           E-mails are haphazard.
23           DR. BRONHEIM:  Thank you.
24       Q     Do you have my pager?
25       A     On me?

1              LEENA VARUGHESE
2        DR. WEINFELD:  His number.
3     A    I have access.
4     **Q    Do you have access to my number?**
5     A    Of course, it's on my bulletin
6  board in my office.
7     **Q    So, you said that you denied**
8  **every request for the GI elective?**
9     A    Um-hum.
10    **Q    Were you the one who denied the**
11 **request or was it Dr. Firpa?  I'm confused?**
12    A    Well, we, Dr. Firpa and I.
13    **Q    Your title is you are the**
14 **program director.**
15    A    Yes.
16    **Q    And Dr. Firpa's title?**
17       DR. WEINFELD:  Let him answer the
18    question.
19    A    I am the program director, Dr.
20 Firpa is the educational director, starting
21 since July 1st, and Dr. Firpa and I
22 confirmed -- confer on a number of issues
23 regarding the residents as a whole.
24    **Q    So Dr. Firpa is director of**
25 **educational activities, Dr. Firpa is the**

1              LEENA VARUGHESE
2  **director of educational activities?**
3     A    Yes.
4     **Q    So I made the request to him on**
5  **August 2nd and then he subsequently informed**
6  **you at some point to deny my request or --**
7     A    We discussed the request, the
8  rationale potentially for having it.
9          And the decision was made that
10 we were going to deny it.
11    **Q    When was this decision made?**
12    A    I don't recall the specific day
13 in advance of the elective we made the decision
14 to deny the switch.
15    **Q    I would like --**
16    A    And that was obviously
17 communicated to you.
18          But you knew in advance that we
19 were basically not going to permit switches
20 once the year had begun unless there was
21 significant extenuating circumstances.
22          In this particular situation,
23 you had requested the GI elective, and then
24 wanted to switch it to something else.
25    **Q    Actually I would like to refer**

1           **LEENA VARUGHESE**
2  **to exhibit from me Exhibit number 19.**
3        DR. WEINFELD:  We are there, go
4     ahead.
5     **Q    So that basically shows a list**
6  **of elective rotation requests for me for the**
7  **entire following year, GI is in fact there, but**
8  **there are also other rotations that I was**
9  **interested I was not --**
10       DR. WEINFELD:  So what's the
11    question?
12    **Q    If the point is that because I**
13 **requested GI I was given that and not given**
14 **maybe like an elective pathology in bone and**
15 **soft tissue.**
16       DR. WEINFELD:  So what's the
17    question?
18       DR. VARUGHESE:  I had made other
19    requests that wasn't granted.
20       DR. WEINFELD:  I am still waiting
21    for a question.
22       DR. VARUGHESE:  I would also like
23    you to refer to a different exhibit.
24       MR. McEVOY:  Can I ask a
25    question, I'm not sure what this exhibit

1           LEENA VARUGHESE
2  is, 19, I mean is this something that
3  Dr. Varughese created for this hearing,
4  is it some official --
5        DR. WEINFELD:  Could you tell us
6  what it is?
7        Go ahead, tell us what this is.
8        DR. VARUGHESE:  This is actually
9  a form that's given to every resident in
10 the program that's already there, and
11 you get to list what you would like to
12 take next year.
13       You can say you want to take GI
14 elective, elective of the month, you can
15 can say I want to do hemopath several
16 months, maybe, whatever.
17       DR. WEINFELD:  So what's the
18 question relating to this?
19       DR. VARUGHESE:  It's just that I
20 had requested -- I just want to note
21 that I had requested other electives
22 other than GI.
23       DR. WEINFELD:  You will have an
24 opportunity.
25       DR. MARIN:  Thank you.

LEENA VARUGHESE
1      LEENA VARUGHESE
2      DR. VARUGHESE:  Okay, next.
3      **Q      The next exhibit I would like**
4  **you to look at it is --**
5      DR. MARIN:  Do you need the
6  witness any more?
7      DR. VARUGHESE:  I do, actually.
8      DR. MARIN:  Can you direct the
9  questions to him and then come to your
10  exhibits.
11      DR. VARUGHESE:  Yes.
12      **Q      Dr. Lento, do you recall**
13  **e-mailing me that you had ended academic**
14  **advisement?**
15      **Period of academic advisement**
16  **has ended?**
17      A      Yes, I e-mailed you that the
18  period of the advisement had ended, that's
19  correct, and I wanted to meet with you to
20  discuss it, that's correct.
21      I think you misinterpreted it.
22      **Q      But according to the academic**
23  **advisement, which is exhibit -- it's in the**
24  **Department's Exhibit list.**
25      DR. WEINFELD:  Can you guys help

LEENA VARUGHESE
1      LEENA VARUGHESE
2  us with this, which one is that?
3      DR. FIRPA:  Number 3.
4  Department's Exhibit 3.
5      MR. McEVOY:  That's the academic
6  advisement.
7      DR. WEINFELD:  Right.
8      DR. WEINFELD:  Do you want to ask
9  a question?
10      **Q      Yes, according to this it just**
11  **states that this is dependent on have I**
12  **performed an academic advisement not**
13  **necessarily, so if he entered the period of**
14  **academic advisement without noting how I had**
15  **performed during the academic advisement**
16  **period, I don't understand why Dr. Lento would**
17  **make the statement that the period of academic**
18  **advisement had ended when, in fact, he hadn't**
19  **determined or deemed that and academic**
20  **advisement can --**
21      DR. WEINFELD:  So the question
22  is?
23      Just form it in a question.  It
24  sounds like there is a question there, so
25  go ahead and ask it.

LEENA VARUGHESE
1      LEENA VARUGHESE
2      **Q      So did you determine that my**
3  **period of academic advisement had ended without**
4  **actually ensuring that I had met all the**
5  **requirements?**
6      A      If you note here in follow-up,
7  we will meet again in three months to review
8  your progress.
9      So basically at that point it
10  was around March when the period designed for
11  your academic advisement would have ended, but
12  we were to review your progress to determine
13  whether or not we would have to proceed with
14  any further disciplinary actions, or if you had
15  satisfied the criteria that we had laid down in
16  the academic advisement.
17      Then we may have taken you off
18  the disciplinary action and you could have
19  proceeded as other residents would have.
20      **Q      Okay, but you didn't try to**
21  **figure out if I had met all the requirements?**
22      A      You hadn't met all the
23  requirements.
24      **Q      Until April 26th.**
25      A      No, you had not met the

LEENA VARUGHESE
1      LEENA VARUGHESE
2  requirements.
3      DR. WEINFELD:  Did the meeting
4  take place, was there a meeting that
5  took place?
6      THE WITNESS:  No, she basically
7  did not meet with me, she did not
8  respond to my e-mail, it wasn't until I
9  reached out to our Chair,, Dr.
10  Cordone-Cardo.
11      DR. VARUGHESE:  That's not
12  actually right, my Exhibit 12 shows that
13  I did respond to Dr. Lento the following
14  day, in fact.
15      DR. WEINFELD:  One second.
16      DR. VARUGHESE:  I also spoke to
17  him, I know.
18      DR. WEINFELD:  Let's go to 12,
19  hold on.
20      DR. WEINFELD:  Big book number
21  12.  In Exhibit 12 there is one e-mail
22  in there dated May 3rd.
23      DR. VARUGHESE:  Well, the second,
24  it's a string e-mail string so on April
25  27 I say okay, I actually spoke to Dr.

Page 194

```
 1          LEENA VARUGHESE
 2   Lento as well and he said okay, did you
 3   get me my e-mail?
 4        What's going on?
 5        I said yes, I got your e-mail, okay
 6   I will meet with you.  Let me know when we
 7   need to meet and --
 8        THE WITNESS:  I believe that was
 9   after Dr. Cordone-Cardo had already
10   reached out to you as Chairman.
11        DR. VARUGHESE:  He reached out to
12   me, when did he reach out to?  Me I
13   don't have that.
14   Q    Do you have that e-mail?
15        DR. CORDONE-CARDO:  I reached out
16   to you as soon as I arrived in the
17   program.  In our first meeting was on
18   May 3rd.
19        DR. VARUGHESE:  When did you
20   arrive at the program?
21        DR. CORDONE-CARDO:  April 1st, so
22   my first week of acting as the new Chair
23   I already reached out to you and
24   actually was the case it the including
25   because I was worried about many
```

Page 195

```
 1          LEENA VARUGHESE
 2   circumstances.
 3        My time will come to answer the
 4   questions and the first time we met was on
 5   May 3rd.
 6        DR. WEINFELD:  Any other
 7   questions for this witness?
 8   Q    Are you aware that I wasn't --
 9   you never spoke to me or Dr. Firpa did not
10   inform me that if I was interested in
11   dermatopathology I can attend the sign-outs in
12   the morning, or you had cleared that with Dr.
13   Phelps.
14        Did you clear that with Dr.
15   Phelps?  It seemed from this conversation with
16   this question and answer session that took
17   place, it seems that you had already discussed
18   this with Dr. Phelps and that I was able to
19   attend sign-out if I wanted to?
20   A    I did not have that direct
21   conversation.
22   Q    But it seems that you were aware
23   that I could do that if I wanted to?
24   A    Yes.
25   Q    But I was not informed of that,
```

Page 196

```
 1          LEENA VARUGHESE
 2   by either of you?
 3        DR. MARIN:  Question?
 4   Q    Did you inform me of that?  You
 5   didn't inform me of that?
 6   A    I did not, that was not
 7   something --
 8        DR. WEINFELD:  We have one
 9   question, actually, you want to ask it.
10        DR. BRONHEIM:  Dr. Lento, going
11   back to notice of advisement in the
12   Department's Exhibit binder, Exhibit 3,
13   it says Dear Leena, this letter is to
14   inform you, you are being placed on
15   academic advisement.  This decision is
16   based on investigation of your
17   altercations with other residents while
18   on the surgical pathology rotation
19   December 8 and December 10, 2010.
20        THE WITNESS:  Yes.
21        DR. BRONHEIM:  Do you remember
22   what those altercations were about?
23        THE WITNESS:  Yes, I can briefly
24   summarize it for you.  I was actually
25   away at the time at a meeting, and Leena
```

Page 197

```
 1          LEENA VARUGHESE
 2   was in an altercation with one of our
 3   Chief Residents while shewas on the
 4   surgical pathology service.
 5        An altercation that was loud and
 6   disruptive to the service related to her
 7   ability to provide patient care with
 8   regard to very specific specimens that she
 9   was expected to be grossing or examine.
10        DR. BRONHEIM:  There are two
11   dates, was it like one extended episode
12   with a single Chief Resident?
13        THE WITNESS:  If I recall
14   correctly the December 10th incident was
15   related to another resident that she was
16   blaming for having us caused all the
17   problems that has basically resulted in
18   her being essentially placed on academic
19   advisement.
20        DR. BRONHEIM:  Thank you.
21        DR. WEINFELD:  Any further
22   questions?
23   Q    Who was the other resident that
24   I blamed?
25   A    Dr. Jordan.
```

50 (Pages 194 to 197)

LEENA VARUGHESE

1              LEENA VARUGHESE
2         DR. MARIN:  No further questions?
3         DR. VARUGHESE:  No, not at the
4 moment.
5         DR. WEINFELD:  Thanks very much.
6         THE WITNESS:  Thank you.
7         DR. VARUGHESE:  Actually can we
8 bring Dr. Lento back?
9         DR. WEINFELD:  No, but in your
10 statement you can address an issue if
11 you need to address it.
12
13 S H E M A   P A T E L,   called as a
14     witness, having been first duly sworn by
15     the Notary Public, was examined and
16     testified as follows:
17
18         DR. WEINFELD:  Okay.
19
20 DIRECT EXAMINATION BY DR. FIRPA:
21
22   Q     Thank you, Ms. Patel.
23       Who is your employer?
24   A     Mount Sinai Medical Center.
25   Q     What is your job title?

1              LEENA VARUGHESE
2   A     Currently I am interim
3 department administrator for pathology.
4   Q     What are your job duties as
5 administrator of the pathology department?
6   A     The day-to-day operation,
7 financial, dealing with residents, employees,
8 faculty.
9   Q     Do you recall on September 15
10 meeting with me and Dr. Varughese following the
11 incident early morning when she was considered
12 to be unstable?
13   A     Um-hum.
14   Q     Did you remember, and can you
15 relate to us what happened when you gave her
16 information about her request for a leave of
17 absence?
18   A     Sure.  When we met with her we
19 discussed FMLA, we talked to her about giving
20 her papers later in the day to go she should
21 meet with me to go over the FMLA paperwork, the
22 designation form and such papers like that.
23   Q     Did you meet with her later on
24 that day?
25   A     Yes, she met me on Annenberg 15,

1              LEENA VARUGHESE
2 I was supposed to meet her in the resident
3 room, but she met me at the elevators and she
4 took the folder from me.
5       At that point I did not have any
6 further discussions with her after that.
7   Q     Did you at any time emphasize to
8 her the importance of having a doctor's
9 appointment as part of her application?
10   A     Yes, I did.
11   Q     Did she agree to proceed with
12 that request?
13   A     Yes, she said she was going to
14 call her doctor and get back to me the next
15 day.
16   Q     On September 20th, you met with
17 Dr. Varughese ones again, were you aware that
18 she had requested a leave of absence by then?
19   A     No, I was not.
20   Q     Were you also aware that Dr.
21 Varughese had been instructed not to come to
22 work pending approval of her request for leave?
23   A     Yes, I was.
24   Q     How did you know that?
25   A     Yes, I did.

1              LEENA VARUGHESE
2   Q     How did you know that?
3   A     Oh, how did I know that.  You
4 and I had discussed it with Karen Tiger and
5 Paul Johnson the day before and it was
6 instructed that she should not appear to work
7 until we knew what the status of her FMLA was.
8   Q     Did you attempt to contact her
9 on September 16th and 19th?
10   A     Yes, I did.
11   Q     Why?
12   A     Because we had not heard from
13 her, she had not come to work and we were
14 genuinely concerned about her well-being.
15   Q     Did she respond to any of your
16 e-mails or phone calls?
17   A     No.
18   Q     On September 20th did you see
19 her at or near Mount Sinai?
20   A     It was close to Mount Sinai,
21 yes.
22   Q     Where and at what time?
23   A     It was a Starbucks at 97th and
24 Lexington or 96th and Lexington.
25   Q     At what time?

Page 202

LEENA VARUGHESE

1
2      A      Around 8:00 a.m. a little before
3  8:00 a.m.
4      Q      Did you speak to her?
5      A      As I was walking in I saw her
6  and she approached me.
7      Q      What was the conversation about?
8      A      She had wanted to know about
9  deferring her FMLA, she said she was feeling
10  better and wanted to not take it at that time.
11      Q      Did she mention anything else
12  about her intent of activity for that day?
13      A      She said she was headed to a
14  conference but she wanted to know more about
15  deferring her FMLA, so I knew that she
16  shouldn't go to conference because the
17  residents had concerns, the faculty had
18  concerns, so I asked her to come with me to my
19  office.
20      Q      What did you do then?
21      A      So we got there, we sat down and
22  we started talking and then a visitor came in
23  looking for the President.
24      Q      What happened then?
25      A      So I walked out to just point to

Page 203

1              LEENA VARUGHESE
2  where Dr. Davis' office was, came right back to
3  my office and literally a few seconds and she
4  was going through some of my files.
5              DR. WEINFELD:  On a computer, in
6      a file cabinet?
7      A      No, there were files in my desk.
8  There was a stack of files in the corner of my
9  desk.
10              DR. BRONHEIM:  Can you describe
11      what you observed?
12              THE WITNESS:  As I was walking in
13      I saw her going through the files like
14      this, looking at what was inside.
15              DR. BRONHEIM:  Were they other
16      people's files or whose files were they?
17              THE WITNESS:  They were my files,
18      like department files.
19      Q      What did you -- did you ask her
20  what she was doing?
21      A      Yes, I asked her.  I said Leena,
22  what are you, what are you going through
23  my files?
24              And she kind of didn't say
25  anything at first.

Page 204

1              LEENA VARUGHESE
2      I asked her again, it was like
3  what are you doing, why were you going through
4  my files?
5              And she said what's the big
6  deal?  And I said how would you feel if someone
7  went through your things.
8              Your purse is sitting there, how
9  would you feel if you caught me going through
10  your purse?
11              I said if I walked into your
12  work station and was going through your work
13  station how would you feel if I went through
14  your things?
15              I said my office is
16  confidential, you know, I have files in my
17  office that are confidential and you shouldn't
18  go through them, it's unprofessional.
19              She continued to say what's the
20  big deal?  She stated that I should chill out
21  and it didn't phase her that it was wrong.
22              DR. BRONHEIM:  Could these have
23      been confidential files?
24              THE WITNESS:  Yes, I work in the
25      office of the President in my real job,

Page 205

1              LEENA VARUGHESE
2      yes.
3              DR. FIRPA:  No further questions.
4              DR. WEINFELD:  Dr. Varughese.
5
6  CROSS-EXAMINATION BY DR. VARUGHESE:
7
8      Q      So, you called me on Tuesday was
9  it, September what was it, 20th?  Or the 19th,
10  you called me on the 19th.
11      A      Yes, I called you on the 16th
12  and the 19th.
13      Q      So you called me on the 19th,
14  why did you ask me to come to your office on
15  the 19th?
16      A      I didn't ask you to come to my
17  office on the 19th.
18      Q      You did.  You called, you left a
19  message, said you need to speak with me.
20      A      I asked you what the status of
21  the FMLA was, but I asked you if you were able
22  to speak to your physician to get the paperwork
23  going because I wanted to help you.
24      Q      So let me rephrase the question,
25  did I come to your office on the 19th, this is

LEENA VARUGHESE

1
2    Monday?
3        A    I have to recall, was that the
4    day you came to sign the designation form?
5        Q    Well, that was the day I came so
6    that you can sign the designation form and gave
7    it to you --
8        A    I believe the 19th, yes, you
9    came.
10        Q    Because you needed a date
11    verifying and the medical leave of absence
12    form?
13        A    I believe what was the day?  I
14    don't recall, but I can check.
15        Q    That was the 19th?
16        DR. WEINFELD:  Move on.
17        Q    That was Monday afternoon,
18    Monday evening like 4:30?
19        A    Okay.
20        Q    And Kimberly Joseph, she was
21    there?
22        A    She was there to witness that.
23        Q    So essentially you didn't like
24    date and sign these forms or anything up until
25    then?

LEENA VARUGHESE

1
2        But you were supposed to have
3    before you you gave them to me, right?
4        A    What do you mean?
5        Q    You were supposed to date and
6    sign because you dated the forms for when, when
7    you signed it?
8        A    Right, because remember we were
9    supposed to meet and you met me at the elevator
10    and you took the forms from me, I told you you
11    should come sit down and meet with me so we can
12    could designate the form.
13        Q    No, you didn't, you didn't say
14    that to me.
15        DR. WEINFELD:  Where are you
16        going with this?  What's the question?
17        Q    So basically you backdated the
18    form?
19        A    I didn't backdate it, I dated
20    that day the 19th or whatever day it was.
21        Q    All right, so the following
22    morning I saw you at Starbucks, right?
23        A    Yes.
24        Q    So I said hello to you just to
25    be polite and I just said oh, you dated that

LEENA VARUGHESE

1
2    form and do you mind dating it, so when after I
3    have spoken to my doctor and they actually
4    approve the family medical leave of absence?
5        A    We never talked about
6    backdating.
7        Q    I did ask you --
8        DR. MARIN:  You can ask her the
9        question.  If she says no, you can't
10        keep asking her.  She has a right to say
11        yes or no, yes or no.
12        DR. VARUGHESE:  All right.
13        Q    So I asked you that, if you
14    could date the form to when after I have spoken
15    to my doctors and then they will approve it,
16    did I have that conversation with you?
17        A    No, we talked about -- you
18    talked about deferring your FMLA.
19        Q    I didn't talk about deferring my
20    FMLA?
21        DR. MARIN:  Remember, yes or no,
22        you asked her, she said no, you go on to
23        your next question.
24        Q    So the next question is but you
25    at that point said where are you going?

LEENA VARUGHESE

1
2        A    That is correct.
3        Q    And I said I'm going to the CP
4    core conference, that's at 8:00 at the Icahn
5    building, right?
6        A    Um-hum.
7        Q    And what did you say, you said
8    you can't go to the floor, what did you -- you
9    said I couldn't go to the floor?
10        A    I asked you if you can come with
11    me, so I can put you in contact with Karen
12    Tiger to talk more about the FMLA.
13        Q    Why did I need to talk more
14    about the FMLA at that point?
15        A    Because you approached me in
16    Starbucks and you had questions about it.
17        Q    I just had a minor question
18    about dating issues, but then in terms of
19    dating the form to when I actually take the
20    leave, because obviously from that day onward
21    is when the FMLA is in effect.
22        So you told me that I couldn't
23    go to the floor and you asked me to come to
24    your office?
25        DR. WEINFELD:  Is there a

LEENA VARUGHESE

1
2    question?
3    Q    Yes.
4    A    Yes.
5    Q    So when I was in the office,
6    what were you doing, you were calling, who were
7    you calling?
8    A    I didn't make a phone call, I
9    e-mailed Karen Tiger and Dr. Firpa to let them
10   know you were here.
11   Q    So, did Dr. Firpa come
12   downstairs to your office that morning?
13   A    He did, yes.
14   Q    This was before 9:00 a.m.?
15   A    I believe so, yes.
16   Q    So meanwhile I was telling you
17   that I wanted to go to the CP core conference
18   because I was not sick, right?
19   A    I don't recall actually, to be
20   honest with you.
21   Q    That's fine.
22        So then you stepped out, tell me
23   what was on your desk?
24   A    I had a stack of files on my
25   desk.

LEENA VARUGHESE

1
2    Q    How many files was that?
3    A    I don't recall, I have tons of
4    files on my desk at a given time, I don't
5    remember how many exactly.
6    Q    Well, this is what I remember,
7    because I was accused of looking through her
8    files.
9        DR. WEINFELD:  So ask her a
10   question.
11   Q    So as I recall there was one
12   file, a green file, actually, that's on your
13   desk at the corner and I was sitting in front
14   of it and my coffee was right next to it, so
15   that's all I recall.
16       DR. WEINFELD:  Is there a
17   question.
18   Q    Is that what you recall or do
19   you recall several different files?
20   A    I recall several different
21   files.
22   Q    That's all I need to know.  So I
23   only recall one file there.
24       So you -- somebody came by the
25   door and they wanted to be escorted to a nearby

LEENA VARUGHESE

1
2    office, right?
3    A    Correct.
4    Q    And you left, you left me alone
5    in your office?
6    A    For a few seconds only.
7    Q    For a few seconds.
8    A    Yes.
9        DR. WEINFELD:  Okay, go ahead.
10       DR. VARUGHESE:  In my
11   recollection it wasn't a few seconds.
12   Q    So when you came back you
13   think -- you thought that I was looking at your
14   files?
15   A    I saw you looking at the files.
16   Q    Did you see me like what
17   happened, was it in my lap, was it like this?
18   A    No, it was still on my desk.
19   Q    Okay, all right, so they were
20   still on the desk.
21       Do you often leave people alone
22   in your office?
23   A    If someone comes to see the
24   President of the medical center and I have to
25   help them, yes.

LEENA VARUGHESE

1
2    Q    Especially -- well, when you
3    have confidential documentation or documents in
4    your office, do you think that's appropriate?
5    A    People at Mount Sinai I trust
6    and would never think would do something --
7    Q    I wasn't at Mount Sinai at that
8    point.  I guess you trusted me, okay.
9        So my point --
10       DR. MARIN:  No point, are there
11   any or questions for this witness?
12       DR. VARUGHESE:  I do.
13       DR. MARIN:  Please go ahead with
14   your questions.
15   Q    So you decided to call Karen
16   Tiger and basically you wanted me to go over to
17   meet her, why was that?
18   A    So you can discuss the FMLA
19   paperwork and the incident in my office,
20   because I --
21   Q    But you were just -- that just
22   came up on the fly, not even necessarily?
23   A    I have e-mailed her again
24   afterwards for the incident, Dr. Firpa was on
25   that e-mail as well.

1              LEENA VARUGHESE
2     **Q     But there was really no --**
3          DR. MARIN:  Dr. Varughese, back
4     to the questions.  You ask her a
5     question, she'll respond to it, then you
6     ask her another question.
7          It's not open for discussion.
8          DR. VARUGHESE:  There was nothing
9     here that wanted me to go through her.
10         DR. MARIN:  This is not a
11    discussion, you will have a chance later
12    to give your opinion.
13         DR. VARUGHESE:  All right, sorry.
14    **Q     So, do you think what I talked**
15    **to you, just me having a basic question about**
16    **the FMLA leave basically warranted you dragging**
17    **me to your office and making me wait there for**
18    **the entire core conference that morning, or**
19    **were there other reasons for that?**
20    A     No, there wasn't.
21    **Q     That was your only reason.**
22    **That's all I needed to know, good.**
23         DR. MARIN:  Thank you.
24         DR. WEINFELD:  Thanks very much.
25         MR. MacDONALD:  Let's make it

1              LEENA VARUGHESE
2     clear that Dr. Varughese' binder with
3     the documents are in the record, are
4     admitted in the record and the Committee
5     will take them for what they are worth
6     and connect them to the testimony as
7     appropriate.
8          And the same is true with the the
9     Department's exhibits, so that there is no
10    question what's in and what's out of the
11    evidence.
12         DR. MARIN:  Understood.
13
14    P A U L    J O H N S O N,    called as a
15         witness, having been first duly sworn by
16         the Notary Public, was examined and
17         testified as follows:
18
19    DIRECT EXAMINATION BY DR. FIRPA:
20
21    **Q     Good evening, Mr. Johnson.**
22    **Who is your employer?**
23    A     Mount Sinai School of Medicine.
24    **Q     What is your job title?**
25    A     Director of GME, graduate

1              LEENA VARUGHESE
2     medical education.
3     **Q     What are your duties in that**
4     **capacity?**
5     A     I help to oversee the residency
6     programs in our consortium, there are 91 in
7     all, so we help to assess program quality and
8     to help programs with their curricula, also to
9     help with resident issues, to help residents
10    resolve concerns and to assist programs when
11    they are dealing with resident issues.
12    **Q     Would you describe**
13    **professionalism standards and core**
14    **requirements?**
15    A     So there are six ACGME core
16    competencies that are expected to be part of
17    resident education.
18         One of them, one of those
19    competencies is professionalism, so residents
20    are expected to attain this competency which
21    entails having compassion and respect for
22    others, to have a commitment to patient care
23    that supersedes self-interest, and to display
24    sensitivity to a diverse range of patients and
25    to be dependable and to just sort of embody

1              LEENA VARUGHESE
2     professionalism as it's defined by the ACGME.
3     **Q     Do you recall any questions or**
4     **clarifications regarding Dr. Varughese and**
5     **advice to the Department during the period**
6     **after her final warning?**
7     A     Yes.
8     **Q     Would you tell us about that?**
9     A     Are we talking about advising
10    Dr. Varughese or advising the Department.
11    **Q     Advising the Department on how**
12    **to deal.**
13    A     So, in the period after the
14    final warning, the first time the Department
15    sought advice from our office was in Dr.
16    Firpa's first meeting with Dr. Varughese as
17    outlined in the final warning.
18         Dr. Varughese was initially
19    refusing to participate in the meeting and Dr.
20    Firpa called a couple of times when Dr.
21    Varughese was saying things such as that the
22    Department needed to speak with her lawyer
23    regarding all of the professionalism concerns.
24         So, I made sure that the
25    Department was aware that Dr. Varughese didn't

Page 218

LEENA VARUGHESE

1   LEENA VARUGHESE
2  have an option about participating in these
3  meetings, and the meeting eventually did go
4  forward.
5          After that, the program was --
6  Dr. Firpa was new to his position and so I
7  would receive fairly regular updates about Dr.
8  Varughese' performance.
9          At -- I would say the next time
10 I became aware of an issue it related to the
11 coverage for surgical pathology.
12         The Chief Residents were having
13 issues with Dr. Varughese and I advised Dr.
14 Firpa to have the program leadership address
15 the concerns, to sort of back up the Chief
16 Residents in what they were experiencing.
17         After that, we did have some
18 interaction with the Department related to Dr.
19 Varughese' requests to switch her elective
20 rotation.
21         We were aware that the
22 Department had really been paying a lot of
23 attention to AP time, anatomic pathology and
24 clinical pathology time and how it was balanced
25 in resident schedules and we were confident

Page 219

1   LEENA VARUGHESE
2  that the Department had really given good
3  consideration to the request and ultimately
4  denied it.
5          So we sort of stood by the
6  Department in its decision there and then in
7  the final period there was sort of rapid
8  sequence of advice that was given to the
9  Department about the need for leave and that
10 was, I don't know, should I --
11         DR. WEINFELD: Go ahead.
12     Q    How did you become aware that
13 Dr. Varughese was requesting a leave of
14 absence?
15     A    I became aware of Dr. Varughese'
16 need for leave when she was expected to give a
17 conference presentation in mid-September and
18 she didn't give that presentation.
19         Dr. Firpa met with her after she
20 didn't present and reported to us that Dr.
21 Varughese was unable to perform her function as
22 a resident because she was having serious
23 issues.
24     Q    Would you refer to Exhibit 15,
25 Department's Exhibit 15, and briefly describe

Page 220

1   LEENA VARUGHESE
2  what they are represent?
3      A    This was an e-mail responding to
4  Dr. -- an e-mail from Dr. Varughese about on
5  various topics, including who was responsible
6  for the -- being program director in pathology,
7  access to various policies in the Department,
8  also whether she was required to present proof
9  of an illness when she refused to take a call
10 assignment, and also related to the resident
11 schedules and the division between anatomic
12 pathology time and clinical pathology time.
13     Q    What did you say about all this?
14     A    I just -- most of the e-mail was
15 just clarifying policies and procedures, I mean
16 there is one clearly designated program
17 director who is Dr. Lento, and both Dr. Firpa
18 and Dr. Lento have responsibilities related to
19 the residency, but in terms of the ACGME and
20 designating someone, Dr. Lento was the program
21 director.
22         With regard to the policies, I
23 did offer her assistance if she was looking for
24 a particular policy, I was willing to sort of
25 help her in talking to the Department to make

Page 221

1   LEENA VARUGHESE
2  sure that if there was such a policy that the
3  residents would have access to it.
4          I confirmed that she was
5  required to submit proof of illness if the
6  Department was requesting it and I also assured
7  her that Dr. Firpa and Dr. Lento were carefully
8  looking into the resident schedules to make
9  sure that the ACGME requirements for time in
10 each side of pathology were met.
11     Q    Let's go back to the request for
12 leave of absence following September 15th.
13         Were you aware that I had
14 instructed her not to come to work pending
15 approval of her leave request?
16     A    Yes.
17     Q    Were you aware that Dr.
18 Varughese ignored that request and continued
19 coming to work?
20     A    I didn't become aware of it
21 until the following week, but yes.
22         DR. WEINFELD: Dr. Firpa, was
23     that request made in writing, the
24     request for her not to come to work?
25         DR. FIRPA: Yes, on the 16th.

LEENA VARUGHESE

1
2      DR. WEINFELD:  Can we have a copy
3  of that somewhere?
4      DR. BRONHEIM:  Under Mount Sinai
5  law if that is written, is that --
6      DR. WEINFELD:  There is no Mount
7  Sinai law.
8      DR. BRONHEIM:  Mount Sinai
9  guidelines, if such a letter is written,
10  does it prohibit the resident from
11  appearing.
12      DR. LEITER:  Is there
13  documentation of her -- is there any
14  documentation of your request for her
15  not to come back?
16      DR. WEINFELD:  It looks like
17  Exhibit 16, does that cover -- it's an
18  e-mail from Dr. Firpa to Dr. Varughese.
19      DR. FIRPA:  Yes, on the last
20  paragraph the second sentence from the
21  last.
22      I must also ask you not to return
23  without the doctor's note and assessment
24  for the leave of absence.
25      DR. WEINFELD:  Okay, thank you.

LEENA VARUGHESE

1
2      Q      Did the GME office take any
3  action with regard to what I have told you
4  about the meeting with Dr. Varughese on the
5  15th?
6      A      Yes, we did provide some advice
7  about leave, but the day that followed Dr.
8  Varughese' initial request for leave I
9  contacted the physician wellness committee to
10  arrange for an assessment.
11      Well, to ask them to arrange for
12  an assessment.
13      DR. WEINFELD:  Do we know if that
14  assessment ever took place?
15      THE WITNESS:  If never took
16  place.
17      Q      Did you meet with Dr. Varughese
18  on September 20th?
19      A      September 20th, yes.
20      Q      How did that meeting come about?
21      A      It came about because Ms. Patel
22  on the morning of the 20th had encountered Dr.
23  Varughese at Starbucks and had arranged with
24  Ms. Tiger Paillex to meet with her and me, that
25  is the answer to your question.

LEENA VARUGHESE

1
2      Q      Well, did you recall that she
3  had intended to go to work and she was in
4  violation of her direct and explicit request by
5  me not to come to work until the doctor's note
6  was provided and fill in the application for
7  leave of absence?
8      A      Yes.
9      Q      What happened during that
10  meeting between you, Dr. Varughese and Karen
11  Tiger?
12      A      I think first we were interested
13  in knowing why Dr. Varughese hadn't responded
14  to e-mail and phone contact from the program to
15  follow up on her leave of absence.
16      And her response to that was
17  that she didn't respond to the -- this contact
18  because it didn't contain any questions, it
19  just -- these contacts just stated facts.
20      And I think she said if they had
21  asked me whether I was working I would have
22  said yes, and it was difficult to determine why
23  she had been coming to work even though the
24  Department had asked her not to be working in
25  the period where her FMLA paperwork was being

LEENA VARUGHESE

1
2  filled out.
3      We also asked about wellness
4  because we knew that Mr. Hughes from the
5  wellness committee had been trying since the
6  previous Friday to contact Dr. Varughese, and
7  was unsuccessful and Dr. Varughese said that
8  she found the wellness committee to be
9  unhelpful in her previous interaction with
10  them, that she had been trying to obtain a
11  report from them that she never received and we
12  or I told her that participation with the
13  wellness committee was mandatory, and that a
14  resident couldn't refuse to cooperate without
15  facing possible disciplinary action.
16      At which point she said that she
17  would consider making an appointment with them
18  at her convenience.
19      Ms. Tiger Paillex and I found
20  that answer to be unsatisfactory so we got
21  wellness on the phone while we were there and
22  arranged an appointment between Dr. Varughese
23  and Dr. Hughes for that Thursday.
24      We also asked her questions
25  about and the incident that had happened less

LEENA VARUGHESE

1  LEENA VARUGHESE
2  than an hour before in Ms. Patel's office.
3            Dr. Varughese initially said she
4  didn't want to say anything about the incident,
5  but then had an explanation where her coffee
6  was next to some documents and Ms. Patel
7  misunderstood the situation.
8            But then went into -- so Ms.
9  Tiger Paillex then said you realize that Ms.
10 Patel has confidential files in her office?
11           And Dr. Varughese' response was
12 if somebody has confidential files in their
13 office, they shouldn't leave people unattended
14 with them.
15           And I mean that was pretty much
16 the extent of the conversation.
17 **Q    Do you remember at any time**
18 **during that conversation she made reference to**
19 **her intent to see a psychiatrist and what was**
20 **the outcome of that intent?**
21 A    By that point she had seen one
22 physician and she had told us that that
23 physician had denied to certify the leave.
24           Declined to certify the leave.
25 **Q    Were you involved in the**

1  LEENA VARUGHESE
2  **decision to summarily suspend and terminate Dr.**
3  **Varughese?**
4  A    Yes.
5  **Q    Why was she terminated?**
6  A    I think in the period from the
7  final warning to the termination there were
8  several incidences that consistently
9  demonstrated a failure to meet the professional
10 standard, professionalism standards for
11 residency.
12           It also became apparent towards
13 the very end that there was in my mind some
14 danger to patients.
15           Because Dr. Varughese had
16 requested leave and it seemed as though there
17 was something serious going on with her, the
18 GME office and the Department really wanted to
19 make sure that that serious condition was
20 addressed.
21           Dr. Varughese' failure to follow
22 up on that really created a problem in that she
23 was returning to work when we didn't feel that
24 she was able to function as a resident.
25           And that poses potential issues

1  LEENA VARUGHESE
2  with patients.
3  **Q    Would you refer to Exhibit**
4  **number 1; the Department's Exhibit 1.**
5            **And briefly summarize what this**
6  **represents -- you don't have to, it's there.**
7
8  DR. WEINFELD:  Thank you.
9  **Q    Are the reasons for her**
10 **termination set out in her letter?**
11           DR. WEINFELD:  Let the record
12    reflect that item number 1 in the
13    Pathology Department's record indicates
14    the summary suspension termination.
15 A    Everything that's here does
16 support the termination.
17           At a certain point, it doesn't
18 go right up until the end of Dr. Varughese's
19 service at Mount Sinai, but at a certain point
20 the documentation in this letter had to stop in
21 order for the termination to take place, so
22 there may be some issues that happened after
23 the time period covered in the letter, but I
24 think what's here does represent an accurate
25 record of the professionalism issues.

1  LEENA VARUGHESE
2  DR. FIRPA:  Thank you.  No
3  further questions.
4  DR. WEINFELD:  Dr. Varughese.
5
6  CROSS-EXAMINATION BY DR. VARUGHESE:
7
8  **Q    So, you were aware that I had**
9  **already spoke to one of my physicians and they**
10 **denied me the family medical leave of absence**
11 **as of Tuesday morning?**
12 A    Yes.
13 **Q    And they deemed me fit to work,**
14 **which means that they thought I didn't need the**
15 **family medical leave of absence?**
16           DR. WEINFELD:  We know what that
17    means.
18           DR. BRONHEIM:  Did you provide a
19    letter to that effect?
20           DR. LEITER:  Is there a document?
21           DR. BRONHEIM:  Do you have a
22    document?
23           DR. WEINFELD:  So, you have
24    documentation that you saw a physician.
25           DR. BRONHEIM:  Who made that

58 (Pages 226 to 229)

1           LEENA VARUGHESE
2  statement?
3           DR. VARUGHESE:  I spoke to a
4  physician who said she's not
5  comfortable.
6           DR. WEINFELD:  Is this somebody
7  you saw as a patient or somebody you
8  spoke to?
9           DR. VARUGHESE:  Somebody I spoke
10 to regarding what was happening.
11          DR. WEINFELD:  Okay, so go ahead,
12 ask your question.
13     A    So, yes.
14     Q    So that afternoon I followed up
15 with you and I said I saw my physician, do you
16 remember me saying that to you?
17          I saw the physician?
18     A    The second physician.
19     Q    Yes, I saw my physician I told
20 you that?
21     A    Yes, who also declined to
22 certify the leave of absence.
23     Q    Yes, who has declined to certify
24 the leave of absence and thought that I should
25 be at work.

1           LEENA VARUGHESE
2      A    Yes.
3      Q    And this is a physician who has
4  reviewed my medical history extensively, has
5  known me for at least three plus years.
6           DR. BRONHEIM:  Wait a minute, he
7  doesn't know that.
8           Have you provided evidence?
9           DR. VARUGHESE:  I am telling you
10 there is a person who knows me for over
11 3 years.
12          DR. MARIN:  For clarification, is
13 the documentation about that physician
14 in your statement, one of your points in
15 here?
16          DR. VARUGHESE:  Well, he didn't
17 fill the form, but I have a letter
18 saying that I saw him that day.
19          DR. MARIN:  Is that in here so we
20 can review it?
21          DR. VARUGHESE:  No, it's not in
22 there.
23          I mean it's something I would have
24 given to the Department.
25          DR. WEINFELD:  Go ahead.

1           LEENA VARUGHESE
2           DR. MARIN:  It's a statement
3  then, you don't have any evidence for
4  it, is what I'm asking?
5           DR. VARUGHESE:  I don't and I
6  never had an opportunity to give that
7  document to the Department.
8      Q    So I want you to refer to
9  Exhibit 26.
10          DR. WEINFELD:  In the big book.
11 Okay.
12     Q    So my question is this, when
13 were you aware that Dr. Firpa was -- when did
14 Dr. Firpa tell you I'm not supposed to be at
15 the hospital because I'm not well, what date?
16     A    It was the date of this e-mail,
17 Thursday the 15th.
18     Q    Thursday the 15th.
19          So, here is an e-mail that Dr.
20 Firpa sent to me Thursday the 15th.
21          The tone, the sentiment
22 expressed in this e-mail is --
23          DR. LEITER:  What's the question?
24     Q    In this e-mail he doesn't -- he
25 seems to, Dr. Firpa, seems to understand --

1           LEENA VARUGHESE
2           DR. MARIN:  This is something you
3  would have to address with Dr. Firpa.
4           You have a different witness on the
5  stand, so your question should be
6  pertaining to him.
7      Q    Right, so I sent Mr. Johnson an
8  e-mail on the 20th because I wasn't sure why --
9           DR. MARIN:  Dr. Varughese, it's a
10 back to the question concept.
11          The way it works is you ask him a
12 question and he responds to it, this is
13 not the forum for you to explain text
14 inside of your --
15          DR. LEITER:  If you have no
16 questions for him, perhaps you want to
17 move on so you can present your case.
18     Q    So according to the
19 institutional policy Dr. Firpa is the director
20 of educational activities, what authority does
21 he have to tell me that I should not come to
22 work?
23          He's not a program director,
24 what is his role in that?
25     A    I mean to go back to the e-mail

LEENA VARUGHESE

1      LEENA VARUGHESE
2  that we looked at just a few minutes ago, both
3  Dr. Firpa and Dr. Lento have responsibilities
4  relating to the residency program.
5      One is officially called a
6  program director, whether we are dealing with
7  the ACGME, but that doesn't mean that that is
8  the sole person who has any authority over
9  residency training at the institution.
10     DR. WEINFELD:  So, the answer is
11     that Dr. Firpa does have that authority?
12     THE WITNESS:  Yeah, we consider
13     him to be in the program leadership.
14     DR. WEINFELD:  That was the
15     question, okay.
16  Q     In terms of the policies that
17  the Department has instituted as of August
18  15th, I believe, that was, is that the date
19  that we are -- it was supposed to be
20  instituted?
21     A    It's not a policy.
22  Q     I'm talking about the new
23  departmental policies.
24     A    I can't really speak to that.
25     DR. WEINFELD:  She's referring to

1      LEENA VARUGHESE
2  item 17 in the small book.
3      DR. BRONHEIM:  I don't think you
4  know that.
5      DR. WEINFELD:  So what's your
6  question.
7      DR. MARIN:  It's not relevant to
8  him.
9  Q     So, according to the
10  institution's policy, I mean who -- did the GME
11  make up these policies?  Would made these
12  policies?
13     How were these, not -- I
14  understand the ACGME came here and inspected
15  you have to take some action to correct that,
16  but --
17     DR. WEINFELD:  Ask the question.
18  Q     Who can -- how does this policy,
19  I thought according to the hospital's house
20  staff policy manual it's the Chairman who has
21  to --
22     DR. WEINFELD:  What's your
23  question?
24     DR. VARUGHESE:  Is it even like
25  that the residents have to --

1      LEENA VARUGHESE
2      DR. WEINFELD:  Can we strike this
3  because there is no question.
4      You have to go somewhere with this.
5      DR. CORDONE-CARDO:  As the Chair
6  I presented in many occasions the line
7  of reporting and everybody knew and I
8  had various special meetings with all of
9  the residents about the roles of Dr.
10  Firpa.
11     That was very clear to everybody.
12     DR. WEINFELD:  Is the question,
13  Dr. Varughese, maybe I can clarify this,
14  is your question who makes Department
15  policy, is that what you are trying to
16  ask?
17     DR. VARUGHESE:  Yeah, I'm asking
18  Mr. Johnson, yes.
19     DR. MARIN:  That's not a question
20  for him.
21     DR. WEINFELD:  I don't know
22  that's a question, but I think it was
23  answered.
24     DR. VARUGHESE:  Okay.
25  Q     Are you aware that Dr. Firpa

1      LEENA VARUGHESE
2  indicated to me that he was a program director
3  at some point?
4      A    I was no the aware of that.
5      DR. WEINFELD:  Any other
6  questions for Mr. Johnson?
7  Q     Yes.
8      You said that you referred me to
9  the physician wellness committee on what,
10  Friday?
11     A    On that Friday I asked Dr.
12  Hughes to contact you.
13  Q     Why did you ask Dr. Hughes to
14  contact me?
15     A    Because the previous day the
16  program informed us that you could have a
17  serious medical condition that would warrant an
18  assessment by physician wellness.
19  Q     So the Department asked you to
20  contact --
21     A    No.
22     DR. VARUGHESE:  All right, thank
23  you.
24     DR. WEINFELD:  Thank you, very
25  much.

60 (Pages 234 to 237)

Page 238

```
1              LEENA VARUGHESE
2         DR. WEINFELD:  Is the Department
3    done?
4         DR. FIRPA:  Two more witnesses.
5
6    A R T H U R    F I G U R,    called as a
7         witness, having been first duly sworn by
8         the Notary Public, was examined and
9         testified as follows:
10
11   DIRECT EXAMINATION BY DR. FIRPA:
12
13        MR. MacDONALD:  Let's proceed.
14        Q     Who is your employer,
15   Dr. Figure?
16        A     The Mount Sinai Center Hospital.
17        Q     What is your job title?
18        A     I am the Associate Medical
19   Director of the Mount Sinai Hospital.
20        Q     What are your job duties in that
21   capacity?
22        A     Multiple, I do investigations of
23   certain kinds of quality improvement, quality
24   issues, I also Chair the investigative arm of
25   the physicians wellness committee.
```

Page 239

```
1              LEENA VARUGHESE
2         I sit on a variety of quality
3    assurance committees, I try and get Chief
4    Residents to participate in the various
5    committees of the hospital.
6         I still go to some of the
7    meetings of the division of hematology because
8    that's where I was before getting the
9    administrative work.
10        Q     What is your role in the
11   physician wellness committee?
12        A     When physicians are referred to
13   us for evaluation, we try and interview as many
14   people who have had firsthand experience with
15   the physician so we can understand the issues,
16   we then interview the physician to get his or
17   her side of the story and the reason for the
18   referral.
19        We obtain toxicology screens,
20   it's almost mandatory, we may refer out for
21   outside evaluations, whether it's a vision
22   problem to an ophthalmologist, if we feel it's
23   behavioral issues or professional issues we
24   refer them out for evaluation by a
25   psychiatrist.
```

Page 240

```
1              LEENA VARUGHESE
2         When it's drug abuse issue, then
3    they are automatically suspended and referred
4    to CPH of the medical society for treatment.
5         Q     When was Dr. Varughese' first
6    referred to the Committee?
7         A     I think she was first referred
8    in January of this year.
9         Q     Why was she referred to the
10   committee?
11        A     Dr. Pessan called me to say that
12   she had -- Dr. Pessan became the interim Chair
13   of the Department of Pathology and she referred
14   Dr. Varughese to us because one, she was
15   insubordinate to Dr. Pessan, two she had an
16   altercation with one of the Chief Residents,
17   that she was often late for working and that
18   she harassed other residents.
19        And those were the reasons she
20   gave.
21        Q     Did you recall her ever
22   resisting going to see psychiatrists?
23        A     Okay, well, before we get to
24   that, we went up to the Department to see what
25   was in her folder as far as attending notes and
```

Page 241

```
1              LEENA VARUGHESE
2    so on about the behavior, we did find e-mails
3    but at the time there were other issues in the
4    Department, they were GME issues, Dr. Schiller
5    had retired, they were searching for a new
6    Chair.
7         So to try and find the
8    documentation backing up that she needed
9    physician wellness rather than discipline for
10   being insubordinate to a Chair, I made the
11   decision in my other hat as Associate Medical
12   Director to interview people along with Paul
13   Johnson to see first of all would it be
14   warranted, and if so, then we would say she
15   should come to us, and we agreed that the
16   referral was indicated and then it took a long
17   time to convince her to come to a meeting
18   between Dr. Hughes, Leena and myself.
19        Q     What about the referral to the
20   physician wellness committee in September of
21   this year?
22        A     I was away in September, Dr.
23   Hughes did call me to say that Leena had called
24   him because she needed a physician who could
25   give her backup that she needed a leave of
```

61 (Pages 238 to 241)

Page 242

LEENA VARUGHESE

1        LEENA VARUGHESE
2   absence because of illness.
3            That's all he was able to tell
4   me and he informed her that's not the function
5   of the physician wellness.
6            Our function is if we feel there
7   is an issue that needs to be addressed, that we
8   report people to the appropriate therapists for
9   therapy, but we don't refer to mandate or to
10  confirm that somebody needed a leave of
11  absence.
12      Q    **Was there anything else that the**
13  **wellness committee could have done or other**
14  **remediation measures the Committee could have**
15  **taken to help Dr. Varughese?**
16      A    Yes, but at this point when Dr.
17  Cordone-Cardo and you came in we had a meeting
18  in your office where I did voice that based on
19  our handling of the situation earlier that
20  really the next more appropriate step would be
21  an increase in disciplinary action.
22           You guys felt, appropriately,
23  that you were new, you wanted to give her every
24  opportunity to succeed and to finish the
25  program, and that you would start a fresh as

Page 243

1        LEENA VARUGHESE
2   new persons, not related to any other
3   experiences she might have had in the past and
4   would be willing to start again.
5            So, when Dr. Hughes and I
6   discussed this, knowing that she resented
7   authority, that she would resent referral to a
8   therapist, that she would resent having
9   toxicology screens which we deemed were
10  necessary because her behavior was
11  unpredictable, she would be late, she would not
12  finish her work, so to me those were signs of
13  possible impairment.
14           The toxicology screen that she
15  had at the original meeting with us was
16  negative, but she wanted to drink an excessive
17  amount of water.
18           When I told her no, I took her
19  over and the nurse at employees health would
20  also refuse to give her more water and she
21  admitted that she is on medications, Ambien and
22  dexadryl and possibly Aderol, I would then be
23  very concerned and would mandate that she give
24  us a prescription from her current treating
25  people who gave her these medications because

Page 244

1        LEENA VARUGHESE
2   I'm always concerned about self-medicating by
3   physicians.
4            And we felt if I confronted her
5   with that, plus having to sign the contract
6   which we normally have physicians sign, that
7   would negate everything you people were doing,
8   and I sort of washed my hands of it and hoped
9   that you were able to succeed.
10      DR. BRONHEIM:  When was this, Dr.
11  Figur?
12      THE WITNESS:  I don't know when
13      our meeting was, but shortly after they
14      arrived, so whether it was September,
15      the exact date I can't remember.
16      Q    **Do you remember as we continued**
17  **on that strategy and time moved on and things**
18  **got really worse and worse, about September we**
19  **consulted with you or we shared with you our**
20  **concerns and our decision about possibly**
21  **terminating her, did you feel at that time that**
22  **there was any -- something else that could have**
23  **been done to help her in any way?**
24      A    My -- our feeling at the
25  Committee was that we have tried everything we

Page 245

1        LEENA VARUGHESE
2   could do to help her and that if you are
3   terminating her it's very hard for us to sign
4   an agreement because she'll no longer be here,
5   that she needs to follow the directions of the
6   the Committee, sign HIPPA consent that we can
7   contact the treating therapist and the
8   therapist would have been somebody, an expert
9   in anger management, unless we found that drugs
10  became an issue, and based on her lack of
11  cooperation in the past, there was no need for
12  us to proceed.
13      DR. FIRPA:  Thank you, I have no
14      further questions.
15      DR. WEINFELD:  Dr. Varughese.
16
17  CROSS-EXAMINATION BY DR. VARUGHESE:
18
19      Q    **You mentioned that you met with**
20  **Dr. Cordone-Cardo when you first arrived at the**
21  **hospital?**
22      A    Yes.  Well, not when he first
23  arrived, at a meeting when you were brought up
24  for discussion.
25      Q    **So when was that?**

Page 246

                    LEENA VARUGHESE
1
2      A    I can't recall the date.
3      Q    I feel like that's relevant, was
4  it in May, was it in April?
5      A    No, no, they weren't here.
6          DR. MARIN:  He says he doesn't
7  recall the date.  That's the answer.
8      A    I don't recall the date, it was
9  after their arrival.  Maybe a month after their
10 arrival when they became educational director
11 and Chairman of the Department.
12     Q    So it was with both Dr. Firpa
13 and with Dr. Cordone-Cardo?
14     A    They were both in the room, yes.
15     Q    So that was probably our question
16 on -- may I address Dr. Firpa at this point?
17         DR. MARIN:  Your questions are to
18 Dr. Figur.  You arrived on July 1st?
19         DR. FIRPA:  Yes.
20         DR. WEINFELD:  What's the
21 question?
22         DR. BRONHEIM:  The questions are
23 to Dr. Figur.
24     Q    So my questions are to Dr. Figur
25 now.

Page 247

                    LEENA VARUGHESE
1
2          And so you advised there should
3  be more disciplinary action?
4      A    Yes.
5      Q    As opposed to --
6      A    Yes.  They didn't take my
7  advice.
8      Q    They didn't take your advice?
9      A    No, they gave you another
10 chance.
11         They wanted to start fresh, they
12 told you they would start fresh, they would
13 start with you from the beginning and --
14     Q    Well, what would you consider
15 starting fresh?
16         Would you consider me being
17 placed on disciplinary action starting fresh?
18     A    I'm not aware of any of the
19 disciplinary actions they took, I'm aware of
20 the academic advisement that you got earlier,
21 but after they arrived and they made the
22 decision that they were going to start fresh,
23 they were going to give you the chance to start
24 anew, wipe out the past slate, I was no longer
25 involved.

Page 248

                   LEENA VARUGHESE
1
2      Q    So you were no longer involved
3  after that meeting.
4          Well, I just want to inform you
5  on July 15th Dr. Cordone-Cardo --
6          DR. MARIN:  Dr. Varughese, this
7  is not the time to inform, your job is
8  to ask the question.
9          DR. VARUGHESE:  They gave me a
10 disciplinary final warning letter.
11         DR. MARIN:  Ask questions.
12     Q    So, are you aware that I met
13 with Dr. Cordone-Cardo, Dr. Lento and Mr.
14 Castaldi on May 4th?
15     A    No.
16     Q    Well, they insisted I write a
17 new reflection on May 4th.
18         DR. MARIN:  Go back to what I
19 just said to you, questions.
20         He said no; next question.
21         DR. VARUGHESE:  Okay, sir, all
22 right.
23     A    I heard, if you are asking that,
24 I heard after the fact that yes, they felt you
25 did not respond to the academic advisement and

Page 249

                  LEENA VARUGHESE
1
2  that they asked you to rewrite your reflection
3  after reading a certain book, which I don't
4  know what it was, and you didn't fulfill that
5  academic advisement.
6      Q    So, Dr. Pessan who was part of
7  the Department reached out to you?
8      A    Yes.  When she was acting Chair.
9      Q    When was she acting Chair, in
10 January?
11     A    I think in January.
12     Q    But you were aware there was a
13 back story to why she may have asked you?
14     A    I sort of outlined the five
15 reasons, you were insubordinate to her, which
16 in my opinion is really not a physician
17 wellness issue, which is really a disciplinary
18 issue and should be handled immediately by the
19 Chair, because as an interim Chair I presume
20 she felt she didn't want to do it, but then
21 there were other issues about your lateness,
22 your not being a team player, your not
23 cooperating with the other residents, your
24 harassing them and you have been demeaning a
25 variety of the staff in the Pathology

                        63 (Pages 246 to 249)

Page 250

LEENA VARUGHESE
1    LEENA VARUGHESE
2  Department, and that's a physician wellness
3  issue.
4       Q    How did she say that I was
5  insubordinate?
6       A    I didn't ask.
7       Q    How many altercations did she
8  say there were?
9       A    There was one altercation.
10      Q    And she said that I was
11 responsible?
12      A    She said -- she said there was
13 an altercation, she didn't put the blame
14 anywhere, there was no specific write up and
15 that was one of the reasons Mr. Johnson and I
16 interviewed members of the Department, so we
17 could figure out did it occur, how did it
18 occur, what started it, and who could have been
19 responsible.
20      Q    How often was I late?
21      DR. WEINFELD:  It's not a
22 question for Dr. Figur.
23      A    I didn't ask.
24      DR. WEINFELD:  He wasn't asked to
25 keep track of your lateness.

Page 251

1    LEENA VARUGHESE
2       Q    So, you said you were contacted
3  in January but you did not contact me until?
4       A    The policy of the Committee, as
5  I outlined, is to get firsthand information,
6  not second or thirdhand information from people
7  who have had experience with the physician's
8  behavior so that we don't get filtered
9  information.
10      So it takes a while to gather
11 that data and once we were ready with that
12 information, it took a while to get to you come
13 to meet with us.
14      Q    So you basically e-mailed me --
15 my Exhibit 40 in the big book.
16      DR. WEINFELD:  Exhibit 40 in the
17 big book.
18      Q    So you e-mailed me on February
19 28th and --
20      DR. WEINFELD:  Is there a
21 question?
22      Q    And said that physician wellness
23 would -- but, in fact Dr. Lento responded for
24 me as opposed to me actually responding to this
25 particular request saying that I wasn't --

Page 252

LEENA VARUGHESE
1    LEENA VARUGHESE
2       DR. MARIN:  Let's get back to the
3  questions.
4       Q    What did you -- what was your
5  opinion of that?
6       A    Well, there was no problem and
7  Dr. Lento told me you would be unable to come
8  because you were at another rotation, and that
9  when you were available to come and be here
10 that then you would appear.
11      Q    Right so this is a physician
12 wellness committee issue, it's supposed to be a
13 confidential issue, but you are telling --
14      A    No, your program director would
15 know about this because the Chairman is the one
16 who referred you, and certainly the program
17 director needs to know what's going on with
18 residents in the program.
19      Q    Right, after an interview if
20 there was an issue that they needed to address
21 or --
22      A    No, you were referred to us, you
23 did not come.  I had to be blunt with you
24 because based on all the other interviews we
25 have had with other people before I reached out

Page 253

1    LEENA VARUGHESE
2  to you, was that you needed to be very blunt
3  with Leena, otherwise she's not going to hear
4  you.
5       So I was very blunt to make
6  certain that you understood that if you don't
7  come you can be suspended and you can be
8  terminated, and that's in the procedures and
9  policies approved by the Medical Board which
10 you can find online.
11      So I didn't want you to say to
12 me you never told me the outcome if I don't
13 show up.
14      Q    So, anyway I met with you and
15 Dr. Hughes several times and eventually you
16 asked that I take the toxicology screening
17 test.
18      A    Right.
19      Q    So I took the test, did I try
20 not to take the test?
21      DR. WEINFELD:  What was the
22 question?
23      Q    I mean I took the test, it was
24 negative, was it?
25      A    Yes, the test was negative.

64 (Pages 250 to 253)

LEENA VARUGHESE
1
2    **Q    Okay, good.**
3    A    But as I said before, there were
4    issues before you took the test.
5        DR. WEINFELD:  We heard.
6        DR. LEITER:  Is that all?
7        DR. VARUGHESE:  No.
8    **Q    So, you wanted me to meet with**
9    **Dr. Fursch eventually?**
10   A    Yes.
11   **Q    But I had requested that I could**
12   **follow up with my therapist?**
13   A    Yes we wanted an independent
14   opinion, which you thought was your therapist.
15   **Q    Or I said somebody at the**
16   **Medical Center of New York?**
17   A    Yes.
18   **Q    That was my other option?**
19   A    Right.
20   **Q    But I wasn't given that option?**
21   A    No, you were not given that
22   option because at our discretion it needed to
23   be someone from here based on the performance
24   issues in the past.
25   **Q    Do you recall telling me that**

LEENA VARUGHESE
1
2    **you will give me a document?**
3    A    I don't recall, but as I say, I
4    don't recall, we do have a communication from
5    Dr. Fursch which is not here because it was
6    confidential to the Committee and it should
7    remain confidential with the Committee.
8        Once we decided that we are not
9    going to have you sign a contract and refer you
10   out and monitor you periodically, the
11   recommendations that we got became moot because
12   we weren't going to follow them.
13   **Q    Don't you think it's odd that**
14   **I'm going to see this therapist for physician**
15   **wellness committee and she won't give me any**
16   **follow-up summary?**
17   A    I didn't know you were going to
18   see any therapist.
19   **Q    And I'm not followed up with**
20   **that particular --**
21   A    I have no objection after the
22   disciplinary action is fulfilled, if Dr. Fursch
23   has no objection, of telling you what her
24   recommendations are.
25       And I agree, you need to know

LEENA VARUGHESE
1
2    that.
3        But at this point in the
4    proceedings we can't mandate whom you should go
5    to and so from my point of view, it's moot.
6        Now, if you do go to a therapist
7    I will be happy to let that therapist know
8    exactly some of the issues that came up in the
9    workplace that you need to address to be
10   successful in the future, and that's our
11   concern, your future.
12       And protecting the patients.
13   **Q    So far we have discussed**
14   **professionalism as being the issue here.**
15       **What do you mean protect the**
16   **patients?**
17   A    Mount Sinai is fortunate that in
18   the Department of Pathology although the
19   residents do the grossing and have a great
20   responsibility of cutting margins on specimens,
21   that the attending is the final arbiter of what
22   report goes out and when.
23       So if you don't do your work
24   diligently and you don't do a proper margin cut
25   on a breast specimen, or any place else, we can

LEENA VARUGHESE
1
2    send out a wrong report.
3        That became an issue.
4        Yes, the attending will read the
5    slides that are available, but the attending is
6    not there to watch every time a resident cuts
7    the slides.
8        And the information we got is
9    some days you were perfect and you did
10   extremely well and without rhyme or reason the
11   next time they came around you had no idea what
12   you were doing and had to ask the same
13   questions of the same people who had just gone
14   through this material with you a week ago, and
15   it's like starting in the beginning.
16       And that's what I mean by
17   protecting our patients.
18       And that was one of the reasons
19   we needed the toxicology screen, that when you
20   were educated to something you couldn't retain
21   it.
22       Not my opinion, those were the
23   opinions of people we interviewed.
24       DR. MARIN:  Questions.
25       DR. VARUGHESE:  For the record,

65 (Pages 254 to 257)

LEENA VARUGHESE

1
2  that's not true.
3          DR. WEINFELD:  A question, a
4  question.
5      **Q      It seems that you have been**
6  **misled.**
7          DR. WEINFELD:  Do you have any
8  further questions before I excuse him?
9          DR. VARUGHESE:  No.
10         DR. WEINFELD:  Do you have any
11 further questions, not commentary,
12 questions?
13     **Q      In our interactions, what's your**
14 **opinion, am I -- do I need anger management**
15 **or --**
16     A     Based on the interviews of other
17 people, yes.
18     **Q      Well --**
19     A     You were never angry with me,
20 except for being reluctant to come and needing
21 a lot of urging and what you would consider
22 threatening, what I considered informational,
23 no, you've never been anything but courteous
24 with us.
25         DR. VARUGHESE:  All right, so one

LEENA VARUGHESE

1
2  more thing.
3      **Q      With Dr. Fursch, I had been a**
4  **little resistent to going to that particular**
5  **meeting.**
6      A     Yes.
7      **Q      But I did inform you my**
8  **grandfather had just passed away that week?**
9      A     Right.
10         DR. WEINFELD:  Is there a
11 question for Dr. Figur?
12     **Q      Are you aware there is a**
13 **hospital policy where you can take up to three**
14 **condolence days?**
15         DR. WEINFELD:  Who was it?
16         DR. VARUGHESE:  My grandfather?
17     A     That's not my area of expertise,
18 I am not aware of it.
19         DR. WEINFELD:  Ask him a hospital
20 policy question, that's not for Dr.
21 Figur.
22     **Q      You requested that I go despite**
23 **the fact --**
24     A     You had an appointment which you
25 canceled.  Dr. Fursch notified me, so I

LEENA VARUGHESE

1
2  e-mailed you, please keep that appointment.
3          I think you may then have said
4  something about your grandfather dying, it may
5  be in your e-mail trail, I certainly don't have
6  that.
7      **Q      But I wasn't advised to take a**
8  **day off.**
9          DR. WEINFELD:  Thank you, Dr.
10 Figur, you are excused.
11         Thanks very much.
12         MR. MacDONALD:  Is that the last
13 witness?
14         DR. FIRPA:  One more.
15
16 C A R L O S     C O R D O N - C A R D O,
17     called as a witness, having been first
18     duly sworn by the Notary Public, was
19     examined and testified as follows.
20
21 EXAMINATION BY DR. FIRPA:
22
23     **Q      Good evening, Dr. Cordone-Cardo.**
24     **Who is your employer?**
25     A     Mount Sinai School of Medicine.

LEENA VARUGHESE

1
2      **Q      What is your job title?**
3      A     I am the Chair of Pathology.
4      **Q      What are your duties as Chair of**
5  **Pathology?**
6      A     I am to oversight both the
7  service, educational and research operations of
8  the Department.
9      **Q      When did you become Chair of**
10 **Mount Sinai?**
11     A     April 1st.
12     **Q      When did you first meet with Dr.**
13 **Varughese?**
14     A     I met first with Dr. Varughese
15 on May 3rd.
16     **Q      What happened at that meeting?**
17     A     I was informed as I arrived
18 after talking to our leadership that there were
19 some issues with Dr. Varughese including a
20 meeting on April 26th describing the lack of
21 responses to repetitive e-mails from several of
22 the faculties.
23         So as a new Chair I wanted to
24 address that immediately and I wanted to make
25 sure that Dr. Varughese also had the chance to

66 (Pages 258 to 261)

LEENA VARUGHESE

1
2  meet with me much before I met with some of the
3  faculty.
4      Q    Did you discuss with her
5  anything regarding her academic advisement?
6      A    I did.  I went over the past
7  academic advisement.
8          I realized that she was asked in
9  December to put forward a statement on events
10  on professionalism, that she was supposed to
11  hand in a matter of four weeks upon agreement
12  of herself with the Committee.
13         That report was not submitted
14  until March 30th, two days before my arrival
15  and some three months later of what she was
16  required.
17         So I wanted to understand why,
18  but at the same time I wanted to give Dr.
19  Varughese the chance to meet me, give Dr.
20  Varughese the chance of starting fresh and
21  making very clear that what has happened in the
22  Department in the past was not going to happen
23  now.
24         We strive for integrity, we
25  strive to not disruption of operations, we

LEENA VARUGHESE

1
2  strive to professionalism, I also asked Dr.
3  Varughese to make sure that she had a copy of
4  the book that she was recommended, if not the
5  Department would buy that book and I tried to
6  start a new relationship and at that meeting we
7  did meet with the person who was at that time
8  the acting administrator, Mr. Castaldi.
9          The interview was not easy, she
10  was quite rude, she never offered an
11  explanation for why she delayed three months
12  and why all of a sudden a day before I started
13  the report appears, which wasn't the report
14  that was asked for, it was essentially a
15  recount of what has happened.
16         I said to her look, I read it,
17  and this is not what you were asked, you were
18  asked to write a report on professionalism, how
19  you should act upon being a pathologist, being
20  fair to your peers and being respectful, the
21  lack of integrity that has been demonstrated in
22  the past, it's not going to happen on my watch,
23  but let's start fresh.
24         So how long do you need to write
25  a new report?

LEENA VARUGHESE

1
2          And she said I need a couple of
3  weeks, a month.
4          Do you have the copy of the
5  book?
6          No, we will buy the copy of the
7  book.  I am going find out and this is how we
8  started on that first meeting.
9      Q    What happened in the follow-up
10  meeting to that initial agreement?
11     A    Well, we met on May 24th because
12  nothing was being submitted, I wasn't sure if
13  the report was being prepared.
14         I didn't want the same report of
15  the past which is at the end of day what we
16  received, and I wanted to make sure that she
17  had access also to the book, at which point I
18  asked together with Dr. Lento do you recall the
19  author of the book?
20         Which Dr. Varughese said that
21  she didn't recall that the book has been
22  written by Stephen Pisan on practice excellence
23  and it's a manual of how to conduct business in
24  our business.
25         So we advised her that this was

LEENA VARUGHESE

1
2  not what we were expecting and conveyed the
3  message that we wanted and we expected more
4  from her.
5      Q    What was her general behavior
6  during that interaction with you?
7      A    We met again at which point the
8  book had been written -- at least she brought a
9  copy of the book, the report that we requested
10  was essentially the same a recount of what had
11  happened, weeks after what we expected and at
12  that meeting essentially when I started trying
13  to put it in perspective, I said well you have
14  a copy of the book, have you read it?
15         She essentially threw the book,
16  not essentially, to myself, but I started
17  saying what's happening?  You threw the book,
18  Leena, from one side of the table to the other,
19  that's the fact.
20         And I said look, I mean, what's
21  happening here?
22         Are you reading that, this is
23  what you are learning and she started
24  escalating, trying to go back to the same
25  story, oh, because, so it was so difficult in

67 (Pages 262 to 265)

Page 266

LEENA VARUGHESE

1  that I saw that we were not going anywhere.
2  So I end the meeting short
3  thinking that she was going to have time to
4  reconsider the matters and inviting her back.
5
6  Q      How did you come to the
7  conclusion of issuing a final warning?
8  A      The series of repetitive
9  incidents the lack of integrity, not responding
10  to e-mails, not going to lectures and sitting
11  in the Department, together with the lack of
12  professionalism that she was displaying to all
13  of our faculty, as well as the residents and
14  the fellows, brought up as to a -- brought us
15  to a point that we thought the disruption of
16  operations was so large that besides the final
17  warning and besides that final warning we were
18  going to go ahead.
19  And after realizing that she was
20  in the office of senior administrator going
21  over important potential documents and the lack
22  of integrity proven throughout this period, I
23  took, together with academic administration and
24  the senior leadership of the Department, the
25  next step of presenting her with a letter of

Page 267

LEENA VARUGHESE

1
2  suspension and termination.
3  And I told her that at some
4  point we were trying to avoid it, but that at
5  some point we need to do the next steps and I
6  asked her to review the letter to make sure
7  that she read the final paragraph on the rights
8  that she had, that she has definitely used
9  today, and we conveyed the message that she was
10  going to be escorted outside by security, but
11  also that we have requested that -- I
12  specifically had requested the presence of
13  professional help in order if she wanted to
14  have a member of our psychology psychiatry team
15  being there for her to support that difficult
16  moment and that I was concerned, I was
17  concerned for her.
18  Q      Did you feel at that time that
19  you had exhausted all the opportunities to give
20  her an opportunity to redeem herself?
21  A      At this point I thought that
22  there is nothing arbitrary and capricious on
23  the issues we were taking, we had much
24  documented the fact that the lack of integrity
25  was there repetitively, that the disruption of

Page 268

LEENA VARUGHESE

1  operations were there, and that we couldn't
2  come to have professionalism and respect as it
3  happens at moments that are critical like this
4  one in our job, which is an important job, we
5  are the second Department in the country in
6  volume and we cannot afford any mistakes at any
7  point for our patients.
8  DR. FIRPA:  I have no other
9  questions.
10  DR. WEINFELD:  Dr. Varughese.
11
12  CROSS-EXAMINATION BY DR. VARUGHESE:
13
14  Q      How many times have you met me?
15  A      I met you at least three
16  different times, on the first one being on May
17  3rd, just a month after I arrived here, but
18  having e-mails with you since mid-April.
19  One of them on April 26th.
20  Q      April 26th, is that an exhibit?
21  A      I believe, yes, but anyway the
22  first meeting was on May 3rd but we scheduled
23  that meeting for May 3rd, of course.
24  DR. BRONHEIM:  When did you start

Page 269

LEENA VARUGHESE

1
2  here?
3  THE WITNESS:  April 1st.
4  DR. BRONHEIM:  That's pretty
5  quick.
6  Q      So how many times have I
7  mishandled a surgical pathology specimen?
8  A      On several occasions there have
9  been reports of cases being delayed and in
10  several cases.
11  Q      I mean mishandled or where a
12  patient would suffer?
13  A      I don't have this information.
14  Q      Did you say that my self
15  reflection exercise did not meet the
16  requirements of the academic advisement?
17  A      No, it did not because we went
18  over -- you essentially put a recount of a
19  story that we wanted you to be further away and
20  we asked you to produce something on
21  professionalism.
22  Q      Okay.
23  Are you aware of what the
24  academic advisement says?
25  A      Yes.

68 (Pages 266 to 269)

Page 270

LEENA VARUGHESE

1
2    Q    I would like to refer to Exhibit
3    3 on the Department.
4         DR. WEINFELD:  Department Exhibit
5    3, okay.
6    Q    It's on Page 19, last point, it
7    says, "Self reflection exercise to be handed
8    into me within four weeks.  You are expected to
9    write down your account of the situation and
10   describe how you could have approached things
11   in a better fashion, including commentary on
12   physician professionalism and explore it in
13   this circumstance."
14        I think my first reflection
15   which is Exhibit 2 in my list, I think that
16   particular reflection actually does address all
17   points of the academic advisement.
18   A    So also in this --
19        DR. WEINFELD:  So what's the
20   question?
21   Q    Do you agree that it addresses
22   it or not?
23   A    We don't, and as a matter of
24   fact, if you recall, to the first line on this
25   very same page it says that this needs to be

Page 271

LEENA VARUGHESE

1
2    done in three or four weeks and that was on
3    March 30th and you were supposed to handle it
4    in January 24th.
5    Q    Are you aware that I filed a
6    grievance with the Human Resources Department
7    of this hospital regarding this particular
8    action taken against me, the academic
9    advisement?
10   A    It was before my time and when I
11   arrived it's for the reason I wanted to start
12   fresh with you again.
13   Q    Would it be fair, understandable
14   why it was delayed?
15        I mean do you think there may be
16   other reasons why it was delayed, not just
17   my --
18   A    As an academic I can assure you
19   I can understand a delay of one week, two
20   weeks, three weeks, but in something that is to
21   be in a month to wait three months and wait one
22   day before I started, I don't see the excuse in
23   that.
24   Q    Well, I filed a grievance with
25   the Human Resources Department.

Page 272

LEENA VARUGHESE

1
2    A    What's the question?
3    Q    They never got back to me about
4    the findings.
5        DR. MARIN:  I think that's to be
6    dealt with, he's not part of that, so
7    your question should pertain --
8        DR. VARUGHESE:  I am going to
9    explain to him that.
10       DR. WEINFELD:  Right now he's a
11   witness.  You have to ask him questions.
12       DR. BRONHEIM:  You can tell us
13   all of this in your discussion.
14   Q    So, at that meeting exactly to
15   what extent were you aware of this particular
16   reflection that I had written, did you read it
17   already?
18   A    Yes, I did.
19   Q    Okay, good.  Did Mr. Castaldi
20   also read the --
21   A    Yes, he did.  We read it
22   actually also at the end together before we met
23   you, because we were surprised at the points of
24   professionalism from both of our parts didn't
25   come up, it was mainly a recount of some of the

Page 273

LEENA VARUGHESE

1
2    events.
3    Q    Do you remember Mr. Costaldi was
4    confused as to what the events were?
5    A    I don't recall.
6    Q    I mean you are saying that --
7        DR. MARIN:  I don't recall.
8        He answered your question.
9    A    I recall him being very sharp, I
10   don't recall him being confused.
11   Q    He seemed confused.
12       So then I met with you again two
13   weeks later, no, three weeks later, and you
14   said I threw a book at you?
15   A    Yes.
16       DR. WEINFELD:  Is there a
17   question?
18   Q    Describe how I threw the book at
19   you?
20   A    I said did you read the book?
21   What do you mean?  This book?  Yes, I read it
22   and you through it, if you don't say -- how you
23   call that?
24       You didn't get up and say
25   well --

69 (Pages 270 to 273)

Page 274

LEENA VARUGHESE

1
2     Q      That's not what happened, I just
3  put the book down like this.
4          DR. MARIN:  You asked him to tell
5     you what his reflection is.  He's given
6     it to us.
7          DR. VARUGHESE:  I am just saying
8     I just placed it on his desk.  If I
9     threw it at him, it wasn't my intent to
10    hurt him.  I didn't do that.
11         DR. MARIN:  Questions and
12    answers.
13    Q      So I gave you the second
14 reflection, you read it and you said that you
15 needed to consult the hospital's legal?
16    A      It was very similar to the same
17    recounts, I thought that you were not following
18    the kind of advice that you were given by
19    several of the members of the Department and we
20    thought that we needed to consult both with our
21    colleagues in the Department and outside of the
22    Department.
23    Q      So you wanted to consult the
24 hospital's legal department, okay.
25         So here is the thing --

Page 275

LEENA VARUGHESE

1
2          DR. MARIN:  Hold it, questions.
3    Q      Question, question.
4          So, you got the reflection, you
5 said that you were going to consult --
6          DR. MARIN:  Is there a question?
7    Q      Do you recall me e-mailing you,
8 or I actually e-mailed Dr. Lento to ask him
9 exactly what should go into the second
10 reflection.
11         He never responded to me,
12 then --
13         DR. MARIN:  Dr. Varughese you are
14    supposed to ask him questions.
15    Q      You responded to me at some
16 point and --
17         DR. MARIN:  We won't continue the
18    proceedings if you can't follow in some
19    sort of pattern that we can help you
20    with.
21         DR. WEINFELD:  Take a minute,
22    think about what you want to ask.
23    I think there is a question.
24         DR. VARUGHESE:  I just want to
25    make a statement.

Page 276

LEENA VARUGHESE

1
2          DR. MARIN:  This is not a time
3    for a statement.
4          DR. BRONHEIM:  You will have an
5    opportunity to make a statement.
6    Q      Did you advise me as to what
7 should go into the new reflection?
8    A      Of course we did, and we got the
9    book for you and we read the book as well and
10   of course I was I expected to know what was in
11   the book, we said that we could buy it for you,
12   you said you were going to get it.
13   Q      Did you buy me the book?
14   A      You said that you had it
15   yourself, the book, and you went to the library
16   to pick it up.
17   Q      It's not in the library, it's
18 not available.
19         DR. BRONHEIM:  Did you obtain the
20    book?
21         DR. VARUGHESE:  Yes, I have the
22    book.
23   Q      You did e-mail me and you said
24 future constructive --
25         DR. LEITER:  If you don't have a

Page 277

LEENA VARUGHESE

1
2    question, you are better off not listing
3    it.
4    Q      Well, I asked Dr. Cordone-Cardo
5 for advice, but I did not get adequate response
6 back about what needs --
7          DR. MARIN:  Dr. Varughese, again,
8    you are not asking, you can terminate
9    your questions at this time if there is
10   nothing else, and we can go on to the
11   next witness.
12         DR. VARUGHESE:  Okay.
13         DR. MARIN:  Thank you.
14         DR. WEINFELD:  Thank you.
15         MR. McEVOY:  The Department
16   rests.
17         DR. WEINFELD:  I would like to
18   move that we take a two minute break
19   because I think people need to answer
20   pages.
21         (At this point in the proceedings
22   there was a recess, after which the
23   hearing continued as follows:)
24         DR. WEINFELD:  Dr. Varughese, you
25   will have the opportunity to present

70  (Pages 274 to 277)

Page 278

LEENA VARUGHESE

1    LEENA VARUGHESE
2  your case, you can make an opening
3  statement, call witnesses and we should
4  proceed; it's getting late.
5      DR. VARUGHESE:  So I am just
6  going to read a statement that I
7  prepared to the best of my ability.
8      So, ladies and gentlemen, members
9  of the Board and the Department, and Mr.
10  MacDonald from general counsel, so
11  basically here is the story.
12      So I was placed on academic
13  advisement on December 21 of last year
14  following an altercation with the previous
15  Chief Resident, Samuel McCash where I felt
16  that I was being physically and verbally
17  intimidated, humiliated.
18      This is as per house staff policy
19  manual which is Exhibit 43, some of you
20  may have it.
21      And I believe pages 31 to 35 notes
22  what is considered harassment in this
23  hospital.
24      I have attached my reflection of
25  the event which is sort of details what

Page 279

1    LEENA VARUGHESE
2  happened, but also discusses
3  professionalism and how I would have
4  approached things differently.
5      DR. WEINFELD:  Where is that?
6      DR. VARUGHESE:  That's Exhibit 2.
7      DR. LEITER:  I see it in 3.
8      DR. VARUGHESE:  2 and 3, I was
9  asked to the old reflection, write a new
10  one.
11      At this point I had requested a
12  formal apology from Samuel McCash, as
13  Chief Resident and a mediation regarding
14  this particular incident and there was
15  another incident, so I asked for
16  mediation.
17      None of this had occurred and at
18  that point I was placed on academic
19  advisement, like I mentioned before, so I
20  made an official complaint to Human
21  Resources when action was taken against me
22      Human Resources performed an
23  investigation of the matter but did not
24  contact me to inform what their findings
25  were.

Page 280

1    LEENA VARUGHESE
2      And this is as of when I turned in
3  my reflection which was in March and in
4  April eventually I had to contact Human
5  Resources to find out what their decision
6  was.
7      So basically before the resolution
8  of this incident I had to meet with Dr.
9  Lento on January 18th and I was continued
10  to be on academic advisement at that
11  point.
12      Meanwhile Samuel McCash was not
13  reprimanded at all, and that still stands
14  to my knowledge.
15      So, prior to this there was a
16  previous incident with the Chief Resident
17  where he shouted at me shut up, shut up,
18  shut your mouth, repeatedly in front of my
19  colleagues following a discussion of
20  coverage for an away resident.
21      He wanted to speak to me following
22  this incident on his own during this
23  conversation, he told me that no one liked
24  me, that I would never find a job, no one
25  is teaching me and that I won't be

Page 281

1    LEENA VARUGHESE
2  successful.
3      I believe this behavior constituted
4  an outright hostile work environment for
5  me at that point.
6      So I had sent an e-mail to the
7  leadership of the Department of Pathology
8  to address what had happened to me that
9  morning.
10      And how I considered what Samuel
11  McCash was saying to me to be very hostile
12  in attitude and also very descriminative
13  towards me as a girl, as a woman, because
14  I really don't think he would treat a man
15  like that.
16      So then I also spoke with the
17  program director soon after, he made
18  excuses for Samuel McCash saying sometimes
19  people yell and that there is a place
20  where people to be shouted at and that the
21  bullying situation is that sometimes
22  residents need to be told.
23      He also said that the Department
24  was a dysfunctional Department family and
25  I was then accused of writing a diatribe

71 (Pages 278 to 281)

Page 282

LEENA VARUGHESE

1  both on evaluation about surgical
2  pathology.
3
4          Essentially he effectively -- well,
5  he indicated to me that in so many words
6  that my rights won't be protected as long
7  as he believed that I wrote a negative
8  evaluation, and he felt more in line with
9  the Chief Resident who was also his
10  friend.
11         So a lot of excuses were made and I
12  essentially felt like there was no
13  recourse for me to follow up on this
14  particular matter and I just left it at
15  that.
16         That was in September and then
17  following that I served on the ACGME
18  review program to help the program prepare
19  for the ACGME review and I was not asked
20  to present the program to the ACGME for
21  inspection, which is fine, but perhaps my
22  evaluations were included for the ACGME
23  evaluation, I hope so, but I'm not sure
24  about that.
25         But anyway the Department is

Page 283

LEENA VARUGHESE

1  currently ACGME accredited and that's all
2  wonderful and I'm very happy about that.
3
4          So moving on, on 4/26/2011 I
5  received an e-mail from Dr. Lento stating
6  that a period of academic advisement had
7  ended.
8          I was then contacted by Basil
9  Ocinto via e-mail to meet Dr.
10  Cordone-Cardo, Lento and Mr. Castaldi and
11  May 3, 2011 so at this meeting Dr.
12  Cordone-Cardo, Dr. Lento and Mr. Costaldi
13  were very confrontational and antagonistic
14  towards me in their attitude and demeanor,
15  they said that they felt that my
16  reflection was not satisfactory in its
17  tone and demonstrated a lack of insight
18  and had to be recast.
19         I calmly stated that the reflection
20  addressed every point as mentioned in the
21  letter of academic advisement and was an
22  accurate portrayal of what had happened to
23  me on the evening of December 8, 2010.
24         The tone of my reflection which I
25  believe is rather defensive was

Page 284

LEENA VARUGHESE

1  necessitated because of the actions taken
2  against me instead of some acknowledgment
3  and mediation.
4          And what I believe was a rather
5  traumatizing event that occurred to me.
6          The reflection also addressed my
7  involvement in the event, so the
8  reflection does accurately reflect what
9  happened.
10         I e-mailed Dr. Lento soon after the
11  meeting to ask him to please state what
12  your concerns are, and be specific as to
13  what you would like for me to do.
14         I did not receive a response to
15  this e-mail.  After review of the
16  reflection written and submitted on March
17  30, 2011 I decided that it accurately
18  reflected with appropriate amount of
19  insight.
20         I met Dr. Lento and Dr.
21  Cordone-Cardo and Mr. Costaldi again on
22  May 24, 2011 and submitted the new
23  reflection.
24         I was prepared to discuss the book
25

Page 285

LEENA VARUGHESE

1  on professionalism by Steven Pesan at
2  length, I was not given this opportunity
3  at that point, and that's okay, since in
4  light of all the issues.
5          Basically I respectfully disagree
6  with Dr. Lento and Dr. Cordone-Cardo that
7  my reflections lack insight or
8  professionalism and I demonstrated
9  professionalism and restraint during all
10  of my meetings.
11         So, and of course I have a detailed
12  record of all these meetings, if it comes
13  to having to review that in the future.
14         I have also retained legal counsel
15  following April 20 -- April 2011 to advise
16  me on the matter at hand, and I have also
17  worked with several other lawyers
18  including several consultations to protect
19  myself from further punitive actions that
20  may be taken by the hospital or the
21  Department.
22         So, following my second meeting
23  with Dr. Cordone-Cardo, Dr. Lento and
24  Mr. Costaldi, the law firm that I retained

Page 286

1              LEENA VARUGHESE
2    at that point sent in a letter to the
3    hospital on June 13, 2011 detailing the
4    reasons why I have retained their
5    services.
6            Which to me is obviously the
7    hostile work environment that I was
8    experiencing at this point.
9            Subsequently after this letter was
10   sent in I was placed on disciplinary
11   action on 7/14 -- on July 15th, sighting
12   my second reflection as being inadequate
13   and demonstrating lack of insight and
14   several other issues that are not true,
15   and that's also in the exhibit.
16           Finally I would like to address the
17   various points that were addressed that
18   were noted in the summary of suspension
19   letter, termination, suspension,
20   termination.
21           So basically there was a concern of
22   duty and professionalism concerning two
23   cytogenetics rotation, I believe we had an
24   opportunity to speak with Dr. Najfeld, so
25   basically my statement in response to that

Page 287

1              LEENA VARUGHESE
2    particular statement is that clinical
3    pathology rotations including cytogenetic
4    rotations are "light rotations" or
5    resident independent rotations regarding
6    observation and understanding of
7    laboratory tests and most importantly
8    extensive reading.
9            Many residents also use some of
10   this time to prepare for the Board
11   examination.
12           When I began cytogenetics rotation,
13   which is a two week rotation which began
14   on 8/1/2011 and went on to 8/12/2011, I
15   was asked by Dr. Najfeld to read a chapter
16   written by herself in the Molecular
17   Genetic Pathology Book by Dr. Sang.
18           So I performed that task and spent
19   some time reviewing the manuals and worked
20   with the technologist observing how the
21   cytogenetic testing was performed, and
22   reviewed some basic principles of
23   karyotyping during the first week.
24           Please feel free to interview the
25   laboratory staff if that's necessitated.

Page 288

1              LEENA VARUGHESE
2            And then I believe I was
3    professional and cordial with the staff
4    and Dr. Najfeld at all times.
5            The laboratory staff contacted me
6    several times by e-mail asking me not to
7    come in for very specific reasons, such as
8    being on short staff, short staffing
9    issues and also because their clinical
10   responsibilities that they could not pay
11   attention to my needs in terms of teaching
12   me, what they do.
13           On Thursday August 4, 2011 Dr.
14   Najfeld was contacted by Dr. Firpa to more
15   closely supervise my activities.
16           She wrote an e-mail in response
17   saying she was very busy implementing new
18   equipment during that first week and that
19   she did not have enough time to spend
20   time, that she did not have enough time to
21   spend with me.
22           Following this Dr. Najfeld became
23   more combative and berated me in front of
24   the staff several times,
25           I sometimes used a Blackberry

Page 289

1              LEENA VARUGHESE
2    device to take notes on research
3    information, Dr. Najfeld took offense at
4    this and I stopped doing that.
5            Dr. Najfeld asked me to give a
6    presentation on CML on Thursday for the
7    following week, on Tuesday, this was
8    Thursday 4/11 and for Tuesday 8/9, 11 on
9    Monday, 8/8/11 which was the beginning of
10   the final week of this rotation I spoke to
11   Dr. Najfeld in the morning to review the
12   rotation requirements for the first time.
13           The day before I was to give my
14   presentation on CML Dr. Najfeld wanted to
15   review the presentation with me.
16           However, she was away for most of
17   the afternoon and gave no indication as to
18   when she would return.
19           I left the Department around 4:00
20   p.m. or so, and e-mailed my presentation
21   to her.
22           I was on my -- on the subway back
23   to my home in Brooklyn, Dr. Najfeld
24   apparently called me and e-mailed me
25   several times, but I was not able to

1        LEENA VARUGHESE
2   receive a call on the subway and I arrived
3   at home around 5:40 or so, and I called, I
4   tried to return her e-mails.
5        I must also note actually the first
6   week on Friday she wasn't at work, she was
7   working from home, so, in fact, she may
8   have gotten the e-mail on Thursday, but
9   she actually didn't speak to me on Friday
10  because -- and she had to speak to me on
11  Monday because she was working from home
12  on Friday.
13       So anyway, going back, when I
14  returned home I noted the e-mail messages
15  and contacted her immediately.
16       She said that the presentation was
17  not ready due to my stylistic preferences
18  in discussing the case and certain minor
19  errors.
20       I asked her to e-mail me or simply
21  tell me what the issue was, but she wanted
22  me to return to her office.
23       It was rather late and it was out
24  of the question that I return from before
25  6:00 from my home in Brooklyn, it takes me

1        LEENA VARUGHESE
2   approximately 30 minutes to get back.
3        Then on the morning of the
4   presentation at 7:00 a.m. Dr. Najfeld
5   e-mailed me stating she did not want me to
6   make the presentation, even though I was
7   prepared to do so, she also asked me to
8   inform other attendees that I would not
9   present.
10       The presentation was postponed to
11  the next week, also the CP core conference
12  tends to have more than one conference
13  that gets presented so there is often me
14  and several other people who present.
15       People may attend depending on the
16  number of conferences that are being
17  presented, and it's not always common
18  knowledge who is presenting, what is the
19  interesting case conference that we can,
20  so people do tend to show up at 9:00 a.m.
21  anyway and just are ready to discuss any
22  issues you have or any interesting
23  clinical pathology cases that have come
24  up.
25       So that's one hour available time

1        LEENA VARUGHESE
2   for CP.  It's not a very formal event.
3        So, the presentation was postponed
4   to the next week, the following week the
5   case was discussed at length in
6   conjunction with the hemopath resident who
7   was on the hemopath service who had also
8   needed time to form the case and present
9   as well.
10       Overall the presentation was well
11  done and well received, I had attached the
12  presentation, as Exhibit 25, Dr. Najfeld
13  also gave no indication that my
14  performance was unsatisfactory at the end
15  of this rotation.
16       I believe I did the best job I
17  could give in the short time on this
18  rotation and added pressure to serve or
19  function on other services.
20       The point 2, duty concerns
21  regarding coverage.
22       So frozen section coverage on
23  August 5th, I was asked to cover frozen
24  section service for an absent resident on
25  August 4th.

1        LEENA VARUGHESE
2        I said that I would not be able to
3   do so without giving an elaborate
4   explanation as to why to the Chief
5   Resident.
6        Basically I was not able to elevate
7   my arm because I had slept on it the wrong
8   way and my arm was numb for days.  It
9   never happened to me before, so as such I
10  could not cover the frozen section service
11  for that day.
12       I was sent an e-mail by Dr. Jordan
13  the co-Chief Resident who was on rotation
14  at this point that I needed to provide a
15  doctor's note documenting this injury.
16       This is not something that can be
17  easily done, and especially if I am at
18  work, or so I wasn't able to do that, but
19  I explained to her that I tried to explain
20  to her that this particular -- I had this
21  particular injury, that's why I'm not able
22  to cover that particular day.
23       So, she wanted me to -- so I found
24  that her request for me to -- and this is
25  not a call coverage, this is mainly every

LEENA VARUGHESE

1   LEENA VARUGHESE
2  day duty coverage, and actually at this
3  point the service tends to be mostly
4  resident dependent as well, the frozen
5  sections because there is a technologist
6  who does some of the work, but personally
7  for me I just couldn't cut the specimens
8  and some of those duties would require
9  some manual dexterity.
10        So anyway, so I found the request
11  for a doctor's note rather unreasonable,
12  because I did go to work that day for
13  cytogenetics rotation and I was working
14  with the staff there.
15        Dr. Najfeld was not there that day,
16  and anyway in order for me to get a -- so
17  I just thought it was unreasonable because
18  I would have to leave work and get a note.
19        I also did -- I didn't change my
20  rationale for refusing the assignment, and
21  I did not believe I was dishonest or
22  insubordinate in these matters.
23        I mentioned at a later date that I
24  did not think that it is ideal for me to
25  have to lose out on the limited time on CP

1   LEENA VARUGHESE
2  rotations to cover AP service, similarly
3  because CP service is about 18 months and
4  AP service is about 36 months.
5        Personally I am not even -- I don't
6  think I am getting actually 18 months of
7  CP even though it's being stated that it
8  is CP by Dr. Lento.
9        So, I really am concerned that I
10  have the adequate time that I need for CP.
11        And last year there was a strict
12  prohibition of course within reason from
13  asking a senior resident on CP service to
14  cover AP services.
15        And this is not meaning like you
16  can't teach, of course, as a senior
17  resident you have to go and teach and do
18  all that, but from saying that you're
19  assigned to like the service if you really
20  need that requirement.
21        Finally, point 2, surgical coverage
22  on August 12th, so basically on August 12,
23  2011 I was asked to cover the surgical
24  pathology service by an e-mail from
25  Dr. Jordan, the Chief Resident who was on

1   LEENA VARUGHESE
2  an away in Pennsylvania.
3        Dr. Jordan did not ask me to reply
4  to her, you can check the e-mail, it was a
5  little bit -- it was one of Elizabeth's
6  but she doesn't specifically ask me to
7  respond to her, and since I had this
8  discussion with her the Friday before
9  about the new policies in the Department,
10  I had a chance to review it and I decided
11  okay, if she says that I have to cover, it
12  just means that I am going to have to
13  cover, if I couldn't, I would have to tell
14  her.
15        Her rationale is that I'm not
16  telling her that I'm covering, but I
17  didn't think it was up to me at this
18  point, because I have to cover.
19        Anyway, so there was -- I
20  acknowledged her e-mail and I planned to
21  cover the service, if I was unable to
22  cover the service of course I would have
23  informed her.
24        But you have to also remember that
25  I have other responsibilities such as

1   LEENA VARUGHESE
2  going to cytogenetics so I had to meet
3  with Dr. Najfeld for the exit interview
4  which I expected would be somewhat
5  challenging,
6        I needed to prepare for this, I
7  spoke to her briefly regarding what I had
8  learned while I was on cytogenetics for
9  two weeks and she asked me questions on
10  techniques and methods in cytogenetics,
11  principles in cytogenetics and also
12  specific translocations associated with
13  different diseases, she also had me
14  complete the karyotype for the case that I
15  had to present, and I feel that at this
16  point I was ready to karyotype a case
17  somewhat competently.
18        So it was good that I didn't
19  present the case because before that I
20  would not have been able to karyotype this
21  case anyway, so I karyotyped the case and
22  I presented the same case the following
23  Tuesday.
24        During the midst of this Dr. Lento
25  calls cytogenetics lab and accuses me of

Page 298

LEENA VARUGHESE

1           LEENA VARUGHESE
2   not answering his pages. I never received
3   these pages and I apologized to him if he
4   had paged me and I did not call him back.
5       He then asked me if I knew that I
6   was covering and I said yes, I would be
7   covering for the afternoon and I also felt
8   confident that Dr. Lento would relay this
9   appropriate message to Adrienne Jordan and
10  I proceeded to work on my cytogenetics
11  rotations at that point.
12      Point 3, unprofessional response to
13  request for change of elective rotation.
14      So on August 3, 2011 I requested a
15  change from GI pathology to dermopath
16  directly to Dr. Firpa,
17      I was told by Dr. Firpa that the
18  change would be fine if he had clearance
19  from Dr. Blejwas and that he would contact
20  her the following day.
21      I spoke to him again on August 24th
22  of 2011 and he said that he was busy and
23  was not able to consider the request --
24  consider my request to switch to
25  dermopath.

Page 299

LEENA VARUGHESE

1           LEENA VARUGHESE
2       Finally, my request was denied on
3   September 7th.
4       I spoke to Dr. Firpa in person to
5   discuss why my request was denied, and he
6   initially told me that Dr. Blejwas had
7   approved my request.
8       I had also spoken to Dr. Harpaz
9   several times at this point, I spoke to
10  him on August 24th because I was on call
11  at the hospital, so I spoke to him about
12  5:30 or so, and then I spoke to him again
13  on September 1st when I arrived back at
14  the hospital.
15      So he had told me that he was
16  amenable to me changing from GI pathology
17  to any other elective of my choosing, as
18  long as he had coverage.
19      So, basically I talked to Dr.
20  Harpaz and he said that he was amenable to
21  my request if he had a medical student or
22  resident who was on the service, but any
23  way I just accepted at this point that my
24  request was denied and I was going to have
25  to do GI whether I liked it or not, and

Page 300

LEENA VARUGHESE

1           LEENA VARUGHESE
2   that was fine, I figured okay, you know,
3   it's an elective, great, I'll just do the
4   elective at this point.
5       But I was e-mailed on like a day
6   following that or two days following that
7   by Dr. Jordan stating that Dr. Firpa had
8   spoken to her about the GI elective and if
9   I wanted to switch it I would have to
10  speak to Dr. You, who was the only person
11  who could switch with me, it was just very
12  confusing for me and she just mandated
13  that I only speak with Dr. You, I only
14  e-mail him with Dr. Firpa cc'd.
15      And she stated I couldn't directly
16  approach Dr. You or talk to him or talk to
17  any other residents in the Department.
18      That event effectively prevents me
19  from doing my job, if there are other
20  residents interested in doing the
21  elective, that means I can switch to a
22  different elective, but Dr. Adrienne
23  Jordan is basically saying that I am only
24  allowed to talk to Dr. You, she is the
25  only person who can switch with you and

Page 301

LEENA VARUGHESE

1           LEENA VARUGHESE
2   you have to do it in this particular
3   format; don't approach this person.
4       I mean it's just rather strange.
5       Anyway, so anyway so I spoke with
6   Dr. Firpa that day, that was around
7   lunchtime, he claims that I was being
8   loud, but when I left his office he said I
9   can -- he has an open door policy and I
10  can bring my concerns to him in the
11  future.
12      So I just thought we left
13  everything off on a nice cordial note, not
14  necessarily that he was very upset with me
15  and he felt that I was yelling at him.
16      So anyway, eventually I spoke to
17  Dr. Elise Suarez who was the GI fellow at
18  the moment, and I made arrangements with
19  her for the week of October 2nd because I
20  wanted to attend the Ossler, I imagine
21  even if I were to be on GI elective I
22  would be allowed to attend the Ossler
23  review course, which was coming up soon,
24  so I made arrangements with her and she
25  said that was fine, she's happy to cover

76 (Pages 298 to 301)

LEENA VARUGHESE

1
2 for one week, and then basically I found
3 out when I got the summary suspension
4 that, you know, this was all misconstrued
5 as being unresolved.
6        Anyway moving on, Moore conference
7 attendance and adherence to departmental
8 policy.
9        On August 29, 2011 I was sent an
10 e-mail stating I had not attended 80
11 percent of the conferences during period
12 2.
13        This new conference attendance
14 policy was instituted on on August 15th by
15 Dr. Adrienne Jordan as I had signed an
16 acknowledgment of receipt and I also
17 submitted and signed the acknowledgment of
18 receiving and reviewing this new policies
19 on August 15th.
20        Dr. Adrienne Jordan, the co-Chief,
21 was not at the hospital for that period
22 and Dr. Elizabeth Morency, the other Chief
23 Resident, was on vacation for the first
24 two weeks of this rotation.
25        On September 13, 2011 I called out

LEENA VARUGHESE

1
2 sick, however I had hoped that I would
3 recover and present a brief surgical
4 pathology lecture.
5        Dr. Adrienne Jordan was not
6 satisfied with the topic and wanted me to
7 present on some other list of topics,
8        I did not have the adequate time to
9 prepare a new presentation when I wasn't
10 feeling well, the following day, September
11 14th I did not feel significantly better
12 so I called out sick again.
13        Soon after on September 14th when I
14 was out sick I was sent another e-mail
15 stating I had to present on September 15th
16 because a fellow who had been scheduled to
17 present for several months prior would not
18 be presenting.
19        I attended the September 15th
20 conference but I could not present because
21 I did not have adequate time to prepare
22 the presentation.
23        Following this the Department
24 decided to refer me to physician wellness
25 committee for the second time because I

LEENA VARUGHESE

1
2 didn't present at the conference.
3        It states that, there was an e-mail
4 sent to me by Dr. Hughes of the physician
5 wellness committee that states that its
6 because I didn't present at a conference.
7        It's one of my exhibits.  So that's
8 Exhibit 21.
9        The fellow, Dr. Robert Guarino who
10 was initially assigned to present on
11 August 14th and given ample time to
12 prepare, I believe that was 15th,
13 September 15th and given ample time to
14 prepare, attended the conference and did
15 not present that day, that morning.
16        I did not believe my inability to
17 present a conference on a very short
18 notice is a fair reason for referral to
19 the physicians wellness committee.
20        The fellow who was initially
21 supposed to present and was in attendance
22 was not referred to the physician wellness
23 committee for not presenting.
24        Poor communication regarding leave
25 of absence.

LEENA VARUGHESE

1
2        Dr. Firpa did not meet with me to
3 discuss an early departure from the
4 residence conference on Thursday as
5 mentioned above.
6        Later that morning on September
7 15th, Dr. Firpa asked me how I was
8 feeling, I had taken two sick days
9 previously and I said that I was well, but
10 I was considering taking a month off
11 through the Family Medical Leave Act, if
12 it can be approved by the hospital and by
13 my doctors.
14        He stated that it may be a good
15 idea, he said that I had a lot of
16 potential and that I'm an excellent
17 resident, he stated that in the meantime
18 he wanted nothing more than for myself to
19 be able to work on hemopath without
20 additional stressors.
21        He stated that he would e-mailing
22 Dr. Jordan and would communicate directly
23 with me.
24        I also shared with him that I spoke
25 to my doctor already and that it would be

77 (Pages 302 to 305)

Page 306

LEENA VARUGHESE

1          LEENA VARUGHESE
2 at least one week before I could obtain an
3 appointment.
4        So, Dr. Firpa was aware that it
5 would take me at least one week to obtain
6 an appointment with my doctor.
7        Dr. Firpa apparently misconstrued
8 this information and he sent me an e-mail
9 and that's Exhibit 26, this e-mail was
10 sent to me on Thursday, at 3:51 p.m. by
11 Dr. Firpa, the other individual cc'd on
12 this e-mail is Bruce Peterson, Shema
13 Patel, Patrick Lento and Karen Tiger
14 Paillex.
15        I continued with my work for the
16 remainder of the day.
17        The following day, September 16th,
18 I arrived at 9:00 a.m. and continued with
19 the work for the day.
20        I received an extremely unusual
21 e-mail that afternoon from Dr. Firpa which
22 made little sense when compared to the
23 e-mail he sent to me the day before.
24        And this e-mail is exhibit -- one
25 of the exhibits from the Department.

Page 307

1          LEENA VARUGHESE
2        So this is Exhibit 16 from the
3 Department.  So e-mail sent the next
4 afternoon.
5        Which basically the sentiment and
6 the tone is completely opposite of the
7 e-mail he sent to me the day before.
8        He stated that I needed a doctor's
9 note to attend work.  He wanted doctor's
10 notes for my previous sick days to be in
11 the hospital.
12        As you are well aware and we have
13 discussed this, the HR policy, the
14 hospital policy is doctor's notes are only
15 required for three consecutive sick days
16 or if there is a call coverage issue and
17 call is not covered.
18        I received an e-mail from
19 Dr. Jordan also stating that this was the
20 case.
21        Then shortly after I received a
22 page, the same day I received a page when
23 I was in the hospital I returned that page
24 but no one answered and then around 5:30
25 p.m. I noted several e-mails from Dr.

Page 308

1          LEENA VARUGHESE
2 Hughes who stated that physician wellness
3 committee would like to speak to me.
4        Due to these confusing messages and
5 e-mails, I called my doctor and asked
6 specifically if I could proceed with the
7 family medical leave of absence, she's a
8 psychiatrist, called to inform me to speak
9 to my primary care doctor.
10        At that point I took her advice and
11 spoke to my primary care physician who has
12 known me as a patient for several years.
13        I talked with him at length about
14 my health and work related stressors.
15 After much consideration his opinion was
16 that the family medical leave of absence
17 is not necessarily warranted.
18        He said that if all my concerns
19 were due to work related stress, to please
20 call the psychiatrist again.
21        So I spoke to my psychiatrist again
22 and she refused to grant me a leave of
23 absence after a lengthy phone conference.
24        I did not attempt to leave, I did
25 not attempt to obtain a third opinion, at

Page 309

1          LEENA VARUGHESE
2 this point I resolved myself to having to
3 work through this particular situation.
4        I did not make any attempts to
5 mislead or misrepresent my intentions
6 regarding the family medical leave of
7 absence to Dr. Firpa, Human Resources,
8 physicians wellness committee, medical
9 education, Ms. Patel, et cetera.
10        In fact, I informed HR, Mr. Robert
11 Maglione, who is the administrative
12 assistant to Karen Tiger, that my
13 physicians have all denied me family
14 medical leave of absence.  This is on
15 Tuesday, around noon.
16        In the meantime, they all sent me
17 e-mails, left voice mails and so on
18 stating that their sentiment regarding my
19 right to be at work is that I do not have
20 the right to be at work.
21        In this particular circumstance I
22 felt the best course of action for me was
23 to follow hospital policy and be present
24 at work unless I was going to take a sick
25 day or be not at the hospital if I felt

78 (Pages 306 to 309)

LEENA VARUGHESE

1    LEENA VARUGHESE
2  ill.
3        I do have the right to request
4  family medical leave of absence for
5  personal health problems, I think that the
6  Federal Law states that it can be up to 12
7  months.
8        There are portions that are covered
9  by the health insurance or without pay, I
10  felt that my request was not unreasonable
11  but the communication and befudllement
12  were all a production of Dr. Firpa and Ms.
13  Patel.
14        This has been a problem for me with
15  Dr. Firpa over the past few months and
16  this is a discussion that I had already
17  had with Dr. Barnett on September 11,
18  2011.
19        So, going to 6, an incident in Ms.
20  Patel's office.
21        I spoke to Ms. Patel on September
22  19th, 2011 with Ms. Kim Berlin present
23  regarding the family medical leave.
24        Around 4:30 p.m., Ms. Patel didn't
25  verify the date and sign the forms that

1    LEENA VARUGHESE
2  they should have, that the hospital should
3  have when she gave me the form an
4  9/15/2011.
5        The following day I saw Ms. Patel
6  at the Starbucks and I said hello to be
7  polite and she started being extremely
8  confrontational
9        she said I cannot attend the
10  morning conference at 8:00 a.m, she then
11  asked me to go to her office and she
12  wouldn't allow me to leave.
13        I asked her repeatedly what the
14  issue was and whether or not I could
15  attend the 8:00 a.m. conference.  She kept
16  making several phone calls to Ms. Tiger,
17  Dr. Firpa and so on.
18        While I simply waited there in her
19  office.  She left the office and stepped
20  out for a very long time to assist a young
21  man to a nearby office, the door to her
22  office was open as I waited there, there
23  was a folder on her desk next to where I
24  placed my coffee which I leafed through
25  with no ulterior motive.

1    LEENA VARUGHESE
2        She came in soon after and accused
3  me of looking at confidential information,
4  she stated that everything in her office
5  was confidential, at which point I was
6  once again bewildered by the incongruency
7  of the situation, in regard to -- and her
8  disregard of my plans for the day which
9  was attending the conference and carry on.
10        Anyway, I had no intention of
11  rising from my chair and exploring all the
12  documents in her office, I simply looked
13  at the folder that was in front of me very
14  briefly.
15        Finally, Ms. Tiger Paillex rang Ms.
16  Patel at which point Ms. Patel insisted
17  that I walk over to HR office to meet with
18  myself, Tiger Paillex, I was effectively
19  incredulous at the turn of events and
20  summarily dumbfounded by the turn of the
21  day.
22        Ms. Tiger Paillex wanted
23  Mr. Johnson or the GME to attend the
24  meeting and waited, wanted me to wait for
25  him, however the meeting ensued shortly,

1    LEENA VARUGHESE
2  they essentially interrogated me regarding
3  my presence at work, then I'm supposed --
4  when I'm supposed to see the doctor,
5  forced me essentially to speak to Dr.
6  Hughes on the physician wellness committee
7  and essentially treated me like a
8  criminal.
9        I managed to maintain my reasonable
10  and calm nature and spoke to them.
11        I answered all their questions to
12  the best of my ability, and also I would
13  like to point out that I do have the house
14  staff policy manual here and in that the
15  family medical leave of absence can be
16  foreseeably asked up to 30 days in
17  advance, and it can be planned.
18        So I believe there isn't a real
19  issue with how I communicated with them on
20  this particular issue.
21        So anyway, in conclusion, I am a
22  fourth year resident in the final year of
23  training, the most arduous part of the
24  pathology residency training is surgical
25  pathology rotations or the AP part, where

79 (Pages 310 to 313)

Page 314

```
 1          LEENA VARUGHESE
 2  the resident is required to grow, render
 3  diagnostic information in conjunction with
 4  attending pathologists.
 5          To date I have yet to be aware of
 6  how or where I have mismanaged any case
 7  that has affected patient's outcome, and I
 8  have not.
 9          So many of the attendings that I
10  work with say that I have well studied my
11  cases usually and I use clinical and
12  pathological correlation appropriately to
13  render the pathologic diagnosis.
14          I was on call many times and
15  attendings trust me to render frozen
16  section diagnosis independently with their
17  approval, many of my evaluations including
18  my most recent surgical pathology
19  evaluations are very positive.
20          I believe that I satisfactorily
21  completed all my rotations to this point
22  despite the stress, scrutiny and
23  hostilitying directed at me.
24          I would like to call witnesses to
25  expand on all these points, but I believe
```

Page 315

```
 1          LEENA VARUGHESE
 2  the only witness that I have here is Ms.
 3  Karen Tiger Paillex.
 4          DR. WEINFELD:  You want to call
 5  the witness?
 6          DR. VARUGHESE:  Yes.
 7          MR. McEVOY:  No questions.
 8          DR. MARIN:  I would like to ask
 9  some brief questions.
10          It came to me as I was listening to
11  you that the issue when you were in
12  Starbucks you had received prior to that
13  you had received a statement you were not
14  to return to work.
15          When you were in Starbucks, were
16  you planning on coming back into the
17  hospital or were you just happened to be
18  at Starbucks and then you were recruited
19  to come to Ms. Patel's office?
20          Was it your intention to come into
21  the hospital that day?
22          DR. VARUGHESE:  Yes.
23          DR. BRONHEIM:  Even though you
24  were told to leave?
25          DR. VARUGHESE:  Well, this is
```

Page 316

```
 1          LEENA VARUGHESE
 2  Tuesday, so basically I was sent an
 3  e-mail by Dr. Firpa stating that okay,
 4  in the last --
 5          DR. MARIN:  You can let that go.
 6          DR. VARUGHESE:  Here is the
 7  thing, I'm getting conflicting messages
 8  from Dr. Firpa, this has exactly been my
 9  problem.
10          DR. MARIN:  We read the message
11  there was at least one statement that
12  was clear in that proposed letter that
13  said you were not to come in until that
14  was resolved.
15          I will just ask one question, it
16  was your intention to come in?
17          DR. VARUGHESE:  It was my
18  intention to come into work.
19          DR. MARIN:  The next question is
20  you looked at one of the files, is that
21  correct, without question, you were in
22  the office, you opened the file that
23  didn't belong to you, is that true or
24  not true?
25          DR. VARUGHESE:  That is true.
```

Page 317

```
 1          LEENA VARUGHESE
 2          DR. MARIN:  What did the file
 3  say?
 4          DR. VARUGHESE:  I wasn't trying
 5  to find anything.
 6          DR. MARIN:  I understand, but
 7  what did you see?
 8          DR. VARUGHESE:  I don't -- I
 9  didn't even really read anything.
10          DR. MARIN:  Did you think it was
11  wrong that you did that?
12          And do you think it was wrong now?
13          At the time was it wrong and do you
14  think you were wrong at this time?
15          DR. VARUGHESE:  I wasn't trying
16  to look at confidential information.
17          DR. MARIN:  I'm not asking you
18  that.
19          Do you think that having done that,
20  looked at that file at the time was wrong
21  and now after consideration do you think
22  it's wrong today?
23          DR. VARUGHESE:  I mean at the
24  time I didn't think I was doing anything
25  wrong.
```

80 (Pages 314 to 317)

Page 318

1        LEENA VARUGHESE
2        DR. MARIN:  Okay, how about
3  today?
4        DR. VARUGHESE:  Today, now that I
5  know it's confidential information --
6        DR. MARIN:  No, no, you are in
7  someone else's office you open up a file
8  on their desk, is that wrong or is that
9  not wrong?
10        DR. BRONHEIM:  Okay, that's an
11  answer.
12        DR. WEINFELD:  Why don't we --
13        DR. MARIN:  I have one more
14  question, you mentioned, and this is
15  very important, during your description
16  here you said you had this altercation
17  with the Chief Resident, and you
18  specifically said and it went into the
19  record, that you were physically abused
20  by that Chief Resident.
21        Is that what you meant to say, or
22  would you retract that statement?
23        DR. VARUGHESE:  I didn't say
24  that.
25        DR. MARIN:  You did say that.

Page 319

1        LEENA VARUGHESE
2  You may not have meant to say it, that's
3  what I want to clarify.
4        DR. VARUGHESE:  Physically.
5        DR. MARIN:  Physically, you were
6  you were stating that you were
7  physically intimidated.
8        DR. VARUGHESE:  Yes.
9        That means following me around
10  pointing at me, with very little --
11        DR. MARIN:  Did he place his
12  hands on you?  Did he hit you or did you
13  at any point feel threatened.
14        DR. VARUGHESE:  Yes, I did feel
15  threatened, yes.
16        DR. MARIN:  My last question is
17  in the entire Department of Pathology,
18  is there any attending in the Pathology
19  Department that you could call upon who
20  would be your mentor or your advocate in
21  these proceedings now or that you find
22  as a friend and a close confidante,
23  after four years in the Department?
24        DR. VARUGHESE:  Yes.
25        DR. MARIN:  Who would that be?

Page 320

1        LEENA VARUGHESE
2        DR. VARUGHESE:  Well,
3  Dr. Peterson is my advisor.
4        DR. MARIN:  Is there someone who
5  you feel would be your confidante and
6  would rise to your defense in the
7  context of all the things that have
8  happened?
9        DR. VARUGHESE:  I think most
10  people can.
11        DR. MARIN:  I'm asking not most
12  people, I'm asking you and I'm asking
13  for is there one person.
14        DR. VARUGHESE:  Who wouldn't
15  defend me and I think at that point you
16  can call in any other people.
17        DR. MARIN:  I didn't ask you that
18  question, I asked you is there a single
19  person in the Department who you could
20  go to who would rise and defend you in
21  the context of what's happening after
22  four years in the Department.
23        DR. VARUGHESE:  Yes.
24        DR. MARIN:  Who would that be?
25        DR. VARUGHESE:  There would be

Page 321

1        LEENA VARUGHESE
2  several.
3        DR. WEINFELD:  Just name one,
4  that's all we ask.
5        DR. VARUGHESE:  All right, well I
6  can say Dr. Lamp from the Bronx VA.
7        DR. MARIN:  Thank you.
8        DR. ROCCO:  I have one question.
9  So you've been accused of many things
10  today and you've kind of gone through
11  them and we listened to your
12  explanation, I just want to know out of
13  all of the things in terms of your
14  actions, do you take responsibility or
15  do you feel remorse involving any of the
16  things that you've talked about, if you
17  just think about your own actions?
18        DR. VARUGHESE:  Is there a
19  particular --
20        DR. ROCCO:  Is there anything
21  that you feel you know what, I was wrong
22  on this case and I kind of take
23  responsibility for that, out of all of
24  the incidents that we heard today?
25        Like missing call?

81 (Pages 318 to 321)

Rayvid Reporting Service
(212) 267-3877

1             LEENA VARUGHESE
2         DR. VARUGHESE:  I didn't miss
3    call.  Various.
4         DR. ROCCO:  Any of the things
5    that have been brought up today, any?
6         DR. VARUGHESE:  Well, I never
7    missed call.
8         DR. ROCCO:  That was just one
9    example, anything.
10        DR. BRONHEIM:  Do you think you
11   should have seen a psychiatrist and
12   taken medical leave?
13        DR. VARUGHESE:  What?
14        DR. BRONHEIM:  Do you think you
15   should have taken medical leave and seen
16   a phsyciatrist as recommended?
17        DR. VARUGHESE:  That's what I was
18   trying to do.
19        DR. BRONHEIM:  When?
20        DR. VARUGHESE:  When I asked for
21   the medical leave of absence.
22        DR. BRONHEIM:  But you didn't see
23   somebody.
24        DR. VARUGHESE:  I did, I spoke to
25   the psychiatrist that I was seeing and

1             LEENA VARUGHESE
2    she just felt given the circumstances
3    and she was aware of the surrounding
4    situation and the story, she didn't feel
5    comfortable given a family medical leave
6    of absence.
7         DR. LEITER:  She was seeing
8    someone outside of the hospital.
9         DR. WEINFELD:  We will have an
10   opportunity to do this if we need, why
11   don't we bring our witness in.
12        Let's do that and then we can
13   proceed.
14
15   C A R Y N   T I G E R   P A I L L E X,
16   called as a witness, having been first
17   duly sworn by the Notary Public, was
18   examined and testified as follows:
19
20        DR. WEINFELD:  Dr. Varughese, go
21   ahead.
22
23   DIRECT EXAMINATION BY DR. VARUGHESE:
24
25        Q     So, can you please describe what

1             **LEENA VARUGHESE**
2    **the reason was that I came to see you on**
3    **Tuesday, for the family, this wasn't on Tuesday**
4    **morning, Shema Patel called you?**
5         A     The last time I met with you?
6         **Q     Yes.**
7         A     Shema called me because the
8    Department had met with you, you had told them
9    that you were not able to work, that you were
10   not feeling well, you had taken a couple of
11   days off prior and the Department allowed you
12   the time to get off, that your well-being was
13   most important and that you see your physician.
14        They gave you the time off on
15   that Tuesday, they found out after numerous
16   e-mails and calls that you didn't respond to,
17   that you were actually working in the
18   Department during the days even though the
19   Department had given you off.
20        So they asked me to meet with
21   you for a couple of reasons, one being that
22   they were concerned about your well-being and
23   wanted to know about your FMLA status.
24        One being that they were
25   constantly contacting you and you weren't being

1             LEENA VARUGHESE
2    responsive.
3         And you were showing up to work
4    even though they asked you not to, until you
5    had medical documentation.
6         And that you were in Shema's
7    office and when she left you in her office you
8    were going through files on her desk.
9         So I asked to meet with you to
10   follow up with those issues.
11        **Q     What is the hospital policy**
12   **regarding the Family Medical Leave Act?**
13        A     What is?
14        **Q     Can I plan that in advance?  Can**
15   **I request, can I foresee that I may need a**
16   **family medical leave of absence?**
17        A     Sure, that's what you did and
18   you were provided the documentation, but you
19   continued to come to work and the reason why
20   you were asked not to come to work is because
21   you were saying that you weren't feeling well
22   and you weren't feeling well enough to work,
23   that's why they not only -- the Department not
24   only asked you if you had an appointment with
25   your doctor, but they also offered to get an

LEENA VARUGHESE

1  appointment because you had told them that you
2  weren't going to be able to get a doctor's
3  appointment until the following week.
4      When I met with you that
5  Tuesday, you had told me that you went to your
6  psychiatrist the week before and they wouldn't
7  grant you a family leave and they told you to
8  go see your primary care physician.
9      And you were going to see your
10 primary care physician that afternoon.
11     During that same meeting I asked
12 you if you got ahold of Dr. Dan Hughes because
13 he was trying to reach out to you, and you said
14 no, because you didn't want to deal with him.
15     We explained to you that he was
16 part of physicians wellness and you needed to
17 reach out to him, and we actually called him,
18 if you recall, in my office and had the two of
19 you talk and actually scheduled an appointment
20 for that Thursday to follow up.
21  **Q   So here is the thing Dr. Firpa**
22  **sent me an e-mail on Thursday at 3:51 p.m.**
23  **basically saying what the circumstances were**
24  **regarding the sick day and how he understood.**

LEENA VARUGHESE

1  **In fact, let me just quote him**
2  **here.**
3      DR. MARIN:  You will have to have
4  a question.
5      DR. WEINFELD:  Are you coming to
6  a question?
7      DR. BRONHEIM:  You can sum up
8  later.
9      DR. WEINFELD:  Are you coming to
10 a question?
11     DR. VARUGHESE:  Yes.
12  **Q   So basically he says that I'm**
13  **sorry you could not get an appointment with**
14  **your physician sooner than next week.**
15      **Since your health is paramount**
16  **to all of us, please meet with Dr. Peterson and**
17  **discuss the situation candidly.**
18      **And he also says, just referring**
19  **to the family medical leave, as you asked of**
20  **me, I will wait to inform the Chief Residents**
21  **to remove from the rotation schedule until you**
22  **obtain and provide this doctor's note and I**
23  **think Dr. Firpa is referring to the family**
24  **medical leave having that form filled out by my**

LEENA VARUGHESE

1  **doctor?**
2      A   The paperwork.
3      **Q   The paperwork before he**
4  **instructs anybody that I'm not going to be in**
5  **the hospital.**
6      DR. WEINFELD:  So what's the
7  question?
8      **Q   So, were you surprised that now**
9  **I don't have this document yet, but everybody**
10 **is asking me not to be at work?**
11     A   Am I surprised at what?
12     **Q   Like why is that, why is**
13 **everyone asking me?**
14      **I mean I am well, I am**
15 **interacting with my mentor, I am signing out**
16 **all the cases without any mistakes and this is**
17 **Thursday, Friday, Monday, Tuesday, so what do**
18 **you think, why do you think people are saying**
19 **that I shouldn't be, after understanding what I**
20 **conveyed, saying that, you know, now I'm here,**
21 **you know, I will have to get a doctor's note in**
22 **the future, and Dr. Firpa had understood that,**
23 **then going back and claiming that I'm not well**
24 **enough now and I need to get a doctor's note in**

LEENA VARUGHESE

1  **order to be on the floor on I guess Monday was**
2  **and then Tuesday?**
3      DR. WEINFELD:  So what's the
4  question for Ms. Tiger?
5      **Q   So do you think that's a**
6  **reasonable thing to do?**
7      A   You are asking my opinion on
8  whether or not I think?
9      **Q   I am asking you like what is the**
10 **protocol for something like that?**
11     A   I think if the Department, if
12 you tell the Department that you do not feel
13 well enough to work, they should and did try to
14 make every effort to get you to a doctor to
15 help you.
16      DR. WEINFELD:  Could I interrupt
17 you for a second.  I'm not sure it's
18 clear what your official position is at
19 Mount Sinai, so I would like to ask what
20 your position is in Mount Sinai.
21      THE WITNESS:  My position is
22 Director of Human Resources for the
23 School of Medicine.
24     **Q   I met with you on Tuesday**

83 (Pages 326 to 329)

                    LEENA VARUGHESE
1
2   morning and what did you think of -- you spoke
3   to me and we had a one hour long conversation
4   with you, me and Mr. Johnson, so did you think
5   that I was so ill that I couldn't at work?
6        A    I'm not a physician, so I can't
7   answer whether or not you are ill.
8        So --
9        Q    So the hospital policy is I can
10  foresee a family medical leave absence or a
11  leave of absence for up to 30 days in advance,
12  right, and I can take the time I need to come
13  up with the documentation?
14       A    I don't understand your
15  question.
16       Q    The Human Resources policy --
17       DR. MARIN:  I think we have
18  already established that's well
19  documented in the hospital policies, we
20  don't need to go through it again.
21       Q    So the HR policy on sick days,
22  it's after three days that I have to bring a
23  doctor's note?
24       After three days?
25       A    In the house staff manual?

1                LEENA VARUGHESE
2        Q    Yes.
3        A    I would have to check.
4        Q    I don't think it's in the house
5   staff manual, it's in a different manual.
6        So it's basically three days
7   unless it's call, so there is no real reason to
8   ask me to bring a doctor's note.
9        DR. BRONHEIM:  That's different
10       from being asked by your Department to
11       take a leave.
12       You are asking about the medical
13       illness like the flue versus your being
14       formally asked by letter to take a leave,
15       that's a different, those are different
16       issues.
17       DR. VARUGHESE:  Well, I requested
18       a leave, they were not asking me to take
19       a leave.
20       DR. BRONHEIM:  Okay.
21       Q    So I filed a grievance with you
22  in December sometime regarding the academic
23  advisement and you never -- when did you get
24  back to me about the findings related to that
25  particular complaint?

1                LEENA VARUGHESE
2        A    I don't think your claim was on
3   the academic advisement, I think it was on
4   harassment.
5        And I investigated the
6   harassment claim and issued a decision.
7        In my findings --
8        Q    At what point?
9        A    Sometime in April.
10       Q    Sometime in April?
11       A    Yes.
12       DR. WEINFELD:  Who gets a copy of
13       that decision?
14       THE WITNESS:  Of the?
15       DR. WEINFELD:  It says the
16       findings of the grievance.
17       THE WITNESS:  I sent Dr.
18       Varughese a copy of my decision and the
19       Department was made aware of my
20       decision.
21       DR. BRONHEIM:  Can you tell us
22       what it was?
23       THE WITNESS:  I did not find
24       harassment.
25       DR. BRONHEIM:  By Dr. Najfeld?

1                LEENA VARUGHESE
2        THE WITNESS:  Yes.
3        DR. WEINFELD:  I have a question,
4        Dr. Varughese said that she never heard
5        back and you are saying that a decision
6        was sent to her and to the Department?
7        THE WITNESS:  Right, we actually
8        met and I met with her to discuss my
9        findings and then I gave her a
10       formalized letter.
11       DR. WEINFELD:  Does that jog your
12       memory at all?
13       DR. VARUGHESE:  Yes, I was being
14       continued on academic advisement I had
15       to go through the physician wellness
16       committee, all these things were
17       happening and I was just getting more
18       and more worried and then finally I
19       reached out to Karen, Ms. Tiger because
20       I felt like I didn't know what their
21       findings were, and I'm still on all
22       these actions were taken against me and
23       there is nothing is resolved and this
24       keeps continuing onward and onward.
25       DR. WEINFELD:  The question was

84 (Pages 330 to 333)

Page 334

LEENA VARUGHESE

1    did you receive a response.
2
3    DR. VARUGHESE:  I contacted her
4    then she gave me --
5    DR. WEINFELD:  Did you --
6    DR. VARUGHESE:  Yes, she gave me
7    a document stating that that was her
8    finding at that point, a month before.
9    DR. WEINFELD:  Any other
10   questions for Ms. Tiger Paillex?
11   DR. VARUGHESE:  No.
12   DR. WEINFELD:  Any questions from
13   the Department of Pathology?
14   DR. FIRPA:  No.
15   DR. WEINFELD:  Questions from the
16   Committee?
17   Thank you for staying.
18   DR. WEINFELD:  Dr. Varughese, any
19   other witnesses you would like to call?
20   DR. VARUGHESE:  Well, I don't
21   think anyone else is out there, so --
22   DR. WEINFELD:  Do you need more
23   time to coordinate witnesses?  I mean to
24   present additional evidence on your
25   behalf?

Page 335

LEENA VARUGHESE

1
2    DR. LEITER:  Did you want to
3    summarize or say anything else?
4    DR. WEINFELD:  We are not there
5    yet.
6    DR. VARUGHESE:  Can you give me a
7    minute?
8    DR. WEINFELD:  Sure.
9    Anything further, Dr. Varughese,
10   that you want, any further witnesses?
11   DR. VARUGHESE:  I mean I don't
12   think I want to call -- I had a witness
13   list but no one is here, so I think I
14   would just like to conclude the hearing.
15   DR. WEINFELD:  I just wanted to
16   ask, if you have any objection to the
17   proceedings that took place today,
18   anything that -- the conduction of this
19   hearing that you want to put on record?
20   DR. VARUGHESE:  No.
21   DR. WEINFELD:  Okay, any closing
22   statements, concluding remarks by either
23   Dr. Varughese or Department of
24   Pathology?
25   MR. McEVOY:  If the Committee

Page 336

LEENA VARUGHESE

1
2    would like one, we can certainly do it.
3    DR. WEINFELD:  We would have
4    liked it four hours ago, but if you
5    would like it you can have one now, too,
6    it's okay.
7    MR. McEVOY:  Dr. Varughese gets
8    to go first.
9    DR. WEINFELD:  Do you want to
10   make any concluding remarks?
11   DR. VARUGHESE:  Yes, I would like
12   to make concluding remarks.
13   So basically all the points listed
14   in the summary suspension termination
15   letter were not previously mentioned to me
16   as possible reasons for termination.
17   While I was on a final warning,
18   meaning disciplinary due to issues prior
19   to either Dr. Cordone-Cardo or Dr. Firpa's
20   arrival, I feel that they have played a
21   major role in what has happened, and for
22   these reasons I feel that the actions
23   taken against me were both arbitrary and
24   capricious.
25   And, in fact, the way it was

Page 337

LEENA VARUGHESE

1
2    conducted by asking Dr. Firpa, Tiger
3    Paillex, having several security personnel
4    while all the residents were in the
5    residents room and I was being essentially
6    asked to leave the premises while I wasn't
7    doing anything wrong, other than being at
8    work and as approved by both my
9    physicians.
10   So I did what I could, I calmly
11   collected my things from my desk and I was
12   escorted by security and I left the
13   hospital.
14   In the past I have worked with good
15   faith with my superiors, including Dr.
16   Lento, but I feel that he has been very
17   dishonest and not very forthright in his
18   dealings with me in the past year.
19   I have also been suspended and
20   terminated in my final year as I prepare
21   to take my Board examination, including
22   having paid for the Ossler course out of
23   my own pocket and the Department is paying
24   for everybody else.
25   So I do believe that I am treated

85 (Pages 334 to 337)

Page 338

LEENA VARUGHESE

1 unfairly on a daily basis and, in fact,
2 once again these actions are very
3 arbitrary and capricious, and although I
4 don't have a lawyer here, I do have legal
5 counsel who advises me and I will have to
6 take whatever actions I need to.
7     But I felt this was a peer-to-peer
8 review Committee and I feel very
9 comfortable and calm that the Committee is
10 competent and I don't need to have legal
11 counsel, per se.
12     And finally, in conclusion, I
13 basically I worked with the Department of
14 Pathology and the pathology residency
15 program at Mount Sinai Hospital, I
16 performed all my duties to my most
17 capability and very competently.
18     I have attempted to reconcile my
19 differences with the former director, Dr.
20 Lento and I also feel that I have had to
21 attend and I have also tried to attend
22 therapy for related stressors, et cetera,
23 due to this particular -- due to
24 specifically what's happening.
25

Page 339

LEENA VARUGHESE

1     And I had also previously requested
2 a transfer as PGY 2 and even as a PGY 3
3 with Dr. Lento because I felt that it may
4 be too -- given the circumstances it may
5 be difficult for me.
6     DR. WEINFELD:  Transfer to what?
7     DR. VARUGHESE:  To a different
8 program, however I felt that I could
9 successfully complete the training given
10 a fair opportunity to do so and by
11 removing the ambivalent, arbitrary and
12 capricious actions taken against me over
13 the past year.
14     Since my formal complaint with
15 Samuel McCash inherently committed his
16 harassing actionings, so basically I just
17 wanted to be treated fairly, I want to do
18 my job and I just want to graduate and go
19 on with my life.
20     DR. WEINFELD:  Thank you.
21     DR. VARUGHESE:  Thank you.
22     MR. McEVOY:  I think the rules
23 permit counsel to make the closing
24 statement.
25

Page 340

LEENA VARUGHESE

1     In the interests of time I would
2 request the Committee's permission to make
3 the closing statement on behalf of the
4 Department.
5     DR. WEINFELD:  Okay.
6     MR. McEVOY:  First of all, I just
7 want to refocus the Committee on the
8 fact that at least it's the Department's
9 position that the period of time we are
10 looking at here is between the final
11 warning and the discharge, roughly a
12 period of about two months, from July
13 15th to September 21st of 2011.
14     And you have heard testimony from
15 the witnesses for the department on all of
16 the incidents that form the basis of the
17 decision to terminate Dr. Varughese.
18     And you have heard Dr. Varughese
19 essentially say none of that is true,
20 everybody is wrong, everybody is out to
21 get me.
22     I don't think it serves any of our
23 interests or purpose for me to go through
24 each of those incidents in detail to
25

Page 341

LEENA VARUGHESE

1 explain why what Dr. Varughese says is
2 demonstrably not true, you have heard it,
3 you can read her self-assessment and
4 decide for yourselves whether it is really
5 what she says it is, or what Dr.
6 Cordone-Cardo says it is.
7     You can read the e-mails that show
8 that Dr. Varughese insists that she e-mail
9 the presentation to Dr. Najfeld on Friday,
10 but the e-mail shows it's on Monday, there
11 are so many of those that I wouldn't even
12 know where to start, and it would take me
13 a long time to finish.
14     But the short answer is that in
15 order to believe Dr. Varughese' version of
16 all of these incidents, you have to
17 disbelieve every witness who testified on
18 behalf of the Department.
19     That Dr. Cordone-Cardo, Dr. Firpa,
20 to Dr. Najfeld to Dr. Jordan to
21 Dr. Morency to Dr. Lento to Mr. Johnson to
22 Ms. Patel, have all made this up out of
23 hole cloth that none of these things
24 happened, even though Dr. Varughese kind
25

86 (Pages 338 to 341)

Page 342

LEENA VARUGHESE

of ultimately admits well, I did sort of
flip through a file, but can't bring
herself to say that that's wrong.

Can't bring herself to acknowledge
that that was something she shouldn't have
done, and that really is the point of all
of this.

The events that took place in a six
or eight or ten week period more than
justify the decision to terminate somebody
who is on final warning.

But the real problem I think is
that Dr. Varughese is unable to accept the
fact that she bears any responsibility for
any of this.

That she did anything wrong, that
anything that she was told to do or asked
to do or was instructed to do is
reasonable or fair and what it really
comes down to is Dr. Varughese wants to
set her own rules.

This is the -- she feels free to
ignore her program director, she feels
free to ignore her Chief Residents, she

Page 343

LEENA VARUGHESE

feels free to ignore her Chair, to ignore
the instructions of Dr. Firpa, just
because that's what she wants to do.

I don't know what the reason for
that is, I'm not sure it matters what the
reason for that is, but what it tells us
all is that there is no reasonable
expectation that if this Committee put her
back to work, that anything would change,
that she would be able to comply with the
rules and regulations of the program.

You know, my mother had an
expression when I was a, kid and she said
not everybody is out of step in the army
but you.

And in Dr. Varughese' army
everybody is out of the step in the army
but her; it doesn't work that way.

When you go to work and your
program director tells you to do
something, you do it.

There are recourses if you disagree
with it, if you think it's unfair, but you
don't get to ignore it.

Page 344

LEENA VARUGHESE

You don't get to not respond to
pages, you don't get to not respond to
e-mails.

When Dr. Firpa tells you don't come
to work, there are ways to have recourse
for that, too, but you can't ignore it and
just show up for work.

Dr. Varughese never contacted Dr.
Firpa and said I want to come to work, I
think I'm well enough to come to work,
reassess your view.

She just showed up. She never
talked to anybody about that, she follows
her own set of rules and marches to her
own drum.

Unfortunately, those set of rules
are not Mount Sinai's set of rules and
they are certainly not the Department of
Pathology's set of rules, so there is
really little doubt here that given where
she started from, the final warning, given
what took place, and her inability to
recognize that in any shape, manner or
form, she bears some responsibility.

Page 345

LEENA VARUGHESE

The question that she was asked,
did you do anything wrong?

Is there anything here that you
take any responsibility for?

The answer is no.

And that really is the point, she
takes responsibility for nothing. She
blames everyone else for her problems,
there is no evidence that anyone is
responsible for her problems, that anyone
was out to get her, that anyone had
treated her unfairly.

To the contrary, the evidence shows
everybody bent over backwards to treat her
fairly, to give her another chance to let
her succeed and she quite frankly
sabotaged herself, she hasn't followed the
rules this Committee set down, she hasn't
followed the rules pretty much from the
day she got here.

So now it's too late, quite
frankly, for her to come before the
Committee and say all this is unfair give
me another chance.

87 (Pages 342 to 345)

Page 346

```
 1          LEENA VARUGHESE
 2      She's had any number of chances,
 3  she hasn't taken advantage of those
 4  chances, by no stretch of the imagination
 5  can anyone come to the conclusion it was
 6  arbitrary and capricious for Dr.
 7  Cordone-Cardo and for Dr. Firpa to decide
 8  that there was no recourse left but to
 9  terminate here her.
10      They consulted with GME at all the
11  appropriate steps, they consulted with
12  Human Resources at all the appropriate
13  steps, I think the only conclusion the
14  Committee can reach is that there is no
15  basis to conclude that it was arbitrary
16  and capricious to terminate Dr. Varughese.
17      Thank you.
18      DR. WEINFELD:  Well, I want to
19  thank everyone for staying to this late
20  hour and appreciate everyone's efforts.
21      We are adjourned.
22
23
24
25
```

Page 347

```
 1          LEENA VARUGHESE
 2
 3      C E R T I F I C A T E
 4
 5
 6      I, STEPHEN J. MOORE, a Shorthand
 7  Reporter and Notary Public of the State of
 8  New York, do hereby certify:
 9
10      That, the Proceedings
11  hereinbefore set forth is a true and
12  accurate record of the Hearing.
13
14      I further certify that I am not
15  related to any of the parties to this
16  action by blood or marriage; and that I am
17  in no way interested in the outcome of
18  this matter.
19      _____
20      STEPHEN J. MOORE, CRR
21
22
23
24
25
```

88 (Pages 346 to 347)

**A**

**abide** 38:9
**ability** 22:4 117:18
  197:7 278:7 313:12
**able** 12:6 16:6 17:8
  19:6 27:25 33:25
  34:10,18 35:19 50:21
  51:15 52:8 53:5 54:5
  55:11 111:3 114:25
  117:4 131:12 132:7
  137:18 141:24 142:2
  142:3 146:25 147:23
  161:18 162:12 166:3
  172:7,20 179:6
  195:18 205:21
  227:24 242:3 244:9
  289:25 293:2,6,18,21
  297:20 298:23
  305:19 324:9 326:3
  343:11
**absence** 15:16 18:4
  19:9,24 32:10 44:9
  44:20 52:5 53:4,9,14
  61:21 115:2 199:17
  200:18 206:11 208:4
  219:14 221:12
  222:24 224:7,15
  229:10,15 230:22,24
  242:2,11 304:25
  308:7,16,23 309:7,14
  310:4 313:15 322:21
  323:6 325:16 330:10
  330:11
**absences** 158:7 179:2
  179:18
**absent** 36:23 113:22
  114:18 115:18,21
  123:13 136:18,21
  152:23 179:5,11
  292:24
**absolutely** 97:3
**abuse** 240:2
**abused** 318:19
**academic** 21:2 25:22
  25:25 26:8 63:11
  125:16 182:6 190:13
  190:15,22 191:5,12

191:14,15,17,19
192:3,11,16 196:15
197:18 247:20
248:25 249:5 262:5,7
266:23 269:16,24
270:17 271:8,18
278:12 279:18
280:10 283:6,21
331:22 332:3 333:14
**accept** 8:19 28:24 36:9
  48:22 139:6,12
  342:14
**acceptable** 13:20
  35:20 60:13 157:18
**accepted** 29:8 299:23
**access** 41:6,8 68:4
  186:3,4 220:7 221:3
  264:17
**accommodate** 105:23
  143:10
**accomplish** 39:21
**account** 270:9
**accountable** 12:11
**accreditation** 23:8
**accreditational** 11:15
  38:22
**accredited** 11:9 13:8
  23:24 283:2
**accurate** 228:24
  283:22 347:12
**accurately** 284:9,18
**accusations** 12:9
**accused** 211:7 281:25
  312:2 321:9
**accuses** 297:25
**ACGME** 11:15 22:3
  23:4,8,21 24:5 30:4
  30:22 33:8 34:20
  42:22 55:24 56:3
  60:12 125:18 129:18
  216:15 217:2 220:19
  221:9 234:7 235:14
  282:17,19,20,22
  283:2
**acknowledge** 38:7
  129:6,15 136:23
  157:4 180:15 342:5

**acknowledged** 20:12
  38:18 115:17 296:20
**acknowledging** 115:7
  115:24
**acknowledgment**
  52:11 115:3,6,15
  129:10,22 134:13,17
  134:24 135:14
  136:15 167:6 284:3
  302:16,17
**acquire** 22:7
**acquiring** 24:16
**act** 39:11 263:19
  305:11 325:12
**acting** 166:21 194:22
  249:8,9 263:8
**action** 6:8 8:21 13:17
  28:17 29:4 33:4 39:7
  39:8,14,18 59:5,7,8
  65:8 110:10 111:4
  115:22 192:18 223:3
  225:15 235:15
  242:21 247:3,17
  255:22 271:8 279:21
  286:11 309:22
  347:16
**actionings** 62:22
  339:17
**actions** 24:2 25:25
  36:14 169:21,24
  192:14 247:19 284:2
  285:20 321:14,17
  333:22 336:22 338:3
  338:7 339:13
**active** 6:19
**activities** 11:6 13:24
  15:7 24:3 37:8 85:3
  186:25 187:2 233:20
  288:15
**activity** 18:21 202:12
**acute** 76:23
**add** 62:24 85:19 164:2
**added** 292:18
**addition** 7:9 25:4
  48:19 169:20 177:13
**additional** 7:10 40:23
  41:9 177:19 305:20

334:24
**address** 12:5 91:24
  92:12 198:10,11
  218:14 233:3 246:16
  252:20 256:9 261:24
  270:16 281:8 286:16
**addressed** 45:13 46:18
  227:20 242:7 283:20
  284:7 286:17
**addresses** 81:6 92:2
  144:25 270:21
**addressing** 6:25
**adequate** 57:15
  100:25 104:11
  146:19 153:11 277:5
  295:10 303:8,21
**adequately** 100:15,23
**Aderol** 243:22
**adhered** 111:10
**adherence** 302:7
**adjourned** 346:21
**administration** 156:14
  266:23
**administrative** 239:9
  309:11
**administrator** 26:10
  37:22 199:3,5 263:8
  266:20
**admits** 342:2
**admitted** 25:13 215:4
  243:21
**Adolfo** 2:16 4:20 11:4
  92:7
**Adrienne** 120:23
  121:4 298:9 300:22
  302:15,20 303:5
**advance** 137:20 152:7
  174:14,16 187:13,18
  313:17 325:14
  330:11
**advanced** 23:14
**advantage** 346:3
**adverse** 6:8
**advice** 6:22 8:15 28:21
  217:5,15 219:8 223:6
  247:7,8 274:18 277:5
  308:10

**advise** 276:6 285:16
**advised** 19:20 218:13
  247:2 260:7 264:25
**advisement** 25:23 26:2
  26:8 45:6 63:11
  190:14,15,18,23
  191:6,12,14,15,18,20
  192:3,11,16 196:11
  196:15 197:19
  247:20 248:25 249:5
  262:5,7 269:16,24
  270:17 271:9 278:13
  279:19 280:10 283:6
  283:21 331:23 332:3
  333:14
**advises** 338:6
**advising** 217:9,10,11
**advisor** 25:2 320:3
**advocate** 319:20
**Affairs** 1:5 3:21
**affect** 16:16 50:18
  175:17
**affiliated** 110:6
**affirmed** 67:15
**afford** 268:7
**afraid** 16:20
**afternoon** 20:2 42:17
  43:7 46:16 70:17,20
  77:25 78:16 79:5
  95:16,18 96:3 117:19
  121:23 122:4 173:19
  206:17 230:14
  289:17 298:7 306:21
  307:4 326:11
**ago** 77:4 135:17,18
  152:5 234:2 257:14
  336:4
**agree** 33:19 118:4
  200:11 255:25
  270:21
**agreed** 19:4 29:8
  30:15 31:16 33:7
  35:16 38:24 39:2
  41:6 160:22 161:3
  241:15
**agreeing** 122:17
**agreement** 44:3 245:4

262:11 264:10
**ahead** 30:13 50:2
  59:21 82:19 99:24
  109:24 188:4 189:7
  191:25 212:9 213:13
  219:11 230:11
  231:25 266:18
  323:21
**ahold** 120:2 326:13
**Akozi** 163:8,12
**alleged** 117:7
**allow** 36:5 49:14
  125:22,24 311:12
**allowed** 58:15 61:2
  85:23 175:3 176:3
  300:24 301:22
  324:11
**allowing** 125:23
**alteration** 174:18
**altercation** 197:2,5
  240:16 250:9,13
  278:14 318:16
**altercations** 196:17,22
  250:7
**alternate** 127:15
  179:20
**Ambien** 243:21
**ambition** 82:18
**ambivalent** 339:12
**amenable** 299:16,20
**amount** 47:20 86:13
  243:17 284:19
**ample** 304:11,13
**anatomic** 21:21 56:22
  77:24 79:4 99:3
  112:23 121:17
  218:23 220:11
**ancillary** 25:6
**anesthesiology** 4:12
**anew** 247:24
**anger** 245:9 258:14
**angry** 258:19
**Annenberg** 199:25
**answer** 54:6 66:13
  77:8 79:18,20 111:22
  185:19 186:17 195:3
  195:16 223:25

225:20 234:10 246:7
  277:19 318:11 330:7
  341:15 345:6
**answered** 56:11
  100:11 162:18
  185:21 236:23 273:8
  307:24 313:11
**answering** 73:3 298:2
**answers** 274:12
**antagonistic** 283:13
**anticipating** 35:11
**anybody** 65:14 75:23
  80:6 89:12 96:22
  99:19 100:19 180:15
  328:5 344:14
**anymore** 17:21
**anyway** 91:19 140:10
  164:18 253:14
  268:22 282:25
  290:13 291:21
  294:10,16 296:19
  297:21 301:5,5,16
  302:6 312:10 313:21
**AP** 22:14,14 218:23
  295:2,4,14 313:25
**APC** 25:10
**APL** 76:23 77:2,9
  82:21 99:25
**apologize** 93:14
  145:22
**apologized** 145:18
  298:3
**apologizing** 42:11
  132:3
**apology** 279:12
**appalled** 75:25
**apparen** 40:14
**apparent** 20:10 31:20
  40:9,23 227:12
**apparently** 69:9,10
  178:14 289:24 306:7
**appeal** 1:1 3:7,14,23
  5:16 7:12 47:21
  63:15
**appear** 5:14 201:6
  252:10
**appearance** 15:25

16:10 50:11
**appeared** 38:13
**appearing** 108:12
  222:11
**appears** 263:13
**APPELANT** 2:23
**application** 19:23
  35:12 200:9 224:6
**apply** 6:14 35:10
**appointed** 26:4
**appointment** 42:12
  124:20 138:23 200:9
  225:17,22 259:24
  260:2 306:3,6 325:24
  326:2,4,20 327:14
**appointments** 125:25
**appreciate** 39:9
  346:20
**approach** 300:16
  301:3
**approached** 41:19
  178:9 202:6 209:15
  270:10 279:4
**approaching** 104:22
**appropriate** 63:21
  64:18 87:14 113:19
  137:10 147:12
  149:12,16 151:24
  153:11 176:14 213:4
  215:7 242:8,20
  284:19 298:9 346:11
  346:12
**appropriately** 154:5
  242:22 314:12
**appropriate.Dr** 86:25
**approval** 200:22
  221:15 314:17
**approve** 53:14 127:15
  208:4,15
**approved** 129:11
  176:10 253:9 299:7
  305:12 337:8
**approximately** 135:10
  291:2
**April** 192:24 193:24
  194:21 246:4 261:11
  261:20 268:20,21

269:3 280:4 285:16
285:16 332:9,10
**Ara** 181:3
**arbiter** 256:21
**arbitrarily** 150:13
**arbitrary** 6:9 11:25
48:6 65:10 147:25
150:21 151:2 267:22
336:23 338:4 339:12
346:6,15
**arduous** 313:23
**area** 259:17
**areas** 23:9,17 29:25
34:20 35:3 60:15
**arguing** 47:13
**argument** 40:22 47:17
**arguments** 41:21 43:3
**arm** 117:3 137:17,19
138:5 238:24 293:7,8
**army** 343:15,17,18
**arrange** 15:22 19:9
34:8 223:10,11
**arranged** 40:25
223:23 225:22
**arrangement** 16:7
**arrangements** 18:16
41:24 55:13 301:18
301:24
**arranging** 113:21
**arrival** 17:9 246:9,10
262:14 336:20
**arrivals** 32:5
**arrive** 17:8 51:11
194:20
**arrived** 51:14 78:22
194:16 244:14
245:20,23 246:18
247:21 261:17
268:18 271:11 290:2
299:13 306:18
**articulates** 48:23
**ascertain** 30:16 33:25
**ascertained** 35:18
**asked** 17:12,14,24
30:24 33:24 40:6
45:13 51:22 69:23
70:7 75:22 76:25

77:23 82:21 84:8,9
84:11 85:7 89:4
100:8,25 114:13
117:21 120:6 123:16
137:23,25 140:12
152:4 178:23 179:15
179:21 202:18
203:21 204:2 205:20
205:21 208:13,22
209:10,23 224:21,24
225:3,24 237:11,19
249:2,13 250:24
253:16 262:8 263:2
263:14,17,18 264:18
267:6 269:20 274:4
277:4 279:9,15
282:19 287:15 289:5
290:20 291:7 292:23
295:23 297:9 298:5
305:7 308:5 311:11
311:13 313:16
320:18 322:20
324:20 325:4,9,20,24
326:12 327:20
331:10,14 337:6
342:18 345:2
**asking** 9:24 48:19
64:17 72:21 76:7
88:3 103:22 117:16
117:25 122:10
123:12 124:17 127:5
129:17,21,23 135:21
135:22 144:24
160:12 162:19
208:10 232:4 236:17
248:23 277:8 288:6
295:13 317:17
320:11,12,12 328:11
328:14 329:8,10
331:12,18 337:2
**aspect** 65:9
**assess** 11:13 17:7 75:9
216:7
**assessment** 60:22
222:23 223:10,12,14
237:18
**assigned** 23:16 29:19

32:3 119:4,6 126:23
127:21 163:7 170:22
174:6 295:19 304:10
**assignment** 31:3 95:16
220:10 294:20
**assist** 216:10 311:20
**assistance** 220:23
**assistant** 309:12
**assistants** 25:8
**assisted** 54:25
**assisting** 4:17,22,25
**Associate** 110:3
238:18 241:11
**associated** 100:10
297:12
**assumed** 90:18 144:16
145:22
**assuming** 145:18
**assumptions** 145:25
**assurance** 239:3
**assure** 7:11 271:18
**assured** 221:6
**attached** 278:24
292:11
**attain** 216:20
**attempt** 15:5 119:12
201:8 308:24,25
**attempted** 338:19
**attempts** 309:4
**attend** 41:24 125:17
130:25 150:18
152:20 154:3 195:11
195:19 291:15
301:20,22 307:9
311:9,15 312:23
338:22,22
**attendance** 37:7 77:11
78:12 115:22 124:25
125:14 126:20 130:7
131:20 154:4,9
156:18 157:2 165:13
178:19,22 302:7,13
304:21
**attended** 152:22
302:10 303:19
304:14
**attendees** 291:8

**attending** 130:18
153:5 240:25 256:21
257:4,5 312:9 314:4
319:18
**attendings** 36:13 44:3
314:9,15
**attention** 29:25 30:25
73:6 76:22 81:4
101:20 218:23
288:11
**attitude** 32:11 40:10
281:12 283:14
**attorney** 5:13
**attorneys** 6:22
**August** 27:21 37:20
58:5,6 69:8,13,21
73:21 92:25 93:9,12
101:25 102:7,10,24
108:24 109:5 114:4,6
116:3 117:14 118:20
129:7 130:5 140:12
155:3 156:24 171:15
183:7 187:5 234:17
288:13 292:23,25
295:22,22 298:14,21
299:10 302:9,14,19
304:11
**author** 264:19
**authority** 38:10
132:15,23 233:20
234:8,11 243:7
**authorized** 13:16
**automatically** 240:3
**autopsies** 22:20 34:5
54:21,24 55:7,11
56:2 57:23 169:19
184:19
**autopsy** 22:15,18,22
23:2 34:11 169:4
183:24 184:3
**available** 23:15 24:23
38:15,16 42:3 49:9
58:13 122:18 130:21
131:18 159:20 252:9
257:5 276:18 291:25
**Avenue** 2:20
**averaged** 126:5

**avoid** 33:11 48:24
267:4
**aware** 39:6 43:20
69:15 88:22 89:2
106:25 114:19,22
115:8 118:17 121:20
121:22 122:11
129:12,15 133:7
134:5 174:23 178:17
179:8 180:10 181:13
181:18 195:8,22
200:17,20 217:25
218:10,21 219:12,15
221:13,17,20 229:8
232:13 236:25 237:4
247:18,19 248:12
249:12 259:12,18
269:23 271:5 272:15
306:4 307:12 314:5
323:3 332:19
**a.m** 42:8 93:25 125:21
128:6,7 131:2 202:2
202:3 210:14 291:4
291:20 306:18
311:10,15

**B**

**B** 6:5 107:23 155:15
**back** 19:21 51:20
70:18 71:10,22 79:21
81:24 82:2,22 97:21
99:2 100:3 112:7
117:17 124:12
131:17 132:3 135:6
145:17 155:20
158:15 159:3,3
167:23 196:11 198:8
200:14 203:2 212:12
214:3 218:15 221:11
222:15 233:10,25
248:18 249:13 252:2
265:24 266:5 272:3
277:6 289:22 290:13
291:2 298:4 299:13
315:16 328:24
331:24 333:5 343:10
**backdate** 207:19
**backdated** 207:17

**backdating** 208:6
**backing** 241:8
**backup** 241:25
**backwards** 345:15
**bad** 17:21 81:3
**balanced** 218:24
**bank** 23:10
**Barnett** 105:8 106:18
107:8,10,19 310:17
**based** 6:16 14:9 24:7,9
24:11 30:5 42:22
59:16 88:23 171:25
173:2 179:3 196:16
242:18 245:10
252:24 254:23
258:16
**basic** 32:8 214:15
287:22
**basically** 69:24 70:10
78:3 80:5 81:12
87:23 90:13 91:18
93:22 113:20 114:10
125:23 131:18
141:16 149:5,21
150:12 151:8,13
156:15 164:24 165:8
165:22 181:10,25
187:19 188:5 192:9
193:6 197:17 207:17
213:16 214:16
251:14 278:11 280:7
285:6 286:21,25
293:6 295:22 299:19
300:23 302:2 307:5
316:2 326:24 327:13
331:6 336:13 338:14
339:17
**Basil** 283:8
**basis** 148:7 338:2
340:17 346:15
**bears** 342:15 344:25
**befudllement** 310:11
**began** 41:20 69:15
287:12,13
**beginning** 27:23 46:5
94:13 95:4 96:13
135:19 162:11

247:13 257:15 289:9
**begun** 187:20
**behalf** 5:25 10:2 43:22
145:2,10 334:25
340:4 341:19
**behave** 31:21
**behaved** 99:19
**behavior** 12:20 16:14
16:22 18:7 30:2
36:19 50:11 61:9
76:13 182:5 241:2
243:10 251:8 265:5
281:3
**behavioral** 239:23
**behaviors** 26:8 31:7,9
32:12
**believe** 56:8 108:15
115:4 126:22 130:10
130:11 143:19 163:7
163:20 164:11 172:9
172:16 174:7 176:5
179:19,23 182:22
183:13 185:2 194:8
206:8,13 210:15
234:18 268:22
278:21 281:3 283:25
284:5 286:23 288:2
292:16 294:21
304:12,16 313:18
314:20,25 337:25
341:16
**believed** 282:7
**belong** 316:23
**benefit** 68:20
**bent** 345:15
**berated** 288:23
**Berchay** 35:18
**Berlin** 310:22
**best** 48:7 118:16
120:10 139:14
143:23 278:7 292:16
309:22 313:12
**Bettencourt** 11:5
**better** 100:4 202:10
270:11 277:2 303:11
**beware** 59:2
**bewildered** 312:6

**beyond** 30:12 140:14
146:2
**big** 149:3 193:20
204:5,20 232:10
251:15,17
**binder** 26:18 196:12
215:2
**biology** 23:13
**biopsies** 121:19 122:3
122:6,13
**biopsy** 122:2
**bit** 59:25 60:23 80:5
89:6 106:3 184:9
296:5
**bi-weekly** 29:9
**Blackberry** 81:23,24
82:3,5 288:25
**blame** 250:13
**blamed** 197:24
**blames** 345:9
**blaming** 197:16
**blank** 16:16
**Blau** 121:9 122:9
**Blau's** 121:21
**Blejwas** 121:16 181:3
298:19 299:6
**block** 37:2 126:6
**blood** 23:10 347:16
**blunt** 252:23 253:2,5
**bluntly** 17:14 28:12
32:19
**board** 3:17 12:8 22:4
28:3 34:2,22 35:7,10
186:6 253:9 278:9
287:10 337:21
**boards** 31:18 55:11
56:22
**Board's** 30:17
**bone** 188:14
**book** 149:3 158:12
177:5 193:20 232:10
235:2 249:3 251:15
251:17 263:4,5 264:5
264:7,17,19,21 265:8
265:9,14,15,17
273:14,18,20,21
274:3 276:9,9,11,13

276:15,20,22 284:25
  287:17
**bother** 18:20
**bottom** 177:10,25
**bouncing** 153:17
**break** 277:18
**breast** 256:25
**brief** 303:3 315:9
**briefly** 81:11 115:13
  120:19 129:2 158:12
  177:6 196:23 219:25
  228:5 297:7 312:14
**bring** 39:2 101:20
  106:22 110:8 198:8
  301:10 323:11
  330:22 331:8 342:3,5
**bringing** 47:14
**broad** 165:24
**Bronheim** 2:6 4:6 16:9
  61:18 75:10,19 99:6
  103:9 105:4 109:4,25
  120:21 121:6 122:16
  123:3 137:4 140:2
  150:3 151:25 167:14
  170:6 185:3,6,12
  196:10,21 197:10,20
  203:10,15 204:22
  222:4,8 229:18,21,25
  231:6 235:3 244:10
  246:22 268:25 269:4
  272:12 276:4,19
  315:23 318:10
  322:10,14,19,22
  327:8 331:9,20
  332:21,25
**Bronx** 321:6
**Brooklyn** 289:23
  290:25
**brought** 44:7 55:18
  57:12 91:22 108:13
  245:23 265:8 266:14
  266:14 322:5
**browse** 115:11 117:10
  120:19
**Bruce** 306:12
**building** 209:5
**bulletin** 186:5

**bullying** 281:21
**bunch** 107:4 118:7
**business** 86:6 264:23
  264:24
**busy** 97:21 103:20
  288:17 298:22
**buy** 263:5 264:6
  276:11,13
**buying** 44:22

## C

**C** 3:3 10:16,17,17
  107:23 112:13
  155:15 260:16,16,16
  323:15 347:3,3
**cabinet** 203:6
**calendar** 108:21
  109:16 130:13
**call** 3:6 28:19 40:16
  42:13,14 46:2 48:12
  59:21 64:6 67:2
  70:24 71:9 73:6 81:4
  82:8 98:5 114:5,9
  127:22 137:8 145:7
  146:8 157:16,23
  158:2 174:10 183:23
  183:24,25 184:6
  185:7 200:14 210:8
  213:15 220:9 241:23
  273:23 278:3 290:2
  293:25 298:4 299:10
  307:16,17 308:20
  314:14,24 315:4
  319:19 320:16
  321:25 322:3,7 331:7
  334:19 335:12
**called** 10:18 17:6
  24:22 27:4 33:10
  37:13 45:5 46:22
  51:17 54:3 58:10
  61:11 64:3 67:14
  71:4 74:17 77:17
  78:12 79:11,21 82:11
  98:5 105:9,12 106:14
  107:23 112:13 116:8
  118:25 130:2 131:4
  155:15 157:6,9,10
  166:8 168:14 198:13

205:8,10,11,13,18
  215:14 217:20 234:5
  238:6 240:11 241:23
  260:17 289:24 290:3
  302:25 303:12 308:5
  308:8 323:16 324:4,7
  326:18
**calling** 48:25 66:18,20
  82:14 127:17 131:10
  131:11,15 132:4
  137:14 144:17
  145:12,15,18 210:6,7
**calls** 31:25 145:2
  169:23 201:16
  297:25 311:16
  324:16
**calm** 18:15 313:10
  338:10
**calmly** 283:19 337:10
**cancel** 163:10
**canceled** 161:12
  164:10,12,15 259:25
**cancer** 68:23
**candid** 107:10
**candidly** 327:18
**capability** 338:18
**capacity** 46:11 110:2
  133:5 170:19 216:4
  238:21
**capricious** 6:10 11:25
  48:6 65:11 148:2
  267:22 336:24 338:4
  339:13 346:6,16
**captured** 18:11
**cardiovascular** 169:4
**Cardone-Cor** 39:17
**Cardone-Corda** 3:9
**CARDONE-CORDO**
  10:4
**care** 24:6 115:24
  197:7 216:22 308:9
  308:11 326:9,11
**carefully** 12:2 47:19
  221:7
**Carlos** 2:15 4:19 26:3
  47:6
**carry** 312:9

**Carter** 144:25
**case** 6:24 21:4 32:9
  64:4 69:20,25 70:3,5
  70:9,22,23,24 74:4
  74:11,13 75:24 76:18
  76:20 77:15 82:15
  84:6,10 86:21 95:17
  96:15,18,19 100:2
  102:5 104:15,17,20
  107:9 184:3,8,18
  194:24 233:17 278:2
  290:18 291:19 292:5
  292:8 297:14,16,19
  297:21,21,22 307:20
  314:6 321:22
**cases** 41:2,4,7 76:22
  96:13 180:5 269:9,10
  291:23 314:11
  328:17
**Castaldi** 248:14 263:8
  272:19 283:10
**caught** 204:9
**cause** 13:19
**caused** 197:16
**cc'd** 103:14 120:25
  121:8,14 145:14
  300:14 306:11
**cell** 134:3,9
**cells** 68:23
**center** 70:2 72:7 156:3
  168:23 198:24
  212:24 238:16
  254:16
**certain** 52:19 66:20
  67:22 85:7 148:20
  174:10,18 228:17,19
  238:23 249:3 253:6
  290:18
**certainly** 108:25
  110:17,24 181:6
  252:16 260:5 336:2
  344:19
**certify** 226:23,24
  230:22,23 347:8,14
**cetera** 105:25 169:21
  174:19 180:6 309:9
  338:23

chair 2:4 13:18 14:10
17:4 193:9 194:22
236:5 238:24 240:12
241:6,10 249:8,9,19
249:19 261:3,4,9,23
312:11 343:2
Chairman 3:20 4:5
10:25 26:5,10 35:13
194:10 235:20
246:11 252:15
challenge 132:14
challenged 132:23
challenges 29:12
31:13
challenging 297:5
chamber 45:4
chance 39:13 99:10
108:6 167:18 214:11
247:10,23 261:25
262:19,20 296:10
345:16,25
chances 346:2,4
change 35:19 44:5
99:12 115:18 173:24
174:8 175:4,8,10
176:4,15,18 294:19
298:13,15,18 343:10
changes 38:10 174:24
changes/infections
150:9
changing 299:16
chaotic 50:19
chapter 287:15
charge 165:12
charged 113:15
check 58:10 206:14
296:4 331:3
chemical 23:11
chief 4:11 12:14 16:13
18:19 33:3 38:20
40:12,25 41:10 78:21
110:19 112:24,25
113:13 117:21 118:6
127:12 129:17
132:15,19,21,23
133:5 137:5,7 142:12
143:13 145:10 146:2

146:10 151:4 152:11
152:12,17,18 154:10
156:5,8,10,11 165:8
165:16,22 166:15
172:4 173:11,20
174:14 177:13 197:3
197:12 218:12,15
239:3 240:16 278:15
279:13 280:16 282:9
293:4 295:25 302:22
318:17,20 327:21
342:25
Chiefs 178:2
chill 45:16 204:20
choice 36:22
choose 21:23 151:21
151:22 174:12
choosing 299:17
chose 86:7,14
chosen 5:13
Chow 165:12
chromosomes 68:23
81:22
circumstance 270:13
309:21
circumstances 39:4
61:13 157:20 175:3,7
187:21 195:2 323:2
326:24 339:5
City 21:3
claim 54:15 332:2,6
claimed 39:12,17
41:23 43:13
claiming 42:12 44:13
328:24
claims 36:14 301:7
clarification 231:12
clarifications 217:4
clarified 40:17
clarify 48:16 236:13
319:3
clarifying 220:15
clear 30:3 38:14 39:20
42:23 110:19 150:11
153:22 154:3 195:14
215:2 236:11 262:21
316:12 329:19

clearance 62:3 298:18
cleared 195:12
clearly 28:14 220:16
click 109:16
clinical 4:6,7 13:21
21:6,19,21 23:5
34:14 54:9 57:15
69:20 70:2,3 72:7
112:23 218:24
220:12 287:2 288:9
291:23 314:11
close 86:6 201:20
319:22
closely 288:15
closing 335:21 339:24
340:4
cloth 341:24
CML 289:6,14
coagulation 23:12
coffee 44:23 211:14
226:5 311:24
colleagues 274:21
280:19
collected 337:11
combative 288:23
combined 21:21,24
22:12 25:10
come 16:15 17:7 20:5
20:5 45:2,3 70:13,18
71:15,21,22 72:4
78:9,24 79:13 82:22
84:25 85:8 89:4,6,9
89:25 94:3 96:20
100:3 124:17,18
138:2 142:21 144:6
147:21 158:16 159:4
174:17 184:3,18
190:9 195:3 200:21
201:13 202:18
205:14,16,25 207:11
209:10,23 210:11
221:14,24 222:15
223:20 224:5 233:21
241:15,17 251:12
252:7,9,23 253:7
258:20 266:6 268:3
272:25 288:7 291:23

315:19,20 316:13,16
316:18 325:19,20
330:12 344:5,10,11
345:23 346:5
comes 144:21 212:23
285:13 342:21
comfortable 104:22
230:5 323:5 338:10
coming 78:20 82:12
87:11 110:17 144:25
174:21 221:19
224:23 301:23
315:16 327:6,10
comment 89:17
commentary 258:11
270:11
commenting 121:18
comments 80:5 123:4
167:18
commercial 21:7
commitment 216:22
committed 43:15
339:16
committee 1:5 3:21,25
4:15,18 6:15,19,25
7:6,9,13 8:19 9:2,12
9:12,20,21 11:2,17
44:11,14 48:15,19
49:12 63:16,21 86:4
86:10 106:25 215:4
223:9 225:5,8,13
237:9 238:25 239:11
240:6,10 241:20
242:13,14 244:25
245:6 251:4 252:12
255:6,7,15 262:12
303:25 304:5,19,23
308:3 309:8 313:6
333:16 334:16
335:25 338:9,10
340:8 343:9 345:19
345:24 346:14
committees 239:3,5
Committee's 86:15
340:3
common 154:12
157:15 291:17

**communicate** 131:24
176:16 305:22
**communicated** 17:2
187:17 313:19
**communication** 24:8
117:13 144:2 255:4
304:24 310:11
**communications**
24:13 123:25 176:22
181:20
**comparable** 21:2,7
136:9
**compared** 306:22
**compassion** 216:21
**compatible** 23:18 75:7
89:18
**competence** 13:21
20:15 24:17 29:17,25
30:5,8 42:21
**competencies** 23:23
24:5 216:16,19
**competency** 23:19
104:10 216:20
**competent** 22:9
338:11
**competently** 35:6
100:11 297:17
338:18
**complained** 34:24
**complaining** 32:2
**complaint** 279:20
331:25 339:15
**complete** 30:14 55:13
125:15 297:14
339:10
**completed** 19:23
34:15 35:9 55:12,24
128:9 314:21
**completely** 307:6
**completion** 31:17
54:24 56:4
**complex** 15:6
**complexity** 21:8
**compliance** 11:14
**complicated** 122:19
122:20
**comply** 14:5 25:24

33:6 37:11 129:17
343:11
**component** 22:14 23:5
23:22
**components** 22:14
60:11
**computer** 81:21 84:18
203:5
**concentrate** 15:13
17:22 18:2 20:13
50:21
**concept** 233:10
**concepts** 29:12
**concern** 15:17 19:13
52:9 57:12 81:7
110:8,9 182:4 256:11
286:21
**concerned** 15:24
16:14 18:14 106:3
111:2 120:3 124:19
124:22 183:21
201:14 243:23 244:2
267:16,17 295:9
324:22
**concerning** 43:4 50:14
286:22
**concerns** 12:5 27:25
46:9 108:14 110:22
111:6 202:17,18
216:10 217:23
218:15 244:20
284:13 292:20
301:10 308:18
**conclude** 47:24 335:14
346:15
**concluded** 15:25
**concluding** 335:22
336:10,12
**conclusion** 147:21
266:7 313:21 338:13
346:5,13
**condition** 51:16 53:6
227:19 237:17
**conditions** 16:4 46:5
**condolence** 259:14
**conduct** 12:11 20:10
39:5 45:25 69:17

181:3,20 182:5
264:23
**conducted** 337:2
**conduction** 335:18
**confer** 186:22
**conference** 41:25
104:13 115:21
125:14,17,20,22,24
126:19 127:22 128:4
129:24 130:7,9,20
150:17,19 151:11
154:16 157:2 159:25
160:18 162:15
165:12 168:6 179:10
180:2,8,11 181:4,21
202:14,16 209:4
210:17 214:18
219:17 291:11,12,19
302:6,13 303:20
304:2,6,14,17 305:4
308:23 311:10,15
312:9
**conferences** 36:25
37:8 74:12,13 124:25
130:16,18,21,25
131:2 149:23 151:12
152:21,23 153:4,6,10
154:4 156:18 178:19
180:3 291:16 302:11
**confidante** 319:22
320:5
**confident** 34:18 48:3
218:25 298:8
**confidential** 45:11
204:16,17,23 213:3
226:10,12 252:13
255:6,7 312:3,5
317:16 318:5
**confirm** 53:5 58:17
242:10
**confirmed** 36:15
186:22 221:4
**conflicting** 316:7
**confrontational**
283:13 311:8
**confronted** 244:4
**confused** 93:3,4

186:11 273:4,10,11
**confusing** 39:19
300:12 308:4
**confusion** 151:17
**conjunction** 292:6
314:3
**connect** 215:6
**connection** 6:21
**consecutive** 158:9
307:15
**consensual** 52:4
**consensuated** 136:8
**consensus** 136:22
**consent** 245:6
**consider** 3:22 27:22
31:9 40:7 53:13
63:16 75:5 225:17
234:12 247:14,16
258:21 298:23,24
**consideration** 36:2,3
219:3 308:15 317:21
**considered** 20:16
39:10 60:15 199:11
258:22 278:22
281:10
**considering** 104:20
305:10
**consistent** 24:18 32:4
**consistently** 24:15
227:8
**consortium** 216:6
**constant** 134:8
**constantly** 324:25
**constitute** 141:6
**constituted** 281:3
**constructive** 276:24
**consult** 56:23 57:18
70:13 108:21 274:15
274:20,23 275:5
**consultations** 285:19
**consulted** 15:21 19:17
35:13 56:20 244:19
346:10,11
**contact** 44:10 119:12
120:7 124:13 169:24
171:4 173:19 184:6
201:8 209:11 224:14

224:17 225:6 237:12
237:14,20 245:7
251:3 279:24 280:4
298:19
**contacted** 34:7 35:17
116:14,15 119:15,21
119:25 172:13 223:9
251:2 283:8 288:5,14
290:15 334:3 344:9
**contacting** 119:23
124:9 143:22 184:7
324:25
**contacts** 224:19
**contain** 224:18
**content** 47:14 73:14
75:20 115:12 129:12
**context** 75:22 87:14
320:7,21
**continue** 18:11 275:17
**continued** 14:11 20:5
33:2 36:20 44:18
45:16 51:5 204:19
221:18 244:16
277:23 280:9 306:15
306:18 325:19
333:14
**continuing** 333:24
**contract** 9:3,21 14:4
244:5 255:9
**contrary** 345:14
**control** 15:15 38:12
**convene** 106:9
**convened** 3:21 46:24
**convenience** 225:18
**conversation** 79:25
80:10 195:15,21
202:7 208:16 226:16
226:18 280:23 330:3
**conveyed** 265:2 267:9
328:21
**convince** 241:17
**convinced** 45:18
**cooperate** 225:14
**cooperating** 249:23
**cooperation** 245:11
**coordinate** 334:23
**cope** 50:20 52:8 53:10

53:12
**copies** 9:6
**copy** 30:22 67:25
91:11 163:22 222:2
263:3 264:4,6 265:9
265:14 332:12,18
**cordial** 288:3 301:13
**Cordone-Carda** 5:18
7:18
**Cordone-Cardo** 2:15
4:19 6:2 7:15 8:8
9:25 10:10 26:4 27:8
27:16 35:14 56:20
57:18 63:6 193:10
194:9,15,21 236:5
242:17 245:20
246:13 248:5,13
260:23 277:4 283:10
283:12 284:22 285:7
285:24 336:19 341:7
341:20 346:7
**Cordone-Cardo's**
47:6
**core** 23:22 24:3,5
36:24 124:25 131:7
156:18 178:19 209:4
210:17 214:18
216:13,15 291:11
**corner** 203:8 211:13
**correct** 69:21 83:18
87:19 89:5,23,24
93:23,24 132:5
133:16 171:23
190:19,20 209:2
212:3 235:15 316:21
**corrected** 54:23
**corrective** 115:22
**correctly** 88:5 171:21
197:14
**correlation** 314:12
**Costaldi** 273:3 283:12
284:22 285:25
**counsel** 2:11 4:14,15
5:8,14 6:23 65:3
278:10 285:15 338:6
338:12 339:24
**counsel's** 4:16,25

**count** 55:17
**country** 268:6
**counts** 55:21
**couple** 217:20 264:2
324:10,21
**course** 79:24 135:6
186:5 268:24 276:8
276:10 285:12
295:12,16 296:22
301:23 309:22
337:22
**courteous** 258:23
**cover** 33:9,19 42:4
114:11,13,17 116:3
116:13,21,22 117:15
117:16,18,22,25
118:4,20 119:4,7,13
120:8,12 122:18
123:13 124:13
137:14,22 140:12
166:4,7 171:24
172:23 173:5,9,17,18
178:24 183:7 222:17
292:23 293:10,22
295:2,14,23 296:11
296:13,18,21,22
301:25
**coverage** 113:21 114:4
115:18 118:6 119:2
119:11 121:23 124:4
141:14 166:7 171:9
171:13,15,18 281:11
280:20 292:21,22
293:25 294:2 295:21
299:18 307:16
**covered** 104:18 120:4
120:24 121:11,19
165:14,21 166:8
173:15 228:23
307:17 310:8
**covering** 33:11 121:13
124:10 128:18 135:5
165:11 173:12
296:16 298:6,7
**co-Chief** 121:9 126:17
133:6 293:13 302:20
**CP** 22:14 209:3

210:17 291:11 292:2
294:25 295:3,7,8,10
295:13
**CPH** 240:4
**create** 152:2
**created** 122:18 189:3
227:22
**creating** 36:12
**credit** 154:15
**criminal** 313:8
**crisis** 16:19
**criteria** 192:15
**critical** 268:4
**cross-examination** 7:4
50:8 83:7 133:12
159:14 182:13 205:6
229:6 245:17 268:13
**cross-examining**
66:25
**CRR** 347:20
**culminate** 39:7
**culture** 83:15
**current** 28:11 243:24
**currently** 9:6 169:3
199:2 283:2
**curricula** 216:8
**curriculum** 125:16
**cut** 141:18 256:24
294:7
**cuts** 257:6
**cutting** 141:16 256:20
**cycle** 41:20
**cytogenetic** 89:22
103:23 287:3,21
**cytogenetics** 23:11
31:23 32:25 68:15,21
68:22 94:20 95:11
100:17 104:11
142:18 152:15
171:22 172:15
286:23 287:12
294:13 297:2,8,10,11
297:25 298:10
**cytology** 21:11 130:23
149:18 150:5,6 159:2

---

**D**

**D** 3:3 10:15,17,17

67:14 112:13,13
260:16,16
**daily** 130:21 338:2
**damaging** 12:20
**Dan** 326:13
**danger** 227:14
**data** 251:11
**date** 57:18,21 89:13,14
126:22,23 127:21
134:13 144:8 156:25
157:5,8 159:4 163:5
164:2,9 179:24,25
206:10,24 207:5
208:14 232:15,16
234:18 244:15 246:2
246:7,8 294:23
310:25 314:5
**dated** 3:8,15 92:25
135:2 193:22 207:6
207:19,25
**dates** 108:17,22 109:9
109:23 197:11
**dating** 130:10 208:2
209:18,19
**Davis** 203:2
**day** 15:23,25 16:5,10
18:18 19:5 32:23
34:11 37:15 40:16
42:10 46:16 51:21
52:2 53:6 58:9 61:7
70:6 74:2 77:9,17,18
77:22,23 78:3,14
82:7 84:2,4,21,22
85:4 89:14 94:5
106:9 116:23 118:25
119:5 120:13 121:19
122:8 123:14,19
124:18,22 127:22
130:2,22 131:5 132:5
133:25 137:2,12
141:14,25 144:16
147:9 148:3,8 154:9
155:4 157:7 160:5,9
161:2,16,25 163:16
164:17 166:5 168:6
173:6 179:20,22
180:9,11 182:25

183:10 187:12
193:14 199:20,24
200:15 201:5 202:12
206:4,5,13 207:20,20
209:20 223:7 231:18
237:15 260:8 263:12
264:15 271:22
289:13 293:11,22
294:2,12,15 298:20
300:5 301:6 303:10
304:15 306:16,17,19
306:23 307:7,22
309:25 311:5 312:8
312:21 315:21
326:25 345:21
**days** 31:6 40:13 44:17
68:24 70:8 77:14,19
77:20 78:4,4 83:21
84:5 85:7 128:22
138:5 158:9 179:12
257:9 259:14 262:14
293:8 300:6 305:8
307:10,15 313:16
324:11,18 330:11,21
330:22,24 331:6
**day-to-day** 199:6
**deadline** 35:10 136:24
**deal** 88:14 122:19
148:6 169:17 204:6
204:20 217:12
326:15
**dealing** 8:21 199:7
216:11 234:6
**dealings** 12:16 337:18
**dealt** 272:6
**Dean** 110:4
**Dean's** 168:7
**Dear** 178:2 196:13
**death** 175:6
**December** 25:21
196:19,19 197:14
262:9 278:13 283:23
331:22
**decide** 3:22 137:9
151:15 341:5 346:7
**decided** 16:3 36:4 47:4
80:20 168:3 180:24

213:15 255:8 284:18
296:10 303:24
**decision** 3:8 6:4,15
11:22 12:3,4 13:10
13:15 14:8,25 43:9
43:23 44:6 46:8,25
47:18 48:4 59:3
63:19 151:2 187:9,11
187:13 196:15 219:6
227:2 241:11 244:20
247:22 280:5 332:6
332:13,18,20 333:5
340:18 342:11
**decisions** 12:12
**decline** 64:7
**declined** 226:24
230:21,23
**dedicate** 81:19
**deemed** 191:19 229:13
243:9
**deems** 7:10
**defend** 8:9 320:15,20
**defense** 320:6
**defensive** 283:25
**deferring** 202:9,15
208:18,19
**deficient** 32:13
**define** 7:7
**defined** 217:2
**definitely** 267:8
**definition** 76:18 77:2
77:9 82:22 99:25
**degree** 25:5 148:5
**delay** 271:19
**delayed** 263:11 269:9
271:14,16
**delegating** 166:20
**deliberated** 12:2
**deliberation** 47:3
**delivered** 27:15
**demands** 29:12
**demeaning** 249:24
**demeanor** 283:14
**demonstrably** 341:3
**demonstrate** 11:21
13:5,20 14:17 73:23
**demonstrated** 12:23

24:14 227:9 263:21
283:17 285:9
**demonstrating** 286:13
**denial** 36:10
**denied** 41:16 43:3
45:14 176:11,12,19
186:7,10 219:4
226:23 229:10 299:2
299:5,24 309:13
**deny** 104:2 187:6,10
187:14
**department** 2:13 4:2,5
4:10,12,22 5:2 6:3,8
6:24 7:21 8:11,16
10:3,23 13:18 14:10
15:9 17:3,4 20:20,24
22:23 26:5,10,11,18
37:22 46:17 48:21
49:19 55:8 63:4,25
64:23 65:4 66:5,18
66:20 87:4,8 101:14
105:13 106:12,17
107:15 108:6 111:19
112:24 113:16 115:6
115:10,15 117:10
123:9,23 124:15
125:2,8,13 128:17,25
129:2,19 130:3 134:4
134:20,25 135:11,14
135:22,25 136:12
140:3,5,8,19,24
154:13 163:4 172:2
181:23 199:3,5
203:18 217:5,10,11
217:14,22,25 218:18
218:22 219:2,6,9
220:7,25 221:6
224:24 227:18
231:24 232:7 234:17
236:14 237:19 238:2
240:13,24 241:4
246:11 249:7 250:2
250:16 256:18 261:8
262:22 263:5 266:11
266:24 268:6 270:3,4
271:6,25 274:19,21
274:22,24 277:15

278:9 281:7,23,24
282:25 285:22
289:19 296:9 300:17
303:23 306:25 307:3
319:17,19,23 320:19
320:22 324:8,11,18
324:19 325:23
329:12,13 331:10
332:19 333:6 334:13
335:23 337:23
338:14 340:5,16
341:19 344:19
**departmental** 37:5
111:9,16 114:20
151:10,16 234:23
302:7
**departments** 26:24
**department's** 5:20
27:4 67:20 92:21
158:12 177:5 181:9
190:24 191:4 196:12
215:9 219:25 228:4
228:13 340:9
**departure** 305:3
**departures** 32:6
**depend** 43:23
**dependable** 216:25
**dependent** 191:11
294:4
**depending** 291:15
**depends** 158:2
**dermal** 173:25
**dermapath** 58:2
**dermapathology**
58:12
**Dermatology** 41:3
**dermatopathology**
28:6 35:22 40:21,24
41:11 177:15,20
195:11
**dermopath** 176:6,8
177:13 298:15,25
**describe** 14:16 16:9
46:3 68:19 113:12
115:12 117:11
120:19 129:2 158:13
169:14 203:10

216:12 219:25
270:10 273:18
323:25
**described** 19:18 39:5
182:2
**describing** 117:17
261:20
**discriminative** 281:12
**description** 40:8
136:16 318:15
**designate** 207:12
**designated** 220:16
**designating** 220:20
**designation** 199:22
206:4,6
**designed** 179:4 192:10
**desire** 28:4 40:23
**desk** 17:10 45:12
46:14 203:7,9 210:23
210:25 211:4,13
212:18,20 274:8
311:23 318:8 325:8
337:11
**despite** 12:13 19:19
20:4 31:20 36:3
138:11 259:22
314:22
**detail** 38:4 46:2
340:25
**detailed** 285:12
**detailing** 286:3
**details** 26:13 94:19
278:25
**deteriorated** 14:22
**deterioration** 18:25
**determination** 40:18
**determine** 6:6,7
100:15 192:2,12
224:22
**determined** 191:19
**developed** 172:2
**development** 24:16
**device** 289:2
**dexadryl** 243:22
**dexterity** 141:21 294:9
**diagnosis** 54:18
314:13,16

**diagnostic** 23:14 68:24
314:3
**diatribe** 281:25
**dictate** 117:22
**dictates** 114:10 115:20
**dictating** 131:22
**didactic** 23:22
**differen** 120:24
**differences** 338:20
**different** 92:18 100:9
100:10 118:8 120:25
146:23 149:23 153:7
157:17 162:14 184:9
188:23 211:19,20
233:4 268:17 297:13
300:22 331:5,9,15,15
339:8
**differently** 279:4
**difficult** 14:24 97:23
224:22 265:25
267:15 339:6
**difficulties** 170:2
**diligently** 256:24
**direct** 68:7 108:10
111:21 112:18
155:23 168:19
176:17 190:8 195:20
198:20 215:19 224:4
238:11 323:23
**directed** 72:16 86:5
314:23
**directions** 245:5
**directives** 11:18
**directly** 41:19 48:16
169:18 172:14,17,18
176:21 178:10,15
298:16 300:15
305:22
**director** 11:5,13 12:15
25:3 41:3 68:14 73:4
124:10 169:4,4,7,20
172:17 177:2,15
184:19 186:14,19,20
186:24 187:2 215:25
220:6,17,21 233:19
233:23 234:6 237:2
238:19 241:12

246:10 252:14,17
281:17 329:23
338:20 342:24
343:21
**directors** 121:16
**disagree** 285:6 343:23
**disbelieve** 341:18
**discharge** 340:12
**disciplinary** 8:21 9:19
13:17 24:2 29:4 39:7
39:14,18 59:5,6,8
62:21 65:7 69:16
110:10 111:4 169:21
192:14,18 225:15
242:21 247:3,17,19
248:10 249:17
255:22 286:10
336:18
**discipline** 241:9
**discrepancy** 96:8
**discretion** 7:6 254:22
**discuss** 28:8,13,15,24
30:7 39:23 41:7
46:16 94:11 103:23
129:13 190:20
213:18 262:4 284:25
291:21 299:5 305:3
327:18 333:8
**discussed** 18:23 38:4
39:2 58:10 62:9 95:3
95:5,13 114:22
127:12 147:19
176:10 187:7 195:17
199:19 201:4 243:6
256:13 292:5 307:13
**discusses** 279:2
**discussing** 91:16
290:18
**discussion** 31:12 47:18
52:24 112:11 150:24
153:4 155:13 214:7
214:11 245:24
272:13 280:19 296:8
310:16
**discussions** 41:20
200:6
**diseases** 100:10

297:13
**disheartening** 32:15
**dishonest** 294:21
337:17
**dismal** 32:18
**dismiss** 45:16
**dismissal** 29:5 62:19
**disorganized** 61:8
**display** 216:23
**displaying** 266:12
**disputing** 92:10
**disregard** 312:8
**disrespect** 89:9
**disrespectful** 32:11
81:25
**disruption** 262:25
266:15 267:25
**disruptive** 12:21 197:6
**distributed** 113:18
**diverse** 216:24
**division** 41:3 220:11
239:7
**doctor** 138:8 163:11
200:14 208:3 305:25
306:6 308:5,9 313:4
325:25 328:2 329:15
**doctors** 125:25 208:15
305:13
**doctor's** 19:22 62:2
138:10,23 200:8
222:23 224:5 293:15
294:11 307:8,9,14
326:3 327:23 328:22
328:25 330:23 331:8
**document** 90:9 96:10
117:12 229:20,22
232:7 255:2 328:10
334:7
**documentation** 13:3
38:25 39:3 69:12,13
85:12,14 86:19 90:18
90:19 94:9 128:20
132:8 137:25 138:13
138:17 139:13 154:7
213:3 222:13,14
228:20 229:24
231:13 241:8 325:5

325:18 330:13
**documented** 14:14
90:11 267:24 330:19
**documenting** 293:15
**documents** 9:16 48:2
136:4 213:3 215:3
226:6 266:21 312:12
**doing** 41:21 45:14,15
80:16 88:23,23 101:5
119:22 145:23
173:21 203:20,22
204:3 210:6 244:7
257:12 289:4 300:19
300:20 317:24 337:7
**domain** 151:4
**domains** 24:10
**door** 211:25 301:9
311:21
**doubt** 344:21
**downloaded** 74:10
**downstairs** 210:12
**Dr** 1:1 2:4,5,5,6,6,7,15
2:16,24,25 3:5,7,9,10
3:11,14,16,22,25 4:4
4:6,9,11,19,20 5:2,3
5:4,4,7,7,10,11,12,18
5:21,23 6:23 7:16,19
7:20,24,25 8:2,4,6,7
8:8,8,11,23 9:2,5,22
9:25 10:4,4,6,9,9,10
10:22,25 11:12,23
13:5,15 14:3,9,17
15:11 16:9,11 18:23
19:13 21:24 24:14
25:9,21,24 26:3 27:8
27:14,15,15,17 31:24
32:2,17 33:24 34:7
35:13,17 39:17 40:18
41:2,13,19 44:10,16
45:10 46:4,23 47:6
48:5,11,13,17,19
49:2,3,7,8,10,13,15
49:18,21,25 50:2,2,5
50:8 51:24 52:14
53:16 54:2,5,20
56:10,15,18,20 57:18
58:10 59:17,18,19,20

59:24,25 60:6,17,19
61:4,10,12,18,19,22
62:7,8,12,13,14,15
62:16,17,18,23 63:6
64:4,18,19 65:2,6,17
66:6,8,11,15,16,19
66:23,24 67:3,5,9,11
67:22,24,24 68:2,3,7
68:9 69:4,15,20 71:4
75:10,19 76:3 77:10
79:10 81:7 83:2,4,4,7
85:16,18,23,25 86:5
87:4,15,20,21 88:9
88:10,12,15 90:5
91:8,10,13,14,17,22
91:25 92:3,5,6,8,9,13
92:16,18,20,23,24
93:2,11,13,15,17,19
94:16,18,18,19,24
95:2,8,10,10,19,20
95:23 96:2 97:17,19
97:20,20,24,25 98:19
99:6 100:5,24 101:7
101:8,9,10,13,15,18
102:9,13,17,21,25
103:2,5,7,9,11,14,17
103:18,19,21,25
104:4,5,6,12,24,25
105:4,8,12,14,16,20
106:2,5,7,13,20
107:2,8,10,17,19
108:4,4,10,17,24
109:3,4,8,8,11,13,15
109:21,24,25 110:23
111:3,20,24,25 112:2
112:3,7,18 113:8,10
113:24 114:17,19,24
115:14 116:2,11,12
117:13 118:10,19
119:3,12,17,21,25
120:2,21,23,23 121:4
121:5,6,8,9,14,15,16
121:21,21 122:5,9,10
122:11,16,17 123:3
123:11,17,25,25
124:3,11,12,16,18,20
126:8,13,17,23,25

127:6,8 129:5,21
130:5,6,11,14,17,24
131:4,24 132:11,14
133:6,7,8,10,10,12
133:19 134:21,23
135:4,12,20,21,23
136:11,13 137:3,4,4
137:11,23 138:3,12
138:15,20,25 139:8,9
139:18,22,24 140:2,4
140:6,8,11,15,18,19
140:20,22,25 141:5
141:11,15,23 142:4,8
142:10,22,24 143:3,4
143:6,7,8,9,12,15,17
143:20 144:8,10,12
144:13,22,25 145:4
146:6,6,9,11,13,20
146:22,24 147:8,20
147:25 148:9,11,15
148:16,17,22,24
149:3,6,14,15,19
150:3,4,10,12,20
151:7,20,22,25 152:4
152:9,22,25 153:5,12
153:14,18,21,23,25
154:6,17,19,21,23,25
155:3,6,8,9,20,23,25
156:16 157:15,23
158:4 159:5,8,10,11
159:14,23 160:4,5,6
160:9,11,13,21,24
161:3,5,7,9,15,18,21
162:5,13,16,20,24,24
163:12,20,20,22,24
164:3,5,11,25 165:19
166:17,19,25 167:3
167:14,17 168:9,10
168:19,21 169:12
170:6,13 172:17
176:2,17,25 177:14
178:6 181:3 182:3,10
182:11,11,13 184:14
185:3,6,8,12,15,23
186:2,11,12,16,17,19
186:21,24,25 188:3
188:10,16,18,20,22

189:3,5,8,17,19,23
189:25 190:2,5,7,8
190:11,12,25 191:3,7
191:8,16,21 193:3,9
193:11,13,15,16,18
193:20,23,25 194:9
194:11,15,19,21
195:6,9,12,14,18
196:3,8,10,10,21
197:10,20,21,25
198:2,3,5,7,8,9,18,20
199:10 200:17,20
203:2,5,10,15 204:22
205:3,4,4,6 206:16
207:15 208:8,12,21
209:25 210:9,11
211:9,16 212:9,10
213:10,12,13,24
214:3,3,8,10,13,23
214:24 215:2,12,19
217:4,10,15,16,18,19
217:20,25 218:6,7,13
218:13,18 219:11,13
219:15,19,20 220:4,4
220:17,17,18,20
221:7,7,17,22,22,25
222:2,4,6,8,12,16,18
222:18,19,25 223:4,7
223:13,17,22 224:10
224:13 225:6,7,22,23
226:3,11 227:2,15,21
228:8,11,18 229:2,4
229:4,6,16,18,20,21
229:23,25 230:3,6,9
230:11 231:6,9,12,16
231:19,21,25 232:2,5
232:10,13,14,19,23
232:25 233:2,3,9,9
233:15,19 234:3,3,10
234:11,14,25 235:3,5
235:7,17,22,24 236:2
236:5,9,12,13,17,19
236:21,24,25 237:5
237:11,13,22,24
238:2,4,11,15 240:5
240:11,12,14,15
241:4,18,22 242:15

242:16 243:5 244:10
244:10 245:13,15,15
245:17,20 246:6,12
246:13,16,17,18,19
246:20,22,23,24
248:5,6,6,9,11,13,13
248:18,21 249:6
250:21,22,24 251:16
251:20,23 252:2,7
253:15,21 254:5,6,7
254:9 255:5,22
257:24,25 258:3,7,9
258:10,25 259:3,10
259:11,15,16,19,20
259:25 260:9,9,14,21
260:23 261:12,14,19
261:25 262:18,19
263:2 264:18,20
268:9,11,11,13,25
269:4 270:4,19 272:5
272:8,10,12 273:7,16
274:4,7,11 275:2,6,8
275:13,13,17,21,24
276:2,4,19,21,25
277:4,7,7,12,13,14
277:17,24,24 278:5
279:5,6,7,8 280:8
283:5,9,11,12 284:11
284:21,21 285:7,7,24
285:24 286:24
287:15,17 288:4,13
288:14,22 289:3,5,11
289:14,23 291:4
292:12 293:12
294:15 295:8,25
296:3 297:3,24 298:8
298:16,17,19 299:4,6
299:8,19 300:7,7,10
300:13,14,16,22,24
301:6,17 302:15,20
302:22 303:5 304:4,9
305:2,7,22 306:4,7
306:11,21 307:19,25
309:7 310:12,15,17
311:17 313:5 315:4,6
315:8,22,23,25 316:3
316:5,6,8,10,17,19

316:25 317:2,4,6,8
317:10,15,17,23
318:2,4,6,10,12,13
318:23,25 319:4,5,8
319:11,14,16,24,25
320:2,3,4,9,11,14,17
320:23,24,25 321:3,5
321:6,7,8,18,20
322:2,4,6,8,10,13,14
322:17,19,20,22,24
323:7,9,20,20,23
326:13,22 327:4,6,8
327:10,12,17,24
328:7,23 329:4,17
330:17 331:9,17,20
332:12,15,17,21,25
332:25 333:3,4,11,13
333:25 334:3,5,6,9
334:11,12,14,15,18
334:18,20,22 335:2,4
335:6,8,9,11,15,20
335:21,23 336:3,7,9
336:11,19,19 337:2
337:15 338:20 339:4
339:7,8,21,22 340:6
340:18,19 341:2,6,9
341:10,16,20,20,21
341:21,22,22,25
342:14,21 343:3,17
344:5,9,9 346:6,7,16
346:18

**draft** 136:7
**dragging** 214:16
**drink** 243:16
**drive** 38:15
**drop** 35:21 36:5,10
   40:19 43:2 58:15
**dropped** 42:15 122:25
**dropping** 41:15
**Drs** 5:17,25 7:15,17
   9:25 27:8 133:6
**drug** 240:2
**drugs** 245:9
**drum** 344:16
**due** 117:5 119:10
   134:13,13 135:3
   167:7 171:19 290:17

308:4,19 336:18
338:24,24
**duly** 10:18 67:15
   107:24 112:14
   155:16 168:15
   198:14 215:15 238:7
   260:18 323:17
**dumbfounded** 312:20
**duties** 18:17 23:20
   113:13 117:4 156:7
   169:6 170:20 199:4
   216:3 238:20 261:4
   294:8 338:17
**duty** 11:9 166:4 173:2
   286:22 292:20 294:2
**dying** 260:4
**dysfunctional** 281:24

## E

**E** 3:3,3 10:15,15,15,15
   10:17 67:14,14
   107:23 112:13,13
   155:15,15,15 168:14
   198:13,13 323:15,15
   347:3,3
**earlier** 16:12 27:11
   57:10 77:13 124:22
   163:18 165:18
   242:19 247:20
**early** 19:25 32:5 40:25
   41:4 51:14 72:4
   177:18 199:11 305:3
**easier** 109:10 118:5
**easily** 293:17
**easy** 46:8 263:9
**educated** 257:20
**education** 22:18 81:19
   110:4 169:9 216:2,17
   309:9
**educational** 11:6 15:7
   21:9 22:6 23:23 24:3
   37:7 74:5 99:15
   130:19 153:6 178:24
   179:7,16 180:8 183:2
   186:20,25 187:2
   233:20 246:10 261:7
**Edwards** 2:19 4:21
**effect** 52:12 154:24

175:20 209:21 229:19

**effectively** 46:12 282:4 300:18 312:18

**effort** 41:13 329:15

**efforts** 12:5,13 32:16 34:23 36:3 169:24 346:20

**eight** 342:10

**either** 28:24 62:3 63:18 111:13 139:15 166:6 196:2 335:22 336:19

**elaborate** 59:25 293:3

**elective** 21:14 28:5 30:19 35:2,21 36:6 36:11 40:19 41:15,21 43:2 58:2,3,8,15 94:23 119:23 132:7 133:18,20 175:4 176:18 186:8 187:13 187:23 188:6,14 189:14,14 218:19 298:13 299:17 300:3 300:4,8,21,22 301:21

**electives** 173:24 174:11 175:10 189:21

**electronic** 24:22

**elevate** 293:6

**elevator** 207:9

**elevators** 200:3

**eligible** 34:21

**Elise** 301:17

**Elizabeth** 127:12 302:22

**Elizabeth's** 296:5

**else's** 318:7

**embody** 216:25

**emerged** 44:8

**emergency** 77:25

**emphasize** 200:7

**emphasized** 27:22

**employed** 113:4

**employees** 13:25 199:7 243:19

**employer** 156:2

168:22 198:23 215:22 238:14 260:24

**employment** 68:11 113:2

**encountered** 44:21 223:22

**ended** 157:14 190:13 190:16,18 191:18 192:3,11 283:7

**enforced** 113:18

**enforcing** 113:15

**engages** 13:23

**enormous** 86:13

**ensued** 312:25

**ensure** 111:12 125:15

**ensuring** 113:19 192:4

**entails** 216:21

**entered** 55:20 191:13

**enthusiasm** 82:17

**entire** 9:18 78:10 80:2 81:2 97:5 133:22 152:18 185:10 188:7 214:18 319:17

**entirely** 116:15

**entitled** 5:12

**environment** 15:6 20:17 31:8 58:25 131:22 281:4 286:7

**episode** 18:8 197:11

**equally** 113:17,18

**equipment** 103:21 288:18

**errors** 290:19

**escalated** 36:20

**escalating** 14:19 43:11 265:24

**escorted** 211:25 267:10 337:12

**especially** 213:2 293:17

**ESQ** 2:10,18

**essentially** 132:19 173:14 180:4 197:18 206:23 263:14 265:10,12,15,16 269:18 282:4,12

313:2,5,7 337:5 340:20

**establish** 23:22 159:4 171:3

**established** 33:6 36:11 136:8 330:18

**estimate** 185:9,14

**et** 105:25 169:21 174:18 180:6 309:9 338:23

**evaluated** 24:4 25:5

**evaluation** 61:7 81:7 239:13,24 282:2,8,23

**evaluations** 24:20,25 25:17 60:25 62:9 239:21 282:22 314:17,19

**evening** 11:3 68:9,10 70:11 96:3,5 98:2 206:18 215:21 260:23 283:23

**event** 45:17 157:18 278:25 284:6,8 292:2 300:18

**events** 14:14 36:14 37:25 39:13 47:22 62:20 179:8 262:9 273:2,4 312:19 342:9

**eventually** 44:7 45:15 45:17 61:3 127:10 165:7 218:3 253:15 254:9 280:4 301:16

**everybody** 26:19 40:4 72:3,21 78:22 80:4 82:9 134:8 136:21 154:11 178:11 236:7 236:11 328:10 337:24 340:21,21 343:15,18 345:15

**everybody's** 124:23

**everyone's** 346:20

**evidence** 5:19,24 6:7 6:14,16 7:3 8:14 9:2 9:23 87:24 146:5 215:11 231:8 232:3 334:24 345:10,14

**evidenced** 25:16

**exact** 163:21 244:15

**exactly** 57:21 76:6 94:2 211:5 256:8 272:14 275:9 316:8

**exam** 28:3 30:18 34:3 34:22 35:7

**examination** 7:4 12:8 22:5 35:11 68:7 101:18 108:10 112:18 155:23 168:19 198:20 215:19 218:11 260:21 287:11 323:23 337:21

**examine** 197:9

**examined** 10:19 67:16 107:25 112:15 155:17 168:16 198:15 215:16 238:8 260:19 323:18

**Examiner** 34:8 57:6

**Examiner's** 57:3

**example** 81:15 128:17 183:5 322:9

**examples** 31:8 45:24

**excellence** 264:22

**excellent** 40:2 305:16

**exception** 70:4 96:23

**excerpt** 9:17,19

**excess** 147:18

**excessive** 243:16

**exchanges** 38:6

**exchanging** 122:12

**excited** 82:19,20

**exciting** 82:24

**excuse** 15:20 18:21 19:15 26:16 51:20 105:2 168:25 258:8 271:22

**excused** 18:17 115:2 155:10 260:10

**excuses** 33:16 281:18 282:11

**exercise** 269:15 270:7

**exhausted** 267:19

**exhibit** 8:19 9:12,12 9:20,21 26:12,14

27:7,11 55:25 62:11
73:7 81:5,10,12
85:17,20 91:6,24
92:17,19,20,22,23
93:7 94:14 101:21
102:20 115:9,10,12
117:9,10 120:18,22
121:5 123:9,11,23,24
124:16 125:5,8,13
129:2 130:3 132:3
134:20,23 139:19,25
140:9,9,18,19,23,24
148:14,14,21 149:2
149:22 158:11,12
162:21,22,23,25
163:25 177:4,5 181:8
181:9,24 188:2,2,23
188:25 190:3,23,24
191:4 193:12,21
196:12,12 219:24,25
222:17 228:3,4 232:9
251:15,16 268:21
270:2,4,15 278:19
279:6 286:15 292:12
304:8 306:9,24 307:2
**exhibited** 18:7 50:17
76:14
**exhibits** 8:25 26:15,17
26:25 27:4,13 67:21
67:22 86:6,11,14,17
87:2,3,6,9,11 123:4
128:24,25 132:13
147:17 148:15,16
162:23 164:3 190:10
215:9 304:7 306:25
**exit** 98:20,23 99:7
100:7,13 297:3
**expand** 7:7 314:25
**expect** 87:8
**expectation** 147:3
180:21 343:9
**expected** 12:11 13:8
41:16 42:24 43:5
100:21 171:24
180:10 181:14,15
197:9 216:16,20
219:16 265:3,11

270:8 276:10 297:4
**expecting** 265:2
**expedite** 49:6
**expeditious** 7:12
**experience** 22:17 35:5
48:2 53:24 54:9
63:24 74:7 239:14
251:7
**experiences** 14:16
22:7 23:7,23 46:3
48:23 60:22 99:16
243:3
**experiencing** 218:16
286:8
**expert** 54:13 245:8
**expertise** 100:16
259:17
**explain** 39:4 75:10
95:24 98:9 121:2
125:4 137:21 140:10
140:13,16 141:11,23
160:10 175:2 233:13
272:9 293:19 341:2
**explained** 29:14 30:5
38:21 98:13 111:7
117:23 126:18
172:22,25 181:11
293:19 326:16
**explaining** 141:8
158:16
**explanation** 86:8
141:6 160:17,20
226:5 263:11 293:4
321:12
**explanations** 33:15
39:3
**explicit** 19:19 20:4
224:4
**explicitly** 28:15
**explore** 30:18 270:12
**exploring** 312:11
**exposure** 40:24 177:20
**exposures** 22:24
**expressed** 232:22
**expression** 343:14
**extended** 197:11
**extension** 86:9

**extensive** 121:3 287:8
**extensively** 231:4
**extent** 48:22 118:18
140:11 226:16
272:15
**extenuating** 175:7
187:21
**extremely** 257:10
306:20 311:7
**eyes** 18:10 51:2
**e-mail** 16:13 38:6 40:6
42:11 43:8 72:6,14
72:15 73:20,24 90:8
90:10,18 92:6,11,12
92:14,24 93:5 97:20
102:2 103:15,22
116:14,15,19 117:24
119:16 122:24
123:11,16 124:3,16
126:22 127:5 129:5
129:16,20 130:4,14
131:11,14 132:18
134:2 139:22 140:11
140:15 144:14,23
145:12,14,17,21
146:10,21 149:6
151:21 156:23
161:10,22 163:14,18
163:23 165:4 172:10
177:8,10,23,24 178:4
181:2,19,25 193:8,21
193:24 194:3,5,14
213:25 220:3,4,14
222:18 224:14
232:16,19,22,24
233:8,25 260:5
276:23 281:6 283:5,9
284:16 288:6,16
290:8,14,20 293:12
295:24 296:4,20
300:14 302:10
303:14 304:3 306:8,9
306:12,21,23,24
307:3,7,18 316:3
326:23 341:9,11
**e-mailed** 72:9,11
86:10 90:19,21 91:2

91:23 98:2 126:18
135:5 137:12,16
138:25 190:17 210:9
213:23 251:14,18
260:2 275:8 284:11
289:20,24 291:5
300:5
**e-mailing** 94:19 167:8
190:13 275:7 305:21
**e-mails** 31:25 33:14,21
52:10 74:20 78:21
84:21 98:4 117:2,16
119:18 120:16
122:23 124:11
126:25 127:7 129:4
134:8 139:20 142:12
143:24 149:9 158:15
170:5 176:23 178:15
183:18 185:7,22
201:16 241:2 261:21
266:10 268:19 290:4
307:25 308:5 309:17
324:16 341:8 344:4

---

**F**

**F** 10:16,16 67:14
238:6 347:3
**facing** 225:15
**fact** 54:23 55:5,7 56:2
57:6 65:8 74:8 76:11
88:17 95:5 104:8
118:14 124:2 132:20
133:14 140:13
142:15 144:18 146:2
147:17 156:24 157:4
167:4 188:7 191:18
193:14 248:24
251:23 259:23
265:19 267:24
270:24 290:7 309:10
327:2 336:25 338:2
340:9 342:15
**factors** 20:15
**facts** 33:21 224:19
**faculties** 261:22
**faculty** 12:17 15:4
24:21 25:2 72:7,11
134:2 156:14 199:8

202:17 262:3 266:13
**fail** 125:21 126:3,13
  127:6
**failed** 25:24 44:12
  99:18 128:22 156:17
  157:3 178:21
**failing** 128:14
**fails** 13:20
**failure** 26:7 100:4
  178:18 227:9,21
**failures** 33:16
**fair** 7:11 39:13 173:4
  181:12 263:20
  271:13 304:18
  339:11 342:20
**fairly** 110:9 111:13
  218:7 339:18 345:16
**fairness** 15:4
**faith** 337:15
**faithfully** 14:5
**fall** 126:4
**fallen** 126:19
**falsifying** 52:18
**familiar** 16:24 30:4
**family** 175:6 208:4
  229:10,15 281:24
  305:11 308:7,16
  309:6,13 310:4,23
  313:15 323:5 324:3
  325:12,16 326:8
  327:20,24 330:10
**far** 106:11 183:21
  240:25 256:13
**fashion** 25:5 270:11
**fast** 121:25
**fault** 126:9
**fears** 27:24
**feasibility** 43:24
**February** 251:18
**Federal** 310:6
**fee** 35:13,15 56:21
**feedback** 29:22
**feel** 17:21,25 18:3 19:2
  35:6 59:11,13 99:23
  104:21 111:15
  131:16 141:21
  145:24 146:25

147:22 204:6,9,13
227:23 239:22 242:6
244:21 246:3 267:18
287:24 297:15
303:11 319:13,14
320:5 321:15,21
323:4 329:13 336:20
336:22 337:16 338:9
338:21
**feeling** 131:12 144:15
  147:9 202:9 244:24
  303:10 305:8 324:10
  325:21,22
**feels** 59:6,7 342:23,24
  343:2
**feet** 80:18
**fell** 130:6
**fellow** 33:10 37:16
  97:11 159:16 160:2
  162:9,10,13,15,17
  163:15 167:23
  182:15 301:17
  303:16 304:9,20
**fellows** 136:6 159:21
  162:8,11 182:17
  266:14
**fellowships** 11:11
  21:11 110:6
**felt** 15:13 40:4 61:7
  86:16 104:10 127:13
  142:2 242:22 244:4
  248:24 249:20
  278:15 282:8,12
  283:15 298:7 301:15
  309:22,25 310:10
  323:2 333:20 338:8
  339:4,9
**field** 76:11,15
**Figur** 244:11 246:23
  246:24 250:22
  259:11,21 260:10
**figure** 58:20 192:21
  238:15 250:17
**figured** 66:21 300:2
**FigurYou** 246:18
**file** 203:6 211:12,12,23
  316:22 317:2,20

318:7 342:3
**filed** 271:5,24 331:21
**files** 45:11 203:4,7,8
  203:13,16,16,17,18
  203:23 204:4,16,23
  210:24 211:2,4,8,19
  211:21 212:14,15
  226:10,12 316:20
  325:8
**fill** 175:24 224:6
  231:17
**filled** 225:2 327:25
**filtered** 251:8
**final** 26:3,14 27:14,18
  27:21 28:8 29:2 30:9
  37:21 42:6 43:9,22
  47:9,18 59:3 62:21
  63:7,10,13,13,17
  136:7 167:22 217:6
  217:14,17 219:7
  227:7 248:10 256:21
  266:7,16,17 267:7
  289:10 313:22
  336:17 337:20
  340:11 342:12
  344:22
**finally** 17:16 28:7,22
  29:7 36:4 37:14,15
  71:8 72:15 286:16
  295:21 299:2 312:15
  333:18 338:13
**financial** 199:7
**find** 19:8 42:4 48:4
  52:3 71:2 74:21
  90:14 118:6,14 120:7
  140:21 166:7 183:13
  241:2,7 253:10 264:7
  280:5,24 317:5
  319:21 332:23
**finding** 43:25 334:8
**findings** 272:4 279:24
  331:24 332:7,16
  333:9,21
**fine** 52:7 54:17,19
  64:11 71:20,25 73:16
  77:5 87:15 210:21
  282:21 298:18 300:2

301:25
**finish** 79:5 139:10
  242:24 243:12
  341:14
**finished** 139:9
**finishing** 37:18 180:18
**fired** 65:14
**firm** 4:21 285:25
**Firpa** 2:16 3:10 4:20
  5:18 6:2 7:16,18 8:8
  9:25 10:4,10,25 11:4
  16:11 27:8,14 48:17
  49:3,8 50:2 59:18
  60:6,19 61:10,22
  62:12,14,16,18 67:9
  67:11,22 68:7 71:4
  83:2 94:19 97:20
  101:15,18 103:22
  104:12 105:20 111:3
  112:2,18 121:14
  130:17,24 131:24
  133:6,8 135:23
  136:13 153:5 155:23
  159:8 168:19 182:10
  186:11,12,20,21,24
  186:25 191:3 195:9
  198:20 205:3 210:9
  210:11 213:24
  215:19 217:20 218:6
  218:14 219:19
  220:17 221:7,22,25
  222:18,19 229:2
  232:13,14,20,25
  233:3,19 234:3,11
  236:10,25 238:4,11
  245:13 246:12,16,19
  260:14,21 268:9
  288:14 298:16,17
  299:4 300:7,14 301:6
  305:2,7 306:4,7,11
  306:21 309:7 310:12
  310:15 311:17 316:3
  316:8 326:22 327:24
  328:23 334:14 337:2
  341:20 343:3 344:5
  344:10 346:7
**Firpa's** 48:20 186:16

217:16 336:19
**first** 17:16 27:20 29:15
  43:17 50:3 51:8,9
  57:12 58:4,11,12
  60:2,14 63:12 66:10
  67:15 69:10 70:5
  75:17 78:19 84:2
  104:16 107:24
  109:18 111:13
  112:14 115:14
  119:11 123:10
  127:21 128:8,25
  129:5 130:4 133:24
  135:4,16 136:2,14
  142:17 145:20
  152:14 155:4,16
  164:19 166:10,11
  168:15 172:3,24
  177:22 180:13
  194:17,22 195:4
  198:14 203:25
  215:15 217:14,16
  224:12 238:7 240:5,7
  241:13 245:20,22
  260:17 261:12,14
  264:8 268:17,23
  270:14,24 287:23
  288:18 289:12 290:5
  302:23 323:16 336:8
  340:7
**firsthand** 239:14
  251:5
**fish** 83:15,17 100:9
**fit** 229:13
**five** 80:18 99:3 249:14
**flattened** 50:18
**flicker** 18:10
**flickerred** 51:2
**flip** 342:3
**floor** 209:8,9,23 329:2
**Florida** 41:25
**flow** 10:12
**flue** 331:13
**fly** 213:22
**FMLA** 199:19,21
  201:7 202:9,15
  205:21 208:18,20

209:12,14,21 213:18
  214:16 224:25
  324:23
**folder** 200:4 240:25
  311:23 312:13
**folks** 107:5
**follow** 32:6 43:21
  115:25 124:2 224:15
  227:21 245:5 254:12
  255:12 275:18
  282:13 309:23
  325:10 326:21
**followed** 61:23 111:17
  127:4 184:2 223:7
  230:14 255:19
  345:18,20
**following** 5:17 19:20
  31:6 34:16 40:13
  42:16 44:17 62:20
  72:2 81:6 104:13
  131:5 149:11 152:16
  188:7 193:13 199:10
  207:21 221:12,21
  274:17 278:14
  280:19,21 282:17
  285:16,23 288:22
  289:7 292:4 297:22
  298:20 300:6,6
  303:10,23 306:17
  311:5 319:9 326:4
**follows** 10:20 67:17
  108:2 112:16 155:18
  168:17 198:16
  215:17 238:9 260:19
  277:23 323:18
  344:14
**follow-up** 26:9 61:14
  66:22 127:7 150:16
  192:6 255:16 264:9
**forced** 313:5
**forensic** 22:25
**foresee** 325:15 330:10
**foreseeable** 53:15
**foreseeably** 313:16
**forever** 126:11
**Forget** 89:11
**form** 170:18 189:9

191:23 199:22 206:4
  206:6,12 207:12,18
  208:2,14 209:19
  231:17 292:8 311:3
  327:25 340:17
  344:25
**formal** 61:6 62:2
  113:2 136:15 279:12
  292:2 339:15
**formalize** 136:3
**formalized** 135:24
  333:10
**formally** 19:20 331:14
**format** 301:3
**former** 338:20
**forms** 53:3 206:24
  207:6,10 310:25
**forth** 5:16 26:13
  158:15 159:3,3
  347:11
**forthright** 337:17
**fortunate** 256:17
**forum** 110:20 233:13
**forward** 30:12 31:17
  167:21 218:4 262:9
**fought** 37:10,10
**found** 17:9 18:22 34:4
  39:25 45:10 51:16
  133:24 225:8,19
  245:9 293:23 294:10
  302:2 324:15
**four** 21:22 126:6
  150:5 169:9 262:11
  270:8 271:2 319:23
  320:22 336:4
**fourth** 75:8,12,17
  82:18 156:5 313:22
**frankly** 87:7 345:17
  345:23
**free** 66:3 287:24
  342:23,25 343:2
**frequently** 157:16,24
  175:9,12
**fresh** 242:25 247:11
  247:12,15,17,22
  262:20 263:23
  271:12

**Friday** 66:12 70:8,12
  70:21 73:25 90:2,20
  90:22 91:3,23 92:11
  92:14 93:18 94:3
  95:6,7 96:20 98:21
  100:7 117:19 138:4
  171:17 225:6 237:10
  237:11 290:6,9,12
  296:8 328:18 341:10
**Friday.Dr** 86:7
**friend** 5:5 282:10
  319:22
**front** 53:7 80:2 81:2
  83:23 108:22 178:16
  180:14 211:13
  280:18 288:23
  312:13
**frozen** 33:9 116:3,22
  117:18 119:8 122:2,4
  141:14,15 173:18
  292:22,23 293:10
  294:4 314:15
**fulfill** 23:2 26:7 34:19
  38:22 55:14 128:15
  249:4
**fulfilled** 39:16 255:22
**fulfilling** 158:7
**full** 49:19
**fully** 43:20
**function** 219:21
  227:24 242:4,6
  292:19
**functions** 97:4
**Fursch** 254:9 255:5,22
  259:3,25
**further** 7:7,23 29:4
  39:8 83:3 96:11
  101:11,13 104:8
  133:8 168:10 182:10
  192:14 197:21 198:2
  200:6 205:3 229:3
  245:14 258:8,11
  269:19 285:20 335:9
  335:10 347:14
**future** 46:17 104:9
  131:25 256:10,11
  276:24 285:14

301:11 328:23

**G**

**G** 2:10 3:3 10:15 38:15
238:6 323:15
**gaining** 177:19
**gastrointestinal** 21:11
173:25 177:3
**gather** 251:10
**general** 2:11 4:14,16
4:24 22:10 68:20
73:22 76:11 122:24
136:3 170:8 184:6
265:5 278:10
**genes** 81:22
**Genetic** 287:17
**genetics** 21:13 142:4
**gentlemen** 11:2 278:8
**genuine** 40:23
**genuinely** 201:14
**getting** 114:13 124:19
239:8 278:4 295:6
316:7 333:17
**GI** 28:5 30:19 35:21
35:23 36:5,11 40:19
41:15,22 42:3 43:2
58:2,15 174:6 177:12
177:18,21 186:8
187:23 188:7,13
189:13,22 298:15
299:16,25 300:8
301:17,21
**Gila** 2:5 3:25
**girl** 281:13
**give** 49:15 50:19 72:24
73:22 75:14 81:14,18
86:22 87:12 94:5
95:21 96:13 98:20,23
99:4,6 100:6 126:21
127:21 128:11 130:8
131:7 137:20 156:25
158:16,20,23 180:10
183:4 214:12 219:16
219:18 232:6 241:25
242:23 243:20,23
247:23 255:2,15
262:18,19 267:19
289:5,13 292:17

335:6 345:16,24
**given** 28:21 35:8,25
39:4,13 40:22 41:11
45:23 47:20 57:14
67:20 95:11 96:19
102:4,23 103:3,10,11
105:24 148:3,7,8
150:5,24 157:19
166:5 184:3 188:13
188:13 189:9 211:4
219:2,8 231:24
254:20,21 274:5,18
285:3 304:11,13
323:2,5 324:19 339:5
339:10 344:21,22
**giving** 81:20 180:13
180:22 199:19 293:3
**GME** 11:19 14:10
17:3 28:19 45:22
46:24 215:25 223:2
227:18 235:10 241:4
312:23 346:10
**go** 7:8 18:5 45:18
49:25 52:12 59:20
75:2 82:21 84:11
99:2,24 106:11,11
109:24 112:9 119:11
130:3 141:25 142:6
143:10 148:9 153:3
155:11,20 167:20,23
173:17 188:3 189:7
191:25 193:18
199:20,21 202:16
204:18 208:22 209:8
209:9,23 210:17
212:9 213:13,16
214:9 218:3 219:11
221:11 224:3 228:18
230:11 231:25
233:25 236:4 239:6
248:18 256:4,6
259:22 265:24
266:18 275:9 276:7
277:10 294:12
295:17 311:11 316:5
320:20 323:20 326:9
330:20 333:15 336:8

339:19 340:24
343:20
**goal** 30:11
**goals** 94:11
**goes** 107:12,13 146:2
256:22
**going** 5:8 8:18 10:6
26:20 45:10 48:11
52:8 65:24 67:23
70:18,22 71:24 72:17
73:5 76:6 79:19
80:11 81:14 83:14,24
88:21 108:19 111:21
114:23 121:24 126:9
126:11 139:11,12
144:24 147:5 149:7
149:10,10 153:9
158:18 159:4,7 162:2
163:15 165:20 166:4
167:23 173:12
174:23 180:22
187:10,19 194:4
196:10 200:13 203:4
203:13,22 204:3,9,12
205:23 207:16
208:25 209:3 227:17
240:22 247:22,23
252:17 253:3 255:9
255:12,14,17 259:4
262:22 263:22 264:7
266:2,4,10,18,20
267:10 272:8 275:5
276:12 278:6 290:13
296:12 297:2 299:24
309:24 310:19 325:8
326:3,10 328:5,24
**good** 10:23 11:3 31:20
59:16 68:9,10 69:13
70:25 88:25 97:10
214:22 215:21 219:2
254:2 260:23 272:19
297:18 305:14
337:14
**gotten** 60:5 114:16
122:7 163:18 290:8
**govern** 5:15
**gracious** 177:16

**gradually** 15:14 25:17
43:11 60:13
**graduate** 110:4 215:25
339:19
**graduated** 25:11
**grand** 180:4
**grandfather** 259:8,16
260:4
**grant** 308:22 326:8
**granted** 36:2 176:9
188:19
**great** 56:18 122:18
159:10 165:15
256:19 300:3
**green** 211:12
**grievance** 271:6,24
331:21 332:16
**gross** 22:21 123:17
146:15 147:11
**grossing** 123:19 197:9
256:19
**ground** 30:7
**grow** 13:6 22:8 314:2
**growth** 24:15 30:7
76:14
**Grunis** 121:21 122:5
122:11
**guarantee** 44:4
**Guarino** 163:20
164:11 304:9
**guess** 62:25 73:19
175:5 213:8 329:2
**guide** 11:14
**guidelines** 11:17
125:18 129:18 222:9
**guys** 190:25 242:22
**GYN** 150:8
**gynecologic** 21:12
**Gynecology** 4:2

**H**

**H** 10:15 155:15 198:13
215:14 238:6
**habit** 184:24
**half** 51:12 71:11 78:4
134:7
**halfway** 52:13
**hand** 141:3,8,12

262:11 285:17
**handed** 26:12 39:22
  47:7 270:7
**handle** 271:3
**handled** 249:18
**handling** 7:12 141:17
  242:19
**hands** 244:8 319:12
**haphazard** 185:22
**happen** 43:15 49:18
  175:20 262:22
  263:22
**happened** 52:18,20,21
  53:21 63:5,17 65:18
  72:14 82:6 126:16
  127:23 128:2 141:8
  156:22 199:15
  202:24 212:17 224:9
  225:25 228:22
  261:16 262:21
  263:15 264:9 265:11
  274:2 279:2 281:8
  283:22 284:10 293:9
  315:17 320:8 336:21
  341:25
**happening** 230:10
  265:17,21 320:21
  333:17 338:25
**happens** 94:22 144:22
  268:4
**happy** 110:18,25
  141:4 256:7 283:3
  301:25
**harassed** 240:18
**harassing** 249:24
  339:17
**harassment** 278:22
  332:4,6,24
**hard** 183:13 185:14
  245:3
**Harold** 2:6 4:6
**Harpaz** 41:19 61:12
  176:17,25 178:5
  299:8,20
**Harris** 3:16
**hat** 241:11
**head** 121:17

**headed** 202:13
**health** 16:8 243:19
  308:14 310:5,9
  327:16
**hear** 47:25 106:14
  253:3
**heard** 79:19 80:19
  161:22 201:12
  248:23,24 254:5
  321:24 333:4 340:15
  340:19 341:3
**hearing** 1:1 6:5,11,13
  11:21 86:11 87:23
  88:11 189:3 277:23
  335:14,19 347:12
**hearings** 63:24
**held** 136:17
**hello** 180:16 207:24
  311:6
**help** 32:18 35:15 79:4
  95:25 123:17 156:12
  166:4,6 185:3,6
  190:25 205:23
  212:25 216:5,7,8,9,9
  220:25 242:15
  244:23 245:2 267:13
  275:19 282:18
  329:16
**helpful** 41:13
**helping** 166:12
**hematological** 69:2
**hematology** 23:12
  239:7
**hematopathology**
  77:4
**hemopath** 189:15
  292:6,7 305:19
**hemopathology** 42:20
**hereinbefore** 347:11
**HIPPA** 245:6
**history** 69:16 231:4
**hit** 319:12
**hodgepodge** 130:22
**hold** 193:19 275:2
**hole** 341:24
**home** 82:21 98:7,8
  289:23 290:3,7,11,14

290:25
**honest** 210:20
**honestly** 163:12
**honored** 175:10
**hope** 282:23
**hoped** 244:8 303:2
**hoping** 70:17
**hospital** 1:8 14:2,7,12
  15:18 16:5,7 19:14
  47:11 48:9 68:16
  113:5,16 232:15
  238:16,19 239:5
  245:21 259:13,19
  271:7 278:23 285:21
  286:3 299:11,14
  302:21 305:12
  307:11,14,23 309:23
  309:25 311:2 315:17
  315:21 323:8 325:11
  328:6 330:9,19
  337:13 338:16
**hospital's** 235:19
  274:15,24
**hospital-wide** 130:20
**hostile** 131:21 281:4
  281:11 286:7
**hostility** 144:20
**hostilitying** 314:23
**hour** 51:12 71:12
  226:2 291:25 330:3
  346:20
**hours** 34:14 47:4
  83:20 86:11 87:10
  336:4
**house** 1:3 3:20 5:16
  8:20 9:8,18,20 13:16
  13:19 110:18,21,25
  235:19 278:18
  313:13 330:25 331:4
**HR** 307:13 309:10
  312:17 330:21
**Hughes** 44:11 46:23
  225:4,23 237:12,13
  241:18,23 243:5
  253:15 304:4 308:2
  313:6 326:13
**Human** 17:2 45:6,18

45:20 46:23 110:24
  271:6,25 279:20,22
  280:4 309:7 329:23
  330:16 346:12
**humiliated** 278:17
**hurt** 138:24 274:10

─────────────

**I**

**Icahn** 209:4
**idea** 59:12 80:7 257:11
  305:15
**ideal** 294:24
**ideas** 136:4
**identify** 31:7 103:3
**ignore** 86:8,14 342:24
  342:25 343:2,2,25
  344:7
**ignored** 33:14 221:18
**ill** 114:7 310:2 330:5,7
**illness** 3:13 128:14
  128:22 139:2 158:6
  171:20 175:6 179:12
  220:9 221:5 242:2
  331:13
**images** 70:21 73:25
  74:3,6,9,14 75:15
  89:22 90:2
**imagination** 346:4
**imagine** 301:20
**imaging** 83:14,23
**immediately** 16:25
  34:7 46:25 77:14
  81:16 154:20 184:22
  249:18 261:24
  290:15
**immunopathology**
  23:9
**impairment** 243:13
**implemented** 33:8
**implementing** 288:17
**importance** 200:8
**important** 266:21
  268:5 318:15 324:13
**importantly** 287:7
**impose** 76:6
**impossible** 98:11
**impression** 53:25
  54:16 59:16 100:6,12

impressions 18:24
improve 27:18 60:20
improved 25:17
improvement 24:7,12
  30:2 40:10 238:23
inability 20:13 31:21
  32:6 171:3 304:16
  344:23
inadequate 286:12
incidences 227:8
incident 20:2 69:19,22
  78:15 171:9,16 178:9
  197:14 199:11
  213:19,24 225:25
  226:4 279:14,15
  280:8,16,22 310:19
incidents 51:13 266:9
  321:24 340:17,25
  341:17
include 5:17 7:3 21:10
  122:22 149:18
included 26:11 62:10
  123:15 150:8 282:22
includes 22:24 23:6
including 25:7 29:5
  90:24 110:22 174:22
  194:24 220:5 261:19
  270:11 285:19 287:3
  314:17 337:15,21
incoming 156:12
incongruency 312:6
inconvenienced
  107:16
incorporated 136:15
increase 242:21
incredulous 312:19
incur 29:3
independent 22:10
  254:13 287:5
independently 314:16
indicate 177:17
indicated 36:17 53:5
  173:10 177:11
  178:13 237:2 241:16
  282:5
indicates 228:13
indicating 70:24

indication 289:17
  292:13
indicative 51:3
indifference 32:16
individual 306:11
individuals 36:16
inform 195:10 196:4,5
  196:14 248:4,7 259:7
  279:24 291:8 308:8
  327:21
informal 22:22
information 37:6
  47:14 53:3 150:25
  159:6 178:16 199:16
  251:5,6,9,12 257:8
  269:13 289:3 306:8
  312:3 314:3 317:16
  318:5
informational 258:22
informed 34:23 41:14
  42:2 56:9 88:11
  90:14 136:20 187:5
  195:25 237:16 242:4
  261:17 296:23
  309:10
informing 72:6 130:6
  156:24
infrequent 175:15
infrequently 170:4
  175:14
inherently 339:16
initial 20:2 25:15
  33:24 116:20 157:8
  172:16 179:23 223:8
  264:10
initially 28:12 44:12
  45:14 51:11 157:3
  158:15 172:9 174:20
  217:18 226:3 299:6
  304:10,20
initiated 184:7
injured 118:14 141:9
injuries 139:5
injury 117:3,7,17
  118:11,18 119:10
  137:17 138:5 139:13
  140:10 141:3,12

293:15,21
injuy 137:19
Innovation 55:20 60:7
Innovations 24:23
  62:10
inside 203:14 233:14
insight 12:19 20:9
  32:7 283:17 284:20
  285:8 286:13
insisted 17:17 47:13
  61:15 248:16 312:16
insistence 176:3
insisting 34:25 43:14
insists 341:9
inspected 235:14
inspection 282:21
instance 132:22
instances 133:3
  184:12,17
instant 76:22
instituted 151:19
  234:17,20 302:14
institution 21:3 24:24
  111:8 153:7 234:9
institutional 11:19,20
  58:25 110:23 111:9
  113:17 233:19
institutions 110:7
institution's 235:10
instructed 15:19 18:15
  18:20 19:14,24 28:23
  44:10 47:8 51:20
  124:12 178:12
  200:21 201:6 221:14
  342:19
instructing 46:21
instructional 23:7
instructions 19:12,19
  20:4 32:7 88:24
  343:3
instructs 328:5
insubordinate 12:14
  33:4 240:15 241:10
  249:15 250:5 294:22
insubordination 13:13
  14:19
insult 82:9

insurance 310:9
integrity 12:24 13:14
  14:22 262:24 263:21
  266:9,22 267:24
intelligent 59:13
intended 224:3
intending 8:9
intensely 79:7
intent 202:12 226:19
  226:20 274:9
intention 312:10
  315:20 316:16,18
intentions 309:5
interacting 328:16
interaction 44:13
  218:18 225:9 265:6
interactiona 40:12
interactions 258:13
interest 32:3 41:12
interested 104:19
  149:8 176:5 177:19
  188:9 195:10 224:12
  300:20 347:17
interesting 104:15
  291:19,22
interests 48:8 340:2
  340:24
interim 199:2 240:12
  249:19
intermediary 173:14
internet 89:22
interpersonal 24:8,12
interpreted 33:17
  131:10 145:11,15
interrogated 313:2
interrupt 10:11 159:5
  329:17
intervene 43:22 80:20
interview 98:21,24
  99:7 100:7,13 239:13
  239:16 241:12
  252:19 263:9 287:24
  297:3
interviewed 250:16
  257:23
interviews 252:24
  258:16

**intimidated** 278:17 319:7
**intricately** 123:2
**introduce** 3:24
**invest** 99:21
**investigated** 332:5
**investigation** 196:16 279:23
**investigations** 238:22
**investigative** 238:24
**invests** 82:10
**invited** 45:2 47:5
**inviting** 266:5
**involved** 123:2 226:25 247:25 248:2
**involvement** 173:23 284:8
**involves** 141:16
**involving** 321:15
**irrelevant** 47:15 63:7 65:8
**issue** 43:4 44:7 47:15 91:24 144:21 148:7 171:13,14 176:23 198:10 218:10 240:2 242:7 245:10 249:17 249:18 250:3 252:12 252:13,20 256:14 257:3 290:21 307:16 311:14 313:19,20 315:11
**issued** 26:3 332:6
**issues** 28:8,10,13,25 38:25 43:8 62:19 86:21 113:22 114:4 133:7 178:17 184:3 186:22 209:18 216:9 216:11 218:13 219:23 227:25 228:22,25 238:24 239:15,23,23 241:3,4 249:21 254:4,24 256:8 261:19 267:23 285:5 286:14 288:9 291:22 325:10 331:16 336:18
**issuing** 266:7

**item** 228:12 235:2
**items** 28:16

---
**J**

**J** 67:14 112:13 215:14 347:6,20
**January** 55:16 57:4 240:8 249:10,11 251:3 271:4 280:9
**Jersey** 25:12
**job** 27:17 87:23 100:25 111:12 112:20 113:12 128:15 148:6 156:7 169:2,6 172:25 198:25 199:4 204:25 215:24 238:17,20 248:7 261:2 268:5,5 280:24 292:16 300:19 339:19
**jog** 333:11
**Johnson** 28:23 201:5 215:21 233:7 236:18 237:6 241:13 250:15 312:23 330:4 341:22
**join** 177:17
**joined** 11:8
**Jonathan** 165:12
**Jones** 4:16 45:21
**Jordan** 135:4 140:11 142:10,22 144:22 148:11 149:6 164:25 197:25 293:12 295:25 296:3 298:9 300:7,23 302:15,20 303:5 305:22 307:19 341:21
**Jordan's** 161:21
**Joseph** 206:20
**judge** 111:11
**judgment** 13:2,22 14:9
**judicial** 9:10
**July** 11:7 14:23 25:14 26:2 27:16 62:21 63:5 65:19 136:2 186:21 246:18 248:5 286:11 340:13

**June** 89:15 286:3
**junior** 113:20
**jury** 111:11 117:5
**justify** 342:11

---
**K**

**Karen** 4:16 107:11 201:4 209:11 210:9 213:15 224:10 306:13 309:12 315:3 333:19
**karyotype** 100:15,22 101:2 297:14,16,20
**karyotyped** 297:21
**karyotypes** 79:6 83:22 99:4 100:14
**karyotyping** 100:13 287:23
**keep** 16:3 27:12 83:10 126:9 162:19 208:10 250:25 260:2
**keeping** 131:20
**keeps** 333:24
**kept** 55:19 61:23,25 78:23 165:13 311:15
**kid** 343:14
**Kim** 310:22
**Kimberly** 206:20
**kind** 43:8 87:11 148:7 157:21 159:2 185:13 203:24 274:18 321:10,22 341:25
**kinds** 238:23
**Klapper** 159:23 162:13 163:8,20
**knew** 72:18 121:11 124:20 137:18 154:21 163:13 187:18 201:7 202:15 225:4 236:7 298:5
**know** 17:17,18 20:25 66:11,13 73:8 75:14 77:6 80:8,8,16 82:24 84:16 88:18,20 89:15 97:22 100:3 101:5 107:3 113:10,24 124:13 131:19 137:13 138:9,16

141:22 142:21 147:16 148:4 154:10 160:13 161:5 163:12 167:12 168:2,5 172:6 172:18 173:11,20 180:24 181:6 193:17 194:6 200:24 201:2,3 202:8,14 204:16 210:10 211:22 214:22 219:10 223:13 229:16 231:7 235:4 236:21 244:12 249:4 252:15,17 255:17,25 256:7 276:10 300:2 302:4 318:5 321:12,21 324:23 328:21,22 333:20 341:13 343:5 343:13
**knowing** 39:9 138:14 149:9 224:13 243:6
**knowledge** 22:8 24:6 32:14 76:10,13,15 99:20 118:16 120:10 139:14 143:23 154:12 280:14 291:18
**known** 86:20 169:11 231:5 308:12
**knows** 78:10 231:10

---
**L**

**L** 10:15,16,16 67:14 97:2 155:15 168:14 198:13 215:14 260:16 323:15,15
**lab** 32:10 69:24 70:21 73:4 76:12,19,20 77:12 78:7,9,10,20 78:22,25,25 79:11 80:2,4 81:2,3 82:12 83:11,14,15,16,23 84:25 85:8 89:7,8,11 90:2 96:14 97:4,5 297:25
**label** 141:20
**labor** 142:6
**laboratories** 70:3

**laboratory** 21:6,7
  31:24 32:4,20,25
  68:15 69:5 287:7,25
  288:5
**labs** 72:7
**lack** 12:24 13:13 14:20
  14:21 20:9,10 24:15
  32:2,7 82:17 97:15
  245:10 261:20
  263:21 266:9,11,21
  267:24 283:17 285:8
  286:13
**lacked** 12:19
**ladies** 10:25 278:8
**laid** 118:8 192:15
**Lamp** 321:6
**lap** 212:17
**large** 266:16
**largely** 63:7
**largest** 21:2
**late** 16:15 32:5 35:12
  37:15 56:22 57:5
  82:12 95:7 97:9
  161:10 180:12
  240:17 243:11
  250:20 278:4 290:23
  345:22 346:19
**lateness** 249:21 250:25
**law** 4:21 47:10 222:5,7
  285:25 310:6
**lawyer** 8:10 28:18
  217:22 338:5
**lawyers** 8:13 285:18
**leadership** 218:14
  234:13 261:18
  266:24 281:7
**leading** 182:7
**leafed** 311:24
**learn** 100:4
**learned** 80:23 297:8
**learning** 24:7,11 41:9
  74:6 265:23
**leave** 15:15 18:4 19:9
  19:24 44:9,19 46:14
  46:20,21 52:4 53:4,9
  53:13 61:21 71:9
  105:9 106:19 120:21

180:25 199:16
200:18,22 206:11
208:4 209:20 212:21
214:16 219:9,13,16
221:12,15 222:24
223:7,8 224:7,15
226:13,23,24 227:16
229:10,15 230:22,24
241:25 242:10
294:18 304:24
305:11 308:7,16,22
308:24 309:6,14
310:4,23 311:12
313:15 315:24
322:12,15,21 323:5
325:12,16 326:8
327:20,25 330:10,11
331:11,14,18,19
337:6
**leaving** 19:11 160:18
**lecture** 126:7,21 128:6
  128:7 131:7 147:23
  149:12,16 150:2,14
  161:20 178:24
  179:16,22 180:22
  183:2 303:4
**lectures** 130:23 150:5
  150:7 159:2 266:10
**led** 20:22 39:14 40:17
  46:5 47:22 56:7
  62:19 178:10
**Leena** 1:1 2:1,24 3:1,7
  4:1 5:1,2,4 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1

64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
71:2,5,9,12 72:1,23
73:1,24 74:1 75:1,22
76:1,25 77:1 78:1,22
79:1,11 80:1,9 81:1
81:20 82:1,4 83:1
84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1,17 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1,3,10
171:1,11,22,24 172:1
172:19,21,22 173:1
174:1,6,11,22 175:1
176:1 177:1,11,17
178:1,20,23 179:1,15
179:21 180:1,7,9,11
180:19 181:1 182:1
183:1,8 184:1 185:1
185:18,21 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1

196:1,13,25 197:1
198:1 199:1 200:1
201:1 202:1 203:1,21
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1,18,23
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1,3
254:1 255:1 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1,18
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1
311:1 312:1 313:1
314:1 315:1 316:1
317:1 318:1 319:1
320:1 321:1 322:1
323:1 324:1 325:1
326:1 327:1 328:1
329:1 330:1 331:1
332:1 333:1 334:1

335:1 336:1 337:1
338:1 339:1 340:1
341:1 342:1 343:1
344:1 345:1 346:1
347:1
**left** 19:11 74:19,21
157:13 160:10
173:16 180:19
205:18 212:4,4
282:14 289:19 301:8
301:12 309:17
311:19 325:7 337:12
346:8
**legal** 28:17 274:15,24
285:15 338:5,11
**legitimate** 65:17,21
**Leiter** 2:5 3:25 59:24
60:17 61:4 108:24
135:20 146:11
149:19 151:20 154:6
154:21 161:7 166:17
222:12 229:20
232:23 233:15 254:6
276:25 279:7 323:7
335:2
**length** 285:3 292:5
308:13
**lengthy** 145:21 308:23
**Lento** 11:12 33:24
34:7 54:20 79:10
119:21,25 121:15
123:25 133:6 168:21
190:12 191:16
193:13 194:2 196:10
198:8 220:17,18,20
221:7 234:3 248:13
251:23 252:7 264:18
275:8 280:9 283:5,10
283:12 284:11,21
285:7,24 295:8
297:24 298:8 306:13
337:16 338:21 339:4
341:22
**Lento's** 124:11
**Leto** 80:7
**letter** 3:15 7:15 27:7,9
47:7 65:12 86:21

139:4 196:13 222:9
228:10,20,23 229:19
231:17 248:10
266:25 267:6 283:21
286:2,9,19 316:12
331:14 333:10
336:15
**let's** 9:16 27:12 75:2
88:13 93:15 94:14
112:7 126:9,10,12
133:20 134:19 142:8
145:4 148:9 153:12
166:10 193:18
214:25 221:11
238:13 252:2 263:23
323:12
**leukemia** 76:23,24
**level** 13:20 20:14
23:18,19 24:17,18
25:19 29:17,24 75:7
104:10 126:4 127:14
130:7
**Lexington** 2:20 201:24
201:24
**liaison** 156:13
**library** 84:12 276:15
276:17
**life** 80:23 82:19
102:16 339:20
**light** 15:22 19:4 52:2
285:5 287:4
**liked** 280:23 299:25
336:4
**limit** 7:7
**limited** 6:6,22 117:17
294:25
**line** 51:4 127:9 172:3
236:6 270:24 282:8
**link** 40:6
**list** 66:12 86:5 92:21
121:3 130:20 154:5
159:25 160:2 162:12
162:15 163:2,25
164:5 188:5 189:11
190:24 270:15 303:7
335:13
**listed** 115:16 147:17

163:3 336:13
**listened** 321:11
**listening** 315:10
**listing** 277:2
**lists** 149:15
**literally** 17:10 203:3
**little** 59:25 60:23
69:12 76:17 80:5
89:6 99:20,21 106:2
184:8 202:2 259:4
296:5 306:22 319:10
344:21
**liver** 21:12
**LLP** 2:19
**log** 55:19,24 56:3,13
**logically** 119:9
**logs** 56:12
**long** 29:7 49:8 72:2
106:7 169:11 241:16
263:24 282:6 299:18
311:20 330:3 341:14
**longer** 117:24 245:4
247:24 248:2
**look** 30:15 63:21
67:23 73:9,13 77:6
82:21 97:10 99:24
108:21 109:2,7
130:12 148:13
158:11 162:21,22
163:5 190:4 263:16
265:20 317:16
**looked** 70:23 82:23
234:2 312:12 316:20
317:20
**looking** 17:11 68:5
71:5 92:5 177:8
202:23 203:14 211:7
212:13,15 220:23
221:8 312:3 340:11
**looks** 140:22 222:16
**lose** 294:25
**losing** 15:14
**lot** 74:25 86:2 96:8
121:12 145:25
151:17 152:20 154:3
218:22 258:21
282:11 305:15

**loud** 197:5 301:8
**lounge** 17:14 51:18
**Lowy** 4:24
**lunchtime** 301:7

## M

**M** 155:15 198:13
**MacDONALD** 2:10
4:13 9:7,15 10:8
26:16,23 27:12 48:13
49:2,10,17 56:13,16
64:10,14,17 65:5,23
67:7,9,12 91:12
92:22 101:11 105:6
105:14,18,21 106:10
106:16 112:9 155:11
214:25 238:13
260:12 278:10
**Maglione** 309:11
**mailbox** 136:20
**mails** 309:17
**maintain** 23:24 313:9
**major** 12:4 16:19
336:21
**make-up** 126:21 130:9
**making** 8:12 35:6
36:13 59:3 113:16
120:4 131:21 141:16
157:13,14 165:13
185:5 214:17 225:17
262:21 311:16
**mal** 18:10 51:4 54:10
**malignancies** 69:2
**Mallih** 2:25 5:3,4
**man** 281:14 311:21
**manage** 83:9 100:22
166:13
**managed** 99:3 313:9
**management** 245:9
258:14
**managing** 135:8
**mandate** 242:9 243:23
256:4
**mandated** 300:12
**mandatory** 36:24
131:3 151:13 225:13
239:20
**manner** 344:24

**manual** 5:17 8:20 9:9
  9:18 13:17 26:12
  142:6 235:20 264:23
  278:19 294:9 313:14
  330:25 331:5,5
**manually** 142:5
**manuals** 287:19
**March** 192:10 262:14
  271:3 280:3 284:17
**marches** 344:15
**margin** 256:24
**marginal** 60:12,16
**marginally** 27:19
**margins** 256:20
**Marin** 2:5 4:4 67:3
  85:16 92:5 95:8
  100:24 101:7 103:2,5
  103:14,18 106:13
  108:17 109:3 111:25
  140:19 141:5,23
  146:6 150:20 153:14
  153:18,23 157:15,23
  158:4 161:15 162:16
  170:13 185:15,23
  189:25 190:5,8 196:3
  198:2 208:8,21
  213:10,13 214:3,10
  214:23 215:12
  231:12,19 232:2
  233:2,9 235:7 236:19
  246:6,17 248:6,11,18
  252:2 257:24 272:5
  273:7 274:4,11 275:2
  275:6,13,17 276:2
  277:7,13 315:8 316:5
  316:10,19 317:2,6,10
  317:17 318:2,6,13,25
  319:5,11,16,25 320:4
  320:11,17,24 321:7
  327:4 330:17
**Marina** 4:24
**Marissa** 2:6 4:9
**mark** 9:11,17 26:17,23
**marked** 9:23 152:23
**marriage** 347:16
**material** 41:9 129:13
  178:25 179:6,17

257:14
**materials** 14:15
**matter** 96:12 262:11
  270:23 279:23
  282:14 285:17
  347:18
**matters** 7:22 266:5
  294:22 343:6
**McCash** 278:15
  279:12 280:12
  281:11,18 339:16
**McDonald** 4:17
**McEVOY** 2:18 4:20
  8:3,17 26:22 27:6
  48:18 54:4 59:22
  62:25 64:13,16 65:16
  66:9 67:19 73:10
  85:21,25 87:18 88:7
  91:7 93:2,4,7 98:17
  106:24 125:10,12
  188:24 191:5 277:15
  315:7 335:25 336:7
  339:23 340:7
**mean** 50:12 100:18
  139:18 140:14 144:5
  167:22 183:5,11
  189:2 207:4 220:15
  226:15 231:23
  233:25 234:7 235:10
  253:23 256:15
  257:16 265:20
  269:11 271:15 273:6
  273:21 301:4 317:23
  328:15 334:23
  335:11
**meaning** 59:14 295:15
  336:18
**means** 31:4 33:18
  37:11 161:6 229:14
  229:17 296:12
  300:21 319:9
**meant** 87:22 130:11
  131:17 144:16
  318:21 319:2
**measures** 242:14
**mechanisms** 23:25
**mediation** 279:13,16

284:4
**medical** 1:3 3:17 13:7
  23:13 24:6 25:12
  29:13 31:13 32:14
  34:8 54:11 57:3,6
  61:20 110:4 156:3
  168:23 198:24
  206:11 208:4 212:24
  216:2 229:10,15
  231:4 237:17 238:18
  240:4 241:11 253:9
  254:16 299:21
  305:11 308:7,16
  309:6,8,14 310:4,23
  313:15 322:12,15,21
  323:5 325:5,12,16
  327:20,25 330:10
  331:12
**medications** 243:21,25
**medicine** 3:13 4:8,10
  4:14 23:10 54:9
  68:14,17 215:23
  260:25 329:24
**meet** 20:6 29:8,15
  34:11 42:16,20 45:18
  110:18,25 124:21
  126:3,14 156:17
  178:18,21 182:3
  190:19 192:7 193:7
  194:6,7 199:21,23
  200:2 207:9,11
  213:17 223:17,24
  227:9 251:13 254:8
  261:12 262:2,19
  263:7 269:15 280:8
  283:9 297:2 305:2
  312:17 324:20 325:9
  327:17
**meeting** 26:9 27:20
  30:17 33:24 37:21,23
  37:24 38:8 40:10
  42:6 46:15 89:8,8,11
  111:14,14 114:24
  115:3,23 129:6,7,9
  129:11,22 136:6,17
  142:16,20,22 193:3,4
  194:17 196:25

199:10 217:16,19
  218:3 223:4,20
  224:10 241:17
  242:17 243:15
  244:13 245:23 248:3
  259:5 261:16,20
  263:6 264:8,10
  265:12 266:3 268:23
  268:24 272:14
  283:11 284:12
  285:23 312:24,25
  326:12
**meetings** 78:10 129:14
  218:3 236:8 239:7
  285:11,13
**Melissa** 2:7 4:11
**member** 267:14
**members** 3:25 6:18,25
  7:13 8:15 11:2 22:23
  250:16 274:19 278:8
**Memorial** 40:16
**memory** 178:8 333:12
**mental** 50:15
**mention** 202:11
**mentioned** 39:25
  43:16 54:20 77:13
  83:12 161:21 245:19
  279:19 283:20
  294:23 305:5 318:14
  336:15
**mentor** 319:20 328:16
**message** 71:9 120:22
  205:19 265:3 267:9
  298:9 316:10
**messages** 74:20 98:4
  290:14 308:4 316:7
**met** 58:4 108:15
  109:12 192:4,21,22
  192:25 195:4 199:18
  199:25 200:3,16
  207:9 219:19 221:10
  245:19 248:12
  253:14 261:14 262:2
  264:11 265:7 268:15
  268:16 272:22
  273:12 284:21 324:5
  324:8 326:5 329:25

333:8,8
**methods** 297:10
**miainterpretatio**
40:15
**Michael** 2:5,10 3:16
4:4,13
**microbiology** 23:9
**microscopy** 23:13
**midday** 122:5
**middle** 14:23 140:23
**midst** 297:24
**mid-April** 268:19
**mid-September**
219:17
**mind** 208:2 227:13
**mine** 185:20
**minimal** 16:4 20:14
**minimum** 22:13
**minor** 37:12 209:17
290:18
**minute** 29:11 80:14
115:3 159:18,19
164:10,13 231:6
275:21 277:18 335:7
**minutes** 38:7,18 45:9
52:24 70:15 82:2
115:23 129:6,8,11,23
180:12,18 234:2
291:2
**Miriam** 35:17
**misconduct** 13:13
14:18
**misconstrued** 302:4
306:7
**mishandled** 269:7,11
**misinterpreted** 190:21
**mislead** 309:5
**misled** 258:6
**mismanaged** 314:6
**misrepresent** 309:5
**misrepresented** 37:6
55:6
**misrepresenting**
53:20,22
**missed** 130:23 148:19
151:14 158:10
178:25 179:17 322:7

**missing** 42:11 151:12
321:25
**misstatement** 185:4
**mistake** 130:10 145:21
**mistaken** 182:23
**mistakes** 268:7 328:17
**misunderstood** 226:7
**mixed** 45:24
**molecular** 21:13 23:13
287:16
**moment** 74:17 198:4
267:16 301:18
**moments** 18:9 268:4
**Monday** 70:19 71:17
73:20 90:20,25 91:4
92:11,25 93:9,12,18
94:7 96:2,3 98:2
109:17 156:23 206:2
206:17,18 289:9
290:11 328:18 329:2
341:11
**monitor** 11:14 255:10
**monitored** 60:21
**month** 114:8 127:3
150:6,15 152:19
189:14 246:9 264:3
268:18 271:21
305:10 334:8
**months** 22:13,15,16
29:10 30:8,13 34:16
34:19 135:17,18
189:16 192:7 262:15
263:11 271:21 295:3
295:4,6 303:17 310:7
310:15 340:13
**Moore** 302:6 347:6,20
**moot** 255:11 256:5
**moral** 12:25
**morale** 81:3
**Morency** 120:23 121:8
126:17 127:8 130:5
130:11 133:7 143:20
152:4 155:25 302:22
341:22
**Morency's** 126:25
**morning** 16:12,15
19:20 20:3 36:25

39:5 40:25 41:5
44:22 51:9,14 53:21
72:4 78:2,7,8 93:25
93:25 95:7 104:13
107:13,14 115:21
116:17 122:3 124:21
125:14,20 128:3,5
137:15 154:15 173:7
180:2,3 181:14
182:16,19 195:12
199:11 207:22
210:12 214:18
223:22 229:11 281:9
289:11 291:3 304:15
305:6 311:10 324:4
330:2
**mornings** 29:9 150:8
**mother** 343:13
**motive** 311:25
**Mount** 1:8 2:11 3:12
11:8,18 14:12 20:24
21:17,18 23:6 68:12
68:15,16 71:18 98:12
113:5 156:3 168:23
198:24 201:19,20
213:5,7 215:23 222:4
222:6,8 228:19
238:16,19 256:17
260:25 261:10
329:20,21 338:16
344:18
**mouth** 280:18
**move** 30:12 31:17
93:15 126:10,12
133:20 142:8 206:16
233:17 277:18
**moved** 80:15 244:17
**moving** 283:4 302:6
**multiple** 114:7 116:8
238:22

---

**N**

**N** 3:3 10:15,17 67:14
67:14 107:23 112:13
112:13,13 155:15
168:14 215:14,14
260:16 323:15
**Najfeld** 32:17 68:9

91:8 93:2 94:19 95:2
95:10 97:20 101:9
104:25 123:25
124:17,20 172:17
286:24 287:15 288:4
288:14,22 289:3,5,11
289:14,23 291:4
292:12 294:15 297:3
332:25 341:10,21
**Najfeld's** 31:24 32:2
**name** 3:19 11:4 321:3
**narration** 18:6
**narrative** 18:9
**narrowed** 66:12
**national** 165:6
**national-wide** 134:6
**nature** 113:23 141:9
169:22 313:10
**near** 44:22 201:19
**nearby** 211:25 311:21
**necessarily** 66:25
83:17 151:15 182:21
191:13 213:22
301:14 308:17
**necessary** 7:11 14:25
19:8 22:8 24:16
55:14 166:9 243:10
**necessitated** 284:2
287:25
**need** 9:13 18:4 44:8
48:24 53:8 57:14
71:5 79:16 95:21
105:7 116:2 118:19
129:14 150:17
172:22 173:5 190:5
194:7 198:11 205:19
209:13 211:22 219:9
219:16 229:14
245:11 255:25 256:9
258:14 263:24 264:2
267:5 277:19 281:22
295:10,20 323:10
325:15 328:25
330:12,20 334:22
338:7,11
**needed** 15:15 58:20
116:13 117:15

119:11,13 121:20,22
124:6,21 132:6
137:14 172:18
173:11 206:10
214:22 217:22 241:8
241:24,25 242:10
252:20 253:2 254:22
257:19 274:15,20
292:8 293:14 297:6
307:8 326:17
**needing** 258:20
**needs** 74:25 76:22
158:16 242:7 245:5
252:17 270:25 277:6
288:11
**negate** 244:7
**negative** 243:16
253:24,25 282:7
**neutral** 30:6
**never** 39:12 53:12
61:22,25 70:18 72:23
73:3 74:3 77:8 78:24
97:12 118:17 124:14
142:23 143:17
157:14 160:21 161:3
170:4 183:24 184:23
195:9 208:5 213:6
223:15 225:11 232:6
253:12 258:19,23
263:10 272:3 275:11
280:24 293:9 298:2
322:6 331:23 333:4
344:9,13
**Nevertheless** 41:18
**new** 2:21 21:3 24:22
25:11 26:4 27:23
38:8,9,11 42:19
55:20 60:6 62:9
114:23 118:5 135:10
135:20 136:11
147:14 151:18
156:12 159:6 161:24
167:9 170:13,16
194:22 218:6 234:22
241:5 242:23 243:2
248:17 254:16
261:23 263:6,25

276:7 279:9 284:23
288:17 296:9 302:13
302:18 303:9 347:8
**newly** 163:7
**nice** 80:3 301:13
**night** 116:16 117:15
**nonattendance** 24:2
**noon** 19:25 80:14
109:12 309:15
**Norm** 176:21 177:9
**normal** 15:6 122:9
151:7,8
**normally** 59:23 63:23
123:21 158:25 244:6
**Norman** 176:17 178:4
**Notary** 10:19 67:16
112:15 155:17
168:15 198:15
215:16 238:8 260:18
323:17 347:7
**note** 19:22 62:3 74:17
88:10 97:20 138:10
139:17 149:24 153:9
189:20 192:6 222:23
224:5 290:5 293:15
294:11,18 301:13
307:9 327:23 328:22
328:25 330:23 331:8
**noted** 56:3 57:13
97:24 286:18 290:14
307:25
**notes** 240:25 278:21
289:2 307:10,14
**notice** 9:10 137:20
196:11 304:18
**notified** 16:23 259:25
**notify** 178:10
**notifying** 39:18
**noting** 191:14
**novel** 104:18
**November** 1:12
**numb** 293:8
**number** 31:2 55:14
71:7 73:10,11 74:20
78:20 96:24 97:7,8
115:10 124:15 134:3
134:9 170:12 186:2,4

186:22 188:2 191:3
193:20 228:4,12
291:16 346:2
**numerical** 27:13
**numerous** 38:6 324:15
**nurse** 243:19
**NY** 2:21

---

### O

**O** 3:3 10:15,16,16,16
10:17,17,17 107:23
112:13 155:15
168:14 215:14,14
260:16,16,16,16
**oath** 6:12
**object** 85:21,25
**objection** 85:22 86:4
106:21 107:7,8,18,20
255:21,23 335:16
**objections** 38:2 105:20
**objective** 31:11 38:25
94:11
**objectively** 30:7
**objectives** 29:17 30:5
42:22
**objects** 87:4
**oblige** 141:4
**obnoxious** 145:3
**observation** 19:6
287:6
**observations** 60:24
**observe** 16:6 31:8
83:16,25
**observed** 78:18 203:11
**observing** 18:25
287:20
**Obstetrics** 4:2
**obtain** 29:22 225:10
239:19 276:19 306:2
306:5 308:25 327:23
**obtained** 41:10
**obtaining** 44:2
**obviously** 57:11 64:8
105:23 108:5 178:15
187:16 209:20 286:6
**occasion** 33:13,15
**occasional** 178:20
**occasions** 28:20 236:6

269:8
**occur** 57:4 250:17,18
**occurred** 171:12
279:17 284:6
**Ocinto** 283:9
**October** 174:7 301:19
**odd** 255:13
**offense** 289:3
**offer** 41:6 220:23
**offered** 33:15 41:8
104:8,14 110:21
174:9 263:10 325:25
**offers** 21:19
**office** 4:17 11:19
14:11 17:3 28:19
34:8 43:11 45:3,5,9
45:22 46:23,24 47:6
57:3 70:14 71:3
80:15 90:14 96:6
110:5 168:7 186:6
202:19 203:2,3
204:15,17,25 205:14
205:17,25 209:24
210:5,12 212:2,5,22
213:4,19 214:17
217:15 223:2 226:2
226:10,13 227:18
242:18 266:20
290:22 301:8 310:20
311:11,19,19,21,22
312:4,12,17 315:19
316:22 318:7 325:7,7
326:19
**officer** 13:19
**officers** 110:18
**offices** 4:25
**official** 189:4 279:20
329:19
**officially** 43:3 234:5
**off-site** 124:5 132:21
**oh** 86:18,22 102:3
181:17 182:20 201:3
207:25 265:25
**okay** 51:6 58:19 59:15
59:16 65:5 66:8
67:12 73:12 79:25
83:2 84:19 85:10,12

87:21 88:9 89:16
95:19 97:24 100:5
102:11 103:4 104:5
105:17,18,21 109:21
123:3 134:19 137:3
139:8 142:8 148:9
151:8 153:8,12
163:17 165:15
173:22 190:2 192:20
193:25 194:2,5
198:18 206:19 212:9
212:19 213:8 222:25
230:11 232:11
234:15 236:24
240:23 248:21 254:2
269:22 270:5 272:19
274:24 277:12 285:4
296:11 300:2 316:3
318:2,10 331:20
335:21 336:6 340:6
**old** 279:9
**ombudsman** 110:23
**once** 40:9,14 41:19
43:13 55:5 56:25
122:24 145:16
187:20 251:11 255:8
312:6 338:3
**ones** 200:17
**online** 253:10
**onward** 209:20 333:24
333:24
**on-site** 133:16 152:17
154:10 165:9,10
167:6
**open** 31:11 182:23
214:7 301:9 311:22
318:7
**opened** 316:22
**opening** 48:20 63:25
64:2,5,15,21 278:2
**operation** 38:11 199:6
**operations** 12:22 15:9
261:7 262:25 266:16
268:2
**ophthalmologist**
239:22
**opinion** 111:18 175:13

214:12 249:16 252:5
254:14 257:22
258:14 308:15,25
329:8
**opinions** 257:23
**opportunities** 174:10
267:19
**opportunity** 48:14
49:22 64:5,9 169:17
174:16 183:17
185:18 189:24 232:6
242:24 267:20 276:5
277:25 285:3 286:24
323:10 339:11
**opposed** 247:5 251:24
**opposite** 307:6
**opted** 174:12
**option** 218:2 254:18
254:20,22
**options** 21:19 28:22
139:3
**order** 3:6 27:13 96:15
97:10 114:10 115:20
116:9 183:2 228:21
267:13 294:16 329:2
341:16
**organ** 22:21
**organic** 18:8
**organization** 58:23
**organize** 156:11 166:6
**orient** 156:12
**orientation** 110:19
**original** 243:15
**originally** 161:17
174:9 179:21
**Ossler** 301:20,22
337:22
**outcome** 226:20
253:12 314:7 347:17
**outlined** 217:17
249:14 251:5
**outright** 281:4
**outside** 185:7 239:21
267:10 274:21 323:8
**overall** 38:10 77:10
292:10
**overarching** 165:24

**overnight** 99:24 134:5
**oversee** 11:9 59:8
111:3 169:8 216:5
**overseeing** 173:13
**oversees** 110:5
**oversight** 261:6
**overwhelmed** 15:14
18:3 50:20 123:18

### P

**P** 3:3 10:16 168:14
198:13 215:14
323:15
**package** 136:19
**page** 71:4 73:19 79:16
79:18,19 98:9 101:23
115:14 119:18 121:3
134:24 140:23,23
148:24 149:4,5 150:3
152:8 172:11,16
177:23 183:10,12
185:20 270:6,25
307:22,22,23
**paged** 120:11 298:4
**pager** 133:21,24 134:6
165:5,6 167:11
185:24
**pages** 33:14 73:16,17
115:25 135:10,10
169:23 170:4,11
171:2 183:4,6,14,15
184:24 185:8,19
277:20 278:21 298:2
298:3 344:3
**paging** 171:11
**paid** 337:22
**Paillex** 223:24 225:19
226:9 306:14 312:15
312:18,22 315:3
334:10 337:3
**Palmer** 2:19 4:21
**PANEL** 2:3,8
**paper** 39:22 104:14
**papers** 199:20,22
**paperwork** 199:21
205:22 213:19
224:25 328:3,4
**paragraph** 47:9

222:20 267:7
**paramount** 327:16
**part** 37:4 40:4 42:19
55:25 74:6 92:21
100:14 113:13 125:2
128:15 132:2 141:13
170:21 200:9 216:16
249:6 272:6 313:23
313:25 326:17
**participate** 22:21
34:10 123:20 217:19
239:4
**participating** 218:2
**participation** 225:12
**particular** 30:25 65:9
94:23 104:20 132:18
144:23 147:19
158:24 163:25 171:8
175:16,23,24 180:9
184:6 187:22 220:24
251:25 255:20 259:4
270:16 271:7 272:15
279:14 282:14 287:2
293:20,21,22 301:2
309:3,21 313:20
321:19 331:25
338:24
**particularly** 24:11
29:24 68:25
**parties** 347:15
**partner** 121:22 122:8
122:9
**partnered** 122:4
**parts** 72:4 272:24
**pass** 77:22 99:22
**passed** 26:19 119:9
259:8
**Pat** 11:12 79:10 80:7
**Patel** 19:25 37:22 38:3
44:16,21 45:5 46:19
51:7,10,12 53:2 54:2
198:22 223:21 226:6
226:10 306:13 309:9
310:13,21,24 311:5
312:16,16 324:4
341:23
**Patel's** 45:3 226:2

310:20 315:19
**pathologic** 314:13
**pathological** 314:12
**pathologist** 5:6 22:10
169:5 263:19
**pathologists** 314:4
**pathology** 3:11 4:23
5:2 6:9 10:3 11:6,10
11:12,17,24 15:8
20:24 21:4,9,12,12
21:13,14,15,18,19,21
22:16,17 23:5,11
25:7,10 28:2,5 30:20
30:23 33:12 34:2,14
40:3 41:25 56:22
57:15 60:11 68:13
75:13 76:11 77:24
79:4 99:3 104:17
105:13 111:19
112:23,25 114:2,8
118:20 121:18
146:15 147:11
157:17 163:4 169:7
169:10 171:19,25
173:25 174:2 177:3
179:10 183:25
188:14 196:18 197:4
199:3,5 218:11,23,24
220:6,12,12 221:10
228:13 240:13
249:25 256:18 261:3
261:5 269:7 281:7
282:3 287:3,17
291:23 295:24
298:15 299:16 303:4
313:24,25 314:18
319:17,18 334:13
335:24 338:15,15
**Pathology's** 6:4
344:20
**patient** 15:10 24:6
74:14 169:18 197:7
216:22 230:7 269:12
308:12
**patients** 13:22,25
14:13 15:18 20:18
48:8 68:25 74:9

75:15 124:7 216:24
227:14 228:2 256:12
256:16 257:17 268:8
**patient's** 46:10 73:25
74:5 314:7
**Patrick** 306:13
**pattern** 14:19 183:21
275:19
**Paul** 28:23 45:21
201:5 241:12
**pause** 29:7
**paused** 51:2
**pay** 35:12 288:10
310:9
**paying** 29:25 30:25
35:15 218:22 337:23
**payment** 56:21
**pays** 102:16
**pediatric** 22:25 104:16
**pediatrics** 4:10
**peer** 6:18
**peers** 263:20
**peer-to-peer** 338:8
**penalties** 126:4 154:22
**penalty** 35:12,15
36:23 56:21 127:21
129:24
**pending** 200:22
221:14
**Pennsylvania** 296:2
**people** 72:3 77:24
111:12 118:8 120:25
122:22,25 123:2,12
123:15,16 146:2
157:23 163:19 164:9
166:8,8 182:18,21
212:21 213:5 226:13
239:14 241:12 242:8
243:25 244:7 251:6
252:25 257:13,23
258:17 277:19
281:19,20 291:14,15
291:20 320:10,12,16
328:19
**people's** 175:17
203:16
**percent** 36:24 99:5

115:5 125:22 126:4,5
126:14,19 130:7
156:17 178:19,21
185:7 302:11
**perception** 16:18
**perfect** 125:22 180:6
257:9
**perfected** 3:14
**perfectly** 65:16
**perform** 15:12 20:14
22:19 24:17 31:14
117:4 166:3 170:19
219:21
**performance** 13:12
14:18 24:14 25:15
27:17 29:23 32:19
38:5 45:24 60:2,8
69:17 81:8 169:25
171:5 218:8 254:23
292:14
**performed** 34:5 54:21
191:12,15 279:22
287:18,21 338:17
**performing** 23:20
**perinatal** 22:25
**period** 41:7 42:5 52:13
97:14 126:20 130:8
131:19 132:20
133:15 142:18
147:19 149:22,24
152:11 155:4 156:21
159:18 164:22,25
170:6 190:15,18
191:13,16,17 192:3
192:10 217:5,13
219:7 224:25 227:6
228:23 266:22 283:6
302:11,21 340:10,13
342:10
**periodically** 255:10
**periods** 22:2
**permission** 101:15
340:3
**permit** 187:19 339:24
**permitted** 64:4
**persistent** 12:9 14:18
50:22 173:24

**person** 59:7 82:23
98:13 100:2 116:10
119:8,11 147:21
164:7,10 180:13
182:22,24 231:10
234:8 263:7 299:4
300:10,25 301:3
320:13,19
**personal** 14:21 41:12
45:11 48:23 82:9
310:5
**personally** 35:17,25
81:25 170:10 180:20
294:6 295:5
**personnel** 337:3
**persons** 20:17 243:2
**person's** 175:17
**perspective** 265:13
**pertain** 272:7
**pertaining** 95:14
100:8 233:6
**Pesan** 285:2
**Pessan** 240:11,12,15
249:6
**Peterson** 18:23 51:24
306:12 320:3 327:17
**petit** 18:10 51:4 54:10
**PGY** 4:9 9:4 24:18
25:9,21 127:14
135:16 137:5 169:13
339:3,3
**phase** 204:21
**Phelps** 41:2 177:14
195:13,15,18
**phone** 79:14 98:4
119:21,25 134:3,9,10
142:22 172:21
201:16 210:8 224:14
225:21 308:23
311:16
**phsyciatrist** 322:16
**physically** 9:14 142:3
278:16 318:19 319:4
319:5,7
**physician** 25:8 61:16
205:22 223:9 226:22
226:23 229:24 230:4

230:15,17,18,19
231:3,13 237:9,18
239:11,15,16 241:9
241:20,24 242:5
249:16 250:2 251:22
252:11 255:14
270:12 303:24 304:4
304:22 308:2,11
313:6 324:13 326:9
326:11 327:15 330:6
333:15
**physicians** 14:2 53:14
61:20 138:22 229:9
238:25 239:12 244:3
244:6 304:19 309:8
309:13 326:17 337:9
**physician's** 139:17
251:7
**pick** 70:20 90:2
276:16
**Pisan** 264:22
**place** 15:7 23:25 51:15
52:23 58:17,21 71:25
72:2,8,21 73:5 114:9
114:23 128:13 129:7
135:25 136:14 179:9
181:16 193:4,5
195:17 223:14,16
228:21 256:25
281:19 319:11
335:17 342:9 344:23
**placed** 25:22 149:25
150:14 196:14
197:18 247:17 274:8
278:12 279:18
286:10 311:24
**placing** 40:7
**plan** 25:25 58:11
325:14
**planned** 103:8 296:20
313:17
**planning** 66:24 315:16
**plans** 312:8
**played** 336:20
**player** 249:22
**please** 17:18 69:21
72:10 79:22 101:25

112:20 125:4 134:22
177:23 213:13 260:2
284:12 287:24
308:19 323:25
327:17
**plenty** 86:25
**plus** 64:15 231:5 244:5
**pocket** 337:23
**podium** 128:11
**point** 32:19 46:18,22
51:2 55:3,4,25 63:23
73:20 75:22 79:10
87:17,22 88:3 91:15
91:19,23 93:16 96:12
98:8,12,14 99:15
103:19 131:10
135:11 145:16,17
166:17 172:20
174:22 187:6 188:12
192:9 200:5 202:25
208:25 209:14 213:8
213:9,10 225:16
226:21 228:17,19
237:3 242:16 246:16
256:3,5 264:17 265:7
266:15 267:4,5,21
268:8 270:6 275:16
277:21 279:11,18
280:11 281:5 283:20
285:4 286:2,8 292:20
293:14 294:3 295:21
296:18 297:16
298:11,12 299:9,23
300:4 308:10 309:2
312:5,16 313:13
314:21 319:13
320:15 332:8 334:8
342:7 345:7
**pointing** 319:10
**points** 231:14 270:17
272:23 286:17
314:25 336:13
**policies** 11:20 14:6
16:24 33:7 38:8,9,14
38:19,22 47:10 52:11
58:23 111:10,16
113:17,17 114:20,23

115:6,15,16,25
129:19 134:25
135:23,24 136:9,11
151:18 167:6,9 220:7
220:15,22 234:16,23
235:11,12 253:9
296:9 302:18 330:19
**policy** 36:12 37:5
58:17 114:8 115:18
115:22,22 116:10,11
118:5 124:24 125:10
125:14 128:13,17
134:12,17,22 135:11
135:13,14,20 151:10
151:16 154:23 157:3
158:8 171:25 173:3,4
179:3 220:24 221:2
233:19 234:21
235:10,18,20 236:15
251:4 259:13,20
278:18 301:9 302:8
302:14 307:13,14
309:23 313:14
325:11 330:9,16,21
**polite** 207:25 311:7
**politic** 58:25
**politics** 58:20
**poor** 12:25 13:12
14:17 45:24 78:12
304:24
**poorly** 32:21
**portion** 117:24
**portions** 310:8
**portrayal** 283:22
**pose** 14:12 31:13
**posed** 20:12
**poses** 227:25
**position** 5:20 63:3
65:17,21 68:12 218:6
329:19,21,22 340:10
**positions** 166:22
**positive** 40:11 116:16
314:19
**possibility** 29:5 30:19
35:8 43:18
**possible** 35:20 36:5
39:9 43:17 51:25

105:24 183:9 225:15
243:13 336:16
**possibly** 56:21 120:2
243:22 244:20
**postgraduate** 112:22
113:25
**postponed** 291:10
292:3
**potential** 20:11 227:25
266:21 305:16
**potentially** 174:17
185:17 187:8
**practically** 16:16
43:12
**practice** 22:11 24:7,9
24:11 40:3 264:22
**practicing** 5:5
**preceded** 62:14,18
**preceding** 36:25
**precipitate** 16:21
**precluded** 158:7
**preferences** 290:17
**prejudicial** 87:8
**preliminary** 7:22 66:2
**premises** 46:21 52:3
337:6
**prepare** 17:24 36:21
50:23 70:9 77:15
84:6,10 86:13 96:15
126:6 282:18 287:10
297:6 303:9,21
304:12,14 337:20
**prepared** 17:23 32:21
35:6 36:8 87:10
161:7,15,19 264:13
278:7 284:25 291:7
**preparing** 32:9
**preponderance** 6:16
**prescription** 243:24
**presence** 14:11 46:10
267:12 313:3
**present** 4:13 5:13,18
5:24 38:3 39:14
45:20 49:24 69:25
70:9,22 74:4 75:24
95:17 127:11,16,18
128:22 130:22 131:6

131:13 136:6 144:16
146:12,13,25 147:6
147:23,24 149:17
150:16 151:2,13,23
155:5 157:5 159:17
159:22 160:3,5,7,19
160:22,25 161:8,11
161:16,19,19,23
162:12 163:6,7,14
164:6,14 166:24
167:24,24 168:3
170:15 179:11,23
180:4,11 181:14
182:16,18 219:20
220:8 233:17 277:25
282:20 291:9,14
292:8 297:15,19
303:3,7,15,17,20
304:2,6,10,15,17,21
309:23 310:22
334:24
**presentation** 4:23 7:3
7:19,20 8:12 10:5
17:23 22:22 27:3
32:9,22 36:22 37:14
37:16,18 49:16,20
50:23,25 52:11 63:25
64:25 65:25 69:20
70:8,13,14,19 71:12
71:24 72:5,8,17,20
72:22 74:23 75:2,6
75:14 76:2 89:18
90:24 91:2 93:24
94:4,6 97:10 98:3
102:5 103:13 128:9
128:11 146:14,18,23
147:10,14 149:8
152:3 157:2,13,21
158:17,21 161:25
164:12 167:15
180:13 181:15
219:17,18 289:6,14
289:15,20 290:16
291:4,6,10 292:3,10
292:12 303:9,22
341:10
**presentations** 10:2

70:3 148:20 158:23
**presented** 71:13 74:6
147:18 149:24
150:14 236:6 291:13
291:17 297:22
**presenter** 180:18
**presenters** 163:2
**presenting** 5:20 8:14
82:15 107:9 128:5
144:4 163:15,19
164:8,9 266:25
291:18 303:18
304:23
**President** 3:16 202:23
204:25 212:24
**President's** 45:4
**pressure** 292:18
**presume** 249:19
**presumed** 131:16
**pretty** 100:11 226:15
269:4 345:20
**prevents** 300:18
**previous** 225:6,9
237:15 278:14
280:16 307:10
**previously** 305:9
336:15 339:2
**primarily** 60:10 83:22
**primary** 11:9 308:9,11
326:9,11
**principles** 32:8 287:22
297:11
**printed** 30:22 39:22
**prior** 78:19 108:24
280:15 303:17
315:12 324:11
336:18
**private** 17:13 20:7
41:9 45:11 51:17
52:24 61:16
**Pro** 2:24
**probably** 96:10 99:14
105:17 173:8 246:15
**problem** 8:22 17:19
114:3 141:10 170:14
170:17 227:22
239:22 252:6 310:14

316:9 342:13
**problematic** 12:20
185:17
**problems** 28:9 33:2,3
36:12,19 38:4 40:13
69:17 92:2 170:9
197:17 310:5 345:9
345:11
**procedural** 63:23
**procedure** 35:24
58:14,16 115:17
178:11
**procedures** 5:15 19:11
33:6 111:10,16
220:15 253:8
**proceed** 7:23 10:24
30:13 44:5 45:7 47:2
47:4 52:3 58:21 61:3
64:22 66:4,6 108:8
176:4 178:12 192:13
200:11 238:13
245:12 278:4 308:6
323:13
**proceeded** 17:13 19:7
50:19 79:17 192:19
298:10
**proceeding** 6:18 49:6
63:8
**proceedings** 3:6 9:19
10:12 256:4 275:18
277:21 319:21
335:17 347:10
**proceeds** 21:25
**process** 43:21 44:19
46:7 47:12 59:8
106:8 173:13
**processed** 120:5 124:8
**processing** 21:6
141:19
**procure** 52:4
**produce** 269:20
**production** 310:12
**professional** 12:24
13:7,21 14:21 30:2
31:5,7 227:9 239:23
267:13 288:3
**professionalism** 13:14

13:23 14:20 24:9,13
28:9 29:11 31:2,12
39:23 40:3 81:9
97:16 216:13,19
217:2,23 227:10
228:25 256:14
262:10 263:2,18
266:12 268:3 269:21
270:12 272:24 279:3
285:2,9,10 286:22
**professionally** 22:9
31:21
**professionals** 29:13
31:14
**professor** 4:4,7,8
68:13,16 97:13
**program** 3:12 11:13
11:25 12:15,22 13:9
21:20,22,24,25 22:12
22:24 23:24 24:22
25:3,11,16,20 29:6
30:15 31:18 40:8
114:2 121:15 124:9
125:2,16 136:16
154:13 169:3,7,8,10
169:17,20 186:14,19
189:10 194:17,20
216:7 218:5,14 220:6
220:16,20 224:14
233:23 234:4,6,13
237:2,16 242:25
252:14,16,18 281:17
282:18,18,20 338:16
339:9 342:24 343:12
343:21
**programs** 11:10 21:9
21:17 23:21 24:24
30:24 136:9 216:6,8
216:10
**progress** 13:6 192:8
192:12
**progressed** 60:13,23
**prohibit** 141:12
222:10
**prohibition** 295:12
**promised** 33:23
**promising** 40:11

**promoted** 25:19
**prompt** 7:11
**promyelocytic** 76:24
**proof** 117:6 118:11,15
  118:17 128:14,21
  139:2,6 158:6 220:8
  221:5
**proper** 256:24
**proposed** 8:25 316:12
**proscribed** 22:3
**protect** 256:15 285:19
**protected** 282:6
**protecting** 256:12
  257:17
**protocol** 36:12 329:11
**proven** 266:22
**proves** 86:19
**provide** 8:15 22:3,6
  30:6 38:24 53:3 86:5
  117:6 128:21 132:8
  138:2,13,17 146:4
  152:6 158:5 176:2
  178:24 179:16,22
  180:7 183:2 197:7
  223:6 229:18 293:14
  327:23
**provided** 13:3 14:15
  20:19 24:20 48:3
  182:25 224:6 231:8
  325:18
**provides** 13:18
**providing** 6:22 35:5
**psychiatric** 61:6
**psychiatrist** 226:19
  239:25 308:8,20,21
  322:11,25 326:7
**psychiatrists** 240:22
**psychiatry** 4:7 267:14
**psychology** 267:14
**Public** 10:19 67:16
  112:15 155:17
  168:16 198:15
  215:16 238:8 260:18
  323:17 347:7
**pull** 114:11 115:20
**pulled** 60:7 116:10
  118:3,9

**punitive** 285:20
**purpose** 340:24
**purposes** 68:25 74:5
**purse** 204:8,10
**pursuing** 28:16
**put** 19:4 30:11 31:16
  79:7 81:15,24 82:2,4
  87:25 124:7 145:20
  172:21 209:11
  250:13 262:9 265:13
  269:18 274:3 335:19
  343:9
**p.m** 1:10 43:10 74:15
  74:20,21,25 90:16
  93:10 106:4 289:20
  306:10 307:25
  310:24 326:23

## Q

**qualified** 131:7
**qualify** 12:7
**quality** 20:19 70:25
  71:13 171:5 216:7
  238:23,23 239:2
**question** 5:21,25
  52:14 53:16 55:2
  56:5,7 57:8,16,17
  59:22,24 61:5,5 63:2
  76:7 88:19 90:6,12
  92:4,4,9,12 94:17,25
  98:18,19 100:24
  103:25 106:6 108:13
  110:14 111:22
  132:12 135:13
  138:12 140:7 143:15
  145:5 146:7 148:10
  148:18 149:20
  153:13 157:14
  158:20 160:12,15,16
  162:5,18,19 164:18
  166:18 167:16,22
  174:18 178:7 179:20
  181:18 184:15
  186:18 188:11,17,21
  188:25 189:18 191:9
  191:21,23,24 195:16
  196:3,9 205:24
  207:16 208:9,23,24

209:17 210:2 211:10
  211:17 214:5,6,15
  215:10 223:25
  230:12 232:12,23
  233:5,10,12 234:15
  235:6,17,23 236:3,12
  236:14,19,22 246:21
  248:8,20 250:22
  251:21 253:22 258:3
  258:4 259:11,20
  270:20 272:2,7 273:8
  273:17 275:3,3,6,23
  277:2 290:24 316:15
  316:19,21 318:14
  319:16 320:18 321:8
  327:5,7,11 328:8
  329:5 330:15 333:3
  333:25 345:2
**questionable** 33:17
**questioned** 37:3
**questioning** 6:20 33:4
  38:9 49:9 67:10
  159:9
**questions** 33:22 48:15
  48:16 49:4,11,12,14
  49:23 50:3 54:6
  59:18 83:3,5 97:18
  100:8 101:9,12,14
  104:25 108:7 111:23
  112:2 133:9 142:10
  148:10 153:15,23
  155:7 159:12 168:11
  182:10 190:9 195:4,7
  197:22 198:2 205:3
  209:16 213:11,14
  214:4 217:3 224:18
  225:24 229:3 233:16
  237:6 245:14 246:17
  246:22,24 248:11,19
  252:3 257:13,24
  258:8,11,12 268:10
  272:11 274:11 275:2
  275:14 277:9 297:9
  313:11 315:7,9
  334:10,12,15
**quick** 125:6 269:5
**quiet** 17:10

**quite** 28:14 87:7 112:5
  263:10 345:17,22
**quote** 327:2

## R

**R** 3:3 10:15,16,16,17
  10:17 107:23 112:13
  112:13 155:15 238:6
  238:6,6 260:16,16,16
  323:15,15 347:3
**radical** 16:22 50:12
**raise** 7:23 179:20
**raised** 63:3 86:18
**raising** 43:8
**Rajit** 2:25 5:3
**rang** 312:15
**range** 133:24 216:24
**rapid** 219:7
**rapidly** 14:22
**rash** 52:9
**rate** 77:10 105:16
  125:23
**rated** 60:12
**ratings** 63:11
**rationale** 176:14 187:8
  294:20 296:15
**Raymond-Flesch** 2:6
  4:9
**reach** 51:15 134:4,10
  171:10,13 172:5,7,7
  184:9 194:12 326:14
  326:18 346:14
**reached** 184:12,17
  193:9 194:10,11,15
  194:23 249:7 252:25
  333:19
**reactive** 150:9
**read** 40:4,7 47:19
  65:11 73:21 93:6
  101:25 102:4 103:12
  126:8 134:16 135:9
  136:22 141:17
  149:19 257:4 263:16
  265:14 267:7 272:16
  272:20,21 273:20,21
  274:14 276:9 278:6
  287:15 316:10 317:9
  341:4,8

**reading** 102:19 123:7
132:12 249:3 265:22
287:8
**ready** 72:25 251:11
290:17 291:21
297:16
**real** 125:5 131:7
204:25 313:18 331:7
342:13
**realize** 55:12 83:12
84:20,24 85:6 138:21
226:9
**realized** 80:10 262:8
**realizing** 266:19
**really** 17:25 18:3,13
18:13 31:4 44:15
74:10 76:9 80:16
81:18 95:21 99:11
106:15 124:6 146:17
147:6 167:16 214:2
218:22 219:2 227:18
227:22 234:24
242:20 244:18
249:16,17 281:14
295:9,19 317:9 341:5
342:7,20 344:21
345:7
**reason** 28:25 74:4,11
107:14 154:17
174:25 176:3,7
214:21 239:17
257:10 271:11
295:12 304:18 324:2
325:19 331:7 343:5,7
**reasonable** 49:8 313:9
329:7 342:20 343:8
**reasoning** 33:17
**reasons** 20:21 50:22
214:19 228:9 240:19
249:15 250:15
257:18 271:16 286:4
288:7 324:21 336:16
336:22
**reassess** 344:12
**recall** 58:19 111:5
127:17 134:14,18
156:20 176:6,24

178:15 181:22
182:20 187:12
190:12 197:13 199:9
206:3,14 210:19
211:3,11,15,18,19,20
211:23 217:3 224:2
240:21 246:2,7,8
254:25 255:3,4
264:18,21 270:24
273:5,7,9,10 275:7
326:19
**recapture** 51:4
**recast** 283:18
**receipt** 38:18 136:23
302:16
**receive** 61:19 98:9
115:7 125:15 172:11
181:2 218:7 284:15
290:2 334:2
**received** 3:17 16:12
31:25 35:4 103:15
183:14 225:11
264:16 283:5 292:11
298:2 306:20 307:18
307:21,22 315:12,13
**receiving** 144:20
302:18
**recess** 277:22
**recognize** 344:24
**recollection** 212:11
**recommendations**
60:20 255:11,24
**recommended** 263:4
322:16
**reconcile** 338:19
**reconsider** 266:5
**record** 5:12 26:21,25
27:3 63:14 110:2
112:10,11 155:12,13
155:21 215:3,4
228:11,13,25 257:25
285:13 318:19
335:19 347:12
**recorded** 60:24
**records** 23:25
**recount** 263:15 265:10
269:18 272:25

**recounts** 274:17
**recourse** 282:13 344:6
346:8
**recourses** 343:23
**recover** 32:18 303:3
**recruited** 315:18
**redeem** 267:20
**redirect** 101:16,18
**redo** 32:21
**refer** 74:13 91:5 94:14
115:9 117:9 120:18
125:5 128:24 134:19
134:22 139:19
148:21 149:22
171:14 177:4,22
181:8,23 187:25
188:23 219:24 228:3
232:8 239:20,24
242:9 255:9 270:2
303:24
**reference** 27:10 40:2
226:18
**referenced** 115:19
**referral** 239:18 241:16
241:19 243:7 304:18
**referred** 61:17 237:8
239:12 240:3,6,7,9
240:13 252:16,22
304:22
**referring** 75:20
139:23 140:16
234:25 327:19,24
**refers** 74:8
**reflect** 76:14 228:12
284:9
**reflected** 75:6 284:19
**reflecting** 97:3
**reflection** 39:15
248:17 249:2 269:15
270:7,14,16 272:16
274:5,14 275:4,10
276:7 278:24 279:9
280:3 283:16,19,24
284:7,9,17,24 286:12
**reflections** 285:8
**refocus** 340:8
**refresh** 178:8

**refusal** 28:21
**refusals** 50:22
**refuse** 29:2 225:14
243:20
**refused** 28:12 33:9
36:9 46:14 61:12
220:9 308:22
**refusing** 32:20 217:19
294:20
**regard** 169:8,18,20
171:2,8,9 174:3
197:8 220:22 223:3
312:7
**regarding** 37:7 56:6
56:20 69:19 81:9
124:24 151:17 153:5
171:18 176:17 181:3
181:20 182:4 184:2
186:23 217:4,23
230:10 262:5 271:7
279:13 287:5 292:21
297:7 304:24 309:6
309:18 310:23 313:2
325:12 326:25
331:22
**regards** 170:20
**regular** 15:20 19:16
112:8 218:7
**regulations** 14:6 47:11
58:24 343:12
**reiterated** 53:8
**relate** 15:10 45:25
199:15
**related** 28:8,10 38:6
76:10 78:18 169:25
178:18 197:6,15
218:10,18 220:10,18
243:2 308:14,19
331:24 338:23
347:15
**relates** 73:14
**relating** 53:23 189:18
234:4
**relationship** 80:9
81:15 169:15 263:6
**relative** 5:19
**relay** 298:8

**relayed** 17:20
**relays** 139:19
**relevant** 5:24 111:21
  137:24 146:17 235:7
  246:3
**reluctant** 258:20
**remain** 19:6 52:2
  255:7
**remainder** 306:16
**remarks** 335:22
  336:10,12
**remedial** 60:18
**remediation** 242:14
**remember** 57:21 76:5
  76:7,8,8 111:6,14
  143:24 156:22
  163:21 171:21
  176:20 185:20
  196:21 199:14 207:8
  208:21 211:5,6
  226:17 230:16
  244:15,16 273:3
  296:24
**reminded** 35:24 42:18
  43:19 44:25 47:16
**reminiscent** 51:3
**remorse** 321:15
**remotely** 119:22
**remove** 327:22
**removing** 339:12
**render** 314:2,13,15
**repeated** 12:5
**repeatedly** 12:23 36:9
  41:14 42:15 44:12
  47:16 60:9 178:13
  280:18 311:13
**repetitive** 261:21
  266:8
**repetitively** 267:25
**rephrase** 205:24
**replace** 28:4 40:20
  58:16
**replacement** 43:25
**replied** 42:18
**reply** 296:3
**report** 19:21 22:19
  41:16 43:5 44:18

55:22 225:11 242:8
  256:22 257:2 262:13
  263:13,13,18,25
  264:13,14 265:9
**reported** 44:23 219:20
**Reporter** 10:13 347:7
**reporting** 236:7
**reports** 269:9
**represent** 16:2 20:16
  58:24 81:10 115:13
  117:11 120:20 129:3
  158:13 177:7 220:2
  228:24
**representatives** 7:2,8
  45:19
**represented** 46:10
**represents** 73:18
  228:6
**reprimanded** 280:13
**Reproductive** 4:3
**request** 36:10 38:7
  41:15 42:8 47:21
  52:4 53:4 57:9 61:19
  62:2 86:15 88:2
  142:19 173:24 176:9
  176:18 177:11
  178:10 186:8,11
  187:4,6,7 199:16
  200:12,22 219:3
  221:11,15,18,23,24
  222:14 223:8 224:4
  251:25 293:24
  294:10 298:13,23,24
  299:2,5,7,21,24
  310:3,10 325:15
  340:3
**requested** 17:6 35:25
  36:7 42:16 61:10
  142:16 171:15 174:7
  174:9 187:23 188:13
  189:20,21 200:18
  227:16 254:11
  259:22 265:9 267:11
  267:12 279:11
  298:14 331:17 339:2
**requesting** 28:21 33:5
  130:20 169:24

219:13 221:6
**requests** 33:5 42:25
  86:9 175:9 188:6,19
  218:19
**require** 29:4 128:19
  142:5 175:7 294:8
**required** 19:23 23:6
  33:8 34:5,19,20,21
  36:24 38:19 50:23
  57:23 119:2 125:17
  126:14,21 128:15
  130:8,16 138:14,16
  150:18 158:23 173:2
  178:18 220:8 221:5
  262:16 307:15 314:2
**requirement** 30:25
  34:12 37:4 55:10,15
  57:2 95:12 178:22
  295:20
**requirements** 11:15
  12:7 19:10 23:3 26:7
  28:2 30:17,23 34:2
  35:9 38:23 39:16
  42:23 59:3 95:13,15
  103:23 156:18 192:5
  192:21,23 193:2
  216:14 221:9 269:16
  289:12
**requires** 14:4 22:12,15
  22:18 23:21 128:16
  141:20
**requiring** 128:14
  139:16
**reschedule** 122:21
  157:6 158:19
**rescheduled** 127:24
**rescheduling** 122:19
**research** 261:7 289:2
**resent** 243:7,8
**resented** 243:6
**residence** 9:3 14:4
  305:4
**residency** 3:11 11:11
  11:13,16,24 12:7
  13:11 21:10,18 24:24
  25:13 30:23 31:18
  38:11 110:5 113:6

135:19 154:13
  157:17 169:3,7
  185:11 216:5 220:19
  227:11 234:4,9
  313:24 338:15
**resident** 4:11 22:7,19
  25:10 33:10 37:12
  38:5 41:10 59:5,11
  64:3 75:8,13,18
  78:21 82:18 94:21
  112:23,24 113:14,22
  114:5,6,15,18,24
  115:3,23 118:24
  119:7 121:9 122:2
  123:13 127:14 128:4
  128:9 129:6,7 131:8
  132:15,20,21,24
  133:5 137:5,7,15
  143:10,13 145:10
  146:3 151:5 152:13
  152:17,18 156:5,6,8
  156:9,10,11 165:11
  165:17,22 166:3,15
  167:5 169:13,16
  171:10 175:3,8,10,23
  179:5 189:9 197:12
  197:15,23 200:2
  216:9,11,17 218:25
  219:22 220:10 221:8
  222:10 225:14
  227:24 257:6 278:15
  279:13 280:16,20
  282:9 287:5 292:6,24
  293:5,13 294:4
  295:13,17,25 299:22
  302:23 305:17
  313:22 314:2 318:17
  318:20
**residents** 12:14 15:4
  15:19 16:13,18 18:19
  19:15 21:16,23 23:16
  24:4,20 25:2,4 33:3
  34:25 36:13 38:8,20
  40:12,25 51:20 69:24
  70:10 71:3,8 81:18
  83:10,11 84:15,18
  110:19 112:25

113:19,20 114:2,9,11
114:12 115:20 116:7
116:9 117:21,21,25
118:2,3,6 121:12
125:15,23 127:12
129:9,14,17 131:3,19
132:6 134:2,11
135:15 136:6,17
137:6,13 142:13,25
143:4,9,12 146:10
152:12 156:13,14
157:24 158:22 165:9
166:11,12,14,23
169:9 170:20 171:20
172:4 173:11,20
174:10,14,16,22
177:14 178:21
179:10 180:4 182:4
186:23 192:19
196:17 197:3 199:7
202:17 216:9,19
218:12,16 221:3
235:25 236:9 239:4
240:16,18 249:23
252:18 256:19
266:13 281:22 287:9
300:17,20 327:21
337:4,5 342:25
**resident's** 33:13 171:6
**resistent** 172:24 259:4
**resisting** 240:22
**resolution** 280:7
**resolve** 39:13 216:10
333:23
**resources** 17:2 45:6,19
45:20 46:23 110:21
110:24 271:6,25
279:21,22 280:5
309:7 329:23 330:16
346:12
**respect** 97:15 99:20,21
216:21 268:3
**respectful** 80:11
263:20
**respectfully** 285:6
**respectively** 121:16

**respond** 33:16,18,21
52:16 53:17 58:8
64:19 65:3 71:4
87:10 95:25 119:17
120:15 126:24 127:7
127:10 143:25 146:5
157:3 172:10 183:6
183:18 193:8,13
201:15 214:5 224:17
248:25 296:7 324:16
344:2,3
**responded** 48:7 124:3
130:24 133:4 142:12
158:17 170:4,5,11
172:16 183:4,15
184:21,24 185:9
224:13 251:23
275:11,15
**responding** 27:20
149:6 184:25 220:3
251:24 266:9
**responds** 233:12
**response** 12:8 76:4
77:3 101:24 109:6
116:18,21 124:11
127:10 131:17 132:3
142:23 143:18
169:23 172:12
224:16 226:11 277:5
284:15 286:25
288:16 298:12 334:2
**responses** 50:18
261:21
**responsibilities** 12:17
12:25 15:21 19:16
20:8 29:19 31:15
51:21 123:19 135:7
165:17 166:21
220:18 234:3 288:10
296:25
**responsibility** 23:17
113:13 146:3 256:20
321:14,23 342:15
344:25 345:5,8
**responsible** 13:7 88:17
220:5 250:11,19
345:11

**responsibly** 31:22
**responsive** 325:2
**rest** 16:5 84:22 122:6
123:24
**restore** 15:5
**restraint** 285:10
**rests** 277:16
**result** 13:12 178:23
**resulted** 197:17
**results** 60:8
**resurfaced** 40:13
**resurgence** 40:18
**retain** 257:20
**retained** 285:15,25
286:4
**retired** 241:5
**retract** 318:22
**return** 32:20 45:10
58:7 62:3,4 74:22
136:19 222:22
289:18 290:4,22,24
315:14
**returned** 51:10 53:2
98:11 290:14 307:23
**returning** 96:4 227:23
**review** 6:18 11:16
29:16 30:24 34:21
38:16 41:25 42:21
47:8 48:2 65:13 87:9
88:6 98:12 192:7,12
231:20 267:6 282:18
282:19 284:16
285:14 289:11,15
296:10 301:23 338:9
**reviewed** 7:14 24:25
34:13 231:4 287:22
**reviewing** 115:23
287:19 302:18
**reviews** 22:22
**rewrite** 249:2
**rhyme** 257:10
**right** 54:17 58:6 83:23
84:13 88:16 89:16
91:3 92:6 94:2 95:19
99:5 125:9 149:14
160:2 164:20 165:7
178:14 180:14 183:8

191:7 193:12 203:2
207:3,8,21,22 208:10
208:12 209:5 210:18
211:14 212:2,19
214:13 228:18 233:7
237:22 248:22
252:11,19 253:18
254:19 258:25 259:9
272:10 309:19,20
310:3 321:5 330:12
333:7
**rights** 47:9,19 267:7
282:6
**ripple** 175:19
**rise** 320:6,20
**rising** 312:11
**risk** 14:12 20:16 124:7
**risks** 20:11 46:9
**Robert** 304:9 309:10
**Rocco** 2:7 4:11 62:8
62:13,15,17 140:18
140:20 141:11
166:25 321:8,20
322:4,8
**Rojet** 58:10
**role** 6:19,21 7:2,7 81:7
111:7 233:24 239:10
336:21
**roles** 165:23 236:9
**room** 51:18 71:8 84:15
116:3 123:17 200:3
246:14 337:5
**root** 160:14
**Rory** 2:18 4:20
**rotate** 35:22 69:5,24
**rotated** 69:8 76:12
116:8
**rotating** 23:16 32:24
**rotation** 15:22 18:22
19:17 20:6 23:3
24:21 28:5 29:15,16
29:20,22 31:23 32:13
34:9,13 35:2,19
40:19 41:17,22 42:3
42:19,24 43:2 44:2
57:2,6 69:9,10,14
70:6 76:14 77:11,15

77:22,23 78:4,15,16
81:8 83:17 94:12,23
95:12,12,14 104:2,7
114:17 119:8 123:21
128:19 133:25
141:13 142:2,7
172:14,15 174:8
175:23,25 176:15
177:18,21 188:6
196:18 218:20 252:8
286:23 287:12,13
289:10,12 292:15,18
293:13 294:13
298:13 302:24
327:22
**rotations** 21:14,16
22:2,6,13 23:2 30:10
30:16,20 35:4 57:14
60:9 94:20 135:7
170:21 188:8 287:3,4
287:4,5 295:2 298:11
313:25 314:21
**rough** 185:9
**roughly** 340:12
**rounds** 180:4
**rude** 145:2 263:10
**rule** 70:5 96:23
**rules** 6:14 7:10 14:6
58:24 339:23 342:22
343:12 344:15,17,18
344:20 345:19,20

———————————
**S**

**S** 3:3 10:15,17 67:14
107:23 198:13
215:14 260:16
**sabotaged** 345:18
**safe** 167:14
**safety** 13:25 15:8
16:24 20:18
**Samuel** 278:15 279:12
280:12 281:10,18
339:16
**Sang** 287:17
**sat** 37:16 46:14 73:3,4
128:8 180:14,17
202:21
**satisfaction** 34:17

**satisfactorily** 55:8
314:20
**satisfactory** 25:18
283:16
**satisfied** 192:15 303:6
**satisfy** 12:6 27:25
33:25
**saw** 202:5 203:13
207:22 212:15
229:24 230:7,15,17
230:19 231:18 266:2
311:5
**saying** 47:24 65:7
72:16 78:23 89:17
96:9 102:22 103:20
104:2 124:12 131:15
137:6,16 142:25
147:22 149:9 150:11
150:13 152:2,10,24
160:24 161:11
163:18 166:19 167:8
184:16 217:21
230:16 231:18
251:25 265:17 273:6
274:7 281:11,18
288:17 295:18
300:23 325:21
326:24 328:19,21
333:5
**says** 59:8 65:18 71:17
71:18 73:24 79:11,21
86:22 102:4 103:9
146:24 148:19
150:25 164:6 196:13
208:9 246:6 269:24
270:7,25 296:11
327:13,19 332:15
341:2,6,7
**schedule** 15:23 34:16
35:19 36:8 43:24
57:10,11 87:5 105:24
107:4 112:8 115:18
174:4,14,15,17,21,24
175:8,17 327:22
**scheduled** 23:2 32:22
37:13,17 40:15 41:17
42:7 43:6 46:15 57:5

57:10 86:12 112:8
123:21 127:18
129:24 136:5 156:25
157:5,9 158:25
159:16 160:2 161:17
162:17 182:24
268:23 303:16
326:20
**schedules** 156:12
175:18 218:25
220:11 221:8
**scheduling** 113:22
175:21
**Schiller** 241:4
**school** 3:12 4:14 25:12
54:12 68:17 215:23
260:25 329:24
**Science** 4:3
**scope** 6:5
**Scott** 105:8 106:17
109:15 112:3
**screen** 81:21 243:14
257:19
**screening** 253:16
**screens** 239:19 243:9
**scrutiny** 314:22
**se** 2:24 338:12
**searching** 241:5
**second** 37:21 53:8
69:9 84:4 88:12
101:23,25 102:3
111:14 140:22
142:18 159:6 160:17
182:25 193:15,23
222:20 230:18 251:6
268:6 274:13 275:9
285:23 286:12
303:25 329:18
**secondly** 8:25 63:22
**seconds** 203:3 212:6,7
212:11
**secretary** 79:15
**section** 8:20 13:17
33:9 116:3 141:15
292:22,24 293:10
314:16
**sections** 116:22 117:18

119:8 146:16 147:12
173:18 294:5
**secured** 19:22
**security** 267:10 337:3
337:12
**see** 58:13 61:13 62:3
82:5 83:13,24 85:18
90:17 120:2,6,22
138:7 150:20 154:19
201:18 212:16,23
226:19 240:22,24
241:13 255:14,18
271:22 279:7 313:4
317:7 322:22 324:2
324:13 326:9,10
**seeing** 51:18 322:25
323:7
**seek** 138:23
**seen** 16:7 226:21
322:11,15
**seizure** 18:11 51:4
54:10
**selections** 174:13
**self** 16:2 269:14 270:7
**self-assessment** 341:4
**self-interest** 216:23
**self-medicating** 244:2
**semi-annually** 25:3
**send** 129:8 134:8
146:9 172:10 257:2
**sends** 131:17 144:22
**senior** 25:9 37:12 97:9
166:14 266:20,24
295:13,16
**sense** 12:25 15:5 38:12
143:11 165:24 166:2
175:19 306:22
**sensitivity** 216:24
**sent** 42:10 43:7 52:10
70:19 72:13 86:17
90:9,10 92:10,14
93:13,17 103:22
122:24 130:5 131:14
133:25 134:5 149:9
156:23 159:25 161:9
162:15 163:13 177:9
183:16,18 232:20

233:7 281:6 286:2,10
293:12 302:9 303:14
304:4 306:8,10,23
307:3,7 309:16 316:2
326:23 332:17 333:6
**sentence** 82:22 102:2
102:4 222:20
**sentiment** 232:21
307:5 309:18
**September** 3:8,15,18
7:14 14:24 15:11
20:23 41:18 42:8
44:8 50:10 65:19
109:11,13,19,19
127:19,20,24 129:25
130:9,12,15 144:12
146:20 160:22
161:10 179:9,13
182:8 199:9 200:16
201:9,18 205:9
221:12 223:18,19
241:20,22 244:14,18
282:16 299:3,13
302:25 303:10,13,15
303:19 304:13 305:6
306:17 310:17,21
340:14
**sequence** 105:7,11
106:18 107:9,21
219:8
**sequential** 22:2
**series** 21:25 129:4
158:14 266:8
**serious** 19:3 129:13
219:22 227:17,19
237:17
**serve** 156:13 292:18
**served** 282:17
**serves** 340:23
**service** 21:6 33:10,12
34:15 43:6 116:13
118:20,25 120:4,8
123:14 124:19
128:18 166:12 171:5
171:6,19 173:5 197:4
197:6 228:19 261:7
292:7,24 293:10

294:3 295:2,3,4,13
295:19,24 296:21,22
299:22
**services** 15:10 20:19
114:12 286:5 292:19
295:14
**serving** 3:20 4:15
173:14
**session** 28:20 30:21
39:24 51:8,18 53:8
195:16
**sessions** 29:11
**set** 5:16 26:13 67:20
179:4 228:10 342:22
344:15,17,18,20
345:19 347:11
**setting** 87:5
**seven** 29:10
**shaky** 25:16
**shape** 170:18 344:24
**shared** 18:24 30:11
244:19 305:24
**sharp** 78:11 273:9
**sheet** 115:3 125:19
129:10 154:9,14,18
154:20 155:2 165:14
**Shema** 37:22 306:12
324:4,7
**Shema's** 325:6
**shewas** 197:3
**she'll** 18:9,9 19:5 31:9
33:25 34:9 42:2,4
46:19 61:16 214:5
245:4
**short** 45:8 57:2 133:24
266:3 288:8,8 292:17
304:17 341:15
**Shorthand** 347:6
**shortly** 57:22 244:13
307:21 312:25
**shouted** 280:17 281:20
**show** 42:9 70:7 157:11
253:13 291:20 341:8
344:8
**showed** 16:15 46:13
344:13
**showing** 325:3

**shows** 134:24 188:5
193:12 341:11
345:14
**shut** 280:17,17,18
**sick** 33:11 37:13 77:18
82:14 114:5,9 116:8
118:25 121:10
127:18,22 130:2
131:5,10,11,15 132:4
137:14 144:17 145:2
145:12,15,19 146:8
157:6,9,10,16,23
158:2,18 161:25
164:17 166:3,9
210:18 303:2,12,14
305:8 307:10,15
309:24 326:25
330:21
**side** 221:10 239:17
265:18
**sides** 66:14
**sighting** 286:11
**sign** 41:2 115:2,5
129:10 135:16
154:14,15,18,20,22
155:2 206:4,6,24
207:6 244:5,6 245:3
245:6 255:9 310:25
**signature** 136:23,25
**signed** 38:17 122:7
134:25 135:17,18
154:11,25 207:7
302:15,17
**significant** 174:25
187:21
**significantly** 303:11
**signing** 122:6 328:16
**signs** 41:4 243:12
**sign-out** 177:18
195:19
**sign-outs** 195:11
**sign-up** 125:19
**similar** 22:25 60:22
274:16
**similarly** 5:23 295:2
**simple** 31:3
**simply** 175:22 290:20

311:18 312:12
**Sinai** 1:8 2:11 3:12
11:8 14:13 20:25
21:17,18 23:6 68:12
68:15,16 71:19,22
74:22 98:12 99:13
113:5 156:3 168:23
198:24 201:19,20
213:5,7 215:23 222:4
222:7,8 228:19
238:16,19 256:17
260:25 261:10
329:20,21 338:16
**Sinai's** 11:19 344:18
**single** 21:2 185:20
197:12 320:18
**sir** 67:11 174:5 248:21
**sit** 22:4 28:2 34:21
55:11 207:11 239:2
**site** 172:17
**sitting** 16:17 17:10
57:23 67:8 83:13,23
101:4 204:8 211:13
266:10
**situation** 17:5,7 28:11
51:19 65:10 121:20
172:22 181:11
187:22 226:7 242:19
270:9 281:21 309:3
312:7 323:4 327:18
**six** 24:5 30:4 77:21
115:16 216:15 342:9
**skills** 22:8 24:8,13,17
**slate** 247:24
**sleeping** 125:25
**slept** 293:7
**slides** 17:11 141:17
257:5,7
**slot** 182:23,25
**slow** 50:18
**small** 177:5 235:2
**society** 240:4
**soft** 188:15
**sole** 234:8
**solid** 69:3
**somebody** 17:6 77:21
99:23 119:10 145:13

161:12 167:8 211:24
226:12 230:6,7,9
242:10 245:8 254:15
322:23 342:11
**somewhat** 123:20
297:4,17
**soon** 39:9 51:15
194:16 281:17
284:11 301:23
303:13 312:2
**sooner** 327:15
**sorry** 72:24 73:5 76:19
79:14 91:21 96:7
103:4 113:3 115:4
121:3,24 123:7
130:13 131:9 143:16
144:7 148:25 152:2
153:16 162:6 165:4
214:13 327:14
**sort** 81:15 87:5 91:25
113:21 216:25
218:15 219:5,7
220:24 244:8 249:14
275:19 278:25 342:2
**sought** 217:15
**sounds** 49:7 141:24
191:24
**source** 55:21
**space** 58:12
**spare** 70:11 77:24
**speak** 37:17 81:16
99:2 143:20 145:13
167:10 172:18,21
202:4 205:19,22
217:22 234:24
280:21 286:24 290:9
290:10 300:10,13
308:3,8 313:5
**speaking** 8:10 51:6
176:20
**special** 36:2 236:8
**specialty** 21:10,16
22:4 31:18 41:12
**specific** 23:17 29:17
29:19 52:9 74:14
176:7 187:12 197:8
250:14 284:13 288:7

297:12
**specifically** 119:4
139:16 165:20
170:24 267:12 296:6
308:6 318:18 338:25
**specified** 11:16 34:20
47:9
**specimen** 256:25
269:7
**specimens** 21:5 120:5
124:8 141:18,18,19
169:19,19 197:8
256:20 294:7
**spell** 80:25
**spend** 75:23 81:17
288:19,21
**spent** 287:18
**spoke** 130:17 165:17
172:17 193:16,25
195:9 229:9 230:3,8
230:9 281:16 289:10
297:7 298:21 299:4,9
299:11,12 301:5,16
305:24 308:11,21
310:21 313:10
322:24 330:2
**spoken** 177:14 208:3
208:14 299:8 300:8
**spots** 159:19
**squeeze** 80:14
**stack** 203:8 210:24
**staff** 1:3 3:20 5:16
8:20 9:8,18,21 12:18
13:16 15:5 25:6,7
32:12,17 74:2 80:2
81:2 84:20,24 85:7
88:16,20,22,23 90:15
110:21,25 156:14
235:20 249:25
278:18 287:25 288:3
288:5,8,24 294:14
313:14 330:25 331:5
**staffing** 288:8
**stand** 88:13 148:4
233:5
**standard** 227:10
**standards** 38:23

216:13 227:10
**standing** 79:18
**standpoint** 172:4
179:7
**stands** 280:13
**Starbucks** 44:22
201:23 207:22
209:16 223:23 311:6
315:12,15,18
**start** 9:24 31:20
177:21 242:25 243:4
247:11,12,13,22,23
263:6,23 268:25
271:11 341:13
**started** 25:13 31:22
32:25 158:19 202:22
246:15 250:18
263:12 264:8 265:12
265:16,23 271:22
311:7 344:2
**starting** 42:19 117:14
158:15 186:20
247:15,17 257:15
262:20
**starts** 128:7 178:2
**start.Dr** 86:12
**stat** 76:18,19,22 99:25
**state** 33:21 52:6 68:11
85:22 110:2 112:20
144:4,5 168:21
284:12 347:7
**stated** 88:5 126:22
144:14 151:10
204:20 224:19
283:19 295:7 300:15
305:14,17,21 307:8
308:2 312:4
**statement** 48:10,20,21
48:22 50:19 64:2,5
64:15,21 66:3 145:9
154:3 191:17 198:10
230:2 231:14 232:2
262:9 275:25 276:3,5
278:3,6 286:25 287:2
315:13 316:11
318:22 339:25 340:4
**statements** 36:18

335:22
**states** 132:19 136:10
191:11 304:3,5 310:6
**stating** 55:8 111:15
130:15 131:18 134:3
139:4 283:5 291:5
300:7 302:10 303:15
307:19 309:18 316:3
319:6 334:7
**station** 204:12,13
**statistic** 175:11
**status** 30:16 50:15
51:24 201:7 205:20
324:23
**stay** 95:24 97:9
**staying** 334:17 346:19
**stemmed** 26:6
**step** 120:6 122:11
123:16 242:20
266:25 343:15,18
**Stephen** 264:22 347:6
347:20
**stepped** 45:8 210:22
311:19
**steps** 19:8 77:21 267:5
346:11,13
**Steve** 105:6
**Steven** 2:4 3:19 285:2
**Stimmel** 110:24
**stood** 37:18 219:5
**stop** 18:9 228:20
**stopped** 74:16 289:4
**story** 239:17 249:13
265:25 269:19
278:11 323:4
**straight** 83:14
**strange** 157:22 301:4
**strategy** 244:17
**stress** 6:17 308:19
314:22
**stressed** 18:16
**stressful** 16:4
**stressors** 305:20
308:14 338:23
**stretch** 346:4
**strict** 23:19 295:11
**strike** 236:2

**string** 193:24,24
**strive** 262:24,25 263:2
**strong** 40:22
**student** 16:8 17:13
  61:11 62:4 299:21
**students** 21:15
**studied** 314:10
**study** 68:23
**stylistic** 290:17
**Suarez** 301:17
**subject** 14:5
**submit** 26:20,24 55:25
  56:11,16 86:23 87:2
  87:6 118:11 146:16
  221:5
**submitted** 8:24 27:2
  75:6 88:2 118:15,17
  134:16 262:13
  264:12 284:17,23
  302:17
**submitting** 136:24
  147:11
**subsequent** 60:21
  117:2,16,19 122:22
  127:7 174:21 179:25
**subsequently** 157:4
  172:13 187:5 286:9
**substantiated** 36:15
**subway** 289:22 290:2
**succeed** 242:24 244:9
  345:17
**successful** 256:10
  281:2
**successfully** 339:10
**sudden** 263:12
**suffer** 269:12
**sufficient** 6:7 65:20
  71:13 101:7
**sufficiently** 25:18
  70:25
**suggested** 28:7 35:14
  51:24 142:20
**suggestions** 117:20
  127:16
**suggests** 49:3
**sum** 327:8
**summarily** 11:23 14:8

15:3 227:2 312:20
**summarize** 177:6
  196:24 228:5 335:3
**summarized** 181:10
  182:2
**summary** 20:22 47:5
  53:23 60:5,7 65:12
  81:13 228:14 255:16
  286:18 302:3 336:14
**Sunday** 109:20
**superiors** 337:15
**supersedes** 216:23
**supervise** 288:15
**supervising** 167:5
**supervision** 113:20
**supervisor** 15:22
  18:23 19:15,17 20:6
  29:16 42:21 51:23
  79:8 80:13 101:3
**supervisors** 15:19
**supervisory** 165:23
  166:22
**support** 36:17 39:3
  228:16 267:15
**supported** 6:3
**suppose** 59:4
**supposed** 39:20 45:2
  59:7 72:24 73:8,25
  84:17 85:3 94:3
  131:6 134:15 147:23
  148:5 157:20 159:22
  160:4,7,19,25 163:6
  164:6,13 179:11
  182:16,18 200:2
  207:2,5,9 232:14
  234:19 252:12
  262:10 271:3 275:14
  304:21 313:3,4
**supposedly** 82:15
  149:24
**sure** 9:17 29:18 50:5
  67:5 68:4 72:3,10
  88:15 96:4 98:5
  111:9 113:16 115:5
  120:4 124:7,10 125:7
  127:9 133:5 138:20
  139:20 143:8 154:4

157:25 165:13
  188:25 199:18
  217:24 221:2,9
  227:19 233:8 261:25
  263:3 264:12,16
  267:6 282:23 325:17
  329:18 335:8 343:6
**surface** 31:22
**Surgery** 4:5
**surgical** 21:4,13 22:17
  25:6 33:12 60:10,10
  114:7 118:20 119:4
  119:14 121:21
  123:13 169:19
  171:19,25 183:24
  196:18 197:4 218:11
  269:7 282:2 295:21
  295:23 303:3 313:24
  314:18
**surgicals** 120:12
**surprise** 19:3
**surprised** 180:20
  272:23 328:9,12
**surprising** 87:3
**surprisingly** 37:24
**surrounding** 323:3
**suspect** 18:7
**suspend** 3:10 11:23
  14:8 227:2
**suspended** 65:14
  240:3 253:7 337:19
**suspense** 27:9
**suspension** 20:22
  65:12 228:14 267:2
  286:18,19 302:3
  336:14
**suspicion** 153:2
**sustain** 63:19
**swear** 10:7,9
**swept** 98:25
**switch** 122:5 173:25
  176:7 177:9 187:14
  187:24 218:19
  298:24 300:9,11,21
  300:25
**switched** 58:2
**switches** 187:19

**switching** 30:19 176:6
**sworn** 10:19,23
  107:24 112:14
  155:16 168:15
  198:14 215:15 238:7
  260:18 323:17
**swspite** 40:9
**system** 24:9 58:23

---

### T

**T** 107:23,23,23,23
  155:15 168:14,14
  198:13 238:6 323:15
  347:3,3
**tab** 73:10,11
**table** 265:18
**TAEUGS** 40:15
**take** 6:19 9:2,9 15:7
  15:15 17:20 18:4
  19:9 34:2 53:8 56:22
  65:18,22 71:24,25
  72:8 73:5,25 74:3,9
  75:15 84:9 105:7,10
  106:8,17 126:11
  175:22 181:15
  185:15 189:12,13
  193:4 202:10 209:19
  215:5 220:9 223:2
  228:21 235:15 247:6
  247:8 253:16,20
  259:13 260:7 275:21
  277:18 289:2 306:5
  309:24 321:14,22
  330:12 331:11,14,18
  337:21 338:7 341:13
  345:5
**taken** 6:8 62:22 77:14
  78:16 98:7,25 183:17
  185:18 192:17
  242:15 271:8 279:21
  284:2 285:21 305:8
  322:12,15 324:10
  333:22 336:23
  339:13 346:3
**takes** 82:10 251:10
  290:25 345:8
**talk** 17:12 28:17,22
  29:8 61:16 63:9

72:25 80:6 131:23
208:19 209:12,13
300:16,16,24 326:20
**talked** 18:19 27:24
43:17 51:23 181:6
199:19 208:5,17,18
214:14 299:19
308:13 321:16
344:14
**talking** 96:15 111:6
141:7 144:9 184:5
202:22 217:9 220:25
234:22 261:18
**task** 37:12 158:7
287:18
**tasks** 23:17 128:15
136:3
**teach** 82:10 295:16,17
**teaching** 75:16,24
82:23 97:8 280:25
288:11
**team** 249:22 267:14
**technical** 25:6,7
**techniques** 23:14,15
297:10
**technologist** 287:20
294:5
**tell** 17:18 72:3 73:14
73:18 76:25 78:17
80:12 96:20 97:11
99:13 100:3 102:18
116:12 119:13
134:21 140:15 155:5
173:8 189:5,7 210:22
217:8 232:14 233:21
242:3 272:12 274:4
290:21 296:13
329:13 332:21
**telling** 58:19 61:25
103:8 134:8 144:24
210:16 231:9 252:13
254:25 255:23
296:16
**tells** 84:21,25 137:7
343:7,21 344:5
**ten** 77:19,20 78:4
145:17 342:10

**tend** 291:20
**tends** 291:12 294:3
**terminate** 3:10 11:23
13:10,15,19 48:5
63:20 227:2 277:8
340:18 342:11 346:9
346:16
**terminated** 15:3 63:18
65:15 227:5 253:8
337:20
**terminating** 244:21
245:3
**termination** 7:15 27:9
46:6,6 47:5,8,23
65:20 86:20 227:7
228:10,14,16,21
267:2 286:19,20
336:14,16
**terms** 46:16 50:14
68:20 73:23 170:23
209:18 220:19
234:16 288:11
321:13
**test** 253:17,19,20,23
253:25 254:4
**testified** 10:20 49:5
67:17 107:25 112:16
155:18 168:16
198:16 215:17 238:9
260:19 323:18
341:18
**testifies** 49:21
**testify** 106:23
**testimony** 6:11 13:4
48:24 64:12,15 215:6
340:15
**testing** 287:21
**tests** 287:7
**text** 233:13
**thank** 54:19 57:24
68:18 102:3 105:3,4
108:12 111:25 112:3
121:13 155:10 158:4
168:9,12 185:23
189:25 197:20 198:6
198:22 214:23
222:25 228:8 229:2

237:22,24 245:13
260:9 277:13,14
321:7 334:17 339:21
339:22 346:17,19
**thanking** 129:21
**Thanks** 75:4 198:5
214:24 260:11
**theoretically** 50:3
**therapeutic** 68:25
**therapist** 243:8 245:7
245:8 254:12,14
255:14,18 256:6,7
**therapists** 242:8
**therapy** 242:9 338:23
**thing** 8:17 27:6 92:6
94:10 113:21 144:3
145:20 162:21 259:2
274:25 316:7 326:22
329:7
**things** 49:4 62:25
80:23 107:5 113:23
125:24 127:16
174:18 175:20 204:7
204:14 217:21
244:17 270:10 279:4
320:7 321:9,13,16
322:4 333:16 337:11
341:24
**think** 8:22 9:7,8,15
10:8 18:4 27:10 31:4
48:13 49:5,17,21
50:6 52:6 53:11
59:10,11 63:16,20
64:8 65:11 67:21
70:5 72:10 74:25
75:12,16 76:16 77:16
78:6 79:2 82:12
86:24 88:3 90:3,7
91:7 93:2 95:3,6
96:7 98:13 100:11,18
102:13 104:6 105:22
106:8 139:24 140:20
145:6 146:16 151:16
157:21 173:7,18
176:13 181:11,17
183:11 185:8 190:21
212:13 213:4,6

214:14 224:12,20
227:6 228:24 235:3
236:22 240:7 249:11
255:13 260:3 270:14
270:15 271:15 272:5
275:22,23 277:19
281:14 294:24 295:6
296:17 310:5 317:10
317:12,14,19,21,24
320:9,15 321:17
322:10,14 327:24
328:19,19 329:6,9,12
330:2,4,17 331:4
332:2,3 334:21
335:12,13 339:23
340:23 342:13
343:24 344:11
346:13
**thinking** 51:5 266:4
**thinks** 95:3
**third** 25:20 42:6 77:18
308:25
**thirdhand** 251:6
**thought** 18:12 50:11
75:19 80:24 110:12
110:15,17 132:4
139:10 146:17
212:13 229:14
230:24 235:19
254:14 266:15
267:21 274:17,20
294:17 301:12
**thoughts** 81:13
**threat** 13:24 16:2
**threatened** 319:13,15
**threatening** 258:22
**three** 10:22 21:19,20
28:20 29:10 30:8,12
34:6 72:14 78:4
86:11 87:9 135:17,18
158:9 192:7 231:5
259:13 262:15
263:11 268:16 271:2
271:20,21 273:13
307:15 330:22,24
331:6
**threw** 265:15,17

273:14,18 274:9
**Thursday** 86:7 95:7
  95:13,15,18 96:18,20
  101:24 102:12,24,25
  103:6 117:14 157:12
  157:12 159:17,19,22
  160:3,7,22 162:7
  163:14,19 179:13,19
  180:2,3 182:16
  225:23 232:17,18,20
  288:13 289:6,8 290:8
  305:4 306:10 326:21
  326:23 328:18
**Tiger** 107:11,12 201:4
  209:12 210:9 213:16
  223:24 224:11
  225:19 226:9 306:13
  309:12 311:16
  312:15,18,22 315:3
  329:5 333:19 334:10
  337:2
**time** 10:11 22:2,24
  34:24 35:2,3 36:7
  38:16 39:19 44:4,15
  45:8,20 47:20 57:19
  58:4 69:14 70:11
  72:12 75:23 78:8,13
  80:17,25 81:17 82:10
  82:10 83:10,18 84:9
  86:3,13 87:2,6,13
  88:6 95:21 99:21
  101:6 103:3 104:3,7
  105:5,25 109:4,18
  119:10,23 124:6,23
  125:16 127:2,9
  129:25 133:22 134:7
  144:20 156:16 170:7
  173:9 176:16 182:5
  183:20 195:3,4
  196:25 200:7 201:22
  201:25 202:10 211:4
  217:14 218:9,23,24
  220:12,12 221:9
  226:17 228:23 241:3
  241:17 244:17,21
  248:7 257:6,11
  262:18 263:7 266:4

267:18 271:10 276:2
  277:9 287:10,19
  288:19,20,20 289:12
  291:25 292:8,17
  294:25 295:10 303:8
  303:21,25 304:11,13
  311:20 317:13,14,20
  317:24 324:5,12,14
  330:12 334:23 340:2
  340:10 341:14
**times** 17:24 42:13
  43:19 72:14 89:3
  114:7,16 116:8
  121:12 217:20
  253:15 268:15,17
  269:6 288:4,6,24
  289:25 299:9 314:14
**timing** 63:3
**tissue** 83:15 188:15
**title** 112:21 156:4
  168:24 169:2 186:13
  186:16 198:25
  215:24 238:17 261:2
**today** 5:8,14 72:22,25
  74:2 267:9 317:22
  318:3,4 321:10,24
  322:5 335:17
**told** 15:12 28:14 29:21
  42:25 44:19 45:15
  56:24 70:16 73:15
  78:8 79:3 89:7,25
  99:8,11,17 102:5,7,9
  102:14 103:12
  110:20 111:2 117:2
  120:11 137:22
  162:16 164:14
  176:18 207:10
  209:22 223:3 225:12
  226:22 230:19
  243:18 247:12 252:7
  253:12 267:3 280:23
  281:22 298:17 299:6
  299:15 315:24 324:8
  326:2,6,8 342:18
**tomorrow** 70:22 71:14
  71:25 77:6 147:2
**tone** 43:12 232:21

283:17,24 307:6
**tons** 211:3
**top** 177:24
**topic** 36:22 127:5
  129:23 149:7,13
  150:23 151:3,21,23
  152:5,6 303:6
**topics** 127:11,13,15
  147:15 149:16
  161:20 220:5 303:7
**total** 22:15 29:10
  34:13 50:17 54:22
  82:17
**totally** 45:17 82:20
  89:2
**touch** 71:6 132:7
**toxicology** 23:12
  239:19 243:9,14
  253:16 257:19
**track** 83:10 131:20
  165:13 250:25
**traffic** 125:25
**trail** 260:5
**train** 18:12 98:8
**trained** 57:14
**training** 11:10 13:8
  21:17 22:17 23:18
  30:14 34:6 37:2 40:5
  57:15 75:7 89:19
  110:22 234:9 313:23
  313:24 339:10
**transcript** 6:12
**transfer** 339:3,7
**transfusion** 23:10
**transition** 128:10
**transitions** 115:24
**translocation** 104:18
**translocations** 100:9
  297:12
**transpired** 37:25
**traumatizing** 284:6
**treat** 281:14 345:15
**treated** 34:24 43:14
  110:9 111:13 313:7
  337:25 339:18
  345:13
**treating** 243:24 245:7

**treatment** 12:10 13:22
  240:4
**tried** 33:11 42:13
  46:25 70:23 171:10
  171:12 172:9 179:4
  244:25 263:5 290:4
  293:19 338:22
**trivial** 45:17
**troublesome** 32:12
**true** 90:7 153:2 183:8
  185:2 215:8 258:2
  286:14 316:23,24,25
  340:20 341:3 347:11
**truly** 171:12
**trust** 102:16 139:7
  213:5 314:15
**trusted** 213:8
**truth** 96:17 97:3
**truthful** 102:16
**try** 75:2 105:22 172:7
  172:11 192:20 239:3
  239:13 241:7 253:19
  329:14
**trying** 80:14 124:2
  140:21 159:3 160:14
  184:9 225:5,10
  236:15 265:12,24
  267:4 317:4,15
  322:18 326:14
**Tuesday** 29:9 70:12
  72:9 93:25 94:7
  95:17 102:18 104:13
  162:4 205:8 229:11
  289:7,8 297:23
  309:15 316:2 324:3,3
  324:15 326:6 328:18
  329:3,25
**tumor** 31:23 68:14,21
  68:22 95:11
**tumors** 69:3
**turn** 7:17 123:22
  128:19 139:5,14
  312:19,20
**turned** 36:6 280:2
**tutorial** 76:17 81:21
**tutorials** 81:18
**twice** 37:12 69:6 72:13

72:13 86:18 108:16
**two** 28:22 29:2 32:13
51:13 60:2,14 62:25
63:12 69:10,11 70:6
70:8 77:13,17,18
97:8 104:9 109:22
129:8,9 133:23
142:17,18,19 152:11
152:13,14,16 155:3
158:10 159:19,21
162:7,11 164:9,20
165:10 166:10
179:12 182:18,21
197:10 238:4 240:15
262:14 271:19
273:12 277:18
286:22 287:13 297:9
300:6 302:24 305:8
326:19 340:13
**type** 16:21 80:10

**U**

**U** 10:15 215:14 238:6
238:6
**ulterior** 311:25
**ultimate** 13:12 20:21
**ultimately** 20:18 40:17
219:3 342:2
**UMDMJ** 25:11
**Um-hum** 84:23 85:2,5
89:20 184:20 186:9
199:13 209:6
**unable** 13:6 15:13
17:21 18:2 20:14
50:20 53:9,12 172:4
219:21 252:7 296:21
342:14
**unacceptable** 77:17
**unattended** 226:13
**unavoidable** 14:25
**unclear** 146:12
**undergoing** 16:19
**underlying** 28:25
**understand** 8:23
53:20 59:14 60:4
65:23,24 79:3 106:21
111:8 147:7 150:22
151:9 152:9 171:7

191:16 232:25
235:14 239:15
262:17 271:19 317:6
330:14
**understandable**
271:13
**understanding** 20:11
32:8 95:9 287:6
328:20
**understood** 29:18
64:11 98:15 134:16
215:12 253:6 326:25
328:23
**unequivically** 11:22
**unfair** 12:9 343:24
345:24
**unfairly** 34:25 43:14
59:6 338:2 345:13
**unfairness** 43:9
**unfortunately** 114:6
118:2 344:17
**unfruitful** 44:15
**unhelpful** 225:9
**United** 136:10
**unjustified** 38:13
**unpredictable** 243:11
**unprofessional** 12:15
31:10 82:11,13,16
204:18 298:12
**unreasonable** 294:11
294:17 310:10
**unresolved** 302:5
**unresponsive** 16:17
**unsatisfactory** 225:20
292:14
**unstable** 20:10 199:12
**unsuccessful** 171:11
225:7
**unusual** 50:12 78:24
306:20
**unwilling** 36:21
**upcoming** 30:9
**updates** 218:7
**upgrades** 103:21
**upset** 301:14
**urging** 258:21
**use** 97:2 287:9 314:11

**usually** 314:11

**V**

**V** 10:15 67:14
**VA** 37:9 142:16,19
143:2 321:6
**vacation** 114:25 135:6
136:19 164:19,25
302:23
**validates** 103:5
**validity** 37:3
**value** 130:19
**Varghese's** 3:14,22
5:5
**variable** 158:3
**variety** 239:2 249:25
**various** 34:14 72:4
180:5 220:5,7 236:8
239:4 286:17 322:3
**Varughese** 1:1 2:1,24
3:1,8,11 4:1 5:1,3,7
5:10,12,21,23 6:1,23
7:1,16,19,21,24,25
8:1,4,7,23 9:1,3 10:1
10:9 11:1,24 12:1
13:1,5,16 14:1,3,9,17
15:1,11 16:1 17:1
18:1 19:1,13 20:1
21:1,24 22:1 23:1
24:1,14 25:1,9,22,24
26:1 27:1,15,17 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
40:18 41:1,14 42:1
43:1 44:1,16 45:1,10
46:1,4 47:1 48:1,5,14
49:1,2,10,15,22 50:1
50:5,8 51:1 52:1,15
53:1,17 54:1 55:1
56:1,15,18 57:1 58:1
59:1,19 60:1,2 61:1
61:19 62:1 63:1 64:1
64:4,18,20 65:1,2,6
65:17 66:1,7,8,15,19
66:24 67:1,5,24 68:1
68:2 69:1,4,16,20
70:1 71:1 72:1 73:1

74:1 75:1 76:1 77:1
77:11 78:1 79:1 80:1
81:1,8 82:1 83:1,4,7
84:1 85:1,18,23 86:1
86:2,5,7,12,25 87:1,5
87:15,21 88:1,10,15
89:1 90:1 91:1,13,17
91:25 92:1,8,13,16
92:20,23 93:1,13,17
94:1,18 95:1,10,20
96:1,2 97:1,19,25
98:1 99:1 100:1,5
101:1,10 102:1,9,13
102:17,21 103:1,7,11
103:17,19 104:1,4,6
105:1,8,14 106:1,2,7
106:20 107:1,2,17
108:1,5,10 109:1,8
109:11 110:1 111:1
111:24 112:1 113:1
113:10,24 114:1,17
114:19,24 115:1,14
116:1,2,11,12 117:1
117:14 118:1,10,19
119:1,3,13,17 120:1
120:3 121:1 122:1,10
122:17 123:1,12,18
124:1,3,12,18 125:1
126:1,13,23 127:1,6
128:1 129:1,5,21
130:1,6,15 131:1,4
132:1,14 133:1,10,12
134:1,23 135:1 136:1
137:1,4,11 138:1,3
138:15,25 139:1,8,18
139:24 140:1,4,8,25
141:1,15 142:1,4
143:1,3,6,8,12,17
144:1,10,13 145:1
146:1,6,9,13,22
147:1,8,25 148:1,16
148:24 149:1,15
150:1,4,12 151:1,7
151:22 152:1,9,25
153:1,21,25 154:1,19
154:23 155:1,3,8
156:1,17 157:1 158:1

159:1,11,14 160:1,5
160:6,11,21 161:1,3
161:9,18 162:1,20,25
163:1,24 164:1,5
165:1 166:1,19 167:1
167:3 168:1,9 169:1
169:12 170:1 171:1
172:1 173:1 174:1
175:1 176:1,2 177:1
178:1 179:1 180:1
181:1 182:1,3,11,13
183:1 184:1 185:1,8
186:1 187:1 188:1,18
188:22 189:1,3,8,19
190:1,2,7,11 191:1
192:1 193:1,11,16,23
194:1,11,19 195:1
196:1 197:1 198:1,3
198:7 199:1,10 200:1
200:17,21 201:1
202:1 203:1 204:1
205:1,4,6 206:1
207:1 208:1,12 209:1
210:1 211:1 212:1,10
213:1,12 214:1,3,8
214:13 215:1,2 216:1
217:1,4,10,16,18,21
217:25 218:1,8,13,19
219:1,13,15,21 220:1
220:4 221:1,18 222:1
222:18 223:1,4,8,17
223:23 224:1,10,13
225:1,6,7,22 226:1,3
226:11 227:1,3,15,21
228:1 229:1,4,6
230:1,3,9 231:1,9,16
231:21 232:1,5 233:1
233:9 234:1 235:1,24
236:1,13,17,24 237:1
237:22 238:1 239:1
240:1,5,14 241:1
242:1,15 243:1 244:1
245:1,15,17 246:1
247:1 248:1,6,9,21
249:1 250:1 251:1
252:1 253:1 254:1,7
255:1 256:1 257:1,25

258:1,9,25 259:1,16
260:1 261:1,13,14,19
261:25 262:1,19,20
263:1,3 264:1,20
265:1 266:1 267:1
268:1,11,13 269:1
270:1 271:1 272:1,8
273:1 274:1,7 275:1
275:13,24 276:1,21
277:1,7,12,24 278:1
278:5 279:1,6,8
280:1 281:1 282:1
283:1 284:1 285:1
286:1 287:1 288:1
289:1 290:1 291:1
292:1 293:1 294:1
295:1 296:1 297:1
298:1 299:1 300:1
301:1 302:1 303:1
304:1 305:1 306:1
307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1,6
315:22,25 316:1,6,17
316:25 317:1,4,8,15
317:23 318:1,4,23
319:1,4,8,14,24
320:1,2,9,14,23,25
321:1,5,18 322:1,2,6
322:13,17,20,24
323:1,20,23 324:1
325:1 326:1 327:1,12
328:1 329:1 330:1
331:1,17 332:1,18
333:1,4,13 334:1,3,6
334:11,18,20 335:1,6
335:9,11,20,23 336:1
336:7,11 337:1 338:1
339:1,8,22 340:1,18
340:19 341:1,2,9,16
341:25 342:1,14,21
343:1,17 344:1,9
345:1 346:1,16 347:1
**Varughese's** 228:18
**venue** 180:6
**verbally** 278:16
**verified** 56:25 57:22

**verify** 58:11 310:25
**verifying** 206:11
**version** 341:16
**versus** 92:11 151:3
  331:13
**Vesna** 31:24 75:4
**view** 77:16 80:22
  99:15 111:15 256:5
  344:12
**violated** 14:3
**violating** 36:11
**violation** 29:3 128:17
  224:4
**virtually** 170:3
**vision** 239:21
**visiting** 21:15
**visitor** 202:22
**voice** 242:18 309:17
**volume** 21:4,8 268:7
**voted** 136:18

_____

## W

**wait** 64:24 88:12
  148:22 214:17 231:6
  271:21,21 312:24
  327:21
**waited** 90:16 136:25
  311:18,22 312:24
**waiting** 61:24,24 67:4
  128:10 188:20
**walk** 312:17
**walked** 37:19 78:11
  79:2 128:11 160:9
  202:25 204:11
**walking** 202:5 203:12
**want** 9:11 17:25 49:13
  49:14,25 52:15 53:17
  59:20 62:23 68:3
  73:21 82:5 87:24
  91:19 96:25 97:19
  106:17 134:22
  139:10,18 146:7
  153:21 154:2 155:5
  161:23 162:21,22
  167:19 184:15
  189:13,15,20 191:8
  196:9 226:4 232:8
  233:16 248:4 249:20

253:11 264:14
275:22,24 291:5
315:4 319:3 321:12
326:15 335:2,10,12
335:19 336:9 339:18
339:19 340:8 344:10
346:18
**wanted** 51:22 52:7
  57:7 62:7 122:11
  137:19 143:14
  146:14,22 147:10
  150:23 158:19 176:7
  176:14 183:6 187:24
  190:19 195:19,23
  202:8,10,14 205:23
  210:17 211:25
  213:16 214:9 227:18
  242:23 243:16
  247:11 254:8,13
  261:23,24 262:17,18
  264:16 265:3 267:13
  269:19 271:11
  274:23 280:21
  289:14 290:21
  293:23 300:9 301:20
  303:6 305:18 307:9
  312:22,24 324:23
  335:15 339:18
**wants** 49:3 131:2
  342:21 343:4
**warning** 26:3,14 27:14
  27:18,21 28:9 29:2
  30:9 37:21 42:6
  62:21 63:7,10,13,14
  63:17 217:6,14,17
  227:7 248:10 266:7
  266:17,17 336:17
  340:12 342:12
  344:22
**warnings** 26:6
**warrant** 65:20 237:17
**warranted** 145:6
  214:16 241:14
  308:17
**washed** 244:8
**wasn't** 51:7 78:5 92:4
  96:4,5 99:10 131:12

131:18 138:6 139:16
  147:9,13 150:14
  151:24 152:13
  161:24 162:2 165:10
  168:8 174:20 188:19
  193:8 195:8 212:11
  213:7 214:20 233:8
  250:24 251:25
  254:20 260:7 263:13
  264:12 274:9 290:6
  293:18 303:9 317:4
  317:15 324:3 337:6
**waste** 44:15 72:12
  80:17,25 101:5 104:3
  104:7
**watch** 257:6 263:22
**water** 243:17,20
**way** 37:10 44:24 48:6
  59:23 66:6 82:6
  87:13 96:25 97:4
  99:19 123:17 170:18
  171:4 233:11 244:23
  293:8 299:23 336:25
  343:19 347:17
**ways** 344:6
**web** 40:2
**website** 40:2
**Wednesday** 42:7 78:9
  78:11 89:14 130:11
  144:10 150:7 158:24
  160:8 162:4 163:13
  164:7,16
**week** 29:15 32:13
  42:17 69:25 72:2
  73:2 75:3 94:7,13
  95:4 96:14 97:22
  102:6,12 103:13
  125:24 126:6 134:6
  152:7 159:24 162:10
  162:11,12 163:18
  180:5,5 194:22
  221:21 257:14 259:8
  271:19 287:13,23
  288:18 289:7,10
  290:6 291:11 292:4,4
  301:19 302:2 306:2,5
  326:4,7 327:15

342:10
**weekend** 40:16 184:8
**weekends** 183:23
**weekly** 159:2,25
  179:10
**weeks** 31:6 69:10
  77:17,18 104:10
  129:8,10 133:23
  142:17,17,18 152:5
  152:13,14,16 155:3
  164:20 165:10
  166:11 182:7 262:11
  264:3 265:11 270:8
  271:2,20,20 273:13
  273:13 297:9 302:24
**weighed** 12:2
**Weinfeld** 2:4 3:5,19
  5:7,11 8:2,6,11 9:5
  9:22 10:6,22 48:11
  49:7,13,18,25 54:2,5
  56:10 59:17,20 62:7
  62:23 66:11,16,23
  67:24 68:3 76:3 83:4
  87:20 88:9,12 90:5
  91:10,14,22 92:3,9
  92:18,24 93:11,15,19
  94:16,24 95:19,23
  97:17,24 98:19 101:8
  101:13 102:25
  103:25 104:5,24
  105:12,16 106:5
  108:4 109:8,13,15,21
  109:24 111:20 112:3
  112:7 113:8 121:5
  126:8 132:11 133:10
  133:19 134:21
  135:12,21 136:11
  137:3,23 138:12,20
  139:9,22 140:6,15,22
  142:8,24 143:4,7,9
  143:15 144:8,12
  145:4 146:20,24
  147:20 148:9,15,17
  148:22 149:3,14
  150:10 152:22
  153:12 154:17,25
  155:6,9,20 159:5,10

160:4,9,13,24 161:5
  162:5,24 163:22
  164:3 165:19 167:17
  168:10 178:6 182:11
  184:14 186:2,17
  188:3,10,16,20 189:5
  189:17,23 190:25
  191:7,8,21 193:3,15
  193:18,20 195:6
  196:8 197:21 198:5,9
  198:18 203:5 205:4
  206:16 207:15
  209:25 211:9,16
  212:9 214:24 219:11
  221:22 222:2,6,16,25
  223:13 228:8,11
  229:4,16,23 230:6,11
  231:25 232:10
  234:10,14,25 235:5
  235:17,22 236:2,12
  236:21 237:5,24
  238:2 245:15 246:20
  250:21,24 251:16,20
  253:21 254:5 258:3,7
  258:10 259:10,15,19
  260:9 268:11 270:4
  270:19 272:10
  273:16 275:21
  277:14,17,24 279:5
  315:4 318:12 321:3
  323:9,20 327:6,10
  328:7 329:4,17
  332:12,15 333:3,11
  333:25 334:5,9,12,15
  334:18,22 335:4,8,15
  335:21 336:3,9 339:7
  339:21 340:6 346:18
**welcome** 112:6 177:17
**welfare** 13:25
**wellness** 16:8,8 44:11
  44:14 61:11 62:4
  223:9 225:3,5,8,13
  225:21 237:9,18
  238:25 239:11 241:9
  241:20 242:5,13
  249:17 250:2 251:22
  252:12 255:15

303:24 304:5,19,22
  308:2 309:8 313:6
  326:17 333:15
**well-being** 15:17
  46:11 201:14 324:12
  324:22
**went** 18:22 37:24
  51:23 54:11 60:6
  80:15 138:7 154:24
  204:7,13 226:8
  240:24 262:6 269:17
  276:15 287:14
  318:18 326:6
**weren't** 60:4 124:7
  127:13 144:15
  160:25 246:5 255:12
  324:25 325:21,22
  326:3
**whatsoever** 69:18
**Wildman** 2:19
**willing** 74:24 95:24
  97:9 220:24 243:4
**Wilman** 4:21
**wipe** 247:24
**wish** 64:19,25 109:2
**wished** 34:3 127:11
**witness** 14:16 36:17
  48:25 49:21 50:4
  54:3 66:10 67:2,8,10
  67:15,19 75:12,21
  76:5 88:13,14 91:9
  91:21 93:5,8,9,21
  96:7 98:16 99:9
  100:20 102:11,15,19
  102:23 103:4 105:2,7
  105:9 106:20 107:2,3
  107:11,19,24,25
  108:5,20,25 109:6,17
  109:22 110:3 112:5,8
  112:14 121:7 122:20
  125:11 138:18,21
  139:11 148:25
  153:15,16,24 154:8
  155:7,9,16 157:19,25
  159:7 161:13 168:14
  170:8,16 185:10,13
  185:16 190:6 193:6

194:8 195:7 196:20
196:23 197:13 198:6
198:14 203:12,17
204:24 206:22
213:11 215:15
223:15 233:4 234:12
238:7 244:12 260:13
260:17 269:3 272:11
277:11 315:2,5
323:11,16 329:22
332:14,17,23 333:2,7
335:12 341:18
**witnessed** 37:23 52:25
**witnesses** 5:19,22,24
6:2,20 7:5 10:18
13:4 45:25 47:25
48:12 49:20,23 52:22
59:21 64:3,6,22 66:4
66:14,17,17,21 67:4
105:24 106:12,13
107:15,16 167:20
238:4 278:3 314:24
334:19,23 335:10
340:16
**woman** 281:13
**wonderful** 87:16,18
283:3
**wondering** 52:17
**word** 37:19 97:2
**words** 115:13 117:11
182:24 282:5
**work** 15:13,23 17:22
18:2 19:21 20:5,7,17
32:3,5,21 41:4 44:18
44:24 45:2 46:13
50:21 52:2,7 55:6
60:18 62:5 70:9
71:15,21 74:22,24,25
75:5 79:7,8 84:12
104:8 131:21 133:25
138:4,11 141:25
144:6,25 147:4,5
162:2,3 200:22 201:6
201:13 204:12,12,24
221:14,19,24 224:3,5
224:23 227:23
229:13 230:25

233:22 239:9 243:12
256:23 281:4 286:7
290:6 293:18 294:6
294:12,18 298:10
305:19 306:15,19
307:9 308:14,19
309:3,19,20,24 313:3
314:10 315:14
316:18 324:9 325:3
325:19,20,22 328:11
329:14 330:5 337:8
343:10,19,20 344:6,8
344:10,11
**worked** 161:14 162:4
285:18 287:19
337:14 338:14
**working** 31:8 46:11
77:19,20 88:17
133:21 165:5 167:11
224:21,24 240:17
290:7,11 294:13
324:17
**workload** 19:5
**workplace** 16:25
256:9
**works** 233:11
**worried** 194:25
333:18
**worse** 32:15 244:18,18
**worst** 99:15
**worth** 215:5
**wouldn't** 99:12 123:18
131:12 137:18 147:4
147:5 154:18 183:14
311:12 320:14 326:7
341:12
**wrist** 141:3,12
**write** 104:14 139:4
248:16 250:14
263:18,24 270:9
279:9
**writing** 46:20 104:21
221:23 281:25
**written** 39:15 62:8
74:16 136:4 222:5,9
264:22 265:8 272:16
284:17 287:16

**wrong** 17:15,17 81:16
81:16 204:21 257:2
293:7 317:11,12,13
317:14,20,22,25
318:8,9 321:21 337:7
340:21 342:4,17
345:3
**wrote** 99:12 282:7
288:16

---

**X**

**X** 323:15

---

**Y**

**Y** 155:15 323:15
**yeah** 50:5 85:14
159:18 185:12
234:12 236:17
**year** 9:4 21:5 25:8,20
69:9 75:8,13,17,18
82:18 89:19 104:16
108:14,18 109:14
112:22 113:6 114:2
114:24 156:5 163:3
166:11 182:6 185:15
185:16,21 187:20
188:7 189:12 240:8
241:21 278:13
295:11 313:22,22
337:18,20 339:14
**years** 21:20,22 34:6
60:3,14 63:12 69:11
77:4 99:14 100:17
137:6 169:9 170:12
231:5,11 308:12
319:23 320:22
**year's** 57:11 174:4
**yell** 281:19
**yelling** 43:12 301:15
**York** 2:21 21:3 254:16
347:8
**young** 311:20

---

**Z**

**Z** 155:15

---

**1**

**1** 9:12,20 25:14 26:25

27:5,7,11 134:24
135:17 136:2 149:5
169:13 228:4,4,12
**1st** 11:7 41:18 186:21
194:21 246:18
261:11 269:3 299:13
**1:00** 78:9,10,11 89:8,8
107:12,13
**1:30** 78:11 89:9
**10** 100:14 128:25,25
130:3 158:11,12
180:17 196:19
**10th** 197:14
**10:00** 72:16 173:8
**10:30** 78:8,24 79:2
**100** 99:5 115:4
**10022** 2:21
**11** 22:15 109:11,13
181:24 289:8 310:17
**11th** 109:19
**11:45** 42:10
**12** 22:16 181:8,9
193:12,18,21,21
295:22 310:6
**12th** 109:19 118:21
171:15 183:7 295:22
**13** 127:19 177:4,5
286:3 302:25
**13th** 127:20 129:25
130:12,15 144:11,12
146:21 161:10,16,20
**14** 1:12 127:19
**14th** 127:25 130:9
157:8 160:23 303:11
303:13 304:11
**15** 27:16 50:10 120:24
120:25 179:9 180:12
199:9,25 219:24,25
**15th** 14:23 15:11
19:25 38:19 44:8
52:13 62:21 63:5
65:19 154:24 157:10
167:7,24,25 168:3
179:13 182:8 221:12
223:5 232:17,18,20
234:18 248:5 286:11
302:14,19 303:15,19

304:12,13 305:7
  340:14
**150,000** 21:5
**16** 222:17 307:2
**16th** 109:18 201:9
  205:11 221:25
  306:17
**17** 26:25 27:5 115:10
  115:10 125:12,13
  134:20,23 235:2
**17th** 37:20
**18** 22:13 34:19 295:3,6
**18th** 280:9
**19** 188:2 189:2 270:6
**19th** 201:9 205:9,10
  205:12,13,15,17,25
  206:8,15 207:20
  310:22

### 2

**2** 9:13,21 26:14 27:21
  52:13 126:20 130:8
  131:19 132:20
  133:15 135:17
  148:24 149:4,24
  152:8,11 156:21
  164:22 165:2 270:15
  279:6,8 292:20
  295:21 302:12 339:3
**2nd** 58:5,6 187:5
  301:19
**2:30** 43:10
**20** 36:23 66:16 67:3
  106:13,16 143:7,9,12
  180:12 285:16
**20th** 200:16 201:18
  205:9 223:18,19,22
  233:8
**2008** 25:12,14
**2010** 25:21 196:19
  283:23
**2011** 1:12 3:9,15,18
  7:14 11:7 20:23 26:2
  27:16,21 63:5 69:13
  283:11 284:18,23
  285:16 286:3 288:13
  295:23 298:14,22
  302:9,25 310:18,22

340:14
**2012** 12:8 28:3 30:18
  31:19 34:3
**21** 3:9 7:14 20:23
  278:13 304:8
**21st** 46:13 65:19
  340:14
**24** 34:5 54:21,22 55:9
  55:17 56:8 91:6,12
  94:15 101:21 102:21
  284:23
**24th** 26:9 264:11
  271:4 298:21 299:10
**25** 292:12
**26** 54:22 55:17 232:9
  306:9
**26th** 129:8 192:24
  261:20 268:20,21
**27** 193:25
**28** 3:15
**28th** 251:19
**29** 156:24 302:9
**29th** 155:4

### 3

**3** 24:19 25:21 26:12
  54:25 112:22 155:4
  191:3,4 196:12
  231:11 270:3,5 279:7
  279:8 283:11 298:12
  298:14 339:3
**3rd** 193:22 194:18
  195:5 261:15 268:18
  268:23,24
**3:00** 70:16 74:15
**3:51** 306:10 326:23
**30** 3:18 99:13 100:17
  159:18,19 284:18
  291:2 313:16 330:11
**30th** 262:14 271:3
**31** 278:21
**34** 148:14
**35** 148:14,23 149:3
  152:8 278:21
**36** 54:24 55:7 56:2,9
  56:11,13 295:4
**360** 25:5

### 4

**4** 4:9 9:4 25:9 54:25
  81:5 114:2 127:14
  137:5 288:13
**4th** 101:25 102:8,10
  102:24 117:15
  248:14,17 292:25
**4/11** 289:8
**4/26/2011** 283:4
**4:00** 70:19 90:16,17
  289:19
**4:15** 71:18
**4:18** 74:19 93:10
**4:30** 71:18 206:18
  310:24
**40** 100:17 251:15,16
**43** 278:19
**44** 148:21 149:22
**45** 162:23,25
**47** 86:10,17 87:9 164:3

### 5

**5** 31:2 45:9 70:15 73:7
  73:10,11 74:21 82:2
  92:22,23 100:14
**5th** 114:4,6 116:4
  140:12 292:23
**5:00** 98:10
**5:30** 98:6,10 299:12
  307:24
**5:40** 290:3
**50** 22:20 29:10 34:5
  55:11,12 57:2,23

### 6

**6** 117:9,10 125:8
  140:18,19,23,24
  310:19
**6:00** 1:10 41:5 71:21
  74:25 290:25
**6:20** 72:10
**6:30** 72:10
**60** 126:5

### 7

**7** 120:18,22 123:4,7,9
  123:11,24 135:10
  139:21,25

**7th** 42:7 299:3
**7/14** 286:11
**7:00** 42:8 291:4
**7:30** 106:4
**7:36** 106:3
**750** 2:20

### 8

**8** 93:10 120:18 123:5,8
  123:23 124:15,16
  140:9,9 196:19
  283:23
**8th** 73:21 92:25 93:12
**8/1/2011** 287:14
**8/12/2011** 287:14
**8/15** 136:25
**8/15/2011** 135:2
**8/17** 40:11
**8/8/11** 289:9
**8/9** 289:8
**8:00** 41:5 105:10
  125:21 128:6,7 131:2
  202:2,3 209:4 311:10
  311:15
**8:15** 105:10 106:19
  128:8
**8:30** 128:9
**80** 125:22 126:3,5,14
  126:19 130:7 156:17
  178:18,21 302:10

### 9

**9** 128:24,25 129:2
  139:21 163:6
**9th** 69:21
**9/15/11** 163:8
**9/15/2011** 311:4
**9:00** 29:9 72:20 78:7
  93:25 210:14 291:20
  306:18
**91** 216:6
**96th** 201:24
**97th** 201:23