# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Leena Varughese, M.D.
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

12 CV 8812 ( CM )( JCF )

-against-

**NOTICE OF APPEAL**

Mt. Sinai Medical Center, Adolfo Firpo-Betancourt,

Patrick Lento, Ira Bleiweiss, Carlos Cordon-Cardo

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Leena Varughese, M.D.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☐ order  entered on: March 27, 2015

(date that judgment or order was entered on docket)

that: Memorandum decision and order granting Defendants' motion for summary judgement

(If the appeal is from an order, provide a brief description above of the decision in the order.)

04/22/2015
Dated

Signature

Varughese, Leena
Name (Last, First, MI)

| 904 River Road | Piscataway | New Jersey | 08854 |
|---|---|---|---|
| Address | City | State | Zip Code |
| 9082657536 | | leenav@gmail.com | |
| Telephone Number | | E-mail Address (if available) | |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13