S.D.N.Y.-N.Y.C.
12-cv-8812
McMahon, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand sixteen.

Present:
  Amalya L. Kearse,
  Ralph K. Winter,
  José A. Cabranes,
    *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 14, 2016

M.D. Leena Varughese,

    *Plaintiff-Appellant*,

  v.                   15-1328

Patrick Lento, M.D., Mount Sinai Medical Center, et al.,

    *Defendants-Appellees*,

ABC Corporation, Inc., 1-10,

    *Defendant*.

Scott A. Korenbaum moves to be relieved as pro bono counsel for the Appellant. Upon due consideration, it is hereby ORDERED that the motion is GRANTED. It is FURTHER ORDERED that the portion of this Court's October 22, 2015 order granting Appellant's pro se motion for the appointment of counsel on appeal is hereby VACATED. Appellant shall be permitted to continue with the appeal of her remaining claims pro se. Appellant, pro se, is directed to file a new scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

              FOR THE COURT:
              Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON APRIL 14, 2016